UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO.: H-13-628 |
| | § § | |
| ALBERTO MENDEZ FLORES aka ARDILLA | § | |

WAIVER OF INTEREST

I, Alberto Mendez Flores, acknowledge that I either have no interest in or waive any and all interest I may have or could assert in all real property subject to forfeiture in this case and all money or other personal property seized on or about October 10, 2013 in connection with this case, including but not limited to, an approximate total of $6,455.30 seized from Eduardo Guzmán Gonzales aka Miguel Rojas aka El Pantera and from an apartment in Houston, Texas; an approximate total of $4,650.00 seized from an apartment in Houston, Texas; an approximate total of $713.41 seized from an apartment in Houston, Texas; an approximate total of $1,962.00 seized from a residence in Houston, Texas; an approximate total of $1,080.00 seized from a white Nissan Titan pickup truck; jewelry and an approximate total of $1,885.00 seized from a residence in Channelview, Texas; and an approximate total of $603.00 seized from a business located at 5618 Telephone Road in Houston, Texas. I agree that I will not contest the forfeiture of such property and that I will make no claim whatsoever to any property forfeited by any other defendant in this case. I further agree to waive any and all interest in any asset which is the subject of a related administrative or judicial forfeiture proceeding, whether criminal or civil, federal or state.

_____          Date: 7-17-14
Alberto Mendez Flores

_____          Date: 7-17-14
Attorney for Alberto Mendez Flores

I, Francisco Fernandez, translated the above to Alberto Mendez Flores, from the English to Spanish language.

Francisco Fernandez