
Eduardo Guzman
"El Pantera"


Abel Medeles
"Chito"


Alberto Mendez-Flores
"Ardilla"


Jorge Teloxa-Barbosa
"Eli"


**Alfonso Angel Diaz-Juarez**
"Poncho"


Odelia Hernandez
"La Morena"


David Garcia


Delia Garcia Diaz


Diana Medeles Garcia

Guadalupe Valdez - Lugo


Lilia Cerda


Graciela Ochoa


Raquel Medeles Garcia
"Tencha"


Talat Crippen
"Chacho"


Jose L. Uraga
"Wicho"