

**AFFIDAVIT**

**Case No.:  GJ 11-3**

William R Wold , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a  Document Review Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, IN.
4. The enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. The records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 4/30/12

By: _William R. Wold_

William R Wold
Document Review Specialist

NATIONAL SUBPOENA PROCESSING

Sworn to before me this 30th day of April , 20 12

_Sara Kelso_

Notary Public

