THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



Deposit accounts now held by JPMorgan Chase Bank, N. A.

YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 660022
DALLAS, TX 75266-0022

This Statement   Covers
From: 01/22/09
Through 02/11/09

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

## Your WaMu Free Checking Detail Information

RAQUEL GARCIA          Account Number: 422-241635-0
Washington Mutual Bank, FA

Amendment to Account Disclosures and Regulations Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning  Balance | $0.00 | Next Anniversary Date | 01/22/2010 |
| Checks Paid | $0.00 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | $0.00 | WaMu Debit Rewards | |
| Deposits | +$600.00 | This statement period | $0.00 |
| Ending  Balance | $600.00 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals   (–) | Deposits   (+) |
|---|---|---|---|
| 01/22 | Opening Deposit | | $100.00 |
| 02/11 | Customer Deposit | | $500.00 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
   Overdraft charges                          $0.00
   Non-Sufficient Funds charges          $0.00

Your Overdraft Limit as of the statement end date: $100.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
The fee for any Non-Sufficient Funds (NSF) Transaction, whether paid or returned, is based on the number of NSF Transactions during the last 12 calendar months (including the current month); as of the statement end date, the fee was $27.00 for the 1st–4th NSF Transaction and $35.00 per transaction for the 5th and each additional NSF Transaction during the period.

007-S-89                          Page 1 of 1                          Deposits are FDIC Insured

7782          WNGR          001   07   11   021109     PAGE 1 of 1          COLR7Z5C 7253 3280 01AA7782

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** | |

**STEP 3**

| | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | |
| **SUBTOTAL** | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | |

### IF BALANCES DO NOT AGREE!

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overdraft fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
     Your name and account number;
     The dollar amount of the suspected error;
     Describe the error and explain, if you can, why you believe there is an error.
     If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:
- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

- *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS STA28PC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:** We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

***WAMU® DEBIT MASTERCARD® CUSTOMERS:***
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

*TRANSACTION DESCRIPTIONS*

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 660022
DALLAS, TX 75266-0022

This Statement  Covers
From: 02/12/09
Through: 03/11/09

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

---

## Your WaMu Free Checking Detail Information

RAQUEL GARCIA          Account Number: 422-241635-0
Washington  Mutual Bank, FA

Amendment to Account Disclosures and Regulations Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

| Your Account at a Glance | | | |
|---|---|---|---|
| Beginning  Balance | $600.00 | Next Anniversary Date | 01/22/2010 |
| Checks Paid | $0.00 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | −$240.73 | WaMu Debit Rewards | |
| Deposits | +$400.00 | This statement period | $0.00 |
| Ending  Balance | $759.27 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (−) | Deposits (+) |
|---|---|---|---|
| 03/06 | MACYS PAYMENT CHECK PYMT 0652 | $107.62 | |
| 03/09 | RETAIL SERVICES1 CHECKPAYMT 651 | $133.11 | |
| 03/10 | CustomerDeposit | | $400.00 |

Calendar Year–To–Date Overdraft/Non–Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges          $0.00
Non–Sufficient Funds charges    $0.00

Your Overdraft Limit as of the statement end date: $100.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
The fee for any Non–Sufficient Funds (NSF) Transaction, whether paid or returned, is based on the number of NSF Transactions during the last 12 calendar months (including the current month) as of the statement end date, the fee was $27.00 for the 1st–4th NSF Transaction and $35.00 per transaction for the 5th and each additional NSF Transaction during the period.

0 07–S–89                Page 1 of 2          Deposits are FDIC Insured

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

# A New Chase Debit or ATM Card
# to Replace Your Current WaMu Card.

As we continue to combine our companies, you'll start to see many improvements—like the new Chase Debit or ATM Card we'll be sending to you in March or April to replace your current WaMu Debit MasterCard or ATM Card. The new Chase Card will do everything your old WaMu Card did.

It is important that you activate your new Chase Card as soon as you receive it to ensure continued access to your WaMu accounts. Your current WaMu Debit or ATM Card will stop working shortly after you receive your new Chase Card.

IDEBR903

7782        MNGR       001    07    11   033109     PAGE 2 of 2       COLR725C  7253   3200   01AA7782

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| (ENTER CHECK NUMBER OR DATE) | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

**STEP 3**

| | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUBTOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER |  |

**IF BALANCES DO NOT AGREE:**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

Your name and account number;
The dollar amount of the suspected error;
Describe the error and explain, if you can, why you believe there is an error.
If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:

- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

- Bill Pay and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:** We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

*WAMU DEBIT MASTERCARD® CUSTOMERS:*
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.NC.ASSIST for a copy.

*TRANSACTION DESCRIPTIONS*
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

13cr628-013110

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 660022
DALLAS, TX 75266-0022

This Statement  Covers
From: 03/12/09
Through 04/10/09

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

Beginning March 30th, Washington Mutual branches in California will be rebranded to the Chase name. While these branches will have the Chase logo, they have not yet converted banking systems which will happen later this year. Please continue to use these branches for deposits and payments on your accounts until we notify you that additional locations are available.

## Your WaMu Free Checking  Detail Information

RAQUEL  GARCIA         Account  Number: 422-241635-0
Washington  Mutual Bank, FA

| Your Account  at a Glance | | | |
|---|---|---|---|
| Beginning  Balance | $759.27 | Next Anniversary Date | 01/22/2010 |
| Checks Paid | $0.00 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | $0.00 | WaMu Debit Rewards | |
| Deposits | $0.00 | This statement period | $0.00 |
| Ending  Balance | $759.27 | Total since anniversary date | $0.00 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges                        $0.00
Non-Sufficient funds charges             $0.00

Your Overdraft Limit as of the statement end date: $100.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
The fee for any Non-Sufficient Funds (NSF) Transaction, whether paid or returned, is based on the number of NSF Transactions during the last 12 calendar months (including the current month); as of the statement end date, the fee was $27.00 for the 1st-4th NSF Transaction and $35.00 per transaction for the 5th and each additional NSF Transaction during the period.

007-S-89                           Page 1 of 2          Deposits are FDIC Insured

13cr628-013111

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

# INTRODUCING
# CHASE PICKS UP THE TAB[SM]
## A winner every 5 minutes.[*]

Your next debit card purchase could be on us!

Enroll your WaMu or Chase Debit Card for free at **chase.com/TheTab**
or with a banker today.

Then, make everyday qualifying purchases[**] with your enrolled debit card.

To make sure your purchase counts:
- Make the purchase without using your PIN.
- At stores, select "credit," not "debit," and sign for your purchase.
  Or just tell the cashier you don't want to use your PIN.
- Use your debit card for online, mail order and phone purchases too.

Enroll today!

[*]Every 1,250th transaction is a winner.  Winner every five minutes is an average calculation that assumes 40,000 prizes are awarded throughout promotional period and is based on historical 2008 Chase Picks Up the Tab promotional data and forecasted 2009 eligible enrollments.

[**]Qualifying purchases include all debit card purchases made without using a PIN. Such "non-PIN" purchases include purchases you sign for, contactless blink[sm] purchases, Internet purchases, phone or mail-order purchases, small dollar purchases that do not require a signature, and bill payments (where billers process the transaction as a credit card). Cash advances and Cash transactions do not qualify.

**NO PURCHASE NECESSARY TO ENTER OR WIN. A PURCHASE OR BANK TRANSACTION WILL NOT INCREASE YOUR CHANCES OF WINNING. PROMOTION SUBJECT TO ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS. OPEN TO LEGAL U.S. RESIDENTS CURRENTLY RESIDING in AZ, CO, CA, CT, FL, GA, ID, IL, IN, KY, LA, MI, NJ, NY, NV, OH, OK, OR, TX, UT, WA, WI and WV WHO ARE 18 YEARS OF AGE OR OLDER. VOID WHERE PROHIBITED.** Program begins 12:00:00 a.m. ET on 3/2/09 and ends 11:59:59 p.m. ET on 6/30/09. For information on how to opt in, how to obtain entries, entry limitations, how potential winners are determined and no purchase method of entry, as well as the rest of the Official Rules, please log on to: www.Chase.com/TheTab. Maximum amount of each prize is: $200. Maximum ARV for all prizes combined is: $8,000,000. Odds of winning any one prize are 1 in 1,250. If you do not want to receive future sweepstakes offers by mail from JPMorgan Chase Bank, N.A., write to us at Sweepstakes Preference Office, 1111 Polaris Parkway, Suite A1, Columbus, OH 43240-0242. Please state that you do not want to receive future sweepstakes offers, which does not exclude you from any Chase marketing offer or promotion, and include your name, address and telephone number. **SPONSOR:** JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH, 43240.

Deposit products and services provided by JPMorgan Chase Bank, N.A. Member FDIC.
© 2009 JPMorgan Chase & Co.                                                                         IPTNP904

7782        XAGR        001    07   30  041089      PAGE 2 of 2      COLR725C  7253  3200  01AA7782

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**
- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**
- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** | |

**STEP 3**

| | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | |
| **SUBTOTAL** | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | |

**IF BALANCES DO NOT AGREE:**
- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (i) the Total Balance at the beginning of that day, plus (ii) new advances or charges, minus (iii) all payments and credits received that day and applied (I) to principal, (II) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

**BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.**
If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659988, San Antonio, TX 78265-9988, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number;
- The dollar amount of the suspected error;
- Describe the error and explain, if you can, why you believe there is an error.
- If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:
- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

- Bill Pay and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:** We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

**WAMU DEBIT MASTERCARD® CUSTOMERS:**
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

*TRANSACTION DESCRIPTIONS*
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 660022
DALLAS, TX 75266-0022

This Statement Covers
From: 04/11/09
Through 05/12/09

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

---

## Your WaMu Free Checking Detail Information

RAQUEL  GARCIA          Account  Number: 422-241635-0
Washington  Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning  Balance | $759.27 | Next Anniversary Date | 01/22/2010 |
| Checks Paid | $0.00 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$450.00 | WaMu Debit Rewards | |
| Deposits | +$700.00 | This statement period | $0.03 |
| Ending  Balance | $1,009.27 | Total since anniversary date | $0.03 |

| Date | Description | Withdrawals  (-) | Deposits  (+) |
|---|---|---|---|
| 04/13 | Customer Deposit | | $400.00 |
| 05/01 | MC-FITNESS CONNECTION- BA BAYTOWN TX | $450.00 | |
| 05/11 | Customer Deposit | | $300.00 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges                          $0.00
Non-Sufficient Funds charges           $0.00
Your Overdraft Limit as of the statement end date: $500.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
The fee for any Non-Sufficient Funds (NSF) Transaction whether paid or returned, is based on the number of NSF Transactions during the last 12
calendar months (including the current month); as of the statement end date, the fee was $27.00 for the 1st-4th NSF Transaction and $35.00 per
transaction for the 5th and each additional NSF Transaction during the period.

Why spend time fumbling with cash or writing checks? Your new Chase Debit Card is the better way to
pay. Use your debit card to access your money at more than 14,000 Chase & WaMu ATMs nationwide all
with no ATM Fee.  And using your card is a great way to remember every purchase or ATM transaction.
Just Jump online to review your account activity or check your monthly statement.

007-S-89                                  Page 1 of 1                 Deposits are FDIC insured

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** | |

**STEP 3**

| | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | |
| **SUBTOTAL** | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | |

**IF BALANCES DO NOT AGREE:**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659598, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
   Your name and account number;
   The dollar amount of the suspected error;
   Describe the error and explain, if you can, why you believe there is an error.
   If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:
- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

- *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:** We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

**WAMU DEBIT MASTERCARD® CUSTOMERS:**
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

---

### TRANSACTION DESCRIPTIONS

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

13cr628-013117

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

**YOUR WAMU FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

This Statement Covers
From: 05/13/09
Through 06/10/09

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

You're now able to enjoy free access at over 14,000 Chase and WaMu ATMs, and by the end of July you'll have access to all Chase branches, with branches in NV and CA coming in October. We're also making changes to the automated system to improve your telephone banking experience. You'll have new and better ways to access your account, and transferring money will become even easier. Watch for an important mailing with more details coming soon, as we work to bring you the power of Chase.

Usted puede ahora acceder su dinero sin pagar comisiones en mas de 14,000 cajeros automaticos de Chase y Wamu, y antes del fin de Julio podremos atender en todas las sucursales de Chase, con sucursales en NV y CA disponibles en octubre. Tambien estamos cambiando el sistema automatizado para mejorar su experiencia al acceder servicios bancarios por telefono. Usted tendra a su disposicion mejores maneras para acceder su cuenta, y transferir su dinero sera cada vez mas facil. Dentro de poco usted recibira comunicaciones con mas detalles sobre lo que le ofreceremos con la fortaleza de Chase.

## Your WaMu Free Checking Detail Information

RAQUEL GARCIA    Account Number: 422-241635-0
Washington Mutual Bank, FA

Currently, fees for using non-Chase/WaMu ATMs are billed at the end of each statement cycle. After July 23, 2009 any fees for using non-Chase/WaMu ATMs will be subtracted from your account the same day you use the non-Chase/WaMu ATM. Fees incurred on or before July 22 will be posted to your account on July 22, rather than the date of your next statement.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $1,009.27 | Next Anniversary Date | 01/22/2010 |
| Checks Paid | -$1,860.00 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$450.00 | WaMu Debit Rewards | |
| Deposits | +$2,000.00 | This statement period | $0.03 |
| Ending Balance | $699.27 | Total since anniversary date | $0.06 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 05/28 | Customer Deposit | | $2,000.00 |
| 06/01 | MC-FITNESS CONNECTION-BA BAYTOWN TX | $450.00 | |

2 07-S-89                    Page 1 of 2              Deposits are FDIC Insured

7782      XACR      001    07   10   061009      PAGE 1 of 2      COLR725C  7253  3200  01AA7782

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

This Statement Covers
Account Number: 422-241635-0
From: 05/13/09
Through: 06/10/09

| Checks Paid | | | | | *Indicates check out of sequence | |
|---|---|---|---|---|---|---|
| Check Number | Date | Amount Paid | Check Number | Date | | Amount Paid |
| 655 | 06/04 | $1,700.00 | 656 | 06/05 | | $160.00 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges                   $0.00
Non-Sufficient Funds charges        $0.00

Your Overdraft Limit as of the statement end date: $500.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
The fee for any Non-Sufficient Funds (NSF) Transaction, whether paid or returned, is based on the number of NSF Transactions during the last 12
calendar months (including the current month); as of the statement end date, the fee was $27.00 for the 1st-4th NSF Transaction and $35.00 per
transaction for the 5th and each additional NSF Transaction during the period.

Why spend time fumbling with cash or writing checks? Your new Chase Debit Card is the better way to
pay. Use your debit card to access your money at more than 14,000 Chase & WaMu ATMs nationwide all
with no ATM Fee.  And using your card is a great way to remember every purchase or ATM transaction.
Just jump on line to review your account activity or check your monthly statement.

Deposits are FDIC Insured

7782       XAGR       001    07   10   061009       PAGE 2 of 2       COLR725C 7253  3296  01AA7782

13cr628-013119

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** | |

**STEP 3**

| | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | |
| **SUBTOTAL** | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | |

**IF BALANCES DO NOT AGREE:**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("OOLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your statement is wrong, or if you need more information about an OOLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
    Your name and account number;
    The dollar amount of the suspected error;
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:
- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

- Bill Pay and Online Banking transactions to 400 E. Main Street, MS STA28PC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:** We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

***WaMu® DEBIT MASTERCARD® CUSTOMERS:***
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

---

***TRANSACTION DESCRIPTIONS***

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-684
Sequence number   Posting date

Depositaccountsnow held by JPMorgan ChaseBank, N. A.

YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 660022
DALLAS, TX 75266-0022

This Statement  Covers
From: 06/11/09
Through 07/10/09

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

---

Welcome to Chase. We're excited about continuing to bring you great service and now you'll also have the most branches and the most ATM locations in Texas! This month you'll see more of our signs change to Chase as we prepare to merge our systems on July 25, 2009. After July 25, you can bank wherever you see the Chase signs across the U.S. (except for California, which becomes available to you later this year); branches with WaMu signs in other states will also not be able to offer banking services for your Chase account until later this year.  You should have received a letter recently about your WaMu account becoming a similar account at Chase, including information about new services coming soon. If you have any questions, just stop by any of our branches or call us at 1.800.788.7000 We'll be happy to help.

BIENVENIDO  A CHASE! NOS COMPLACE SEGUIR BRINDANDOLE EXCELENTE SERVICIO Y AHORA ADEMAS TENDRA A SU ALCANCE LA MAYOR CANTIDAD DE SUCURSALES Y PUESTOS DE CAJEROS AUTOMATICOS EN TEXAS. ESTE MES VERA MAS DE NUESTROS LETREROS CAMBIAR A CHASE EN LA MEDIDA QUE NOS PREPARAMOS A FUSIONAR NUESTROS SISTEMAS EL 25 DE JULIO DE 2009. DESPUES DEL 25 DE JULIO, USTED PODRA SER ATENDIDO EN DONDE QUIERA QUE VEA EL LETRERO DE CHASE EN LOS ESTADOS UNIDOS (EXCEPTO EN CALIFORNIA, DONDE PODRA SERLO MAS ADELANTE EN EL 2009);SUCURSALES CON LETREROS DE WAMU EN OTROS ESTADOS SOLO PODRAN ATENDERLE EN RELACION CON SU CUENTA DE CHASE HASTA MAS TARDE EN EL 2009. USTED DEBE HABER RECIBIDO UNA CARTA RECIENTEMENTE ACERCA DE LA CONVERSION DE SU CUENTA DE WAMU A UNA CUENTA SIMILAR EN CHASE, INCLUYENDO INFORMACION SOBRE NUEVOS SERVICIOS. SI USTED TIENE PREGUNTAS, PASE POR UNA DE NUESTRAS SUCURSALES O LLAMENOS AL 1.800.788.7000 LE ATENDEREMOS  EN SU IDIOMA.

---

## Your  WaMu  Free  Checking  Detail  Information

RAQUEL  GARCIA             Account  Number: 422-241635-0
Washington  Mutual Bank, FA

Currently, fees for using non-Chase/WaMu ATMs are billed at the end of each statement cycle. After July 23, 2009 any fees for using non-Chase/WaMu ATMs will be subtracted from your account on the same day you use the non-Chase/WaMu ATM. Fees incurred on or before July 22 will be posted to your account on July 22, rather than the date of your next statement.

| Your Account  at a Glance | | | |
|---|---|---|---|
| Beginning  Balance | $699.27 | Next Anniversary Date | 01/22/2010 |
| Checks Paid | −$159.00 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | −$462.78 | WaMu Debit Rewards | |
| Deposits | $0.00 | This statement period | $0.03 |
| Ending  Balance | $77.49 | Total since anniversary date | $0.09 |

1 07-S-89                    Page 1 of 2              Deposits are FDIC Insured

7782        XAGR     001   07   10  071009    PAGE 1 of 2       COLR72SC  7253   3200  01AA7782

THIS IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

Deposit accounts now held by JPMorgan Chase Bank, N. A.

This Statement  Covers
Account  Number:  422-241635-0
From: 06/11/09
Through 07/10/09

| Date | Description | Withdrawals  (–) | Deposits (+) |
|------|-------------|------------------|--------------|
| 06/19 | MC–WEST END ROOFING HOUSTON TX | $462.78 | |

| Checks  Paid | | | | | *indicates check out of sequence |
|--------------|---|---|---|---|---|
| Check  Number | Date | Amount  Paid | Check  Number | Date | Amount  Paid |
| 657 | 07/08 | $159.00 | | | |

Calendar Year–To–Date Overdraft/Non–Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
  Overdraft charges                        $0.00
  Non–Sufficient Funds charges         $0.00

Your Overdraft Limit as of the statement end date: $500.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
The fee for any Non–Sufficient Funds (NSF) Transaction, whether paid or returned, is based on the number of NSF Transactions during the last 12
calendar months (including the current month); as of the statement end date, the fee was $27.00 for the 1st–4th NSF Transaction and $35.00 per
transaction for the 5th and each additional NSF Transaction during the period.

Why spend time fumbling with cash or writing checks? Your new Chase Debit Card is the better way to
pay. Use your debit card to access your money at more than 14,000 Chase & WaMu ATMs nationwide all
with no ATM Fee.  And using your card is a great way to remember every purchase or ATM transaction.
Just jump on line to review your account activity or check your monthly statement.

Deposits are FDIC Insured

13cr628-013123

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

**STEP 3**

|  | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUBTOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER |  |

**IF BALANCES DO NOT AGREE:**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

---

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
  Your name and account number;
  The dollar amount of the suspected error;
  Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:

- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9026;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

13cr628-013124

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

- *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.
We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
For Transactions Subject to Federal Electronic Fund Transfer Act:
We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

**WAMU® DEBIT MASTERCARD® CUSTOMERS:**
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

***TRANSACTION DESCRIPTIONS***
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ◯

JPMorgan Chase Bank, N.A.
P.O. Box 260180
Baton Rouge, LA 70826-0180

July 11, 2009 through August 12, 2009
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIuIIudIdIdIuIIdIIuuIdIudIIuuIIdIdIuIIuI
00027850 DRE 201 141 22509 - YYNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



### Welcome to Expanded Banking!

You now have full banking access at 900 more branches: all former WaMu branches in Florida, Georgia, New York, New Jersey, Connecticut, Illinois, and Texas are now Chase branches.

Many also have new expanded hours to serve you, with later hours on Fridays and Saturdays when you need them most. Watch your statements for branch availability in more states coming later this fall.

### Welcome to Chase
### Get Ready for Better Banking

Please see the enclosed guide to your new statement. Chase is committed to bringing you:

**Continued Value**
Get the great features and service you've come to expect. Our bankers are happy to speak with you and find a solution that fits your needs.

**Greater Control**
Watch over your finances anytime, anywhere with mobile and online banking. You can also reduce clutter by choosing paperless statements.

**More Convenience**
With Chase, you have free access to over 14,000 Chase and WaMu ATMs, as well as access to over 5,000 branches by year end.

We value you as a Chase customer. Please call us at 1-800-788-7000 if you have questions.

### CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $77.49 |
| Deposits and Additions | 1,757.29 |
| Checks Paid | - 471.00 |
| Ending Balance | $1,363.78 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date


**CHASE**

July 11, 2009 through August 12, 2009
Account Number:    **000004222416350**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  –$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE

July 11, 2009 through August 12, 2009
Account Number:    **000004222416350**



### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 658 ^ | 07/22 | $312.00 |
| 659 ^ | 08/06 | 159.00 |
| **Total Checks Paid** | | **$471.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$77.49** |
| 07/13 | Customer Deposit | | 700.00 | 777.49 |
| 07/22 | Check | # 658 | - 312.00 | 465.49 |
| 07/23 | WaMu Debit Rewards Payment | | 0.09 | 465.58 |
| 08/05 | Deposit    479114316 | | 1,057.20 | 1,522.78 |
| 08/06 | Check | # 659 | - 159.00 | 1,363.78 |
| | **Ending Balance** | | | **$1,363.78** |

Page 3 of 4

13cr628-013128

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number.  Posting date

**CHASE** ⬡

July 11, 2009 through August 12, 2009
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013129

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

August 13, 2009 through September 11, 2009
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

llıllıılılılllıllılllıııılılıdldlllıllılılldlllıdlll
00024451 DRE 201 141 25509 - NYNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## IMPORTANT CHANGE TO NON-CHASE ATM FEES
## FOR CHASE FREE EXTRA CHECKING

Starting 11/2/2009 there will be no Chase fee for the first two non-Chase ATM inquires, transfers and withdrawals
each statement period through 2/2/2010. After 2/2/2010, all non-Chase ATM inquiries, transfers and withdrawals
applied to your account will be assessed the standard non-Chase ATM fees. Please call us at 1-800-935-9935 if
you have questions.

## Attention Former WaMu Customers
## Chase By Phone Access Has Been Updated

When you use your debit card number to access account information with Chase by Phone, you now need to
enter your ATM PIN after entering your debit card number. This update allows instant access to your account
information and saves time in reaching a telephone banker.

You can reach Chase by Phone by calling the number listed at the top of this statement.

## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,363.78 |
| Checks Paid | - 471.00 |
| Ending Balance | $892.78 |

Page 1 of 4

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 28 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 

August 13, 2009 through September 11, 2009
Account Number:   000004222416350

**BALANCING YOUR CHECKBOOK**

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                              Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  –$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

August 13, 2009 through September 11, 2009
Account Number:   **000004222416350**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 660 ^ | 08/17 | $312.00 |
| 662 * ^ | 09/08 | 159.00 |
| **Total Checks Paid** | | **$471.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $1,363.78 |
| 08/17 | Check | # 660 | - 312.00 | 1,051.78 |
| 09/08 | Check | # 662 | - 159.00 | 892.78 |
| | **Ending Balance** | | | **$892.78** |

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE 

August 13, 2009 through September 11, 2009
Account Number:    **000004222416350**

**Are you earning the best rate you can on your savings?**

Get a boost in your savings with a limited-time interest rate bonus on a
Chase Plus Savings$^{SM}$ account.

Talk to your Chase Personal Banker for details.
Hurry! Offer ends October 30, 2009.

Page 4 of 4

13cr628-013133

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 31 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

September 12, 2009 through October 13, 2009
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00016895 DRE 201 141 28709 - NYNNN T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



STARTING 10/25/2009, THE STOP PAYMENT FEE WILL BE LOWERED TO S25
WHEN YOU REQUEST A STOP PAYMENT FOR A CHECK ONLINE THROUGH
CHASE.COM.  THE FEE WILL REMAIN THE SAME AT $32 IF YOU GO INTO A
BRANCH OR CALL US TO REQUEST A STOP PAYMENT.  PLEASE CALL US AT
1-800-935-9935 IF YOU HAVE QUESTIONS.
IF YOU HAVE A CHASE PREMIER PLATINUM CHECKING ACCOUNT OR A CHASE
PREMIER PLATINUM ASSET MANAGEMENT ACCOUNT, THE FEE FOR STOP
PAYMENTS WILL CONTINUE TO BE WAIVED.

**Attention Former WaMu Customers**
**Chase By Phone Access Has Been Updated**

When you use your debit card number to access account information with Chase by Phone, you now need to
enter your ATM PIN after entering your debit card number. This update allows instant access to your account
information and saves time in reaching a telephone banker.

You can reach Chase by Phone by calling the number listed at the top of this statement.

| **CHECKING SUMMARY** | Chase Free Extra Checking | |
|---|---|---|
| | | **AMOUNT** |
| **Beginning Balance** | | $892.78 |
| Deposits and Additions | | 4,107.20 |
| Checks Paid | | - 438.65 |
| ATM & Debit Card Withdrawals | | - 883.87 |
| **Ending Balance** | | **$3,677.46** |

Page 1 of 4

13cr628-013134

# CHASE ◯

September 12, 2009 through October 13, 2009
Account Number:   000004222416350

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013135

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



September 12, 2009 through October 13, 2009
Account Number:   **000004222416350**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 661  ^ | 10/01 | $126.65 |
| 663 * ^ | 09/14 | 312.00 |
| **Total Checks Paid** | | **$438.65** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | $892.78 |
| 09/14 | Check | # 663 | - 312.00 | 580.78 |
| 10/01 | Check | # 661 | - 126.65 | 454.13 |
| 10/05 | Deposit    479114319 | | 3,107.20 | 3,561.33 |
| 10/07 | Card Purchase | 10/02 Jcpenney Store 2995 Houston TX Card 3013 | - 170.06 | 3,391.27 |
| 10/09 | Card Purchase | 10/08 Lowes #01128* Houston TX Card 3013 | - 713.81 | 2,677.46 |
| 10/13 | Deposit    479114328 | | 1,000.00 | 3,677.46 |
| | **Ending Balance** | | | **$3,677.46** |

**Page 3 of 4**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date



September 12, 2009 through October 13, 2009
Account Number:   000004222416350

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013137

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

October 14, 2009 through November 12, 2009
Account Number:   000004222416350



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00011368 DRE 201 141 31709 - YYNNY T  1  000000000  06 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

### ¡Buenas noticias!

Ahora podemos servirle donde quiera que vea un letrero de Chase en más de 15,000 cajeros automáticos de Chase y más de 5,100 sucursales en todo el país. Muchas sucursales están abiertas por más tiempo los viernes y sábados, cuando usted más lo necesita. Nos emociona ofrecerle la conveniencia del acceso completo a nuestros servicios bancarios de costa a costa  .

### Great news!

Now you can bank wherever you see the Chase sign at more than 15,000 Chase ATMs and over 5,100 branches nationwide. Many branches are open longer hours on Fridays and Saturdays – when you need them most. We're excited to bring you the convenience of full banking access from coast to coast  .

### CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $3,677.46 |
| Checks Paid | - 85.48 |
| Ending Balance | $3,591.98 |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 665 ^ | 10/26 | $85.48 |
| Total Checks Paid | | $85.48 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

13cr628-013138

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



October 14, 2009 through November 12, 2009
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                    Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                    Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



October 14, 2009 through November 12, 2009
Account Number:    000004222416350

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| | **Beginning Balance** | | | **$3,677.46** |
| 10/26 | Check | # 665 | - 85.48 | 3,591.98 |
| | **Ending Balance** | | | **$3,591.98** |



Page 3 of 4

13cr628-013140

THIS IS A PRINTOUT OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



October 14, 2009 through November 12, 2009
Account Number:    000004222416350

**Earn travel awards on United**
**Upgrade your current Debit Card today!**

**With the United Mileage Plus® Debit Card:**
- Earn one mile for every two dollars in qualifying purchases*
- Earn 2,500 bonus miles after first qualifying purchase

**Plus, get this special benefit:**
- $50 in United Discount Travel Certificates – after first qualifying purchase

Don't wait! Enjoy these great benefits for a low annual fee of only $25 per checking account – no additional fee for up to four joint owners on the same checking account.

Log on to Chase Online Banking or call 1-800-935-9935 to upgrade.  For more information visit chase.com/MileagePlus.

*Purchases made with a PIN (Personal Identification Number), ATM and cash transactions do not qualify. Please refer to the program Terms and Conditions for complete information on qualifying purchases.

13cr628-013141

GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

November 13, 2009 through December 10, 2009
Account Number:   **000004222416350**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IllnIlnIlIIlnIlllIlnnnIIllIllnnnIlnIlnIlIlnIIInI
00016892 DRE 201 141 34509 - NNNNY T 1 000000000 03 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
| --- | --- |
| Beginning Balance | $3,591.98 |
| Deposits and Additions | 1,500.00 |
| Checks Paid | - 3,519.44 |
| ATM & Debit Card Withdrawals | - 1,797.53 |
| Other Withdrawals, Fees & Charges | - 197.50 |
| Ending Balance | -$422.49 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
| --- | --- | --- |
| 664 ^ | 12/02 | $3,000.00 |
| 666 * ^ | 12/04 | 48.00 |
| 668 * ^ | 11/24 | 85.44 |
| 669 ^ | 11/24 | 233.00 |
| 670 ^ | 11/24 | 50.00 |
| 671 ^ | 12/04 | 103.00 |
| **Total Checks Paid** | | **$3,519.44** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬛

November 13, 2009 through December 10, 2009
Account Number:    000004222416350

### BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.

1. Write in the Ending Balance shown on this statement:                    Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                    Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                               Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                    Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

⌂  JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE

November 13, 2009 through December 10, 2009
Account Number:    000004222416350



## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $3,591.98 |
| 11/24 | Check | # 669 | - 233.00 | 3,358.98 |
| 11/24 | Check | # 668 | - 85.44 | 3,273.54 |
| 11/24 | Check | # 670 | - 50.00 | 3,223.54 |
| 11/27 | Card Purchase | 11/25 Triple S Steel Supply Houston TX Card 3013 | - 612.23 | 2,611.31 |
| 11/27 | Card Purchase | 11/25 H.A. Franz & Company Houston TX Card 3013 | - 460.07 | 2,151.24 |
| 11/30 | Card Purchase | 11/27 LA Quinta Inn & Suites Houston TX Card 3013 | - 127.53 | 2,023.71 |
| 12/02 | Deposit     479114322 | | 1,000.00 | 3,023.71 |
| 12/02 | Check | # 664 | - 3,000.00 | 23.71 |
| 12/02 | Card Purchase | 11/30 Continen 00521519323253 Houston TX Card 3013 | - 427.70 | -403.99 |
| 12/02 | Insufficient Funds Fee | | - 25.00 | -428.99 |
| 12/03 | Card Purchase | 11/30 Continen 00529219392306 Houston TX Card 3013 | - 75.00 | -503.99 |
| 12/03 | Card Purchase | 11/30 Continen 00529219392310 Houston TX Card 3013 | - 75.00 | -578.99 |
| 12/03 | Card Purchase | 11/30 Continen 00529219367084 Houston TX Card 3013 | - 20.00 | -598.99 |
| 12/03 | Insufficient Funds Fee | | - 32.00 | -630.99 |
| 12/03 | Insufficient Funds Fee | | - 32.00 | -662.99 |
| 12/03 | Insufficient Funds Fee | | - 32.00 | -694.99 |
| 12/04 | Check | # 671 | - 103.00 | -797.99 |
| 12/04 | Check | # 666 | - 48.00 | -845.99 |
| 12/04 | Insufficient Funds Fee | | - 32.00 | -877.99 |
| 12/04 | Insufficient Funds Fee | | - 32.00 | -909.99 |
| 12/07 | Deposit     479114321 | | 500.00 | -409.99 |
| 12/09 | Extended Overdraft Fee | | - 12.50 | -422.49 |
| | Ending Balance | | | -$422.49 |

Page 3 of 4

13cr628-013144

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE ○**

November 13, 2009 through December 10, 2009
Account Number:    **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013145

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

December 11, 2009 through January 13, 2010

Account Number:    000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIlludlullludludlllullllhalllllludlllulludllul
00014747 DRE 201 141 01410 - YNNNN T  1 000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



Mantener su cuenta de cheques bajo control le ayuda a evitar cargos

1. **Inscríbase para protección contra sobregiros** desde su cuenta de ahorros o tarjeta de crédito de Chase*
2. **Inscríbase para recibir alertas de bajo saldo** en Chase.com/freealerts
3. **Inscríbase en Chase Mobile**SM en Chase.com/bancamovil para consultar su balance por su celular
4. **Consulte su saldo y transacciones cuando lo desee en Chase.com**

¿Quiere saber más sobre cómo manejar mejor su cuenta de cheques?
Visite su sucursal más cercana y hable con un asesor bancario.

*Protección contra sobregiros puede estar sujeta a la aprobación crediticia. Pueden aplicar cargos.

**Chase. Juntos se Puede**SM.

### Take Charge of Your Checking Account to Help Avoid Fees

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile**SM to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7 at Chase.com**

Want to  learn more about managing your checking account?
Visit your local branch and speak to a personal banker today.

*Overdraft Protection may be subject to credit approval.  Fees may apply.

---

| **CHECKING SUMMARY**  Chase Free Extra Checking | |
|---|---|
| | **AMOUNT** |
| **Beginning Balance** | -$422.49 |
| Deposits and Additions | 5,607.20 |
| Checks Paid | - 1,038.84 |
| Other Withdrawals, Fees & Charges | - 3,189.35 |
| **Ending Balance** | **$956.52** |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



December 11, 2009 through January 13, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  –$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

13cr628-013147

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

December 11, 2009 through January 13, 2010
Account Number:  **000004222416350**



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 672 ^ | 12/14 | $500.00 |
| 673 ^ | 12/18 | 438.84 |
| 675 * ^ | 01/13 | 100.00 |
| **Total Checks Paid** | | **$1,038.84** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | -$422.49 |
| 12/14 | Deposit       65633668 | 2,000.00 | 1,577.51 |
| 12/14 | Check                              # 672 | - 500.00 | 1,077.51 |
| 12/18 | Check                              # 673 | - 438.84 | 638.67 |
| 01/11 | Deposit       22539398 | 3,107.20 | 3,745.87 |
| 01/11 | Online Payment 735716096 To Allied Waste | - 457.72 | 3,288.15 |
| 01/11 | Online Payment 735721186 To Aetna | - 394.00 | 2,894.15 |
| 01/11 | Online Payment 735702842 To Sears | - 300.00 | 2,594.15 |
| 01/11 | Online Payment 735726637 To Cardmemeber Service | - 200.00 | 2,394.15 |
| 01/11 | Online Payment 735722372 To Waste Management | - 188.12 | 2,206.03 |
| 01/11 | Online Payment 735709439 To Verizon | - 178.71 | 2,027.32 |
| 01/11 | Online Payment 735733401 To AT&T | - 164.94 | 1,862.38 |
| 01/11 | Online Payment 735716416 To Hsbc Retail Services | - 130.32 | 1,732.06 |
| 01/11 | Online Payment 735727059 To East Houston Urology PA | - 117.79 | 1,614.27 |
| 01/11 | Online Payment 735734165 To Conseco Life Insurance CO | - 115.35 | 1,498.92 |
| 01/11 | Online Payment 735720891 To Harris CO Fwsd 1A | - 86.92 | 1,412.00 |
| 01/11 | Online Payment 735725686 To Alarm Masters Corporation | - 64.95 | 1,347.05 |
| 01/11 | Online Payment 735728263 To Comcast | - 57.45 | 1,289.60 |
| 01/11 | Online Payment 735700413 To City of Houston | - 51.42 | 1,238.18 |
| 01/11 | Online Payment 735732708 To Mci | - 45.32 | 1,192.86 |
| 01/11 | Online Payment 735720675 To Harris CO MUD 53 | - 42.26 | 1,150.60 |
| 01/11 | Online Payment 735731412 To GMAC Auto Finance | - 33.46 | 1,117.14 |
| 01/12 | Deposit       58182417 | 500.00 | 1,617.14 |
| 01/12 | Online Payment 736490914 To Home Depot | - 360.62 | 1,256.52 |
| 01/13 | Online Payment 735977706 To Discover Card | - 200.00 | 1,056.52 |
| 01/13 | Check                              # 675 | - 100.00 | 956.52 |
| | Ending Balance | | $956.52 |

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** ◆

December 11, 2009 through January 13, 2010
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013149

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE ◆**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 14, 2010 through February 10, 2010
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00016490 DRE 201 141 04210 - YYYNN T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



IMPORTANT NOTICE
We are making changes to your account.
Please see the enclosed notice(s) for more information.

