493 Elsbeth

2009018 1850
05/01/2009 RP1 $24.00



GOVERNMENT
EXHIBIT
8

3
WD
G

GF No. 477706

—————[Space Above This Line For Recording Data]—————

## GENERAL WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS §

THAT RAMON FLORES, JR. AND WIFE, MELANIE SHAY FLORES, hereinafter referred to as "Grantor" (whether one or more), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to the undersigned in hand paid by DAVID GARCIA, A SINGLE PERSON, whose address is 2103 Jones Rd. Baytown, TX 77521 _____, hereinafter referred to as "Grantee" (whether one or more), the receipt and sufficiency of which is hereby acknowledged and confessed; have GRANTED, SOLD AND CONVEYED, and by these presents do GRANT, SELL AND CONVEY, unto said Grantee, the following described real property, to-wit:

A tract of land containing 0.264 acres, more or less, out of and a part of Lots THREE (3) and FOUR (4), in Block TWO (2), of LAKESIDE PARK ESTATES, an addition in HARRIS County, Texas, according to the map or plat thereof, recorded in Volume 12, Page 88 of the Map Records of HARRIS County, Texas, said 0.264 acre tract being more particularly described by metes and bounds on Exhibit "A" attached hereto and made a part hereof..

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said Grantee, Grantee's heirs and assigns forever; and Grantor does hereby bind Grantor, Grantor's heirs and assigns, to WARRANT AND FOREVER DEFEND, all and singular the said premises unto the said Grantee, Grantee's heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof.

All taxes assessed against the Property for the current year have been prorated between the parties, and Grantee hereby assumes and agrees to pay such taxes in full.

This Deed is executed, delivered and accepted subject to all and singular any liens securing the payment of any debt created or assumed in connection herewith if such liens are described herein, ad valorem taxes for the current and all subsequent years, subsequent assessments for prior years due to changes in land usage or ownership, zoning ordinances, utility district assessments and standby fees, if any, restrictions, easements, covenants, and conditions applicable to and enforceable against the above described property, mineral and royalty reservations, maintenance fund liens, and any title or rights asserted by anyone, including, but not limited to, persons, corporations, governments or other entities to tidelands, or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs or oceans, or to any land extending from the line of the harbor or bulkhead lines as established or changed by any government or to filled-in lands, or artificial islands, or to riparian rights or other statutory water rights, or the rights or interests of the State of Texas or the public generally in the area extending from the line of mean low tide to the line of vegetation or the right of access thereto, or right of easement along and across the same, if any, applicable to and enforceable against the above described property as shown by the records of the County Clerk of the County in which said real property is located.

When this Deed is executed by more than one person or when the Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs and assigns" shall be construed to mean "successors and assigns." Reference to any gender shall include either gender and, in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be.

DATED the 27 day of April, 20 09

_____
RAMON FLORES, JR.

_____
MELANIE SHAY FLORES

RP 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

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts

COUNTY COURT OF HARRIS COUNTY, TEXAS

13cr628 27 28

THE STATE OF _Texas_ §
COUNTY OF _Harris_ §

This instrument was acknowledged before me on the _27_ day of _April_, 20_09_, by RAMON FLORES, JR. AND WIFE, MELANIE SHAY FLORES.

ERIC FERNANDO GARCIA
MY COMMISSION EXPIRES
August 31, 2010

Notary Public

Grantee's Mailing Address and Return Address:
DAVID GARCIA
2103 Jones Rd.
Baytown, TX 77521 ✓✓

Prepared by:
The Laird Law Firm, P.C.
4119 Montrose, Suite 100
Houston, Texas 77006

RP 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

2

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts



13cr628

GF# 000477706

# Exhibit "A"

## LEGAL DESCRIPTION

A tract of land containing 0.264 acres, more or less, out of and a part of Lots 3 and 4, in Block 2, of LAKESIDE PARK ESTATES, an addition in Harris County, Texas, according to the map or plat thereof, recorded in Volume 12, Page 88 of the Map Records of Harris County, Texas, said 0.264 acre tract being more particularly described by metes and bounds as follows:

COMMENCING at the Southwest corner of Block 2, of LAKESIDE PARK ESTATES same being the Northeast intersection of North Shore Drive (60'; R.O.W.) and Elsbeth Road (60' R.O.W.);

THENCE North, along the West line of Block 2, same being the East line of Elsbeth Road, a distance of 143.33 feet to a 5/8 inch iron rod found marking the Southwest corner and POINT OF BEGINNING of the herein described tract;

THENCE East, parallel to North Shore Drive, a distance of 160.20 feet to a 1/2 inch iron rod found marking the Southeast corner of the herein described tract, in the West line of a tract of land conveyed to H.L.&P. Co. by V.V. Ramsey and wife Dorothy Ramsey and also being a distance of 110.00 feet West of the East line of Lot 3, Block 2;

THENCE North, parallel to the West line of Block 2 of said Lakeside Park Estates, a distance of 71.67 feet to a 1/2 inch iron rod found marking the Northeast corner of the herein described tract;

THENCE West, parallel to North Shore Drive, a distance of 160.20 feet to a 5/8 inch iron rod found marking the Northwest corner of the herein described tract, in the East line of Elsbeth Road;

THENCE South, along said East line, a distance of 71.67 feet to the POINT OF BEGINNING and containing 0.264 acre of land.

NOTE: This Company does not represent that the above acreage or square footage calculations are correct.

RP 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

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas on

MAY - 1 2009

COUNTY CLERK
HARRIS COUNTY, TEXAS

FILED
2009 MAY -1 AM 8:55
COUNTY CLERK
HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts

13cr628