

20130485229
09/20/2013  RP2  $28.00

# WARRANTY DEED

**After recording, return to:**
Tone Tone Investments, Inc.
2103 Jones Rd.
Baytown, Texas 77521

**For County Recorder's Use:**

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

THE STATE OF TEXAS §
COUNTY OF HARRIS §

DATE: September 11, 2013

**GRANTOR:** DAVID GARCIA, a single man

**GRANTOR'S ADDRESS:** 2103 Jones Rd., Baytown, Texas 77521

**GRANTEE:** TONE TONE INVESTMENTS, INC., a Texas Corporation

**GRANTEE'S ADDRESS:** 2103 Jones Rd., Baytown, Texas 77521

**CONSIDERATION:** TEN AND NO/100 DOLLARS AND OTHER VALUABLE CONSIDERATION

**PROPERTY:** (including any improvements):

A tract of land containing 0.264 acres more or less, out of and a part of Lots Three (3), and Four (4), in Block Two (2), of **LAKESIDE PARK ESTATES**, an addition in Harris County, Texas, according to the map or plat thereof, recorded in Volume 12, Page 88 of the Map Records of Harris County, Texas, said 0.264 acre tract being more particularly described by metes and bounds on **Exhibit "A"** attached hereto and made a part hereof, for all purposes.

**RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:** Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded restrictions, reservations, covenants, conditions, oil and gas leases, mineral severances, and other instruments, other than liens and conveyances, that effect the property; rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; taxes for the current year, the payment of which Grantee assumes; and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Page 1 of 3

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts



13cr628

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor, Grantor's heirs, executors, administrators, successors, and assigns to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

_____
DAVID GARCIA

**Accepted By:**

**TONE TONE INVESTMENTS, INC.,**
a Texas Corporation

_____ President
DAVID GARCIA,

THE STATE OF TEXAS         §
COUNTY OF HARRIS           §
                           §

This instrument was acknowledged before me on September 11, 2013 by DAVID GARCIA.

KATHRYN A. LUMPKIN
Notary Public, State of Texas
My Commission Expires
June 22, 2016

_____
NOTARY PUBLIC, STATE OF TEXAS
Commission Expires:_____

NOTICE: In preparing this deed, Albright and Lumpkin, PC was not instructed to, and refrained from:
1. Procuring TITLE POLICIES for Buyer or Seller.
2. Procuring TAX CERTIFICATES or otherwise ascertaining the PAYMENT STATUS OF AD VALOREM TAXES on the property.
3. Procuring a LAND SURVEY.
4. Making an ATTORNEY'S EXAMINATION OF TITLE or rendering an ATTORNEY'S TITLE OPINION.
5. Preparing an EARNEST MONEY CONTRACT.
6. Ascertaining whether or not the property lies within the 100 YEAR FLOOD PLAIN.
7. Ascertaining the accuracy and sufficiency of the LEGAL DESCRIPTION of the property.
8. (a) ascertaining status, (b) rights, title or interest claimed under, (c) location or (d) other information about: easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded restrictions, reservations, covenants, conditions, oil and gas leases, mineral severances, and other instruments that affect the property; rights of adjoining owners

Page 2 of 3

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas



_____ Deputy
Stella   Roberts

in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; availability and kinds of utility services, municipal services, and fire and police protection services; access to public roadways.

9. Ascertaining the current status of LIENS AGAINST THE PROPERTY or other claims against or affecting the property.
10. Notifying APPRAISAL DISTRICTS and/or TAXING JURISDICTIONS of the transfer of the property.

NOTICE: Albright and Lumpkin, PC does not:

1. make any warranties, covenants or representations to the undersigned, either express or implied, of any nature or kind or value, including, without limitation, those of title, environmental condition, quality and kind of construction, workmanship and materials, merchantability, habitability or fitness for a particular purpose in respect of the property (including improvements).
2. make any warranties, covenants or representations to the undersigned, either express or implied, that the property (including improvements) has ever been or is now in compliance with all applicable federal, state and local laws, rules, regulations, and restrictive covenants, regarding the use and operation of the property, including without limitation, all environmental laws, rules and regulations.

PREPARED IN THE LAW OFFICE OF
ALBRIGHT & LUMPKIN, PC/ar
13410 HOLLY PARK DR.
HOUSTON, TEXAS 77015
TEL: 713-455-6661 and 832-668-5033
FAX: 832-659-0314
EMAIL: dennis@dennisalbright.com

Page 3 of 3

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts



13cr628



**FILED**
2013 SEP 20 PM 1:47
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

RP 20130420-2167

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

SEP 20 2013

Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts



13cr628-0010