```
20090181852
05/01/2009  RP1  $20.00
```

**GOVERNMENT EXHIBIT 8b**

------------------------------- [Space Above This Line For Recording Data] -------------------------------

GF No. 477706

## RELEASE OF LIEN

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

THE STATE OF TEXAS

COUNTY OF HARRIS

**Description of Note:**

Date: MARCH 9, 2005

Maker (Borrower): RAMON FLORES, JR.

Payable to: E. R. HOLBERT A/K/A EARL RAYMOND HOLBERT

Original Amount: $33,500.00

Holder of Note and Lien: E. R. HOLBERT A/K/A EARL RAYMOND HOLBERT

Note and Lien are described in the Following Document(s):

recorded in Y332627, in the Official Public Records of Real Property of HARRIS County, Texas.

**Property (including any improvements) Subject to Lien:**

A tract of land containing 0.264 acres, more or less, out of and a part of Lots THREE (3) and FOUR (4), in Block TWO (2), of LAKESIDE PARK ESTATES, an addition in HARRIS County, Texas, according to the map or plat thereof, recorded in Volume 12, Page 88 of the Map Records of HARRIS County, Texas, said 0.264 acre tract being more particularly described by metes and bounds on Exhibit "A" attached hereto and made a part hereof

Holder of the Note and Lien acknowledges payment of the Note, releases the Property from the Lien and from all liens held by Holder of the Note without regard to how such liens were created or evidenced, and releases all present and future rights to establish or enforce the Lien as security for payment of a future advance or other advances.

Executed this 27th day of April, 2009.

_____
E. R. HOLBERT A/K/A EARL RAYMOND HOLBERT

THE STATE OF Texas §
COUNTY OF Harris §

This instrument was acknowledged before me on the 27th day of April, 2009, by E. R. HOLBERT A/K/A EARL RAYMOND HOLBERT.

ERIC FERNANDO GARCIA
MY COMMISSION EXPIRES
August 31, 2010

_____
Notary Public

After Recording Return to:
E.R. Holbert
P.O. Box 566
Channelview, TX 77530

Prepared by:
The Laird Law Firm, P.C.
4119 Montrose, Suite 100
Houston, Texas 77006

---

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/6/2015
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy

**Sharon M. Garrett**



13cr628-000412

GF# 000477706

## Exhibit "A"

### LEGAL DESCRIPTION

A tract of land containing 0.264 acres, more or less, out of and a part of Lots 3 and 4, in Block 2, of LAKESIDE PARK ESTATES, an addition in Harris County, Texas, according to the map or plat thereof, recorded in Volume 12, Page 88 of the Map Records of Harris County, Texas, said 0.264 acre tract being more particularly described by metes and bounds as follows:

COMMENCING at the Southwest corner of Block 2, of LAKESIDE PARK ESTATES same being the Northeast intersection of North Shore Drive (60' R.O.W.) and Elsbeth Road (60' R.O.W.);

THENCE North, along the West line of Block 2, same being the East line of Elsbeth Road, a distance of 143.33 feet to a 5/8 inch iron rod found marking the Southwest corner and POINT OF BEGINNING of the herein described tract;

THENCE East, parallel to North Shore Drive, a distance of 160.20 feet to a 1/2 inch iron rod found marking the Southeast corner of the herein described tract, in the West line of a tract of land conveyed to H.L.&P. Co. by V.V. Ramsey and wife Dorothy Ramsey and also being a distance of 110.00 feet West of the East line of Lot 3, Block 2;

THENCE North, parallel to the West line of Block 2 of said Lakeside Park Estates, a distance of 71.67 feet to a 1/2 inch iron rod found marking the Northeast corner of the herein described tract;

THENCE West, parallel to North Shore Drive, a distance of 160.20 feet to a 5/8 inch iron rod found marking the Northwest corner of the herein described tract, in the East line of Elsbeth Road;

THENCE South, along said East line, a distance of 71.67 feet to the POINT OF BEGINNING and containing 0.264 acre of land.

NOTE: This Company does not represent that the above acreage or square footage calculations are correct.

RP 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

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas on

MAY - 1 2009

COUNTY CLERK
HARRIS COUNTY, TEXAS

FILED 2009 MAY -1 AM 8:55 COUNTY CLERK HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/6/2015
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
**Sharon M. Garrett**



13cr628-02#410