

GOVERNMENT EXHIBIT 8e



Texas Department of Housing and Community Affairs
**Manufactured Housing Division**

## RECORD DETAIL

For general information, this is not a Statement of Ownership and Location (SOL)

### SOL INFORMATION

Certificate #: MH00545265  Issue Date: 09/08/2014  Election: PERSONAL PROPERTY
Status: Application Processed

### HOME INFORMATION

Manufacturer: CMH MANUFACTURING
6800 IMPERIAL DRIVE
WACO, TX 76712

Model: SIERRA VISTA
Date Manf: 01/04/2006
Square Ftg: 1,216
Windzone: 1

License #: MHDMAN00000283

| | Label/Seal# | Serial # | Weight | Size |
|---|---|---|---|---|
| Section 1: | HWC0367210 | CLW023487TX | 25,000 | 16 × 76 |
| Section 2: | | | | |
| Section 3: | | | | |
| Section 4: | | | | |

### PHYSICAL LOCATION INFORMATION

Physical Location: 403 ELSBETH LOT B  CHANNELVIEW  TX 77530  HARRIS

### OWNERSHIP INFORMATION

Seller/Transferor: DAVID M GARCIA
Mailing Address: 2103 JONES RD
BAYTOWN, TX 77521

Buyer/Transferee: TONE TONE INVESTMENTS INC
Mailing Address: 2103 JONES RD
BAYTOWN, TX 77521

Right of Survivorship: No   Transfer/Sale Date: 10/08/2013

### LIEN INFORMATION

First Lien: N/A    Second Lien: N/A

### ACTIVE TAX LIEN INFORMATION

ATTACHED ACTIVE TAX LIEN(S)

| Year | Recorded | Tax Unit # | Tax Unit Name | Tax Roll Account # | Amount |
|---|---|---|---|---|---|

No Active Tax Liens

UNATTACHED ACTIVE TAX LIEN(S)

Unattached tax liens are liens filed with the department which contain possible discrepancies in the home identification numbers referenced. Because the lien may apply to this home it is being listed so it can be considered. If the lien is from the same county where the home is and/or was installed it may apply to this home.

| Year | Recorded | Tax Unit # | Tax Unit Name | Tax Roll Account # | Amount |
|---|---|---|---|---|---|

No Unattached Active Tax Liens

### OWNERSHIP HISTORY

| Certificate | Issue Date | Seller/Transferor | Owner/Transferee | Election |
|---|---|---|---|---|
| MH00373877 | 11/17/2010 | RAMON FLORES | DAVID GARCIA | PERSONAL PROPERTY |
| MH00180403 | 08/29/2006 | DBA CLAYTON HOMES #874 | RAMON FLORES | PERSONAL PROPERTY |

13cr628-027448