# WARRANTY DEED

After recording, return to:
Tone Tone Investments, Inc.
2103 Jones Rd.
Baytown, Texas 77521

For County Recorder's Use:

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

THE STATE OF TEXAS §
                   §
COUNTY OF HARRIS   §

DATE: September 11, 2013

GRANTOR: DAVID GARCIA, a single man

GRANTOR'S ADDRESS: 2103 Jones Rd., Baytown, Texas 77521

GRANTEE: TONE TONE INVESTMENTS, INC., a Texas Corporation

GRANTEE'S ADDRESS: 2103 Jones Rd., Baytown, Texas 77521

CONSIDERATION: TEN AND NO/100 DOLLARS AND OTHER VALUABLE CONSIDERATION

PROPERTY: (including any improvements):

Parcel Number 5 being a part of Lots 2 and 3, in Block 2, in LAKESIDE PARK ESTATES, a subdivision in the B. N. Garret Survey, Abstract 1710 in Harris County, Texas, according to the map or plat thereof recorded in Volume 12, at Page 38 of the Map Records of Harris County, Texas, and being all of the West 160 feet of the Northerly 48.33 feet of Lot 2, Block 2, Lakeside Park Estates and the West 160 feet of the Southerly 23.33 feet of Lot 3, in Block 2 of LAKESIDE PARK ESTATES, and described by metes and bounds in that certain deed of trust dated June 12, 1973, executed by Earl R. Holbert and Margaret F. Holbert for the benefit of Universal Savings & Loan Assoc. of Jacinto City, filed of record under Clerk's Filing Number D898011 of the Real Property Records of Harris County, Texas, to which reference is hereby made for all purposes. Commonly and collectively known as: 16501 North Shore Drive, Channelview, Texas 77530.

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded restrictions, reservations, covenants, conditions, oil and gas leases, mineral severances, and other instruments, other than liens and conveyances, that effect the

Page 1 of 3

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
Stan Stanart, County Clerk
Harris County, Texas

Stella Roberts
Deputy



GOVERNMENT EXHIBIT 96

201304473237  09/16/2013 RP2 $24.00

property; rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; taxes for the current year, the payment of which Grantee assumes; and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor, Grantor's heirs, executors, administrators, successors, and assigns to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

DAVID GARCIA

**Accepted By:**

**TONE TONE INVESTMENTS, INC.,**
a Texas Corporation


DAVID GARCIA, president

THE STATE OF TEXAS §
COUNTY OF HARRIS §

This instrument was acknowledged before me on September 11, 2013 by DAVID GARCIA.

KATHRYN A. LUMPKIN
Notary Public, State of Texas
My Commission Expires
June 22, 2016

NOTARY PUBLIC, STATE OF TEXAS
Commission Expires:_____

**NOTICE:** In preparing this deed, Albright and Lumpkin, PC was not instructed to, and refrained from:
1.   Procuring TITLE POLICIES for Buyer or Seller.

Page 2 of 3

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas



_____ Deputy
Stella    Roberts

13cr628-027854

RP 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



THE STATE OF TEXAS
COUNTY OF HARRIS

SEP 16 2013

COUNTY CLERK
HARRIS COUNTY, TEXAS

FILED
2013 SEP 16 AM 8:24
COUNTY CLERK
HARRIS CO., TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/28/2014
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Stella Roberts



13cr628-0871896