

Bank of America
Legal Order Processing
P.O. Box 3609
Los Angeles, CA  90051

August 23, 2013

U.S. Department of Justice
AUSA Ruben R. Perez
919 Milam Street #1500, PO Box 61129
Houston, TX  77208

RE: Reference #  L061313000562
Case:  Cashier's Checks
Name:

I, Wendy Thai, declare that I am employed by Bank of America N. A. in the subpoena processing department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

    a) Made at or near the time of the occurrence, condition or event of the matters set forth by,
       or from information transmitted by, a person with knowledge of those matters.
    b) Kept in the course of regularly conducted activity.
    c) Made by the regularly conducted activity as a regular practice, by the personnel of the
       business.

The identity of the records produced is as follows.

- Teller logs for account numbers ending 3755 for the time period of 09/15/11 to 11/09/11

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

OTHER: Original records were prepared or received at or near the time of their creation and were stored by the Bank in the ordinary course of business. Upon receipt of this subpoena, the Bank searched and retrieved the original records and prepared a true and correct copy, using generally accepted photocopying techniques.

MISSING ITEMS: Copies of requested transactions may be missing for the following reasons: Item is not on film; item is fogged, blank, black, damaged, destroyed or not available; item is covered by another item; transaction relates to an electronic transaction; or there are other reasons that prevent the Bank from completing a thorough search of records or producing the record(s).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of August, 2013, in the city of Los Angeles, in the State of CA.

Should you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this Subpoena, please use the Reference # L061313000562.

Wendy Thai
Lead Operations Representative
CA -Legal Order Processing
213-580-0701


State Of California         )
                           )
County Of Los Angeles      )

Hardik Shah, Notary Public

On August 23,  2013  before me,
, personally appeared Wendy Thai who proved to me on the basis of satisfactory evidence to be the
person whose name is subscribed to the within instrument and acknowledged to me that he/she executed
the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the
entity upon behalf of which the person acted, executed the instrument.


I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.


WITNESS my hand and official seal.


HARDIK SHAH
COMM. # 1952095
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
September 15, 2015

Place Notary Seal Above                    Signature of Notary Public

13cr628-028402



dn08d1d92113c147968670[1]

```
09/15/11                              BANK OF AMERICA OF TEXAS
OSIR0109-01                           EJ REPORT OF TELLER LOG RECORDS                                    PAGE   301

        CITY: 000                                              BANKING CENTER/TELLER: 0000733012  BELTLINE 8 AND WALLISVILLE
```

```
TLR NO        012      OFF   .           CASH IN          0.00      DOM ST:        ..
DATE      09/15/11     REV   .           CASH OUT         0.00      ACCT #                          000
TIME      12:50AM      OVRD
TRANCODE     1811      ERRS  000 000 000 000 000   TRAN AMT     9,000.00      OFF CK 1:              5281920
SEQ#      0010402                                                             CK #1 $$:            9,000.00
FERR                                                                          PAYEE :     ATTY MICHAEL VONBLON
FSCAN                                                                         PAYEE 2:
QST-ACTIVE?       Y                                                           REMITTER:   DELIA G DIAZ
```

```
TLR NO        012      OFF   .           CASH IN          0.00      DOM ST:        ..
