PENGAD 800-631-6989 GOVERNMENT EXHIBIT 39

# SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 2/15/2012 | 93 | 465.00 | 1,860.00 | 2,325.00 | |
| 2/16/2012 | 87 | 435.00 | 1,740.00 | 2,175.00 | |
| 2/17/2012 | 172 | 860.00 | 3,440.00 | 4,300.00 | |
| 2/18/2012 | 212 | 1,060.00 | 4,240.00 | 5,300.00 | |
| 2/19/2012 | 208 | 1,040.00 | 4,160.00 | 5,200.00 | |
| 2/20/2012 | 75 | 375.00 | 1,500.00 | 1,875.00 | |
| 2/22/2012 | 72 | 360.00 | 1,440.00 | 1,800.00 | |
| 2/23/2012 | 89 | 445.00 | 1,780.00 | 2,225.00 | |
| 2/24/2012 | 205 | 1,025.00 | 4,100.00 | 5,125.00 | |
| 2/25/2012 | 276 | 1,380.00 | 5,520.00 | 6,900.00 | |
| 2/26/2012 | 185 | 925.00 | 3,700.00 | 4,625.00 | |
| 2/27/2012 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 2/29/2012 | 74 | 370.00 | 1,480.00 | 1,850.00 | 45,525.00 |
| 3/1/2012 | 82 | 410.00 | 1,640.00 | 2,050.00 | |
| 3/2/2012 | 187 | 935.00 | 3,740.00 | 4,675.00 | |
| 3/3/2012 | 276 | 1,380.00 | 5,520.00 | 6,900.00 | |
| 3/4/2012 | 207 | 1,035.00 | 4,140.00 | 5,175.00 | |
| 3/5/2012 | 99 | 495.00 | 1,980.00 | 2,475.00 | |
| 3/7/2012 | 92 | 460.00 | 1,840.00 | 2,300.00 | |
| 3/8/2012 | 121 | 605.00 | 2,420.00 | 3,025.00 | |
| 3/9/2012 | 181 | 905.00 | 3,620.00 | 4,525.00 | |
| 3/10/2012 | 278 | 1,390.00 | 5,560.00 | 6,950.00 | |
| 3/11/2012 | 207 | 1,035.00 | 4,140.00 | 5,175.00 | |
| 3/12/2012 | 87 | 435.00 | 1,740.00 | 2,175.00 | |
| 3/14/2012 | 145 | 725.00 | 2,900.00 | 3,625.00 | |
| 3/15/2012 | 95 | 475.00 | 1,900.00 | 2,375.00 | |
| 3/16/2012 | 204 | 1,020.00 | 4,080.00 | 5,100.00 | |
| 3/17/2012 | 308 | 1,540.00 | 6,160.00 | 7,700.00 | |
| 3/18/2012 | 213 | 1,065.00 | 4,260.00 | 5,325.00 | |
| 3/19/2012 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 3/21/2012 | | - | - | 0.00 | |
| 3/22/2012 | 94 | 470.00 | 1,880.00 | 2,350.00 | |
| 3/23/2012 | 198 | 990.00 | 3,960.00 | 4,950.00 | |
| 3/24/2012 | 266 | 1,330.00 | 5,320.00 | 6,650.00 | |
| 3/25/2012 | 201 | 1,005.00 | 4,020.00 | 5,025.00 | |
| 3/26/2012 | 74 | 370.00 | 1,480.00 | 1,850.00 | |
| 3/28/2012 | 68 | 340.00 | 1,360.00 | 1,700.00 | |
| 3/29/2012 | 106 | 530.00 | 2,120.00 | 2,650.00 | |
| 3/30/2012 | 175 | 875.00 | 3,500.00 | 4,375.00 | |
| 3/31/2012 | 283 | 1,415.00 | 5,660.00 | 7,075.00 | 107,600.00 |
| 4/1/2012 | 221 | 1,105.00 | 4,420.00 | 5,525.00 | |
| 4/2/2012 | 81 | 405.00 | 1,620.00 | 2,025.00 | |
| 4/4/2012 | 80 | 400.00 | 1,600.00 | 2,000.00 | |
| 4/5/2012 | 105 | 525.00 | 2,100.00 | 2,625.00 | |
| 4/6/2012 | 190 | 950.00 | 3,800.00 | 4,750.00 | |
| 4/7/2012 | 307 | 1,535.00 | 6,140.00 | 7,675.00 | |
| 4/8/2012 | 211 | 1,055.00 | 4,220.00 | 5,275.00 | |
| 4/9/2012 | 76 | 380.00 | 1,520.00 | 1,900.00 | |

SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 4/11/2012 | 61 | 305.00 | 1,220.00 | 1,525.00 | |
| 4/12/2012 | 92 | 460.00 | 1,840.00 | 2,300.00 | |
| 4/13/2012 | 203 | 1,015.00 | 4,060.00 | 5,075.00 | |
| 4/14/2012 | 272 | 1,360.00 | 5,440.00 | 6,800.00 | |
| 4/15/2012 | 226 | 1,130.00 | 4,520.00 | 5,650.00 | |
| 4/16/2012 | 98 | 490.00 | 1,960.00 | 2,450.00 | |
| 4/18/2012 | 69 | 345.00 | 1,380.00 | 1,725.00 | |
| 4/19/2012 | 100 | 500.00 | 2,000.00 | 2,500.00 | |
| 4/20/2012 | 187 | 935.00 | 3,740.00 | 4,675.00 | |
| 4/21/2012 | 255 | 1,275.00 | 5,100.00 | 6,375.00 | |
| 4/22/2012 | 195 | 975.00 | 3,900.00 | 4,875.00 | |
| 4/23/2012 | 71 | 355.00 | 1,420.00 | 1,775.00 | |
| 4/25/2012 | 72 | 360.00 | 1,440.00 | 1,800.00 | |
