

GOVERNMENT EXHIBIT 48a

CERTIFICATE OF PROOF OF INSURED STATUS

1. I, Valerie Best, hereby certify and attest that I am Assistant Executive Secretary at the Federal Deposit Insurance Corporation and that I have the official custody of the records of the Federal Deposit Insurance Corporation.

2. I further certify that the attached record pertaining to the admission and history of Independence Bank, National Association, Houston, Texas, is an official record of the Corporation, and is attached hereto as Exhibit "A."

3. I further certify that insurance applicable to the main office of Independence Bank, National Association is applicable to any domestic (U.S.) branch office of Independence Bank, National Association.

4. I further certify that, after diligent search, no record or entry in the official records of the Corporation has been found to exist which terminated the status of Independence Bank, National Association as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Independence Bank, National Association retained its status as an insured

depository institution of the Federal Deposit Insurance Corporation from May 13, 2002, through and including November 15, 2013.

DATED: April 14, 2015

(SEAL)

**082634**

_____
Valerie Best
Assistant Executive Secretary
FEDERAL DEPOSIT INSURANCE CORPORATION


CITY OF WASHINGTON   )
                     ) SS
DISTRICT OF COLUMBIA )

I, Patricia B. Devoti, a Notary Public in and for the District of Columbia, hereby certify that Valerie Best, whose signature appears above, is personally known to me, that the said Valerie Best is Assistant Executive Secretary at the Federal Deposit Insurance Corporation and has custody of the official records of the Federal Deposit Insurance Corporation which pertain to the insured status of depository institutions, and that the signature above of the said Valerie Best is genuine. I further certify that I have a seal of office and have official duties in the District of Columbia where the said Valerie Best is employed and where the aforesaid official records are kept.

DATED: April 14, 2015

(SEAL)

_____
NOTARY PUBLIC

My commission expires: 10-31-19

EXCERPTS FROM FDIC RECORDS

| | |
|---|---|
| Institution name | Independence Bank, National Association<br>13100 Northwest Freeway, Suite 100<br>Houston<br>TX 77040 |
| Insurance date | 05/13/2002 |
| Certificate # | 57285 |
| Former bank name | Right Bank for Texas, N.A., The |
| Actions | Merged under the charter and title of Allegiance Bank Texas, Houston, TX, effective 11/16/2013. |
| Actions | Title changed from The Right Bank for Texas, N.A. to "Independence Bank, National Association, effective 01/25/2006. |
| Actions | Main office relocated from 14181 Northwest Freeway to 13100 Northwest Freeway, Suite 100, Houston, TX, effective 10/02/2002. |
| Actions | The Right Bank for Texas, N.A., Houston, TX, was admitted to membership in the FDIC, effective 05/13/2002. |
| Classification | National bank |
| Fund | DIF |

EXHIBIT "A"

13cr628-032354

CERTIFICATION

I, Valerie Best, Assistant Executive Secretary at the Federal Deposit Insurance Corporation, hereby certify and attest that the attached duplicate copy of the certificate of insurance issued to Independence Bank, National Association, Houston, Texas, is a true and correct copy of the original.

DATED:   April 14, 2015

(SEAL)

**082634**

*Valerie Best*
Valerie Best
Assistant Executive Secretary
FEDERAL DEPOSIT INSURANCE CORPORATION

# FEDERAL DEPOSIT INSURANCE CORPORATION
## WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in



**INDEPENDENCE BANK, NATIONAL ASSOCIATION**

**HOUSTON**

**TEXAS**

are insured to the maximum amount provided by the Federal Deposit Insurance Act



No: __57285__

Attest: _Robert E. Feldman_
EXECUTIVE SECRETARY

In testimony whereof, witness my signature and the seal of the Corporation this __25TH__ day of __JANUARY 2006__

_Martin J. Gruenberg_
CHAIRMAN OF THE BOARD OF DIRECTORS

13cr628-032356