GOVERNMENT EXHIBIT 51
PENGAD-Bayonne, N.J.

TRIBUNAL FEDERAL DE DISTRITO
DISTRITO SUR DE TEXAS
DIVISIÓN DE HOUSTON

| | |
|---|---|
| LOS ESTADOS UNIDOS DE AMÉRICA ) | |
| ) | |
| contra ) | Caso Penal No. H-05-371-SS-2 |
| ) | |
| GERARDO SALAZAR, alias ) | |
| El Gallo, alias Delfino Salazar ) | |
| Tecuapacho, alias Gerardo Salazar ) | |
| Tepuapacho, alias Pedro Salamanza Atonal ) | |

### DECLARACIÓN DE ROCÍO ANTONIO ORTEGA

Conforme lo establecido en el Título 28, Código Federal de los Estados Unidos, Sección 1746, yo, Rocío Antonio Ortega, realizo la siguiente declaración no jurada, bajo pena de perjurio, en relación al caso caratulado y numerado de la manera señalada.

1. Soy ciudadana de México, y resido actualmente en los Estados Unidos.

2. Nací en La Ceiba, Puebla, México, el 2 de junio de 1989. Tengo actualmente 20 años de edad.

3. He conocido a GERARDO SALAZAR, a quien conozco como "Gerardo" y "El Gallo" (en adelante "SALAZAR"), desde abril de 2005. Se me ha mostrado la fotografía en el **Anexo 1** y reconozco a Gerardo Salazar como el hombre que se encuentra de pie en el extremo izquierdo.

4. Conocí a SALAZAR en México cuando tenía 15 años de edad, y comencé a mantener lo que creía en ese entonces era una relación sentimental con él. Comprendo ahora que únicamente intentaba engañarme para que trabajara como prostituta.

5. Conozco además a los otros miembros del negocio de prostitución de SALAZAR, incluso a sus hijos "Iván" y "Juan Carlos", y sus sobrinos "Ángel" y "José Luís", su amigo "Fernando" y a una mujer de nombre "Fabiola".

6. Poco tiempo después de conocer a SALAZAR en México, éste se fue de México para llevar a otra mujer a los Estados Unidos. Me dijo que me amaba y que haría que alguien me llevara a los Estados Unidos para que pudiera estar con él.

7. En abril de 2005, SALAZAR hizo que su sobrino y su hijo, José Luís y Juan Carlos, me llevaran a un coyote en México para que pudiera ser ingresada ilegalmente a los Estados Unidos. Primero volamos a Monterrey, México. Desde allí fuimos en autobús a Reynosa, México. Luego tomamos otro autobús y más tarde un bote para cruzar el río. Una vez que ingresamos ilegalmente a los Estados Unidos, caminamos aproximadamente dos horas antes de subir a un automóvil en el que fui transportada a Houston, Texas, donde SALAZAR me estaba esperando.

8. Cuando llegué a Houston, Texas, en abril o mayo de 2005, SALAZAR me llevó a un departamento en el complejo de departamentos Willow Creek. SALAZAR me dijo que no tenía que trabajar, pero me expresó además que si él se metía en problemas, tendría que hacer "cualquier cosa" para ayudarlo.

9. Poco tiempo después de haber llegado, SALAZAR me habló acerca de la prostitución y me mostró fotografías que guardaba en su teléfono celular de mujeres desnudas con sus piernas abiertas. Me dijo que lo único que tenían que hacer era abrir sus piernas y así ganaban mucho dinero, y que yo podía hacer lo mismo. Me dijo que podía cobrar más por posiciones sexuales especiales.

10. Le dije a SALAZAR que nunca podría hacer algo así y me respondió, "Nunca digas nunca".

11. Inicialmente fui engañada para trabajar como prostituta. En algún momento a fines de mayo de 2005, el hijo de SALAZAR, Iván, me dijo que SALAZAR había sido arrestado y que necesitaba dinero para sacarlo de la cárcel. Yo no tenía amigos

ni familia, y Fabiola me dijo que SALAZAR quería que yo trabajara como prostituta para ayudarlo. Sentí que no tenía otra opción así que acepté ayudarlo para salir de la cárcel. Pensando ahora en eso, creo que era sólo una mentira y que probablemente nunca estuvo en la cárcel.

12. Fabiola me dijo qué debía hacer, cómo utilizar un condón y qué servicios debía ofrecer. Fabiola me enseñó las habitaciones en el bar que debía utilizar para mantener relaciones sexuales. Me ordenó que cobrara a cada cliente US$65 por 15 minutos de sexo, US$50 de los cuales debía entregar a Fabiola y los otros US$15 eran para el guardia por el uso de la habitación. Fabiola dijo que SALAZAR me había ordenado trabajar como prostituta y que debía obedecer.