#### Mantener su cuenta de cheques bajo control le ayuda a evitar cargos

1. **Inscríbase para protección contra sobregiros** desde su cuenta de ahorros o tarjeta de crédito de Chase*
2. **Inscríbase para recibir alertas de bajo saldo** en Chase.com/freealerts
3. **Inscríbase en Chase Mobile**<sup>SM</sup> en Chase.com/bancamovil para consultar su balance por su celular
4. **Consulte su saldo y transacciones cuando lo desee en Chase.com**

¿Quiere saber más sobre cómo manejar mejor su cuenta de cheques?
Visite su sucursal más cercana y hable con un asesor bancario.

*Protección contra sobregiros puede estar sujeta a la aprobación crediticia. Pueden aplicar cargos.

**Chase. Juntos se Puede<sup>SM</sup>.**

#### Take Charge of Your Checking Account to Help Avoid Fees

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile**<sup>SM</sup> to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7 at Chase.com**

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today.

*Overdraft Protection may be subject to credit approval. Fees may apply.

Page 1 of 4

13cr628-013150

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



January 14, 2010 through February 10, 2010
Account Number:     000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.

1. Write in the Ending Balance shown on this statement:                     Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                              Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013151

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE**

January 14, 2010 through February 10, 2010
Account Number:    **000004222416350**



## CHECKING SUMMARY    Chase Free Extra Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $956.52 |
| Deposits and Additions | 3,057.20 |
| Checks Paid | - 2,319.92 |
| Other Withdrawals, Fees & Charges | - 503.27 |
| Ending Balance | $1,190.53 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 674  ^ | 01/22 | $260.00 |
| 676 * ^ | 01/14 | 259.00 |
| 801 * ^ | 01/21 | 1,267.00 |
| 802  ^ | 01/25 | 263.00 |
| 803  ^ | 02/02 | 50.00 |
| 804 | 02/09 | 220.92 |
| **Total Checks Paid** | | **$2,319.92** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $956.52 |
| 01/14 | Check              # 676 | - 259.00 | 697.52 |
| 01/19 | Deposit | 1,500.00 | 2,197.52 |
| 01/19 | Online Payment 740369458 To Progressive Ins PO Box 30108 | - 85.84 | 2,111.68 |
| 01/19 | Online Payment 740367344 To United Automobile Insurance | - 43.00 | 2,068.68 |
| 01/20 | Check OR Supply Order          PPD ID: 1410216800 | - 23.95 | 2,044.73 |
| 01/21 | Check              # 801 | - 1,267.00 | 777.73 |
| 01/22 | Check              # 674 | - 260.00 | 517.73 |
| 01/25 | Deposit | 500.00 | 1,017.73 |
| 01/25 | Check              # 802 | - 263.00 | 754.73 |
| 01/25 | Online Payment 745234880 To Macy's Retail | - 153.22 | 601.51 |
| 01/25 | Online Payment 745232437 To Ntb Credit Plan | - 100.00 | 501.51 |
| 01/25 | Online Payment 745235956 To Macy's Retail | - 97.26 | 404.25 |
| 02/02 | Check              # 803 | - 50.00 | 354.25 |
| 02/03 | Deposit | 1,057.20 | 1,411.45 |
| 02/09 | Check # 804     Retail Services1 Checkpaymt     Arc ID: 3000000013 | - 220.92 | 1,190.53 |
|  | Ending Balance |  | $1,190.53 |

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ✦

January 14, 2010 through February 10, 2010
Account Number:    000004222416350

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013153

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ♦

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 11, 2010 through March 10, 2010
Account Number:   **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00009665 DRE 201 141 07010 - YNNNY T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



### Important Information About Your Chase Free Extra Checking Account

Starting May 12, 2010, Chase Free Extra Checking accounts will no longer have free outgoing wires.
The standard fees for outgoing wire transfers will be as follows:

| | |
|---|---|
| Domestic Outgoing | $25/item |
| Foreign Outgoing or Remittance Fee* | $45/item |

You will now also be able to initiate outgoing wire transfers through **chase.com** and receive a $5 discount from the outgoing fees listed above.  Just log into your account through **chase.com** and go to the "Payments and Transfers" tab.

*If you send wires to Mexico, you can send three Rapid Cash® transfers a month of $1,500 or less with no Remittance Fee.  Rapid Cash provides transfers to Banorte Bank so funds can be sent to a Banorte account or can be picked up at one of their over 1,000 branches in Mexico by your recipient. Visit your nearest Chase branch to take advantage of these transfers.

If you have any questions, please call us at 1-800-935-9935.

### CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,190.53** |
| Deposits and Additions | 3,700.00 |
| Checks Paid | - 1,864.84 |
| Other Withdrawals, Fees & Charges | - 2,205.37 |
| **Ending Balance** | **$820.32** |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



CHASE

February 11, 2010 through March 10, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.

1. Write in the Ending Balance shown on this statement:                    Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                                      Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
    • Your name and account number
    • The dollar amount of the suspected error
    • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ⬡

February 11, 2010 through March 10, 2010
Account Number:   **000004222416350**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 805 ^ | 02/12 | $162.00 |
| 806 ^ | 02/16 | 103.00 |
| 808 * ^ | 02/12 | 363.00 |
| 809 ^ | 02/19 | 1,100.00 |
| 810 ^ | 03/02 | 51.00 |
| 811 ^ | 03/02 | 85.84 |
| **Total Checks Paid** | | **$1,864.84** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $1,190.53 |
| 02/12 | Check | # 808 | - 363.00 | 827.53 |
| 02/12 | Check | # 805 | - 162.00 | 665.53 |
| 02/16 | Check | # 806 | - 103.00 | 562.53 |
| 02/17 | Deposit | | 1,500.00 | 2,062.53 |
| 02/19 | Check | # 809 | - 1,100.00 | 962.53 |
| 02/22 | Online Payment 764793114 To Sears | | - 200.00 | 762.53 |
| 02/22 | Online Payment 764785852 To Discover Card | | - 200.00 | 562.53 |
| 02/23 | Deposit | | 400.00 | 962.53 |
| 03/02 | Check | # 811 | - 85.84 | 876.69 |
| 03/02 | Check | # 810 | - 51.00 | 825.69 |
| 03/08 | Deposit | | 1,800.00 | 2,625.69 |
| 03/08 | Online Payment 775667515 To Home Depot | | - 1,395.77 | 1,229.92 |
| 03/08 | Online Payment 775672572 To United Automobile Insurance | | - 163.00 | 1,066.92 |
| 03/08 | Online Payment 775676371 To The Danbury Mint | | - 146.60 | 920.32 |
| 03/08 | Online Payment 775667520 To Ntb Credit Plan | | - 100.00 | 820.32 |
| | Ending Balance | | | $820.32 |

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date


**CHASE**

February 11, 2010 through March 10, 2010
Account Number:   **000004222416350**

## Chase Checking Customers Get Mortgage CASH BACK!

**1% CASH BACK** Year After Year.

Now your Chase checking account can help you pay down your new mortgage or put cash in your pocket.

When you open a new mortgage with Chase – whether you're buying or refinancing – **you'll receive 1% of your principal and interest payment back each year (up to $500 annually)**. Just have the monthly payments automatically deducted from your Chase checking account, and you'll earn cash back every year. You can apply the annual reward to your principal mortgage balance, or have the money put directly into your checking account – the choice is yours.

**Stop by your local Chase branch, visit chase.com/MortgageCashBack or call 1-866-863-3246 for details about this exclusive discount.**

13cr628-013157

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 55 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number     Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

March 11, 2010 through April 12, 2010
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00011123 DRE 201 141 10310 - NNNNY T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



### Hemos realizado un cambio en su Resumen de Cuenta de Cheques

Para ayudarle a mantener un registro de sus transacciones, agregamos "Retiros Electrónicos" al Resumen de Cuenta de Cheque en la parte inicial de su estado de cuenta.  Esto le provee la cantidad total de transacciones como pagos automáticos, transferencias de cuentas y pagos de cuentas por Internet, además de otras transacciones electrónicas.  Detalles de estas transacciones continuarán siendo incluidos en la sección "Detalle de Transacciones" de su estado de cuenta.

También cambiamos el nombre a la sección de "Otros Retiros, Comisiones y Cargos".  Ahora se llama "Comisiones y Otros Retiros".

Por favor llámenos al  1-800-935-9935 si tiene alguna pregunta.

### CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $820.32 |
| Deposits and Additions | 9,200.00 |
| Checks Paid | - 9,128.84 |
| Ending Balance | $891.48 |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 812 ^ | 03/24 | $500.00 |
| 813 ^ | 03/30 | 85.84 |
| 814 ^ | 04/05 | 4,000.00 |
| 815 ^ | 04/09 | 363.00 |
| 816 ^ | 04/08 | 4,180.00 |
| **Total Checks Paid** | | **$9,128.84** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



March 11, 2010 through April 12, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date** with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013159

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

March 11, 2010 through April 12, 2010
Account Number:    **000004222416350**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$820.32** |
| 03/23 | Deposit | | 600.00 | 1,420.32 |
| 03/24 | Check | # 812 | - 500.00 | 920.32 |
| 03/30 | Check | # 813 | - 85.84 | 834.48 |
| 04/01 | Deposit | | 4,400.00 | 5,234.48 |
| 04/05 | Check | # 814 | - 4,000.00 | 1,234.48 |
| 04/07 | Deposit | | 4,200.00 | 5,434.48 |
| 04/08 | Check | # 816 | - 4,180.00 | 1,254.48 |
| 04/09 | Check | # 815 | - 363.00 | 891.48 |
| | **Ending Balance** | | | **$891.48** |



Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



March 11, 2010 through April 12, 2010
Account Number:    **000004222416350**

## Chase Checking Customers Get Mortgage CASH BACK!

**1% CASH BACK** Year After Year.

Now your Chase checking account can help you pay down your new mortgage or put cash in your pocket.

When you open a new mortgage with Chase – whether you're buying or refinancing – **you'll receive 1% of your principal and interest payment back each year (up to $500 annually)**.  Just have the monthly payments automatically deducted from your Chase checking account, and you'll earn cash back every year. You can apply the annual reward to your principal mortgage balance, or have the money put directly into your checking account – the choice is yours.

**Stop by your local Chase branch, visit chase.com/MortgageCashBack or call 1-866-863-3246 for details about this exclusive discount.**

13cr628-013161

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ◘

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

April 13, 2010 through May 12, 2010
Account Number:    000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00011162 DRE 201 141 13310 - NYNNN T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## Hemos realizado un cambio en su Resumen de Cuenta de Cheques

Para ayudarle a mantener un registro de sus transacciones, agregamos "Retiros Electrónicos" al Resumen de Cuenta de Cheques en la parte inicial de su estado de cuenta.  Esto la provee la cantidad total de transacciones como pagos automáticos, transferencias de cuentas y pagos de cuentas por Internet, además de otras transacciones electrónicas.  Detalles de estas transacciones continuarán siendo incluidos en la sección "Detalle de Transacciones" de su estado de cuenta.

También cambiamos el nombre a la sección de "Otros Retiros, Comisiones y Cargos".  Ahora se llama "Comisiones y Otros Retiros".

Por favor llámenos al  1-800-935-9935 si tiene alguna pregunta.

## We added a new item to your Checking Summary......

To make it easier to keep track of your transactions, we added "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.  This provides a total amount for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.  Details of these transactions will continue to be included in the "Transaction Detail" section of your statement.

We also renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at  1-800-935-9935 if you have any questions.

## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$891.48** |
| Deposits and Additions | 7,900.00 |
| Checks Paid | - 7,405.00 |
| **Ending Balance** | **$1,386.48** |

Page 1 of 4

13cr628-013162

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 60 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date


**CHASE**

April 13, 2010 through May 12, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance: $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                          **Step 2 Total:    $_____**

3. Add Step 2 Total to Step 1 Balance.                    **Step 3 Total:    $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement:

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                          **Step 4 Total:    -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

*Page 2 of 4*

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ⬡

April 13, 2010 through May 12, 2010
Account Number:   **000004222416350**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 818 ^ | 04/22 | $205.00 |
| 819 ^ | 04/27 | 4,000.00 |
| 820 ^ | 04/29 | 3,200.00 |
| **Total Checks Paid** | | **$7,405.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $891.48 |
| 04/21 | Deposit | | 4,600.00 | 5,491.48 |
| 04/22 | Deposit | 101145407 | 3,300.00 | 8,791.48 |
| 04/22 | Check | # 818 | - 205.00 | 8,586.48 |
| 04/27 | Check | # 819 | - 4,000.00 | 4,586.48 |
| 04/29 | Check | # 820 | - 3,200.00 | 1,386.48 |
| | **Ending Balance** | | | **$1,386.48** |

13cr628-013164

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



April 13, 2010 through May 12, 2010
Account Number:    **000004222416350**

## ¡Las tarjetas de Regalo de Chase son el regalo perfecto!

Las Tarjetas de Regalo de Chase son perfectas para el Día de los Padres, graduación, cumpleaños, bodas o cualquier ocasión especial.

- Disponibles en cualquier monto desde $25 hasta $500
- Fáciles de usar y seguras
- Aceptadas en millones de lugares en todo el mundo
- Son el regalo perfecto para toda ocasión
- Tarjeta de felicitación GRATIS con la compra – solo disponible en sucursales de Chase

**Ordénela por el sitio web chase.com/GiftCardOrder o visite una sucursal de Chase hoy mismo.**

## Chase Gift Cards are the Perfect Gift!

Chase Gift Cards are the perfect gift for Father's Day, graduation, birthdays, weddings or any special occasion.

- Available in any amount from $25 to $500
- Convenient and secure
- Accepted at millions of locations worldwide
- The perfect gift for any occasion
- Free greeting card with purchase – available at Chase branches only

**Order online at Chase.com/GiftCardOrder or stop by a Chase branch today!**

13cr628-013165

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 13, 2010 through June 10, 2010
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



llullulbluluullulbullulululbullulllull
00018689 DRE 201 141 16210 - YNNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

---

## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$1,386.48** |
| Deposits and Additions | 6,680.00 |
| Checks Paid | - 6,797.51 |
| Ending Balance | **$1,258.97** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 817 ^ | 05/18 | $51.80 |
| 821 * ^ | 05/18 | 43.00 |
| 823 * ^ | 05/24 | 185.00 |
| 824 ^ | 05/28 | 741.99 |
| 825 ^ | 06/02 | 95.72 |
| 827 * ^ | 06/09 | 5,680.00 |
| **Total Checks Paid** | | **$6,797.51** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | **$1,386.48** |
| 05/18 | Check | # 817 | - 51.80 | 1,334.68 |
| 05/18 | Check | # 821 | - 43.00 | 1,291.68 |
| 05/24 | Check | # 823 | - 185.00 | 1,106.68 |

Page 1 of 6

13cr628-013166

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

CHASE ○

May 13, 2010 through June 10, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:          Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

⌂  JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

13cr628-013167

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



CHASE

May 13, 2010 through June 10, 2010
Account Number:   000004222416350

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|-----|--------|---------|
| 05/28 | Check | # 824 | - 741.99 | 364.69 |
| 06/01 | Deposit | 58182420 | 6,680.00 | 7,044.69 |
| 06/02 | Check | # 825 | - 95.72 | 6,948.97 |
| 06/09 | Check | # 827 | - 5,680.00 | 1,268.97 |
| | Ending Balance | | | $1,268.97 |



Page 3 of 6

13cr628-013168

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date


**CHASE**

May 13, 2010 through June 10, 2010
Account Number:    000004222416350

## Empiece a recibir hasta 3% de recompensas en efectivo automáticamente cada mes, por las cosas que usted compra todos los días.

**Presentamos la tarjeta de débito RealCash<sup>SM</sup> de Chase**

La próxima vez que vaya al supermercado, llene el tanque de gasolina, pase a la farmacia, compre algo para comer o se tome una taza de café, podría recibir hasta un 3% de reembolso en efectivo, de manera automática. ¿Cómo? Simplemente solicite la tarjeta de débito RealCash de Chase, y cada mes empezaremos a poner hasta un 3% de recompensas en efectivo directamente en su cuenta de cheques. Todo por una comisión anual módica de $25.

**Además, por un tiempo limitado, solicite esa tarjeta y reciba EL DOBLE de recompensas en efectivo durante los primeros 2 meses.**

Sí, leyó bien. Solicítela ahora y durante los primeros 2 meses le daremos EL DOBLE de recompensas en efectivo por todas las compras que haga en supermercados, gasolineras, cafés, restaurantes de comida rápida y farmacias. También recibirá una bonificación RealCash de $10 después de que haga su primera compra sin utilizar su número de identificación personal (PIN). Así que empiece a recibir sus recompensas en efectivo hoy mismo.

**Para solicitar la tarjeta de débito RealCash de Chase, hable con un asesor bancario o visite el sitio Web chase.com/RealCash**

**Start getting up to 3% cash back – automatically every month - on the things you buy every day!**

**Introducing the Chase RealCash<sup>SM</sup> Debit Card**

The next time you buy groceries, fill your tank, stop at the drug store, grab a quick bite to eat or even a cup of coffee, you could be getting up to 3% cash back – automatically! How? Just upgrade to the Chase RealCash Debit Card and every month we'll start putting up to 3% cash back directly into your checking account. All for a low $25 annual fee.

**Plus for a limited time, upgrade and get DOUBLE cash back for the first 2 months!**

That's right, upgrade now and for the first 2 months we'll give you DOUBLE cash back on all your grocery, gas, coffee, fast food and drug store purchases. You'll also get a $10 RealCash bonus after your first purchase without using your PIN. So start getting your cash back today!

**To upgrade to the Chase RealCash Debit Card talk to a banker or visit chase.com/RealCash**

Your $25 annual fee will be deducted from your primary checking account within 1–2 statement cycles.
The one-time $10 Chase RealCash Debit Card bonus will be automatically awarded to the primary checking account within 6-8 weeks of completing the first qualifying purchase made with your new Chase RealCash Debit Card.
You will earn up to 3% cash back for qualifying purchases made at the Program's participating merchant categories: grocery stores/supermarkets, gas stations (automated fuel dispensers and service stations), drug stores & pharmacies, fast food restaurants (including some coffee shops). **The percent cash back earned from qualifying purchases made at participating merchant categories will depend on the total amount of qualifying purchases made across all merchants and billers for any given calendar month.** There is a $500 cap on the cash back amount that can be earned during a calendar year, and your account and card must be in good standing. The $500 annual cap does not apply to cash back earned from Bonus Offers and purchases made at the RealCash Mall. For complete details, please see the Program Terms & Conditions at chase.com/RealCash.
If you open your Chase RealCash Debit Card between May 1 and July 31, 2010, you will receive double cash back (up to $50) for qualifying purchases made at participating merchant categories for the first sixty calendar days after you open your card. Double cash back offer does not apply to the $10 bonus you will receive after the first purchase without using your PIN, nor does it apply to cash back earned through bonus offers or online purchases made through the RealCash Mall. Double cash back earned counts towards the $500 annual cap.
Qualifying purchases are all purchases made without using your PIN. You can earn up to 3% cash back on qualifying purchases at participating merchants categories: grocery stores, gas stations, drug stores, fast food restaurants (including some coffee shops). For complete details on qualifying purchases, please see the Program Terms & Conditions at chase.com/RealCash.
© 2010 JPMorgan Chase Bank, N.A.

Page 4 of 6

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ♦

May 13, 2010 through June 10, 2010
Account Number:  **000004222416350**

Member FDIC



Page 5 of 6

13cr628-013170

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



CHASE

May 13, 2010 through June 10, 2010
Account Number:    000004222416350

This Page Intentionally Left Blank

Page 6 of 6

13cr628-013171

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

# CHASE ◎

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

June 11, 2010 through July 13, 2010
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00008717 DRE 201 141 19510 - YNNNY T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## Important information about your Deposit Account Agreement

We are improving the way we handle Overdraft Protection Transfers.  If you have Overdraft Protection, the following are changes to the "Overdraft Protection Services" section of your Deposit Account Agreement, effective July 19, 2010.  We will replace the "Maximum Overdraft Protection Amount" paragraph with the following:

"**4. Maximum Overdraft Protection Amount:** The amount of a Transfer will not exceed the amount available in the Funding Account.  (The Funding Account is the savings account, credit card account, or other line of credit account linked to your checking account for Overdraft Protection.)  If the amount available is insufficient to pay all checks and other customer initiated transactions, plus the Transfer Fee, in multiples of $50.00, then we will initiate a Transfer in the amount necessary to pay one or more transactions, plus the Transfer Fee.  If the amount available is sufficient to pay one or more transactions, but not the Transfer Fee, we will initiate a Transfer in the amount necessary to pay the transaction or transactions only.  We will, however, charge the Transfer Fee against the account, causing the account to be overdrawn.  Any checks or other customer initiated transactions that are not paid by the Transfer will either be paid or returned, and Insufficient Funds Fees or Returned Item Fees charged, in the same way as if you did not have Overdraft Protection."

As a reminder, we do not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn $5 or less.  The Overdraft Protection Transfer Fee is waived for Chase Premier Platinum Checking(SM) and Chase Premier Platinum Asset Management(SM) accounts.

All other terms and conditions of your Deposit Account Agreement remain the same.  If you have questions, please call us at 1-800-935-9935.

| CHECKING SUMMARY | Chase Free Extra Checking |
|---|---|

| | AMOUNT |
|---|---|
| Beginning Balance | $1,268.97 |
| Deposits and Additions | 6,180.00 |
| Checks Paid | - 5,877.00 |
| Electronic Withdrawals | - 111.10 |
| Ending Balance | $1,460.87 |

Page 1 of 4



CHASE ◻

June 11, 2010 through July 13, 2010
Account Number:    000004222416350

**BALANCING YOUR CHECKBOOK**

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                              Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠  JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013173

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

June 11, 2010 through July 13, 2010
Account Number:  **000004222416350**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 831 ^ | 06/23 | $197.00 |
| 832 ^ | 07/08 | 5,680.00 |
| **Total Checks Paid** | | **$5,877.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $1,268.97 |
| 06/23 | Check          # 831 | | - 197.00 | 1,071.97 |
| 06/28 | Deposit | | 5,680.00 | 6,751.97 |
| 07/08 | Deposit | | 500.00 | 7,251.97 |
| 07/08 | Check          # 832 | | - 5,680.00 | 1,571.97 |
| 07/09 | American Southwe E01041934P | PPD ID: 9775071990 | - 68.10 | 1,503.87 |
| 07/12 | Uaig - Texas     ACH Debits | PPD ID: 2260180489 | - 43.00 | 1,460.87 |
| | **Ending Balance** | | | **$1,460.87** |

Page 3 of 4

13cr628-013174

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



June 11, 2010 through July 13, 2010
Account Number:    **000004222416350**

### GET 1% MORTGAGE CASHBACK

### EXCLUSIVE OFFER FOR CHASE CHECKING CUSTOMERS

When you open a new mortgage with Chase – whether you're buying or refinancing – you'll receive 1% of your principal and interest payment back! Just have the monthly payments automatically deducted from your Chase checking account, and you'll earn cash back.  You can apply the annual reward to your principal mortgage balance, or have the money put directly into your checking account – the choice is yours.

Stop by your local Chase branch, visit chase.com/mortgagecashback or call 1-866-863-3246 for details about this exclusive discount.

1% Mortgage Cash Back
With the patent pending 1% Mortgage Cash Back$^{SM}$ program customers can earn up to 1% cash back, calculated on their scheduled principal and interest mortgage payment each month.

Offer available on new, residential Chase first mortgage purchase and refinance applications.  The 1% calculation applies to scheduled principal and interest payments only, and does not apply to additional principal payments made by customer, or to payments for escrowed items such as taxes and insurance.  The award will be paid via direct deposit into a Chase personal checking account or applied to the outstanding principal balance approximately 10 business days after each yearly anniversary date.  A new or existing Chase personal checking account is required along with enrollment in Chase's automatic mortgage payment service.  This offer is not transferable, is limited to one per customer, may be discontinued at any time without notice and is not available in all states.  Bond loans and any other loans where servicing is not retained by Chase are excluded.  There is a $500 calendar year cap on the principal reduction or cash back amount.  The 1% Mortgage Cash Back may result in taxable income to the customer.  We encourage customers to consult with personal tax advisors.

All home lending products are subject to credit and property approval.  Rates, program terms and conditions are subject to change without notice.  Not all products are available in all states or for all amounts.  Other restrictions and limitations apply.

Visit us at www.chase.com/MortgageCashBack

Deposit products provided by JPMorgan Chase Bank, N.A.  Member FDIC.

©2010 JPMorgan Chase & Co.

.

Page 4 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 14, 2010 through August 11, 2010
Account Number:    000004222416350



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIlullıdlılııdllııdılılıllıııdılıllıdlllıd
00007343 DRE 201 141 22410 - NNNYY T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

---

## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,460.87 |
| Deposits and Additions | 8,325.00 |
| Checks Paid | - 7,325.00 |
| Electronic Withdrawals | - 266.05 |
| Ending Balance | $2,194.82 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 836 ^ | 08/11 | $6,325.00 |
| 837 ^ | 08/02 | 1,000.00 |
| **Total Checks Paid** | | **$7,325.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | $1,460.87 |
| 07/19 | Uaig - Texas    ACH Debits | PPD ID: 2260180489 | | - 197.00 | 1,263.87 |
| 07/27 | Deposit | | | 6,325.00 | 7,588.87 |
| 07/29 | Deposit | | | 1,000.00 | 8,588.87 |
| 08/02 | Check | # 837 | | - 1,000.00 | 7,588.87 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 

July 14, 2010 through August 11, 2010
Account Number:    000004222416350

### BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:   $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                    Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



July 14, 2010 through August 11, 2010
Account Number:   **000004222416350**

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 08/10 | Deposit | | 1,000.00 | 8,588.87 |
| 08/11 | Check         # 836 | | - 6,325.00 | 2,263.87 |
| 08/11 | American Southwe E01041934P | PPD ID: 9775071990 | - 69.05 | 2,194.82 |
| | **Ending Balance** | | | **$2,194.82** |



Page 3 of 4

13cr628-013178

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



July 14, 2010 through August 11, 2010
Account Number:    000004222416350

### Point. Shoot. Deposit.

Now depositing checks is even easier than before with *Chase QuickDeposit*<sup>SM</sup>. Just snap a picture of the front and back or your endorsed check using the free Chase Mobile<sup>SM</sup> app on your iPhone<sup>®</sup> and hit send. It's fast, easy and best of all – it's free for eligible Chase checking customers.

**Deposit faster with iPhone** – anytime - anywhere

**Safe and secure** – Get immediate confirmation that your images have successfully uploaded.

**Save time** – Save yourself a trip and skip the deposit slip

**It's free** – Download the Chase Mobile app from the App Store and use it for free. (Check your mobile carrier's agreement for any data transfer fees that may apply)

**To learn more about QuickDeposit visit chase.com/QuickDeposit.**

Must download Chase Mobile App from the App Store<sup>SM</sup> and enroll in Chase Online<sup>SM</sup>. Requires iPhone<sup>®</sup> 3 or higher. App Store and iPhone are trademarks of Apple, Inc. Message and data rates from your wireless provider may apply. Subject to eligibility and further review. Deposits are subject to verification and not available for immediate withdrawal. Deposit limits and other restrictions apply.

13cr628-013179

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ✪

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 12, 2010 through September 13, 2010
Account Number:    000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

Բիլսլսլիսլսլսլիսսլսլսլիսսլիսսլսիլ
00007840 DRE 201 141 25710 - NNNYN T  1  000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,194.82 |
| Deposits and Additions | 17,040.99 |
| Checks Paid | - 7,542.91 |
| ATM & Debit Card Withdrawals | - 993.87 |
| Electronic Withdrawals | - 463.05 |
| Fees and Other Withdrawals | - 8,840.99 |
| Ending Balance | $1,394.99 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 838  ^ | 08/12 | $472.00 |
| 839  ^ | 08/24 | 1,240.58 |
| 840  ^ | 08/30 | 4,580.78 |
| 841  ^ | 09/03 | 1,249.55 |
| Total Checks Paid | | $7,542.91 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $2,194.82 |
| 08/12 | Deposit        145264068 | 8,840.99 | 11,035.81 |
| 08/12 | 08/12 Withdrawal | - 8,840.99 | 2,194.82 |
| 08/12 | Check              # 838 | - 472.00 | 1,722.82 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE ◻**

August 12, 2010 through September 13, 2010

Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                    Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                    Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

⌂ JPMorgan Chase Bank, N.A. Member FDIC

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



August 12, 2010 through September 13, 2010
Account Number:    000004222416350

## TRANSACTION DETAIL  *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 08/12 | Uaig - Texas    ACH Debits    PPD ID: 2260180489 | | - 197.00 | 1,525.82 |
| 08/18 | Deposit    145533429 | | 1,300.00 | 2,825.82 |
| 08/23 | Card Purchase    08/20 Tgt*Target.Com Target.Com MN Card 3381 | | - 713.63 | 2,112.19 |
| 08/24 | Deposit | | 5,100.00 | 7,212.19 |
| 08/24 | Deposit    136128470 | | 1,500.00 | 8,712.19 |
| 08/24 | Check    # 839 | | - 1,240.58 | 7,471.61 |
| 08/30 | Check    # 840 | | - 4,580.78 | 2,890.83 |
| 09/03 | Check    # 841 | | - 1,249.55 | 1,641.28 |
| 09/08 | Deposit    101145429 | | 300.00 | 1,941.28 |
| 09/08 | American Southwe E01041934P    PPD ID: 9775071990 | | - 69.05 | 1,872.23 |
| 09/09 | Uaig - Texas    ACH Debits    PPD ID: 2260180489 | | - 197.00 | 1,675.23 |
| 09/10 | Card Purchase    09/08 Hobby-Lobby #0170 Baytown TX Card 3381 | | - 177.49 | 1,497.74 |
| 09/13 | Card Purchase    09/10 Ross Stores #550 Baytown TX Card 3381 | | - 102.75 | 1,394.99 |
| | **Ending Balance** | | | **$1,394.99** |

Page 3 of 4

13cr628-013182

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



August 12, 2010 through September 13, 2010
Account Number:    **000004222416350**

### Help Avoid Overdrafts with the Touch of a Button.

Chase is putting even more banking power at your fingertips with Chase Instant Action Alerts[SM].

- Transfer money anytime, anywhere
- Get a text message the instant your checking balance is low
- Help avoid fees by transferring funds with a text
- It's fast, easy and best of all — it's free*

To learn more about Instant Action Alerts visit chase.com/FreeAlerts.

* There is no charge from Chase, but message and data rates may apply from your wireless provider. Qualifying Chase transfer account required.

Page 4 of 4

13cr628-013183

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 14, 2010 through October 13, 2010
Account Number:    000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00009868 DRE 201 141 28710 - NNYNY T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



### CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,394.99 |
| Deposits and Additions | 500.00 |
| Checks Paid | - 262.10 |
| ATM & Debit Card Withdrawals | - 546.66 |
| Electronic Withdrawals | - 113.08 |
| **Ending Balance** | **$973.15** |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 843 ^ | 09/21 | $262.10 |
| **Total Checks Paid** | | **$262.10** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,394.99** |
| 09/21 | Check                # 843 | - 262.10 | 1,132.89 |
| 09/27 | Deposit        166206755 | 500.00 | 1,632.89 |
| 09/30 | Card Purchase          09/28 B & L Lock And Safe Houston TX Card 3381 | - 546.66 | 1,086.23 |
| 10/05 | American Southwe E01041934P        PPD ID: 9775071990 | - 73.08 | 1,013.15 |
| 10/06 | Uaig - Texas    ACH Debits        PPD ID: 2260180489 | - 40.00 | 973.15 |
| | **Ending Balance** | | **$973.15** |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ○

September 14, 2010 through October 13, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

**Note:** Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                 **Step 1 Balance:** $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                        **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                                  **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                        **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

⌂
EQUAL HOUSING
LENDER    JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



September 14, 2010 through October 13, 2010
Account Number:    **000004222416350**

**Your Chase credit card comes with Blueprint**<sup>SM</sup>

Blueprint is a unique set of features that lets you manage your spending and borrowing
on your terms.

**FULL PAY:** Helps you avoid Interest
**SPLIT:** Pay off large purchases
**FINISH IT:** Pay down an existing balance
**TRACK IT:** See all your spending

Start with one or use them all. Blueprint is FREE.
Design your plan today at **chase.com/blueprint**
Or call **1-866-BLUEPRINT**



Page 3 of 4

13cr628-013186

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



September 14, 2010 through October 13, 2010

Account Number:     000004222416350

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013187

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 14, 2010 through November 10, 2010
Account Number:    **000004222416350**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00009428 DRE 201 141 31510 - NNNNY T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $973.15 |
| Deposits and Additions | 6,660.00 |
| Checks Paid | - 5,284.98 |
| ATM & Debit Card Withdrawals | - 1,003.59 |
| Electronic Withdrawals | - 237.00 |
| **Ending Balance** | **$1,107.58** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 850 ^ | 10/20 | $1,867.00 |
| 851 ^ | 10/20 | 1,573.98 |
| 852 ^ | 10/20 | 1,359.00 |
| 854 * ^ | 10/28 | 485.00 |
| **Total Checks Paid** | | **$5,284.98** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
   one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $973.15 |
| 10/18 | Deposit | 166044776 | 3,660.00 | 4,633.15 |
| 10/18 | Deposit | 58182432 | 1,500.00 | 6,133.15 |
| 10/20 | Check | # 850 | - 1,867.00 | 4,266.15 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



CHASE ◻

October 14, 2010 through November 10, 2010
Account Number:   000004222416350

**BALANCING YOUR CHECKBOOK**

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.

1.  Write in the Ending Balance shown on this statement:                **Step 1 Balance:  $**_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                        **Step 2 Total:  $**_____

3.  Add Step 2 Total to Step 1 Balance.                                 **Step 3 Total:  $**_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
    not shown on this statement:

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                        **Step 4 Total:  -$**_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
    • Your name and account number
    • The dollar amount of the suspected error
    • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013189

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date


**CHASE**

October 14, 2010 through November 10, 2010
Account Number:    **000004222416350**

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 10/20 | Check | # 851 | - 1,573.98 | 2,692.17 |
| 10/20 | Check | # 852 | - 1,359.00 | 1,333.17 |
| 10/20 | Uaig - Texas    ACH Debits | PPD ID: 2260180489 | - 197.00 | 1,136.17 |
| 10/20 | Uaig - Texas    ACH Debits | PPD ID: 2260180489 | - 40.00 | 1,096.17 |
| 10/25 | Deposit    58182434 | | 1,000.00 | 2,096.17 |
| 10/25 | Card Purchase    10/22 Continental 00521663588 Houston TX Card 3381 | | - 317.90 | 1,778.27 |
| 10/25 | Card Purchase    10/22 Continental 00521663588 Houston TX Card 3381 | | - 317.90 | 1,460.37 |
| 10/28 | Deposit    101145409 | | 500.00 | 1,960.37 |
| 10/28 | Check | # 854 | - 485.00 | 1,475.37 |
| 11/01 | Card Purchase    10/30 Lowes #01128* Houston TX Card 3381 | | - 367.79 | 1,107.58 |
| | **Ending Balance** | | | **$1,107.58** |



Page 3 of 4

13cr628-013190

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 88 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



October 14, 2010 through November 10, 2010
Account Number:    **000004222416350**

## Start saving more and get a $50 bonus!

Saving money has never been more critical, but with this smart offer, it's a lot more rewarding.
- Deposit $10,000 or more in new money into your existing Chase Savings[SM] account.
- Get **$50** when you maintain that balance of $10,000 for 90 days.
- Bring this page to any Chase branch by December 31, 2010.

**See below for details.**

Coupon code: 3901338070948559

**Bonus/account information:** Offer valid from 11/01/10 through 12/31/10. A deposit of $10,000 or more in new money (money not currently held by Chase or its affiliates) into an existing Chase Savings[SM] account is required to qualify for the offer. To receive the cash bonus, the account must remain open and a minimum balance of $10,000 must be maintained for 90 days from the date of deposit. The cash bonus will be automatically deposited into your account within 10 business days after the 90 day period. Customer is limited to two personal savings account-related reward/premium per calendar year. Not valid with any other offers. Cash bonus will not be considered part of the minimum opening deposit for new accounts. Savings account must remain open for a minimum of six months, or the cash bonus will be debited from the account at closing. Cash bonus is considered interest and will be reported on IRS Form 1099-INT. Interest rates are variable and subject to change. Fees may reduce earnings on the account.

For a **Chase Savings**[SM] account, the Annual Percentage Yield (APY) for all balances is effective as of 10/01/10, and may change at Chase's discretion. The APY is 0.01% for all balances in all Chase branch locations.

**Banker instructions:**
1. Please review the terms with the customer.
2. Assist the customer with making a single deposit of $10,000 or more in new money (money not currently held by Chase or its affiliates) directly into their existing Chase Savings[SM] account. **Coupon Code good for one time use (cannot be used multiple times). Bankers are prohibited from transferring offer to other customers or prospects.**
3. Enter the 16-digit coupon code into E-coupon **at the time of the qualifying deposit.** Coupon code can be found above.
4. Provide printed E-coupon receipt to the customer.

Page 4 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 11, 2010 through December 10, 2010
Account Number: **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00007606 DRE 201 141 34510 - NNNNYNNNNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



**Important information about Chase Checking and Savings Accounts**

Please see the end of this statement for changes to Additional Banking Services and Fees for Chase checking and savings accounts effective February 5, 2011. If you have questions, please call us at 1-800-935-9935.

## CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,107.58 |
| Electronic Withdrawals | - 269.08 |
| Ending Balance | $838.50 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $1,107.58 |
| 11/12 | American Southwe E01041934P | PPD ID: 9775071990 | - 73.08 | 1,034.50 |
| 11/15 | Uaig - Texas    ACH Debits | PPD ID: 2260180489 | - 196.00 | 838.50 |
| | Ending Balance | | | $838.50 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 

November 11, 2010 through December 10, 2010
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.            Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013193

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



November 11, 2010 through December 10, 2010
Account Number:    000004222416350



## Important Information about Chase Checking and Savings Accounts

The following changes to the Additional Banking Services and Fees for Chase checking and savings accounts are effective February 5, 2011.

ATM and Debit Card Fees
- Non-Chase ATM Withdrawals at a non-Chase ATM within
  the United States, Puerto Rico and the US Virgin Islands
  and any non-Chase ATM Inquiries and Transfers[1,2]                    $2.50 / transaction
- Withdrawal at a non-Chase ATM outside the United States,
  Puerto Rico and the US Virgin Islands[1,2]                            $ 5.00 / withdrawal
- ATM Statement[3]
  (When you print your recent account transactions at an ATM)          $ 1.00 / statement

Overdraft Protection Transfer Fee[4]                                    $12.00 / transfer
  (We will not charge an Overdraft Protection Transfer Fee
  if your ending account balance, before any Overdraft Protection
  Transfers are made is overdrawn by $5 or less.)

Deposited Item Returned (or cashed item returned)                      $12.00 / item
  (For example, you deposit an item such as a check, and it is not paid
  due to insufficient funds.)

Stop Payment[4]                                                        $34.00 / item
Stop Payment via Chase.com or Chase by Phone® automated
  phone system[4]                                                      $27.00 / item
Wire Transfer - Domestic Outgoing[5]                                   $30.00 / item
Wire Transfer - Domestic Outgoing via Chase.com[5]                     $25.00 / item
Counter Check[6]                                                       $ 2.00 / check
Legal Process                                                          up to $125.00/order
  (For processing any garnishment, tax levy, or other court or
  administrative order against an account, whether or not the
  funds are actually paid out)

[1] Non-Chase ATM withdrawals, inquiries, and transfers are not charged for the following account types: Chase Premier Platinum Checking[SM], Chase Premier Platinum Asset Management Account[SM], Chase Plus Savings[SM] and Chase Premier Platinum Savings[SM]; Chase Premier Checking[SM] -first four each statement period; Chase Workplace[SM] Checking - first two each statement period.
[2] Usage Fee may be charged by the institution that owns the ATM. Additional fee may apply when using an ATM outside the United States, Puerto Rico and the US Virgin Islands.
[3] Fee not charged for Chase Premier Platinum Checking[SM], Chase Premier Platinum Asset Management Account[SM], and Chase Plus Savings[SM].
[4] Fee not charged for Chase Premier Platinum Checking[SM] and Chase Premier Platinum Asset Management Account[SM].
[5] Fee not charged for Chase Premier Platinum Asset Management Account.
[6] Fee not charged for Chase Premier Checking[SM], Chase Premier Platinum Checking[SM] and Chase Premier Platinum Asset Management Account[SM].

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date



November 11, 2010 through December 10, 2010
Account Number:   000004222416350

This Page Intentionally Left Blank

13cr628-013195

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 11, 2010 through January 12, 2011
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00004274 DRE 201 141 01311 - YYNNNNYNNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



---

### CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $838.50 |
| Deposits and Additions | 2,503.73 |
| Checks Paid | - 761.82 |
| Electronic Withdrawals | - 308.08 |
| **Ending Balance** | **$2,272.33** |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 855 ^ | 01/12 | $761.82 |
| **Total Checks Paid** | | **$761.82** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $838.50 |
| 01/10 | Deposit       58182437 | | 1,400.00 | 2,238.50 |
| 01/10 | Transfer From Chkxxxxx5952 | | 1,003.73 | 3,242.23 |
| 01/10 | Transfer From Savxxxxxx9119 | | 100.00 | 3,342.23 |
| 01/11 | American Southwe E01041934P | PPD ID: 9775071990 | - 73.08 | 3,269.15 |
| 01/12 | Check       # 855 | | - 761.82 | 2,507.33 |
| 01/12 | Ualg - Texas    ACH Debits | PPD ID: 2260180489 | - 235.00 | 2,272.33 |
| | **Ending Balance** | | | **$2,272.33** |

Page 1 of 2

13cr628-013196

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE**

December 11, 2010 through January 12, 2011
Account Number:   000004222416350

## HOW TO BALANCE YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:  $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:   $_____**

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:   $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:   -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

13cr628-013197

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 13, 2011 through February 10, 2011
Account Number:    000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00006342 DRE 201 141 04211 - YNNNNYNNNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,272.33 |
| Deposits and Additions | 6,760.00 |
| Checks Paid | - 4,136.60 |
| ATM & Debit Card Withdrawals | - 1,777.00 |
| Ending Balance | $3,118.73 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 847  ^ | 01/31 | $148.85 |
| 857 * | 01/21 | 319.46 |
| 858 | 01/28 | 276.97 |
| 859  ^ | 02/02 | 1,249.55 |
| 860  ^ | 02/08 | 1,333.33 |
| 891 * ^ | 02/03 | 233.81 |
| 892  ^ | 02/07 | 339.63 |
| 894 * ^ | 02/10 | 235.00 |
| Total Checks Paid | | $4,136.60 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 

January 13, 2011 through February 10, 2011
Account Number:   000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬡

January 13, 2011 through February 10, 2011
Account Number:   **000004222416350**

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| | Beginning Balance | | | $2,272.33 |
| 01/14 | Deposit          58182430 | | 2,000.00 | 4,272.33 |
| 01/18 | Card Purchase          01/14 WI Financial Cards 800-869-3557 SD Card 3381 | | - 1,777.00 | 2,495.33 |
| 01/21 | Check # 857          Ron Craft Chevro Purchase   Bayttx POP ID: 9003030527 | | - 319.46 | 2,175.87 |
| 01/28 | Check # 0858          Morrell Masonry  Purchase   Houstx POP ID: M911925808 | | - 276.97 | 1,898.90 |
| 01/31 | Deposit          58182431 | | 3,000.00 | 4,898.90 |
| 01/31 | Check                    # 847 | | - 148.85 | 4,750.05 |
| 02/02 | Check                    # 859 | | - 1,249.55 | 3,500.50 |
| 02/03 | Check                    # 891 | | - 233.81 | 3,266.69 |
| 02/07 | Deposit          58182439 | | 1,760.00 | 5,026.69 |
| 02/07 | Check                    # 892 | | - 339.63 | 4,687.06 |
| 02/08 | Check                    # 860 | | - 1,333.33 | 3,353.73 |
| 02/10 | Check                    # 894 | | - 235.00 | 3,118.73 |
| | Ending Balance | | | $3,118.73 |



A monthly Service Fee was **not** charged to your account.  The ways to continue to avoid this fee are listed below.
- Have at least one direct deposit of $500.00 or more
- **OR**, keep a minimum daily balance in your checking account of $1,500.00 or more
- **OR**, keep an average qualifying deposit and investment balance of $5,000.00 or more
- **OR**, pay at least $25.00 in qualifying checking-related services or fees.

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



January 13, 2011 through February 10, 2011
Account Number:    **000004222416350**

### Help Avoid Overdrafts with the Touch of a Button.

Chase is putting even more banking power at your fingertips with **Chase Instant Action Alerts**[SM].

- Transfer money anytime, anywhere
- Get a text message the instant your checking balance is low
- Help avoid fees by transferring funds with a text
- It's fast, easy and best of all -- it's free*

To learn more about Instant Action Alerts visit chase.com/FreeAlerts.

* There is no charge from Chase, but message and data rates may apply from your wireless provider. Qualifying Chase transfer account required.

13cr628-013201

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 11, 2011 through March 10, 2011
Account Number:   **000004222416350**

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00010351 DRE 201 141 07011 - NNNNNNNNYNN T 1 000000000 06 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



---

### CHECKING SUMMARY   Chase Total Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $3,118.73 |
| Deposits and Additions | 5,650.00 |
| Checks Paid | - 5,505.93 |
| ATM & Debit Card Withdrawals | - 287.56 |
| Electronic Withdrawals | - 146.18 |
| **Ending Balance** | **$2,829.06** |

---

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 895 | 02/14 | $754.05 |
| 896 ^ | 03/02 | 1,249.55 |
| 897 ^ | 03/08 | 1,333.33 |
| 898 | 03/04 | 2,000.00 |
| 899 ^ | 02/24 | 69.00 |
| 900 ^ | 03/08 | 100.00 |
| **Total Checks Paid** | | **$5,505.93** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 🏠

February 11, 2011 through March 10, 2011
Account Number:     000004222416350

## BALANCING YOUR CHECKBOOK

**Note:** Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          **Step 1 Balance:  $**_____

2.  **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                        **Step 2 Total:   $**_____

3.  **Add Step 2 Total to Step 1 Balance.**                            **Step 3 Total:   $**_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                        **Step 4 Total:   -$**_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
    • Your name and account number
    • The dollar amount of the suspected error
    • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠
EQUAL HOUSING
LENDER          **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



**CHASE**

February 11, 2011 through March 10, 2011
Account Number:    000004222416350

## TRANSACTION DETAIL



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $3,118.73 |
| 02/11 | American Southwe E01041934P          PPD ID: 9775071990 | - 73.08 | 3,045.65 |
| 02/14 | Check # 0895      Home Depot CR Sv Check Pymt      Arc ID: 1460358360 | - 754.05 | 2,291.60 |
| 02/22 | Deposit      58182442 | 4,650.00 | 6,941.60 |
| 02/22 | Card Purchase      02/17 Ipic Studio Inc Los Angeles CA Card 3381 | - 127.00 | 6,814.60 |
| 02/24 | Check              # 899 | - 69.00 | 6,745.60 |
| 03/01 | Card Purchase      02/27 Red Roof Inns 12506424 Eloy AZ Card 3381 | - 160.56 | 6,585.04 |
| 03/02 | Check              # 896 | - 1,249.55 | 5,335.49 |
| 03/04 | Check # 0898      Wellsfargo Card  Checkpaymt      Arc ID: Regulusdal | - 2,000.00 | 3,335.49 |
| 03/08 | Deposit      101145413 | 1,000.00 | 4,335.49 |
| 03/08 | 03/08 Check          # 900 | - 100.00 | 4,235.49 |
| 03/08 | Check              # 897 | - 1,333.33 | 2,902.16 |
| 03/10 | American Southwe E01041934P          PPD ID: 9775071990 | - 73.10 | 2,829.06 |
| | Ending Balance | | $2,829.06 |

A monthly Service Fee was **not** charged to your account.  The ways to continue to avoid this fee are listed below.
- Have at least one direct deposit of $500.00 or more
- **OR**, keep a minimum daily balance in your checking account of $1,500.00 or more
- **OR**, keep an average qualifying deposit and investment balance of $5,000.00 or more
- **OR**, pay at least $25.00 in qualifying checking-related services or fees.

Page 3 of 4

13cr628-013204

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



February 11, 2011 through March 10, 2011
Account Number:    **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬢

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 11, 2011 through April 12, 2011
Account Number:   **000004222416350**

IllullulluIullullaIllIalulIlluullalulIllIlul
00011912 DRE 201 141 10911 - NNNNNNYNNYN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,829.06 |
| Deposits and Additions | 8,188.51 |
| Checks Paid | - 8,744.44 |
| Electronic Withdrawals | - 745.50 |
| Fees and Other Withdrawals | - 812.51 |
| Ending Balance | $715.12 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 902 | 03/14 | $58.11 |
| 903 ^ | 03/15 | 389.95 |
| 906 * ^ | 03/21 | 1,412.00 |
| 907 | 03/29 | 3,000.00 |
| 908 ^ | 03/29 | 1,301.50 |
| 909 ^ | 04/04 | 1,249.55 |
| 910 ^ | 04/04 | 1,333.33 |
| **Total Checks Paid** | | **$8,744.44** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 🏦

March 11, 2011 through April 12, 2011
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: **Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.**

1. **Write in the Ending Balance shown on this statement:**        Step 1 Balance:  $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**        Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏛 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013207

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE 🔾

March 11, 2011 through April 12, 2011
Account Number:   **000004222416350**



## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | | AMOUNT | BALANCE |
|------|-------------|---|---|---|--------|---------|
| | Beginning Balance | | | | | $2,829.06 |
| 03/11 | Uaig - Texas | ACH Debits | PPD ID: 2260180489 | | - 234.00 | 2,595.06 |
| 03/11 | Uaig - Texas | ACH Debits | PPD ID: 2260180489 | | - 46.00 | 2,549.06 |
| 03/14 | Check # 0902 | Walgreen CO. | Echeck | Boc ID: 30015531W2 | - 58.11 | 2,490.95 |
| 03/15 | Check | # 903 | | | - 389.95 | 2,101.00 |
| 03/16 | Deposit | 101145414 | | | 1,600.00 | 3,701.00 |
| 03/21 | Check | # 906 | | | - 1,412.00 | 2,289.00 |
| 03/25 | Deposit | 101145416 | | | 2,988.51 | 5,277.51 |
| 03/28 | Deposit | 101145417 | | | 2,600.00 | 7,877.51 |
| 03/29 | Check # 0907 | Wellsfargo Card Checkpaymt | Arc ID: Regulusdai | | - 3,000.00 | 4,877.51 |
| 03/29 | Check | # 908 | | | - 1,301.50 | 3,576.01 |
| 03/30 | Deposited Item Returned # of Items00001 | 000109862 | | | - 788.51 | 2,787.50 |
| 03/30 | Deposit Item Returned Fee: 01 # of Items00001 | 000109862 | | | - 12.00 | 2,775.50 |
| 04/04 | Check | # 910 | | | - 1,333.33 | 1,442.17 |
| 04/04 | Check | # 909 | | | - 1,249.55 | 192.62 |
| 04/11 | Deposit | 58182444 | | | 1,000.00 | 1,192.62 |
| 04/12 | American Southwe E01041934P | PPD ID: 9775071990 | | | - 465.50 | 727.12 |
| 04/12 | Service Fee | | | | - 12.00 | 715.12 |
| | Ending Balance | | | | | $715.12 |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have at least one direct deposit of $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.  Stop in today!*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $192.00)

  *Our text alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $2,618.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $12.00)

**Stop in today and explore all Chase has to offer.**

Page 3 of 4

# CHASE ◔

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 13, 2011 through May 11, 2011
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

llullulhlulhllhllhlluhllulllllhllulhlullhlud
00011776 DRE 201 141 13211 - YNNNNNNYNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## Chase Debit Card Overdraft Coverage^SM For Your Checking Account

As a reminder, you have Chase Debit Card Overdraft Coverage on your checking account (we processed your request on 08/12/2010). It allows Chase to authorize and pay overdrafts, at our discretion, on your everyday debit card transactions.

This coverage is on debit cards linked to the checking account ending in 6350.

**There is no charge to maintain this coverage on your account but if you use the coverage, standard overdraft fees will apply.**

If at any time you or a joint account holder would like to cancel Chase Debit Card Overdraft Coverage, please:

Stop by any branch and talk to a banker,
Visit chase.com/coverage, or
Call 1-800-935-9935.

### IMPORTANT INFORMATION

Whether you have Chase Debit Card Overdraft Coverage on your checking account will not affect how we treat your recurring debit card transactions (such as a gym membership). In particular, we may, at our discretion, authorize and pay a recurring debit card transaction that causes an overdraft and charge an insufficient funds/overdraft fee even if you do not maintain Chase Debit Card Overdraft Coverage on your account.

We will charge an insufficient funds/overdraft fee of $34 each time we pay an overdraft created by check, ACH, in-person withdrawal, debit card transaction or other electronic means. We will charge a returned item fee of $34 for any check or ACH transaction that is returned because your account had insufficient funds. The most you would pay is 3 fees per day for insufficient funds or returned items, no matter the number of transactions.

Also, each time your account is overdrawn for 5 consecutive business days, we will charge you an additional $15.

Once an overdraft has occurred, you are obligated to bring your account to a positive balance promptly.

Whether your overdraft will be paid is at Chase's discretion and we reserve the right not to pay. For example, we typically do not pay overdrafts if your account is not in good standing, or you are not making regular deposits, or you have had excessive overdrafts.

If you have sufficient funds available under Chase Overdraft Protection, funds will automatically be transferred from your Chase savings account, credit card or home equity line of credit to cover your overdraft purchases. Chase Overdraft Protection may be subject to a credit approval. Fees may apply, including a $12 Overdraft Protection transfer fee.

Page 1 of 6

13cr628-013209

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ⬣

April 13, 2011 through May 11, 2011
Account Number:    **000004222416350**

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2.  **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |

Step 2 Total:   $_____

3.  **Add Step 2 Total to Step 1 Balance.**          Step 3 Total:   $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:   -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 6

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬢

April 13, 2011 through May 11, 2011
Account Number:    **000004222416350**



### CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $715.12 |
| Deposits and Additions | 9,933.23 |
| Checks Paid | - 7,836.88 |
| ATM & Debit Card Withdrawals | - 1,011.21 |
| Electronic Withdrawals | - 469.00 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$1,319.26** |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 911  ^ | 04/13 | $46.00 |
| 912  ^ | 04/20 | 4,008.00 |
| 914 * ^ | 05/03 | 1,200.00 |
| 915  ^ | 05/03 | 1,249.55 |
| 916  ^ | 05/02 | 1,333.33 |
| **Total Checks Paid** | | **$7,836.88** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed in one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | $715.12 |
| 04/13 | Uaig - Texas | ACH Debits | PPD ID: 2260180489 | - 469.00 | 246.12 |
| 04/13 | Check | # 911 | | - 46.00 | 200.12 |
| 04/18 | Deposit | 58182446 | | 5,494.72 | 5,694.84 |
| 04/20 | Check | # 912 | | - 4,008.00 | 1,686.84 |
| 04/27 | Deposit | 58182428 | | 2,800.00 | 4,486.84 |
| 05/02 | Deposit | 58182449 | | 788.51 | 5,275.35 |
| 05/02 | Card Purchase | 05/01 Humanaone 800-3425209 GA Card 3381 | | - 34.50 | 5,240.85 |
| 05/02 | Check | # 916 | | - 1,333.33 | 3,907.52 |
| 05/03 | Check | # 915 | | - 1,249.55 | 2,657.97 |
| 05/03 | Check | # 914 | | - 1,200.00 | 1,457.97 |
| 05/06 | Card Purchase | 05/05 Hotels.Com US 800-219-4606 WA Card 3381 | | - 117.90 | 1,340.07 |
| 05/06 | Card Purchase | 05/05 Hotwire-Sales Final 866-468-9473 CA Card 3381 | | - 160.65 | 1,179.42 |
| 05/09 | Deposit | 101145428 | | 850.00 | 2,029.42 |
| 05/09 | Card Purchase | 05/06 Viator Tours And Att 415-5033969 CA Card 3381 | | - 698.16 | 1,331.26 |
| 05/11 | Service Fee | | | - 12.00 | 1,319.26 |
| | **Ending Balance** | | | | **$1,319.26** |

Page 3 of 6

13cr628-013211

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date



April 13, 2011 through May 11, 2011
Account Number:   **000004222416350**

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have at least one direct deposit of $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.  Stop in today!*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $200.00)

  *Our text alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $2,131.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

Page 4 of 6

13cr628-013212

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



April 13, 2011 through May 11, 2011

Account Number:    000004222416350

**The Chase Mobile® App. Enjoy all the access and services of chase.com through your phone, including these fast and FREE ways to manage your money:**

- Get the free Chase Mobile® App for your iPhone® or Android™
- Make a deposit by simply taking a picture of the front and back of an endorsed check with Chase QuickDeposit$^{SM}$
- Send money to nearly anyone with an e-mail address with Chase Person-to-Person QuickPay$^{SM}$
- Transfer money between Chase accounts
- Pay bills and credit cards with Online Bill Pay

Plus, you can also access chase.com anywhere, anytime from your phone's browser.



Chase Mobile Banking: Message and data rates may apply. Such charges include those from your communications service provider.

Chase QuickDeposit$^{SM}$: Must download Chase Mobile® App from the App Store or Android Market and enroll in Chase Online$^{SM}$. Message and data rates may apply. Such charges include those from your communications service provider. Subject to eligibility and further review. Deposits are subject to verification and not available for immediate withdrawal. Access Checking and High School checking account customers not eligible. Deposit limits and other restrictions apply.

Chase Person-to-Person QuickPay$^{SM}$: Both you and the other person need a U.S. bank account; only one of you needs a Chase checking account.

Online Bill Pay: You must be enrolled in Chase Online$^{SM}$ to activate and use Online Bill Payment. Online Bill Payment service is free of charge when you designate a qualified account as your Primary Account for Online Bill Payment. A qualified account includes any Chase personal or business checking account except Chase Customized Checking$^{SM}$ which will be charged $5 per month for Online Bill Payment Service.

iPhone: Requires iPhone® 3 or higher. App Store and iPhone are trademarks of Apple, Inc.

Android: Android is a trademark of Google, Inc. Use of this trademark is subject to Google Permissions.

© 2011 JPMorgan Chase & Co. JPMorgan Chase Bank, N.A. Member FDIC

Page 5 of 6

13cr628-013213

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 12, 2011 through June 10, 2011
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-262-4273** |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00011191 DRE 201 141 16211 - NNNNNNNYNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



---

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,319.26 |
| Deposits and Additions | 4,900.00 |
| Checks Paid | - 2,582.88 |
| ATM & Debit Card Withdrawals | - 1,220.00 |
| Electronic Withdrawals | - 138.00 |
| Fees and Other Withdrawals | - 34.00 |
| Ending Balance | $2,244.38 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 861 ^ | 06/02 | $1,249.55 |
| 862 ^ | 06/01 | 1,333.33 |
| **Total Checks Paid** | | **$2,582.88** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,319.26 |
| 05/17 | Uaig - Texas    ACH Debits       PPD ID: 2260180489 | - 138.00 | 1,181.26 |
| 05/18 | Card Purchase       05/17 Lemond Fitness Inc. 425-482-6773 WA Card 3381 | - 1,220.00 | -38.74 |
| 05/18 | Insufficient Funds Fee For A $1,220.00 Card Purchase - Details: 0517Lemond Fitness Inc. 425-482-6773 WA  04610460684143381 | - 34.00 | -72.74 |

Page 1 of 4

13cr628-013214

**CHASE** 

May 12, 2011 through June 10, 2011
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                     Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   –$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

May 12, 2011 through June 10, 2011
Account Number:    **000004222416350**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 05/19 | Deposit | | 2,700.00 | 2,627.26 |
| 06/01 | Check | # 862 | - 1,333.33 | 1,293.93 |
| 06/02 | Check | # 861 | - 1,249.55 | 44.38 |
| 06/03 | Deposit | 101145421 | 1,000.00 | 1,044.38 |
| 06/08 | Deposit | 58182450 | 1,200.00 | 2,244.38 |
| | **Ending Balance** | | | **$2,244.38** |

A monthly Service Fee was <u>not</u> charged to your account.  The ways to continue to avoid this fee are listed below.
- Have at least one direct deposit of $500.00 or more
- <u>OR</u>, keep a minimum daily balance in your checking account of $1,500.00 or more
- <u>OR</u>, keep an average qualifying deposit and investment balance of $5,000.00 or more
- <u>OR</u>, pay at least $25.00 in qualifying checking-related services or fees.



## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for<br>This Period | Total<br>Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $34.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 3 of 4

13cr628-013216

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE**

May 12, 2011 through June 10, 2011
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013217

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

June 11, 2011 through July 13, 2011
Account Number:    000004222416350

IlllullllllllllllllllllllllllllIlllllllllllllllllll
00011101 DRE 201 141 19511 - NNNNNNNNNNNN T  1  000000000  05 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

**We are making changes to the "Longer Delays May Apply" section of our Funds Availability Policy for personal accounts (excluding Chase Access Checking).**

Effective July 17, 2011, at least the first $200 of your deposits will be available on the first business day after the day of your deposit. All other terms of your account remain the same. If you have any questions, please call us at 1-800-935-9935.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,244.38 |
| Deposits and Additions | 4,400.00 |
| Checks Paid | - 4,210.11 |
| ATM & Debit Card Withdrawals | - 15.50 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$2,406.77** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 863 ^ | 06/14 | $1,200.00 |
| 865 * ^ | 07/05 | 1,249.55 |
| 866 ^ | 07/11 | 1,333.33 |
| 867 ^ | 07/12 | 155.68 |
| 868 ^ | 07/13 | 64.95 |
| 874 * ^ | 07/12 | 206.60 |
| **Total Checks Paid** | | **$4,210.11** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ⬤

June 11, 2011 through July 13, 2011
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                              Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                              Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                       Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                              Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

⬛ JPMorgan Chase Bank, N.A. Member FDIC
EQUAL HOUSING LENDER

Page 2 of 4

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 117 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



**CHASE**

June 11, 2011 through July 13, 2011
Account Number:   000004222416350

## TRANSACTION DETAIL



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $2,244.38 |
| 06/14 | Check | # 863 | - 1,200.00 | 1,044.38 |
| 06/20 | Card Purchase 3381 | 06/17 Humana Compbenefits 770-5527101 GA Card | - 15.50 | 1,028.88 |
| 06/27 | Deposit | | 2,800.00 | 3,828.88 |
| 07/05 | Check | # 865 | - 1,249.55 | 2,579.33 |
| 07/11 | Deposit | | 1,600.00 | 4,179.33 |
| 07/11 | Check | # 866 | - 1,333.33 | 2,846.00 |
| 07/12 | Check | # 874 | - 206.60 | 2,639.40 |
| 07/12 | Check | # 867 | - 155.68 | 2,483.72 |
| 07/13 | Check | # 868 | - 64.95 | 2,418.77 |
| 07/13 | Service Fee | | - 12.00 | 2,406.77 |
| | Ending Balance | | | $2,406.77 |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have at least one direct deposit of $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.  Stop in today!*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $1,028.00)

  *Our text alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $2,238.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ◆

June 11, 2011 through July 13, 2011
Account Number:    **000004222416350**

This Page Intentionally Left Blank

**Page 4 of 4**

13cr628-013221

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 14, 2011 through August 10, 2011
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00011140 DRE 201 141 22311 - YNYNNNNYNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



---

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,406.77 |
| Deposits and Additions | 6,200.00 |
| Checks Paid | - 3,607.74 |
| ATM & Debit Card Withdrawals | - 15.50 |
| **Ending Balance** | **$4,983.53** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 889 ^ | 07/14 | $136.36 |
| 870 ^ | 07/14 | 92.55 |
| 872 * ^ | 07/14 | 236.00 |
| 873 ^ | 07/18 | 174.57 |
| 875 * | 07/15 | 5.38 |
| 880 * ^ | 08/08 | 1,333.33 |
| 881 ^ | 08/03 | 1,249.55 |
| 883 * ^ | 08/08 | 380.00 |
| **Total Checks Paid** | | **$3,607.74** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

13cr628-013222

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



July 14, 2011 through August 10, 2011
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:    Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                              Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                         Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                              Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013223

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002490589562  Posting date 03-FEB-11



AcctNum: 000000004222416350  Amount: 000000000023381
Xerno: 0000000891  PostDate: 20110203  Sequence: 002490589562
BankNum: 0201  AppCode: 9001  Field4: 0000  ImageStat: 05
UDK: 02011102030024905895562  BOFD: 111900057  CapSRC: BY
TranCode: 000891  RouteTran: 11100061  DocType: 8
EntryNum: 2442  ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001890917669  Posting date 07-FEB-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110  3802

892

DATE 2/4/11

PAY TO THE
ORDER OF  A R u e N t 4 S· Restaurt          $339.63

three hundred thirty nine  63/100          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

⑆111000614⑆   4222416350⑈0892

PAY TO THE ORDER OF
WELLS FARGO BANK
111900669
FOR DEPOSIT ONLY
ARMENTA'S MEXICAN RESTAURANT, INC

AcctNum: 000000004222416350  Amount: 000000000033963
Xerno: 000000000892 PostDate: 20110207 Sequence: 001890917669
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011102070018909l7669 BOFD: 000000000 CapSRC: PV
TranCode: 000892 RouteTran: 1110006l   DocType: 8
EntryNum: 1487 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 008980063992  Posting date 08-FEB-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

860

32-61
1110    3902

DATE 2/1/11

PAY TO THE
ORDER OF  Reymond Holbert  $ 1333.33

One thad thre hendred thrify three ___ 33/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

Raquel Garcia

⑆111000614⑆     4222416350⑈0860

ENDORSE HERE

AcctNum: 00000004222416350  Amount: 000000000133333
Xerno: 0000000860 PostDate: 20110208 Sequence: 008980063992
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110208008980063992 BOFD: 000000000 CapSRC: FV
TranCode: 000860 RouteTran: 11100061  DocType: 8
EntryNum: 4325 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008790889532  Posting date 10-FEB-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 9802

894

DATE 2/7/11

PAY TO THE
ORDER OF  UNiTeD AuTo. INS.                $235.00

two hundred - thirty five                          DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 76201
www.Chase.com
MEMO

Raqul Garia

C:111000614C:  422241635 0" 08 4.

ENDORSE HERE

AcctNum:  00000004222416350  Amount:  00000000023500
Xerno:  0000000894  PostDate:  20110210  Sequence:  008790889532
BankNum:  0201  AppCode:  0001  Field4:  0000  ImageStat:  05
UDK:  0201110210008790889532  BOFD:  000000000 CapSRC:  PV
TranCode:  000894  RouteTran:  11100061   DocType:  8
EntryNum:  1613  ItemType:  P

13cr628-013227

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 125 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001690791795  Posting date 24-FEB-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

899

32-61
1110   3602

DATE 2/22/11

PAY TO THE
ORDER OF   Amco Aut                         $ 69

Suty nne                         10 00   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

⑈1110006 14⑈   4222416350⑈0899   ⑈0000006900⑈

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
ARZ INC
AMCO AUTO INSURA
5800113111163

4002   01734

FEB 23 11

Bank of America
N.A., C.H.
1-800-xxx-xxxx
▼111000025 ▲

BANK OF AMERICA, NA DAL
111000025  E7617494 005
02/23/11

953003813

AcctNum:  00000004222416350  Amount: 000000000006900
Xerno: 0000000899 PostDate: 20110224 Sequence: 001690791795
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110224001690791795 BOFD: 000000000 CapSRC: FV
TranCode: 000899 RouteTran: 11100061   DocType: 8
EntryNum: 1273 ItemType: P

13cr628-013228

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001990429983  Posting date 02-MAR-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110 3602

896

DATE 3/1/11

PAY TO THE
ORDER OF  Jean Lillard

$ 1,249.55

One thousand - two hundred - forty-nine 55/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  Payment

Raquel Garcia

⑈111000614⑈     4222416350 0896

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AcctNum: 000000004222416350  Amount: 00000000124955
Xerno: 0000000896  PostDate: 20110302 Sequence: 001990429983
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011103020011990429983 BOFD: 000000000 CapSRC: PV
TranCode: 000896 RouteTran: 11100061   DocType: 8
EntryNum: 1592 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 002280228703  Posting date 08-MAR-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-0/
1110   3802

900

DATE 3/8/11

PAY TO THE
ORDER OF   Giannina M. Garcia                    $ 100 00

one hundred dollars zero cents        DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO

Raquel Garcia

⑈1110006144⑈    4222416350⑈0900

AcctNum: 00000004222416350  Amount: 000000000010000
Xerno: 0000000900 PostDate: 20110308 Sequence: 002280228703
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111030800228022870 3 BOFD: 111900057 CapSRC: BY
TranCode: 000900 RouteTran: 11100061   DocType: 8
EntryNum: 2891 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003790387966 Posting date 08-MAR-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-81
1110  3802

897

DATE 3/1/11

PAY TO THE
ORDER OF  Reymond Holbert                    $ 1,333.33

one thousand three hundred thirty three — 33/100 DOLLARS

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO Payment                     Raquel Gui

⑆1110006114⑆  4222416350 0897

ENDORSE HERE

AcctNum: 000000004222416350 Amount: 000000000133333
Xerno: 0000000897 PostDate: 20110308 Sequence: 003790387966
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110308003790387966 BOFD: 000000000 CapSRC: PV
TranCode: 000897 RouteTran: 11100061 DocType: 8
EntryNum: 1425 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 004890688123  Posting date 15-MAR-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-2/1110 3302

903

DATE 3/11/11

PAY TO THE
ORDER OF  Star Tea Power                    | $389.95

three hundred   eighty nine    95/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO ACC # 90909

Raquel Garcia

⑈111000614⑈    4222416350 0903   0000038995

811223501S   P147 P012

```
AcctNum: 000000004222416350 Amount: 000000000038995
Earno: 0000000903 PostDate: 20110315 Sequence: 004890688123
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011103150004890688123 BOFD: 000000000 CapSRC: FV
TranCode: 000903 RouteTran: 11100061    DocType: 8
EntryNum: 3049 ItemType: P
```

13cr628-013233

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009970417122  Posting date 21-MAR-11



RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

906

32-81/382
1110

DATE 3/14/11

PAY TO THE
ORDER OF  Diane Kilbey                    $ 4162.