DATE      09/15/11     REV   .           CASH OUT         0.00      ACCT #                          000
TIME      12:58AM      OVRD  N                                      $100 :                        9,000.00
TRANCODE     0931      ERRS  000 000 000 000 000   TRAN AMT     9,000.00      $ 50 :
SEQ#      0010403                                                             $ 20 :
FERR                                                                          $ 10 :
FSCAN                                                                         $  5 :
QST-ACTIVE?       Y                                                           $  2 :
```

```
09/26/11                              BANK OF AMERICA OF TEXAS
OSIR0109-01                           EJ REPORT OF TELLER LOG RECORDS                                    PAGE   155

        CITY: 000                                              BANKING CENTER/TELLER: 0000733001  BELTLINE 8 AND WALLISVILLE
```

```
TLR NO        001      OFF   .           CASH IN          0.00      DOM ST:        ..
DATE      09/26/11     REV   .           CASH OUT         0.00      ACCT #                          000
TIME      14:20AM      OVRD
TRANCODE     1811      ERRS  000 000 000 000 000   TRAN AMT     9,000.00      OFF CK 1:              5281934
SEQ#      0038802                                                             CK #1 $$:            9,000.00
FERR                                                                          PAYEE :     ATTY MICHAEL VON BLON
FSCAN                                                                         PAYEE 2:    FOR PATRICIA GARCIA
QST-ACTIVE?       Y                                                           REMITTER:   DELIA G DIAZ OR JOEY DIAZ # 05
                                                                             QST: P
```

```
TLR NO        001      OFF   .           CASH IN          0.00      DOM ST:        ..
DATE      09/26/11     REV   .           CASH OUT         0.00      ACCT #                          000
TIME      14:32AM      OVRD  N                                      $100 :                        9,000.00
TRANCODE     0931      ERRS  000 000 000 000 000   TRAN AMT     9,000.00      $ 50 :
SEQ#      0038804                                                             $ 20 :
FERR                                                                          $ 10 :
FSCAN                                                                         $  5 :
QST-ACTIVE?       Y                                                           $  2 :
                                                                             TOTAL :             9,000.00
                                                                             TOTAL :             9,000.00
```

```
10/20/11                              BANK OF AMERICA OF TEXAS
OSIR0109-01                           EJ REPORT OF TELLER LOG RECORDS                                    PAGE   233

        CITY: 000                                              BANKING CENTER/TELLER: 0000139011  NORTHSHORE
```

```
TLR NO        011      OFF   .           CASH IN      9,000.00      DOM ST:        ..
DATE      10/20/11     REV   .           CASH OUT         0.00      ACCT #                          000
TIME      14:29AM      OVRD  .                                      P/B/E/D:       N
TRANCODE     0811      ERRS  000 000 000 000 000   TRAN AMT         0.00      CUST? :
SEQ#      0022601                                                             FR TYPE:
FERR                                                                          FROM AMT:
FSCAN                                                                         OTHR AMT:
QST-ACTIVE?       Y                                                           MORE Y/N:
                                                                             Y/N ID1  :   Y
```