| 4/26/2012 | 78 | 390.00 | 1,560.00 | 1,950.00 | |
| 4/27/2012 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 4/28/2012 | 318 | 1,590.00 | 6,360.00 | 7,950.00 | |
| 4/29/2012 | 240 | 1,200.00 | 4,800.00 | 6,000.00 | |
| 4/30/2012 | 63 | 315.00 | 1,260.00 | 1,575.00 | 100,775.00 |
| 5/2/2012 | 47 | 235.00 | 940.00 | 1,175.00 | |
| 5/3/2012 | 92 | 460.00 | 1,840.00 | 2,300.00 | |
| 5/4/2012 | 200 | 1,000.00 | 4,000.00 | 5,000.00 | |
| 5/5/2012 | 329 | 1,645.00 | 6,580.00 | 8,225.00 | |
| 5/6/2012 | 226 | 1,130.00 | 4,520.00 | 5,650.00 | |
| 5/7/2012 | 68 | 340.00 | 1,360.00 | 1,700.00 | |
| 5/9/2012 | 59 | 295.00 | 1,180.00 | 1,475.00 | |
| 5/10/2012 | 78 | 390.00 | 1,560.00 | 1,950.00 | |
| 5/11/2012 | 187 | 935.00 | 3,740.00 | 4,675.00 | |
| 5/12/2012 | 298 | 1,490.00 | 5,960.00 | 7,450.00 | |
| 5/13/2012 | 206 | 1,030.00 | 4,120.00 | 5,150.00 | |
| 5/14/2012 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 5/16/2012 | 75 | 375.00 | 1,500.00 | 1,875.00 | |
| 5/17/2012 | 75 | 375.00 | 1,500.00 | 1,875.00 | |
| 5/18/2012 | 199 | 995.00 | 3,980.00 | 4,975.00 | |
| 5/19/2012 | 318 | 1,590.00 | 6,360.00 | 7,950.00 | |
| 5/20/2012 | 220 | 1,100.00 | 4,400.00 | 5,500.00 | |
| 5/21/2012 | 80 | 400.00 | 1,600.00 | 2,000.00 | |
| 5/23/2012 | 71 | 355.00 | 1,420.00 | 1,775.00 | |
| 5/24/2012 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 5/25/2012 | 200 | 1,000.00 | 4,000.00 | 5,000.00 | |
| 5/26/2012 | 296 | 1,480.00 | 5,920.00 | 7,400.00 | |
| 5/27/2012 | 231 | 1,155.00 | 4,620.00 | 5,775.00 | |
| 5/28/2012 | 93 | 465.00 | 1,860.00 | 2,325.00 | |
| 5/30/2012 | 61 | 305.00 | 1,220.00 | 1,525.00 | |
| 5/31/2012 | 55 | 275.00 | 1,100.00 | 1,375.00 | 97,350.00 |
| 6/1/2012 | 171 | 855.00 | 3,420.00 | 4,275.00 | |
| 6/2/2012 | 287 | 1,435.00 | 5,740.00 | 7,175.00 | |
| 6/3/2012 | 205 | 1,025.00 | 4,100.00 | 5,125.00 | |
| 6/4/2012 | 60 | 300.00 | 1,200.00 | 1,500.00 | |
| 6/6/2012 | 51 | 255.00 | 1,020.00 | 1,275.00 | |

# SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 6/7/2012 | 100 | 500.00 | 2,000.00 | 2,500.00 | |
| 6/8/2012 | 191 | 955.00 | 3,820.00 | 4,775.00 | |
| 6/9/2012 | 301 | 1,505.00 | 6,020.00 | 7,525.00 | |
| 6/10/2012 | 211 | 1,055.00 | 4,220.00 | 5,275.00 | |
| 6/11/2012 | 70 | 350.00 | 1,400.00 | 1,750.00 | |
| 6/13/2012 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 6/14/2012 | 79 | 395.00 | 1,580.00 | 1,975.00 | |
| 6/15/2012 | 235 | 1,175.00 | 4,700.00 | 5,875.00 | |
| 6/16/2012 | 305 | 1,525.00 | 6,100.00 | 7,625.00 | |
| 6/17/2012 | 184 | 920.00 | 3,680.00 | 4,600.00 | |
| 6/18/2012 | 75 | 375.00 | 1,500.00 | 1,875.00 | |
| 6/20/2012 | 65 | 325.00 | 1,300.00 | 1,625.00 | |
| 6/21/2012 | 85 | 425.00 | 1,700.00 | 2,125.00 | |
| 6/22/2012 | 199 | 995.00 | 3,980.00 | 4,975.00 | |
| 6/23/2012 | 234 | 1,170.00 | 4,680.00 | 5,850.00 | |
| 6/24/2015 | 188 | 940.00 | 3,760.00 | 4,700.00 | |
| 6/25/2012 | 71 | 355.00 | 1,420.00 | 1,775.00 | |
| 6/27/2012 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 6/28/2012 | 90 | 450.00 | 1,800.00 | 2,250.00 | |
| 6/29/2012 | 201 | 1,005.00 | 4,020.00 | 5,025.00 | |
| 6/30/2012 | 291 | 1,455.00 | 5,820.00 | 7,275.00 | 101,825.00 |
| 7/1/2012 | 191 | 955.00 | 3,820.00 | 4,775.00 | |
| 7/2/2012 | 64 | 320.00 | 1,280.00 | 1,600.00 | |
| 7/4/2012 | 102 | 510.00 | 2,040.00 | 2,550.00 | |
| 7/5/2012 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 7/6/2012 | 207 | 1,035.00 | 4,140.00 | 5,175.00 | |