13. SALAZAR también me llamó, supuestamente desde la cárcel, para darme instrucciones. Me dijo que debía cobrar US$65, que no debía estar más de 15 minutos con un cliente, que sólo debía aceptar dos posiciones, y que si me quitaba la blusa o aceptaba cualquier otra posición, debía cobrar más. Tanto Fabiola como SALAZAR sabían que yo sólo tenía 15 años de edad en esos momentos.

14. SALAZAR me prometió que sólo tendría que trabajar de prostituta hasta diciembre de 2005 y que más tarde regresaríamos a México.

15. Trabajé como prostituta en un club nocturno llamado "La Costenita". Trabajaba generalmente siete días por semana, usualmente de 2:30 p.m. a 1:30 a.m. Los días viernes, sábados y domingos trabajaba además desde las 2:00 a.m. hasta aproximadamente las 4:00 o 5:00 a.m. en un bar conocido como "Las Palmas". Mientras SALAZAR estaba supuestamente en la cárcel, me ordenó que le diera a Fabiola el dinero que yo ganaba, y eso fue lo que hice.

16. Le dije reiteradamente a Fabiola que no quería trabajar como prostituta.

Ella me respondía que debía decirle esto a SALAZAR cuando él regresara de la cárcel.

17. Posteriormente, cuando SALAZAR regresó, me dijo que si alguna vez intentaba marcharme, él mataría a mis padres en México y también a mí. Me dijo además que ahora debía darle a él todo el dinero que yo ganaba. Ocasionalmente me revisaba para asegurarse de que no me quedara con dinero que pudiera usar para huir.

18. A comienzos de julio de 2005, SALAZAR me dijo que tenía que ganar US$3,000.00 por semana.

19. Sé que otras mujeres trabajaban también para SALAZAR como prostitutas, entre ellas una mujer a quien yo conocía como "Marcela".

20. SALAZAR me dijo que si alguna vez me atrapaban trabajando como prostituta, yo no debía darle a la policía mi verdadero nombre o edad. SALAZAR sabía mi edad porque yo le había dicho mi fecha de nacimiento cuando nos conocimos. Me dijo además que debía fingir que no lo conocía a él ni a sus amigos.

21. Los socios de SALAZAR, José Luís, Ángel e Iván, nos llevaban en automóvil a las otras mujeres y a mí hacia y desde La Constenita. José Luís vivía en los departamentos Willow Creek conmigo, y con Marcela y Fabiola. Las "esposas" de José Luís y Ángel trabajaban además como prostitutas en La Constenita u otros clubes.

22. SALAZAR y sus socios me prohibían hablar con las otras mujeres. SALAZAR me dijo que si él o Fabiola alguna vez me descubrían hablando con una de las otras chicas, me golpearía.

23. SALAZAR me prohibió además hacer llamadas telefónicas sin su permiso. En las ocasiones que me dejó llamar a mis padres, se paraba cerca de mí mientras hablaba y monitoreaba nuestras conversaciones.

24. El 14 de junio de 2005 intenté huir de SALAZAR llamando a un número

de teléfono de emergencia para mujeres abusadas. Hablé con una trabajadora social y con su ayuda logré escapar. Después de llegar a la casa de acogida para mujeres maltratadas, me asusté porque se me dijo allí que el FBI iba a querer hablar conmigo. Temía lo que SALAZAR y sus socios pudieran hacerme a mí o a mi familia si eran arrestados, así que regresé a SALAZAR el 16 de junio de 2005. Poco tiempo después, SALAZAR me golpeó en la cara, me pateó en el abdomen y en las piernas y me pegó con la hebilla de su cinturón. Después de eso, se me obligó a trabajar de prostituta en un club nocturno distinto del que había trabajado antes.

25. En otra ocasión, SALAZAR me golpeó con el puño dos veces en la mandíbula derecha e izquierda. El motivo que dio por golpearme fue que yo no quería abrazarlo. Las lesiones que sufrí en ese incidente fueron muy dolorosas.

26. Debido a mis experiencias con SALAZAR y su organización, creo que SALAZAR es el líder de un negocio de prostitución. Temo que SALAZAR pueda hacer algo para hacerme daño a mí o a mi familia.

27. El 16 de julio de 2005, agentes del orden público me recogieron en La Costenita y me llevaron a un lugar seguro.

Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado anteriormente es verdadero y correcto.

Firmada el 03/31/2010
Fecha

Rocío Antonio Ortega