One thousand four hundred sixty two                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  857331

⑈:111000614⑈: 4222416350⑈'0906

ENDORSE HERE
CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE IN
Accordance With Payee's Instructions
Absence of Endorsement Guaranteed
WOODFOREST NATIONAL BANK
HOUSTON, TEXAS
DO NOT SIGN, STAMP OR WRITE BELOW THIS LINE

03/21/2011

0000409234959

AcctNum: 0000000004222416350  Amount: 0000000001141200
Xerox: 0000000906 PostDate: 20110321 Sequence: 009970417122
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011110321009970417122 BOFD: 000000000 CapSRC: PV
TranCode: 000906 RouteTran: 11100061  DocType: 8
EntryNum: 5942 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005590095584  Posting date 29-MAR-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110   3902

908

DATE 3/25/11

PAY TO THE
ORDER OF  ALARM MASTER   $ 1301.50

One Thousand three hundred - one 50/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Security

⑈111000644⑈   4222416350⑈ 0908

R004  Seq0010012063
Compass Bank  B'ham AL
03/29/2011 >062001186<

ENDORSE HERE
PAY TO THE ORDER OF
COMPASS BANK
HOUSTON, TX 77096
113010547
FOR DEPOSIT ONLY
ALARM MASTERS CORPORATION
21936901

AcctNum: 000000004222416350  Amount: 000000000130150
Xerno: 0000000908 PostDate: 20110329 Sequence: 005590095584
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011103290055900955584 BOFD: 000000000 CapSRC: PV
TranCode: 000908 RouteTran: 11100061  DocType: 8
EntryNum: 3997 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005280327059  Posting date 04-APR-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61  3802
1110

909

DATE 4/1/11

PAY TO THE
ORDER OF  Jean Lillard                                    $ 1,249.55

one thousand two hundred forty nine —— 55/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Payment House

⑈111000614⑈     4222416350⑈ 0909

Raquel Garcia

ENDORSE HERE

Jean Lillard

AcctNum: 00000000004222416350  Amount: 00000000124955
Xerno: 0000000909 PostDate: 20110404 Sequence: 005280327059
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011104040005280327059 BOFD: 000000000 CapSRC: FV
TranCode: 000909 RouteTran: 11100061    DocType: 8
EntryNum: 1559 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003280802970 Posting date 04-APR-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61 3902
1110

910

DATE 4/1/11

PAY TO THE
ORDER OF  Reymond Holbert                $ 1,333.33

One thousand three hundred thirty three          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO

Raquel Garcia

⑆111000614⑆    4222416350 910

WNB 04/03/2011   BG8123666547769

ENDORSE HERE

Raymond Halbert
0083255

AcctNum: 000000004222416350 Amount: 000000000133333
Xerno: 0000000910 PostDate: 20110404 Sequence: 003280802970
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111040400328080 2970 BOFD: 000000000 CapSRC: PV
TranCode: 000910 RouteTran: 11100061 DocType: 8
EntryNum: 3804 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003670380668  Posting date 13-APR-11



```
AcctNum: 000000004222416350  Amount: 000000000004600
Xerno: 0000000911 PostDate: 20110413 Sequence: 003670380668
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011104130036703B0668 BOFD: 000000000 CapSRC: FV
TranCode: 000911 RouteTran: 11100061  DocType: 8
EntryNum: 1445 ItemType: P
```

13cr628-013237

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005080448330 Posting date 20-APR-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110 3802

912

DATE 4/20/11

PAY TO THE
ORDER OF  MANUEL RICO                                    $4,800⁰⁰

four thousand eight                              100/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO                                             Raquel Garcia AP

⑆1110006814⑆    4222416350⑈0912

ROO6 Seq0012015924
Compass Bank B'ham AL
04/20/2011 >062001186<

2577 065536

AcctNum: 000000004222416350   Amount: 000000000400800
Xerno: 0000000912 PostDate: 20110420 Sequence: 005080448330
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011104200050480448330 BOFD: 000000000 CapSRC: PV
TranCode: 000912 RouteTran: 1110061   DocType: 8
EntryNum: 3804 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007070541830  Posting date 02-MAY-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110  3802

916

DATE 5/1/11

PAY TO THE
ORDER OF  *Reymond Holbert*  $ 1,333.33

*One Thousand three hundred thirty three — .33* DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO *Payment Payword*

⑈111000611⑈    4222416350⑈ 0916

XNB  05/01/2011    000123000928580

AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000000916 PostDate: 20110502 Sequence: 007070541830
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011105020070705418300 BOFD: 000000000 CapSRC: FV
TranCode: 000916 RouteTran: 11100061  DocType: 8
EntryNum: 3838 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001770175433  Posting date 03-MAY-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3802

915

DATE 5/1/11

PAY TO THE
ORDER OF  Jean Lillard                                    $ 1,249.55

One thousand two hundred forty nine —— 55/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  For payment Jean Lillard          Raquel Garcia

⑆111000611⑆      4222416350⑈0915

EPDORSE HERE
Jean Lillard
6839737254

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS R 3.60

AcctNum: 00000004222416350  Amount: 000000000124955
Xerno: 0000000915 PostDate: 20110503 Sequence: 001770175433
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110503001770175433 BOFD: 000000000 CapSRC: PV
TranCode: 000915 RouteTran: 11100061  DocType: 8
EntryNum: 1873 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003170972007  Posting date 03-MAY-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110   3802

914

DATE 4/20/11

PAY TO THE
ORDER OF  Center Point Energy                    $ 1200 ⁰⁰

Twelve hundred  and  ⁸⁰/₁₀₀                          DOLLARS

CHASE

JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  Right of Way parking

⑈111000614⑈   4222416350⑈0914

900008957303 050311
Centerpoint Energy 00100970798
5

AcctNum: 00000000422416350  Amount: 000000000120000
Xerno: 0000000914 PostDate: 20110503 Sequence: 003170972007
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011105030031709720007 BOFD: 074909962 CapSRC: PV
TranCode: 000914 RouteTran: 11100061   DocType: 8
EntryNum: 2642 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005070376151  Posting date 01-JUN-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110-3802

862

DATE 6/1/11

PAY TO THE
ORDER OF Raymond Holbert                    $ 1,333.33

one thousand three hundred thirty three 33/100                         DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

Raquel Garcia

⑆111000614⑆      4222416350⑈0862

06/01/2011   B0012300026173B

ENDORSE HERE
Raymond Holbert
09028385
Raymond Holbert

AcctNum: 000000004222416350 Amount: 00000000133333
Xerno: 0000000862 PostDate: 20110601 Sequence: 005070376151
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111060100507037615 BOFD: 000000000 CapSRC: PV
TranCode: 000862 RouteTran: 11100061   DocType: 8
EntryNum: 4313 ItemType: P

13cr628-013242

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 002270564642  Posting date 02-JUN-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3602

861

DATE 6/1/11

PAY TO THE
ORDER OF Jean Lillard                    $1,249.55

one thousand two hundred forty nine 55/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO Poy Hint House                    Raquel Garcia

⑈111000614⑈    4222416350⑈ 0861

ENDORSE HERE
Jean Lillard
683 973 7857

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AcctNum: 000000004222416350  Amount: 00000000124955
Xerno: 0000000861 PostDate: 20110602 Sequence: 002270564642
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111060200227056464642 BOFD: 000000000 CapSRC: PV
TranCode: 000861 RouteTran: 11100061    DocType: 8
EntryNum: 1594 ItemType: P

13cr628-013243

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005970999823  Posting date 14-JUN-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3802

863

DATE 6/7/11

PAY TO THE
ORDER OF  Center Point Energy                    | $ 1,200.—

one thousand two hundred                              DOLLARS

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO

Raquel Garcia

⑆111000614⑆    4222416350⑆ 0863

000008957303 061411
Centerpoint Energy 00100970798
5

ENDORSE HERE

AcctNum: 000000004222416350  Amount: 000000000120000
Xerno: 0000000863 PostDate: 20110614 Sequence: 005970999823
BankNum: 0201 AppCode: 0001 Field44: 0000 ImageStat: 05
UDK: 020110614005970999823 BOFD: 074909962 CapSRC: FV
TranCode: 000863 RouteTran: 11100061   DocType: 8
EntryNum: 2852 ItemType: P

13cr628-013244

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001980581710  Posting date 05-JUL-11

**RAQUEL GARCIA**
1847 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110   3802

865

DATE 7/1/11

PAY TO THE
ORDER OF  Jean Lillard                              $ 1,249.55

one thousand. two hundred forty nine                  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  for payment house              Raquel Garcia

⑈1110006114⑈    4222416350ⁿ0865

ENDORSE HERE
Jean Lillard

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

```
AcctNum: 00000004222416350   Amount: 000000000124955
Xerno: 0000000865 PostDate: 20110705 Sequence: 001980581710
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011107050001980581710 BOFD: 000000000 CapSRC: PV
TranCode: 000865 RouteTran: 11100061   DocType: 8
EntryNum: 1582 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002570554373  Posting date 11-JUL-11



RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61  3802
1110

866

DATE 2/1/11

PAY TO THE
ORDER OF  Reymond HOLBERT          | $ 1,333.33

One thousand three hundred thirty three —— 33/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Payment Hosp.                    Raquel Garcia

⑈111000614⑈    4222416350⑈0866

UMB 07092011   000117000458520.

AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000000866 PostDate: 20110711 Sequence: 002570554373
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201107110025370554373 BOFD: 000000000 CapSRC: PV
TranCode: 000866 RouteTran: 11100061  DocType: 8
EntryNum: 3745 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003190008463  Posting date 12-JUL-11



```
AcctNum: 00000000422416350  Amount: 000000000020660
Xerno: 0000000874 PostDate: 20110712 Sequence: 003190008463
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011107120031900008463 BOFD: 000000000 CapSRC: FV
TranCode: 000874 RouteTran: 11100061   DocType: 8
EntryNum: 3101 ItemType: P
```

13cr628-013247

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003090739567  Posting date 12-JUL-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110  3602

867

DATE 7/10/11

PAY TO THE
ORDER OF  City of Houston Water D.o.P.   | $ 155.68

one hundred fifty five .68/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO 0701-3040-1048

Raquel Garcia

⑆111000614⑆   4222416350⑈0867

JUL 12 2011 Btch:181 Trn:8
For Deposit Only
City of Houston acct xxxx3952

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

AcctNum: 000000004222416350  Amount: 000000000015568
Xerno: 0000000867 PostDate: 20110712  Sequence: 003090739567
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111071200309073956700 BOFD: 074909962 CapSRC: PV
TranCode: 000867 RouteTran: 11100061  DocType: 8
EntryNum: 3080 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002470626164 Posting date 13-JUL-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

868

30-61-3802
1110

DATE 7/10/11

PAY TO THE
ORDER OF ALARM MASTERS $ 64.95

Sixty - four 95/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO 421668

Raquel Garcia

⑈111000614⑈ 4222416350⑈ 0858

F002 Seq00120SS175
Compass Bank B'ham AL
07/13/2011 >06200SS85<

PAY TO THE ORDER OF
COMPASS BANK
HOUSTON, TX 77086
11301034.7
FOR DEPOSIT ONLY
ALARM MASTERS CORPORATION
219389G1

AcctNum: 00000000422416350 Amount: 00000000006495
Xerno: 0000000868 PostDate: 20110713 Sequence: 002470626164
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110713002470626164 BOFD: 000000000 CapSRC: PV
TranCode: 000868 RouteTran: 11100061 DocType: 8
EntryNum: 3765 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 006480630973  Posting date 14-JUL-11**



AcctNum: 000000004222416350  Amount: 000000000009255
Xerno: 0000000870  PostDate: 20110714  Sequence: 006480630973
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011071400648063097 3  BOFD: 000000000  CapSRC: PV
TranCode: 000870  RouteTran: 1100061  DocType: 8
EntryNum: 3974  ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007480996435  Posting date 14-JUL-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61 / 1110  0502

869

DATE 7/10/11

PAY TO THE ORDER OF  Emergency phy.      $ 136.36

One hundred thirty Six 36/100      DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 76201
www.Chase.com

MEMO

Raquel Garcia

⑆111000614⑆   4222416350⑈869

FOR DEPOSIT ONLY
EMERGENCY PHYSICIANS
ACCT #

AcctNum: 000000004222416350  Amount: 000000000013636
Xerno: 0000000869 PostDate: 20110714 Sequence: 007480996435
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011107140074809996435 BOFD: 000000000 CapSRC: PV
TranCode: 000869 RouteTran: 11100061   DocType: 8
EntryNum: 3617 ItemType: P

13cr628-013251

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007580172775  Posting date 14-JUL-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61 3802
1110

872

DATE 7/10/11

PAY TO THE
ORDER OF  United Automobile          $36.00

Thirtysix 0/100          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

⑆111000614⑆    4222416350 0872

ENDORSE HERE

AcctNum: 00000004222416350  Amount: 000000000023600
Xerno: 0000000872 PostDate: 20110714 Sequence: 007580172775
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011071400758017275 BOFD: 000000000 CapSRC: PV
TranCode: 000872 RouteTran: 11100061   DocType: 8
EntryNum: 1668 ItemType: P

13cr628-013252

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 007380861386  Posting date 18-JUL-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61 0802
1110

873

DATE 7/10/11

PAY TO THE
ORDER OF  at & t                                    $ 174.57

One hundred seventy four 57/100                 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO                                    Raquel Garcia

⑆111000614⑆    4222416350⑈0873

SW    dr2076  672230  0144 07/15/11 22553
71345140022206 67223008001 59    dg01
**IE ITEM**

PAY TO THE ORDER OF WACHOVIA BAN
All Prior Endorsements Guaranteed
AT&T
Account 2052700027274

AcctNum: 000000004222416350  Amount: 000000000017457
Xerno: 0000000873 PostDate: 20110718  Sequence: 007380861386
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011107180073B0861386 BOFD: 000000000 CapSRC: PV
TranCode: 000873 RouteTran: 11100061   DocType: 8
EntryNum: 5143 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006480904284  Posting date 03-AUG-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61 3802
1110

881

DATE 8/1/11

PAY TO THE
ORDER OF  Jean Lillard                    $ 1,249.55

One thousand - two hundred forty nine                55/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Payment Hose                         Raquel Garcia

⑈111000614⑈   4222416350  0881

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Jean Lillard

AcctNum: 00000004222416350 Amount: 00000000124955
Xerno: 0000000881 PostDate: 20110803 Sequence: 006480904284
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011108030064809042Z84 BOFD: 000000000 CapSRC: PV
TranCode: 000881 RouteTran: 11100061  DocType: 8
EntryNum: 1542 ItemType: P

13cr628-013254

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 008980254163  Posting date 08-AUG-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

880

32-87  3902
1110

DATE 8/1/11

PAY TO THE
ORDER OF   Reymond Holbert   $ 1,333.33

one thousand three hundred thirty three DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  Payment House                Raquel Garcia

⑈111000614⑈   4222416350⑈0880

ENDORSE HERE

AcctNum: 0000000004222416350  Amount: 000000000133333
Xerno: 0000000880 PostDate: 20110808 Sequence: 008980254163
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110808008980254163 BOFD: 000000000 CapSRC: PV
TranCode: 000880 RouteTran: 11100061  DocType: 8
EntryNum: 4884 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002570237271  Posting date 08-AUG-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

883

PAY TO THE
ORDER OF _Home Depot_ $ 380

_Three hundred eighty_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO

⑈111000614⑈ 4222416350⑈ 0883

FOR RETURN ITEMS:
Home Depot>141431
National City
#141-6391, 6507
Cleveland, OH
FOR RETURN ITEMS:

CHECK
222416350
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
AUTH CODE: 005681
PAYMENT ON ACCOUNT 6035322135905580

380.00
08/06/11
11 RVE6457  01:10 PM
6507 00006 17266

ENDORSE HERE
FOR DEPOSIT ONLY HOME DEPOT INC.
ACCT# 15895453837

AcctNum: 000000004222416350  Amount: 000000000038000
Xerno: 0000000883 PostDate: 20110808 Sequence: 002570237271
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110808002570237271 BOFD: 111900057 CapSRC: PM
TranCode: 000883 RouteTran: 11100061  DocType: 8
EntryNum: 7704 ItemType: P

13cr628-013256

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007880171925  Posting date 11-AUG-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61 8602
1110

885

DATE 8/8/11

PAY TO THE ORDER OF _CiTY OF HousTon WATer DeP_ $ 117.67

_One hundred seventeen_ _67/100_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO 0761-3040-1048

⑆111000614⑆  4222416350⑆ 0885

AUG 11 2011 Btch:168 Trn:42
For Deposit Only
City of Houston acct xxxx3952

AcctNum: 000000004222416350 Amount: 000000000011757
Xerno: 0000000885 PostDate: 20110811 Sequence: 007880171925
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011108110078801719 25 BOFD: 074909962 CapSRC: PV
TranCode: 000885 RouteTran: 11100061  DocType: 8
EntryNum: 3013 ItemType: P

13cr628-013257

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006580582521  Posting date 15-AUG-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-01
1110  3802

878

DATE 7/25/11

PAY TO THE
ORDER OF  Ge MONEY BANK                    $ 718.00

Seven Hundred eighteen                    100/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75205
www.Chase.com
MEMO 6079 180388396844        Raquel Garcia

⑈111000614⑈    4222416350⑈0878

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

AcctNum: 000000004222416350  Amount: 000000000071800
Xerno: 0000000878 PostDate: 20110815 Sequence: 006580582521
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011108150065805B2521 BOFD: 000000000 CapSRC: PV
TranCode: 000878 RouteTran: 11100061  DocType: B
EntryNum: 1896 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005280016094  Posting date 16-AUG-11

THIS CHECK IS VOID WITHOUT A BEIGE BACKGROUND AND AN ARTIFICIAL WATERMARK CERTIFICATION SEAL ON THE BACK - HOLD AT ANGLE TO VIEW SEAL

RAQUEL GARCIA
RAQUEL GARCIA
PO BOX 1972
CHANNELVIEW, TX 775301972

5458001663186900 - 07008534   Date: 08/16/2011
Check #:  0981

Pay to the
order of:  CARDHOLDER SERVICES

Amount
$1922.26

One Thousand  Nine Hundred Twenty Two  and 26/100                    Dollars

JPMORGAN CHASE BANK,
DALLAS, TX 752014605

by CardHolder Services
as authorized signatory for
RAQUEL GARCIA

Memo: 5458001663186900 07008534    85          SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑆111000614⑆     4222416350⑊  0981⑆000019222⑉

Acctnum: 000000004222416350  Amount: 000000000192226
Xerno: 0000000981  PostDate: 20110816  Sequence: 005280016094
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011108160052800160094  BOFD: 000000000  CapSRC: PV
TranCode: 000981  RouteTran: 11100061  DocType: 8
EntryNum: 3529  ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008470781614  Posting date 16-AUG-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110   3802

884

DATE 8/3/11

PAY TO THE
ORDER OF  PROGRESSIVE      INS.        | $473.00

four - hundred - seventy three                    100/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO # 04318126-2

⑈111000614⑈   4222416350⑈0884

For  >031100209< 08/14/11 CGI-Progressiv
Deposit Citibank N.A.   04318126
Only   New Castle DE   738152157
5501 643051 342 000 643051-08-01-169/0017-171

ENDORSE HERE

AcctNum: 000000004222416350  Amount: 000000000047300
Xerno: 0000000884 PostDate: 20110816 Sequence: 008470781614
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110816008470781614 BOFD: 000000000 CapSRC: FV
TranCode: 000884 RouteTran: 11100061   DocType: 8
EntryNum: 1782 ItemType: P

13cr628-013260

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007980370961  Posting date 23-AUG-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110  3802

889

DATE 8/15/11

PAY TO THE
ORDER OF ADUANTA CREDIT CARDS          $2,542.02

two thousand five hundred forty two 00/100          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO 1810

⑆1110006 14⑆   4222416350⑈ 0889   000025420 2⑈

AcctNum: 0000000042224116350 Amount: 000000000254202
Xerno: 0000000889 PostDate: 20110823 Sequence: 007980370961
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110823007980370961 BOFD: 000000000 CapSRC: PV
TranCode: 000889 RouteTran: 11100061 DocType: 8
EntryNum: 2256 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009570698176  Posting date 24-AUG-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110 3802

922

DATE 8/22/11

PAY TO THE
ORDER OF _A M e x i c a n   H o m e   P a t i e n t_ | $328.47

_three hundred twenty eight _____ 47_ DOLLARS

**CHASE** O
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 17632007278                    Raquel Garci

⑈111000614⑈    4222416350 0922

20110824
>031000053<
PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

20110824
676552

AcctNum: 000000004222416350  Amount: 000000000032847
Xerno: 0000000922 PostDate: 20110824 Sequence: 009570698176
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011082400957069176 BOFD: 000000000 CapSRC: PV
TranCode: 000922 RouteTran: 11100061  DocType: 8
EntryNum: 4017 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007880095314  Posting date 25-AUG-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-81
1110  3802

925

DATE 8/22/11

PAY TO THE
ORDER OF   O Z A R K a                    $ 310.58

three hundred ten                              58/100  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 0012925392          Raquel Garcia

⑈111000614⑈     422416350⑈0925

CREDIT ACCT NAMED PAYEE
ZEPHYR HILLS
0100036001
54090005

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000031058
Xerno: 0000000925 PostDate: 20110825 Sequence: 007880095314
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011108250078800953114 BOFD: 000000000 CapSRC: PV
TranCode: 000925 RouteTran: 11100061   DocType: 8
EntryNum: 2565 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002080117828  Posting date 02-SEP-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-81/1110 3802                          927

DATE 8-28-11

PAY TO THE
ORDER OF  Jean Lillard                    $ 1,249.55

One thousand two hundred fourty nine 55/100          DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO house payment                       Raquel Garcia

⑆1110008 14⑆    4222416350⑈0927

ENDORSE HERE
Jean Lillard

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000000927 PostDate: 20110902 Sequence: 002080117828
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111090200208011782B BOFD: 000000000 CapSRC: PV
TranCode: 000927 RouteTran: 11100061   DocType: 8
EntryNum: 1470 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007370635249  Posting date 08-SEP-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110 3802

928

DATE 8-28-11

PAY TO THE ORDER OF  Reymond Holbert                    $1333.33

One thousand threehundred thirty three 33/100       DOLLARS

**CHASE ◯**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  House payment                    Raquel Garcia

⑈111000614⑈  4222416350⑈0928

WNB 09082011  000357000136950

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

```
AcctNum: 00000004222416350 Amount: 00000000133333
Xerno: 0000000928 PostDate: 20110908 Sequence: 007370635249
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111090800073706325249 BOFD: 000000000 CapSRC: FV
TranCode: 000928 RouteTran: 11100061  DocType: 8
EntryNum: 4897 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006190172575  Posting date 08-SEP-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110 3602

929

DATE 9/7/11

PAY TO THE
ORDER OF   Ruben Diaz                    $ 1000 °°

One thousand dollars °°                    DOLLARS

**CHASE ○**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈111000614⑈   4222416350⑈0929

ENDORSE HERE

AcctNum: 000000004222416350  Amount: 000000000100000
Xerno: 0000000929 PostDate: 20110908 Sequence: 006190172575
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201109080006190172575 BOFD: 111900057 CapSRC: VP
TranCode: 000929 RouteTran: 11100061   DocType: 8
EntryNum: 2102 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 005580477383  Posting date 30-SEP-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3802

934

DATE  09/26/11

PAY TO THE
ORDER OF  Diane Kilsby                      $ 1188.80

Eleven - hundred - eighty-eight 80/xx  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  WLD 000017536

⑈111000614⑈      4222416350⑈ 0934

ENDORSE HERE
Diane Kilsby
3070331

09/30/2011      000084001000900

AcctNum: 000000004222416350  Amount: 000000000118880
Xerno: 0000000934 PostDate: 20110930 Sequence: 005580477383
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011109300055804773383 BOFD: 000000000 CapSRC: FV
TranCode: 000934 RouteTran: 11100061   DocType: 8
EntryNum: 4974 ItemType: P

13cr628-013267

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 005580477384  Posting date 30-SEP-11**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

932

22-61
1110  3802

DATE 09/26/11

PAY TO THE
ORDER OF   Diane Kilsby                          $ 1534.48

Fifteen — hundred — thirty-four + 48/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

DFS 098 2998

MEMO  831 Canna

⑈111000614⑈    4222416350⑈ 0932

ENDORSE HERE
Diane Kilsby
3070331

03/39/2011    G3080480100899B

AcctNum: 000000004222416350  Amount: 000000000153448
Xerno: 0000000932  PostDate: 20110930  Sequence: 005580477384
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011109300005580477384  BOFD: 000000000  CapSRC: PV
TranCode: 000932  RouteTran: 11100061  DocType: 8
EntryNum: 4974  ItemType: P

13cr628-013268

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ◉

July 14, 2011 through August 10, 2011
Account Number:   **000004222416350**

### TRANSACTION DETAIL



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $2,406.77 |
| 07/14 | Check | # 872 | - 236.00 | 2,170.77 |
| 07/14 | Check | # 869 | - 136.36 | 2,034.41 |
| 07/14 | Check | # 870 | - 92.55 | 1,941.86 |
| 07/15 | Check # 0875 | Home Depot CR Sv Check Pymt        Arc ID: 1460358360 | - 5.38 | 1,936.48 |
| 07/18 | Card Purchase  3381 | 07/17 Humana Compbenefits 770-5527101 GA Card | - 15.50 | 1,920.98 |
| 07/18 | Check | # 873 | - 174.57 | 1,746.41 |
| 07/25 | Deposit | | 2,300.00 | 4,046.41 |
| 08/01 | Deposit | 101145424 | 2,700.00 | 6,746.41 |
| 08/03 | Check | # 881 | - 1,249.55 | 5,496.86 |
| 08/08 | Deposit | | 1,200.00 | 6,696.86 |
| 08/08 | Check | # 880 | - 1,333.33 | 5,363.53 |
| 08/08 | Check | # 883 | - 380.00 | 4,983.53 |
| | Ending Balance | | | **$4,983.53** |

A monthly Service Fee was **not** charged to your account.  The ways to continue to avoid this fee are listed below.
• Have at least one direct deposit of $500.00 or more
• **OR**, keep a minimum daily balance in your checking account of $1,500.00 or more
• **OR**, keep an average qualifying deposit and investment balance of $5,000.00 or more
• **OR**, pay at least $25.00 in qualifying checking-related services or fees.

### OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for  This Period | Total  Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date



July 14, 2011 through August 10, 2011
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013270

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number     Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 11, 2011 through September 13, 2011
Account Number:     000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

llıılıılıllıllılllıııldıldlllııılldlıdlılıılll
00011470 DRE 201 141 25711 - NYNNNNNNNNN T  1  000000000  08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



**Important Information for Chase Total Checking(SM) Accounts**
We have improved how you can waive the monthly Service Fee with direct deposit
on Chase Total Checking accounts.

With statement periods beginning on or after August 24, 2011, if you have direct deposits
totaling $500 or more made to this account in a statement period your monthly Service Fee
will be waived for that period. (In addition, a single direct deposit of $500 or more
to this  account during the statement period will continue  to waive the monthly Service
Fee for that period). The direct deposits, each of which must be an ACH credit, may
include payroll, pension or government benefit payments, such as Social Security.

In addition, you can continue to have your monthly Service Fee waived on Chase
Total Checking accounts by either keeping a minimum daily balance of $1,500 or more in
this account OR having an average daily balance of $5,000 or more in this account or a
combination of this account and any qualifying deposit or investment accounts linked with
this account OR paying $25 or more in qualifying checking-related services or fees in that
period.

Otherwise the monthly Service Fee will apply, which remains at $12 ($10 for accounts
opened in CA, OR, WA). All other terms and conditions will remain the same. If you have
questions, call us at 1-800-935-9935.

### Important Information About Chase Debit Card Overdraft Coverage

We determined that when you requested to have Chase Debit Card Overdraft Coverage on your checking account at one of
our branches, you may not have received a written confirmation from the branch. We have since mailed this confirmation to
you. Please accept our apologies for any inconvenience.

Chase Debit Card Overdraft Coverage allows us to authorize everyday debit card transactions at our discretion when you
don't have enough money in your checking account. We may charge Insufficient Funds and Extended Overdraft Fees in
connection with those debit card transactions.

If you believe we charged you any Insufficient Funds and Extended Overdraft Fees related to Chase Debit Card Overdraft
Coverage before you received confirmation of your request, please call us at 1-800-935-9935 and refer to this statement
message to discuss a courtesy refund.

Page 1 of 4

13cr628-013271

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬡

August 11, 2011 through September 13, 2011

Account Number:    000004222416350

### BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    **Step 1 Balance:** $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.    **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:**   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

⌂ JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬡

August 11, 2011 through September 13, 2011
Account Number:    000004222416350



### CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,983.53 |
| Deposits and Additions | 14,500.00 |
| Checks Paid | - 18,803.14 |
| ATM & Debit Card Withdrawals | - 15.50 |
| Electronic Withdrawals | - 280.00 |
| Fees and Other Withdrawals | - 68.00 |
| Ending Balance | $316.89 |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 877 | 08/15 | $1,057.12 | 922 ^ | 08/24 | 328.47 |
| 878 ^ | 08/15 | 718.00 | 924 * | 08/25 | 1,325.00 |
| 879 | 08/12 | 370.93 | 925 ^ | 08/25 | 310.58 |
| 884 * ^ | 08/16 | 473.00 | 926 | 08/25 | 1,092.12 |
| 885 ^ | 08/11 | 117.67 | 927 ^ | 09/02 | 1,249.55 |
| 886 | 08/16 | 39.90 | 928 ^ | 09/08 | 1,333.33 |
| 888 * | 08/17 | 4,867.49 | 929 ^ | 09/08 | 1,000.00 |
| 889 ^ | 08/23 | 2,542.02 | 981 * ^ | 08/16 | 1,922.26 |
| 921 * | 08/24 | 55.70 | | | |

**Total Checks Paid    $18,803.14**

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $4,983.53 |
| 08/11 | Check | # 885 | | | - 117.67 | 4,865.86 |
| 08/12 | Check # 0879 | Macys Payment | Check Pymt | Arc ID: 1460358360 | - 370.93 | 4,494.93 |
| 08/12 | Uaig - Texas | ACH Debits | PPD ID: 2260180489 | | - 237.00 | 4,257.93 |
| 08/12 | Uaig - Texas | ACH Debits | PPD ID: 2260180489 | | - 43.00 | 4,214.93 |
| 08/15 | Deposit | | | | 7,600.00 | 11,814.93 |
| 08/15 | Deposit | | | | 1,000.00 | 12,814.93 |
| 08/15 | Check # 0877 | Gemb Rsf | Checkpaymt | Arc ID: 9200509007 | - 1,057.12 | 11,757.81 |
| 08/15 | Check | # 878 | | | - 718.00 | 11,039.81 |
| 08/16 | 08/16 Stop Payment Fee | | | | - 34.00 | 11,005.81 |
| 08/16 | Check | # 981 | | | - 1,922.26 | 9,083.55 |
| 08/16 | Check | # 884 | | | - 473.00 | 8,610.55 |
| 08/16 | Check # 0886 | Mbi Inc | Checkpmt | Arc ID: 8882117905 | - 39.90 | 8,570.65 |

13cr628-013273

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 171 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date


**CHASE**

August 11, 2011 through September 13, 2011
Account Number:   **000004222416350**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT | BALANCE |
|------|-------------|--|--|--|--------|---------|
| 08/17 | Card Purchase       08/17 Humana Compbenefits 770-5527101 GA Card | | | | - 15.50 | 8,555.15 |
|       | 3381 | | | | | |
| 08/17 | Check # 888 | Capital One Arc  Check Pymt | Arc ID: 9541719766 | | - 4,867.49 | 3,687.66 |
| 08/22 | Deposit | | | | 2,100.00 | 5,787.66 |
| 08/23 | Check | # 889 | | | - 2,542.02 | 3,245.64 |
| 08/24 | Check | # 922 | | | - 328.47 | 2,917.17 |
| 08/24 | Check # 0921 | Chase | Check Pymt | Arc ID: 9200602075 | - 55.70 | 2,861.47 |
| 08/25 | Check # 0924 | Gemb Rsf | Checkpaymt | Arc ID: 9200509007 | - 1,325.00 | 1,536.47 |
| 08/25 | Check # 0926 | Gemb Rsf | Checkpaymt | Arc ID: 9200509007 | - 1,092.12 | 444.35 |
| 08/25 | Check | # 925 | | | - 310.58 | 133.77 |
| 08/29 | Deposit | | | | 2,600.00 | 2,733.77 |
| 09/02 | Check | # 927 | | | - 1,249.55 | 1,484.22 |
| 09/08 | Check | # 928 | | | - 1,333.33 | 150.89 |
| 09/08 | Check | # 929 | | | - 1,000.00 | -849.11 |
| 09/08 | Insufficient Funds Fee For Check #929 IN The Amount of $1,000.00 | | | | - 34.00 | -883.11 |
| 09/12 | Deposit | | | | 1,200.00 | 316.89 |
| | **Ending Balance** | | | | | **$316.89** |

A monthly Service Fee was <u>not</u> charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have at least one direct deposit of $500.00 or more**
  (You did not have a direct deposit this statement period)

- **<u>OR</u>, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was -$883.00)

- **<u>OR</u>, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $2,634.00)

- **<u>OR</u>, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $68.00)

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees * | $34.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 4 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 14, 2011 through October 13, 2011
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

Illudludluhulludllluuhludldlumulludludludllud
00010703 DRE 201 141 28711 NNNNNYNNNYN T  1 000000000 05 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



---

### CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $316.89 |
| Deposits and Additions | 8,500.00 |
| Checks Paid | - 6,477.65 |
| ATM & Debit Card Withdrawals | - 15.50 |
| Fees and Other Withdrawals | - 929.00 |
| Ending Balance | $1,394.74 |

---

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 930  ^ | 10/03 | $1,333.33 |
| 931  ^ | 10/04 | 1,249.55 |
| 932  ^ | 09/30 | 1,534.48 |
| 933  ^ | 09/30 | 1,171.49 |
| 934  ^ | 09/30 | 1,188.80 |
| Total Checks Paid | | $6,477.65 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

13cr628-013275

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** ⬡

September 14, 2011 through October 13, 2011

Account Number:   000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**　　　　Step 1 Balance:  $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

　　　　　　　　　　　　　　　　　　　　　　　Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**　　　　　　　　　Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

　　　　　　　　　　　　　　　　　　　　　　　Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
　　• Your name and account number
　　• The dollar amount of the suspected error
　　• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠
LENDER   **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬡

September 14, 2011 through October 13, 2011
Account Number:    000004222416350

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $316.89 |
| 09/19 | Card Purchase 3381 | 09/17 Humana Compbenefits 770-5527101 GA Card | - 15.50 | 301.39 |
| 09/26 | Deposit | | 7,000.00 | 7,301.39 |
| 09/26 | 09/26 Withdrawal | | - 880.00 | 6,421.39 |
| 09/30 | Check | # 932 | - 1,534.48 | 4,886.91 |
| 09/30 | Check | # 934 | - 1,188.80 | 3,698.11 |
| 09/30 | Check | # 933 | - 1,171.49 | 2,526.62 |
| 10/03 | Check | # 930 | - 1,333.33 | 1,193.29 |
| 10/04 | Check | # 931 | - 1,249.55 | -56.26 |
| 10/04 | Insufficient Funds Fee For Check #931 IN The Amount of $1,249.55 | | - 34.00 | -90.26 |
| 10/12 | Extended Overdraft Fee | | - 15.00 | -105.26 |
| 10/13 | Deposit | | 1,500.00 | 1,394.74 |
| | Ending Balance | | | $1,394.74 |

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR,** keep a minimum daily balance in your checking account of $1,500.00 or more
  (Your minimum daily balance was -$90.00)

- **OR,** keep an average qualifying deposit and investment balance of $5,000.00 or more
  (Your average qualifying deposit and investment balance was $1,254.00)

- **OR,** pay at least $25.00 in qualifying checking-related services or fees.
  (Your total qualifying checking-related services or fees paid were $49.00)

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $49.00 | $117.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fee

Page 3 of 4

13cr628-013277

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** ⬡

September 14, 2011 through October 13, 2011
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013278

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 14, 2011 through November 10, 2011
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-262-4273** |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00010802 DRE 201 141 31511 NNNNNNNNNYN T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY     Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,394.74** |
| Deposits and Additions | 5,100.00 |
| Checks Paid | - 3,291.88 |
| ATM & Debit Card Withdrawals | - 15.50 |
| Electronic Withdrawals | - 2,069.09 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$1,106.27** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 935 ^ | 10/24 | $467.00 |
| 936 ^ | 10/24 | 242.00 |
| 937 ^ | 11/02 | 1,249.55 |
| 938 ^ | 11/07 | 1,333.33 |
| **Total Checks Paid** | | **$3,291.88** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

13cr628-013279

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** 

October 14, 2011 through November 10, 2011
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        **Step 1 Balance:  $**_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:  $**_____

3. Add Step 2 Total to Step 1 Balance.                               **Step 3 Total:  $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:  -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$**_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013280

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** 

October 14, 2011 through November 10, 2011
Account Number:   000004222416350

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $1,394.74 |
| 10/17 | Card Purchase   10/16 Humana Compbenefits 770-5527101 GA Card   3381 | | - 15.50 | 1,379.24 |
| 10/24 | Check   # 935 | | - 467.00 | 912.24 |
| 10/24 | Check   # 936 | | - 242.00 | 670.24 |
| 10/31 | Deposit | | 5,100.00 | 5,770.24 |
| 11/02 | Check   # 937 | | - 1,249.55 | 4,520.69 |
| 11/03 | Frontier General Homeowner   PPD ID: 3752234314 | | - 2,069.09 | 2,451.60 |
| 11/07 | Check   # 938 | | - 1,333.33 | 1,118.27 |
| 11/10 | Service Fee | | - 12.00 | 1,106.27 |
| | Ending Balance | | | $1,106.27 |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $670.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $1,754.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $117.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** 

October 14, 2011 through November 10, 2011
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013282

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 11, 2011 through December 12, 2011
Account Number:    **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00011108 DRE 201 141 34711 YNNNNNNNNN T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

We are making some changes that affect Chase personal and business checking, savings and Certificate of Deposit (CD) accounts, including retirement accounts*. Enclosed with this statement is a rewritten Deposit Account Agreement (formerly known as the Account Rules and Regulations). The new design of this booklet will make it easier for you to read and find the information you need quickly.

Please review the information and keep this as reference with your other financial documents.

Please note: If you would like to receive the Deposit Account Agreement in Spanish, they will be available at your nearest Chase branch, starting February 1, 2012.

*For checking and savings accounts, all changes are effective on February 1, 2012. For CD accounts, the changes are effective on the first CD maturity date occurring on or after February 1, 2012.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,106.27 |
| Deposits and Additions | 5,850.00 |
| Checks Paid | - 2,582.88 |
| ATM & Debit Card Withdrawals | - 15.50 |
| Fees and Other Withdrawals | - 20.00 |
| Ending Balance | $4,337.89 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 940  ^ | 12/05 | $1,333.33 |
| 941  ^ | 12/02 | 1,249.55 |
| **Total Checks Paid** | | **$2,582.88** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ✪

November 11, 2011 through December 12, 2011

Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

**Note:** Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      **Step 1 Balance:  $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:   $_____**

3. Add Step 2 Total to Step 1 Balance.      **Step 3 Total:   $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:   -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 JPMorgan Chase Bank, N.A. Member FDIC

13cr628-013284

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

## CHASE ○

November 11, 2011 through December 12, 2011
Account Number:   000004222416350

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $1,106.27 |
| 11/17 | Card Purchase      11/16 Humana Compbenefits 770-5527101 GA Card 3381 | - 15.50 | 1,090.77 |
| 11/28 | Deposit      272981858 | 2,650.00 | 3,740.77 |
| 11/30 | Official Checks Charge | - 8.00 | 3,732.77 |
| 12/02 | Check      # 941 | - 1,249.55 | 2,483.22 |
| 12/05 | Check      # 940 | - 1,333.33 | 1,149.89 |
| 12/07 | Deposit      272981864 | 3,200.00 | 4,349.89 |
| 12/12 | Service Fee | - 12.00 | 4,337.89 |
| | Ending Balance | | $4,337.89 |



**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $1,090.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $2,067.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $8.00)

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $117.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE**

November 11, 2011 through December 12, 2011
Account Number:    **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013286

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 13, 2011 through January 12, 2012
Account Number:   000004222416350

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00010886 DRE 201 141 01412 NNNNNNNNNNN T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

Important Information about Chase Personal Checking and Savings Accounts

We are working to simplify our Chase checking and savings accounts by eliminating or reducing some of our fees. The following changes to the Additional Banking Services and Fees for Chase personal checking and savings accounts are effective December 14, 2011. All other terms of your Deposit Account Agreement remain the same. If you have any questions, please call us at 1-800-935-9935 or visit your branch.