13cr628-028404

dn08d1d92113c147968670[1]

```
                                              ID #1     : 4744722025956857
                                              ID TYPE 1: CKC
                                              ID ISSUE1: TX
                                              QST: V

TLR NO        011    OFF   .         CASH IN       0.00    DOM ST:    ..
DATE      10/20/11    REV   .         CASH OUT      0.00    ACCT #                    000
TIME       14:29AM    OVRD                                  OFF CK 1:          5055573
TRANCODE     1811    ERRS  000 000 000 000 000  TRAN AMT  9,000.00    CK #1 $$:         9,000.00
SEQ#      0022602                                          PAYEE :    ATTY:  MICHAEL VON BLON
FERR                                                       PAYEE 2:   FOR: PATRICIA GARCIA #05-94877
FSCAN                                                      REMITTER:  ABEL MEDELEZ & DELIA DIAZ
QST-ACTIVE?        Y                                       QST: V


TLR NO        011    OFF   .         CASH IN       0.00    DOM ST:    ..
DATE      10/20/11    REV   .         CASH OUT      0.00    ACCT #                    000
TIME       14:35AM    OVRD  N                               AMT 1 :          9,000.00
TRANCODE     0931    ERRS  000 000 000 000 000  TRAN AMT  9,000.00    AMT 2:
SEQ#      0022603                                          AMT 3:
FERR                                                       AMT 4:
FSCAN                                                      AMT 5:
QST-ACTIVE?        Y                                       AMT 6:
                                                           TOTAL :          9,000.00
                                                           QST: V


10/26/11                              BANK OF AMERICA OF TEXAS
OSIR0109-01                           EJ REPORT OF TELLER LOG RECORDS                      PAGE   161

       CITY: 000                                BANKING CENTER/TELLER: 0000733007  BELTLINE 8 AND WALLISVILLE
```

```
TLR NO        007    OFF   .         CASH IN    9,010.00   DOM ST:    ..
DATE      10/26/11    REV   R         CASH OUT      0.00    ACCT #                    000
TIME       11:46AM    OVRD            FEES         10.00    P/B/E/D:   N
TRANCODE     0811    ERRS  000 000 000 000 000  TRAN AMT     0.00    CUST? :
SEQ#      0005701                                          FR TYPE:
FERR                                                       FROM AMT:
FSCAN                                                      OTHR AMT:
QST-ACTIVE?        Y                                       MORE Y/N:


TLR NO        007    OFF   .         CASH IN    9,010.00   DOM ST:    ..
DATE      10/26/11    REV   R         CASH OUT      0.00    ACCT #                    000
TIME       11:54AM    OVRD            FEES         10.00    P/B/E/D:   N
TRANCODE     0811    ERRS  000 000 000 000 000  TRAN AMT     0.00    CUST? :
SEQ#      0005701                                          FR TYPE:
FERR                                                       FROM AMT:
FSCAN                                                      OTHR AMT:
QST-ACTIVE?        Y                                       MORE Y/N:


TLR NO        007    OFF   .         CASH IN       0.00    DOM ST:    ..
DATE      10/26/11    REV   R         CASH OUT      0.00    ACCT #                    000
TIME       11:46AM    OVRD
TRANCODE     1811    ERRS  000 000 000 000 000  TRAN AMT  9,000.00    OFF CK 1:          5355642
SEQ#      0005702                                          CK #1 $$:         9,000.00
FERR                                                       PAYEE :    ATTY MICHAEL VON BLON
FSCAN                                                      PAYEE 2:   FOR PATRICIA GARCIA
QST-ACTIVE?        Y                                       REMITTER:  RAQUEL M. GARCIA


TLR NO        007    OFF   .         CASH IN       0.00    DOM ST:    ..
DATE      10/26/11    REV   R         CASH OUT      0.00    ACCT #                    000
TIME       11:54AM    OVRD  .
TRANCODE     1811    ERRS  000 000 000 000 000  TRAN AMT  9,000.00    OFF CK 1:          5355642
SEQ#      0005702                                          CK #1 $$:         9,000.00
FERR                                                       PAYEE :    ATTY MICHAEL VON BLON
FSCAN                                                      PAYEE 2:   FOR PATRICIA GARCIA
QST-ACTIVE?                                                REMITTER:  RAQUEL M. GARCIA
TLR NO        007    OFF   .         CASH IN       0.00    DOM ST:    ..
DATE      10/26/11    REV   R         CASH OUT      0.00    ACCT #                    000
```

13cr628-028405

```
                                          dn08d1d92113c147968670[1]
TIME          11:53AM    OVRD   N                                        $100 :
TRANCODE      0931       ERRS   000 000 000 000 000    TRAN AMT   9,010.00   $ 50 :
SEQ#        0005703                                                      $ 20 :          9,000.00
FERR                                                                     $ 10 :
FSCAN                                                                    $  5 :            10.00
QST-ACTIVE?        Y                                                     $  2 :
                                                                         TOTAL :        9,010.00
```

```
11/01/11                              BANK OF AMERICA OF TEXAS
OSIR0109-01                           EJ REPORT OF TELLER LOG RECORDS                         PAGE   247

        CITY: 000                                    BANKING CENTER/TELLER: 0000139010  NORTHSHORE
```