| 7/7/2012 | 284 | 1,420.00 | 5,680.00 | 7,100.00 | |
| 7/8/2012 | 192 | 960.00 | 3,840.00 | 4,800.00 | |
| 7/9/2012 | 80 | 400.00 | 1,600.00 | 2,000.00 | |
| 7/11/2012 | 95 | 475.00 | 1,900.00 | 2,375.00 | |
| 7/12/2012 | 85 | 425.00 | 1,700.00 | 2,125.00 | |
| 7/13/2012 | 193 | 965.00 | 3,860.00 | 4,825.00 | |
| 7/14/2012 | 281 | 1,405.00 | 5,620.00 | 7,025.00 | |
| 7/15/2012 | 177 | 885.00 | 3,540.00 | 4,425.00 | |
| 7/16/2012 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 7/18/2012 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 7/19/2012 | 70 | 350.00 | 1,400.00 | 1,750.00 | |
| 7/20/2012 | 183 | 915.00 | 3,660.00 | 4,575.00 | |
| 7/21/2012 | 277 | 1,385.00 | 5,540.00 | 6,925.00 | |
| 7/22/2012 | 184 | 920.00 | 3,680.00 | 4,600.00 | |
| 7/23/2012 | 69 | 345.00 | 1,380.00 | 1,725.00 | |
| 7/25/2012 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 7/26/2012 | 71 | 355.00 | 1,420.00 | 1,775.00 | |
| 7/27/2012 | 184 | 920.00 | 3,680.00 | 4,600.00 | |
| 7/28/2012 | 266 | 1,330.00 | 5,320.00 | 6,650.00 | |
| 7/29/2012 | 208 | 1,040.00 | 4,160.00 | 5,200.00 | |
| 7/30/2012 | 59 | 295.00 | 1,180.00 | 1,475.00 | 94,025.00 |
| 8/1/2012 | 92 | 460.00 | 1,840.00 | 2,300.00 | |
| 8/2/2012 | 83 | 415.00 | 1,660.00 | 2,075.00 | |

SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 8/3/2012 | 185 | 925.00 | 3,700.00 | 4,625.00 | |
| 8/4/2012 | 274 | 1,370.00 | 5,480.00 | 6,850.00 | |
| 8/5/2012 | 210 | 1,050.00 | 4,200.00 | 5,250.00 | |
| 8/6/2012 | 69 | 345.00 | 1,380.00 | 1,725.00 | |
| 8/8/2012 | 79 | 395.00 | 1,580.00 | 1,975.00 | |
| 8/9/2012 | 78 | 390.00 | 1,560.00 | 1,950.00 | |
| 8/10/2012 | 164 | 820.00 | 3,280.00 | 4,100.00 | |
| 8/11/2012 | 337 | 1,685.00 | 6,740.00 | 8,425.00 | |
| 8/12/2012 | 176 | 880.00 | 3,520.00 | 4,400.00 | |
| 8/13/2012 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 8/15/2012 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 8/16/2012 | 84 | 420.00 | 1,680.00 | 2,100.00 | |
| 8/17/2012 | 218 | 1,090.00 | 4,360.00 | 5,450.00 | |
| 8/18/2012 | 307 | 1,535.00 | 6,140.00 | 7,675.00 | |
| 8/19/2012 | 218 | 1,090.00 | 4,360.00 | 5,450.00 | |
| 8/22/2012 | 68 | 340.00 | 1,360.00 | 1,700.00 | |
| 8/23/2012 | 86 | 430.00 | 1,720.00 | 2,150.00 | |
| 8/24/2012 | 225 | 1,125.00 | 4,500.00 | 5,625.00 | |
| 8/25/2012 | 279 | 1,395.00 | 5,580.00 | 6,975.00 | |
| 8/26/2012 | 204 | 1,020.00 | 4,080.00 | 5,100.00 | |
| 8/27/2012 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 8/29/2012 | 80 | 400.00 | 1,600.00 | 2,000.00 | |
| 8/30/2012 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 8/31/2012 | 222 | 1,110.00 | 4,440.00 | 5,550.00 | 99,875.00 |
| 9/1/2012 | 281 | 1,405.00 | 5,620.00 | 7,025.00 | |
| 9/2/2012 | 201 | 1,005.00 | 4,020.00 | 5,025.00 | |
| 9/3/2012 | 78 | 390.00 | 1,560.00 | 1,950.00 | |
| 9/5/2012 | 48 | 240.00 | 960.00 | 1,200.00 | |
| 9/6/2012 | 71 | 355.00 | 1,420.00 | 1,775.00 | |
| 9/7/2012 | 174 | 870.00 | 3,480.00 | 4,350.00 | |
| 9/8/2012 | 270 | 1,350.00 | 5,400.00 | 6,750.00 | |
| 9/9/2012 | 190 | 950.00 | 3,800.00 | 4,750.00 | |
| 9/10/2012 | 54 | 270.00 | 1,080.00 | 1,350.00 | |
| 9/12/2012 | 63 | 315.00 | 1,260.00 | 1,575.00 | |
| 9/13/2012 | 60 | 300.00 | 1,200.00 | 1,500.00 | |
| 9/14/2012 | 186 | 930.00 | 3,720.00 | 4,650.00 | |
| 9/15/2012 | 296 | 1,480.00 | 5,920.00 | 7,400.00 | |
| 9/16/2012 | 197 | 985.00 | 3,940.00 | 4,925.00 | |