We will no longer charge fees for the following services:
- No fees for Check/Item Copies and Urgent Item Copies -for example, we will not charge you when you need a copy of a cancelled check or deposit slip.
- No fees for Immediate Notification of wire transfers
- No fees for Account Reconciliation
- No fees for Account Research
- No fees for a Failed Payment when using Chase Online Bill Pay or Quick Pay
- No fees for Online Banking Services - Financial Management Software Service

We are also reducing the Non-Chase ATM fee charged by Chase for using another institutions ATM to $2.00 per transaction for each Inquiry, Transfer or Withdrawal at a non-Chase ATM within the United States, Puerto Rico and the US Virgin Islands(1)(2)

(1) Chase does not charge a Non-Chase ATM fee for Inquiries, Transfer and Withdrawals for using another institutions ATM as follows:  the first two each statement period for Chase Workplace(SM) Checking; the first four each statement period for Chase Premier Plus Checking(SM) and Chase Premier Checking(SM); and an unlimited number for and Chase Premier Platinum Checking(SM), Chase Private Client Checking(SM), Chase Plus Savings(SM), Chase Private Client Savings(SM) and Chase Premier Platinum Savings(SM)

(2) Usage Fee may be charged by the institution that owns the ATM. Additional fees may apply when using an ATM outside the United States, Puerto Rico and the US Virgin Islands.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,337.89 |
| Deposits and Additions | 2,590.00 |
| Checks Paid | - 2,582.88 |
| ATM & Debit Card Withdrawals | - 15.50 |
| Ending Balance | $4,329.51 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

**CHASE** ⬤

December 13, 2011 through January 12, 2012
Account Number:    000004222416350

## HOW TO BALANCE YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:            **Step 1 Balance:  $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                    **Step 2 Total:    $_____**

3. Add Step 2 Total to Step 1 Balance.                              **Step 3 Total:    $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                    **Step 4 Total:   -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏛 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

December 13, 2011 through January 12, 2012
Account Number:  **000004222416350**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 942 ^ | 01/03 | $1,249.55 |
| 943 ^ | 01/09 | 1,333.33 |
| **Total Checks Paid** | | **$2,582.88** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $4,337.89 |
| 12/19 | Card Purchase 3381 | 12/16 Humana Compbenefits 770-5527101 GA Card | - 15.50 | 4,322.39 |
| 12/27 | Deposit | | 2,590.00 | 6,912.39 |
| 01/03 | Check | # 942 | - 1,249.55 | 5,662.84 |
| 01/09 | Check | # 943 | - 1,333.33 | 4,329.51 |
| | Ending Balance | | | $4,329.51 |

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this
fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR**, keep a minimum daily balance in your checking account of $1,500.00 or more
  (Your minimum daily balance was $4,322.00)

- **OR**, keep an average qualifying deposit and investment balance of $5,000.00 or more
  (Your average qualifying deposit and investment balance was $5,170.00)

- **OR**, pay at least $25.00 in qualifying checking-related services or fees.
  (Your total qualifying checking-related services or fees paid were $0.00)

Page 3 of 4

13cr628-013289

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE** 

December 13, 2011 through January 12, 2012
Account Number:   **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013290

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ⬣

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 13, 2012 through February 10, 2012
Account Number:   000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIuIIuIIuIIuIIIuIIIuuIIuIIIuIIuIIIuuIIuIIuIIIuIIuII
00010272 DRE 201 141 04212 NNNNNNNNNN T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,329.51 |
| Deposits and Additions | 4,603.15 |
| Checks Paid | - 3,051.88 |
| ATM & Debit Card Withdrawals | - 234.30 |
| Electronic Withdrawals | - 1,155.26 |
| Fees and Other Withdrawals | - 8.00 |
| Ending Balance | $4,483.22 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 944  ^ | 01/25 | $469.00 |
| 945  ^ | 02/02 | 1,249.55 |
| 946  ^ | 02/06 | 1,333.33 |
| **Total Checks Paid** | | **$3,051.88** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $4,329.51 |
| 01/17 | Card Purchase      01/16 Humana Compbenefits 770-5527101 GA Card | | - 15.50 | 4,314.01 |
| | 3381 | | | |
| 01/25 | Deposit | | 3,000.00 | 7,314.01 |
| 01/25 | Check | # 944 | - 469.00 | 6,845.01 |

Page 1 of 4

13cr628-013291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

# CHASE ⬡

January 13, 2012 through February 10, 2012
Account Number:    **000004222416350**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:** $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ___  | _____ | ___  | _____ | ___  | _____ |
| ___  | _____ | ___  | _____ | ___  | _____ |

                                                                  **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                           **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____             | _____ | _____             | _____ |
| _____             | _____ | _____             | _____ |
| _____             | _____ | _____             | _____ |
| _____             | _____ | _____             | _____ |
| _____             | _____ | _____             | _____ |

                                                                  **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

13cr628-013292

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

 **CHASE**

January 13, 2012 through February 10, 2012
Account Number:   **000004222416350**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 01/25 | Official Checks Charge | | - 8.00 | 6,837.01 |
| 01/31 | Texas Comptrollr Ersannuity | PPD ID: 1746000089 | 1,103.15 | 7,940.16 |
| 02/02 | Check          # 945 | | - 1,249.55 | 6,690.61 |
| 02/02 | American Southwe E01089811P | PPD ID: 9775071990 | - 162.20 | 6,528.41 |
| 02/06 | Deposit | | 500.00 | 7,028.41 |
| 02/06 | Check          # 946 | | - 1,333.33 | 5,695.08 |
| 02/09 | Hc Prop Tax    Hcpt1000 | PPD ID: 40223600 | - 993.06 | 4,702.02 |
| 02/10 | Card Purchase        02/09 Southwestair52624203633 Dallas TX Card 3381 | | - 218.80 | 4,483.22 |
| | **Ending Balance** | | | **$4,483.22** |



A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (Your total direct deposits this period were $1,103.15. Note: some deposits may be listed on your previous statement)

- **OR**, keep a minimum daily balance in your checking account of $1,500.00 or more
  (Your minimum daily balance was $4,314.00)

- **OR**, keep an average qualifying deposit and investment balance of $5,000.00 or more
  (Your average qualifying deposit and investment balance was $5,550.00)

- **OR**, pay at least $25.00 in qualifying checking-related services or fees.
  (Your total qualifying checking-related services or fees paid were $8.00)

Page 3 of 4

13cr628-013293

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



January 13, 2012 through February 10, 2012
Account Number:   **000004222416350**

### Additional discounts just for being a checking customer.

Make the most of your Chase checking account – Refinance your car loan and receive up to 0.75% off standard car loan rates.  Learn more at chase.com/AutoRefi.

Subject to credit approval by JPMorgan Chase Bank, N.A. Other terms and conditions apply.

**Page 4 of 4**

13cr628-013294

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

February 11, 2012 through March 12, 2012
Primary Account: **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIuiIuιIιIid.ιIIιι.υ.IιIι.II.υιIιIιIιιIιuIιIιuIIι.iI
00010359 DRE 201 141 07312 NNNNNNNNNNYN T  1 000000000 05 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



### Important Information about Chase Personal Checking and Savings Accounts

Starting March 19, 2012, we will lower the following fees[1] on our checking and savings accounts:

- Overdraft Protection Transfer Fee to $10.
- Stop Payment Fee to $30 per request made with a banker.
- Stop Payment Fee via **chase.com** or Chase by Phone® automated phone system to $25 per request.

We are also extending how long a stop payment will be in effect. Stop payments made on or after March 19, 2012, on checks will now be effective for one year rather than 180 days. Depending on how your stop payment was originated (request made with a banker, via **chase.com** or Chase by Phone®), we will send a confirmation of your stop payment.

On ACH transactions, your stop payment will last for a minimum of 18 months or until we have determined that the debit is no longer occurring, whichever is longer. When making a stop payment request, you must tell us if the payment is a recurring debit card transaction or an ACH payment and must give us the bank account number, the exact amount of the payment, and the designated payee name.

These changes will be updated in the Deposit Account Agreement and Additional Banking Services and Fees for Chase personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at 1-800-935-9935 or visit your nearest Chase branch.

[1] These fees may be waived with certain account types.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 000004222416350 | $4,483.22 | $1,947.95 |
| **Total** | | **$4,483.22** | **$1,947.95** |
| **TOTAL  ASSETS** | | **$4,483.22** | **$1,947.95** |

Page 1 of 6

13cr628-013295



**CHASE**

February 11, 2012 through March 12, 2012
Primary Account: 000004222416350

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:         Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                    Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.              Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                    Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
    • Your name and account number
    • The dollar amount of the suspected error
    • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



February 11, 2012 through March 12, 2012
Primary Account: **000004222416350**

 *(continued)*

## CREDIT CARDS, LOANS & LINES OF CREDIT



| | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| **Loans & Lines of Credit** | | | |
| Direct Vehicle Loan | ****************3505 | | $20,519.39 |
| **Total** | | $0.00 | $20,519.39 |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | $0.00 | $20,519.39 |

**All Summary Balances** shown are as of March 12, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE TOTAL CHECKING

RAQUEL GARCIA                                                  Account Number: 000004222416350

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,483.22** |
| Deposits and Additions | 10,000.00 |
| Checks Paid | - 3,419.65 |
| ATM & Debit Card Withdrawals | - 1,454.15 |
| Electronic Withdrawals | - 2,603.47 |
| Fees and Other Withdrawals | - 5,058.00 |
| **Ending Balance** | **$1,947.95** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 949  ^ | 03/02 | $1,249.55 |
| 950  ^ | 03/05 | 1,333.33 |
| 1192 * ^ | 03/05 | 836.77 |
| **Total Checks Paid** | | **$3,419.65** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 3 of 6

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date

## CHASE ○

February 11, 2012 through March 12, 2012
Primary Account: **000004222416350**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,483.22 |
| 02/16 | Barclaycard US   Creditcard 138594108       Web ID: 2510407970 | - 100.00 | 4,383.22 |
| 02/17 | Card Purchase       02/16 Humana Compbenefits 770-5527101 GA Card 3381 | - 15.50 | 4,367.72 |
| 02/17 | 02/17 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/113000023 Dallas TX Ben: Delia Diaz Channelview TX 77530 US Imad: 0217B1Qgc01C000195 Trn: 0249000048Es | - 1,178.25 | 3,189.47 |
| 02/17 | Wire Online Domestic Fee | - 25.00 | 3,164.47 |
| 02/27 | Deposit | 10,000.00 | 13,164.47 |
| 02/27 | 02/27 Withdrawal | - 5,000.00 | 8,164.47 |
| 02/27 | Official Checks Charge | - 8.00 | 8,156.47 |
| 02/28 | American Southwe E01089811P          PPD ID: 9775071990 | - 251.70 | 7,904.77 |
| 03/02 | Check         # 949 | - 1,249.55 | 6,655.22 |
| 03/02 | Stokes&Clintn PC 598          PPD ID: 9631203291 | - 573.52 | 6,081.70 |
| 03/05 | Check         # 950 | - 1,333.33 | 4,748.37 |
| 03/05 | Check         # 1192 | - 836.77 | 3,911.60 |
| 03/08 | 03/08 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/113000023 Dallas TX Ben: Raquel Garcia Channelview TX 77530 US Imad: 0308B1Qgc02C000127 Trn: 009940006BEs | - 500.00 | 3,411.60 |
| 03/08 | Wire Online Domestic Fee | - 25.00 | 3,386.60 |
| 03/09 | Card Purchase       03/08 Armentas Mexican Res Channelview TX Card 0126 | - 264.87 | 3,121.73 |
| 03/12 | Card Purchase       03/10 Ron Craft Chev/Cadillac Baytown TX Card 0126 | - 1,173.78 | 1,947.95 |
| | Ending Balance | | $1,947.95 |

A monthly Service Fee was not charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $3,164.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $4,435.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $58.00)

Page 4 of 6

13cr628-013298

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number    Posting date



February 11, 2012 through March 12, 2012
Primary Account: **000004222416350**



### Watch your savings grow...starting with $125!

Open a new Chase Savings<sup>SM</sup> account* with a minimum opening deposit of $10,000 or more in new money by April 30, 2012, and you'll receive $125!

With a Chase Savings<sup>SM</sup> account, you can:
- Make transfers to your savings at any Chase ATM, online at Chase.com, or even from your phone with Chase Mobile®
- Get Free Account Alerts
- Get Overdraft Protection on your checking account when linked to your savings account for added peace of mind

Plus, with a minimum opening balance of $10,000 or more, you'll receive $125.

To receive this bonus, bring this statement and the offer code below to 15252 Wallisville Rd in Houston to open your new Chase Savings<sup>SM</sup> account, make your qualifying deposit and receive $125.

### Hurry – offer ends April 30, 2012.

**Bonus/Account Information:** Offer valid from 3/1/12 through 4/30/12. A $10,000 minimum opening deposit of new money (money not currently held by Chase or its affiliates) is required to qualify for the offer. Cash bonus will be automatically deposited into your new account within 10 business days of minimum deposit validation, but not considered part of minimum opening deposit. Limit one personal savings account-related bonus per customer, per calendar year. Offer not available on account conversions or in combination with any other offer. Savings account must remain open for a minimum of six months or the bonus will be debited from the account at closing. Cash bonus is considered interest and will be reported on IRS Form 1099-INT.

**\*Chase Savings<sup>SM</sup>** monthly Service Fee is waived if the minimum daily balance is $300 or more in this account or you have a repeating monthly automatic transfer of $25 or more; otherwise a $4 monthly Service Fee applies ($5 for accounts opened in CA, FL, GA, ID, NV, OR and WA). One time transfers do not qualify. The terms of the account, including any fees or features, may change.

For a Chase Savings<sup>SM</sup> account, the Annual Percentage Yield (APY) for all balances is effective as of 2/1/12, and may change at Chase's discretion. The APY is 0.01% for all balances in all states. Interest rates are variable and subject to change. Fees may reduce earnings on this account.

**Chase Mobile & Alerts–** There is no charge from Chase, but message and data rates may apply. Such charges include those from your communications service provider. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations.

**Overdraft Protection:** Sign up with a banker. If you have sufficient funds available under Chase Overdraft Protection, funds will automatically be transferred from your Chase savings account to cover your overdraft transactions. A $12 Overdraft Protection Transfer Fee applies.

Banker Instructions:
1. Enter the 15-digit coupon code into Sales Express at the time of account opening. Customers have 10 days from coupon enrollment to deposit required amount. Coupon code can be found below.
2. Provide printed E-coupon receipt to customer. Offer expires 4/30/12.

Coupon Code: 4445490811707360

Page 5 of 6

13cr628-013299

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number   Posting date

**CHASE ◘**

February 11, 2012 through March 12, 2012
Primary Account: **000004222416350**

This Page Intentionally Left Blank

Page 6 of 6

10-Aug-12

09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number   Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 13, 2012 through April 11, 2012
Primary Account: **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |

llulllulllullullllullulllllllullullullullullul
00010683 DRE 201 141 10312 NNNNNNNNNNY T 1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



Important Information About Your Account Statement
We understand the value of being able to easily read your statements and the benefit
of balancing your account. To make your statement easier to follow, effective
March 19, 2012, we moved the Balancing Your Checkbook page to the last page
of the statement. This page may be used to balance your account for a given statement
period. If you have any questions, please call us at the number on this statement or
visit your branch.

### Important Information about Chase Personal Checking and Savings Accounts

Starting March 19, 2012, we will lower the following fees[1] on our checking and savings accounts:

- Overdraft Protection Transfer Fee to $10.
- Stop Payment Fee to $30 per request made with a banker.
- Stop Payment Fee via **chase.com** or Chase by Phone® automated phone system to $25 per request.

We are also extending how long a stop payment will be in effect. Stop payments made on or after March 19, 2012, on
checks will now be effective for one year rather than 180 days. Depending on how your stop payment was originated
(request made with a banker, via **chase.com** or Chase by Phone®), we will send a confirmation of your stop payment.

On ACH transactions, your stop payment will last for a minimum of 18 months or until we have determined that the debit is
no longer occurring, whichever is longer. When making a stop payment request, you must tell us if the payment is a
recurring debit card transaction or an ACH payment and must give us the bank account number, the exact amount of the
payment, and the designated payee name.

These changes will be updated in the Deposit Account Agreement and Additional Banking Services and Fees for Chase
personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any
questions, please call us at 1-800-935-9935 or visit your nearest Chase branch.

[1] These fees may be waived with certain account types.

### CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 000004222416350 | $1,947.95 | $899.70 |
| **Total** | | **$1,947.95** | **$899.70** |
| | | | |
| **TOTAL ASSETS** | | **$1,947.95** | **$899.70** |

Page 1 of 6

10-Aug-12

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
Sequence number    Posting date

09Aug12-1454



March 13, 2012 through April 11, 2012
Primary Account: **000004222416350**

 *(continued)*

**CREDIT CARDS, LOANS & LINES OF CREDIT**

| | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| **Loans & Lines of Credit** | | | |
| Direct Vehicle Loan | *****************3505 | | $18,238.31 |
| **Total** | | $0.00 | $18,238.31 |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | $0.00 | $18,238.31 |

**All Summary Balances** shown are as of April 11, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

RAQUEL GARCIA                                                        Account Number: 000004222416350

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | $1,947.95 |
| Deposits and Additions | 2,600.00 |
| Checks Paid | - 2,868.56 |
| ATM & Debit Card Withdrawals | - 277.17 |
| Electronic Withdrawals | - 490.52 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | $899.70 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1194 | 03/21 | $285.68 |
| 1196 * ^ | 04/04 | 1,333.33 |
| 1197 ^ | 04/03 | 1,249.55 |
| **Total Checks Paid** | | **$2,868.56** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 6

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

09Aug12-1454



March 13, 2012 through April 11, 2012
Primary Account: 000004222416350

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $1,947.95 |
| 03/13 | Card Purchase       03/12 Sq *R&S Custom Designs Baytown TX Card 0126 | | - 277.17 | 1,670.78 |
| 03/20 | American Southwe E01092675P          PPD ID: 9775071990 | | - 49.98 | 1,620.80 |
| 03/21 | Check # 1194       The Antique Gall Checkpaymt        Boc ID: 1161757848 | | - 285.68 | 1,335.12 |
| 03/26 | Deposit | | 2,600.00 | 3,935.12 |
| 04/03 | Check               # 1197 | | - 1,249.55 | 2,685.57 |
| 04/03 | American Southwe E01089811P          PPD ID: 9775071990 | | - 276.87 | 2,408.70 |
| 04/03 | American Southwe E01041934P          PPD ID: 9775071990 | | - 163.67 | 2,245.03 |
| 04/04 | Check               # 1196 | | - 1,333.33 | 911.70 |
| 04/11 | Service Fee | | - 12.00 | 899.70 |
| | Ending Balance | | | $899.70 |



**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $911.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $2,067.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

Page 3 of 6

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

09Aug12-1454



March 13, 2012 through April 11, 2012
Primary Account: 000004222416350

## IMPORTANT INFORMATION FOR CONSUMERS ABOUT YOUR
## PERSONAL CHASE CHECKING ACCOUNT,
### including Overdraft Protection and Chase Debit Card Coverage

### WHAT YOU NEED TO KNOW ABOUT OVERDRAFTS AND OVERDRAFT FEES

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1.  We have standard overdraft practices that come with your account.
2.  We also offer overdraft protection plans, such as a link to a savings or credit card account, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

This notice explains our standard overdraft practices.

### What are the standard overdraft practices that come with my account?

We do authorize and pay overdrafts for the following types of transactions:

*   Checks and other transactions made using your checking account number
*   Recurring debit card transactions

We do not authorize and pay overdrafts for the following type of transaction unless you ask us to:

*   Everyday debit card transactions

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction.
If we do not authorize and pay an overdraft, your transaction will be declined.

### What fees will I be charged if Chase pays my overdraft?

Under our standard overdraft practices:

*   We will charge you a fee of $34 each time we pay an overdraft.
*   Also, each time your account is overdrawn for 5 consecutive business days, we will charge you an additional $15.
*   There is a 3 per day limit on the above $34 fee we can charge you for overdrawing your account.

When you have **Chase Debit Card Coverage** on your account, your everyday debit card transactions including PIN point of sale will be approved, at our discretion, when you don't have sufficient funds available to cover your purchase.

**To activate, cancel or learn more about Chase Debit Card Coverage,** visit chase.com/coverage, call us at 1-800-935-9935, or stop by any Chase branch and talk to a banker.

13cr628-013304

10-Aug-12

09Aug12-1454

## CHASE ⬤

March 13, 2012 through April 11, 2012
Primary Account: 000004222416350

### BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:** $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |

**Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.          **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 5 of 6

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number   Posting date

09Aug12-1454



March 13, 2012 through April 11, 2012
Primary Account: **000004222416350**

This Page Intentionally Left Blank

Page 6 of 6

13cr628-013306

10-Aug-12

09Aug12-1454

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 12, 2012 through May 10, 2012
Primary Account: 000004222416350

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010247 DRE 201 141 13212 NYNNNNYNYNN T 1 000000000 05 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## IMPORTANT INFORMATION REGARDING ATM TRANSFERS

Please note that we are extending our ATM cutoff time for transfers between Chase accounts to better serve you. For transfers and deposits at most Chase ATMs, the cutoff time is 11 p.m. Eastern time. For ATMs with an earlier cutoff, the ATM screen will notify you of the cutoff time. We hope you enjoy this added convenience.

This change updates your Deposit Account Agreement under the Funds Availability Policy section, the second bullet under "When Your Deposit is Received." This change applies to Chase personal checking and savings accounts as well as Chase business checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please refer to the phone number on your statement or visit your nearest Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 000004222416350 | $899.70 | $1,600.26 |
| **Total** | | **$899.70** | **$1,600.26** |
| | | | |
| **TOTAL ASSETS** | | **$899.70** | **$1,600.26** |

### CREDIT CARDS, LOANS & LINES OF CREDIT

| Loans & Lines of Credit | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Direct Vehicle Loan | ****************3505 | | $12,945.05 |
| **Total** | | **$0.00** | **$12,945.05** |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$0.00** | **$12,945.05** |

**All Summary Balances** shown are as of May 10, 2012 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 4

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

09Aug12-1454



April 12, 2012 through May 10, 2012
Primary Account: 000004222416350



RAQUEL GARCIA

Account Number: 000004222416350

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $899.70 |
| Deposits and Additions | 4,800.00 |
| Checks Paid | - 2,637.44 |
| Electronic Withdrawals | - 1,450.00 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,600.26 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1199  ^ | 05/01 | $54.56 |
| 1200  ^ | 05/02 | 1,249.55 |
| 1201  ^ | 05/03 | 1,333.33 |
| Total Checks Paid |  | $2,637.44 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION |  | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Beginning Balance |  |  | $899.70 |
| 04/13 | Deposit |  | 800.00 | 1,699.70 |
| 04/25 | 04/25 Online Transfer 2638465966 To Princesa Visa ######4850 Transaction #: 2638465966 |  | - 1,000.00 | 699.70 |
| 04/30 | Deposit |  | 4,000.00 | 4,699.70 |
| 05/01 | Check | # 1199 | - 54.56 | 4,645.14 |
| 05/02 | Check | # 1200 | - 1,249.55 | 3,395.59 |
| 05/03 | Check | # 1201 | - 1,333.33 | 2,062.26 |
| 05/09 | 05/09 Online Transfer 2662503927 To Princesa Visa ######4850 Transaction #: 2662503927 |  | - 450.00 | 1,612.26 |
| 05/10 | Service Fee |  | - 12.00 | 1,600.26 |
|  | Ending Balance |  |  | $1,600.26 |

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date



April 12, 2012 through May 10, 2012
Primary Account: **000004222416350**



**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee
during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $699.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $1,807.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date



April 12, 2012 through May 10, 2012
Primary Account: 000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    **Step 1 Balance:**  $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:**  $ _____

3. Add Step 2 Total to Step 1 Balance.    **Step 3 Total:**  $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:**  -$ _____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4

10-Aug-12                                                                      09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 11, 2012 through June 12, 2012
Primary Account: **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010454 DRE 201 141 18512 NNNNYNNNYNNN T 1 000000000 05 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## No overdraft fees for purchases of $5 or less

Good news, we're making changes to help you avoid fees. For purchases of $5 or less that overdraw your account, we'll no longer charge you an Insufficient Funds Fee, Returned Item Fee, or Overdraft Protection Transfer Fee. This is in addition to our current policy of not charging those fees if your account is overdrawn by $5 or less at the end of the business day.

Effective July 22, 2012, these changes will be incorporated into the "Additional Banking Services and Fees" document as follows:

In the section called **Additional Banking Services and Fees,**

In the section called "Insufficient Funds, Returned Items, and Stop Payments" the fee descriptions will be changed to:

*Insufficient Funds and Returned Item Fees*
    *We will not charge an Insufficient Funds Fee if your ending account balance is overdrawn by $5 or less. Additionally, even if your ending account balance is overdrawn we will not charge an Insufficient Funds or Returned Item Fee for any item that is $5 or less.*

*Overdraft Protection Transfer Fee*
    *We will not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn by $5 or less or the Overdraft Protection transfer resulted from transactions that are all $5 or less.*

Please note that there will be no change to the amount of these fees. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## Change in fees for non-Chase ATM transactions

Good news. Starting July 22, 2012, we will reduce the number of non-Chase ATM fees charged when you perform balance inquiries or account transfers at a non-Chase ATM. For transactions performed by the same card at the same terminal within a 15 minute time period, balance inquiries and account transfers will not incur a fee if done in conjunction with a withdrawal. If only transfers and inquiries are performed only one non-Chase ATM fee will be charged. Other than this reduction in the number of fees charged for inquiries and transfers, there are no other changes to the Non-Chase ATM fee. As a reminder, the owner of the non-Chase ATM may impose an additional charge.

These changes will be reflected in your account agreement. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

Page 1 of 6

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

09Aug12-1454



May 11, 2012 through June 12, 2012
Primary Account: 000004222416350

### Lower Fees for Counter Checks

Beginning July 22, 2012, we will charge $2 per sheet (3 checks to a page) of Counter Checks, instead of $2 per check. Also, we may waive this Counter Check fee for certain types of accounts.

These changes will be updated in the Additional Banking Services and Fees for Chase personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 000004222416350 | $1,600.26 | $517.88 |
| Total | | $1,600.26 | $517.88 |
| | | | |
| **TOTAL ASSETS** | | **$1,600.26** | **$517.88** |

### CREDIT CARDS, LOANS & LINES OF CREDIT

| Loans & Lines of Credit | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Direct Vehicle Loan | ****************3505 | | $7,597.28 |
| Total | | $0.00 | $7,597.28 |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$0.00** | **$7,597.28** |

All Summary Balances shown are as of June 12, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



## CHASE TOTAL CHECKING

RAQUEL GARCIA

Account Number: 000004222416350

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,600.26 |
| Deposits and Additions | 4,780.00 |
| Checks Paid | - 4,506.68 |
| ATM & Debit Card Withdrawals | - 899.77 |
| Electronic Withdrawals | - 443.93 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $517.88 |

Page 2 of 6

13cr628-013312

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number   Posting date

09Aug12-1454



May 11, 2012 through June 12, 2012
Primary Account: 000004222416350

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1161 | 05/29 | $1,957.18 | 1167 ^ | 06/05 | 29.07 |
| 1162 ^ | 05/30 | 147.57 | 1168 ^ | 06/07 | 497.00 |
| 1163 ^ | 05/23 | 390.80 | 1169 ^ | 06/07 | 35.17 |
| 1164 ^ | 06/05 | 78.97 | 1170 | 06/08 | 80.00 |
| 1165 | 06/05 | 133.13 | 1203 * ^ | 05/31 | 760.00 |
| 1166 ^ | 06/04 | 397.79 | | | |



Total Checks Paid   **$4,506.68**

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,600.26 |
| 05/14 | American Southwe E01092675P          PPD ID: 9775071990 | - 143.93 | 1,456.33 |
| 05/21 | Deposit | 2,500.00 | 3,956.33 |
| 05/23 | Check                    # 1163 | - 390.80 | 3,565.53 |
| 05/29 | Check # 1161   Geccrb Sf          Checkpymt          Arc ID: 9200509007 | - 1,957.18 | 1,608.35 |
| 05/30 | Check                    # 1162 | - 147.57 | 1,460.78 |
| 05/31 | Deposit | 640.00 | 2,100.78 |
| 05/31 | Check                    # 1203 | - 760.00 | 1,340.78 |
| 06/04 | Deposit | 640.00 | 1,980.78 |
| 06/04 | Check                    # 1166 | - 397.79 | 1,582.99 |
| 06/05 | Check # 1165   Mci Telusa Arc   Verizontx          Arc ID: 3005022230 | - 133.13 | 1,449.86 |
| 06/05 | Check                    # 1164 | - 78.97 | 1,370.89 |
| 06/05 | Check                    # 1167 | - 29.07 | 1,341.82 |
| 06/07 | Deposit | 1,000.00 | 2,341.82 |
| 06/07 | Card Purchase          06/06 Ace Mart Restaurant Sup Houston TX Card 0126 | - 899.77 | 1,442.05 |
| 06/07 | 06/07 Online Transfer 2707443977 To Princesa Visa ######4850 Transaction #: 2707443977 | - 300.00 | 1,142.05 |
| 06/07 | Check                    # 1168 | - 497.00 | 645.05 |
| 06/07 | Check                    # 1169 | - 35.17 | 609.88 |
| 06/08 | Check # 1170   Sams Club/Gemb   Checkpymt          Arc ID: 0818200401 | - 80.00 | 529.88 |
| 06/12 | Service Fee | - 12.00 | 517.88 |
| | Ending Balance | | $517.88 |

Page 3 of 6

10-Aug-12                                                                                                                09Aug12-1454
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date



May 11, 2012 through June 12, 2012
Primary Account: 000004222416350

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee
during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $529.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $1,857.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

Page 4 of 6

13cr628-013314

10-Aug-12                                                                                    09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

**CHASE** 

May 11, 2012 through June 12, 2012
Primary Account: 000004222416350

**BALANCING YOUR CHECKBOOK**

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                        Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                  Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                        Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 5 of 6

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

09Aug12-1454

 CHASE

May 11, 2012 through June 12, 2012
Primary Account: 000004222416350

This Page Intentionally Left Blank

Page 6 of 6

13cr628-013316

10-Aug-12                                                                                          09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number    Posting date**

 **CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

June 13, 2012 through July 12, 2012
Primary Account: **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010047 DRE 201 141 19512 NNNNNNNNNNN T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 000004222416350 | $517.88 | $505.88 |
| **Total** | | **$517.88** | **$505.88** |
| | | | |
| **TOTAL  ASSETS** | | **$517.88** | **$505.88** |

### CREDIT CARDS, LOANS & LINES OF CREDIT

| Loans & Lines of Credit | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Direct Vehicle Loan | ***************3505 | | $28.55 |
| **Total** | | **$0.00** | **$28.55** |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$0.00** | **$28.55** |

**All Summary Balances** shown are as of July 12, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 4

13cr628-013317

10-Aug-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date

09Aug12-1454



June 13, 2012 through July 12, 2012
Primary Account: 000004222416350



RAQUEL GARCIA

Account Number: 000004222416350

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $517.88 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $505.88 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $517.88 |
| 07/12 | Service Fee | - 12.00 | 505.88 |
|  | Ending Balance |  | $505.88 |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $517.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $517.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

Page 2 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number    Posting date



June 13, 2012 through July 12, 2012
Primary Account: 000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number   Posting date**



June 13, 2012 through July 12, 2012
Primary Account: **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013320



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 13, 2012 through August 10, 2012
Account Number:  **000004222416350**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00009982 DRE 201 141 22412 NNNYNNNYYNN T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $505.88 |
| Deposits and Additions | 5,200.00 |
| Checks Paid | - 500.00 |
| ATM & Debit Card Withdrawals | - 187.22 |
| Electronic Withdrawals | - 3,700.00 |
| Fees and Other Withdrawals | - 25.00 |
| **Ending Balance** | **$1,293.66** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1204 ^ | 07/24 | $500.00 |
| **Total Checks Paid** | | **$500.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $505.88 |
| 07/16 | Deposit | | 2,500.00 | 3,005.88 |
| 07/23 | Card Purchase 0126 | 07/19 Hyatt Hotels Austin F 888-472-2870 TX Card | - 41.00 | 2,964.88 |
| 07/24 | Check | # 1204 | - 500.00 | 2,464.88 |
| 07/27 | Card Purchase | 07/26 LA Subasta 713-777-1010 TX Card 0126 | - 11.90 | 2,452.98 |
| 07/30 | Deposit | | 2,700.00 | 5,152.98 |

Page 1 of 4



July 13, 2012 through August 10, 2012
Account Number:  **000004222416350**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 07/31 | 07/31 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/111900659 Fort Worth TX 76101 Ben: David Garcia Baytown TX 77521 US Imad: 0731B1Qgc08C002326 Tm: 3548900213Es | | - 2,700.00 | 2,452.98 |
| 07/31 | Wire Online Domestic Fee | | - 25.00 | 2,427.98 |
| 08/01 | 07/31 Online Transfer 2791936682 To Princesa Visa ######4850 Transaction #: 2791936682 | | - 400.00 | 2,027.98 |
| 08/03 | 08/03 Online Transfer 2798418124 To Princesa Visa ######4850 Transaction #: 2798418124 | | - 600.00 | 1,427.98 |
| 08/06 | Card Purchase 0126 | 08/05 Texas Roadhouse #2411 Baytown TX Card | - 63.96 | 1,364.02 |
| 08/10 | Card Purchase | 08/08 Antique Center of Texa Houston TX Card 0126 | - 70.36 | 1,293.66 |
| | **Ending Balance** | | | **$1,293.66** |

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR**, **keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $505.00)

- **OR**, **keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $2,142.00)

- **OR**, **pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $25.00)

13cr628-013322

 **CHASE**

July 13, 2012 through August 10, 2012
Account Number: **000004222416350**



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**        Step 1 Balance:  $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**        Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

13cr628-013323



July 13, 2012 through August 10, 2012
Account Number:    **000004222416350**

This Page Intentionally Left Blank

13cr628-013324

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date

20Nov12-681

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 11, 2012 through September 13, 2012
Account Number:    000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010032 DRE 201 141 25812 NNNNNNNNYNN T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



Learn how Chase Liquid(SM) can help you:

Chase Liquid is our new reloadable card with the security and convenience that Chase offers. Now, the balance of a linked Chase Liquid Card can be combined with your other qualifying linked deposits and investments to help waive your Chase Total Checking(SM) Monthly Service Fee.

All other terms of your account agreement remain the same. If you have any questions, please call us at the number on this statement or visit your nearest branch. Visit chase.com/Liquid to learn more about Chase Liquid.

### CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,293.66 |
| Deposits and Additions | 1,500.00 |
| Checks Paid | - 1,108.30 |
| ATM & Debit Card Withdrawals | - 35.70 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,637.66 |

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1208 | 08/15 | $608.30 |
| 1210 * ^ | 09/10 | 500.00 |
| Total Checks Paid | | $1,108.30 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number   Posting date

20Nov12-681



August 11, 2012 through September 13, 2012
Account Number:   **000004222416350**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|--|--|--------|---------|
| | **Beginning Balance** | | | | **$1,293.66** |
| 08/15 | Check # 1208 | The Antique Gall Checkpaymt | Boc ID: 1161757848 | - 608.30 | 685.36 |
| 08/17 | Card Purchase | 08/16 LA Subasta 713-777-1010 TX Card 0126 | | - 35.70 | 649.66 |
| 09/10 | Check | # 1210 | | - 500.00 | 149.66 |
| 09/11 | Deposit | | | 1,000.00 | 1,149.66 |
| 09/12 | Deposit | 379557375 | | 500.00 | 1,649.66 |
| 09/13 | Service Fee | | | - 12.00 | 1,637.66 |
| | **Ending Balance** | | | | **$1,637.66** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $149.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $775.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

Page 2 of 4

13cr628-013326

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date

20Nov12-681



**CHASE**

August 11, 2012 through September 13, 2012
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**    Step 1 Balance: $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:    $_____

3. **Add Step 2 Total to Step 1 Balance.**    Step 3 Total:    $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:    -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

13cr628-013327

23-Nov-12

20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
Sequence number    Posting date



August 11, 2012 through September 13, 2012
Account Number:    **000004222416350**

This Page Intentionally Left Blank

Page 4 of 4

13cr628-013328

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date

20Nov12-681

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265- 9754

September 14, 2012 through October 11, 2012

. Account Number:    **000004222416350**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

||I|I..II..II..II..II..II..II..II..II..II..II..II..II..II..II

00010470 DRE 201 141 28612 NNNNNNNNNNN T  1 000000000 08 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,637.66 |
| Deposits and Additions | 900.00 |
| Checks Paid | - 1,000.00 |
| ATM & Debit Card Withdrawals | - 40.80 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,484.86 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1211 ^ | 09/26 | $1,000.00 |
| Total Checks Paid | | $1,000.00 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,637.66 |
| 09/18 | Deposit         1072024181 | 900.00 | 2,537.66 |
| 09/25 | Card Purchase         09/24 LA Subasta 713-777-1010 TX Card 0126 | - 40.80 | 2,496.86 |
| 09/26 | Check                       # 1211 | - 1,000.00 | 1,496.86 |
| 10/11 | Service Fee | - 12.00 | 1,484.86 |
| | Ending Balance | | $1,484.86 |

Page 1 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date



September 14, 2012 through October 11, 2012

Account Number:     **000004222416350**

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $1,496.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $1,817.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

Page 2 of 4

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number   Posting date

20Nov12-681



September 14, 2012 through October 11, 2012

Account Number:   **000004222416350**



## IMPORTANT INFORMATION FOR CONSUMERS ABOUT YOUR
## PERSONAL CHASE CHECKING ACCOUNT

### WHAT YOU NEED TO KNOW ABOUT OVERDRAFTS AND OVERDRAFT FEES

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection plans, such as a link to a savings or credit card account, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

This notice explains our standard overdraft practices.

### What are the standard overdraft practices that come with my account?

We do authorize and pay overdrafts for the following types of transactions:
- Checks and other transactions made using your checking account number
- Recurring debit card transactions

We do not authorize and pay overdrafts for the following type of transaction unless you ask us to:
- Everyday debit card transactions

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction.

If we do not authorize and pay an overdraft, your transaction will be declined.

### What fees will I be charged if Chase pays my overdraft?

Under our standard overdraft practices:
- We will charge you a fee of $34 each time we pay an overdraft.
- Also, each time your account is overdrawn for 5 consecutive business days, we will charge you an additional $15.
- There is a 3 per day limit on the above $34 fee we can charge you for overdrawing your account.

Page 3 of 4

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date

## CHASE ◆

September 14, 2012 through October 11, 2012
Account Number:   000004222416350

**BALANCING YOUR CHECKBOOK**

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:**  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                      **Step 2 Total:**  $_____

3. Add Step 2 Total to Step 1 Balance.                            **Step 3 Total:**  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                      **Step 4 Total:**  −$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

13cr628-013332

23-Nov-12                                                                20Nov12-681

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 12, 2012 through November 13, 2012
Account Number:      000004222416350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010256 DRE 201 141 31912 YNYNNNNYNNN T  1 000000000 03 0000
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203



You will see more information about your ATM deposits on your account statement.
Tracking your ATM deposits will be even easier beginning November 12, 2012. In the
Deposits and Additions section of your statement, you will see the date you made your
deposit (in addition to the date we posted it to your account), the street address of the
ATM, and the last four digits of the card number for each ATM deposit. You will see these
changes on all ATM deposits that post to your account on and after November 12. Please
note that any ATM deposit transactions that post to your account before November 12, 2012
will not show this additional information and will not be included in the ATM & Debit Card
Summary section at the end of your statement.