| | | | | | | |
|---|---|---|---|---|---|---|
| TLR NO     010 | OFF   . | | CASH IN | 9,010.00 | DOM ST: | .. |
| DATE   11/01/11 | REV   . | | CASH OUT | 0.00 | ACCT # | 000 |
| TIME   10:39AM | OVRD  . | | FEES | 10.00 | P/B/E/D:  N | |
| TRANCODE   0811 | ERRS  000 000 000 000 000 | | TRAN AMT | 0.00 | CUST? : | |
| SEQ#   0006701 | | | | | FR TYPE: | |
| FERR | | | | | FROM AMT: | |
| FSCAN | | | | | OTHR AMT: | |
| QST-ACTIVE?   Y | | | | | MORE Y/N: | |
| | | | | | Y/N ID1 :  Y | |
| | | | | | ID #1    :  4744722002160333 | |
| | | | | | ID TYPE 1:  CKC | |
| | | | | | ID ISSUE1:  TX | |
| | | | | | QST: V | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TLR NO     010 | OFF   . | | CASH IN | 0.00 | DOM ST: | .. |
| DATE   11/01/11 | REV   . | | CASH OUT | 0.00 | ACCT # | 000 |
| TIME   10:39AM | OVRD  . | | | | | |
| TRANCODE   1811 | ERRS  000 000 000 000 000 | | TRAN AMT | 9,000.00 | OFF CK 1: | 5286317 |
| SEQ#   0006702 | | | | | CK #1 $$: | 9,000.00 |
| FERR | | | | | PAYEE :  MICHAEL VON BLON | |
| FSCAN | | | | | PAYEE 2:  05-94877 | |
| QST-ACTIVE?   Y | | | | | REMITTER:  EVANGELINA CERDA | |
| | | | | | QST: V | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TLR NO     010 | OFF   . | | CASH IN | 0.00 | DOM ST: | .. |
| DATE   11/01/11 | REV   . | | CASH OUT | 0.00 | ACCT # | 000 |
| TIME   10:42AM | OVRD  N | | | | AMT 1 : | 9,010.00 |
| TRANCODE   0931 | ERRS  000 000 000 000 000 | | TRAN AMT | 9,010.00 | AMT 2: | |
| SEQ#   0006703 | | | | | AMT 3: | |
| FERR | | | | | AMT 4: | |
| FSCAN | | | | | AMT 5: | |
| QST-ACTIVE?   Y | | | | | AMT 6: | |
| | | | | | | |
| | | | | | TOTAL : | 9,010.00 |
| | | | | | QST: V | |

```
11/04/11                              BANK OF AMERICA OF TEXAS
OSIR0109-01                           EJ REPORT OF TELLER LOG RECORDS                         PAGE   605

        CITY: 000                                    BANKING CENTER/TELLER: 0000733015  BELTLINE 8 AND WALLISVILLE
```

| | | | | | | |
|---|---|---|---|---|---|---|
| TLR NO     015 | OFF   . | | CASH IN | 7,689.07 | DOM ST: | .. |
| DATE   11/04/11 | REV   . | | CASH OUT | 0.00 | ACCT # | 000 |
| TIME   13:52AM | OVRD  . | | | | P/B/E/D:  N | |
| TRANCODE   0811 | ERRS  000 000 000 000 000 | | TRAN AMT | 0.00 | CUST? : | |
| SEQ#   0023501 | | | | | FR TYPE: | |
| FERR | | | | | FROM AMT: | |
| FSCAN | | | | | OTHR AMT: | |
| QST-ACTIVE?   Y | | | | | MORE Y/N: | |
| | | | | | | |
| | | | | | Y/N ID1 :  Y | |
| | | | | | ID #1    :  4744722025559313 | |

13cr628-028406

dn08d1d92113c147968670[1]

```
                                                        ID TYPE 1:  CKC
                                                        ID ISSUE1:  TX
                                                        Y/N ID2  :  Y
                                                        ID #2    :  10621017
                                                        ID TYPE 2:  DRL
                                                        ID ISSUE2:  TX
                                                        QST: P

TLR NO        015   OFF    .        CASH IN      0.00   DOM ST:      ..
DATE     11/04/11   REV    .        CASH OUT     0.00   ACCT #              000
TIME      13:52AM   OVRD   .
TRANCODE     1811   ERRS  000 000 000 000 000   TRAN AMT  7,689.07   OFF CK 1:         5355708
SEQ#     0023502                                        CK #1 $$:        7,689.07
FERR                                                    PAYEE :   ATTY MICHAEL VON BLON
FSCAN                                                   PAYEE 2:  FOR PATRICIA GARCIA
QST-ACTIVE?     Y                                       REMITTER: DELIA G DIAZ   #05-94877
                                                        QST: P


TLR NO        015   OFF    .        CASH IN      0.00   DOM ST:      ..
DATE     11/04/11   REV    .        CASH OUT     0.00   ACCT #              000
TIME      13:55AM   OVRD   N                            $100 :         5,100.00
TRANCODE     0931   ERRS  000 000 000 000 000   TRAN AMT  7,690.07   $ 50 :           550.00
SEQ#     0023503                                        $ 20 :         2,040.00
FERR                                                    $ 10 :
FSCAN                                                   $  5 :
QST-ACTIVE?     Y                                       $  2 :
                                                        $LS COINS          0.07
                                                        TOTAL :        7,690.07
                                                        QST: P
```

13cr628-028407