| 9/17/2012 | 77 | 385.00 | 1,540.00 | 1,925.00 | |
| 9/19/2012 | 65 | 325.00 | 1,300.00 | 1,625.00 | |
| 9/20/2012 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 9/21/2012 | 183 | 915.00 | 3,660.00 | 4,575.00 | |
| 9/22/2012 | 292 | 1,460.00 | 5,840.00 | 7,300.00 | |
| 9/23/2012 | 196 | 980.00 | 3,920.00 | 4,900.00 | |
| 9/24/2012 | 41 | 205.00 | 820.00 | 1,025.00 | |
| 9/26/2012 | 85 | 425.00 | 1,700.00 | 2,125.00 | |
| 9/27/2012 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 9/28/2012 | 180 | 900.00 | 3,600.00 | 4,500.00 | |
| 9/29/2012 | 236 | 1,180.00 | 4,720.00 | 5,900.00 | 91,025.00 |

SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 10/3/2012 | 64 | 320.00 | 1,280.00 | 1,600.00 | |
| 10/4/2012 | 81 | 405.00 | 1,620.00 | 2,025.00 | |
| 10/5/2012 | 176 | 880.00 | 3,520.00 | 4,400.00 | |
| 10/6/2012 | 270 | 1,350.00 | 5,400.00 | 6,750.00 | |
| 10/7/2012 | 159 | 795.00 | 3,180.00 | 3,975.00 | |
| 10/8/2012 | 60 | 300.00 | 1,200.00 | 1,500.00 | |
| 10/18/2012 | 92 | 460.00 | 1,840.00 | 2,300.00 | |
| 10/19/2012 | 178 | 890.00 | 3,560.00 | 4,450.00 | |
| 10/20/2012 | 272 | 1,360.00 | 5,440.00 | 6,800.00 | |
| 10/21/2012 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 10/22/2012 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 10/24/2012 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 10/25/2012 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 10/26/2012 | 132 | 660.00 | 2,640.00 | 3,300.00 | |
| 10/27/2012 | 251 | 1,255.00 | 5,020.00 | 6,275.00 | |
| 10/28/2012 | 182 | 910.00 | 3,640.00 | 4,550.00 | |
| 10/29/2012 | 36 | 180.00 | 720.00 | 900.00 | |
| 10/31/2012 | 57 | 285.00 | 1,140.00 | 1,425.00 | 58,325.00 |
| 11/1/2012 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 11/2/2012 | 209 | 1,045.00 | 4,180.00 | 5,225.00 | |
| 11/3/2012 | 268 | 1,340.00 | 5,360.00 | 6,700.00 | |
| 11/4/2012 | 156 | 780.00 | 3,120.00 | 3,900.00 | |
| 11/5/2012 | 60 | 300.00 | 1,200.00 | 1,500.00 | |
| 11/07/20012 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 11/8/2012 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 11/9/2012 | 166 | 830.00 | 3,320.00 | 4,150.00 | |
| 11/10/2012 | 284 | 1,420.00 | 5,680.00 | 7,100.00 | |
| 11/11/2012 | 190 | 950.00 | 3,800.00 | 4,750.00 | |
| **PIMPS TAKE** | **OVER** | | | 0.00 | |
| 11/12/2012 | 48 | 240.00 | 960.00 | 1,200.00 | |
| 11/14/2012 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 11/15/2012 | 69 | 345.00 | 1,380.00 | 1,725.00 | |
| 11/16/2012 | 172 | 860.00 | 3,440.00 | 4,300.00 | |
| 11/17/2012 | 258 | 1,290.00 | 5,160.00 | 6,450.00 | |
| 11/18/2012 | 125 | 625.00 | 2,500.00 | 3,125.00 | |
| 11/19/2012 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 11/21/2012 | 217 | 1,085.00 | 4,340.00 | 5,425.00 | |
| 11/22/2012 | 147 | 735.00 | 2,940.00 | 3,675.00 | |
| 11/23/2012 | 170 | 850.00 | 3,400.00 | 4,250.00 | |
| 11/24/2012 | 170 | 850.00 | 3,400.00 | 4,250.00 | |
| 11/25/2012 | 128 | 640.00 | 2,560.00 | 3,200.00 | |
| 11/26/2012 | 68 | 340.00 | 1,360.00 | 1,700.00 | |
| 11/28/2012 | 41 | 205.00 | 820.00 | 1,025.00 | |
| 11/29/2012 | 80 | 400.00 | 1,600.00 | 2,000.00 | |
| 11/30/2012 | 161 | 805.00 | 3,220.00 | 4,025.00 | 87,825.00 |
| 12/1/2012 | 254 | 1,270.00 | 5,080.00 | 6,350.00 | |
| 12/2/2012 | 141 | 705.00 | 2,820.00 | 3,525.00 | |
| 12/3/2012 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 12/5/2012 | 47 | 235.00 | 940.00 | 1,175.00 | |

SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 12/6/2012 | 69 | 345.00 | 1,380.00 | 1,725.00 | |
| 12/7/2012 | 139 | 695.00 | 2,780.00 | 3,475.00 | |
| 12/8/2015 | 254 | 1,270.00 | 5,080.00 | 6,350.00 | |
| 12/9/2012 | 122 | 610.00 | 2,440.00 | 3,050.00 | |
| 12/10/2012 | 35 | 175.00 | 700.00 | 875.00 | |
| 12/12/2012 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 12/13/2012 | 72 | 360.00 | 1,440.00 | 1,800.00 | |
| 12/14/2012 | 183 | 915.00 | 3,660.00 | 4,575.00 | |
| 12/15/2012 | 233 | 1,165.00 | 4,660.00 | 5,825.00 | |
| 12/16/2012 | 145 | 725.00 | 2,900.00 | 3,625.00 | |
| 12/17/2012 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 12/19/2012 | 74 | 370.00 | 1,480.00 | 1,850.00 | |
| 12/20/2012 | 74 | 370.00 | 1,480.00 | 1,850.00 | |
| 12/21/2012 | 193 | 965.00 | 3,860.00 | 4,825.00 | |
| 12/22/2012 | 230 | 1,150.00 | 4,600.00 | 5,750.00 | |
| 12/23/2012 | 198 | 990.00 | 3,960.00 | 4,950.00 | |
| 12/24/2012 | 105 | 525.00 | 2,100.00 | 2,625.00 | |
| 12/26/2012 | 72 | 360.00 | 1,440.00 | 1,800.00 | |
| 12/27/2012 | 74 | 370.00 | 1,480.00 | 1,850.00 | |
| 12/28/2012 | 135 | 675.00 | 2,700.00 | 3,375.00 | |
| 12/29/2012 | 161 | 805.00 | 3,220.00 | 4,025.00 | |
| 12/30/2012 | 138 | 690.00 | 2,760.00 | 3,450.00 | |
| 12/31/2012 | 67 | 335.00 | 1,340.00 | 1,675.00 | 84,275.00 |
| 1/2/2013 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 1/3/2013 | 49 | 245.00 | 980.00 | 1,225.00 | |
| 1/4/2013 | 102 | 510.00 | 2,040.00 | 2,550.00 | |
| 1/5/2013 | 163 | 815.00 | 3,260.00 | 4,075.00 | |
| 1/6/2013 | 102 | 510.00 | 2,040.00 | 2,550.00 | |
| 1/7/2013 | 45 | 225.00 | 900.00 | 1,125.00 | |
| 1/9/2013 | 53 | 265.00 | 1,060.00 | 1,325.00 | |
| 1/10/2013 | 42 | 210.00 | 840.00 | 1,050.00 | |
| 1/11/2013 | 111 | 555.00 | 2,220.00 | 2,775.00 | |
| 1/12/2013 | 180 | 900.00 | 3,600.00 | 4,500.00 | |
| 1/13/2013 | 120 | 600.00 | 2,400.00 | 3,000.00 | |
| 1/14/2013 | 48 | 240.00 | 960.00 | 1,200.00 | |
| 1/16/2013 | 42 | 210.00 | 840.00 | 1,050.00 | |
| 1/17/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 1/18/2013 | 111 | 555.00 | 2,220.00 | 2,775.00 | |
| 1/19/2013 | 227 | 1,135.00 | 4,540.00 | 5,675.00 | |
| 1/20/2013 | 127 | 635.00 | 2,540.00 | 3,175.00 | |
| 1/21/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 1/23/2013 | 58 | 290.00 | 1,160.00 | 1,450.00 | |
| 1/24/2013 | 53 | 265.00 | 1,060.00 | 1,325.00 | |
| 1/25/2013 | 134 | 670.00 | 2,680.00 | 3,350.00 | |
| 1/26/2013 | 232 | 1,160.00 | 4,640.00 | 5,800.00 | |
| 1/27/2013 | 115 | 575.00 | 2,300.00 | 2,875.00 | |
| 1/28/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 1/30/2013 | 40 | 200.00 | 800.00 | 1,000.00 | |
| 1/31/2013 | 57 | 285.00 | 1,140.00 | 1,425.00 | 60,425.00 |

# SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 2/1/2013 | 137 | 685.00 | 2,740.00 | 3,425.00 | |
| 2/2/2013 | 252 | 1,260.00 | 5,040.00 | 6,300.00 | |
| 2/3/2013 | 128 | 640.00 | 2,560.00 | 3,200.00 | |
| 2/4/2013 | 61 | 305.00 | 1,220.00 | 1,525.00 | |
| 2/6/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 2/7/2013 | 77 | 385.00 | 1,540.00 | 1,925.00 | |
| 2/8/2013 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 2/9/2013 | 249 | 1,245.00 | 4,980.00 | 6,225.00 | |
| 2/10/2013 | 153 | 765.00 | 3,060.00 | 3,825.00 | |
| 2/11/2013 | 37 | 185.00 | 740.00 | 925.00 | |
| 2/13/2013 | 48 | 240.00 | 960.00 | 1,200.00 | |