If you have questions, please call us at the number on this statement or visit your
nearest branch.

### CHECKING SUMMARY  Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,484.86 |
| Deposits and Additions | 1,700.00 |
| Checks Paid | - 1,389.94 |
| ATM & Debit Card Withdrawals | - 23.80 |
| Electronic Withdrawals | - 513.27 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,245.85 |

Page 1 of 6

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date

 CHASE

October 12, 2012 through November 13, 2012
Account Number:    000004222416350

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1172  ^ | 10/31 | $700.00 |
| 1173  ^ | 10/26 | 75.00 |
| 1174  ^ | 11/08 | 75.00 |
| 1175  ^ | 11/13 | 103.49 |
| 1176  ^ | 11/13 | 436.45 |
| Total Checks Paid | | $1,389.94 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,484.86 |
| 10/24 | Deposit      424697701 | 700.00 | 2,184.86 |
| 10/24 | Card Purchase        10/23 LA Subasta 713-777-1010 TX Card 0126 | - 23.80 | 2,161.06 |
| 10/26 | Check          # 1173 | - 75.00 | 2,086.06 |
| 10/31 | Check          # 1172 | - 700.00 | 1,386.06 |
| 11/01 | Sears Partsdirec Internet  043000099035919 Web ID: 9044107936 | - 213.27 | 1,172.79 |
| 11/07 | 11/07 Online Transfer 2952281492 To Princesa Visa ######4850 Transaction #: 2952281492 | - 300.00 | 872.79 |
| 11/08 | Check          # 1174 | - 75.00 | 797.79 |
| 11/09 | Deposit | 1,000.00 | 1,797.79 |
| 11/13 | Check          # 1176 | - 436.45 | 1,361.34 |
| 11/13 | Check          # 1175 | - 103.49 | 1,257.85 |
| 11/13 | Service Fee | - 12.00 | 1,245.85 |
| | Ending Balance | | $1,245.85 |

Page 2 of 6

13cr628-013334

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date



October 12, 2012 through November 13, 2012

Account Number:      **000004222416350**



**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more.**
  (Your minimum daily balance was $797.00)

  *Our account alerts can help keep you on top of your balance.  Set up alerts today!*

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more.**
  (Your average qualifying deposit and investment balance was $1,555.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

**Stop in today and explore all Chase has to offer.**

13cr628-013335

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date**



October 12, 2012 through November 13, 2012
Account Number:   **000004222416350**

### Chase checking customers may receive up to 0.75% off standard auto loan rates.

Refinancing your existing car loan may lower your interest rate and reduce your monthly payment. And Chase checking customers save even more—up to 0.75% off standard auto loan rates. Find out more and apply at Chase.com/AutoRefinance.

Subject to credit approval by JPMorgan Chase Bank, N.A. Other terms and conditions apply.

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number    Posting date



October 12, 2012 through November 13, 2012
Account Number:    000004222416350

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:    $_____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total:    $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:    -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 5 of 6

13cr628-013337

23-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number   Posting date

20Nov12-681

**CHASE** ◆

October 12, 2012 through November 13, 2012
Account Number:   000004222416350

This Page Intentionally Left Blank

Page 6 of 6

13cr628-013338

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 11111  Posting date 22-JAN-09





**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 22-JAN-09**

**Sequence number 22222**

**Amount 100.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 11111  Posting date 11-FEB-09

**Washington Mutual**

| Deposit/Depósito | | | Withdrawal/Transfer / Retiros/Transferencias | | |
|---|---|---|---|---|---|

Customer Name (Please print)
Nombre y Apellido (letra de molde): Raul Garcia

Account Number/Número de cuenta: 4222416350

Date (MM/DD/YYY)
Fecha (Mes/Día/Año): 2/11/09

Cash/Efectivo: 500 00

TOTAL DEPOSIT / TOTAL DEPOSITADO: 500

I hereby authorize this transaction and any resulting interest adjustment to be charged to my above numbered account.(Sign in presence of teller.)
All items are subject to the depository bank's regulations relating to deposits and withdrawals. Yo autorizo que esta transacción y todo ajuste de interés resultante sean cobrados a mi número de cuenta especificada arriba. Todo lo indicado arriba esta sujeto a las regulaciones bancarias relativas a depósitos y retiros.

FOR BANK USE ONLY/PARA USO DEL BANCO SOLAMENTE

Session: 00395    Amount: $500.00
Envelope 1 of 1
2542 610 02-11-09 .091
04220002416350

$500.00

4978 (8-00)

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 11111  Posting date 10-MAR-09





30Mar12-584

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 10-MAR-09**

**Sequence number 22222**

**Amount 400.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013344

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 11111  Posting date 13-APR-09

**Deposit**

Raguel Gakcia

Customer Name (Please Print)                Date (mm/dd/yyyy)

422241 6350

Account No.

Customer Signature (Sign in Presence of Teller)

ID 1 (Teller Use Only)        ID 2 (Teller Use Only)

I hereby authorize this transaction to my account referenced above and any resulting
interest adjustment. All items are subject to the Washington Mutual's rules relating to
deposits and withdrawals.

**WaMu**                                    86012(8/08)

(Use Reverse Side for Additional Checks)

| | | |
|---|---|---|
| Cash Deposit | $ | 40.00 |
| Check 1 | $ | |
| Check 2 | $ | |
| Total from Reverse | $ | |
| Sub-Total | $ | |
| Less Cash Back | $ | |
| Total Deposit | $ | |

⑈501403300⑈                    30

8782 108 04-13-09   454
042200002416350

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 13-APR-09**

**Sequence number 22222**

**Amount 400.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013346

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 11111  Posting date 11-MAY-09

## Deposit

(Use Reverse Side for Additional Checks)

Customer Name (Please Print)     Date (mm/dd/yyyy)

*RAQuel GARCIA*

Account No.

*422-241635-0*

Customer Signature (Sign in Presence of Teller)

ID 1 (Teller Use Only)     ID 2 (Teller Use Only)

I hereby authorize this transaction to my account referenced above and any resulting interest adjustment. All items are subject to the Washington Mutual's rules relating to deposits and withdrawals.

WaMu

86012 (8/08)

| | $ | | | 3 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|
| Cash Deposit | | | | | | | |
| Check 1 | | | | | | | |
| Check 2 | | | | | | | |
| Total from Reverse | | | | | | | |
| Sub-Total | $ | | | | | | |
| Less Cash Back | | | | | | | |
| Total Deposit | $ | | | | | | |

⑈50 1403300⑈     30

This space for bank validation only.

(Continued from front)

6782_106_05_3_-09 ... 734
04220000241650
$300.00

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 11-MAY-09**

**Sequence number 22222**

**Amount 300.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013348

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 11111  Posting date 28-MAY-09**



## Deposit

Raquel Garcia 5/21/009
Customer Name (Please Print)            Date (mm/dd/yyyy)

422-241635-0
Account No.

_____
Customer Signature (Sign In Presence of Teller)

ID 1 (Teller Use Only)          ID 2 (Teller Use Only)

I hereby authorize this transaction to my account referenced above and any resulting interest adjustment. All items are subject to the Washington Mutual's rules relating to deposits and withdrawals.

WaMu                                86012 (8/08)

(Use Reverse Side for Additional Checks)

| | | |
|---|---|---|
| Cash Deposit | $ | 2,000.00 |
| Check 1 | $ | |
| Check 2 | $ | |
| Total from Reverse | $ | |
| Sub-Total | $ | |
| Less Cash Back | $ | |
| Total Deposit | $ | |

⑈501403300⑈                    30

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 28-MAY-09**

**Sequence number 22222**

**Amount 2000.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 11111  Posting date 13-JUL-09



**Deposit**

*Raquel Garcia  7/13/09*
Customer Name (Please Print)            Date (mm/dd/yyyy)

*422-2416-35-0*
Account No.

_____
Customer Signature (Sign in Presence of Teller)

ID 1 (Teller Use Only)        ID 2 (Teller Use Only)

I hereby authorize this transaction to my account referenced above and any resulting interest adjustments. All items are subject to the Washington Mutual's rules relating to deposits and withdrawals.

**WaMu**                    86012 (8/08)

(Use Reverse Side for Additional Checks)

| | | |
|---|---|---|
| Cash Deposit | $ | 700.00 |
| Check 1 | $ | |
| Check 2 | $ | |
| Total from Reverse | $ | |
| Sub-Total | $ | |
| Less Cash Back | $ | |
| Total Deposit | $ | 700.00 |

⑆501403300⑆          30

8782 103 07-13-09 063
04220000241350                    $700.00

13cr628-013351

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 13-JUL-09**

**Sequence number 22222**

**Amount 700.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013352

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006080754056  Posting date 05-AUG-09

**CHASE** ◑                    **DEPOSIT**

CHECKING ☐
SAVINGS ☐
R/T 500001020

Today's Date

Customer Name
*RARUEL GARCIA*

Customer Address
*1347 Dele Dale*

City, State, Zip
*Channelview tx 77530*

Sign Here (if cash is received from this deposit)

X

▼ Start your account number here

*4222416-35-0*   TOTAL $

CASH        ▶
CHECK       ▶     *1,057.20*
TOTAL FROM
OTHER SIDE  ▶
SUBTOTAL    ▶
LESS CASH   ▶

*1057.20*

⑆0479114316⑆ ⑈500001020⑈

For any bank JPMorgan Chase Bank 0007 1105590

AcctNum: 000000004222416350  Amount: 000000000105720
Xerno: 0479114316  PostDate: 20090805  Sequence: 006080754056
BankNum: 0201 AppCode: 0001 Field4: 0007 ImageStat: 05
UDK: 0201090805060080754056 BOFD: 00000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102   DocType: 1
EntryNum: 3949 ItemType: P

13cr628-013353

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 250 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006080754057  Posting date 05-AUG-09



THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003990322672  Posting date 05-OCT-09

**CHASE** ⬡

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
R/T 500001020

Today's Date  10/5/009  Customer Name  RAQUEL GARCIA

Customer Address  1347 Dell Dale

City, State, Zip  CHANNelVieW Tx  77530

Sign Here (if cash is received from this deposit)

X

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

▼ Start your account number here

4222416350

CASH ▶  2,050.00
CHECK ▶  1,057.20
TOTAL FROM OTHER SIDE ▶
SUBTOTAL ▶
LESS CASH ▶
TOTAL $  3107.20

⑈0479114319⑈ ⑆500001020⑈

48175

05220

AcctNum: 00000000422416350  Amount: 000000000310720
Xorno: 0479114319 PostDate: 20091005 Sequence: 003990322672
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201091005063990322672 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102  DocType: 1
EntryNum: 5545 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003990322673  Posting date 05-OCT-09



**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 05-OCT-09**

**Sequence number 003990322674**

**Amount 2050.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013357

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008490054099  Posting date 13-OCT-09

**CHASE** ⬡

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
R/T 500001020

Today's Date: 10/13/09

Customer Name: RAQUEL GARCIA

Customer Address:

City, State, Zip

Sign Here (if cash is received from this deposit)

X

| | | |
|---|---|---|
| CASH | ▶ | 1,000.00 |
| CHECK | ▶ | |
| TOTAL FROM OTHER SIDE | ▶ | |
| SUBTOTAL | ▶ | |
| LESS CASH | ▶ | |

▼ Start your account number here

4 2 2  2 9 1 6  3 5, 0  TOTAL $   7 000.00

⑆0479114328⑆ ⑈500001020⑈

AcctNum: 00000004222416350  Amount: 000000000100000
KeyNo: 0479114328  PostDate: 20091013  Sequence: 008490054099
BankNum: 0201  AppCode: 0001  Field4: 0000  Imagestar: 05
UDK: 0201091013D08490054099  BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102  DocType: 1
EntryNum: 6392 ItemType: P

13cr628-013358

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 13-OCT-09**

**Sequence number 008490054100**

**Amount 1000.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013359

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007290177910  Posting date 02-DEC-09

CHASE ◯                    **DEPOSIT**              CHECKING ☐
                                                    SAVINGS ☐
                                                    R/T 600001020

Today's Date   Customer Name
1/2/09   RAquel GARCIA

Customer Address
1347 Dell Dale
City, State, Zip
CHANNelview tx

CASH ▶         1000.00

CHECK ▶

TOTAL FROM
OTHER SIDE ▶

Sign Here (if cash is received from this deposit)
X

SUBTOTAL ▶

LESS CASH ▶

▼ Start your account number here

4222416350       TOTAL $       1000.00

⑈0479114322⑈ ⑆500001020⑆ -

For any bank JPMorgan Chase Bank  02071116072

AcctNum: 000000004222416350  Amount: 000000000100000
Xerpo: 0479114322  PostDate: 20091202  Sequence: 007290177910
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 0201091202007290177910  BOFD: 000000000 CapSRC: BY
TranCode: 000000  RouteTran: 50000102  DocType: 1
EntryNum: 4152  ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 02-DEC-09**

**Sequence number 007290177911**

**Amount 1000.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013361

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008080445843  Posting date 07-DEC-09

**CHASE** | **DEPOSIT**

CHECKING ☐
SAVINGS ☐
R/T 900001020

Today's Date

Customer Name

*RAQuel GARCIA*

Customer Address

*1341 Dell Dale*

City, State, Zip

*Channel View tx 37530*

Sign Here (if cash is received from this deposit)

X

CASH ▶   500.00

CHECK ▶

TOTAL FROM OTHER SIDE ▶

SUBTOTAL ▶

LESS CASH ▶

▼ Start your account number here

*422-2416-35-0* TOTAL $

⑆0479114321⑈ ⑆500001020⑈

Pay any bank JPMorgan Chase Bank N.A. 0711184982

AcctNum: 000000004222416350 Amount: 000000000050000
Xerno: 0479114321 PostDate: 20091207 Sequence: 008080445843
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020109120700808044584 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102 DocType: 1
EntryNum: 5264 ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 07-DEC-09**

**Sequence number 008080445844**

**Amount 500.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004980413355  Posting date 14-DEC-09

CHASE ◯                    **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 500001020

Today's Date/Fecha
12/14/09

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
Raquel Garcia

CASH/
EFECTIVO      ▶                    300000

CHECK/
CHEQUE        ▶

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO  ▶

X

SUBTOTAL      ▶

LESS CASH/
MENOS EFECTIVO
RECIBIDO      ▶

Start your account number here!
▼ Empiece su número de cuenta aquí

4222416350

TOTAL $                    200000

⑈006563366⑈  ⑈500001020⑈

Deposit too/ Elibrerae Chase Bank 00171102DF00

AcctNum: 000000004222416350  Amount: 000000000200000
Xerno: 0065633668 PostDate: 20091214 Sequence: 004980413355
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201031214004980413355 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102  DocType: 1
EntryNum: 5629 ItemType: F

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 14-DEC-09**

**Sequence number 004980413356**

**Amount 2000.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007490210612  Posting date 11-JAN-10

**CHASE** **O**

**DEPÓSITO**

CHEQUES
AHORROS
R/T 500001020

Fecha  1/11/10
Nombre del cliente (en letra de molde).
Raquel Garcia

Domicilio del cliente

EFECTIVO ▶  2050.00

Ciudad          Estado          Código Postal   CHEQUE ▶  1057.20

Firme aquí (si recibe efectivo de este depósito) -----------
X

TOTAL DEL REVERSO ▶

LOS EFECTOS PUEDEN NO ESTAR DISPONIBLES PARA UN RETIRO INMEDIATO. Los cheques y otros elementos sujetos a las provisiones del Código Comercial Uniforme y el Convenio de cuenta de Depósito de Chase.

SUBTOTAL ▶

MENOS EFECTIVO RECIBIDO ▶

▼ Emplee su número de cuenta aquí

4222416350          TOTAL $  3107.20

⑆00 22539398⑆ ⑈500001020⑉

AcctNum: 000000004222416350  Amount: 000000000310720
Serno: 0022539398 PostDate: 20100111 Sequence: 007490210612
BankNum: 0201 AppCode: 0001 Field4: 0000 Imagestat: 03
UDK: 0201100111107490210612 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102  DocType: 1
EntryNum: 4402 ItemType: P

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 263 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007490210613  Posting date 11-JAN-10



**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 11-JAN-10**

**Sequence number 007490210614**

**Amount 2050.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004390822868  Posting date 12-JAN-10

CHASE ●   **DEPOSIT/DEPÓSITO**   CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 500001020

Today's Date/Fecha

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
RAQUeL GARCIA

CASH/
EFECTIVO ▶          500.00

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

CHECK/
CHEQUE ▶

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO

SUBTOTAL ▶

Start your account number here/
▼ Empiece su número de cuenta aquí

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

4 2 2 2 4 1 6 3 5 0          TOTAL **$**          500.00

⑈00 58 18 24 17⑈ ⑆50000 10 20⑈

Payon Bank JPMorgan Chase Bank 8 2011 11 2 0586

AcctNum: 000000004222416350  Amount: 000000000050000
Xerno: 0058182417  PostDate: 20100112  Sequence: 004390822868
BankNum: 0201  AppCode: 0001  Field44: 0000  ImageStat: 05
UDK: 0201100112004390822868  BOFD: 000000000  CapSRC: BY
TranCode: 000000 RouteTran: 50000102  DocType: 1
EntryNum: 3794 ItemType: P

13cr628-013369

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 12-JAN-10**

**Sequence number 004390822869**

**Amount 500.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013370

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006980188198  Posting date 19-JAN-10

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 1/18/10
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

CASH  1,500.00

32-61
1110  3602

SUB TOTAL

LESS CASH
RECEIVED

$  1,500.00

⑆520101023⑆   4222416350⑈

CHECKS LIST SINGLY
TOTAL
CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

AcctNum: 000000004222416350  Amount: 000000000150000
Xerno: 0000000000 PostDate: 20100119 Sequence: 006980188198
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110011900698018819B BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102  DocType: 1
EntryNum: 5193 ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 19-JAN-10**

**Sequence number 006980188199**

**Amount 1500.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006780615154  Posting date 25-JAN-10

DEPOSIT TICKET

☑ CASH ▶

500.00

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3802

DATE 1/25/10
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

SUB TOTAL ▶

◀ LESS CASH
RECEIVED ▶

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ▶

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

$ 500.00

⑆5 2010 10 23⑆    4222416350⑈

CHECKS
LIST SINGLY

TOTAL

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

× 1
× 2
× 5
× 10
× 20
× 50
× 100

DOLLARS

CENTS

AcctNum: 000000004222416350  Amount: 000000000050000
Xerno: 0000000000 PostDate: 20100125 Sequence: 006780615154
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011001250067806151S4 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 5021 ItemType: P

13cr628-013373

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 25-JAN-10**

**Sequence number 006780615155**

**Amount 500.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005790555701  Posting date 03-FEB-10

DEPOSIT TICKET

☑ CASH ▶

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110   3802

1 057.20

DATE 1/3/10
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SUB TOTAL ▶

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ▶

LESS CASH
RECEIVED ▶

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

$  105720

⑈520101023⑈  4222416350⑈

CHECKS LIST SINGLY

TOTAL

CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

| | × | × | × | × | × |
| 1 | 2 | 5 | 10 | 20 | 100 |

DOLLARS $

CENTS

AcctNum: 000000004222416350  Amount: 000000000105720
Xerno: 0000000000 PostDate: 20100203 Sequence: 005790555701
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110020300579055701 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 3028 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005790555702  Posting date 03-FEB-10

**Texas Bay Area**
CREDIT UNION
*"Our Financial Strength Is In Our Service!"*

P.O. Box 1538, Pasadena, TX 77501
(713) 336-6600

**OFFICIAL CHECK**

No. 51233

Date: February 01, 2010

PAY   One Thousand Fifty-Seven and 20/100**********************

Amount $ *******1,057.20

TO THE
ORDER
OF        Raquel Garcia

Two signatures required if over $2,000

Memo:   Pay 4530 Telephon Pt

Authorized Signature

NOTICE TO MEMBERS
IN THE EVENT THIS CHECK IS LOST, MISPLACED, OR STOLEN
STOP PAYMENT CANNOT BE ISSUED UNTIL 90 DAYS AFTER
THE DATE OF ISSUANCE. AT THAT TIME AN REIMMIT
MUST BE SIGNED BY ALL PARTIES INVOLVED

AUTHORIZED SIGNATURE

⑈051233⑈ ⑉313082935⑉ 700000003⑈

AcctNum: 0000000070000000003 Amount: 0000000010572
Kerns: 000051233 PostDate: 20100203 Sequence: 005790555702
BankNum: 0201 AppCode: 05702 Field4: 0000 ImageSeq: 03
MICR: 00201100000000003 Bank: 0110900057 CapSNo: BY
TranCode: 000000 RouteTran: 31308293   DocType: 0
EntryNum: 9028 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002180501157 Posting date 17-FEB-10

DEPOSIT TICKET

☑ CASH ▶

1,500.00

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110
3802

DATE 2/17/10

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SUB TOTAL ▶

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

+ LESS CASH
RECEIVED ▶

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

$

⑆520101023⑆ 4222416350⑈

CHECKS LIST SINGLY

TOTAL

CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

× 1
× 2
× 5
× 10
× 20
× 20
× 100

DOLLARS

$

CENTS

Endorse Here JPMorgan Chase Bank 52010102180501157

AcctNum: 000000004222416350 Amount: 000000000150000
Xerno: 0000000000 PostDate: 20100217 Sequence: 002180501157
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100217002180501157 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102 DocType: 1
EntryNum: 4244 ItemType: P

13cr628-013377

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 17-FEB-10**

**Sequence number 002180501158**

**Amount 1500.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004090288369  Posting date 23-FEB-10

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 2/23/10

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

☑ ☐ CASH ▶       32-61  3602
                 1110

400.00

FOR TOTAL FROM OTHER SIDE

SUB TOTAL ▶

★ LESS CASH ▶
  RECEIVED

$    400.00

⑆520101023⑆    4222416350⑈

CHECKS LIST SINGLY

Pay any bank JPMorgan Chase Bank 9/20711127190

TOTAL

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

AcctNum: 000000004222416350  Amount: 000000000040000
Xerno: 0000000000 PostDate: 20100223 Sequence: 004090288369
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110022300409028369 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 4025 ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 23-FEB-10**

**Sequence number 004090288370**

**Amount 400.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008880408231  Posting date 08-MAR-10



DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

CASH

32-61
1110   9902

1,800.00

DATE 3/8/10
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SUB TOTAL

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

LESS CASH
RECEIVED

$

1,800.00

⑆520⑈0⑈023⑈:   4222416350⑈

AcctNum: 0000000004222416350  Amount: 00000000180000
Xerno: 0000000000  PostDate: 20100308  Sequence: 008880408231
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011003080088804082311 BOFD: 000000000 CapSRC: BY
TranCode: 000000  RouteTran: 52010102   DocType: 1
EntryNum: 4731  ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 08-MAR-10**

**Sequence number 008880408232**

**Amount 1800.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003390076977  Posting date 23-MAR-10

DEPOSIT TICKET

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 3/23/10
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

32-61 3802
1110

CASH     600.00

SUB TOTAL

LESS CASH
RECEIVED

$    600.00

⑆520101023⑆    4222416350⑈

Acctnum: 0000000004222416350 Amount: 000000000060000
Xerno: 0000000000 PostDate: 20100323 Sequence: 003390076977
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100323003390076977 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102    DocType: 1
EntryNum: 3288 ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 23-MAR-10**

**Sequence number 003390076978**

**Amount 600.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003780163329  Posting date 01-APR-10

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW, TX  77530-2203

32-61
1110  3802

CASH    4,4 0 0.0 0

DATE 4/1/10
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SUB TOTAL

LESS CASH
RECEIVED

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

$    4 4 0 0.00

⑆52010 10 23⑆     4222416350⑈

CHECKS
LIST SINGLY

TOTAL

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | x 1 | x 2 | x 5 | x 10 | x 20 | x 50 | x 100 |
|---|---|---|---|---|---|---|---|
| DOLLARS | | | | | | | |
| CENTS | | | | | | | |

AcctNum: 000000004222416350  Amount: 000000000440000
Xerno: 0000000000 PostDate: 20100401 Sequence: 003780163329
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100401003780163329 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 3304 ItemType: P

13cr628-013385

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 25-JAN-12**

**Sequence number 004870965451**

**Amount 3000.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013386

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009880847808  Posting date 06-FEB-12

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

☑ CASH
32-61
1110   3902

500.00

DATE 2/6/12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM
OTHER SIDE

SUB TOTAL

SIGN HERE ▪ OR CASH RECEIVED (IF REQUIRED) ▪

★ LESS CASH
RECEIVED

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

$   500.00

⑆520 10 10 23⑆        4 2224 16350⑈

JPMorganChaseBank 020508 745 :46 955683046 :40

CHECKS
LIST SINGLY

CURRENCY  COIN  NET - FOR FINANCIAL INSTITUTION USE ONLY

TOTAL
$

DOLLARS

CENTS

AcctNum: 000000004222416350  Amount: 000000000050000
Xerno: 0000000000 PostDate: 20120206 Sequence: 009880847808
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112020600009880847808 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102    DocType: 1
EntryNum: 5085 ItemType: P

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 06-FEB-12**

**Sequence number 009880847809**

**Amount 500.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013388

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009880983584  Posting date 27-FEB-12



```
AcctNum: 000000004222416350  Amount: 000000001000000
Xerno: 0000000000 PostDate: 20120227 Sequence: 009880983584
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120227009880983584 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 5095 ItemType: P
```

**30Mar12-584**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 27-FEB-12**

**Sequence number 009880983585**

**Amount 10000.00**

**Account Number 4222416350**

**Date Request Received 30-MAR-12**

13cr628-013390

10-Aug-12                                                                                      09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 001670453717  Posting date 26-MAR-12**

DEPOSIT TICKET

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-51
1110
3802

CASH   2,600.00

DATE _____
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM
OTHER SIDE

SUB TOTAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

LESS CASH
RECEIVED

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

$   2,600.00

⑆520101023⑆        4222416350⑈

CHECKS
LIST SINGLY

TOTAL

DOLLARS

CENTS

JPMorgan Chase Bank 022000 593802 9207 00120608

AcctNum: 000000004222416350  Amount: 000000000260000
Xerno: 0000000000 PostDate: 20120326 Sequence: 001670453717
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112032600167045371 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 2617 ItemType: P

**10-Aug-12**

**09Aug12-1454**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 26-MAR-12**

**Sequence number 001670453718**

**Amount 2600.00**

**Account Number 4222416350**

**Date Request Received 10-AUG-12**

10-Aug-12                                                                          09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 006680281466  Posting date 13-APR-12

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW, TX  77530-2203

DATE 4/13/12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

CASH
32-61  3802
1110

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$   800.00

⑆520101023⑆    4222416350⑈

JPMorgan Chase Bank N.A. 002 5903-12-0307 0-06337

CHECKS LIST SINGLY

TOTAL

Acct Num: 000000004222416350  Amount: 000000000080000
Xerno: 0000000000 PostDate: 20120413 Sequence: 006680281466
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120413006680281466 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102  DocType: 1
EntryNum: 3306 ItemType: P

13cr628-013393

10-Aug-12                                                                  09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 006680281467  Posting date 13-APR-12**



Della G Diaz
1415 Somercotes Ln
ChannelView, Tx 77530

BANK OF AMERICA, NA
35-008/1130

252

4/10/12

PAY TO THE
ORDER OF   Raquel Garcia                                    $ 800 00

Eight hundred 00/100                                         DOLLARS

MEMO  Rent - Canna

⑈000252⑈ ⑆113000023⑆ 5860264777704⑈

JPMrgan Chase Bank 0413 2 593802 920710106838

AcctNum: 0000000586026477704  Amount: 000000000080000
Xerno: 000000252  PostDate: 20120413  Sequence: 006680281467
ItemNum: 12201  AccSeq: 0080  Field4: 0000  ImageSeq: 05
BPK: 020112201300680281467  Bofd: 11500057  CapSec: BY
TranCode: 000000  RouteTran: 11500002  DocType: 8
EntryNum: 3306  ItemType: P

13cr628-013394

10-Aug-12                                                      09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 002670251798  Posting date 30-APR-12**

DEPOSIT TICKET

CASH ☑

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-81
1110  9802

*4,000.00*

DATE  4/30/12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM OTHER SIDE ▶

SUB TOTAL ▶

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

LESS CASH RECEIVED ★

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

$   *4,000.00*

⑈520101023⑈   4222416350�море

CHECKS (LIST SINGLY)

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

TOTAL

DOLLARS

CENTS

AcctNum: 000000004222416350  Amount: 000000000400000
Xerno: 0000000000 PostDate: 20120430 Sequence: 002670251798
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120430002670251798 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 5833 ItemType: P

13cr628-013395

**10-Aug-12**

**09Aug12-1454**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 30-APR-12**

**Sequence number 002670251799**

**Amount 4000.00**

**Account Number 4222416350**

**Date Request Received 10-AUG-12**

13cr628-013396

10-Aug-12

09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 002590077236  Posting date 21-MAY-12**

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 5/21/12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

CASH
32-61
1110 0802

2500.00

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$ 2500.00

⑆520101023⑆    4222416350⑆

CHECKS LIST SINGLY

TOTAL

CURRENCY COUNT - OR FINANCIAL INSTITUTION USE ONLY

AcctNum: 000000004222416350  Amount: 000000000250000
Xerno: 0000000000 PostDate: 20120521 Sequence: 002590077236
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120521002590077236 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102    DocType: 1
EntryNum: 6516 ItemType: P

13cr628-013397

**10-Aug-12**

**09Aug12-1454**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 21-MAY-12**

**Sequence number 002590077237**

**Amount 2500.00**

**Account Number 4222416350**

**Date Request Received 10-AUG-12**

10-Aug-12                                                              09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 007790802611  Posting date 31-MAY-12**

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

☑ CASH ▸
92-61
1110   3802

640.00

DATE  5/31/12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM
OTHER SIDE ▸

SUB TOTAL ▸

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

★ LESS CASH
RECEIVED ▸

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

$   640.00

⑆520101023⑆    4222416350⑈

JPMorganChaseBank 053101 583802 3207 10056482

CHECKS LIST SINGLY

TOTAL

CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

AcctNum: 000000004222416350  Amount: 000000000064000
Xerno: 0000000000 PostDate: 20120531 Sequence: 007790802611
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011205310077790802611 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102    DocType: 1
EntryNum: 3944 ItemType: P

13cr628-013399

**10-Aug-12**

**09Aug12-1454**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 31-MAY-12**

**Sequence number 007790802612**

**Amount 640.00**

**Account Number 4222416350**

**Date Request Received 10-AUG-12**

13cr628-013401

10-Aug-12

09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 003980647330  Posting date 04-JUN-12**

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

DATE

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ●

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

| | CASH ► | 640.00 |
|---|---|---|
| 32-61 1110 | | |
| | OTHER SIDE | |
| | SUB TOTAL | |
| | LESS CASH RECEIVED | |
| | $ | 640.00 |

⑆520 60 23⑆   422216350⑆

**CURRENCY COUNT—FOR FINANCIAL INSTITUTION USE ONLY**

| | | x | 100 | | |
|---|---|---|---|---|---|
| | | x | 50 | | |
| | | x | 20 | | |
| | | x | 10 | | |
| | | x | 5 | | |
| | | x | 2 | | |
| | | x | 1 | | |
| **TOTAL** | | | | $ | |

CHECKS
LIST SINGLY

DOLLARS   CENTS

AcctNum: 0000000004222416350   Amount: 00000000064000
Xern: 000000000 PostDate: 20120604 Sequence: 003980647330
BankNum: 000000000 CaptureDate: 20120605
UDK: 0201120604003980647330 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 6931 ItemType: P

**10-Aug-12**

**09Aug12-1454**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 04-JUN-12**

**Sequence number 003980647331**

**Amount 640.00**

**Account Number 4222416350**

**Date Request Received 10-AUG-12**

10-Aug-12                                                                                          09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 009780797448  Posting date 07-JUN-12**

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 6/6/12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ■

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

☑ CASH ▶
32-81  3802
1110

1,000.00

TOTAL FROM OTHER SIDE ▶

SUB TOTAL ▶

★ LESS CASH RECEIVED ▶

$                    1,000.00

⑆520101023⑆      4222416350⑈

CHECKS LIST SINGLY

TOTAL

DOLLARS          CENTS

CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

100
50
20
10
5
2
1

AcctNum: 000000004222416350 Amount: 000000000100000
Xerno: 0000000 PostDate: 20120607 Sequence: 009780797448
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011206070097807974458 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 4041 ItemType: P

**10-Aug-12**

**09Aug12-1454**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 07-JUN-12**

**Sequence number 009780797449**

**Amount 1000.00**

**Account Number 4222416350**

**Date Request Received 10-AUG-12**

13cr628-013404

Posting Date:       2012-07-16
Sequence #:         4590126589
Account #:          4222416350
Routing Transit:    52010102
Amount #:           $2500.00
Check/Serial #:     000000000000
Bank #:             201
Tran Code:          000000
IRD:                0
ItemType:           P
BOFD:               000000000
Cost Center:        593802
Teller Number:      2
Teller Seq Number:  0
Processing Date:    20120716

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE  7/16/12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

CASH  2.500.00

32-61
1110  3802

TOTAL FROM OTHER SIDE ▶

SUB TOTAL ▶

★ LESS CASH RECEIVED ▶

$   2,500.00

⑆520101023⑆   4222416350⑈

CHECKS
LIST SINGLY

CURRENCY CO — — FOR FINANCIAL INSTITUTION USE ONLY

| | × 100 | | |
| × 50 | | |
| × 20 | | |
| × 10 | | |
| × 5 | | |
| × 2 | | |
| × 1 | | |

DOLLARS

CENTS

Posting Date:          2012-07-30
Sequence #:            4390414648
Account #:             4222416350
Routing Transit:       52010102
Amount #:              $2700.00
Check/Serial #:        000000000000
Bank #:                201
Tran Code:             000000
IRD:                   0
ItemType:              P
BOFD:                  000000000
Cost Center:           593802
Teller Number:         2
Teller Seq Number:     0
Processing Date:       20120730

DEPOSIT TICKET

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 7/30/12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

CASH    2700.00

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$    2700.00

⑆520101023⑆    4222416350⑆

23-Nov-12                                                                    20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008680270228  Posting date 11-SEP-12**

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

CASH ☑          1,000.00

32-81
1110  2802

DATE  9/10/12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM
OTHER SIDE

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ►

SUB TOTAL

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

LESS CASH
RECEIVED

$              1,000.00

⑆520101023⑆    4222416350⑆

```
AcctNum: 0000000042224416350 Amount: 000000000100000
Xerno: 0000000000 PostDate: 20120911 Sequence: 008680270228
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011209110008680270228 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 0000003730 ItemType: P
```

**21-Nov-12**

**20Nov12-681**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 11-SEP-12**

**Sequence number 008680270229**

**Amount 1000.00**

**Account Number 4222416350**

**Date Request Received 20-NOV-12**

13cr628-013408

23-Nov-12                                                                                    20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008390575687  Posting date 12-SEP-12**

CHASE ◆                    **DEPOSIT/DEPÓSITO**                    R/T 500001020

DEPOSIT/DEPÓSITO

Today's Date/Fecha
9/6/12
Customer Name (Please Print)/Nombre del cliente (en letra de molde)
RAQUEL GARCIA

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

Start your account number here/
▼ Empiece su número de cuenta aquí
4222416350

CASH/EFECTIVO         ▶        500 . 00
CHECK/CHEQUE          ▶
TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO  ▶
SUBTOTAL              ▶
LESS CASH/MENOS EFECTIVO RECIBIDO  ▶
TOTAL $                       500.00

⑈0379557375⑈ ⑆500001020⑆

Chase Chase Bank VG-1202 093003 900740052060

AcctNum: 00000000042224416350  Amount: 000000000050000
Serno: 0379557375  PostDate: 20120912  Sequence: 008390575687
BankNum: 0301  AppCode: 0001  FieId4: 0000  ImageStat: 05
UDK: 02011209120083905755687  BOFD: 000000000 CapSRC: BY
TranCode: 000000  RouteTran: 50000102  DocType: 1
EntryNum: 0000004357  ItemType: P

13cr628-013409

23-Nov-12                                                              20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008390575688  Posting date 12-SEP-12**

23-Nov-12                                                                    20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008490240236  Posting date 18-SEP-12**

CHASE ○                    **DEPOSIT**                      R/T 500001020

Today's Date 9/6/12

Customer Name (Please Print)
Raquel Garcia

DEPOSIT

CASH ▶
CHECK ▶

Sign Here (if cash is received from this deposit) - - - - - - - - -      TOTAL FROM OTHER SIDE ▶

X                                                                         SUBTOTAL ▶

▼ Start your account number here                    CASH BACK ▶

4222416350                     TOTAL $      900 00

⑆10 7 20 24 18 1⑆  ⑈50000 10 20⑈

JPMorganChaseBank 091303 44 IC 13 9043 18045307

AcctNum: 000000004222416350  Amount: 000000000090000
Xcrnc: 1072024181 PostDate: 20120918 Sequence: 008490240236
BankNum: 0201 AppCode: 8001 Field4: 0000 ImageStat: 05
UDK: 0201120918008490240236 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102  DocType: 1
EntryNum: 0000004244 ItemType: P

**21-Nov-12**

**20Nov12-681**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 18-SEP-12**

**Sequence number 008490240237**

**Amount 900.00**

**Account Number 4222416350**

**Date Request Received 20-NOV-12**

23-Nov-12                                                                                          20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008180886809  Posting date 24-OCT-12**