| 2/14/2013 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 2/15/2013 | 142 | 710.00 | 2,840.00 | 3,550.00 | |
| 2/16/2013 | 230 | 1,150.00 | 4,600.00 | 5,750.00 | |
| 2/17/2013 | 164 | 820.00 | 3,280.00 | 4,100.00 | |
| 2/18/2013 | 80 | 400.00 | 1,600.00 | 2,000.00 | |
| 2/20/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 2/21/2013 | 98 | 490.00 | 1,960.00 | 2,450.00 | |
| 2/22/2013 | 165 | 825.00 | 3,300.00 | 4,125.00 | |
| 2/23/2013 | 247 | 1,235.00 | 4,940.00 | 6,175.00 | |
| 2/24/2013 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 2/25/2013 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 2/27/2013 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 2/28/2013 | 71 | 355.00 | 1,420.00 | 1,775.00 | 73,925.00 |
| 3/1/2013 | 169 | 845.00 | 3,380.00 | 4,225.00 | |
| 3/2/2013 | 211 | 1,055.00 | 4,220.00 | 5,275.00 | |
| 3/3/2013 | 113 | 565.00 | 2,260.00 | 2,825.00 | |
| 3/4/2013 | 49 | 245.00 | 980.00 | 1,225.00 | |
| 3/6/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 3/7/2013 | 83 | 415.00 | 1,660.00 | 2,075.00 | |
| 3/8/2013 | 157 | 785.00 | 3,140.00 | 3,925.00 | |
| 3/9/2013 | 316 | 1,580.00 | 6,320.00 | 7,900.00 | |
| 3/10/2013 | 140 | 700.00 | 2,800.00 | 3,500.00 | |
| 3/11/2013 | 60 | 300.00 | 1,200.00 | 1,500.00 | |
| 3/13/2013 | 90 | 450.00 | 1,800.00 | 2,250.00 | |
| 3/14/2013 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 3/15/2013 | 187 | 935.00 | 3,740.00 | 4,675.00 | |
| 3/16/2013 | 271 | 1,355.00 | 5,420.00 | 6,775.00 | |
| 3/17/2013 | 166 | 830.00 | 3,320.00 | 4,150.00 | |
| 3/18/2013 | 73 | 365.00 | 1,460.00 | 1,825.00 | |
| 3/20/2013 | 70 | 350.00 | 1,400.00 | 1,750.00 | |
| 3/21/2013 | 64 | 320.00 | 1,280.00 | 1,600.00 | |
| 3/22/2013 | 149 | 745.00 | 2,980.00 | 3,725.00 | |
| 3/23/2013 | 292 | 1,460.00 | 5,840.00 | 7,300.00 | |
| 3/24/2013 | 151 | 755.00 | 3,020.00 | 3,775.00 | |
| 3/25/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 3/27/2013 | 63 | 315.00 | 1,260.00 | 1,575.00 | |
| 3/28/2013 | 97 | 485.00 | 1,940.00 | 2,425.00 | |
| 3/29/2013 | 200 | 1,000.00 | 4,000.00 | 5,000.00 | |

SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 3/31/2013 | 129 | 645.00 | 2,580.00 | 3,225.00 | 86,950.00 |
| 4/3/2013 | 61 | 305.00 | 1,220.00 | 1,525.00 | |
| 4/4/2013 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 4/5/2013 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 4/6/2013 | 223 | 1,115.00 | 4,460.00 | 5,575.00 | |
| 4/7/2013 | 161 | 805.00 | 3,220.00 | 4,025.00 | |
| 4/8/2013 | 65 | 325.00 | 1,300.00 | 1,625.00 | |
| 4/10/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 4/11/2013 | 106 | 530.00 | 2,120.00 | 2,650.00 | |
| 4/12/2013 | 140 | 700.00 | 2,800.00 | 3,500.00 | |
| 4/13/2013 | 302 | 1,510.00 | 6,040.00 | 7,550.00 | |
| 4/14/2013 | 135 | 675.00 | 2,700.00 | 3,375.00 | |
| 4/15/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 4/17/2013 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 4/18/2013 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 4/19/2013 | 157 | 785.00 | 3,140.00 | 3,925.00 | |
| 4/20/2013 | 295 | 1,475.00 | 5,900.00 | 7,375.00 | |
| 4/21/2013 | 190 | 950.00 | 3,800.00 | 4,750.00 | |
| 4/22/2013 | 68 | 340.00 | 1,360.00 | 1,700.00 | |
| 4/24/2013 | 71 | 355.00 | 1,420.00 | 1,775.00 | |
| 4/25/2013 | 74 | 370.00 | 1,480.00 | 1,850.00 | |
| 4/26/2013 | 184 | 920.00 | 3,680.00 | 4,600.00 | |
| 4/27/2013 | 195 | 975.00 | 3,900.00 | 4,875.00 | |