CHASE ◯                    **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

Today's Date / Fecha
10/24/12

R/T 500001020

Customer Name (Please Print)/Nombre del cliente (en letra de molde)

Raquel Garcia

CASH/
EFECTIVO ▶                     700.—

CHECK/
CHEQUE ▶

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

N13502 CH (Rev 07/12)   13430613   05/12

SUBTOTAL ▶

Start your account number here/
Empiece su número de cuenta aquí
422241 6350

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

TOTAL $                           700.—

⑆04246977⑈ ⑈500001020⑈

JPMorganChaseBank 102406 745146 955680048687

AcctNum: 000000004222416350 Amount: 000000000070000
Xerno: 0424697701 PostDate: 20121024 Sequence: 008180886809
BankNum: 6201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201121024008180886809 ROFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102 DocType: 1
EntryNum: 0000003260 ItemType: P

**21-Nov-12**

**20Nov12-681**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 24-OCT-12**

**Sequence number 008180886810**

**Amount 700.00**

**Account Number 4222416350**

**Date Request Received 20-NOV-12**

23-Nov-12                                                                        20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 007880713551  Posting date 09-NOV-12**

DEPOSIT TICKET

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2209

CASH ▶  *1000 00*

32-61
1110  3802

DATE _____
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM OTHER SIDE ▶

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ▶

SUB TOTAL ▶

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

★ LESS CASH RECEIVED ▶

$ · *1000.00*

⑆520101023⑆      4222416350⑈

CHECKS
LIST ONLY

CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

TOTAL

JPMorgan Chase Bank 110314  93802 9337 IPL/39079

AcctNum: 000000004222416350  Amount: 000000000100000
Xerno: 0000000000 PostDate: 20121109  Sequence: 007880713551
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201121109007880713551 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 52010102   DocType: 1
EntryNum: 0000003530 ItemType: P

**21-Nov-12**

**20Nov12-681**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 09-NOV-12**

**Sequence number 007880713552**

**Amount 1000.00**

**Account Number 4222416350**

**Date Request Received 20-NOV-12**

13cr628-013416

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009680764053  Posting date 12-AUG-10

**CHASE ⬡**       **WITHDRAWAL/RETIRO**       CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 600001017

Today's Date/Fecha       Customer Name (Please Print)/Nombre del cliente (en letra de molde)
8/12/10        Raquel Garcia
If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí
TDL: 12514603   EXP: 08/2011

Customer Signature/Firma del cliente
X  Raquel Garcia

Start your account number here/
▼ Empiece su número de cuenta aquí

42224I6350        TOTAL $        8840.99

⑈0078591412⑈ ⑆500001017⑈

Pay any bank JPMorgan Chase Bank 918620025911

AcctNum: 0000000042224I6350  Amount: 00000000884099
Xerno: 0078591412 PostDate: 20100812 Sequence: 009680764053
BankNum: 0201 AppCode: 0001 Field34: 0000 ImageStat: 05
UDK: 0201100812009680764053 BOFD: 111900057 CapSRC: BY
TranCode: 000000 RouteTran: 50000101 DocType: 8
EntryNum: 4216 ItemType: P

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 314 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007070719742  Posting date 26-SEP-11

**CHASE** ◯    **WITHDRAWAL/RETIRO**    CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 500001017

WITHDRAWAL/RETIRO

Today's Date/Fecha    Customer Name (Please Print)/Nombre del cliente (en letra de molde)
9-26-11    Raquel Garcia

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

N19063 Ch- (Rev 01/10)   -0J40157   12h0

Customer Signature/Firma del cliente
X   Raquel Garcia

Start your account number here/
▼ Emplee su número de cuenta aquí

42 2241 6350    TOTAL $    AMOUNT/CANTIDAD    880.00

⑆010612587⑈ ⑈50000101 7⑈

JPMorganChaseBank 092012 503903 920710102303

```
AcctNum:  00000000422241350   Amount:  0000000008800000
Xerno:  0106125875  PostDate:  20110926  Sequence:  007070719742
BankNum:  0201  AppCode:  0601  Field4:  0000  Imagestat:  05
UDK:  02011109260070707019742  BOFD:  111900057  CapSRC:  BY
TranCode:  099000  RouteTran:  50000101   DocType:  8
EntryNum:  6224  ItemType:  P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009880983591  Posting date 27-FEB-12

CHASE ○          **WITHDRAWAL/RETIRO**

CHECKING/CHEQUES ☒
SAVINGS/AHORROS ☐
R/T 500001017

WITHDRAWAL/RETIRO

Today's Date/Fecha     Customer Name (Please Print)/Nombre del cheque (en letra de molde)

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aqui

N13053-CH (Rev. 05/10)  11631149  Ctr 1

Customer Signature/Firma del cliente

X

Start your account number here/
▼ Empiece su numero de cuenta aqui

4224/6350

TOTAL $

AMOUNT/CANTIDAD

5000.00

⑈O111906862⑈ ⑆50000⑈⑈0⑈7⑊

AcctNum: 000000004222416350  Amount: 000000000500000
Xerno: 0111906862 PostDate: 20120227 Sequence: 009880983591
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
VDX: 0201120224009880983591 BOFD: 111900057 CapSrc: BY
TranCode: 000000 RouteTran: 50000101  DocType: 8
EntryNum: 5095 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 000714731528  Posting date 04-JUN-09



THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 000714773710  Posting date 05-JUN-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119

656

Date: 6/3/009

Pay to the order of: A-1-Apto. INS.                    $ 160.—

One Hudrd - Sistus                                        00/100   Dollars

**WaMu**
Washington Mutual Bank
New Point Crossing Financial Center 2343
11173 Wilcrest Road
Houston, TX 37069
1-800-788-7000
24 hour Consumer Services

Notes: TXS-30718914

⑈111⑈93776⑈  4222416350⑈ 0656  ⑈000016000⑈

INCLEARINGS
DALLAS, TX
7147732710 06-05-09

6126  05568588495
1183:   # 360 60

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
SUGARLAND, TX 77478
111800069
FOR DEPOSIT ONLY
A-1 AUTO INSURANCE
31121914AR

AcctNum: 000000004222416350  Amount: 000000000016000
Xerno: 0000000656 PostDate: 20090605 Sequence: 000714773710
BankNum: 0003 AppCode: 0400 Field4: 0000 ImageStat: 01
UDK: 000309060500071477371O BOFD: 000000 CapSRC: W5
TranCode: 000656 RouteTran: 11199377  DocType: 8
EntryNum: 7452 ItemType: P

13cr628-013421

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 000700837302  Posting date 08-JUL-09



THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 000701620021  Posting date 22-JUL-09



*111000036*
07/22/2009
6415634321

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

658

Date 7-12-05

Pay to the
order of    Amco                         $ 312.⁰⁰

three hundred twele                      .⁰⁰  Dollars

WaMu

Memo  TXS 40737159           Raquel G___

⑈111993776⑈ 4222416350⑈ 0658

⑈111993776⑈ 4222416350⑈0658  ⑈000003+200⑈

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
J1190851-0
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE
C3102 388

Do not endorse or write below this line

AcctNum: 00000000042224163350  Amount: 000000000031200
Xemg: 00000000658 PostDate: 20090722 Sequence: 000701620021
BankNum: 0000003 CaptureDate: 20090722 ImageSeq: 01
Xfer: 0003007016200021 ItemType: 090000G CapSrc: NS
EntryNum: 8988 ItemType: D    DocType: B

13cr628-013423

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 009280485153  Posting date 06-AUG-09**



**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

659

Date: 8-5/09

Pay to the order of: A-1 Auto Insurance   | $ 159.—

one hundred  fifty nine —————— Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 2342
13776 Woodforest Road
Houston, TX 77049
800-788-7000
24 hour Consumer Service

Notes: AMO  TXS-50718914

⑈111993776⑈ 4222416350⑈ 0659

1384946388 >113885549< 08/06/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113005549
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE
0281025066

```
AcctNum: 00000000004222416350  Amount: 000000000015900
Xerno: 0000000659 PostDate: 20090806 Sequence: 009280485153
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020109080600280485153 BOFD: 000000000 CapSRC: FV
TranCode: 000659 RouteTran: 11199377  DocType: 8
EntryNum: 3852 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006380806392  Posting date 17-AUG-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

89-9377/1119
4222416350

660

Date: 8/13/009

Pay to the
order of: A-1 Auto Insurance                    $312 00

three hundred twelve                          Dollars

WaMu

Notes: TXO-40737159

⑆111993776⑆ ⑈4222416350⑈ 0660

ENDORSE HERE

```
AcctNum: 000000004222416350  Amount: 000000000031200
Xerno: 0000000660 PostDate: 20090817 Sequence: 0063B0806392
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201090817006380806392 BOFD: 000000000 CapSRC: FV
TranCode: 000660 RouteTran: 11199377    DocType: 8
EntryNum: 4130 ItemType: P
```

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 005080092336   Posting date 08-SEP-09**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

662

Date: 9/5/09

Pay to the order of: AmCo

$ 159.—

One hundred fifty nine ——— Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 2542
13325 Woodforde Road
Houston, TX 77049
800-788-7000
24 hour Customer Service

David Garcia

Notes: TXS 50718914

⑈111993776⑈ 4222416350⑈ 0662

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
11300549
FCR DEPOSIT ONLY
AMCO AUTO INSURA...
0310230...

1305127388  >113005549<  09/08/2009

AcctNum:  000000004222416350   Amount:  00000000015900
Xerpo:  0000000662  PostDate:  20090908  Sequence:  005080092336
BankNum:  0201  AppCode:  0001  Field4:  0000  ImageStat:  05
UDK:  02010909080005080092336  BOFD:  000000000  CapSRC:  PV
TranCode:  000662  RouteTran:  1199377   DocType:  8
EntryNum:  6460  ItemType:  P

13cr628-013426

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001080295070  Posting date 14-SEP-09

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

86-9977/1119
4222416350

663

Date: 9/11/07

Pay to the order of: A-1 Auto Insurance                    $ 312

tree hundred - tweh                                        Dollars

WaMu
Washington Mutual Bank

Notes: TXS - 40737159                    Raquel Gar

⑆111993776⑆ 4222416350⑈ 0663

ENDORSE HERE

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
SUGAR LAND, TX 77478
FOR DEPOSIT ONLY
A-1 AUTO INSURANCE
811313242

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
Reserved for financial institution use

AcctNum: 000000004222416350 Amount: 000000000031200
Xerno: 0000000663 PostDate: 20090914 Sequence: 001080295070
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020109091400108029507O BOFD: 000000000 CapSRC: FV
TranCode: 000663 RouteTran: 11199377   DocType: 8
EntryNum: 5955 ItemType: P

13cr628-013427

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008330772969  Posting date 01-OCT-09

RAQUEL GARCIA
1847 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

PL# 12514603
08-23-47

661

Date: 9/30/09

Pay to the
order of: Neiman marcos                    | $ 126.65

One hundred twenty six 65/100                    Dollars

WaMu
Washington Mutual Bank
New Jersey Crossing Financial Center 7342
35471 Whitlockle Road
Houston, TX 77049
800-788-7000
24 hour Customer Service

Notes:

⑈111993776⑈ 4222416350⑈ 0661  ⑈00000⑈2665⑈

AcctNum:  00000004222416350  Amount:  000000000012665
Xerno: 0000000661 PostDate:  20091001 Sequence:  008330772969
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02010910010083307729 BOFD: 111900057 CapSRC: PH
TranCode: 000661 RouteTran: 11199377  DocType: 8
EntryNum: 6161 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002490833942  Posting date 26-OCT-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-0377/1119
4222416350

665

Date: 10/24

Pay to the
order of: Amco                                    $ 85.48

eighty-five                          48                Dollars

WaMu
Washington Mutual Bank
New Texas Crossing Financial Center 2542
13373 Wallisville Road
Houston, TX 77049
800-788-7000
24 Hour Consumer Service

Notes: progressive                    Raquel Garcia

⑈111993776⑈ 4222416350⑈ 0665

1305404840 >113005543< 10/26/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
1130549
FOR DEPOSIT ONLY

AcctNum: 000000004222416350  Amount: 000000000008548
Xerno: 0000000665 PostDate: 20091026 Sequence: 002490833942
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201091026002490833942 BOFD: 000000000 CapSRC: PV
TranCode: 000665 RouteTran: 11199377  DocType: B
EntryNum: 6437 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002390671465  Posting date 24-NOV-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

669

Date: 11/20/09

Pay to the order of: A-1 Auto Ins.                    $ 233.

two hundred - thirty three -------- 100 Dollars
                                     100

WaMu  Washington Mutual Bank

Notes: TXS- 040737159            Raqul Gau

⑆111993776⑆ 4222416350⑆ 0669

ENDORSE HERE

AcctNum: 000000004222416350  Amount: 000000000023300
Xerno: 0000000669 PostDate: 20091124 Sequence: 002390671465
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020109112400239067146 BOFD: 000000000 CapSRC: FV
TranCode: 000669 RouteTran: 11199377   DocType: 8
EntryNum: 2844 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001990129718 Posting date 24-NOV-09

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

88-9377/1119
4222416350

670

Date: 11/20/09

Pay to the order of: _A M C O_                    $ 50.00

_fifty_                                           Dollars

WaMu

Washington Mutual Bank
New Forest Crossing Financial Center 2542
15373 Wallisville Road
Houston, TX 77048
800-788-7000
24 hour Customer Service

Notes: TXS-1000488                    Raquel Garcia

⑈111993776⑈ 4222416350⑈ 0670

1385572530 >113005549< 11/23/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
118005549
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE

AcctNum: 000000004222416350  Amount: 000000000005000
Kerno: 0000000670 PostDate: 20091124 Sequence: 001990129718
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020109112400199012718 BOFD: 000000000 CapSRC: FV
TranCode: 000670 RouteTran: 11199377  DocType: 8
EntryNum: 2332 ItemType: E

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001990129719  Posting date 24-NOV-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

88-9377/1119
4222416350

668

Date: 11/26/09

Pay to the order of: *A M C O*                                         $ 85.44

*eigty five*                                        .44
100                        Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 3542
15375 Wallisville Road          866-756-1000
Houston, TX 77049          24 Hour Customer Service

Notes: *Progresive* 0431812460 *Raquel Garcia*          MP

⑈111993776⑈ 4222416350⑈ 0668

1305572550  >113005549<  11/23/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113005549
FOR DEPOSIT ONLY
24TO AUTO INSURANCE

AcctNum: 000000004222416350 Amount: 00000000008544
Xerno: 0000000668 PostDate: 20091124 Sequence: 001990129719
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201091124001990129719 BOFD: 000000000 CapSRC: FV
TranCode: 000668 RouteTran: 11199377   DocType: 8
EntryNum: 2332 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008390653455  Posting date 02-DEC-09

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

664

Date 12/1/09

Pay to the
order of  Fransesca Morgan              $ 3,000.

three thousand                            Dollars

WaMu
Washington Mutual Bank
Note Payee Crossing Printout Centre 3542
13375 Walkerville Road
Houston, TX 77049
800-788-7000
24-hour Customer Service

Notes: _____          Raquel Garcia

⑈111993776⑈  4222416350⑈  0664  ⑈0000300000⑈

AcctNum: 000000004222416350  Amount: 000000000300000
Xerno: 0000000664 PostDate: 20091202 Sequence: 008390653455
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02010912002008390653455 BOFD: 000000000 CapSRC: PV
TranCode: 000664 RouteTran: 11199377   DocType: 8
EntryNum: 2509 ItemType: P

13cr628-013433

Case 4:13-cr-00628  Document 881  Filed on 03/29/16 in TXSD  Page 330 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005680341846  Posting date 04-DEC-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

671

Date: *12/2/09*

Pay to the order of: *Amco*                                      $ *103.—*

*One hundred Three* — *10 0/00* Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 2542
13575 Woodforest Road
Houston, TX 77049
800-788-7000
24 Hour Customer Service

Notes: *TLS-00078914*                *Raquel Garcia*

⑈111993776⑈ 4222416350⑈ 0671

1305654220 >113005549< 12/04/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113005549
AMCO DEPOSIT C/I
P AUTO INSUP
029102503036
AC

AcctNum: 000000004222416350 Amount: 000000000010300
Xerno: 0000000671 PostDate: 20091204 Sequence: 005680341846
BankNum: 0201 AppCode: 0001 Field44: 000d ImageStat: 05
VDK: 0201091204005680341846 BOTD: 000000000 CapSEC: FV
TranCode: 000671 RouteTran: 11199377 DocType: 8
EntryNum: 4659 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005680341847  Posting date 04-DEC-09

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

88-9377/1119
4222416350

666

Date: 12/2/009

Pay to the
order of: A M C O                    $ 48.

faity . eighty                        100  Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 2543
13375 Woldswide Road
Houston, TX 77049
800-788-7000
24 hour Customer Service

Notes: TKS-10989272

Raquel Gai

⑆111993776⑆ 4222416350⑆ 0666

1305654240 >113005549< 12/04/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113005549
AMCO AUTO DEPOSIT ONLY
01X025066

AcctNum: 000000004222416350  Amount: 000000000004800
Xerno: 0000000666 PostDate: 20091204 Sequence: 005680341847
BankNum: 0201 AppCode: 0001 Field44: 0000 ImageStat: 05
UDK: 02010912040056803418477 BOFD: 000000000 CapSRC: FV
TranCode: 000666 RouteTran: 11199377  DocType: 8
EntryNum: 4659 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008290669154  Posting date 14-DEC-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
422416350

672

Date: 12/7/09

Pay to the order of: TERRANEE K. McCLEEREY   $ 500.00

five hundred _____ 00/100 Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 2342
13373 Woodforde Road
Houston, TX 77049
800-788-7000
24 hour Customer Service

Notes: _____

⑈111993776⑈ 422416350⑈ 0672  ⑈00000 50000⑈

BANK OF AMERICA N.A. SFC
12200656.14 E2042 94 16
12/11/09

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE #

ENDORSE HERE
# 008290669371

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

AcctNum: 000000004222416350  Amount: 000000000050000
Xerno: 0000000672 PostDate: 20091214 Sequence: 008290669154
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020109121400829066 9154 BOFD: 000000000 CapSRC: PV
TranCode: 000672 RouteTran: 11199377  DocType: 8
EntryNum: 2485 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009990780474  Posting date 18-DEC-09

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

88-9377/1119
4222416350

673

Date: 12/17

Pay to the order of: Amco                    $438.84

four hundred three-sixty ⁸⁴/₁₀₀ Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 3543
15375 Whittington Road
Houston, TX 77049
800-788-7000
24 hour Customer Service

TXS 50737159

Notes: Progressive 10989292
        1004488

⑈111993776⑈ 4222416350⑈ 0673

1385757859  113885549  12/10/2009

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113805549
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE
0201026060

AcctNum: 000000004222416350  Amount: 000000000043884
Xerno: 0000000673 PostDate: 20091218 Sequence: 009990780474
BankNum: 0201 AppCode: 0001 Field44: 0000 ImageStat: 05
UDK: 020109121800999780474 BOFD: 000000000 CapSRC: FV
TranCode: 000673 RouteTran: 11199377  DocType: 8
EntryNum: 4414 ItemType: P

13cr628-013437

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007290888852 Posting date 13-JAN-10



**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

88-9377/1119
4222416350

675

Amco Date: 1/12/10

Pay to the order of United Automobile $ 102.00

One hundred 0/100 Dollars

WaMu
Washington Mutual Bank
New Forest Crossing Financial Center 3542
15375 Multimedia Road
Houston, TX 77049
800-788-7000
24 Hour Customer Service

Note: David Cavi                Raquel Garcia

⑈111993776⑈ 4222416350⑈ 0675

TXS-6078914

1305926850 >113005543< 01/13/2010

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
1130J8G43
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE

AcctNum: 000000004222416350 Amount: 00000000010000
Xerno: 0000000675 PostDate: 20100113 Sequence: 007290888852
BankNum: 0201 AppCode: 0001 Field4: 000C ImageStat: 05
UDK: C20110011300729088852 BOFD: 000000000 CapSRC: PV
TranCode: 000675 RouteTran: 11199377 DocType: 8
EntryNum: 4431 ItemType: P

13cr628-013438

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007180238023  Posting date 14-JAN-10

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77630-2203

88-0377/1119
4222416350

676

Date: 1/12/0

Pay to the
order of: United Automobile                    $ 59.00

fua hein duet fifty nee                         Dollars

WaMu
Washington Mutual Bank
New Point Crossing Finandal Center 2542
35175 Waldware Road
Houston, TX 77079
800-788-7000
24 hour Customer Service

Notes: mons car                                 Raquel Garcia

⑈111993776⑈ 4222416350⑈ 0676

TXS-050737159

1305932480 >113005549< 01/14/2010

PAY TO THE ORDER OF
STERLING BANK
113005549
FOR DEPOSIT ONLY
A-1 Auto Insurance
600065497J

AcctNum: 000000004222416350  Amount: 000000000025900
Xerno: 0000000676 PostDate: 20100114 Sequence: 007180238023
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110011400718023023 BOFD: 000000000 CapSRC: FV
TranCode: 000676 RouteTran: 11199377  DocType: 8
EntryNum: 4426 ItemType: P

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 336 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006180702499  Posting date 21-JAN-10

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110 3802

801

DATE 01/19/10

PAY TO THE
ORDER OF  Diane Kilsby Inc.   $ 1,267.⁰⁰

one thousand two hundred sixty seven 00/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  HPI 5808 5733102

Republic

⑆111000614⑆   4222416350⑈0801

AcctNum: 000000004222416350 Amount: 00000000126700
Xerno: 0000000801 PostDate: 20100121 Sequence: 006180702499
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100121006180702499 BOFD: 000000000 CapSRC: PV
TranCode: 000801 RouteTran: 11100061   DocType: 8
EntryNum: 4766 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007790094610  Posting date 22-JAN-10

Proj# 501478

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

88-9377/1119
4222416350

674

Date: 1/12/10

Pay to the
Order of: _City of Houston_                          $260.00

_Two hundred Sixty 0/100_ Dollars

Washington Mutual Bank
New Forest Crossing Financial Center 3542
15,375 Wallisville Road
Houston, TX 77049
800-788-7000
24 hour Customer Service

WaMu

Note: _Fire Permit_                    _Raquel Garcia_

⑈111993776⑈ 4222416350⑈ 0674      1-20-10

DEPOSIT ONLY TO THE
ACCOUNT OF
CITY OF HOUSTON
001-13410568
POS DIVISION · PWE
BLDG. INSP. SECTION
ENDORSE HERE

AcctNum: 00000000422416350 Amount: 000000000026000
Xerno: 0000000674 PostDate: 20100122 Sequence: 007790094610
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110012200779009461O BOFD: 000000000 CapSRC: PM
TranCode: 000674 RouteTran: 11199377  DocType: 8
EntryNum: 4750 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007580911574  Posting date 25-JAN-10



AcctNum: 00000004222416350 Amount: 00000000026300
Xerno: 0000000802 PostDate: 20100125 Sequence: 007580911574
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011001250075809115574 BOFD: 111900057 CapSRC: BY
TranCode: 000802 RouteTran: 11100061   DocType: 8
EntryNum: 5234 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002990166903  Posting date 02-FEB-10

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

803

32-81/1110 3802

DATE 1/29/10

PAY TO THE
ORDER OF   A-1 I N S.                                    $ 50

fifty                                            100/00    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO   RS-1000488

Raquel Garcia

⑈111000614⑈   4222416350⑈0803

1306856580  >113005549<  02/20

PAY TO THE ORDER OF
STERLING BANK
113005549
FOR DEPOSIT ONLY
A-1 Auto Insuran

AMCO AUTO INSURANCE
FOR DEPOSIT ONLY

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015

PAY TO THE ORDER OF
AMCO AUTO INSURANCE

ENDORSE HERE

```
AcctNum: 000000004222416350  Amount: 000000000005000
Xerno: 0000000803 PostDate: 20100202 Sequence: 002990166903
BankNum: 0201 AppCode: 0001 Field44: 0000 ImageStat: 05
UDK: 0201100202002990166903 BOFD: 000000000 CapSRC: PV
TranCode: 000803 RouteTran: 11100061  DocType: 8
EntryNum: 1887 ItemType: P
```

13cr628-013443

Case 4:13-cr-00628 Document 881 Filed on 03/29/16 in TXSD Page 340 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003890719684 Posting date 12-FEB-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61/1110 1802

808

DATE 2/10/10

PAY TO THE
ORDER OF A-1 Auto

$ 363 00

Three hundred sixty three DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

⑆111000614⑆ 4222416350⑆0808

1306135840 >113005549< 02/11/2010

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113005549
AMCO AUTO INSURANCE
0231025066
FOR DEPOSIT ONLY

ENDORSE HERE

AcctNum: 000000004222416350 Amount: 000000000036300
Xerno: 0000000808 PostDate: 20100212 Sequence: 003890719684
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110021203890719684 BOFD: 000000000 CapSRC: PV
TranCode: 000808 RouteTran: 11100061 DocType: 8
EntryNum: 1500 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003990400238  Posting date 12-FEB-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110   3902

805

DATE 2/10/10

PAY TO THE
ORDER OF   A-1 Auto                         $ 162 00

One hundred sixty two ——————   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO TX- 05073709

⑆1110006141⑆   ⑈4222416350⑈0805

1306141560 >113005549< 02/11/2010

PAY TO THE ORDER OF
STERLING BANK
113005549
FOR DEPOSIT ONLY
A-1 Auto Insurance
500054473

AcctNum: 000000004222416350 Amount: 00000000016200
Xerno: 0000000805 PostDate: 20100212 Sequence: 003990400238
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110021200399040023B BOFD: 000000000 CapSRC: PV
TranCode: 000805 RouteTran: 11100061  DocType: 8
EntryNum: 1773 ItemType: P

**JPMorgan**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

806

32-61/1110 3802

DATE 2/10/10

PAY TO THE ORDER OF _Amco_ $ 103 00

One hundred three 0/10 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO _____  Raquel Garcia

⑆111000614⑆ 4222416350⑈0806

1306149240 >113005549< 02/12/2010

PAY TO THE ORDER OF
STERLING BANK
HOUSTON, TX 77015
113005549
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE

| | |
|---|---|
| Posting Date: | 20100216 |
| Sequence Number: | 5190131534 |
| Amount: | $103.00 |
| Account: | 4222416350 |
| Routing Transit Number: | 11100061 |
| Check/Serial Number: | 000000000806 |
| Bank Number: | 201 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 1874 |
| UDK: | 20110020216005190131534 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000806 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002890635964  Posting date 19-FEB-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-81/1110 3802

809

DATE 2/18/10

PAY TO THE ORDER OF  ANTHONY CORLETTO                    $ 1,100.00

ONE THOUSAND ONE HUNDRED. 00/xx                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  INV. GO021510

�semp:111000614:   4222416350"0809

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005180607013  Posting date 02-MAR-10

RAQUEL GARCIA   281 457 2722          32-61/1110 3802                    810
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203                    DATE 2/22/10

PAY TO THE
ORDER OF  A-1-AUTO INS.                              $ 51

fifty one                                                  100/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com        Txs 1000488
MEMO  INS.

⑆111000614⑆   4222416350⑈0810

1306246410  >113005549<  03/01/2010

PAY TO THE ORDER OF
STERLING BANK
113005549
FOR DEPOSIT ONLY

AcctNum: 000000004222416350  Amount: 00000000005100
Xerno: 0000000810 PostDate: 20100302 Sequence: 005180607013
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100302005180607013 BOFD: 000000000 CapSRC: FV
TranCode: 000810 RouteTran: 11100061  DocType: 8
EntryNum: 1233 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005180607014  Posting date 02-MAR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110  2802

811

DATE 9/22/10

PAY TO THE
ORDER OF  A-1-Auto                                $85.84

eighty five                              .84/100  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  FNS                              Raquel Garcia    NP

⑈111000614⑈      4222416350⑈ 0811

1386246428  >113005549<  03/01/2010

#AMCO
0081025046

PAY TO THE ORDER OF
STERLING BANK
113005549
FOR DEPOSIT ONLY
&Check Insurance
0081025046

ENDORSE HERE

AcctNum: 00000004222416350  Amount: 000000000008584
Xerno: 0000000811 PostDate: 20100302 Sequence: 005180607014
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100302005180607014 BOFD: 000000000 CapSRC: PV
TranCode: 000811 RouteTran: 11100061  DocType: 8
EntryNum: 1233 ItemType: P

13cr628-013449

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003380535010  Posting date 24-MAR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3802

812

DATE *22 MARCH 10*

PAY TO THE
ORDER OF *Anthony Colletto*                                    $ *500.00*

*Five Hundred 00/xx*                                          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO *March Maintinance*

⑆111000614⑆     4222416350⑈0812

ENDORSE HERE

Const.& Engr.
Acc.# 953961906S

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000050000
Xerno: 0000000812 PostDate:  20100324 Sequence: 003380535010
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011003240033080535010 BOFD: 000000000 CapSRC: PV
TranCode: 000812 RouteTran: 11100061     DocType: 8
EntryNum: 2528 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004680740624  Posting date 30-MAR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

(281) 457 2722   32-61/1110 3802   813

DATE 3/17/10

PAY TO THE
ORDER OF  A-1 Auto                                    $ 85.84

eighty five                                          84/100     DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  Ins,

Raquel Gaci

⑆1110006 14⑆   4 2224 16 350 0813

1306448210  >113005549<  03/29/2010

PAY TO THE ORDER OF
STERLING BANK
113005549
FOR DEPOSIT ONLY
A-1 Auto Insurance
500054973

AcctNum: 000000004222416350  Amount: 00000000000858  4
Xerno: 0000000813 PostDate: 20100330 Sequence: 004680740624
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011003300046807406 24 BOFD: 000000000 CapSRC: PV
TranCode: 000813 RouteTran: 11100061   DocType: 8
EntryNum: 1584 ItemType: P

13cr628-013451

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006290470505   Posting date 05-APR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110   3802                          814

DATE 3/31/10

PAY TO THE
ORDER OF   AMERICANAIR TRENDS   $ 4,000.00

four thousand                          100/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  A.C.                       Raquel Garcia

⑈111000614⑈   ⑆22241635011⑈⑆0814

Pay any bank JPMorgan Chase Bank 93943:0557920

AcctNum: 000000004222416350 Amount: 000000000400000
Xerno: 0000000814 PostDate: 20100405 Sequence: 006290470505
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011040500629047505 BOFD: 111900057 CapSRC: BY
TranCode: 000814 RouteTran: 11100061   DocType: 8
EntryNum: 5073 ItemType: P

13cr628-013452

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003690781035  Posting date 08-APR-10

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

92-81
1110

816

DATE  8 APRIL 10

PAY TO THE
ORDER OF  STEVE CHILDRESS                    $ 4,180.00

FOUR THOUSAND, ONE HUNDRED AND EIGHTY.    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  ELECTRICAL FINAL                     Raquel Garcia

⑈111000614⑈    4222416350⑈ 0816

AcctNum: 000000004222416350  Amount: 000000000418000
Xerno: 0000000816 PostDate: 20100408 Sequence: 003690781035
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100408003690781035 BOFD: 111900057 CapSRC: BY
TranCode: 000816 RouteTran: 11100061   DocType: 8
EntryNum: 3749 ItemType: P

13cr628-013453

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003780465415  Posting date 09-APR-10

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-51/1110 3802

815

DATE 4/8/10

PAY TO THE
ORDER OF _Cliff Thomas_                          $ 363.00

_Three hundred dollar sixty three_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO _4. C_

_Raquel Garcia_

�semis1110006140:   4222416350⑐0815

Pay any bank/PMorgan Chase Bank 939480560990

AcctNum: 000000004222416350  Amount: 000000000036300
Xerno: 0000000815 PostDate: 20100409 Sequence: 003780465415
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110040900037804654145 BOFD: 111900057 CapSRC: BY
TranCode: 000815 RouteTran: 11100061  DocType: 8
EntryNum: 3406 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002690873845  Posting date 22-APR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

TXS 20989292
TX S 50737159

32-81
1110
3802

818

DATE 4/20/10

PAY TO THE
ORDER OF AMCO INSURANCE $ 205 =

two hundred five 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO INS.

Raquel Garcia

⑆111000614⑆  4222416350⑉08 18  ⑈00000 20500⑆

BANK OF AMERICA, NA DAL
111000925  E6871 94 003
04/21/10

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000020500
Xerno: 0000000818 PostDate: 20100422 Sequence: 002690873845
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100422002690873845 BOFD: 000000000 CapSRC: FV
TranCode: 000818 RouteTran: 11100061  DocType: 8
EntryNum: 2255 ItemType: P

13cr628-013455

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004990038983  Posting date 27-APR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110  3602

819

DATE 4.21.10

PAY TO THE ORDER OF  Ron Craft    $ 4000. ⁰⁰

Four Thousand ⁰⁰/₁₀₀  DOLLARS

CHASE ◆
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

Raquel Garcia

⑊111000614⑊   4222416350⑊⑊0819 ⑊⑊0000400000⑊

ENDORSE HERE

DEA RON CRAFT CHEVROLET OLDSMOBILE
DBA BAYTOWN AUTO COLLISION CENTER
FOR DEPOSIT ONLY
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Bank of America
N.A. 067
1-803-521-5498
▼111003025▲

APR 27 10

BANK OF AMERICA, NA DAL
11100025  07145 94 992
04/27/10
99909TI091

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC*

8446    2779

AcctNum: 000000004222416350  Amount: 000000000400000
Xerno: 0000000819 PostDate: 20100427 Sequence: 004990038983
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100427004590038983 BOFD: 000000000 CapSRC: FV
TranCode: 000819 RouteTran: 11100061   DocType: 8
EntryNum: 4789 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003280002210 Posting date 29-APR-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-81/1110 2802

820

DATE *4·22·10*

PAY TO THE
ORDER OF *RON CRAFT CHEVROLET* | $ *3,200*

*Three Thousand Two Hundred* DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO *8110 - 84114*

*Raquel G*

⑆1110006 14⑆ 4 2 2 24 16 3 50⑈ 08 20 ⑈0000 3 20000⑈



AcctNum: 000000004222416350 Amount: 000000000320000
Xerno: 0000000820 PostDate: 20100429 Sequence: 003280002210
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100429003280002210 BOFD: 000000000 CapSRC: FV
TranCode: 000820 RouteTran: 11100061 DocType: 8
EntryNum: 2284 ItemType: P

13cr628-013457

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001790075397  Posting date 18-MAY-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

821

32-81
1110  3802

DATE  5/15/10

PAY TO THE
ORDER OF  AMCO

$ 43.00

forty-three

DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  TXS-20989292

⑆111000614⑆  4222416350⑈0821  ⑇0000004300⑇

ENDORSE HERE
PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
ARZ INC.
DBA AMCO AUTO INSURANCE
5980T101118G3

BANK OF AMERICA, NA DAL
111000025  E2576 94 003
#5/18/19

MAY 18 01

9596   1 8 7 5

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000004300
Xerno: 0000000821 PostDate: 20100518 Sequence: 001790075397
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011005180017900075397 BOFD: 000000000 CapSRC: FV
TranCode: 000821 RouteTran: 11100061  DocType: 8
EntryNum: 4751 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008380223067  Posting date 18-MAY-10



RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203
(281) 457-2722

817

32-81/1110  3802

DATE 5/14/10

PAY TO THE ORDER OF  A - l auto I NS,

$ 51.80

fubity one .80/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  X I ps ASED1041951   Raqul Ga

⑈111100061⑈   ⑈42224163508⑈0817  ⑈0000005180⑈

ENDORSE HERE
PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
A2Z INC.
DBA A-1 AUTO INSURANCE
5980113111121

BANK OF AMERICA, NA DAL
11195025  E2542 34 093
05/17/18

5330219505

AcctNum: 000000004222416350  Amount: 000000000005180
Xerno: 0000000817 PostDate: 20100518 Sequence: 008380223067
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011005180008380223067 BOFD: 000000000 CapSRC: PV
TranCode: 000817 RouteTran: 11100061   DocType: 8
EntryNum: 2361 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008180393623  Posting date 24-MAY-10

RAQUEL GARCIA (281) 457-2722                                  823
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203                      32-61  3802
                                                 1110
                                          DATE 5/19/10

PAY TO THE
ORDER OF  A - 1  A U T O  I N S            $ 185.00

One hundred - eyty five                     DOLLARS

CHASE
JPMorgan Chase Bank, N.A.    TX 5 - 40737159
Dallas, Texas 75201
www.Chase.com
MEMO  I N S, MON                          Raquel Garcia

⑈111000614⑈    4222416350⑈0823    ⑈00000018500⑈

AcctNum: 000000004222416350  Amount: 000000000018500
Xerno: 0000000823 PostDate: 20100524 Sequence: 008180393623
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110052400818039363  BOFD: 000000000 CapSRC: FV
TranCode: 000823 RouteTran: 11100061  DocType: 8
EntryNum: 2406 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007980464737  Posting date 28-MAY-10

**RAQUEL GARCIA**
1347 DELL DALE ST
CHANNELVIEW, TX  77530-2203

32-61/1110 3802

824

DATE 5/24/10

PAY TO THE ORDER OF  Sam's  | $741.99

Seven hundred forty one 99/00  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

Raquel Garcia

⑆111000614⑆   4222416350⑈0824   ⑈00000074199⑈

2010052700400383259 2061

AcctNum: 000000004222416350  Amount: 000000000074199
Xerno: 0000000824 PostDate: 20100528 Sequence: 007980464737
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100528007980464737 BOFD: 000000000 CapSRC: FV
TranCode: 000824 RouteTran: 11100061   DocType: 8
EntryNum: 2116 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008380413109 Posting date 02-JUN-10



```
AcctNum: 00000004222416350  Amount: 000000000009572
Xerno: 0000000825 PostDate: 20100602 Sequence: 008380413109
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100602008380413109 BOFD: 000000000 CapSRC: FV
TranCode: 000825 RouteTran: 11100061  DocType: 8
EntryNum: 2471 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008290811677  Posting date 09-JUN-10

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-81
1110  3602

827

DATE 6/1/10

PAY TO THE
ORDER OF  *VANDERBILT MORTGAGE & FIN*  $ 5,680-

*five Thousand six hundred eighty*  100/00  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  *MortGAGe Acc #844340*  *Raquel Garcia*

⑈111000614⑈  4222416350⑈0827

FOR DEPOSIT ONLY

Vanderbilt Mortgage and Finance, Inc.
General Fund
5752280

JUN 08 2010

ENDORSE HERE