| 4/28/2013 | 194 | 970.00 | 3,880.00 | 4,850.00 | |
| 4/29/2013 | 60 | 300.00 | 1,200.00 | 1,500.00 | 78,175.00 |
| 5/1/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 5/2/2013 | 74 | 370.00 | 1,480.00 | 1,850.00 | |
| 5/3/2013 | 151 | 755.00 | 3,020.00 | 3,775.00 | |
| 5/4/2013 | 251 | 1,255.00 | 5,020.00 | 6,275.00 | |
| 5/5/2013 | 164 | 820.00 | 3,280.00 | 4,100.00 | |
| 5/6/2013 | 48 | 240.00 | 960.00 | 1,200.00 | |
| 5/8/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 5/9/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 5/10/2013 | 192 | 960.00 | 3,840.00 | 4,800.00 | |
| 5/11/2013 | 263 | 1,315.00 | 5,260.00 | 6,575.00 | |
| 5/12/2013 | 184 | 920.00 | 3,680.00 | 4,600.00 | |
| 5/12/2013 | 184 | 920.00 | 3,680.00 | 4,600.00 | |
| 5/13/2013 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 5/15/2013 | 37 | 185.00 | 740.00 | 925.00 | |
| 5/16/2013 | 53 | 265.00 | 1,060.00 | 1,325.00 | |
| 5/17/2013 | 172 | 860.00 | 3,440.00 | 4,300.00 | |
| 5/18/2013 | 287 | 1,435.00 | 5,740.00 | 7,175.00 | |
| 5/19/2013 | 199 | 995.00 | 3,980.00 | 4,975.00 | |
| 5/20/2013 | 77 | 385.00 | 1,540.00 | 1,925.00 | |
| 5/22/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 5/23/2013 | 62 | 310.00 | 1,240.00 | 1,550.00 | |
| 5/24/2013 | 203 | 1,015.00 | 4,060.00 | 5,075.00 | |
| 5/25/2013 | 255 | 1,275.00 | 5,100.00 | 6,375.00 | |
| 5/26/2013 | 171 | 855.00 | 3,420.00 | 4,275.00 | |

SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 5/27/2013 | 101 | 505.00 | 2,020.00 | 2,525.00 | |
| 5/29/2013 | 58 | 290.00 | 1,160.00 | 1,450.00 | |
| 5/30/2013 | 79 | 395.00 | 1,580.00 | 1,975.00 | |
| 5/31/2013 | 162 | 810.00 | 3,240.00 | 4,050.00 | 92,650.00 |
| 6/1/2013 | 254 | 1,270.00 | 5,080.00 | 6,350.00 | |
| 6/2/2013 | 134 | 670.00 | 2,680.00 | 3,350.00 | |
| 6/3/2013 | 43 | 215.00 | 860.00 | 1,075.00 | |
| 6/5/2013 | 57 | 285.00 | 1,140.00 | 1,425.00 | |
| 6/6/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 6/7/2013 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 6/8/2013 | 293 | 1,465.00 | 5,860.00 | 7,325.00 | |
| 6/9/2013 | 183 | 915.00 | 3,660.00 | 4,575.00 | |
| 6/10/2013 | 44 | 220.00 | 880.00 | 1,100.00 | |
| 6/12/2013 | 59 | 295.00 | 1,180.00 | 1,475.00 | |
| 6/13/2013 | 46 | 230.00 | 920.00 | 1,150.00 | |
| 6/14/2013 | 156 | 780.00 | 3,120.00 | 3,900.00 | |
| 6/15/2013 | 260 | 1,300.00 | 5,200.00 | 6,500.00 | |
| 6/16/2013 | 146 | 730.00 | 2,920.00 | 3,650.00 | |
| 6/17/2013 | 64 | 320.00 | 1,280.00 | 1,600.00 | |
| 6/19/2013 | 66 | 330.00 | 1,320.00 | 1,650.00 | |
| 6/20/2013 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 6/21/2013 | 145 | 725.00 | 2,900.00 | 3,625.00 | |
| 6/22/2013 | 270 | 1,350.00 | 5,400.00 | 6,750.00 | |
| 6/23/2013 | 155 | 775.00 | 3,100.00 | 3,875.00 | |
| 6/24/2013 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 6/26/2013 | 49 | 245.00 | 980.00 | 1,225.00 | |
| 6/27/2013 | 69 | 345.00 | 1,380.00 | 1,725.00 | |
| 6/28/2013 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 6/29/2013 | 258 | 1,290.00 | 5,160.00 | 6,450.00 | |
| 6/30/2013 | 147 | 735.00 | 2,940.00 | 3,675.00 | 84,800.00 |
| 7/1/2013 | 47 | 235.00 | 940.00 | 1,175.00 | |
| 7/3/2013 | 102 | 510.00 | 2,040.00 | 2,550.00 | |
| 7/4/2013 | 89 | 445.00 | 1,780.00 | 2,225.00 | |
| 7/5/2013 | 168 | 840.00 | 3,360.00 | 4,200.00 | |
| 7/6/2013 | 222 | 1,110.00 | 4,440.00 | 5,550.00 | |
| 7/7/2013 | 156 | 780.00 | 3,120.00 | 3,900.00 | |