```
AcctNum: 000000004222416350  Amount: 000000000568000
Xerno: 0000000827 PostDate: 20100609 Sequence: 008290811677
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100609008290811677 BOFD: 000000000 CapSRC: PV
TranCode: 000827 RouteTran: 11100061  DocType: 8
EntryNum: 4578 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003780217713  Posting date 23-JUN-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

831

32-61 2902
1110

DATE 6/21/10

PAY TO THE
ORDER OF  AMCO                                    $ 197.—

one hundred ninety seven ———— 00/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  TXS 60737159

Rqul Ga

⑆111000614⑆    4222416350⑈0811    ⑈000001970011⑈

AcctNum: 000000004222416350  Amount: 000000000019700
Xerno: 0000000831 PostDate: 20100623 Sequence: 003780217713
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011006230003780217713 BOFD: 000000000 CapSRC: FV
TranCode: 000831 RouteTran: 11100061    DocType: 8
EntryNum: 2387 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003680610942  Posting date 08-JUL-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

832

32-61
1110

DATE 6/21/10

PAY TO THE
ORDER OF  Vanderbilt Mortgage      $5,680—

Five Thousand Six hundred eighty      DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75200
www.Chase.com

MEMO # 844340 Flores      Raquel Garcia

⑆111000614⑆      4222416350⑆ 0832

ENDORSE HERE

FOR DEPOSIT ONLY

JUL 0 6 2010

VANDERBILT MORTGAGE AND FINANCE, INC.
GENERAL FUND
5752280

AcctNum: 00000004222416350  Amount: 00000000568000
Xerno: 0000000832 PostDate: 20100708 Sequence: 003680610942
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011007080036806110942 BOFD: 000000000 CapSRC: FV
TranCode: 000832 RouteTran: 11100061  DocType: B
EntryNum: 2270 ItemType: P

13cr628-013465

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007680831265 Posting date 02-AUG-10

7425-10-1314

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

837

32-81
1110 3802

DATE 7/29/10

PAY TO THE
ORDER OF _Texas American_ | $1000⁰⁰

_One thousand 00/100_ DOLLARS

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO 9/9 Freepat

⑈:111000614⑈: 422241635 0⑈0837

RETURNED >00/02/2010 00003800414259

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

AcctNum: 000000004222416350 Amount: 000000000100000
Xerno: 0000000837 PostDate: 20100802 Sequence: 007680831265
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011008020076808312265 BOFD: 000000000 CapSRC: PV
TranCode: 000837 RouteTran: 11100061 DocType: 8
EntryNum: 6619 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009480459127   Posting date 11-AUG-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

836

32-61/1110 5802

DATE 9-26-2010

PAY TO THE
ORDER OF Vander B H Mortgage          $ 6325

Six thousand Three hundred twenty five

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO #844340 Flores, Ramon

Raquel Garcia

⑈111000614⑈   4222416350⑈ 0836

FOR DEPOSIT ONLY
ENDORSE HERE
AUG 10 2010
VANDERBILT MORTGAGE AND FINANCE, INC.
GENERAL FUND
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000632500
Xerno: 0000000836 PostDate: 20100811 Sequence: 009480459127
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100811009480459127 BOFD: 000000000 CapSRC: PV
TranCode: 000836 RouteTran: 11100061  DocType: 8
EntryNum: 4592 ItemType: P

13cr628-013467

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007780777030  Posting date 12-AUG-10



```
AcctNum: 000000004222416350  Amount: 000000000047200
Xerno: 0000000838 PostDate: 20100812 Sequence: 007780777030
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100812007780777030 BOFD: 000000000 CapSRC: PV
TranCode: 000838 RouteTran: 11100061  DocType: 8
EntryNum: 2356 ItemType: P
```

13cr628-013468

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008180085984  Posting date 24-AUG-10



RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

839

TX 125146 03

554 5483

DATE 8-18-10

PAY TO THE ORDER OF  Barnes & Noble 554    |  $ 1,240.58

One thousand two hundred forty — 58/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

⑈1110006141⑈   ⑆22241635O⑈083④   ⑈0000124058⑈

AcctNum: 000000004222416350 Amount: 000000000124058
Xerno: 0000000839 PostDate: 20100824 Sequence: 008180085984
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100824008180085984 BOFD: 000000000 CapSRC: PV
TranCode: 000839 RouteTran: 11100061   DocType: 8
EntryNum: 2511 ItemType: P

13cr628-013469

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 002790985459  Posting date 30-AUG-10**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110 3802

840

DATE 9/23/10

PAY TO THE
ORDER OF  Vanderbilt MoRtgage Fina   $4,580.78

four thousand five hundred eighty 78/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Pay Full #844340

⑈111000614⑈     4222416350⑈0840

FOR DEPOSIT ONLY
AUG 2 7 2010
Vanderbilt Mortgage and Finance, Inc.
General Fund
5732280

```
AcctNum: 000000004222416350  Amount: 000000000458078
Xerno: 0000000840 PostDate: 20100830 Sequence: 002790985459
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201100830002790985459 BOFD: 000000000 CapSRC: PV
TranCode: 000840 RouteTran: 11100061    DocType: 8
EntryNum: 6140 ItemType: P
```

13cr628-013470

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007780249554  Posting date 03-SEP-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2209

32-61  3902
1110

841

DATE  8/25/10

PAY TO THE
ORDER OF  Jean Lillard                    $ 1,249.55

One thousand two hundred forty nine  55/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

Raquel Garcia

⑆111000614⑆    4222416350⑈0841

AcctNum: 000000004222416350  Amount: 00000000124955
Xerno: 0000000841 PostDate: 20100903 Sequence: 007780249554
BankNum: 0201 AppCode: 0001  Field4: 0000 ImageStat: 05
UDK: 0201100903007780249554 BOFD: 000000000 CapSRC: PV
TranCode: 000841 RouteTran: 11100061  DocType: 8
EntryNum: 2208 ItemType: P

13cr628-013471

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001280858089  Posting date 21-SEP-10



AcctNum: 000000004222416350  Amount: 000000000026210
Xerno: 0000000843 PostDate: 20100921 Sequence: 001280858089
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011009210012808858089 BOFD: 111900057 CapSRC: BY
TranCode: 000843 RouteTran: 11100061   DocType: 8
EntryNum: 4196 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009280605337  Posting date 20-OCT-10



AcctNum: 000000004222416350 Amount: 00000000135900
Xerno: 0000000852 PostDate: 20101020 Sequence: 009280605337
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201101020009280605337 BOFD: 000000000 CapSRC: PV
TranCode: 000852 RouteTran: 11100061   DocType: B
EntryNum: 4834 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G30Mar12-584**
**Sequence number 009280605338  Posting date 20-OCT-10**



```
AcctNum: 000000004222416350  Amount: 000000000186700
Xerno: 0000000850 PostDate: 20101020 Sequence: 009280605338
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201101020009280605338 BOFD: 000000000 CapSRC: PV
TranCode: 000850 RouteTran: 11100061   DocType: 8
EntryNum: 4834 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009280605339  Posting date 20-OCT-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110          3802

851

DATE 10/18/10

PAY TO THE
ORDER OF  Diana Kisby                                    $ 1573 98

One Thousand five hundred-Seventy three and 98/100          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  831 Corona Channelview, tx

DF 000 258429

⑈1110006⑈⑈⑈  4222416350⑈ 0851

AcctNum: 00000000422416350  Amount: 000000000157398
Xerno: 0000000851 PostDate: 20101020 Sequence: 009280605339
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011102000928060539 BOFD: 000000000 CapSEC: PV
TranCode: 000851 RouteTran: 11100061  DocType: 8
EntryNum: 4834 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004080823601  Posting date 28-OCT-10

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110

854

DATE 10/28/10

PAY TO THE
ORDER OF  Gustavo Piña                    $ 485:—

four hundred eighty five                           10/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 76201
www.Chase.com

MEMO _____   Raquel Garcia

⑈111000614⑈     4222416350⑈ 0854

AcctNum: 000000004222416350  Amount: 000000000048500
Xerno: 0000000854 PostDate: 20101028 Sequence: 004080823601
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020110102800408082360l BOFD: 111900057 CapSRC: BY
TranCode: 000854 RouteTran: 11100061    DocType: 8
EntryNum: 3488 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005390846397  Posting date 12-JAN-11

713-592-7002
RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61   3802
1110

855

DATE 1/10/11

PAY TO THE ORDER OF  Home Depot                    $ 761.82

Seven hundred sixty one ——————— 82/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO

Raquel Garcia

⑈111000614⑈   4222416350⑈0855

AcctNum: 000000004222416350  Amount: 000000000076182
Xerno: 0000000855 PostDate: 20110112 Sequence: 005390846397
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011101120053908463397 BOFD: 111900057 CapSRC: FM
TranCode: 000855 RouteTran: 11100061   DocType: 8
EntryNum: 4177 ItemType: P

13cr628-013477

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008390172310  Posting date 31-JAN-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

847

32-61/1110  0302

DATE 1/27/11

PAY TO THE ORDER OF  Antigue Center of Texas         $ 148.85

one hundred forty eight        85/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com
MEMO  A# 38405|

Raquel Garcia

⑇111000614⑇      ⑇4222416350⑈084 7

115001  000011880

CAROLYN THOMPSONS ANTIQUE CENTER
SETTLEMENT ACCOUNT
151011405
FOR DEPOSIT ONLY

116001  0000011880
2011/01/28 13:28:28
>113005549< Sterling Bank

AcctNum: 000000004222416350  Amount: 000000000014885
Xerno: 0000000847 PostDate: 20110131 Sequence: 008390172310
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201110131008390172310 BOFD: 000000000 CapSRC: PV
TranCode: 000847 RouteTran: 11100061   DocType: 8
EntryNum: 0433 ItemType: P

13cr628-013478

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008890079612 Posting date 02-FEB-11



**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110 3802

859

DATE 2/1/11

PAY TO THE ORDER OF Jean Lillard                    $ 1249.55

One thousand two hundred forty nine 55/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO Payment House

Raquel Garcia

⑆111000614⑆  4222416350⑈0859

ENDORSE HERE
Jean Lillard

AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000000859 PostDate: 20110202 Sequence: 008890079612
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111020200088900799612 BOFD: 000000000 CapSRC: PV
TranCode: 000859 RouteTran: 11100061  DocType: 8
EntryNum: 1432 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005580477385 Posting date 30-SEP-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61 3802
1110

933

DATE 09/26/11

PAY TO THE
ORDER OF _Diane Kilsby_ $ 1171.49/xx

_Eleven-hundred-seventy-one + 49/xx_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

David Garcia
DF508 82926

MEMO 16501 N Shore Dr.

Raquel Garcia

⑆111000614⑆ 4222416350 ⑈0933

09/30/2011 000004091881088

ENDORSE HERE
Diane Kilsby
307 0331

AcctNum: 000000004222416350 Amount: 000000000117149
Xerno: 0000000933 PostDate: 20110930 Sequence: 005580477385
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011109300055580477385 BOFD: 000000000 CapSRC: PV
TranCode: 000933 RouteTran: 1110061 DocType: 8
EntryNum: 4974 ItemType: P

13cr628-013480

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 101170774219  Posting date 03-OCT-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2206

930

32-61
1110   3602

DATE 10/1/11

PAY TO THE
ORDER OF  REYMOND HOLBERT            $ 1,333.33

One Thousand three hundred thirty three 33/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈111000614⑈    4222416350⑈ 0930

AcctNum: 000000004222416350  Amount: 000000000133333
Memo: 0000000930 PostDate: 20111003 Sequence: 101170774219
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011100310117077219 BOFD: 000000000 CapSRC: IV
TranCode: 000930 RouteTran: 11100061  DocType: 8
EntryNum: 4881 ItemType: P

13cr628-013481

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003480152373   Posting date 04-OCT-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110 3802

931

DATE 10/1/11

PAY TO THE ORDER OF  Jean Lillard                    | $ 1,249.55

one thousand two hundred forty nine ——— 55/100 DOLLARS

**CHASE** ○
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

Raquel Garcia

⑆111000614⑆    4222416350⑈0931

ENDORSE HERE
Jean Lillard

AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000000931 PostDate: 20111004 Sequence: 003480152373
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011110040003480152373 BOFD: 000000000 CapSRC: PV
TranCode: 000931 RouteTran: 11100061    DocType: 8
EntryNum: 2297 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007380202133 Posting date 24-OCT-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

$\frac{32-61}{1110}$ 3802

936

DATE 10-20-11

PAY TO THE ORDER OF _____ $ 242.00

Two hundred forty Two 00/00 _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈111000614⑈ 422241635010936 00000 24 200

```
AcctNum: 000000004222416350  Amount: 000000000024200
Xerno: 0000000936 PostDate: 20111024 Sequence: 007380202133
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011110240073380202133 BOFD: 000000000 CapSRC: PV
TranCode: 000936 RouteTran: 11100061   DocType: 8
EntryNum: 1888 ItemType: P
```

13cr628-013483

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007380202134 Posting date 24-OCT-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-81
1110   3802

935

DATE 10-20-2011

PAY TO THE
ORDER OF   A-1 Auto Ins.                    | $ 467.00

Four hundred sixty seven & 00/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   Davel Choag a S. Luer

1:111000614: 42224163500935 00000046700

AcctNum: 000000004222416350  Amount: 00000000046700
Xerno: 0000000935 PostDate: 20111024 Sequence: 007380202134
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201111024007380202134 BOFD: 000000000 CapSRC: PV
TranCode: 000935 RouteTran: 11100061  DocType: 8
EntryNum: 1888 ItemType: P

13cr628-013484

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 004880979332  Posting date 02-NOV-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61 / 1110  3602

**937**

DATE

PAY TO THE ORDER OF  Jean L. Llard                         $ 1249.55

One Thousand two hundred forty nine 55/100  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Payment House

Raquel Garcia

⑈111000614⑈    4222416350⑈0937

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000000937 PostDate: 20111102 Sequence: 004880979332
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011111020004880979332 BOFD: 000000000 CapSRC: PV
TranCode: 000937 RouteTran: 11100061    DocType: 8
EntryNum: 1600 ItemType: P

13cr628-013485

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 008680423950  Posting date 07-NOV-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110 3802

938

DATE 10/31/11

PAY TO THE
ORDER OF  Raymond Holbert          $ 1,333.33

One Thousand Three hundred Thirty-Three 33/ DOLLARS

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO                                                    AP

⑆111000614⑆    4222416350⑈0938

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

```
AcctNum: 00000004222416350  Amount: 000000000133333
Xerno: 0000000938 PostDate: 20111107 Sequence: 008680423950
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011111070086804239 50 BOFD: 000000000 CapSRC: PV
TranCode: 000938 RouteTran: 11100061    DocType: 8
EntryNum: 7135 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 007370431442 Posting date 02-DEC-11

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110   3802

941

DATE 12·1·2011

PAY TO THE
ORDER OF  Jean Lilkrel                    $ 1249.55

One Thousand two hundred forty-nine 55/xx DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈111000614⑈   4222416350⑈0941

ENDORSE HERE
Jean Lillard
6839739254

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

```
AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000000941 PostDate: 20111202 Sequence: 007370431442
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111120200737O431442 BOFD: 000000000 CapSRC: FV
TranCode: 000941 RouteTran: 11100061  DocType: 8
EntryNum: 1592 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005770311212  Posting date 05-DEC-11

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110-3802

940

DATE 12-1-2011

PAY TO THE
ORDER OF   Reymond Holbert   $ 1,333.33

all thousand three hundred thirty-three 33/

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

C111000614C   4222416350 0940

12/04/2011   5991230915584590

ENDORSE HERE
Raymond Holbert
1133385302

```
AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000000940 PostDate: 20111205 Sequence: 005770311212
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020111120500577031212 BOFD: 000000000 CapSEC: PV
TranCode: 000940 RouteTran: 11100061  DocType: 8
EntryNum: 3794 ItemType: P
```

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 385 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 009990664950  Posting date 03-JAN-12

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-81/1110 3802

942

DATE 1.1. 2012

PAY TO THE ORDER OF  Jean Lillard      $ 1249 55

One thousand two hundred forty-nine 55

**CHASE ○**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆111000614⑆  4222416350⑈0942

ENDORSE HERE
Jean Lillard

```
AcctNum: 000000004222416350  Amount: 00000000124955
Xerno: 0000000942 PostDate:  20120103 Sequence: 009990664950
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011201030099906649950 BOFD: 000000000 CapSRC: PV
TranCode: 000942 RouteTran: 11100061  DocType: 8
EntryNum: 1913 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002770227367  Posting date 09-JAN-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61  2602
1110

943

DATE 1·1·2012

PAY TO THE
ORDER OF   Reymond Holbert                    $ 1333.33

One thousand three hundred thirty three 33/100

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆111000814⑆     4222416350⑆0943

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

JAN 01·07·2012    860123802346870

AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000000943 PostDate: 20120109 Sequence: 002770227367
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011201090027702273367 BOFD: 000000000 CapSRC: FV
TranCode: 000943 RouteTran: 11100061   DocType: 8
EntryNum: 3792 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001390340381  Posting date 25-JAN-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

944

32-61/1110 3802

DATE 1/23/2012

PAY TO THE ORDER OF Amco Auto Insurance   $ 469.00

Four hundred Sixty nine dollars 00/100   DOLLARS

CHASE O
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Insurance

C111600061: 422416350 0944 00000046900

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77087-2311
FOR DEPOSIT ONLY
AMCO AUTO INSURANCE
58602483218

AcctNum: 000000004222416350 Amount: 000000000046900
Xerno: 0000000944 PostDate: 20120125 Sequence: 001390340381
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120125001390340381 BOFD: 000000000 CapSRC: FV
TranCode: 000944 RouteTran: 11100061 DocType: 8
EntryNum: 4641 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003970033897 Posting date 02-FEB-12

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61/1110 3802

945

DATE 2/1/12

PAY TO THE ORDER OF _Jean Lillard_ $1,249.55

_one thousand two hundred forty nine_ DOLLARS

**CHASE** 
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Payment for 919 Eastpart_    Raquel Garcia

⑆111000614⑆ 4222416350⑈0945

ENDORSE HERE
Jean Lillard

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000000945 PostDate: 20120202 Sequence: 003970033897
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011202020003970033897 BOFD: 000000000 CapSRC: PV
TranCode: 000945 RouteTran: 11100061    DocType: 8
EntryNum: 1527 ItemType: P

Case 4:13-cr-00628 Document 881 Filed on 03/29/16 in TXSD Page 389 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 005880083103 Posting date 06-FEB-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

946

32-51/1110 3302

1/7/12    10/21/11

DATE 2/1/12

PAY TO THE ORDER OF  Reymond Holbert  | $ 1,333.33

One thousand three hundred thirty three 33/ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

Raquel Garcia

⑈111000614⑈    4222416350⑈0946

WNB 02042012 000357000930790

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350 Amount: 000000000133333
Xerno: 0000000946 PostDate: 20120206 Sequence: 005880083103
BankNum: 0201 AppCode: 0001 Field4: 0000 Imagestat: 05
UDK: 02011202060005880083103 BOFD: 000000000 CapSRC: PV
TranCode: 000946 RouteTran: 11100061   DocType: 8
EntryNum: 3634 ItemType: P

13cr628-013493

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 390 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 006280934115  Posting date 02-MAR-12

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61/1110  3802

949

DATE 2/27/12

PAY TO THE
ORDER OF  *Jean Lillard*  | $ *1249.55*

*One thousand two hundred forty nine 55/100*  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO *919 Freeport*

⑈111000614⑈  422416350⑈0949

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
ENDORSE HERE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

AcctNum: 000000004222416350  Amount: 00000000124955
Xerno: 0000000949 PostDate: 20120302 Sequence: 006280934115
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120302006280934115 BOFD: 000000000 CapSRC: PV
TranCode: 000949 RouteTran: 11100061    DocType: 8
EntryNum: 4950 ItemType: P

Case 4:13-cr-00628   Document 881   Filed on 03/29/16 in TXSD   Page 391 of 415
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 001580046238  Posting date 05-MAR-12

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110   3602

950

DATE 2/27/12

PAY TO THE
ORDER OF  Raymond Holbert                      $ 1333.33

One thousand three hundred thirty three 33/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 16501 N.Shre

⑆111000614⑆   4222416350  0950

AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000000950 PostDate: 20120305 Sequence: 001580046238
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011203050015B0046238 BOFD: 000000000 CapSRC: PV
TranCode: 000950 RouteTran: 11100061   DocType: 8
EntryNum: 4192 ItemType: P

| | |
|---|---|
| Posting Date: | 2012-03-05 |
| Sequence #: | 6770016782 |
| Account #: | 4222416350 |
| Routing Transit: | 11100061 |
| Amount #: | $836.77 |
| Check/Serial #: | 000000001192 |
| Bank #: | 201 |
| Tran Code: | 001192 |
| IRD: | 0 |
| ItemType: | P |
| BOFD: | 000000000 |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

128 14603
auth # 559-132

1192

DATE 3/1/12

PAY TO THE
ORDER OF   The Antique Gallery   $ 836.77

eight hundred thirty six    77/100 DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

Raquel Garcia

⑈111000614⑈   4222416350⑈ 1192

ENDORSE HERE
PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
880800383
FOR DEPOSIT ONLY
THE ANTIQUE GALLERY,LLC
Acct. #7835007807

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

10-Aug-12                                                           09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 009880983591  Posting date 27-FEB-12**

CHASE ○                **WITHDRAWAL/RETIRO**          CHECKING/CHEQUES ☒
                                                      SAVINGS/AHORROS ☐
                                                      P/T 500001017

Today's Date/Fecha    Customer Name (Please Print)/Nombre del cliente (en letra de molde)
                      _Raque l Garcia_

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aqui

                      Customer Signature/Firma del cliente
                      X _Raquel Garcia_

Start your account number here/
▼ Empiece su número de cuenta aquí

_4224 16350_          TOTAL $       _5000.00_      AMOUNT/CANTIDAD

⑈011190686 2⑈  ⑈500001017⑈

```
AcctNum: 000000004222416350  Amount: 000000000500000
Verno: 0111906862  PostDate: 20120227  Sequence: 009880983591
BankNum: 0201  AppCode: 0054  Field4: 9000  ImageStat: 05
UDK: 0201120227009880983591  BofD: 11900057  CapSRC: BY
TranCode: 000000  RouteTran: 50000101  DocType: 8
EntryNum: 5095  ItemType: P
```

Posting Date:        2012-02-27
Sequence #:          9880983597
Account #:           758661375
Routing Transit:     04400003
Amount #:            $5000.00
Check/Serial #:      009480711510
Bank #:              1
Tran Code:           000000
IRD:                 0
ItemType:            P
BOFD:                111900057
Cost Center:         593802
Teller Number:       4
Teller Seq Number:   503
Processing Date:     20120227





44137364

10-Aug-12                                                                      09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 005170250105  Posting date 03-APR-12**



```
AcctNum: 000000004222416350  Amount: 000000000124955
Xerno: 0000001197 PostDate: 20120403 Sequence: 005170250105
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: C20112040300170250105 BOFD: 000000000 CapSRC: PV
TranCode: 001197 RouteTran: 11100061   DocType: 8
EntryNum: 1740 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 005780171222  Posting date 04-APR-12

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110-3802

1196

DATE 3/30/12

PAY TO THE
ORDER OF  REYMOND HOLBERT          $ 1,333.33

One thousand three hundred thirty three 33/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

Raquel Garcia

MEMO

⑆111000614⑆  4222416350⑈ 1196

04/04/2012   000285003769368

ENDORSE HERE
Raymond Holbert

AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000001196 PostDate: 20120404 Sequence: 005780171222
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011204040057801721222 BOFD: 000000000 CapSRC: PV
TranCode: 001196 RouteTran: 11100061   DocType: 8
EntryNum: 4463 ItemType: P

10-Aug-12                                                          09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 004590319376  Posting date 01-MAY-12

RAQUEL GARCIA    2- 457-1722    32-61/1110 3302          1199
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2209              DATE 4/30/12

PAY TO THE
ORDER OF    HARRIS CO WCID #36        | $ 54.56

fifty - four                               56/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆111000614⑆     ⑈4222416350⑈ 1199

ELECTRONICALLY PRESENTED-3

ENDORSE HERE
HARRIS COUNTY WCID N36
FOR DEPOSIT ONLY
ACCOUNT 9520128041
04/30/2012 01:52-PM

AcctNum: 00000004222415350  Amount: 00000000005456
Xerno: 0000001199 PostDate: 20120501 Sequence: 004590319376
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120501004590319376 BOFD: 000000000 CapSRC: PV
TranCode: 001199 RouteTran: 11100061   DocType: 8
EntryNum: 3088 ItemType: P

13cr628-013501

10-Aug-12

09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 009090229412  Posting date 02-MAY-12

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77630-2203

1200

32-61/1110 3802

DATE 5-1-2012

PAY TO THE
ORDER OF  Jean Lillard          $ 1249 55

One thousand two hundred forty-nine 55/xx    DOLLARS

**CHASE O**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

Raquel Garcia

⑆11100061⑆    ⑈422241635011⑈ 1200

ENDORSE HERE

Jean Lillard

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AcctNum: 00000004222416350  Amount: 00000000124955
Xerno: 0000001200 PostDate: 20120502 Sequence: 009090229412
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011205020090902294l2 BOFD: 000000000 CapSRC: PV
TranCode: 001200 RouteTran: 11100061   DocType: 8
EntryNum: 1637 ItemType: P

10-Aug-12                                                                                       09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 004590542897  Posting date 03-MAY-12**

RAQUEL GARCIA                                            92-61   3602          **1201**
1347 DELL DALE ST.                                      1110
CHANNELVIEW, TX  77530-2203                              DATE 5.1.2012

PAY TO THE
ORDER OF   Reymond Holbert                              $1333.33

One Thousand Three hundred thirty-three        34      DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

NEMO

⑈111000614⑈        ⑆222416350⑈1201⑈

AcctNum: 000000004222416350  Amount: 000000000133333
Xerno: 0000001201 PostDate: 20120503 Sequence: 004590542897
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112050300459054 2897 BOFD: 000000000 CapSRC: PV
TranCode: 001201 RouteTran: 11100061   DocType: 8
EntryNum: 3641 ItemType: P

10-Aug-12 09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 002280683727  Posting date 23-MAY-12**

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61
1110  3802

1163

DATE 5/23/12

PAY TO THE
ORDER OF *Chase Auto Finance*        $ *390.80*

*Three hundred ninety 80/100*        DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 1204717373505

Raquel Garcia

⑈111000614⑈    4222416350⑈ 1163

JPMorgan Chase Bank 052309 593802 936710005039

AcctNum: 00000004222416350  Amount: 000000000039080
Xerno: 0000001163 PostDate: 20120523 Sequence: 002280683727
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120523002280683727 BOFD: 111900057 CapSRC: BY
TranCode: 001163 RouteTran: 11100061    DocType: 8
EntryNum: 3953 ItemType: P

10-Aug-12                                                              09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 006180697115  Posting date 30-MAY-12

RAQUEL GARCIA                                    32-61/1110 3862          1162
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203                       DATE 5/23/12

PAY TO THE
ORDER OF  Ozarka                                         $ 147 57

One hundrd faty seven 57/100                            DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 0012925392                              Raquel Garcia

⑈1110006 14⑈   4222416350⑈ 1162

CREDIT ACCT NAMED PAYEE

ZEPHYRHILLS

BOA

540900055

510 4 043756 0368 20180530

CHECK

```
AcctNum: 00000004222416350  Amount: 000000000014757
Xerno: 0000001162 PostDate: 20120530 Sequence: 006180697115
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112053000618069715 BGFD: 000000000 CapSRC: PV
TranCode: 001162 RouteTran: 11100061   DocType: 8
EntryNum: 3896 ItemType: P
```

10-Aug-12

09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 008090517397  Posting date 31-MAY-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110  3802

1203

DATE 5/29/12

PAY TO THE
ORDER OF  Manuel Rico                    $ 760

Seven hundred  Sixty                          100/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈111000614⑈    4222416390⑈ 1203

ENDORSE

JPMorgan Chase Bank  0S3105 741634 030270044672

AcctNum: 000000004222416350  Amount: 000000000076000
Xerno: 0000001203 PostDate: 20120531  Sequence: 008090517397
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112053100809051397 BOFD: 111900057 CapSRC: BY
TranCode: 001203 RouteTran: 11100061   DocType: 8
EntryNum: 4116 ItemType: P

10-Aug-12                                                                09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
Sequence number 008490204725  Posting date 04-JUN-12

RAQUEL GARCIA                                                      1166
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203                        DATE 6/1/12

PAY TO THE
ORDER OF   *Reliant*                              | $ 397.79

*Three hundred ninety seven 79/100* ———   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 219170-6                                     Raquel Garcia

⑈111000614⑈      4222416350⑈ 1166

000010 122 060412 0880        BNYMELLON
000001219170   DAL            CRED TO PAYEE
119-2323/650475               ABS END GUAR
060412 058022 122 244

AcctNum: 000000004222416350  Amount: 000000000039779
Zerno: 0000001166 PostDate: 20120604 Sequence: 008490204725
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120604008490204725 BOFD: 000000000 CapSRC: PV
TranCode: 001166 RouteTran: 11100061   DocType: 8
EntryNum: 3200 ItemType: P

13cr628-013507

10-Aug-12                                                                      09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
**Sequence number 007480176468  Posting date 05-JUN-12**

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-81/1110  3802                    **1164**

DATE 6/1/12

PAY TO THE
ORDER OF  H.C. FWSD #47                    $ 78.97

Seventy eight 97/100                    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 1-00-81140-09                    Raquel Garcia

⑈111000814⑈    4222416350⑈ 1164

ENDORSE HERE

FOR DEPOSIT ONLY
WELLS FARGO BANK
FOR HCFWSD 47
ACCT# 9530270587

AcctNum: 000000004222416350  Amount: 000000000007897
Xerno: 0000001164 PostDate: 20120605 Sequence: 007480176468
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120605007480176468 BOFD: 000000000 CapSRC: PV
TranCode: 001164 RouteTran: 11100061  DocType: 8
EntryNum: 2455 ItemType: P

13cr628-013508

10-Aug-12                                                                    09Aug12-1454

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 006080723472  Posting date 05-JUN-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

32-61/1110   3802                                                            1167

DATE 6/1/12

PAY TO THE
ORDER OF  StarTex                                           $ 2907

Twenty nine 07/100                                DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 394278                           Raquel Garcia

⑈111000614⑈   4222416350⑈ 1167

For   >031100209<  06/04/12  DAL-StarTexPow
Deposit Citibank N.A.      0000324278
Only   New Castle DE       30875086
5117 063762 092 000 063762-20-10-046/0008-046

AcctNum: 000000004222416350  Amount: 000000000002907
Xerno: 0000001167 PostDate: 20120605 Sequence: 006080723472
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112060500608072347 BOFD: 000000000 CapSRC: PV
TranCode: 001167 RouteTran: 11100061    DocType: 8
EntryNum: 2309 ItemType: P

13cr628-013509

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Aug12-1454
Sequence number 002890096755  Posting date 07-JUN-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

92-51
1130  3902

1168

DATE 4/4/12

PAY TO THE
ORDER OF  Aetna                                    $ 497.00

Four hundred ninety seven 00/10                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 12110712046

⑈111000614⑈   4222416350⑈1168   ⑈0000049700⑈

AcctNum: 000000004222416350  Amount: 000000000049700
Xerno: 0000001168 PostDate: 20120607 Sequence: 002890096755
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120607D02890096755 BOFD: 000000000 CapSRC: PV
TranCode: 001168 RouteTran: 11100061   DocType: 8
EntryNum: 4749 ItemType: D

13cr628-013510

10-Aug-12                                                                         09Aug12-1454

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Aug12-1454**
Sequence number 002690955101   Posting date 07-JUN-12

---

**RAQUEL GARCIA**
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61
1110  3802

1169

DATE 6/4/12

PAY TO THE
ORDER OF  H. C. Mud #53                                    | $ 35.17

Thirty five 17/100                                        DOLLARS

**CHASE** ○
JPMorgan Chase Bank, N.A.
www.chase.com

MEMO 3-04-08770-03                         Raquel Garcia

⑈111000614⑈   4222416350⑈ 1169

---

For Deposit Only
HCMUD #53
Acct #0028365

---

AcctNum: 000000004222416350  Amount: 000000000003517
Xeno: 0000001169 PostDate: 20120607 Sequence: 002690955101
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120607002690955101 BOFD: 000000000 CapSRC: PV
TranCode: 001169 RouteTran: 11100061  DocType: 8
EntryNum: 4625 ItemType: P

Posting Date:       2012-07-24
Sequence #:         2190232545
Account #:          4222416350
Routing Transit:    11100061
Amount #:           $500.00
Check/Serial #:     000000001204
Bank #:             201
Tran Code:          001204
IRD:                0
ItemType:           P
BOFD:               000000000
Cost Center:        N/A
Teller Number:      N/A
Teller Seq Number:  N/A
Processing Date:    N/A



23-Nov-12                                                                          20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008880852969  Posting date 10-SEP-12**



AcctNum: 000000004222416350 Amount: 00000000050000
Xerno: 0000001210 PostDate: 20120910 Sequence: 008880852969
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112091000888085 2969 BOFD: 111900057 CapSRC: BY
TranCode: 001210 RouteTran: 11100061    DocType: 8
EntryNum: 0000002938 ItemType: P

13cr628-013513

23-Nov-12                                                                20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008070988860  Posting date 26-SEP-12**



RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

32-61 3802
1110

1211

DATE 9/20/12

PAY TO THE
ORDER OF   Joey Diaz                                    $ 1,000 00

One thousand 00/100                                              DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MFMO

Raquel Gar

⑆111000614⑆   4222416350⑈ 1211

12496533808

ENDORSE HERE

AcctNum: 00000004222416350  Amount: 000000000100000
Xerno: 0000001211 PostDate: 20120926 Sequence: 008070988860
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011209260080709888860 BOED: 000000000 CapSRC: FV
TranCode: 001211 RouteTran: 11100061   DocType: 8
EntryNum: 0000004587 ItemType: P

23-Nov-12                                                                                      20Nov12-681

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G20Nov12-681
Sequence number 008380505189  Posting date 26-OCT-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

DATE 10/25/12

PAY TO THE
ORDER OF    Sears                                              $ 75 °⁰

Seventy fine                    00/100                         DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  12514603

⑆111000614⑆    4222416350⑈1173

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
LOCATION #8107
ACCOUNT # 4845002913

AcctNum: 000000004222416350  Amount: 000000000007500
Xerno: 0000001173 PostDate: 20121026 Sequence: 008380505189
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201121026008380505189 BOFD: 000000000 CapSRC: PV
TranCode: 001173 RouteTran: 11100061  DocType: 8
EntryNum: 0000003481 ItemType: P

23-Nov-12                                                                    20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
Sequence number 004880825780  Posting date 31-OCT-12

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX  77530-2203

1172

32-61
1110  3802

DATE 10/24/12

PAY TO THE ORDER OF  _Lisa Valadez_     $ 700 00

_Seven hundred    00/100_     DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Madonna_                              _Raquel Garcia_

⑈111000614⑈   4222416350  1172

10/30/2012  15:13:27
TELLER: 5067 BRANCH: 0025
50537
>313084674<

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AcctNum: 000000004222416350  Amount: 000000000070000
Xerno: 0000001172 PostDate: 20121031 Sequence: 004880825780
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011210310048880825780 BOFD: 000000000 CapSRC: PV
TranCode: 001172 RouteTran: 11100061  DocType: 8
EntryNum: 0000002105 ItemType: P

23-Nov-12                                                              20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 008370660329  Posting date 08-NOV-12**



```
AcctNum: 000000004222416350  Amount: 000000000007500
Xerno: 00000001174 PostDate: 20121108 Sequence: 008370660329
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 020112110800008370660329 BOFD: 000000000 CapSRC: PV
TranCode: 001174 RouteTran: 11100061   DocType: 8
EntryNum: 0000005892 ItemType: P
```

13cr628-013517

23-Nov-12                                                          20Nov12-681

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 001680339917  Posting date 13-NOV-12**



AcctNum: 000000004222416350  Amount: 000000000010349
Xerno: 0000001175 PostDate: 20121113 Sequence: 001680339917
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011211300168033991 BOFD: 000000000 CapSRC: PV
TranCode: 001175 RouteTran: 11100061  DocType: 8
EntryNum: 0000008698 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G20Nov12-681**
**Sequence number 001680339918 Posting date 13-NOV-12**

RAQUEL GARCIA
1347 DELL DALE ST.
CHANNELVIEW, TX 77530-2203

TOL# 12514603

32-61

8372 1176

281 / 281-707

7020.

DATE 11/2/12

PAY TO THE
ORDER OF _Sears_ $ 436.45

_Four hundred thirty six 45/100_ DOLLARS

CHASE 🟠
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 12514603

⑆111000614⑆ 4222416350⑈1176

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
LOCATION #8107
ACCOUNT # 4845002913

```
AcctNum: 00000004222416350  Amount: 00000000043645
Xerno: 0000001176  PostDate: 20121113  Sequence: 001680339918
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011211113001680339918  BOFD: 000000000  CapSRC: PV
TranCode: 001176  RouteTran: 11100061  DocType: 8
EntryNum: 0000008698  ItemType: P
```