| 7/8/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 7/10/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 7/11/2013 | 55 | 275.00 | 1,100.00 | 1,375.00 | |
| 7/12/2013 | 160 | 800.00 | 3,200.00 | 4,000.00 | |
| 7/13/2013 | 261 | 1,305.00 | 5,220.00 | 6,525.00 | |
| 7/14/2013 | 153 | 765.00 | 3,060.00 | 3,825.00 | |
| 7/15/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 7/17/2013 | 53 | 265.00 | 1,060.00 | 1,325.00 | |
| 7/18/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 7/19/2013 | 150 | 750.00 | 3,000.00 | 3,750.00 | |
| 7/20/2013 | 273 | 1,365.00 | 5,460.00 | 6,825.00 | |
| 7/21/2013 | 141 | 705.00 | 2,820.00 | 3,525.00 | |
| 7/22/2013 | 54 | 270.00 | 1,080.00 | 1,350.00 | |

# SALES SUMMARY FOR LAS PALMAS NIGHTCLUB

| Date | Room Count | $5 Cover | $20 Sex | Total | Monthly Sub totals |
|---|---|---|---|---|---|
| 7/24/2013 | 44 | 220.00 | 880.00 | 1,100.00 | |
| 7/25/2013 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 7/26/2013 | 176 | 880.00 | 3,520.00 | 4,400.00 | |
| 7/27/2013 | 300 | 1,500.00 | 6,000.00 | 7,500.00 | |
| 7/28/2013 | 185 | 925.00 | 3,700.00 | 4,625.00 | |
| 7/29/2013 | 65 | 325.00 | 1,300.00 | 1,625.00 | |
| 7/31/2013 | 47 | 235.00 | 940.00 | 1,175.00 | 79,225.00 |
| 8/1/2013 | 59 | 295.00 | 1,180.00 | 1,475.00 | |
| 8/2/2013 | 157 | 785.00 | 3,140.00 | 3,925.00 | |
| 8/3/2013 | 299 | 1,495.00 | 5,980.00 | 7,475.00 | |
| 8/4/2013 | 166 | 830.00 | 3,320.00 | 4,150.00 | |
| 8/5/2013 | 50 | 250.00 | 1,000.00 | 1,250.00 | |
| 8/7/2013 | 68 | 340.00 | 1,360.00 | 1,700.00 | |
| 8/8/2013 | 67 | 335.00 | 1,340.00 | 1,675.00 | |
| 8/9/2013 | 176 | 880.00 | 3,520.00 | 4,400.00 | |
| 8/10/2013 | 329 | 1,645.00 | 6,580.00 | 8,225.00 | |
| 8/11/2013 | 176 | 880.00 | 3,520.00 | 4,400.00 | |
| 8/12/2013 | 41 | 205.00 | 820.00 | 1,025.00 | |
| 8/14/2013 | 51 | 255.00 | 1,020.00 | 1,275.00 | |
| 8/15/2013 | 64 | 320.00 | 1,280.00 | 1,600.00 | |
| 8/16/2013 | 201 | 1,005.00 | 4,020.00 | 5,025.00 | |
| 8/17/2013 | 309 | 1,545.00 | 6,180.00 | 7,725.00 | |
| 8/18/2013 | 174 | 870.00 | 3,480.00 | 4,350.00 | |
| 8/19/2013 | 58 | 290.00 | 1,160.00 | 1,450.00 | |
| 8/21/2013 | 56 | 280.00 | 1,120.00 | 1,400.00 | |
| 8/22/2013 | 59 | 295.00 | 1,180.00 | 1,475.00 | |
| 8/23/2013 | 209 | 1,045.00 | 4,180.00 | 5,225.00 | |
| 8/24/2013 | 295 | 1,475.00 | 5,900.00 | 7,375.00 | |
| 8/25/2013 | 183 | 915.00 | 3,660.00 | 4,575.00 | |
| 8/26/2013 | 66 | 330.00 | 1,320.00 | 1,650.00 | 82,825.00 |
| | | - | - | | |
| | | - | - | | |
| | 64,296 | $321,480.00 | $1,285,920.00 | $1,607,400.00 | $1,607,400.00 |
| | | - | - | | |
| | | - | - | | |
| | | - | - | | |
| | | | - | | |
| | | - | - | | |
| **Money Judgment Calculation** | | | | | |
| The spreadsheet covers 19 months of actual receipts (proceeds) | | | | | |
| The spreadsheet includes the Cover charge $5, room fees $15 and condom $5 was $1,607,400.00 | | | | | |
| The average monthly proceeds $1,607,400.00/19 = $84,484.74 | | | | | |
| The average monthly proceeds rounded to $80,000 for calculation purposes | | | | | |
| The rounded average monthly proceeds times number of months charged = money judgment | | | | | |
| Number of months from July 1999 to August 2013 (inclusive) = 157 months | | | | | |
| Number of months 157 times the average amount of proceeds $80,000 equals | | | | | |
| Recommended Money Judgment $12,560,000.00 | | | | | |
| | | | | | |
| | | | | | |