

GOVERNMENT
EXHIBIT
47 b

Bank of America

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*

Bank of America

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*







Bank of America

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*





13cr628-031863





13cr628-031864

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738010

579480a - SRC - 12/07

Tran 00018   01/22/2008   07:54
Entity NTX   CC 0C04921 Tlr 00010
Account        005865034850
R TH 540740130
Cash In                      $1,000.00

⑆510800004⑆ ⑈723⑈ 7380108⑈        ⑆0000100000⑆

BANK OF AMERICA,NA HOU
111000025  E3093 5A 044
01/22/08

6130740040

13cr628-031865



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE _____
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780
CASH — / 2000.00

C
H
E
C
K
S

CHECKS OR TOTAL —
FROM OTHER SIDE

TOTAL   SUB TOTAL —
ITEMS

LESS CASH —

NET
DEPOSIT   $   2000.60

⑆540750108⑆ 0058650348 50⑈   5⑆0000 200000⑈



# Bank of America

# Cash In - Debit

HUMBLE

TELLER NO. 738010

579-8806 · S&C · 12/07

Tran 00113   01/30/2009   11:57
Entst. NTX  CC G404921 Tlr 00017
Account     005865034850
R.TW 540740134
Cash In                    $2,000.00

⑆510800004⑆  498?⑈7380108⑈     ⑆0000200000⑈



BANK OF AMERICA/HA HOU
111000025  E3851 5A P04
01/30/08

6030637029

13cr628-031867



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780
CASH

1000.00

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

DELAY 1 OR 2
1 YEARS

CHECKS OR TOTAL
FROM OTHER SIDE

**Bank of America**

ACH R/T 111000025

NET
DEPOSIT   $   1000.00

⑆540750108⑆ 0058650348 50⑈   5⑈0000100000⑈

Tran 00093   03/05/2008    11:40   NTX
R/T# 540740134 CC  0004921 Tlr 00010
BANK OF AMERICA NA Account     ##########4850
111000025   E3145 0Cash Cash            $0.00
03/05/08  Deposit           $1,000.00
6230460702

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738010

57-806 - SRC - 12/07

Tran 00093    03/05/2008      11:40
Entity NTX   CC 0004921 Tlr 00010
Account          005865034850
R/T# 540740134
Cash In                        $1,000.00

⑆510800004⑆ 3900⑈738010 8⑈      ⑇0000100000⑇

BANK OF AMERICA, NA HOU
111000025  E3145 5A 004
03/05/08

6230463783

13cr628-031869



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780
CASH

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT     $     1057.20

1057.20

1:540750108: 0058650348501" 5'0000105720'



13cr628-031870



**smart:financial**
CREDIT UNION

P.O. Box 920719, Houston, Texas 77292-0719
(713) 850-1600

**OFFICIAL CHECK**

NO. 3048651

25-1554/440

March 03, 2008

PAY    One Thousand Fifty-Seven and 20/100 * * * * * * * * * * * * * * *

Amount $*******1,057.20

TO
THE
ORDER
OF        Raquel Garcia

ISSUED BY, MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476 MINNEAPOLIS MN 55480
DRAWEE, Huntington National Bank Columbus, OH

DRAWER, Smart Financial Credit Union
This is Smart Financial Credit Union's Official Teller's Check

Authorized Signature

⑈3048651⑈ ⑈044015543⑈ 016001098849⑈ ⑈0000105720⑈



PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, T  77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650046850

IF THIS INSTRUMENT IS DESIGNATED ON ITS FACE
AS A MONEY ORDER THE FOLLOWING APPLIES

Raquel Garcia

BANK OF AMERICA, N.A. (HOU)
111000025  E5018 90 065
03/12/08

6230505966





**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO 738008

442o098 · SRC · 01/04

⑈510800004⑈ 3996⑈738008 2⑈       ⑈0000150000⑈



13cr628-031873



13cr628-031874



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*

13cr628-031875







**DEPOSIT TICKET**

35-2/1130 TX
3780

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

CASH

CHECKS   551

6550.00

DATE  4/21/08

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL
ITEMS   SUB TOTAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

LESS CASH

ACH R.T 111000025

NET
DEPOSIT  $   6550.00

⑈540750108⑈ 005865034850⑊   5⑊00000655000⑊





## United States Treasury 15-51/000   A 515,364,054

Check No. 

03 28 08  15    AUSTIN, TEXAS          2308 42664136
× 2308 42664136 20091800 I30 OCASA AUSTIN TAX REFUND

Pay to
the order of   WOLFANG CASARES JR              12/07
              1347 DELL DALE ST               36
              CHANNELVIEW TX  77530-2203       $***6550*00

VOID AFTER ONE YEAR

⑈2308⑈  ⑈000000518⑈ 426641369⑈ 040308   ⑈0000655000⑈

BANK OF AMERICA,NA HOU
111000025  E5873 94 055
84/21/08

6290478062

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON,TX 77015
FOR DEPOSIT ONLY
-LA PRINCESA-
0058650⑈650

WARNING - DO NOT CASH CHECK WITHOUT
NOTING U S TREASURY U S TREASURY U S TREASURY
U S TREASURY U S TREASURY U S
HOLD TO LIGHT TO VERIFY WATERMARK











DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130  TX
3780
CASH

*2000.00*

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

C
H
E
C
K
S

DELAY TOTAL
ITEMS

**Bank of America**

ACH R/T 111000025

CHECKS OR TOTAL
FROM OTHER SIDE

NET
DEPOSIT      $      2000.00

⑆540750108⑆  00586 50348 50⑈         5⑆0000 200000⑈



**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738010

43-14-29030 1-2006

0193442 - SRC - 12/07

Trar 00118   05/08/2008   13:23
Entity NTX  CC 0004921 Clr 0001)
Account     0058650349F0
R/T# 549760130
Cash In.                    $2,000.00

⑆510800004⑆ 149 2⑈ 7380 108⑈          ⑇0000 200000⑇



BANK OF AMERICA,NA HOU
111000025  E4171 5A 004
              05/08/08

6130565371



13cr628-031883

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738008

4955604 - SRC - 03-03

```
Tran 00043   05/28/2008   09:31
Entity NTX  CC 0G04921 Tlr 00008
Account      005865034850
R/TM 540740134
Cash In                      $900.00
```

⑆510800004⑆ 3814⑈738008 2⑈        ⑉00000900000⑉



BANK OF AMERICA,NA HOU
1110000025  E4760 SR P04
05/28/08

6030920342

 

**United States Treasury** 15-51/000   A 527,267,329

Check No.



05 23 08  43   AUSTIN, TEXAS                    2308 73823646
2308 73823646 20091800 I30 OGARC AUSTIN STIMULUS

Pay to
the order of   RAQUEL M GARCIA                          12/07
1347 DELL DALE ST                       46
CHANNELVIEW TX  77530-2203              $****300*00



VOID AFTER ONE YEAR

001

2008 ECONOMIC STIMULUS PAYMENT

⑆23089⑆   ⑈000000518⑈   738236466⑆ 040508   ⑈0000030000⑆

BANK OF AMERICA,NA HOU
111000025 E4760 94 P35
05/28/08

6030928343

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650304850

WARNING - DO NOT CASH CHECK WITHOUT
NOTING U.S. TREASURY U.S. TREASURY U.S. WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK

13cr628-031885





13cr628-031886

# Bank of America 

## Cash In - Debit

HUMBLE

TELLER NO. 738010

6193442 - SRC - 12/07

Tran 00122   06/18/2008   12:03
Entity HTX   CC 0004921 T1r 00010
Account   005865034859
R/T# 540740134
Cash In                          $1,000.00

⑈510800004⑈  3914⑈7380108⑈        ⑈0000100000⑈

BANK OF AMERICA, NA HOU
111000025  E5429 5A 004
06/18/08

6230525034





**MoneyGram.** *Money Orders*

INTERNATIONAL MONEY ORDER

THE FRONT OF THE DOCUMENT MUST HAS A MICROPRINT AMOUNT BOX AND THERMOCHROMIC ... ABSENCE OF THESE FEATURES WILL INDICATE A COPY

75-1618/919

05/19/2008

10147161063
MONEY ORDER

▼ PAY ONLY THIS AMOUNT ▼
***$500.00

FIVE HUNDRED ***
DOLLARS 00 CENTS

PAY TO THE ORDER OF/ PAGAR A LA ORDEN DE: RAQuel GARSIA

IMPORTANT - SEE BACK BEFORE CASHING

MARIAS TEJEDA

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/ DIRECCIÓN: 1030 MONTANA St. SALINAS CA 93905

Payable Through Citizens State Bank of Clara City Clara City, MN

ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

5071509380000001
26421001400800063

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

⑆091916187⑆ 10147161063⑈ 90 ⑈0000050000⑈

R10147161063 6

---

**LIMITED RECOURSE:**
This Money Order will not be paid if it has been forged, altered, or stolen, and recourse is only against the presenter. This means that persons receiving this money order should accept it only from those known to them and against whom they have effective recourse.

5074 38089

Payee's Endorsement

For information concerning this Money Order, contact: MONEYGRAM PAYMENT SYSTEMS, INC. P.O. BOX 9476 MINNEAPOLIS, MN 55480 1-800-542-3590 www.moneygram.com

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT CASH UNLESS THE MACHINE PRINTED DOLLARS LOOK LIKE THIS
***$1234
EXAMPLE ONLY YOUR DOLLAR AMOUNT MAY DIFFER

**PURCHASER'S AGREEMENT:**
You, the purchaser, agree to immediately complete this Money Order by filling in the front of the Money Order signing, and addressing it at the bottom. The terms of this Money Order bind you, your heirs, or others who receive this Money Order from you.

**SERVICE CHARGE:**
If this Money Order is not used or cashed (presented for payment) within one year (three years in CA) of the purchase date, there will be a non-refundable service charge where not prohibited by law. The service charge will be deducted from the amount of payment shown on the Money Order. The service charge is fifty cents (twenty-five cents in CA) per month from the date of purchase, but not more than $42.00 ($21 in CA).

**RESTRICTIONS ON USE**
The business or person selling this Money Order cannot use it to pay personal or business obligations

LOAD THIS DIRECTION

LOAD THIS DIRECTION

LOAD THIS DIRECTION









13cr628-031891

**Bank of America** 〰️

## Cash In - Debit

HUMBLE

TELLER NO 738008

3923145 - SRC - 06-08

Tran 0036   10/02/2008   09:44
Entity ID  CC 0009491 Tlr 00008
Account      005865033950
F/T# 540740134
Cash In                              $950.00

⑈510800004⑈ 2616⑈738008 2⑈          ⑈000009 5000⑈



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

36-2/1130 TX
3780

CASH

CHECKS   17.00 11

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET DEPOSIT   $   500.10

500.10

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R.T. 111000025

⑆540750108⑆ 0058650348 50⑈ 5⑈00000 50010⑈

---

CASH COUNT FOR FINANCIAL INSTITUTIONS USE ONLY

TOTAL

ENTER TOTAL ON FRONT

$

CHECKS
LIST SINGLY

5036

OCT 15

Tran 00184   10/15/2008   13:58 NTX
RVTM 546740139 CC  0004921 Tlr 00010
Account    ***********4650

BANK OF AMERICA, NA HOU   Cash        $0.00
111000025  E4225 02.064             $500.10
10/15/08

6230770642

RECORD OF CHECKS FOR DEPOSIT

DOLLARS   CENTS



*Wells Fargo Home Mortgage*
PO Box 14547
Des Moines, IA 50306-3547

WELLS FARGO BANK NA
WELLS FARGO BANK N.A.
ESCROW DISB CLRNG/936
889  701  0257965038
0257965038

CHECK NO.
643334

17-0001
0910

MO. DAY YR.
10  03  08

FOR PAYMENT OF ESCROW TO MORTGAGOR

**FIVE HUNDRED AND 10/100 DOLLARS**

AMOUNT
$********500.10

VOID IF NOT CASHED WITHIN 180 DAYS

PAY TO THE
ORDER OF

GUSTAVO OCHOA
GRACIELA M OCHOA
7738 BELLFORT
HOUSTON TX 77061

AUTHORIZED SIGNATURE

⑆643334⑆ ⑈091000019⑈ 5646393479⑈            ⑇00000500 10⑇



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586636860

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

13cr628-031894



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130  TX
3780
CASH

950.00

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

SUB TOTAL

**Bank of America**

LESS CASH

ACH R/T 111000025

NET
DEPOSIT    $    95000

⑆540750108⑆  005865034850⑈  5⑆000009 5000⑈



BANK OF AMERICA, NA HOU
111000025  E5642 02 004
10/29/08

623082T454

13cr628-031895

**Bank of America** 

## Cash In - Debit

HUMBLE

TELLER NO. 738007

4387075 - SRC - 07-06

⑈510800004⑈ 0574⑈7380074⑈      ⑈0000095000⑈



BANK OF AMERICA/NA HOU
111000025  E5042 5A 004
19/29/88

6230827455

13cr628-031896



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX. 77015

35-2/1130 TX
3780

CASH

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET DEPOSIT    $    230.00

230.00

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

⑆540750108⑆ 0058650348 50⑈ 5⑈00000 23000⑈



Tran 00037   11/18/2008   09:28  NTX
R/T# 540740134 CC  0004921 Tlr 00010
Account      *******4650
Cash                       $0.00
Deposit                  $230.00

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738010

7012903 - SRC - 09-04

```
Tran 00037   11/18/2008   09:28
Entity NTX  CC 0004921 Tlr 00010
Account      005865034850
R/T# 540740134
Cash In                      $230.00
```

⑆510800004⑆ 4311⑈738010⑈          ⑇00000230000⑈



```
BANK OF AMERICA,NA HOU
111000025 ;E5316 5A 201
11/18/08
```

6230266029





13cr628-031899

## Bank of America

### Cash In - Debit

HUMBLE

TELLER NO. 738008

3923145  SRC - 06-08

Tran 00113   12/03/2008   13:16
Entity HTX   CC 0004921 Tlr 00008
Account      005865934850
R/T# 540740134
Cash In                          $2,000.00

⑆510800004⑆  ⑈1139⑈ 738008 2⑈      ⑆0000 200000⑆



BANK OF AMERICA,NA HOU
111000025  E4561 5A 004
12/03/08

6100954415



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780
CASH

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

TOTAL
ITEMS

SUB TOTAL

**Bank of America**

LESS CASH

ACH R/T 111000025

NET
DEPOSIT   $

√200.—

200.—

⑈540750108⑈  0058650348 50⑈     5⑈00000 20000⑈



Tran 00113   12/04/2009   13:00  NTX
R/T# 540740139 CC -0004921 Tlr 00010
Account      ****** 1850
Less Cash                      $0.00
Deposit                     $200.00

BANK OF AMERICA, NA HOU
111000025  E4571 02 004
12/04/09

613007 1463

**Bank of America** ⤳

## Cash In - Debit

HUMBLE

TELLER NO. 738010

43-14-2903D 1-2000

7012903 - SRC - 09 08

Tran 00113   12/04/2008     13:00
Entity NTX  CC 0004921 Tlr 00010
Account         005865034850
R/T# 540740134
Cash In                         $200.00

⑆510800004⑆ 3138⑈738010 8⑈          ⑇00000 20000⑇



BANK OF AMERICA,NA HOG
111000025  E4571 5A 004
12/04/08

6130071464



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780
CASH

$100000
23.75
23.75

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

C
H
E
C
K
S

DELAY TOTAL
ITEMS

**Bank of America**

ACH R/T 111000025

CHECKS OR TOTAL
FROM OTHER SIDE

NET
DEPOSIT    $    104750

⑆540750108⑆ 005865034850⑈  5⑉0000104750⑉



13cr628-031903

**Bank of America** 

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733004

Tran 00197   12/29/2008   11:32

Ent by 956  PC 0905480 Tlr 00202

Account      0056-5034022

Ref# 570760174

Cash In                    $1,000.00

⑆510800004⑆ 4909⑈733004⑈       ⑆0000100000⑈

BANK OF AMERICA,NA HOU

111000025  E5790 5A 004

12/29/08

6230773841

**The Notice Company**
FBO Ron Craft Chevrolet of Baytown, Texas
PO Box 778
Hingham, MA 02043-0778

001856

53-179/113

DATE  December 19, 2008

PAY TO THE
ORDER OF   RAQUEL M GARCIA

$23.75

Twenty-Three and 75/100 ******************************************************* DOLLARS

FOR  Refund Payment; Void after 6/17/2009

VOID AFTER 180 DAYS

⬱Eastern Bank
HINGHAM, MA 02043
1-800-EASTERN www.easternbank.com

MP

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

⑈"001856"  ⑈011301798⑈  06  0043 2637⑈          ⑈000000 2375⑈



**The Notice Company**
FBO Ron Craft Chevrolet of Baytown, Texas
PO Box 778
Hingham, MA 02043-0778

001855

63-179/113

DATE  December 19, 2008

PAY TO THE
ORDER OF   RAQUEL GARCIA

$23.75

Twenty-Three and 75/100 ************************************************ DOLLARS

FOR  Refund Payment, Void after 6/17/2009

VOID AFTER 180 DAYS

◎**Eastern Bank**
HINGHAM, MA 02043
1 • 800 • EASTERNeastern-bank.com

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

⑆001855⑆ ⑆011301798⑆ 06 0043263 7⑈        ⑆0000002375⑈



BANK OF AMERICA,NA HOU
111000025  E5790 94 022
12/29/08
6230773843

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*

13cr628-031907

★ **Texas Bay Area**
CREDIT UNION
"Our Financial Strength Is In Our Service"

P.O. Box 1538, Pasadena, TX 77501
(713) 336-5500

88-8293/3130

**OFFICIAL CHECK**

No. 40384

Date: January 02, 2009

PAY    One Thousand Fifty-Seven and 20/100 **************************

Amount $ *******1,057.20

TO THE
ORDER
OF    Raquel Garcia

Two signatures required if over $2,000

Authorized Signature

Arnoldo Pinto
Memo

NOTICE TO MEMBERS
IN THE EVENT THIS CHECK IS LOST, MISPLACED, OR STOLEN
A STOP PAYMENT CANNOT BE ISSUED UNTIL 90 DAYS AFTER
THE DATE OF ISSUANCE. AT THAT TIME AN AFFIDAVIT
MUST BE SIGNED BY ALL PARTIES INVOLVED

AUTHORIZED SIGNATURE    MP

⑈040384⑈ ⑉313082935⑉ 700000003⑈ ⑈0000105720⑈







**Bank of America** 🇺🇸

## Cash In - Debit

HUMBLE
TELLER NO. 738008

3923145 - SRC - 06-08

| | | |
|---|---|---|
| Tran 00164 | 02/02/2009 | 11:15 |
| Entity NTX | CC 0004921 | Tlr 00008 |
| Account | 005865034850 | |
| R/T# 540740134 | | |
| Cash In | | $1,000.00 |

⑆510800004⑆ 2141⑈738008 2⑈ ⑈0000100000⑈



BANK OF AMERICA,NA HOU
111000025 E    : SA P04
02/02/09

6030948741



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780
CASH

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

DELAY TOTAL
ITEMS

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

1051.20

**Bank of America**

ACH R.T 111000025

NET
DEPOSIT   $   1057 20

⑆540750108⑆ 0058650348 50⑈   5⑆0000 1057 20⑈



TOTAL

CASH COUNT FOR FINANCIAL INSTITUTIONS USE ONLY

× 100
× 50
× 20
× 10
× 5
× 1

ENTER
TOTAL ON
FRONT

CHECKS
LIST SINGLY

Tran 000380, 02/17/2007, 09:24 NTX
R/T#154C740134 CC 0004921 TIF 00010
Account 005865031350
BANK OF AMERICA,NA HOU Cash
111000025 E3097 02 004
02/17/09

$0.00
$1,057.20

623019565?

RECORD OF CHECKS FOR DEPOSIT

13cr628-031911



**Texas Bay Area**
CREDIT UNION
*"Our Financial Strength Is In Our Service!"*

P.O. Box 1538, Pasadena, TX 77501
(713) 336-5500

88 8283/3130

**OFFICIAL CHECK**

No. 41314

Date: February 02, 2009

PAY    One Thousand Fifty-Seven and 20/100************************

Amount $*******1,057.20

TO THE
ORDER
OF    Raquel Garcia

Two signatures required if over $2,000

Authorized Signature

From Rosa Pinto
Memo

NOTICE TO MEMBERS
IN THE EVENT THIS CHECK IS LOST MISPLACED OR STOLEN
A STOP PAYMENT CANNOT BE ISSUED UNTIL 90 DAYS AFTER
THE DATE OF ISSUANCE. AT THAT TIME AN AFFIDAVIT
MUST BE SIGNED BY ALL PARTIES INVOLVED

AUTHORIZED SIGNATURE

⑈041314⑈ ⑆313082935⑆ 700000003⑈ ⑈0000105720⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00585805A850

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

*KEEP ALL RESERVE BOARD OF GOVERNORS REG. CC

BANK OF AMERICA, NA HOU
111000025 E2007 94 022
02/17/09

6230196650

13cr628-031912



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780
CASH

√ 1000.00

CHECKS 889377

800.00

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

SUB TOTAL

**Bank of America**

LESS CASH

ACH R/T 111000025

NET DEPOSIT   $   1800.00

⑆540750108⑆ 005865034850⑈   5⑈0000180000⑈



CHECKS
LIST SINGLY

Tran 00291    03/09/2009    13:27  HTX
R/T# 540740134 CC  0004921 Tlr 00010
BANK OF AMERICA,NA DAL  Account         ****       *****4850
111000025  FE911 02 004  Less Cash          --         $0.00
• 03/09/09 Deposit                 --      $1,800.00

913015367?

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO 738010

7012903 - SRC - 04.08

Tran 00291   03/09/2009   13:27
Entity NTX   CC 0004921 Tlr 00010
Account        D05865034850
R/T# 540740134
Cash In                              $1,000.00

⑆510800004⑆ 2024⑈7380108⑈    ⑉0000100000⑉

BANK OF AMERICA, NA DAL
111000025  F6911.5A 984
. 03/09/09

9130153674

13cr628-031914

NL.09900467

**MIGUEL A. MARTINEZ**
1134 HOLBECH LN.
CHANNELVIEW, TX  77530-2417

88-9377/1119
3082044618

285

Date 03/03/09

Pay to the order of   Raquel Garcia                    $ 800.00

Ochocientos Dlrs 00/0

WaMu
Washington Mutual Bank
13175 Wallisville Road
Houston, TX 77049

Memo

⑆111993776⑆ 3082044618⑈ 0285

/0000080000/

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005866034850

BANK OF AMERICA,NA DAL
11199995  F6811 99 033
03/09/09

9130153675



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE   3·16·09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
CASH   2500.00

CHECKS

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL
ITEMS   SUB TOTAL

LESS CASH

NET
DEPOSIT   $   2500.00

⑈540750108⑈ 0058650348 50⑈   5⑈0000250000⑈

**Bank of America**

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733005

7010784 - SRC - 09.08

```
Tran 00156    03/16/2009    09:01
Entity NTX  CC 0005482 Tlr 0D005
Account      005865034850
R/T# 540740134
Cash In                    $2,500.00
```

⑈510800004⑈ 3035⑈ 733005 3⑈        ⑈0000 250000⑈

BANK OF AMERICA, NA DAL
111800025  E7628 5A 004
03/16/09

9030542543



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

DATE  3/17/09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH  2340 00

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL ITEMS   SUB TOTAL

LESS CASH

NET
DEPOSIT  $  2340 00

⑈540750108⑈  0058650348 50⑊   5⑈0000234000⑊



**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 008

Tran 00223    03/17/2009    15:35
Entity HTX  CC 0004921 Tlr 00008
Account        005865034850
R/T# 540740134
Cash In                         $2,340.00

⑈510800004⑈ 7377⑈ 738008 2⑈        ⑈0000234000⑈



BANK OF AMERICA,NA DAL
111000025  E7704 5A 064
03/17/09
9330006542



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780
CASH

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

C
H
E
C
K
S

DELAY TOTAL
ITEMS

**Bank of America**

ACH R/T 111000025

CHECKS OR TOTAL
FROM OTHER SIDE

NET
DEPOSIT   $

155.04

⑆540750108⑆ 0058650348 50⑆  5⑆00000 15504⑈





**Bank of America**

Name
Nombre      A Princesaa
Address
Dirección   727 Treeport
Houston,

Telephone No.
Nº de teléfono (          )

Sign here if cash received
Firma aquí si recibes efectivo

Proper identification required when using this document.
Se requiere identificación apropiada al usar este documento.

Account Number   Número de cuenta

005865034850

Checking/Savings
Deposit

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
son sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

REDITO

| | |
|---|---|
| Cash  Efectivo<br>Currency  Billetes | 1000  00 |
| Coin  Monedas | |
| Checks  Cheques | 61 49 |
| Sub Total | |
| Less Cash Received<br>Menos efectivo recibido | |
| Total Deposit<br>Total de depósito | $   1061 .49 |

⑊540740134⑊  005865034850⑈  5⑈0000106149⑈

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

$

| | Dollars/<br>Dólares | Cents/<br>Centavos |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |

Tran 00114 - 04/01/2009   13:24  NTX
R/TB 540740134 CC  0004921 Tlr 00002
Account  -  ###########4850
Less Cash  -  $0.00
Deposit  -  $1,061.49

BANK OF AMERICA,NA DAL
111000025  ES755 02 004  04/01/09

9130766790

13cr628-031922

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738002

Tran 00114   04/01/2009   13:24
Entity NTX  CC 0004921 Tlr 00002
Account      005865034850
R/T# 540740134
Cash In                      $1,000.00

⑆510800004⑆ 4075⑈738002 5⑈        ⑈0000 100000⑈

BANK OF AMERICA,NA DAL
111000025  E5755 5A 004
04/01/09

9130766791



JANETTH E MARTINEZ  04-06
TONY MARTINEZ
15906 CHALLENGER DR
CROSBY, TX 77532

Dc # 18349b57  Date 3/10/09

1223

35-846/1130
04

Pay to the
Order of  LA Princesa                                  $ 61.49

Sixty - One $ 49/100                                   Dollars

WOOD FOREST
NATIONAL BANK

For

⑈13008465⑈ 1223⑈0009380 235⑈  ⑈0000006149⑈



PAY TO THE ORDER OF
"BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
Bar=LA PRINCESA
0068650034850

BANK OF AMERICA, NA DAL
111000025  E5755 99 022
04/01/09

9130766792





13cr628-031925



MIGUEL A. MARTINEZ
4134 HOLBECH LN.
CHANNELVIEW, TX 77530-2417

293

Do 03-04-09

Raquel Garcia    $ 800.00

DOLLARS

WaMu
Washington Mutual Bank

⑆119937776⑈ 308204461⑈0893

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

2742     33179

Bank of America
N.A. 0158
1-800-577-9498
▶11110-0025◀

APR 8



D.L. 0N59N140

**GEORGE E. INIGUEZ**
**ELIZABETH L. INIGUEZ**
12360 RICHMOND AVE APT 825
HOUSTON, TX 77082-2447

502

37-85/1119 2421
1379087461

Pay to the
Order of _La Princa_                     March 21, 09

$ 180 00

_One hundred eighty no/100_ _____ Dollars

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For _Wedding Cake Dep___

⑈111900659⑈  1379087461⑆ 00502  ⑆00000 18000⑆

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058680348500

BANK OF AMERICA, NA DL
111000025  E6518 941003
04/06/09

9430941254



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE  4/14/09
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780
CASH

M-163

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL
ITEMS   SUB TOTAL

LESS CASH

NET
DEPOSIT   $

800.00
300.00

1100.00

⑈540750108⑈ 005865034850⑈ 5⑈0000110000⑈



13cr628-031928

## Bank of America

### Cash In - Debit

HUMBLE

TELLER NO. 008

Tran 00022   04/14/2009   08:28
Entity NTX  CC 0004921 Tlr 00008
Account       005865034850
R/T# 540740134
Cash In                        $800.00

⑆510800004⑆ 7243⑈738008 2⑈        ⑈0000080000⑈







JESSE E. LOPEZ JR.
JANICE M. LOPEZ
4554 VINTER WAY
ELLICOTT CITY, MD 21043

04-99

L-120-368-609-141.

6216

7-163/520 MD
2306

4/6/09
Date

Pay to the order of La Princessa $ 300 00/100

Three-hundred and 00/100 Dollars

Bank of America

ACH R/T 052001633

Memo Jiselle Lopez

Janice M. Lopez

⑆052001633⑆ 003922827973⑈6216 ⑈0000030000⑈

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

2763 4 6 2 3 4

Bank of America
N.A. 03
1-800
▶111000025◀

APR 14

BANK OF AMERICA,NA DAL
111000025 E6766 01 004
04/14/09

Security Features exceed industry standards and include
• The patented Security Weave pattern on the back designed to deter check fraud
• Microprint lines printed on front and back
• The words ORIGINAL DOCUMENT clearly apparent across the back
• Padlock icon visible on front and back

Do not cash if
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains and colored spots appear on both front and back
• The word VOID appears clearly to the right of this message



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

CASH

DATE 4/21/09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL
ITEMS   SUB TOTAL

LESS CASH

NET
DEPOSIT   $

68  50
100.00

168  50

⑈540750108⑈ 0058650348 50⑈        5⑈00000 168 50⑈



Samuel Sahagun, Jr. 02/98          07002342          2972
Ana L. Sahagun                                      88-8357/3130
6903 Terabe
Houston, TX 77928                    4-16-09
                                                    Date

Pay to the    LA PRINCESA Boutique,    $ 100.00
Order of

One hundred                                    Dollars

smart.financial    P.O. Box 920719
CREDIT UNION       Houston, TX 77292-0719
                   Office: (713) 850-1600         • Thoughtful Banking

For

⑆313083578⑆   0000168585500⑈ 2972   ⑉00000 10000⑉

© LIBERTY

BANK OF AMERICA, NA
111000025  E7392 94 893
04/21/89

9430179661

APR 21

Bank of America
N.A.
1-000-525-0369
▼ⅠⅠⅠ000025▲

4381
PAY TO THE ORDER OF
BANK OF AMERICA
HOUST            7015
FOR DL ST ONLY
LA PRINCESA L
0058860304850

13cr628-031932







**Bank of America**

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*

**Bank of America**

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*





13cr628-031935



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 5│7│09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH

CHECKS  352

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET DEPOSIT  $  153.15

153.15

⑈540750108⑈ 0058650348 50⑈ 5⑈00000 15315⑈



CHECKS
LIST SINGLY

TOTAL

CASH COUNT FOR FINANCIAL INSTITUTIONS USE ONLY

ENTER
TOTAL ON
FRONT

$

BANK OF AMERICA, NA DAL
111000025  E5680  02  004
05/07/09

9330701917

Bank of
Tran: 00012   05/07/2009   08:02  NTX
R/T#: 540740134  CC⌐B004921  Tlr 00008
Account  ##########9850
Less Cash             $0.00
Deposit              $153.15

RECORD OF CHECKS FOR DEPOSIT   DOLLARS   CENTS

13cr628-031936



LAURA E. MARTINEZ
OR FAUSTINO MARTINEZ   9-97   20486555
281-860-1019
15132 ELSTREE DR.
CHANNELVIEW, TX 77530-4540

1980

4-28-09

35-2/1130 TX
3780

Date

Pay to the
Order of   La Princessa Boutique   | $ 153.15

One hundred fifty three and 15/100   Dollars

Bank of America

Bank of America Advantage®

ACH R/T 111000025

For

Laura E. Martinez

⑈1130000231⑈ 005770352062⑈ 1980   ⑈0000015315⑈

Harland Clarke

13cr628-031937





13cr628-031938



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780
CASH

DATE _____
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

CHECKS  32-2        40.00

CHECKS OR TOTAL
FROM OTHER SIDE        9.27

TOTAL
ITEMS   SUB TOTAL

LESS CASH

NET
DEPOSIT   $        49.27

⑈540750108⑈  0058650348 50⑈        5⑈0000004927⑈



Bank of America Advantage

LEONARDO C. COTO    05-04
JESSICA D. CONTRERAS
20743 FOX CLIFF LN.
HUMBLE, TX  77338-1451

1536

32-2/1110 TX
5431

6·03·09

Date

Pay
to the order of    La Princesa                              $ 40 00

Forty                                              00/100    Dollars

**Bank of America**

ACH R/T 111000025

Memo    Vestido.

⑆111000025⑆ 004786524563⑈ 1536    ⑇0000004000⑈







DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

| | | |
|---|---|---|
| CASH | | |
| CHECKS | 888.93777 | 800.00 |
| CHECKS OR TOTAL FROM OTHER SIDE | | |
| TOTAL ITEMS / SUB TOTAL | | |
| LESS CASH | | |
| NET DEPOSIT | $ | 800.00 |

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

⑆540750108⑆ 005865034850⑈ 5⑈0000080000⑈

CHECKS LIST SINGLY

RECORD OF CHECKS FOR DEPOSIT DOLLARS CENTS

Bank of America N.A.
1-800 ... 2498

1110000025

ENTER TOTAL ON FRONT $

CASH COUNT FOR FINANCIAL INSTITUTION'S USE ONLY

TOTAL $

Deposit $800.00
Less Cash $0.00
Account ***********4850
R/T# 540740134 CC 0004921
Tran 0011B 07/08/2009
BANK OF AMERICA,NA DAL
111000025 E4931 02 004
JUL 0014 13:11 NTX

933028397

DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE  8/10/09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH         1000.00
88.9377      200.00
32.1575      800.00
88.1542      40.00
020.4987     481.62

CHECKS OR TOTAL
FROM OTHER SIDE

NET DEPOSIT  $  2521.62

⑈540750108⑈ 00586503485 0⑈  5⑊0000252162⑊



Tran 00411   08/10/2009   13:33  NTX
R/TM 540740134    004921 Tlr 00010
Account   x×××××4350
Less Cash                c        $0.00
Deposit                  c    $2,521.62

BANK OF AMERICA NA DAL
111000025  E7974 02 064
08/10/09

13cr628-031945

**Bank of America**     **Cash In - Debit**

HUMBLE

TELLER NO. 010

Tran G0111   08/10/2009   13:33
Entity NTX   CC 0004921 Tlr 00010
Account      005865034850
R/T# 540740134
Cash In                      $1,000.00

⑈510800004⑈ 2335⑈7380108⑈   ⑈0000100000⑈



BANK OF AMERICA,NA DAL
111000025 E7974 SA 004
08/10/09

9330015336

13cr628-031946

JOSE TREVINO *14563.768*
GLORIA TREVINO
802 BECKER
CHANNELVIEW, TX 77530

88-1542 2
1130
1770187

1087

DATE *8-7-09*

PAY TO
THE ORDER OF *La Princesa*                    $ *40.00*

*7 Curty no/100*                                   DOLLARS

**CROSBY STATE BANK**
Established 1913
14100 FM 2100 Road • Crosby, Texas 77532

MEMO _____        *Gloria Trevino*

⑈⠀⠀30⠀⠀5429⑈ 1087⠀⠀770 187⠀      ⠀0000004000⠀

BANK OF AMERICA, NA DAL
111000025  E7974 94 003
08/18/09

93300015337

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650348560





13cr628-031948



**MARIA ROSALES**
1510 SOMERCOTES LN.
CHANNELVIEW, TX  77530-2127

20587896

88-9377/1119
3082172805

1250

Date: 8-5-09

Pay to the
order of  La Princesa                                          $ 200.00

Two hundred dollars and zero cents                      Dollars

WaMu  Washington Mutual Bank
Bellaway and Waldnville FC 8781
1.6.1.1.3 Wallsville Road      800-788-7606
Houston, TX 77049             24 hour Customer Service

Notes  Payment/Bridal

⑉111993776⑉ 3082172805⑈ 1250        ⑈00000 20000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650034850

BANK OF AMERICA.NA DAL
111000025  E7974 94 603
08/18/09

9300015339



SUPPLY PRO INC
1231 HAHLO ST
HOUSTON TX 77020-7339

0070-4989
100 Warehouse-wee

08/07/2009   10784
DATE   CHECK NO.

PAY TO THE
ORDER OF

AGUSTIN CORTEZ
831 CANNA
CHANNELVIEW TX 77530

**$481.62**
AMOUNT

FOUR HUNDRED EIGHTY ONE AND 62/100 ................................ DOLLARS

LONE STAR BANK

*H.K. Fine*
AUTHORIZED SIGNATURE(S)

⑆0000010784⑈ ⑆113025299⑈ ⑆010100251⑈ ⑆00000481621



S 0268522975

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005866034680

BANK OF AMERICA, NA DAL
111000025   E7974 94 083
08/10/09
9330015340

13cr628-031950



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*







DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780

CASH

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

C H E C K S  32-61  200. —
32-1515  800. —

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL ITEMS  SUB TOTAL

LESS CASH

NET DEPOSIT  $  1000.00

⑈540750108⑈ 0058650348 50⑈  5⑈0000100000⑈

Tran 08177 C07/08/2009  07:44 HTX
R/TH 590740134 CC  0004501 Tlr 00017
Account  $ ×××××××4650
Less Cash        $0.00
Deposit          $1,000.00

BANK OF AMERICA, NA DAL
111000025  E7769 62 804
09/08/09

13cr628-031953



R. O. GARCIA, JR.
PATRICIA GARCIA
1006 CHRISTNE ST.   PH. 713-649-6197
HOUSTON, TX  77017

32-61   61
1110
9612420120

5028

9/3/69
Date

Pay to the
order of   LA Princesa                                $ 200.00

Two Hundred                                          Dollars

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

Memo   Puppy                        Patricia Garcia

⑆111000614⑆   9612420120⑈5028   ⑆000020000⑆

SEP - 8 09

Bank of America
N.A. 0¹¹
1-800 523-9498
▼11100025▲

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650034850
3717

BANK OF AMERICA.NA DAL
111000025   E7769 94 003
09/08/09

9330570553





13cr628-031955



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

CASH

DATE 9/22/09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

CHECKS OR TOTAL
FROM OTHER SIDE          470.03

SUB TOTAL

LESS CASH

NET
DEPOSIT          $          470.03

⑆540750108⑆ 0058650348 50⑈          5⑉000004700 3⑉



13cr628-031957

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CRIMINAL NO. H-13-628 |
| HORTENCIA MEDELES-ARGUELLO | § | |
| aka RAQUEL MEDELES GARCIA | § | |
| aka TENCHA | § | |

## UNITED STATES' MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE

The United States respectfully moves this Court to exclude the following evidence and argument from trial as irrelevant and otherwise misleading, unfairly prejudicial, or likely to result in confusion of the issues:

The United States' Attorney Offices is the leader of the Houston Trafficking Rescue Alliance.   This alliance was formed in 2004.   The United States has prosecuted several pimps related to investigations involving sex trafficking.   The sentences these pimps have received are irrelevant and immaterial to the prosecution of this defendant.

### CONCLUSION

The United States respectfully requests that the Court exclude evidence and argument relating to the sentences the pimps may have received from cases involving sex trafficking.

Respectfully Submitted,

KENNETH MAGIDSON
United States Attorney

By:       /s/
RUBEN R. PEREZ
Assistant United States Attorney
Southern District of Texas
(713) 567-9344

/s/_____
JOSEPH MAGLIOLO, JR.
Assistant United States Attorney
(713) 567-9347

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Motion in Limine to Exclude Irrelevant Evidence was electronically served on the defendant's attorney on April 10, 2015.

/s/ Ruben R. Perez
RUBEN R. PEREZ

## CERTIFICATE OF CONFERENCE

The United States conferred with defense counsel prior to the filing of this Motion in Limine to Exclude Irrelevant Evidence and he is opposed to the granting of this Motion in Limine.

/s/ Ruben R. Perez_____
Ruben R. Perez
Assistant United States Attorney



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780
CASH

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

**Bank of America**

ACH R/T 111000025

DELAY TOTAL ITEMS

CHECKS OR TOTAL FROM OTHER SIDE

NET DEPOSIT  $

1000.00

60.00

1060.00

⑆540750108⑆ 005865034850⑈ 5⑆0000106000⑈



# Bank of America

# Cash In - Debit

Printed on Recycled Paper

43-4-290/NSB 1-3000

HUMBLE
TELLER NO. 738005

B6o8-I10 · SRC · 05/04

Tran 0015C   09/29/2009   15:12
Entity NTX   CC 0004521 Tlr 08005
Account        005865034950
R/T# 540730134
Cash In                              $1,000.00

⑆510800004⑆ 0521⑈7380058⑈        ⑈0000100000⑈









ANDREW MEDRANO
MAYRA MARTINEZ
3229 BAYER ST.
LA PORTE, TX 77571-3821

18893981

1309

32-61/1110 1840
1804025351

DATE 9/12/09

PAY TO THE ORDER OF La Princesa Boutique $ 60.00

Sixty dollars 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO Cake

⑆111000614⑆ 1804025351⑈ 1309 ⑈0000006000⑈

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
006865034850

DO NOT WRITE BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Bank of America
N.A. 031
1-800-[illegible]
▶111000025◀

SEP 29 09

BANK OF AMERICA,NA DAL
111000025 E3476 94 [illegible]
09/29/09

The security features listed below, as well as those not listed, exceed industry guidelines

| Security Features | Results of document alteration |
| --- | --- |
| MicroPrint Line | • Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | • Stains or spots may appear with chemical alteration |
| Security Screen | • Absence of "Original Document" verbiage on back of check |

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

DATE 10/13/09

CASH

CHECKS 32.2

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT $ 127.31

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

⑆540750108⑆ 0058650348 50⑈ 5⑈0000012731⑈

127.31



13cr628-031963





Ronald Vasquez SR
16106 Hidden Crest Dr
Houston, TX 77049

TXDL 11184883
(281) 452-2570

296

32-2/1110 TX
4095

10/09/09 date

PAY to the order of

$ 127.31

One hundred twenty seven 31/100 Dollars

Bank of America

ACH R/T 111000025

for Quiter

Ronald Vasquez Sr

⑆111000025⑆ 586005197678⑈0296 ⑈0000012731⑈

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

3146 43782

Bank of America
N.A. 015
1-800 [illegible]
▶111000025◀

OCT 15

BANK OF AMERICA NA DAL
▶111000025 EAHP 01 001
10/13/09

Security features exceed industry standards and include:
...
Do not cash if:
...



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 11/10/09

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH

CHECKS   3261   1000.00
         35.8293   1057.20

CHECKS OR TOTAL   -32.1515   800.00
FROM OTHER SIDE

SUB TOTAL   35.846   8.00

TOTAL ITEMS

LESS CASH

NET DEPOSIT   $   2865.20

⑆540750108⑆ 0058650348 50⑈   5⑈0000286520⑈





**ALLISON P GRAHAM**
**MERYN L BURNETT**
510 SUE ST
HOUSTON, TX 77009

1312

35-846/1130
120

Oct 29, 2009

Pay to the order of  Gracie's Cakes                         $ 8.00

eight 00/100                                                Dollars

**WOODFOREST**
NATIONAL BANK

24 Hour Account Information
1-866-OANY724 (1-866-226-5724)
www.woodforest.com

For                                    Allison P. Graham

⑈⑈⑈⑈3008465⑈:  1312⑈⑈ ⑈⑈20314719⑈                /0000000800/



MARIA A RAMIREZ
1054 HOLBECH LN.
CHANNELVIEW, TX  77530-0000

32-1515/1110

№ 500

RAQUEL GARCIA
1347 Dell Dale
Channelview TX 77530

Date 11-03-09

Pay to the
Order of _____

$ 800 00/xx

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

Maria A Ramirez

⑈1110151591:1010231392437⑈ 0500 ⑈000000800001⑈





13cr628-031968



13cr628-031969





**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 008

Tran 00078   12/02/2007   12:35
Entity NTX  CC 000492: 1lr 00008
Account      005845031950
R/T# 540740134
Cash In                    $3,000.00

⑈510800004⑈ 2272⑈738008 2⑈       ⑈0000300000⑈



MARIA TEJEDA
DBA PAJARITOS ALEGRES
1030 MONTANA ST
SALINAS CA 93905

Date 11/20/09

1074

90-7576/3211

Pay to the Order of RaQuel GaRcia $300.00

Three hundred Dollars

COAST-TEL
FEDERAL CREDIT UNION
Sr Main Street · Salinas, CA 93901
(831) 756-3838

Maria S Tejeda

⑆3211757566⑆ ⑆000009065097⑈ ⑆1074 ⑆⑈0000030000⑉

©2004 LIBERTY ENTERPRISES, INC.

ENDORSE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586503486O

1384 92259

Bank of America
N.A.(CS)
1-877-...-...
▼111000025▲

BANK OF AMERICA, NA DAL
111000025  E2418 94 003
12/82/09

9430028648

13cr628-031972





13cr628-031973



**Bank of America**                                    **Cash In - Debit**

HUMBLE

TELLER NO. 010

Tran 00052    12/15/2009    09:12
Entity NTX  CC 0004921 Tlr 00010
Account        005965034850
R/TN 540740134
Cash In                        $1,000.00

⑈510800004⑈ 3084⑈738010⑈8⑈           ⑈0000100000⑈

BANK OF AMERICA,NA DAL
111000025  E3509 SA 004
             10J 15/09.

9430573316

13cr628-031974

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CRIMINAL NO. H-13-628 |
| HORTENCIA MEDELES-ARGUELLO | § | |
| aka RAQUEL MEDELES GARCIA | § | |
| aka TENCHA | § | |

## UNITED STATES' MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE

The United States respectfully moves this Court to exclude the following evidence and argument from trial as irrelevant and otherwise misleading, unfairly prejudicial, or likely to result in confusion of the issues:

The United States' Attorney Offices is the leader of the Houston Trafficking Rescue Alliance.   This alliance was formed in 2004.   The United States has prosecuted several pimps related to investigations involving sex trafficking.   The sentences these pimps have received are irrelevant and immaterial to the prosecution of this defendant.

CONCLUSION

The United States respectfully requests that the Court exclude evidence and argument relating to the sentences the pimps may have received from cases involving sex trafficking.

Respectfully Submitted,

KENNETH MAGIDSON
United States Attorney

By:    /s/ _____
RUBEN R. PEREZ
Assistant United States Attorney
Southern District of Texas
(713) 567-9344

/s/_____
JOSEPH MAGLIOLO, JR.
Assistant United States Attorney
(713) 567-9347

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Motion in
Limine to Exclude Irrelevant Evidence was electronically served on the defendant's attorney on
April 10, 2015.

/s/ Ruben R. Perez
RUBEN R. PEREZ

## CERTIFICATE OF CONFERENCE

The United States conferred with defense counsel prior to the filing of this Motion in
Limine to Exclude Irrelevant Evidence and he is opposed to the granting of this Motion in
Limine.

/s/ Ruben R. Perez
Ruben R. Perez
Assistant United States Attorney



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH  ✓ 950.00

CHECKS

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT  $  950.00

⑆540750108⑆ 0058650348 50⑈ 5⑈0000095000⑉



CHECKS
LIST SEPARATELY

RECORD OF CHECKS FOR DEPOSIT

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738015

5753688 · SRC · 12/07

Tran 0034   12/29/2009   13:47
Entity NZA  CC 3004921 Tlr 00015
Account      003860034858
R/TH 540740134
Cash In                        $950.00

⑆510800004⑆ 1874⑈738015?⑈      ⑈0000045000⑈

13cr628-031978



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

DATE  1/12/10

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 Tx
3780

CASH

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL ITEMS   SUB TOTAL

LESS CASH

NET DEPOSIT  $

check

800.00

⑆540750108⑆ 0058650348 50⑈   5⑈0000080000⑈



TOTAL

CASH COUNT FOR FINANCIAL INSTITUTION USE ONLY

ENTER TOTAL ON FRONT

CHECKS LIST SMART

RECORD OF CHECKS FOR DEPOSIT

DOLLARS        CENTS

Tran 00041D  01/12/2010  11:44  NTX
R/T# 540740134 CC  0005482 Tlr 00010
Account         005865034850
Less Cash                          $0.00
Deposit                          $800.00

BANK OF AMERICA,NA DAL
111000025  E5769 02 004
01/12/10





13cr628-031980





13cr628-031981

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738010

Tran 00119   02/03/2010   13:30
Entity NTX   CC 0004921 Tlr 00010
Account      005965034850
R/TN 540740134
Cash In                          $900.00

⑁510800004⑁ 1854⑈738010B⑈ ⑈0000090000⑈



13cr628-031982



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780
CASH

C
H
E
C
K
S

DATE

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R.T 111000025

NET
DEPOSIT   $   1000.—

1000.—

1:540750108:  0058650348 50   5 0000 100000



**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738010

Tran 00147   02/08-2010   14:43
Entity MIX  CO 0004911 Tlr 00510
Account        009580931390
R/Tn 540742194
Cash In                        $1,000.00

⑈510800004⑈ 0603⑈7380408⑈        ⑈0000100000⑈



BANK OF AMERICA, NA DAL
111000025  E7692 SA 044
02/08/10

9130865992



DEPOSIT TICKET

35-2/1130 TX
3780

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

| | | |
|---|---|---|
| CASH | — | |
| CHECKS | | 570.00 |
| CHECKS OR TOTAL FROM OTHER SIDE | — | |
| SUB TOTAL | — | |
| LESS CASH | — | |
| NET DEPOSIT | $ | 570.00 |

DATE 2/9

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

TOTAL ITEMS

**Bank of America**

ACH R/T 111000025

⑆540750108⑆ 00586503485O⑈   5⑈0000057000⑈

**Bank of America**

Cashier's Check

No. 4412958

Date **FEBRUARY 08, 2010**

36-1/1140
NTX

Banking Center: **EAST HOUSTON**

0003780  00003  004412958

**ALMA D GONZALEZ**
Remitter (Purchased By)

$**570.00**

Pay **FIVE HUNDRED SEVENTY DOLLARS AND 00 CENTS**

To The Order Of  **LAS PRINCESAS BOUTIQUE**

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

⑈4412958⑈ ⑆111400001⑈ 001641003755⑈     ⑆000005 7000⑈

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK     THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■





950.00

950.00



**Bank of America**                                    **Cash In - Debit**

HUMBLE

TELLER NO. 738010

Tran 00109    03/01/2010    12:13
Entity NTX  CC 0004921 Tlr 00010
Account        005965034850
R/T# 540740134
Cash In                        $950.00

⑆510800004⑆ 4720⑈738010B⑈    ⑈0000095000⑈



913061477B



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780
CASH

1950.00

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

C
H
E
C
K
S

DELAY TOTAL
ITEMS

CHECKS OR TOTAL
FROM OTHER SIDE

**Bank of America**

ACH RLT 111000025

NET
DEPOSIT    $    1950.00

⑆540750108⑆ 005865034850⑈    5⑆0000195000⑈



**Bank of America** 

## Cash In - Debit

HUMBLE

TELLER NO 738017

792431 - SAC - 09 08

Trar 00033    03/30/2010    09:28
Entity HTX  CC 0004921  Tlr 00017
Account        005865034950
R/T# 540740134
Cash In                              $1,950.00

⑆510800004⑆ 3151⑈738017 3⑈     ⑇0000195000⑇

BANK OF AMERICA.NA DAL
111000025  E 441 5A BOA
03/30/10

9130060467



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

CASH          1000.00

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

TOTAL
ITEMS

SUB TOTAL

**Bank of America**

LESS CASH

ACH R/T 111000025

NET
DEPOSIT     $     1000.00

⑆540750108⑆ 0058650348 50⑆     5⑆0000 100000⑈



13cr628-031991

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738011

Tran 0016S   04/07/2010   14:58
Entity NTX   CC 0001921 Tlr 00011
Account        005865034950
R/TN 540740134
Cash In                          $1,000.00

⑆510800004⑆ 8010⑈738011 6⑈   ⑉0000100000⑉

BANK OF AMERICA, NA DAL
11N00025  E5999 3A 001
04/07/10
9330252029

13cr628-031992





13cr628-031993

**Bank of America** 

**Cash In - Debit**

HUMBLE

TELLER NO. 738011

Tran 09154   04/14/2010   15:57
Entit, NTX  CC 004421 Tlr 60011
Account       005620034610
R/TN 500740131
Cash In                    $2,000.00

⑆510800004⑆ 8089⑈ 738011 6⑈          ⑆0000 200000⑆



BANK OF AMERICA,NA DAL
▶111000254 E6422 SA 664
         04/14/10

9430916001



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 5/4/10

35-2/1130 TX
3780
CASH

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT $

*1000.*

Bank of America

ACH R/T 111000025

⑆540750108⑈ 005865034850⑉ 5⑈0000100000⑉



Tran 00132 05/04/2010 02:53 NTX
R/TH 54071134 CC 0004921 Tlr 06008
Account *****4850
Less Cash $0.00
Deposit $1,000.00

9130406969

13cr628-031995

**Bank of America** ⧫⧫⧫

**Cash In - Debit**

43-14-2003D 12-2008

HUMBLE

TELLER NO. 008

Tran 00132   05/04/2010   12:52
Entity NTX  CC 0004921 Tlr 00008
Account      005865034953
R/TN 540749134
Cash In                    $1,000.00

⑆510800004⑆ 4922⑈738008 2⑈      ⑈0000100000⑈



BANK OF AMERICA, NA DAL
111000025  E7667 SA 004
05/04/19
9130406970



**Bank of America**

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*

**Bank of America**

There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*





13cr628-031998



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST,
HOUSTON, TX 77015

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R.T 111000025

25-2/1130 TX
1130

CASH

900.─

CHECKS 32.1515    49.78

32.1575    126.13

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT   $   1075.91

⑈540750108⑈ 00586503485011    5⑈0000107591⑈'



13cr628-031999

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 008

| | |
|---|---|
| Tran 00059 | 06/03/2010 | 09:53 |
| Entity NTX | CC 0004921 Tlr 00008 |
| Account | 005845034850 |
| R/TN 543740134 |
| Cash In | $900.00 |

⑁⑁510800004⑁ 2663⑁ 738008 2⑁ ⑁0000090000⑁





**EUFEMIA I MEDINA CANTU**
1116 LUZON ST.
HOUSTON, TX 77015

832-528-00-89
32-1512/1110

07200852

1027

Date

Pay to the
order of

$

Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

For

⑆1110151591⑆ 10102606168541⑈ 1027 ⑆00000126131⑈











13cr628-032003



282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   **MONEY ORDER**   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

9407002961

Date 06/01/2010

Pay To The Order Of   DILIA GARCIA   $ ***********650.00***

Pay   SIX HUNDRED FIFTY DOLLARS AND 00 CENTS

PEGGY CONNALLY

SENDER
403-A ELSBETH ST.   77530

NOT VALID FOR MORE THAN $1000.00

MEMO  6/1/10  JUNE RENT

ADDRESS
JPMorgan Chase Bank, N.A.
Columbus, OH

⑆9407002961⑆ ⑉044000037⑉ 758661243⑆   ⑈0000065000⑇

28802646











DEPOSIT TICKET

35-2/1130 TX
3780

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

CASH

C
H
E
C
K
S

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

TOTAL
FROM

SUB TOTAL

**Bank of America**

LESS CASH

ACH R/T 111000025

NET
DEPOSIT     $     1450.79

⑈540750108⑈ 005865034850⑈ 5⑈0000145079⑈





13cr628-032008



CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■ WATERMARK ON BACK. HOLD AT ANGLE TO VIEW WHEN CHECKING ENDORSEMENT. ■

**RON CRAFT**
CHEVROLET · CADILLAC

Ron Craft Chevrolet - Cadillac
4114 I-10 East
Baytown, TX 77521
(281) 421-3800

Bank of America

93647

093647
66-798
531

| DATE | PAY THIS AMOUNT | AMOUNT OF CHECK |
|------|-----------------|-----------------|
| 25MAY10 | * * * * * * * * * 68 DOLLARS 50 CENTS | * * * * * * * * 68.50 |

75006

TO
THE
ORDER
OF

RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530-2203

BY

BY

AUTHORIZED SIGNATURE

⑈093647⑈ ⑆053107989⑆ 00048015329 2⑈ ⑈0000006850⑈



BANK OF AMERICA, NA DAL
111000025 E6890 15 004
06/22/10
9130680611

13cr628-032009

THIS CHECK IS PRINTED ON A COLORED BACKGROUND WITH MICROPRINTING IN THE SIGNATURE LINES

VANDERBILT MORTGAGE & FIN., INC
P.O. BOX 9800
MARYVILLE, TN 37802
800 970-7250

SUNTRUST
SunTrust Bank, East Tennessee NA
SunTrust Bank, Northwest Georgia, N.A.

CHECK NO.

**1500337**

CHECK DATE

64-79/611

6/15/10

CHECK AMOUNT

PAY

One Thousand Three Hundred Forty-six And 29/100 Dollar

***********1346.29

VOID AFTER 180 DAYS

TO THE
ORDER
OF

RAMON FLORES************************************
1347 DELL DALE AVE
CHANNELVIEW    TX   77530-2203

TWO SIGNATURES REQUIRED ON AMOUNTS OF $100 000 AND ABOVE

⑈0001500337⑈ ⑆061100790⑆ 319500000 82⑈

⑈000013462 9⑈

BANK OF AMERICA, NA DAL
111000025  E 6896 94 003
06/22/10
9130680612

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
00686503 4650
LA PRINCESA

13cr628-032010



Ron Craft Chevrolet · Cadillac
4114 I-10 East
Baytown, TX 77521
(281) 421-3800

Bank of America

93477

093477
66-798
531

| DATE | PAY THIS AMOUNT | | | AMOUNT OF CHECK |
|------|-----------------|--|--|-----------------|
| 13MAY10 | **********18 | DOLLARS | 00 CENTS | ********18.00 |

B4114

TO THE ORDER OF

RAQUEL M GARCIA
1347 DELL DALE ST
CHANNELVIEW TX 77530

BY

BY
AUTHORIZED SIGNATURE

⑆093477⑆ ⑈053107989⑈ 000480153292⑈ ⑇0000001800⑇



PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005805034850

BANK OF AMERICA, NA DAL
11X000025 E4890 15 004
06/22/10
9130680613

13cr628-032011



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

CASH

CHECKS   22.1515                800.—

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

CHECKS OR TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET DEPOSIT   $   800.—

�semicolon540750108semicolon: 0058650348 50⑉      5⑉0000080000⑉



TOTAL

CHECKS
LIST SINGLY

Tran 00121   07/13/2010   11:35   HTX
R/TM 540740134 CC  0004921Hlr 00017
Account        ********4850

BANK OF AMERICA,NA DAL
111000025   E6137 02 004
87/13/18

Less Cash        $0.00
Deposit          $800.00

.91307680032





13cr628-032013



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780

CASH

C H E C K S

DATE

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

**Bank of America**

LESS CASH

NET
DEPOSIT  $

ACH R/T 111000025

⑈540750108⑈  00586503485⑈  5⑈0000300000⑈



**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO. 738009

3248536 - SRC - 0506

Tran 00221   08/02/2010   12:17
Entity NTX  CC 0004921 Tlr 00009
Account          005865934850
R/TW 540740134
Cash In                        $3,000.00

⑈510800004⑈ 3912⑈7380090⑈          ⑈0000300000⑈

BANK OF AMERICA-NA DAL
111000025  E7349 SA 064
08/02/10

9130079252





13cr628-032016





MARIA A RAMIREZ
1054 HOLBECH LN.
CHANNELVIEW, TX 77530-0000

640

32-1515/1110

Date 08-07-10

Pay to the order of La Princesa $ 800.00

Ochocientos Dlrs 00/00 Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

For ______ Maria A. Ramirez

⑆111015159⑆ 1010231392437⑈ 0640 ⑈0000080000⑈

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

8568 51954

Bank of America
N.A. 047
1-800 5[illegible]-9428
▶111000025◀

AUG 10

BANK OF AMERICA NA DAL
111000025 E7887 94 [illegible]
08/18/10

The security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features | Results of document alteration |
| --- | --- |
| MicroPrint Line | [illegible] |
| Chemically Sensitive Paper | Stains or spots may appear with chemical alteration |
| Security Screen | Absence of Original Document verbiage on back of check |

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

**Bank of America**

Date / Fecha 8/21/10

Name
Nombre R A Ruel Garcia
Address
Dirección 1347 Dell Dale
Channelview TX 77530

Telephone No.
Nº de teléfono (

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
Se requiere identificación apropiada al usar este documento.

For TX Use Only  43-14-30745  05-2008  91-00000-1

Account Number / Número de cuenta
0 0 5 8 6 5 0 3 4 8 5 0

⑆540740134⑆   0058650348 50⑈   5⑈0000 200000⑉

**Checking / Savings Deposit**
Depósito de Cuenta de Cheques / Ahorros

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

| | |
|---|---|
| Cash / Efectivo | 90000 0 |
| Currency / Billetes | |
| Coin / Monedas | |
| Checks / Cheques | |
| | |
| | |
| | |
| Sub Total | |

Less Cash Received

Tran .00098- .08/23/2010   11:08  MTX
R/T# 540740134  C$-.0007482-0001 00685
Account  ****8844850 Depósito
Less Cash                 $0.00
Deposit                   $2,000.00

13cr628-032018

**Bank of America**

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733006

7010 "B" - SRC - 09 06

Tran 00098    08/23/2010    11:08
Entity NTX  CC 0005482 Tlr 00006
Account        005865034850
R/T# 540740134
Cash In                        $2,000.00

⑈510800004⑈ 3191⑈733006⑈          ⑈0000200000⑈



BANK OF AMERICA, NA DAL
111000025  E2540 SA 004
08/23/10

9330173672

13cr628-032019

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

DATE 9/2/2010

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

| | |
|---|---|
| CASH | ✓ 900.00 |
| CHECKS 253 | 750.00 |
| CHECKS OR TOTAL FROM OTHER SIDE | . |
| TOTAL ITEMS / SUB TOTAL | . |
| LESS CASH | . |
| NET DEPOSIT $ | 1650.00 |

⑆540750108⑆ 005865034850⑈ 5⑈0000165000⑈

CHECKS LIST SINGLY — RECORD OF CHECKS FOR DEPOSIT — DOLLARS — CENTS

ENTER TOTAL ON FRONT $

CASH COUNT FOR FINANCIAL INSTITUTION'S USE ONLY

TOTAL $

SEP
Deposit $1,650.00
Less Cash $0.00
Account 005865034850
R/TN 540740134 CC 000402
Tran 000950 09/02/2010
TIF 0m1D 12:55 HTX
BANK OF AMERICA,NA DAL
111000025 E3124 0204
09/02/10
933046829

Bank of America
▼111000025▲

**Perez, Ruben (USATXS)**

| | |
|---|---|
| **From:** | DCECF_LiveDB@txs.uscourts.gov |
| **Sent:** | Thursday, April 09, 2015 10:20 AM |
| **To:** | DC_Notices@txs.uscourts.gov |
| **Subject:** | Activity in Case 4:05-cr-00371 USA v. Salazar et al Order to Continue - Interest of Justice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 4/9/2015 at 10:19 AM CDT and filed on 4/8/2015

| | |
|---|---|
| **Case Name:** | USA v. Salazar et al |
| **Case Number:** | 4:05-cr-00371 |
| **Filer:** | |
| **Document Number:** | 220 |

**Docket Text:**
ORDER TO CONTINUE - Interest of Justice as to Gerardo Salazar granting [219] Unopposed MOTION to Continue Pretrial and Trial. (Proposed Voir Dire due by 7/1/2015., Pretrial Conference set for 7/6/2015 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore., Jury Trial set for 7/13/2015 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore) (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4)

**4:05-cr-00371-1 Notice has been electronically mailed to:**

Financial Litigation     flu.usatxs-@usdoj.gov

US Marshal - H     hcourtoperations@usms.doj.gov

Adrian Almaguer     adrianalmaguer@prodigy.net

Cornel A Williams     willassoc@aol.com, DebraSec@aol.com

David Adler     davidadler1@hotmail.com, sue.jana@gmail.com

1

13cr628-032021

Gerardo S Montalvo     montalvolaw@sbcglobal.net, gsm@montalvolawfirm.com

James L Turner     jim.turner@usdoj.gov, catrina.johnson@usdoj.gov, rachel.herring@usdoj.gov,
usatxs.appellate@usdoj.gov

Joe A Salinas , III     jas3lawtx@aol.com

Lourdes Rodriguez     lourdes.atty@sbcglobal.net

Mario Rojas Madrid     mmadrid@mariomadridlaw.com

Ruben R Perez     Ruben.Perez2@usdoj.gov, lolita.pouncy@usdoj.gov, tracy.carter@usdoj.gov

**4:05-cr-00371-1 Notice has not been electronically mailed to:**

US Pretrial Svcs - H
515 Rusk
6th Floor
Houston, TX 77002

US Probation - H
515 Rusk
2nd Floor
Houston, TX 77002

Angel Moreno Salazar(Terminated)
In Custody

Houston Interpreter
U S District Court
515 Rusk
Houston, TX 77002

Ivan Salazar(Terminated)
Fugitive

Jose Luis Moreno Salazar(Terminated)
In Custody

Juan Carlos Salazar(Terminated)
In Custody

Salvador Fernando Molina Garcia(Terminated)
In Custody

The following document(s) are associated with this transaction:

13cr628-032022

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=4/9/2015] [FileNumber=21285393-0
] [95a78c4a29af050375cd750e212e6ba0716b60350181762c36f57a2b61a539c7b47
f2343bb127071eec8ad432649baf3c7af510e7f34bccc26e2965ce613d8df]]

3

**Bank of America**

**Cash In – Debit**

HUMBLE

TELLER NO. 738010

Tran 00095    09/02/2010    12:55
Entity NTX  CC 0004921 Tlr 00010
Account         00586S034950
R/TH 540740134
Cash In                                $900.00

⑆510800004⑆ 8⑈09⑈738010⑆        ⑈0000090000⑇



13cr628-032024





282111107 NEW 01/08 8610004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

**MONEY ORDER**

9480706953 25-3/440

Date 08/02/2010

Pay To The Order Of DILIA DIAZ

$ ************750.00***

Pay SEVEN HUNDRED FIFTY DOLLARS AND 00 CENTS

PEGGY CONNALLY
SENDER

402-A ELSBETH ST. 77530
ADDRESS

JPMorgan Chase Bank, N.A.
Columbus, OH

NOT VALID FOR MORE THAN $1000.00

MEMO AUG. RENT + $100. DEP.
BAL $200 DEP

⑈9480706953⑈ ⑆044000037⑆ 758661243⑈ ⑈0000075000⑈

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

X Dilia Diaz

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

...R OF
...CA
.../015
...ONLY
LA PRINCESA
005865034850

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850
Bank of America
N.A. ...
1-...
▶111000025◀

SEP -2 ...

BANK OF AMERICA,NA DAL
111000025 E3124 94 093
09/02/10

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT:
JPMORGAN CHASE BANK, N.A.
1-866-593-0956

Security features on this document include a Micro-Print Endorsement Line, Watermark and Visible Fibers. Absence of these features may indicate alteration. Padlock design is a certification mark of Check Payment Systems Association.

31918666

DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 9/7/10

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH

CHECKS 25.31

CHECKS OR TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET DEPOSIT $    750.00

750.00

1:540750108: 0058650348 50" 5"0000075000"





HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE** ⬡

MONEY ORDER

9407003575

Date 09/03/2010

Pay To The
Order Of   *Delia Diaz*

$ ***********750.00***

Pay   SEVEN HUNDRED FIFTY DOLLARS AND 00 CENTS

*David L. Evans*

NOT VALID FOR MORE THAN $1000.00 $ *100 ∞*

MEMO *Sept Rent + deposit*

SENDER
*403 A Elsbeth Street*

ADDRESS:
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈"9407003575"⑈ ⑆044000037⑆ 758661243⑈   ⑈000000750000⑈









ID. 17737614

**SERGIO FLORES**
**ALMA D FLORES**
7408 EL PASO ST
HOUSTON, TX 77020-5513

139

37-65/1119 2452
2375461312

09-04-10                    Date

Pay to the
Order of    La Princesa                        | $ 100.00

One hundred    1100.                    Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For

⑆111900659⑆ 237546131 2⑈ 00139 ⑈00000100000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005065034850

SEP 17 00

BANK OF AMERICA, NA DAL
111000025 E3886 94 B05
09/13/12

9430228857





13cr628-032030

**Bank of America**

Name / Nombre: _La Juncera_

Date / Fecha: _9-20-10_

Address / Dirección: _727 Freeport_

_Houston Tx   77015_

Telephone No. / Nº de teléfono ( )

Sign here if cash received
Firme aquí si recibes efectivo _____
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

Account Number / Número de cuenta: _5865034850_

**Checking / Savings Deposit**
**Depósito**

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

| | Cash / Efectivo | |
|---|---|---|
| Currency / Billetes | | |
| Coin / Monedas | | |
| Checks / Cheques | | 50.00 |
| | | |
| Sub Total | | |
| Less Cash Received / Menos efectivo recibido | | |
| Total Deposit / Total de depósito | | |

$ _50.00_

⑈540740134⑈   5865034850⑈   5⑈0000005000⑉

$ _50.00_

Account 005865034850
Tran 003420  09/20/2010  13:53  MTX
R/TN 54074013A CC 0004921 TLR 0004
09/20/10

9030508758

* BANK OF AMERICA,NA 041
11⋯025  E4061 02 004
09/20/10





**Bank of America**

Date / Fecha 9·29·10

Name / Nombre La Princesa

Address / Dirección 1509 Dell Dale St.

Channelview TX 77530

Telephone No. / Nº de telefono

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

586 50 348 50

Account Number / Número de cuenta

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

Cash / Efectivo ... 2800 00
Currency · Billetes
Coin · Monedas

Checks / Cheques

Sub Total

Less Cash Received
Menos efectivo recibido

Total Deposit / Total de depósito

$ 2800.00

⑆540740134⑆   586 50 348 50⑈   5⑉0000 280000⑉

BANK OF AMERICA,NA DAL
111006625   E4578 02 804
09/29/10

9330101871

Tran 00100   09/29/2010   12:56 NTX
B/TR 54074134 CC 0005482 TLC 00005
Account   ××××××××4850
Less Cash
[Dep]osit   $0,00
[Tot]al On The Front Of This Ticket   $2,800,00

$

Bank of America
M.A. 043
1-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
▼1110000025 ▲

SEP 29 ...

1834   1259

BANK OF AMERICA,NA DAL
Anote este total al frente de este formulario

**Bank of America**

**Cash In - Debit**

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733005

7010784 - SRU - 09-08

Tran 00100    09/29/2010    12:56
Entity NTX   CC 0005482 Tlr 00005
Account          005865034850
R/TW 540740134
Cash In                        $2,800.00

⑈510800004⑈ 2013⑈ 7330053⑈          ⑈0000 280000⑈

BANK OF AMERICA, NA DAL
111000025 E6578 SA 004
09/29/10
9330101072

Bank of America
N.A 013
1-800-227-7498
111000025

4834   12560



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 10/5/2010

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH

CHECKS  35·846
        37·65

CHECKS OR TOTAL  64.79
FROM OTHER SIDE

NET
DEPOSIT  $

1:540750108i: 0058650348 50ii      5ii0000339101ii

1500.—
119.02
1057 21
714.78

3391.01



CHECKS
LIST SINGLY

BANK OF AMERICA, NA DAL
111000025   E5026 02 004
10/06/10

9130252071

Tran 00006D   10/06/2010   16:41   NTX
R/TN 540740134 CC 0904921 Tlr 00010
Account # 005865834850
Less Cash                    $0.00
Deposit              5     $3,391.01

13cr628-032035

**Bank of America** 

### Cash In - Debit

HUMBLE

TELLER NO. 738010

Tran 00006   10/06/2010   16:40
Entity HTX   CC 0004921 Tlr 00010
Account   005865034850
R/TN 540740134
Cash In                          $1,500.00

⑈510800004⑈ 0⑈1⑈⑈738010⑈⑈      ⑈0000150000⑈

BANK OF AMERICA, NA DAL
111000025  E5026 SA 004
10/06/10

9130252072



PUREZA PUGA   TDL # 12741460                    2693
12910 COOPERS HAWK DR   281-225-4910
HOUSTON, TX 77044

9/29/10

$ 119.02

Pay to the order of   To Princesa

One Hundred nineteen and

WOODFOREST
NATIONAL BANK

⑈1130084651⑈ 2693⑈ 1004317366⑈  ⑈000081190 2⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058065034850

BANK OF AMERICA,NA DAL
111000025  E5026 94,805
10/06/10

ROSA DELIA PINTO
7306 THUROW ST
HOUSTON, TX 77087-3721

102

37-66/1119 2452
2705472369

10-2-10

Pay to the
Order of ___ Raquel Garcia ___ | $ 1057.21

Ten Hundred Fifty Seven ___ 21/100 ___ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For Pay 453 Telephone Rd

⑆111900659⑆ 2705472369⑈ 00102 000010572⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
0058650348S0
LA PRINCESA

BANK OF AMERICA, NA DAL
111000025  E5026 94 895
10/06/10

9130252074

13cr628-032038



CHECK NO. 1553131   FOR QUESTIONS CALL 800 970 7250    PLEASE DETACH BEFORE DEPOSITING

THIS CHECK IS PRINTED ON A COLORED BACKGROUND WITH MICROPRINTING IN THE SIGNATURE LINES

VANDERBILT MORTGAGE & FIN., INC
P.O. BOX 9800
MARYVILLE, TN 37802
800 970-7250

CHECK NO. **1553131**

SunTrust
SunTrust Bank, East Tennessee or
SunTrust Bank, Northwest Georgia, N.A.

CHECK DATE   9/16/10
64-79/611

CHECK AMOUNT
**********714.78

PAY
Seven Hundred Fourteen And 78/100 Dollar

TO THE
ORDER
OF

RAMON FLORES*****************************************
1347 DELL DALE ST
CHANNELVIEW   TX   77530-2203

VOID AFTER 180 DAYS

TWO SIGNATURES REQUIRED ON AMOUNTS OF $100,000 AND ABOVE

⑈0001553131⑈ ⑆061100790⑈ 3195000082⑈

⑈00000714.78⑈

BANK OF AMERICA.NA DAL
111000025  E5026 94 005
10/06/10
9130252075

PAY TO THE ORDER OF
BANK OF AMERICA
HOUS...7015
FORT...
LA PFinNCESA
005865034850
ONLY

13cr628-032039





1

DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

DATE ____________
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

| | | |
|---|---|---|
| CASH | — | |
| CHECKS | 253 | 750.00 |
| | 35-2 | 800.00 |
| CHECKS OR TOTAL FROM OTHER SIDE | — | |
| NET DEPOSIT | $ | 1550.00 |

DELAY TOTAL ITEMS

Bank of America

ACH R/T 111000025

⑆540750108⑆ 005865034850⑈ 5⑈0000155000⑈

CHECKS LIST SINGLY

RECORD OF CHECKS FOR DEPOSIT

DOLLARS CENTS

ENTER TOTAL ON FRONT $

CASH COUNT FOR FINANCIAL INSTITUTION'S USE ONLY

TOTAL $

Deposit $1,550.00
Less Cash $0.00
Account *********4850
R/T# 540740134 CC 000492 TL# D0009
10/12/2010 15:04 NTX
BANK OF AMERICA NA DAL
111000025 E5323 02 004
10/12/10
9130680142

REYNALDO RAMIREZ   09-08
281-779-3732
1054 HOLBECH LN.
CHANNELVIEW, TX 77530-2421

545

35-2/1130 TX
4095

10 - 06 - 10

Pay To The
Order of    LA PRINCESA                    $ 800.⁰⁰

Ochocientos Oros 00/oz

Bank of America

ACH R/T 111000025

Reynaldo Ramirez

⑈1130000 23⑈ 5860 128 18487⑈ 0545   ⑈0000080000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586503485O

Bank of America

BANK OF AMERICA, NA DAL
111000025   E5323 01 601
10/12/10
9130680144

**Bank of America**

Date / Fecha 10-1-15

Name
Nombre La Princesa

Address
Direccion 727 Freeport St

Houston TX 77015

Telephone No.
Nº de teléfono (

Sign here if cash received
Firma aqui si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

For TX Use Only   43-14-3025   05-2016   80-2/1

Checking Account Deposit
Depósito a cuenta de cheques

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

| | Cash / Efectivo | |
|---|---|---|
| Currency / Billetes | | |
| Coin / Monedas | | |
| Checks / Cheques | | |
| | | |
| Sub Total | | |
| Less Cash Received / Menos efectivo recibido | | |
| Total Deposit / Total de depósito | | |

00586503 4850

Account Number / Número de cuenta

$ 1500.00

⑆540740134⑆   0058650348 50⑈   5⑈0000150000⑈

9330682968

13cr628-032043

# Bank of America

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO  733012

7010833 - SRC - 09 08

| Tran 00009 | 11/02/2010 | 16:19 |
| Entity NTX | CC 0005082 | Tlr 00012 |
| Account | 005865034850 | |
| R/TN 540740134 | | |
| Cash In | | $1,500.00 |

⑆510800004⑆ 2490⑈733012 9⑈       ⑈0000150000⑈



BANK OF AMERICA,NA DAL
111000025  E6645 5A 044
11/02/10

9330682969

13cr628-032044



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*



There is no copy available of the deposit slip you requested.
*Please reference above information about your deposit.*

**VICTORIA RAMIREZ**
822 KNOBHOLLOW ST
CHANNELVIEW, TX 77530

1152

88-8939/3131

11·05·10   DATE

PAY TO THE
ORDER OF   *LA Princesa*   $ 300.00

Three hundred dollars 00/100   DOLLARS

**AMOCO**
FEDERAL CREDIT UNION

P.O. Box 589
Texas City, TX
77592-0889

FOR rent   *Victoria Ramirez*

⑆313189391⑆   0851381020⑈01152   ⑇000003000000⑈

Harland Clarke

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650034860

BANK OF AMERICA, NA DAL
▶111000025◀ E6921 94 955
11/09/10

9430364054







FERNANDO SALAS
5420 WADE RD 713-423-4167
BAYTOWN, TX 77521

713-418-9000

1128
88-8939/3131

11-26-2010 DATE

PAY TO THE ORDER OF LA Princesa $ 300.00

Three Hundred dollars 00/100 DOLLARS

AMOCO FEDERAL CREDIT UNION

FOR House P. Rent

⑆313189391⑆ 085072102O⑈ 1128 ⑈0000030000⑈

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT SIGN ... BELOW THIS LINE

BANK OF AMERICA,NA DAL
11/09/10

The following security features (and others not listed) exceed industry standards:

| Security Features | Document appearance if altered |
| --- | --- |
| Security Screen | Absence of simulation of "Original Document" screen on back of check |
| Microprint Signature Line | Absence of tiny words or dotted line appear in signature line |
| Chemical Sensitivity | Colored stains or spots appear with chemical alteration |
| Padlock Icon | Absence of padlock icon |

Padlock design is a certification mark of Check Payment Systems Association

CHASE 〇

MONEY ORDER

9407003946

Date 11/02/2010

Pay To The Order Of  DELIA DIAZ

$ ***********650.00***

Pay  SIX HUNDRED FIFTY DOLLARS AND 00 CENTS

SENDER  PEGGY CONNALLY

NOT VALID FOR MORE THAN $1000.00

ADDRESS  403A ELSBETH ST. CHANNELVIEW, TX 77530

MEMO NOV, 2010 RENT.

JPMorgan Chase Bank, N.A.
Columbus, OH

⑆9407003946⑆ ⑉044000037⑉ 758661243⑈            ⑈0000065000⑈



13cr628-032048





13cr628-032049



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

AGM R/T 111000025

35-2/1130 TX
3780

CASH

C
H
E
C
K
S

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT   $

2000. —
100.00
800.00
115.00

3015.00

⑆540750108⑆ 005865034850⑈ 5⑈000030■500⑈



**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738016

Tran 00005   11/19/2010   16:40
Entity NTX  CC 0004921 11r 0B016
Account      005865034953
R/T# 540740134
Cash In                    $2,000.00

⑆510800004⑆ 6495⑈738016 5⑈      ⑈0000 200000⑈

BANK OF AMERICA,NA DAL
119000025  E7517 5A 004
11/19/10

9430686019



**MARIA A RAMIREZ**
1054 HOLBECH LN.
CHANNELVIEW, TX  77530-0000

32-1515/1110          626

11-08-10

Pay to the order of  *LA PRINCESA*          $ 800 00

*Ochoento Dlrs 00/00*          DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

⑈1110⑆5159⑆10102313924317⑈ 0626 ⑆00000080000⑆



PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
003034850

ERICA, NA DAL
E7517 94 065
11/19/10

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



THIS CHECK IS VOID WITHOUT A BLUE & PURPLE BACKGROUND AND AN ARTIFICIAL WATERMARK CERTIFICATION SEAL ON THE BACK - HOLD AT ANGLE TO VIEW SEAL

Western Union
PO Box 6532
Englewood, Co 80155-6532

WELLS FARGO BANK
Grand Junction - Downtown
Grand Junction, Colorado

CHECK NO.      81 - 0041489352
DATE:                     10/25/2010
M/O#:                 14-166737499
REF#:          102510-47119-15

PAY:      ONE HUNDRED FIFTEEN AND 00/100 DOLLARS

U.S. DOLLARS

**115.00**

To The
Order
Of

RAQUEL GARCIA
PO BOX 1972
CHANNELVIEW, TX 77530

Authorized Signature

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈0167⑈ ⑈102100400⑈ ⑈708100414 89352⑈ ⑈00000 11500⑈



**Bank of America**

Date / Fecha 12-7-2010

Name
Nombre La Princesa
Address
Direccion 727 Freeport St
Houston, TX. 7705
Telephone No
Nº de teléfono (            )
Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
Se requiere identificación apropiada al usar este documento.

5865034850

Account Number   Número de cuenta

Check / Cheque
Deposit / Depósito

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

**CREDITO**

| Cash  Efectivo | Currency  Billetes | 1,000 | 00 |
| | Coin  Monedas | | |
| Checks  Cheques | | | |
| | | | |
| | | | |
| **Sub Total** | | | |
| Less Cash Received | | | |
| Menos efectivo recibido | | | |
| **Total Deposit** | | | |
| **Total de depósito** | | | |

$                     1,000.00

⑆540740134⑆   586 50 348 50⑆   5⑈0000100000⑈



BANK OF AMERICA,NA DAL
111000025  E2958 02 004
12/07/10
9130127036

13cr628-032054

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738017

7929431 - SRC - 09/08

Tran 00046   12/07/2010   10:36
Entity MTX  CC 0004921 Tlr 00017
Account     005865034850
R/T# 540740134
Cash In                    $1,000.00

⑆510800004⑆ 4853⑈738017 3⑈  ⑉0000100000⑉

BANK OF AMERICA.NA DAL
111000025 E2958 50 004
12/07/10

9430127037

13cr628-032055











FERNANDO SALAS
5420 WADE RD 713-423-4167
BAYTOWN, TX 77521

1130
88-8939/3131

DATE 12-03-10

PAY TO THE ORDER OF La Princesa $ 275 00/xx

Two hundred seventhy Five dollars 00/100 DOLLARS

AMOCO FEDERAL CREDIT UNION

FOR

⑆313189391⑆ 085072120⑈ 1130 ⑈0000027500⑈

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

4381

Bank of America
N.A.
1-800-5...-9428
▶111000025◀

DEC 14 10

BANK OF AMERICA, NA DAL
111000025 E3839 94 00
12/14/

The following security features (and others not listed) exceed industry standards

| Security Features | Document appearance if altered |
|---|---|
| Security Screen | • Absence of modification of Original Document screen on back of check |
| Microprint Signature Line | • Absence of tiny words or dotted line appear in signature line |
| Chemical Sensitivity | • Colored stains or spots appear with chemical alteration |
| Padlock | • Absence of padlock icon |

**DAVID L. EVANS**
**PEGGY S. CONNALLY**
8711 PARKWAY FOREST DR. #904
HOUSTON, TX 77044

32-61-1110

3591

12/8/20 10

PAY TO THE
ORDER OF _DELIA DIAZ_ | $ 650 00/xx

_SIX HUNDRED FIFTY DOLLARS & NO/100_ DOLLARS

**JPMORGAN CHASE BANK, N.A.**
DALLAS, TEXAS 75201
WWW.CHASE.COM

FOR _DEC RENT 403A ELSBETH_   Peggy Connally

⑈⑈⑈⑆⑆⑆⑥⑈⑈⑆   ⑧⑤⑥⑥⑥⑥⑆⑆⑧⑆³⑤⑨⑈   ⑆⑥⑥⑥⑥⑥⑤⑥⑥⑥⑆



**VICTORIA RAMIREZ**
822 KNOBHOLLOW ST
CHANNELVIEW, TX 77530

1153
88-8939/3131

12 . 4 . 10
DATE

PAY TO THE
ORDER OF  La Princesa                                    $ 225.00

Two hundred Twenty five 00/100 DOLLARS

AMOCO
FEDERAL CREDIT UNION
all about you

P.O. Box 889
Texas City, Tx
77592-0889

FOR                                      Victoria Ramirez

⑆313189391⑆   08513810 20⑈ 01153   ⑆00000 22500⑆

Horiplot Clarke

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
438 FOR DEPOSIT ONLY
LA PRINCESA
0058650034850

Bank of America
N.A. 55
1-800-5-8498
▼11100.3025▲

BANK OF AMERICA,NA DAL
111000025  E3939 94 665
12/14/10

9030130042







DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 12/27/2010

35-2/1130 TX
3780

CASH    2500.

CHECKS    35.2    800.00

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT    $    330.

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

⑆540750108⑆ 0058650034850⑈ 5⑆0000330000⑆



CHECKS
LIST SINGLY

TOTAL

CASH COUNT FOR FINANCIAL INSTITUTION'S USE ONLY

RECORD OF CHECKS FOR DEPOSIT

DOLLARS    CENTS

12/27/2010 14:35 NY T0001♯ R540740134
Acct# ***********4950 CC 0004921 Tlr 00005

BANK OF AMERICA,NA DAL
111000025 E3769 02 004
12/27/10

Less Cash    $0.00
Total Deposit To CHK    $3,300.00
Credit Pending Posts on    12/27/2010

9330904933

13cr628-032061

**Bank of America**

## Cash In - Debit

HUMBLE

TELLER NO 738005

7929424 - SRC - 04/08

Tran 00010   12/27/2010   14:35
Entity NTX  CC 0004921 Tlr 00005
Account      005865034850
R/TN 540740134
Cash In                      $2,500.00

⑈510800004⑈ 0473⑈7380058⑈        ⑈0000250000⑈

BANK OF AMERICA,NA DAL
111000025  E3709 5A 664
12/27/10

9330904834

13cr628-032062

**REYNALDO RAMIREZ**   09-08

616

281-779-3732
1054 HOLBECH LN.
CHANNELVIEW, TX 77530-2421

35-2/1130 TX
4095

12/15/10

Pay To The Order Of *La Princesa*                                   $ 800 ⁰⁰

*Ochocientos Dllrs*                    *00*

**Bank of America** 🇺🇸

ACH R/T 111000025

*Reynaldo Ramirez*

⑈113000023⑈ 5860128184870616 ⑈0000080000⑈

Harland Clarke

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
Bank0058650034850
P A 025

BANK OF AMERICA, NA DAL
111000025 E3709 01 001,
12/27/10

9330904835



**Bank of America**

Date Fecha 01·07·11

Name
Nombre LA PRINCESA
Address
Dirección 727 FREEPORT ST
HOUSTON TX 77015
Telephone No.
Nº de teléfono ( ) NLA

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

005865034850

Account Number · Número de cuenta

**CREDIT TO**

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

| Cash · Efectivo | | |
|---|---|---|
| Currency · Billetes | $1,500 | 00 |
| Coin · Monedas | | |
| Checks · Cheques | | |
| | | |
| | | |
| | | |
| Sub Total | | |
| Less Cash Received | | |
| Menos efectivo recibido | | |
| Total Deposit | | |
| Total de depósito | | |

$ $1,500.00

⑈540740134⑈  005865034850⑈  5⑈0000150000⑈

13cr628-032064

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738004

3752403 - SRC - 0605

Tran 00215   01/07/2011   15:31
Entity NTX  CC 0004921 Tlr 00004
Account        005865034850
R/TH 540740134
Cash In                                $1,500.00

⑈540800004⑈ 3634⑈738004⑈        ⑈0000150000⑈





**Bank of America**

Date / Fecha  1/10/11

Name
Nombre  La Princesa
Address
Dirección  727 Freeport #2
Houston, TX 77015

Telephone No.
Nº de teléfono (

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
Se requiere identificación apropiada al usar este documento.

Account Number / Número de cuenta
58650348850

Checking / Savings Deposit
Depósito de cuenta de cheques / ahorros

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.
Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

Cash / Efectivo
Currency / Billetes
Coin / Moneda
Checks / Cheques            8-70

Sub Total

Less Cash Received
Acct#
Total de depósito

Less Cash            870    $0.00
Total Deposit To  CHK      $870.00
Credit Pending Posts on    01/10/2011

⑈540740134⑈    58650348850⑈    5⑆000008 7000⑆

BANK OF AMERICA
9330384790

**Bank of America** 

# Proof Difference

Prepared By: _____

Amount

$

⑈534740991⑈ 666700000714б⑈   5⑈000000000 1⑈

BANK OF AMERICA,NA DAL
▶1110000254 E#758 50 004
01/11/11
9330384791

13cr628-032067



**VICTORIA RAMIREZ**
822 KNOBHOLLOW ST
CHANNELVIEW, TX 77530

1154

86-8939/3131

1-06-2011

PAY TO THE ORDER OF  RAQUel GARCIA  $ 210.00

TWo hundred and ten  00/100  DOLLARS

AMOCO
FEDERAL CREDIT UNION
P.O. Box 899
Texas City, TX
77592-0889

FOR Rent

Victoria Ramirez

⑆313189391⑆  085138102011154  ⑈000002 1000⑈

Harland Clarke

DAVID L. EVANS
PEGGY S. CONNALLY
8711 PARKWAY FOREST DR. #904
HOUSTON, TX 77044

3594

32-81-1110

1/4/2011

PAY TO THE
ORDER OF  DELIA DIAZ                    $ 650 00/xx

SIX HUNDRED-FIFTY & NO/100                     DOLLARS

JPMORGAN CHASE BANK, N.A.
DALLAS, TEXAS 75201
WWW.CHASE.COM

FOR  JAN · RENT                        Peggy Connally

⑈111000614⑈   850606328⑈ 3594 ⑈000000650000⑈

ENDORSE HERE

Delia Díaz
La Princesa
# 6654 39331
5665034650

BANK OF AMERICA, NA DAL
>111000025⑈ E8059-94 665⑈
01/11/11
9330384793



# Texas Comptroller of Public Accounts

TREASURY WARRANT NO.

123009726     SEPTEMBER 08, 2010

090710 0001 537 9KF96156 24648722759 000
PAYING AGENCY: 512-458-7215 DEPARTMENT OF STATE HEALTH SERVICES

**123009726**

PAY     TEN DOLLARS AND 01/100     10.01

TO     MARIO SALAS
       316 E TEXAS AVE
       BAYTOWN, TX  77520-5259

VOID AFTER
08/31/2013

⑈304⑈  ⑇114900164⑇     ⑈123009726⑈          ⑇000000100⑈

Susan Combs

---

FEDERAL RESERVE BANK REGULATION CC

Security features on this document include a Micro-Print Signature Line and Security Screen. Absence of these features may indicate alteration.

BANK OF AMERICA,NA DAL
▷111000025◁ E4958 94 005
01/11/11

9300084794

NOTICE: To verify the status of the warrant, call the
Comptroller of Public Accounts' Warrant Status Inquiry
System (WSIS) at (512) 463-5901 or 800-531-5441 EXT 3-5901

ENDORSE ABOVE LINE

La Princesa
#5-0865-03-4804-03 2





13cr628-032071







EMILIANOS SPORTS BAR
7710 E. FREEWAY
HOUSTON, TX 77020

10291

DATE 12/28/10

PAY TO THE ORDER OF   la princesa   $ 214.33

two hundred fourteen 33/100 ———— DOLLARS

Frost
www.frostbank.com

FOR Rentu Hautalis Employees party   12/21/10

⑅010291⑅ ⑈114000093⑈ 320086460⑈ ⑅000021433⑈



13cr628-032073





13cr628-032074

## Bank of America

**Cash In - Debit**

HUMBLE

TELLER NO. 738016

Tran 00137   01/19/2011   15:52
Entity NTX  CC 0001901 11r 00016
Account     005869031850
R/TN 540740134
Cash In                      $1,500.00

⑈510800004⑈ 2344⑈738016 5⑈       ⑈0000150000⑈





**LA PRINCESA**
727 FREEPORT ST
HOUSTON, TX 77015

**Bank of America**
ACH R/T 111000025

$ 3800.00

⑈540750108⑈ 0058650348 50⑈ 5⑈0000380000⑈



**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738017

7929431 - SRC - 09/08

Tran 00393   01/25/2011   11:55
Entity ITX  CC 0004921 Tlr 00-017
Account       C05265034850
R/TH 540010134
Cash In                              $3,800.00

⑆510800004⑆ 0324⑈738017 3⑈        ⑇0000380000⑈

13cr628-032078



**ROY FUENTES**
**MARIA L FUENTES**
4310 TEXANA
BAYTOWN, TX 77523

8143

35-8346/3130-7

1-21-11

DATE

PAY TO THE ORDER OF   La Princesa                          $ 100.00/0

One hundred & 00/100                          DOLLARS

Bluebonnet

FOR Dep.-Kariana                    Maria Fuentes

⑈313083468⑈   0015926041⑈8143 ⑈00000100000⑈

BANK OF AMERICA,NA DAL
111000025 E5876 94 045
01/27/11

9330169897

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586503450



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130  TX
3780
CASH

CHECKS

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL ITEMS   SUB TOTAL

LESS CASH

NET
DEPOSIT   $

⑆540750108⑆ 00586503485 0⑈   5⑆0000⑈20000⑈



CHECKS
LIST SINGLY

CASH COUNT / FOR FINANCIAL INSTITUTIONS USE ONLY.

ENTER
TOTAL ON
FRONT   $

TOTAL

RECORD OF CHECKS FOR DEPOSIT

6070

BANK OF AMERICA, N A DAL
111000025  E6099 02 064
01/31/11

01/31/2011 2319 HTX T00198 D R540740134
Acct# ****  ****850 CC 0004921 Tlr 00003

Less Cash                  $0.00
Total Deposit To  CHK   $2,100.00

**Bank of America** 

## Cash In - Debit

HUMBLE

TELLER NO. 738003

7929435 - S&C - 09/08

Tran 00198   01/31/2011   12:19
Entity NTX  CC 0004921 Tlr 00003
Account         005865034850
R/TN 540740134
Cash In                          $2,100.00

⑆510800004⑆  1985⑈738003 3⑈         ⑆000021000 0⑆

BANK OF AMERICA, NA DAL
111000025  £6999 SA 004
01/31/11

933092195 4





Jesus Or Monica Dominguez
822 Knob Hollow St
Channelview, TX 77530

1042

22-81/1110

Pay to the
Order of _____ | $ 285.00

two hundred twenty five 00/100 _____ Dollars

2.5 20 11

JP Morgan Chase Bank
Dallas, TX 75201

For _Renta_

Monica J. Dominguez

⑆111000061⑆  66 25 11 3 28⑆ 1042  ⑈00000 22500⑈



PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

6017    60093

Bank of America
N.A. 074
1-800-523-9498
T11100002

FEB 17 01

Look for: Micro Print signature line and Check Safe logo on back. If not present, do not cash.

DAVID L. EVANS
PEGGY S. CONNALLY
8711 PARKWAY FOREST DR. #904
HOUSTON, TX 77044

3241-1110

3600

2/2 / 20 11

PAY TO THE
ORDER OF DELIA DIAZ                    $ 650⁰⁰

SIX HUNDRED FIFTY DOLLARS NO/100

JPMORGAN CHASE BANK, N.A.
DALLAS, TEXAS 75201
www.CHASE.COM

FOR $650 RENT 403A ELSBETH        Peggy Connally

⑈:111000614⑈  8506638⑈1600  ⑈000006500⑈



ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

6017    ⁘0094

Bank of America
N.A. 074
1-800-523-9698
▶ 111000021

FEB -7 11

13cr628-032084

LUIS L GARCIA        03-01
OR GUADALUPE M GARCIA
1829 LINCOLN ST   956-546-0424
BROWNSVILLE, TX 78521-3906

1166

Date   2-2-11

Pay to the
Order of   LA PRINCESA Boutique            $ 250 ⁰⁰

Two Hundred Fifty dollars & ⁰⁰/₁₀₀                    Dollars

Tower Advantage Member

CapitalOne Bank

For  DRESS

⑈113302491⑈5378 34 0400 2⑈ 01166 ⑈00000 25000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

6017     60095

Bank of America
N.A. 074
1-800-523-2428
►111000025

FEB -7 11

13cr628-032085



DOCUMENT CONTAINS A PRISMATIC COLORED BACKGROUND. ARTIFICIAL WATERMARK ON BACK. EAGLE ON THE RIGHT WILL DISAPPEAR WHEN RUBBED OR BREATHED ON
P.O. Box 768 • Sulphur Springs, Texas 75483 • (800) 621-8030 • (903) 885-1283

GSC Enterprises, Inc. d/b/a
**FIDELITY**
**E X P R E S S**
*The Total Solution*

INTERNATIONAL MONEY ORDER

298092670  2

PAY THIS AMOUNT
NOT GOOD OVER $500

2980926702                    02/04/2011
**TWO HUNDRED TWENTY-FIVE AND 00/100 DOLLARS **

**225**DOLS**00**CTS

PAY TO THE ORDER OF
Pague a la orden de

PURCHASER'S SIGNATURE *in ink as issued* (Firma de Comprador en Tinta como Expedidor)     PURCHASER'S ADDRESS (Direccion del Comprador)

IS SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

⑆091203557⑈970298092670 2⑈          ⑆000002 2500⑈







DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

35-2/1130 TX
3780

DATE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

CASH
C H E C K S
CHECKS OR TOTAL
FROM OTHER SIDE
SUB TOTAL
LESS CASH
NET
DEPOSIT    $

800 —

800 —

�semt540750108⑆ 0058650348501⑉ 5⑉0000080000⑉





DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780

CASH

800.00

C
H
E
C
K
S

450 00

DATE _____

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

SUB TOTAL

**Bank of America**

LESS CASH

ACH R/T 111000025

NET
DEPOSIT   $   1250.00

⑆540750108⑆ 0058650348 50⑈ 5⑆0000125000⑈

13cr628-032090

**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738016

Tran 00113   02/15/2011    12:47
Entity NTX   CC 0004921 Tlr 00016
Account      005865034850
R/T# 540740134
Cash In                      $800.00

⑆510800004⑆ 048?⑈73806⑈65⑈      ⑈0000080000⑈



VICTORIA RAMIREZ
822 KNOBHOLLOW ST
CHANNELVIEW, TX 77530

1156
88-8939/3131

02-05-16

PAY TO THE
ORDER OF  La Princesa                              $ 450.00

four hundred fifty 8/500/100 DOLLARS

AMOCO
FEDERAL CREDIT UNION
P.O. Box 589
Texas City, TX
77592-0889

FOR renta mia y quique                    Victoria Ramirez

⑈313189391⑈  085138120⑈01156  ⑈0000045000⑈

Harland Clarke

BANK OF AMERICA,NA DAL
111000025  E7975 94 005
02/15/11

9430546395

Bank of America
N.A. CKG
1-800-73 4788
111100025

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586034850

13cr628-032092



DEPOSIT TICKET

RAQUEL M GARCIA SOLE PROP
DBA LA PRINCESA
PO BOX 358
CHANNELVIEW, TX 77530

38-2/1130 TX
3780

DATE 2/24/11

Bank of America

ACH R/T 111090025

CASH —

CHECKS
1237    100.00
2787    300.00

CHECKS OR TOTAL
FROM OTHER SIDE —    300.00

SUB TOTAL —

LESS CASH —

NET DEPOSIT  $   700.00

⑈540750l08⑈ 0058650348 50⑈    5⑊0000070000⑊



CHECKS

02/24/2011 14:32 NTX T00056 D R540740134
Acct# ********4850 CC 0005482 Tlr 00010

BANK OF AMERICA, NA DAL
111090025  E7328 02 664
02/24/11

9300320795

Less Cash                        $0.00
Total Deposit To CHK            $700.00
Credit Pending Posts on    02/24/2011

ADDITIONAL CHECK LISTING SPACE







LEONARDO MARTINEZ
ADELINA MARTINEZ
PH 281-428-7402
503 S. CIRCLE DR.
BAYTOWN, TX 77520

2787

88-7751/3138
2

2-20-11

Date

Pay to the
Order of _La Princesa_ _____ | $ 300.00

Three hundred and 00/xx —————— Dollars

COMMUNITY
RESOURCE
CREDIT UNION
P.O. Box 3181 Baytown, TX 77522
www.crcu.org 800.238.3228

_Adelina Mart_

For _____

⑈313077513⑈: 01 2000000 24651⑈ 2787 ⑈00000 30000⑈



13cr628-032095



Erika Velasco   0810 1490/577   88-228/1130                     1237
1512 Eastway
Galena Park, Tx  77547   4-22-12   date 2/21/11

Pay to the order of   La Prinesa                    | $ 100.00

One hundred dolls a ℃                     dollars

**Capital Bank**
24 HR Banking
Dial 713CAPITAL (227-4825)
713-675-2341
P.O. Box 24337
Houston, TX 77229
www.capitalbanktx.com

susan c.
Komen
for the cure.

memo  Paynt - Ashin III

⑈113002296⑈ 1237⑈403  319  1⑈    ⑆00000100001⑈

CHECKS FOR THE CURE

ENDORSE HERE

La Princesa

0058650349850

BANK OF AMERICA, NA DAL
111000025   E7328 94 665
02/24/11

9330328790

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE : 3/7/2011

35-2/1130 TX
3780

CASH

CHECKS

√ 200.—
68 50
100.00

CHECKS OR TOTAL
FROM OTHER SIDE

TOTAL
ITEMS

SUB TOTAL

LESS CASH

NET
DEPOSIT   $   1368.50

**Bank of America**
ACH R/T 111000025

⑈540750108⑈  0058650348 50⑈    5⑈0000136850⑈



03/07/2011 09:18 NT( T60080   R548740104
Acct#. ##########4650 CD F004F2I Tlr 06010
Less Cash                        $0.00
Total Deposit To  CHK           $1,368.50
Credit Pending Posts on          03/07/2011

BANK OF AMERICA,NA DAL
111000025  E2436 02 004
03/07/11

.9320548720

**Bank of America** ➤➤➤                                    **Cash In - Debit**

HUMBLE

TELLER NO. 738010

Tran 00080   03/07/2011   09:18
Entity NTX  CC 0004921 Tlr 00010
Account        005865034850
R/T# 540740134
Cash In                        $1,200.00

⑆510800004⑆ 2147⑈7380108⑈     ⑉0000120000⑉

BANK OF AMERICA,NA DAL
111000025  E2436 50 004
03/07/11

9330540729

13cr628-032098





CLAUDIA AMERICA CARPIO
JUAN CARLOS CARPIO
3279 COUNTY ROAD 536
ALVIN, TX 77511-6758

1941

11323187

32-61/1110 1847

DATE 2/18/2011

PAY TO THE ORDER OF La princesa $ 1'00

One hundred 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Invitaciones

⑆111000614⑆ 3063085738⑈ 1941 ⑈0000010000⑈

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

BANK OF AMERICA,NA DAL
111000025 E2436 94 905
03/07/11

The security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features | Results of document alteration |
|---|---|
| MicroPrint Line | MP Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | Stains or spots may appear with chemical alteration |
| Security Screen | Absence of "Original Document" verbiage on back of check |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG CC



CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.   WATERMARK ON BACK. HOLD AT ANGLE TO VIEW WHEN CHECKING ENDORSEMENT.

**Ron Craft Chevrolet - Cadillac**
4114 I-10 East
Baytown, TX 77521
(281) 421-3800

Bank of America

098971

98971   66-798
631

| DATE | PAY THIS AMOUNT | | | AMOUNT OF CHECK |
|---|---|---|---|---|
| 19JAN11 | *********68 | DOLLARS | 50  CENTS | ********68.50 |

88458

TO THE ORDER OF

JORGE A LIRA
1347 DELL DALE
CHANNELVIEW TX 77530

BY

BY _____
AUTHORIZED SIGNATURE

⑈098971⑈ ⑆053107989⑆ 0004 80 15329 2⑈       ⑈0000006850⑈

BANK OF AMERICA, NA DAL
111900025  E2436 15 004
03/07/11
9330548731

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005886503486507



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

DATE 3/8/2011

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

35-2/1130 TX
3780

CASH

CHECKS

CHECKS OR TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET DEPOSIT   $

650.00
100.00
25.00
200.00

975.00

⑈540750108⑈ 0058650348 50⑈   5⑈0000097500⑈



DAVID L. EVANS
PEGGY S. CONNALLY
8711 PARKWAY FOREST DR. #904
HOUSTON, TX 77044

32-61-1110

3605

Mar 1 20 11

PAY TO THE
ORDER OF _Delia Diaz_____ $ 650.00

_Six hundred Fifty and NO/100 —_ DOLLARS

JPMORGAN CHASE BANK, N.A.
DALLAS, TEXAS 75201
WWW.CHASE.COM

FOR _March Rent_

_David L. Evans_

⑆111000614⑆   850606328⑆3605   ⑈000006 5000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0844  00506503480 2

Bank of America
N.A. 673
1-800-613-498
▼ 111000025 ▲

MAR -9 11

BANK OF AMERICA, NA 044
111000025  E2528 94  85
03/08/11

9030669028

13cr628-032102



Erika Velasco    0810
1512 Eastway
Galena Park, Tx   77547

88-229/1130

1158

date 3/3/11

Pay to the order of   La Princesa Boutique                              $ 100.00

One hundred dollars and 00/100                                    dollars

**Capital Bank**

24 HR Banking
Dial 713/CAPITAL (227-4825)
713-875-2341
P.O. Box 24337
Houston, TX 77229
www.capitalbanktx.com

susan g
komen
cure.

memo (Deposit - Decorations party)

⑆113002296⑆  1158⑈403  319  1⑈    ⑇00000⑉10000⑈

CHECKS FOR THE CURE



CHANTELL E. GARCIA
ISAURO GARCIA
14548 BROWNSVILLE ST.
HOUSTON, TX 77015-4110

02977485

3011

37-65/1119 2455
2031208701

01-26-011 Date

Pay to the
Order of _La Princesa_                    $ 25.00

_Twenty-five and 00/100_ _____ Dollars

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For _for dep_                    

⑈111900659⑈ 2031208701⑈ 0311   ⑈000000 2500⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

Bank of America
N A C79
1-800-593-9498
▼111003325▲

BANK OF AMERICA, NA DAL
111000025  E2520 94 005
03/08/11

9030669030

02977485

**CHANTELL E. GARCIA**
**ISAURO GARCIA**
14548 BROWNSVILLE ST.
HOUSTON, TX 77015-4110

3017
37-65/1119 2455
2031208701

02-18-11                    Date

Pay to the
Order of _La Princesa_____  | $ 200.00

Two hundred and 00/100 _____ Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
              Texas
              wellsfargo.com

For _Cake payment_                    Chantell

⑈1119006591⑈ 2031208701⑈ 03017  ⑈00000 20000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586503485 0

Bank of America
N.A.
1-800-542-3498
▼111000025▲

BANK OF AMERICA, NA DAL
111000025  E2520 94 05
03/08/11

9030669031



DEPOSIT TICKET

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

35-2/1130 TX
3780

DATE  3/15/2011

DEPOSITS ARE NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

DO NOT USE DEPOSIT TICKET ROUTING & FOR
AUTOMATIC PAYMENTS USE VOIDED CHECK

CASH
C H E C K S  1.45

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT $

900.
835.00
.
.
.
.
1735.00

⑇540750108⑇ 005865034850⑈ 5⑈0000173500⑈



CHECKS
LIST SEPARATELY

THIS TOTAL
MUST BE
ENTERED ON
OTHER SIDE ▼

ADDITIONAL CHECK LISTING SPACE

| | | DOLLARS | CENTS |
|---|---|---|---|
| × 1¢ | | | |
| × 2¢ | | | |
| × 5¢ | | | |
| × 10¢ | | | |
| × 20¢ | | | |
| × 50¢ | | | |
| × 100¢ | | | |
| TOTAL $ | | | |

BANK OF AMERICA, NA DAL
111000025  E2969 02 004
03/15/11

713080904Б1

03/15/2011 12:08 NTX T00076 D R540740134
Acct# ****￥****4850 CC 0005486 Tlr D0005

Less Cash                              $0.00
Total Deposit To CHK₲              $1,735.00
Credit Pending Posts on  .  03/15/2011

13cr628-032106





**Bank of America**

**Cash In - Debit**

FALL CREEK

TELLER NO. 750005

Tran 00076    03/15/2011    12:07
Entity NTX   CC 0005486 Tlr 00005
Account        005865034850
R/TM 540740134
Cash In                              $900.00

⑆510800004⑆ 1892⑈750005⑈ ⑆000009000⑆





DEPOSIT TICKET

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

38-2/1130 TX
3789

DATE 3/25/11

BANK OF AMERICA

**Bank of America**

ACH R/T 111000025

CASH

CHECKS         500.00
               160.00

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT    $    600.00

⑆540750108⑆ 005865034850⑈ 5⑇0000060000⑇







13cr628-032110



**RUBEN MONTES JR.**
115 FARGO WOODS
HOUSTON, TX 77015

2548

35-8298/3130

10629418 TDL

3 - 24 - 11

Pay To The
Order Of  LA PRINCESA Boutique                $500.00

Five HUNDRED _____→ Dollars

ACH #: 313082964
P.O. BOX 2188
HOUSTON, TEXAS 77252-2188

For

⑇313082964⑇ 0000109270⑇ 2548      ⑇00000500000⑇



DEPOSIT TICKET

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

36-2/1130 TX
3780

CASH — 1300.

C H E C K S

DATE _____

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE —

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

SUB TOTAL —

**Bank of America**

LESS CASH —

ACH R/T 111000025

NET
DEPOSIT $ 1300.

DO NOT USE DEPOSIT TICKET ROUTING # FOR
AUTOMATIC PAYMENTS  USE VOIDED CHECK

⑈540750108⑈ 005865034850⑈ 5⑈0000130000⑈



**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738016

Tran 00113   03/29/2011   14:54
Entity NTX   CC 0004921 Tlr 00016
Account          005865034850
R/T# 540740134
Cash In                          $1,300.00

⑆510800004⑆ 1571⑆ 7380165⑈   ⑈0000130000⑈





DEPOSIT TICKET

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 368
CHANNELVIEW, TX 77530

38-2/1130 TX
3780

CASH

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

DO NOT USE DEPOSIT TICKET ROUTING # FOR
AUTOMATIC PAYMENTS. USE VOIDED CHECK

CHECKS

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT   $

16.23
45.44
100.00
90.00

251.67

⑆540750108⑆ 005865034850⑈ 5⑈00000 25167⑈



CHECKS
LIST SEPARATELY

THIS TOTAL
MUST BE
ENTERED ON
OTHER SIDE

TOTAL $
100's
50's
20's
10's
5's
2's
1's

04/05/2011 15:25 NTX T00013   R540740134
Acct# ********4850 CE 8004921 Tlr 00005

BANK OF AMERICA, NA OAL
111000025   E4181 02 004
04/05/11 Less Cash                              $0.00
Total Deposit To  CHK                      $251.67
Credit Pending Posts on      04/05/2011

ADDITIONAL CHECK LISTING SPACE
DOLLARS    CENTS

13cr628-032114

**GUADALUPE ORTEGA LIMONES**
713 455-1498
12579 SAINT MICHEL DR
HOUSTON, TEXAS 77015-3352

ID 04602315
DOB 12-6-45
4-11-2011

803

88-982/3110
3

PAY to the Order of _La Princessa Boutique_ $ 16.23

_Sixteen dollars_ 23/ _____ Dollars

Southwest Financial
Federal Credit Union
3730 Kirby Dr., Ste. 100
Houston, TX 77098
713-872-0682 or 800-833-8014

For _shoes_

Guadalupe Limones

⑆311079827⑆  61740⑈0803  ⑆00000016 23⑈









LUZ MARIA LOPEZ
14410 FORCE ST.
HOUSTON, TX 77015-3138

142

32-61/1110 5319

DATE 3/30/2011

PAY TO THE ORDER OF La Princesa $ 100.00

One Hundred 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO wedding dress

Luz M. Lopez

⑆111000614⑆ 1963257803⑈0142 ⑈0000010000⑈

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT WRITE ... THIS LINE

Bank of America

BANK OF AMERICA, NA DAL
111000025 E4181 94 065
04/05/11

The security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features: | Results of document alteration: |
|---|---|
| MicroPrint Line | Small type in line appears as dotted line when photocopied. |
| Chemically Sensitive Paper | Stains or spots may appear with chemical alteration. |
| Security Screen | Absence of "Original document" verbiage on back of check. |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG CC





CLAUDIA AMERICA CARPIO
JUAN CARLOS CARPIO
3279 COUNTY ROAD 536
ALVIN, TX 77511-6758

1951

32-61/1110 1847

11323787

DATE 4/2/2011

PAY TO THE ORDER OF La Princesa $ 90

ninety 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Pay off Mess

⑆111000614⑆ 3063085738⑈ 1951 ⑈0000009000⑈

---

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

DO NOT WRITE, [illegible] OW THIS LINE

Bank of America [illegible]

BANK OF AMERICA,NA DAL
111000025 E4181 94 005
04/05/11

*The security features listed below, as well as those not listed, exceed industry guidelines.*

| Security Features | Results of document alteration |
|---|---|
| MicroPrint Line | MP Small type in line appears as dotted line when copied [illegible] |
| Chemically Sensitive Paper | Stains or spots may appear with chemical alteration [illegible] |
| Security Screen | Absence of Original Document verbiage on back of check |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

13cr628-032118







Erika Velasco   0810   14 901277 88-229/1130                    1176

1512 Eastway                          date 4-10-11

Galena Park, Tx   77547

Pay

to the order of   La Princess~Bingue              | $ 100.00

One hundred dolls & "Lo                    dollars

Capital Bank

24 HR Banking
Dial 713/CAPITAL (227-4825)
713-875-2341
P.O. Box 24337
Houston, TX 77229
www.capitalbankis.com

susan c
komen
for the cure.

MEMO   Bal $ 100 w

⑆113002296⑆ 1176⑈403 319 1⑈ ⑆000001 0000⑆

CHECKS FOR THE CURE









13cr628-032122



13cr628-032123











711
37-65/1119 8048
1010231392437

MARIA A RAMIREZ
1054 HOLBECH LN.
CHANNELVIEW, TX 77530

Date 4/7/11

PAY to the order of La Princesa $500 00/100

Quinientos Dlls 00/100 Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For

Maria A Ramirez

⑆111900659⑆ 1010231392437⑈00711 ⑈0000080000⑈

ENDORSE HERE

X

La Princesa
586503485

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

APR 12 02

BANK OF AMERICA NA
04/12/11

Security Features exceed industry standards and include:
- The patented Security Window pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT clearly apparent across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains and colored spots appear on both front and back
- The word "VOID" appears clearly to the right of this message

**ARMANDO G SALINAS**
**ROSA IDALIA SALINAS**
PH (713) 453-4362
1110 14TH ST
GALENA PARK TX 77547

14317317

2517

32-75/1110
789

4-18-11 DATE

Pay to the
Order of    La Princesa                      $240.21

~~The Hundred Forty Dals 21/~~ DOLLARS

Comerica Bank
www.comerica.com

For _____

⑈111000753⑈ 7001556229⑈ 02517 ⑈00000240 21⑈

Harland Clarke

13cr628-032126



**Perez, Ruben (USATXS)**

| | |
|---|---|
| **From:** | DCECF_LiveDB@txs.uscourts.gov |
| **Sent:** | Friday, April 03, 2015 3:54 PM |
| **To:** | DC_Notices@txs.uscourts.gov |
| **Subject:** | Activity in Case 4:13-cr-00628 USA v. Medeles-Arguello et al Witness List |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Perez, Ruben on 4/3/2015 at 3:54 PM CDT and filed on 4/3/2015
**Case Name:** USA v. Medeles-Arguello et al
**Case Number:** 4:13-cr-00628
**Filer:** USA
**Document Number:** 454

**Docket Text:**
**WITNESS LIST by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben)**

**4:13-cr-00628-1 Notice has been electronically mailed to:**

Financial Litigation    flu.usatxs-@usdoj.gov

US Marshal - H    hcourtoperations@usms.doj.gov

Ali R Fazel    Ali@SFLawTX.com, Carin@SFLawTX.com

Baltazar Salazar    balsalazar@sbcglobal.net

Billy Ray Skinner    billy@billyskinnerlaw.com

Charles August Banker , III    cabatlaw@sbcglobal.net

Christian Navarro    ccn.lawyer@gmail.com

1

Christopher Sharkey    sharkeylaw@sbcglobal.net

David Richard Bires    David@BSDLawFirm.com, Biviana@BSDLawFirm.com,
Cristina@BSDLawFirm.com, Javier@BSDLawFirm.com

E Matthew Leeper , Jr    mlawleeper@yahoo.com

Elizabeth McDill Stukes    betsy@billyskinnerlaw.com

Ellis Munoz    attorney.munoz@gmail.com

Francisco Fernandez    francisco.ffernan@gmail.com

Frank Aguilar    frankaguilar01@att.net

Gary Tabakman    gary@bsdlawfirm.com

Gerardo S Montalvo    montalvolaw@sbcglobal.net, gsm@montalvolawfirm.com

Javier O. Martinez    javier@bsdlawfirm.com, Cristina@BSDLawFirm.com

JoAnne Marie Musick    joanne@musicklawoffice.com, vicki@musicklawoffice.com

John Riley Friesell    john.friesell@sbcglobal.net

Lee Harper Wilson    leewilsonlawoffice@att.net

Lori Gruver    LoriG@lgbs.com, lydia.verosky@publicans.com

Lourdes Rodriguez    lourdes.atty@sbcglobal.net

Mario Rojas Madrid    mmadrid@mariomadridlaw.com

R Christopher Goldsmith    rchristophergoldsmith@gmail.com

Ruben R Perez    Ruben.Perez2@usdoj.gov, lolita.pouncy@usdoj.gov, tracy.carter@usdoj.gov

Stephen E Randall    stephen.e.randall@gmail.com

Thomas S Berg    tomberg@mgscounsel.com

**4:13-cr-00628-1 Notice has not been electronically mailed to:**

US Pretrial Svcs - H
515 Rusk
6th Floor
Houston, TX 77002

US Probation - H
515 Rusk
2nd Floor

13cr628-032129

Houston, TX 77002

Houston Interpreter
U S District Court
515 Rusk
Houston, TX 77002

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=4/3/2015] [FileNumber=21256192-0
] [18275183418dfc1bbb23d24d4bb9bed50e1b4ea848293f84afbbf3d92f1bce81846
b666fbb863ec821d55233bddfa10c73e8342b93709568c93549d306bdd4e1]]

3

13cr628-032130



DEPOSIT TICKET

35-2/1130 TX
3780

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

CASH

C
H
E
C
K
S

450.00

225.00

42.90

75.00

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

SUB TOTAL

LESS CASH

ACH R/T 111000025

NET
DEPOSIT   $

⑆540750108⑆ 0058650348 50⑈ 5⑈0000079290⑈

CASH COUNT FOR FINANCIAL INSTITUTION'S USE ONLY

04/19/2011.
$792.90
$0.00

Credit Pending Posts on
Total Deposit To BofA
Less Cash

Acct# ************4850 CC 0004951 132 13000.17.
04/19/2011 13:35 NTX T00133 D R540740134
BANK OF AMERICA
111000025 E4997 02 004
04/19/11

CHECKS
LIST SINGLY

RECORD OF CHECKS FOR DEPOSIT
DOLLARS   CENTS



**VICTORIA RAMIREZ**
822 KNOBHOLLOW ST
CHANNELVIEW, TX 77530

1155

4-4-2011

PAY TO THE
ORDER OF

$ 450.00

four hundred fifty dls 00/100 DOLLARS

AMOCO
FEDERAL CREDIT UNION
P.O. Box 889
Texas City, TX
77592-0889

FOR Casa renta plus $25 cash        Victoria Ramirez

⑆313189391⑆ 0851381020⑈01155 ⑆000004 5000⑈

C+5A  RNTA

BANK OF AMERICA, NA DAL
111000025  E#99T 94 005
04/19/11

9130373257

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034860





13cr628-032133





13cr628-032135



DEPOSIT TICKET

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

36-2/1130 TX
3780

CASH

DATE 4/22/11

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

DO NOT USE DEPOSIT TICKET ROUTING # FOR
AUTOMATIC PAYMENTS. USE VOIDED CHECK

CHECKS 8836
8189

500.00
102.16

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT   $   602.16

⑆540750108⑆ 0058650348 50⑈    5⑈⑆0000060216⑈



13cr628-032136



**ROY FUENTES**
**MARIA L FUENTES**
4310 TEXANA
BAYTOWN, TX 77523

8236

4/21/11

Pay to the Order of _La Princepa Boutique_     $ 500.00

Five Hundred + 00/100 _____ Dollars

*Bluebonnet*

FOR #12274258

Maria Fuenter

⑆313083468⑆    0015926041⑈8236 ⑈000005000⑈





Erika Velasco    0810    1490I277    88-229/1130    1187

1512 Eastway
Galena Park, Tx   77547    date 4-22-16

Pay to the order of   La Princesa Boutique    $ 102.16

One hundred and two dolls and 16/100    dollars

**Capital Bank**
24 HR Banking
Dial 713CAPITAL (227-4825)
713-675-2341
P.O. Box 24337
Houston, TX 77229
www.capitalbanktx.com

susan G.
Komen
for the cure.

memo Paid in Full $$1

⑈113002296⑈ 1187⑈403 319 1⑈    ⑈0000010216⑈

CHECK FOR THE CURE

BANK OF AMERICA, N.A. DAL
111000025  E5168  #4 005
04/22/11

9030634168

13cr628-032138

**Bank of America**

Name / Nombre: Raquel Garcia
Date / Fecha: 5/19/11
Address / Dirección: 1347 Dell Dale
Channelview Tx. 77530
Telephone No. / Nº de teléfono (

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
Se requiere identificación apropiada al usar este documento.

Account Number / Número de cuenta: 005 865034 850

Checking / Cuenta de cheques
Depósito de cheques

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

| | |
|---|---|
| Cash · Efectivo Currency · Billetes | 1500 00 |
| Coin · Monedas | |
| Checks · Cheques | 1500.00 |
| Sub Total | |
| Less Cash Received Menos efectivo recibido | |
| Total Deposit Total de depósito | |

$ 1500.00

⑈540740134⑈   5865034850⑈   5ʺ0000150000ʺ

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

| Dollars / Dólares | Cents / Centavos |
|---|---|

Bank of America N.A. C29
1-629 J535 003
0ʺ CCC025▲

KW 79 11

BANK OF AMERICA NA DAL
111900025 E4854 02 004
05/19/11

9330893638

13cr628-032139

# Bank of America

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE
TELLER NO. 733004

7010779 - SRC - 04 08

⑈510800004⑈ ⑈579⑈ 7330046⑈         ⑈0000150000⑈







# Bank of America

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733006

7010787 - SRC - 09-08

Tran 00092   05/19/2011   13:19
Entity NTX   CC 0005492 Tlr 00006
Account          005985034850
R/T# 540740134
Cash In                          $1,000.00

⑈5⑆08000041⑈ 0724⑆733006⑈  ⑈0000100000⑈







**Bank of America** 

**Cash In - Debit**

HUMBLE

TELLER NO. 738010

```
Tran 00060    06/14/2011    10:34
Entity NTX  CC 0004921 Tlr 00010
Account       005865034850
R/TN 540740134
Cash In                    $3,000.00
```

⑆510800004⑆ 4301⑈7380108⑈      ⑇0000300000⑇



Mayra Y Torres
Jose Torres
1002 Pennygent Ln
Channelview Tx 77530

1463
35-8283/3130

6·10·11

Pay to the
Order of La Princesa Boutique                $ 60—

sixty dollars ₓ⁰⁰/₁₀₀                         Dollars

**InvesTex**
CREDIT UNION
Making Life Better

905 Aldine Bender
Houston, Texas 77032
(281)449-0109
www.investexcu.org

For_____                            Mj Torre)

⑆313082838⑆000602150⑉5⑈  1463  ⑈000000006000⑈

Harland Clarke

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650348050
ô 0 4 9

Bank of America
NA 024
1-800-523-9498
▼ 111000025 ◄'

BANK OF AMERICA,NA DAL
111000025  E7099 94 005
06/14/11

9430071013

JN 14 '11

13cr628-032145

The face of this document contains a hologram

**DolEx**          Money Order          2301008652

**Dollar Express, Inc.**

**ISSUER**

11-24

1210dbb

4173689175

AMOUNT *** TWO HUNDRED TWENTY FIVE  00/100 US DLLS ***

PAY ONLY  **225** 00/CENTS

***** NOT VALID OVER $ 225 *****

PAY to the
ORDER OF          La Princesa

06-12-2011

DATE

Payable at
Wells Fargo Bank
Texas, N.A.

MEXICO

*Diane Marquez*

PURCHASER SIGNATURE
IMPORTANT-SEE BACK BEFORE CASHING

*Maria Millan*

ACCOUNT SIGNATURE
DolEx Dollar Express Inc. Issuer

⑈2301008652⑈ ⑈121000248⑈ 4173689175⑈          ⑈00000022500⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586903486850

Bank of America





13cr628-032147



DEPOSIT TICKET

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

35-2/1130 TX
3780

CASH

245.91

C
H
E
C
K
S

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

CHECKS OR TOTAL
FROM OTHER SIDE

**Bank of America**

SUB TOTAL

LESS CASH

ACH R/T 111000025

NET
DEPOSIT    $    245.91

⑈540750⑆08⑈ 0058650348 50⑈  5⑈0000024591⑈



06/17/2011 17:58 MTK T00057    R540740134
Acct# ****4850 EC 0004921 Tlr 00005

Less Cash                            $0.00
Total Deposit To CHK               $245.91
Credit Pending Posts on          06/17/2011

BANK OF AMERICA,NA DAL
111000025 E3875 82 004
06/17/11



NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark

ENDORSE ABOVE THIS LINE

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
005865034850

BANK OF AMERICA,NA DAL
111000025 E3875 94 005
06/17/11

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within one (1) year of the purchase date, there will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50c) per month from the date of purchase not to exceed forty-two dollars ($42) (or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law)



**Bank of America**

Date / Fecha 6/30/11

Name
Nombre 1447 Princesa
Address
Dirección Don Dale #
Channelview TX 7753

Telephone No.
Nº de teléfono ( N/A

Sign here if cash received
Firma aquí si recibes efectivo

Proper identification required when using this document.
Se requiere identificación apropiada al usar este documento.

Account Number   Número de cuenta
58650348 50

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

| | |
|---|---|
| Cash · Efectivo | |
| Currency · Billetes | |
| Cents · Monedas | |
| Checks / Cheques | 13 · 08 |
| | |
| Sub Total | 13 · 08 |
| Less Cash Received | |
| Menos efectivo recibido | |
| Total Deposit | |
| Total de depósito | |

$   13.08

⑈540740134⑈   58650348 50⑊   ⑆5⑈00000013 08⑈



13cr628-032150



CHASE CARD SERVICES
IL1-6160 Mail Code
2500 Westfield Dr.
Elgin, IL 60123

Please Direct Any Questions
To: (800) 436-7937

NORTHERN TRUST

70-2382/719        **0086452305**

**June 24, 2011**

# CHASE ⬭

Pay THIRTEEN AND 08/100 ················································        **DOLLARS**  $ ********13.08

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS

To
The
Order
Of

>01185 7957701 001 080005
RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW, TX 77530-2203

AUTHORIZED SIGNATURE

⑈0086452305⑈ ⑉0719238 28⑉ 0035101319⑈        ⑊00000013 08⑊



008342938



**Bank of America**

Date / Fecha  7-8-11

Name / Nombre  LA PRINCESA
Address / Dirección  727 Freeport St
HOUSTON TX 77015
Telephone No. / Nº de teléfono  281 , 457-2722

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

Account Number / Número de cuenta  005 8650 34850

Checking / Savings Deposit - TX
Depósito de cuenta de cheque / ahorros - TX

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

| | |
|---|---|
| Cash / Efectivo | |
| Currency / Balboa | |
| Coin / Monedas | |
| Checks / Cheques | 225.00 |
| | |
| | |
| | |
| Sub Total | |
| Less Cash Received | |
| Menos efectivo recibido | |
| Total Deposit / Total de depósito | |

$  225.00

⑆540740134⑆   005865034850⑈   5⑈000000225000⑈

BANK OF AMERICA, NA DAL.
111000025  E2042 02 004
07/08/11
9430318140

13cr628-032152

**VICTORIA RAMIREZ**
822 KNOBHOLLOW ST
CHANNELVIEW, TX 77530

1167

88-8939/3131

JULY-05-11 DATE

PAY TO THE
ORDER OF   RAQuel GARCÍA   $ 225

TWO Hundred TWENty five dollars 00/100 DOLLARS

AMOCO
FEDERAL CREDIT UNION
P.O Box 869
Texas City, TX
77592-0869

FOR Rent

⑈313189391⑈   0851381020⑈01167  ⑈000000225000

13cr628-032153

**Bank of America**

Name / Nombre  Raquel Garcia

Date / Fecha  7-11-11

Address / Dirección  1347 Doll Dale

Channelview 4N

Telephone No. / Nº de teléfono (  NA

Sign here if cash received
Firma aquí si recibe efectivo _____
Proper identification required when using this document.
Se requiere identificación apropiada al usar este documento.

Account Number / Número de cuenta   0 0 58 65034 850

Checking / Cuenta de cheques
Deposit / Depósito

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes

| Cash / Efectivo | | |
|---|---|---|
| Currency / Billetes | | |
| Coin / Monedas | | |
| Checks / Cheques | 2 00 00 |
| | | |
| Sub Total | | |
| Less Cash Received Menos efectivo recibido | | |
| Total Deposit / Total de depósito | | |

$    200.00

⑆540740134⑆  0058650348 50⑈  5⑈00000 20000⑈

BANK OF AMERICA,NA DAL
111000025  E2107 02 004
07/12/11

9430730961

Bank of America Advantage

Alma D Gonzalez
Juan Gonzalez
11502 Rashett Way
Pearland, TX 77584

TDL# 13485178

9/1/11

Date

1202

35-2/1130 TX
3780

Pay to the order of   La Princessa Boutique   $ 200.00

Two Hundred Dollars   Dollars

Bank of America

ACH R/T 111000025

Memo   Clarissa Quiare

⑆113000023⑆ 0057810756550⑈ 1202   ⑈000002000⑆

BANK OF AMERICA, NA DAL
111000025   E2107 01 001
07/12/11

9430730962

561650348 50
Princessa Boutique





13cr628-032156









Bank of America Advantage

Alma D Gonzalez
Juan Gonzalez
11502 Rashell Way
Pearland, TX 77584

TDC# 13485178

1222

38-2/1130 TX
3780

8/8/11

Date

Pay to the order of _La Princessa Boutique_ $ 500.00

_Five Hundred Dollars_ Dollars

**Bank of America** 🇺🇸

ACH R/T 111000025

Memo _Clarissa - Quince_

⑈113000023⑈ 0057810756504⑈ 1222   ⑈00000050000⑈

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
00586503485O





**Bank of America**

Date / Fecha 8/20/11

Name / Nombre La Princesa &

Address / Dirección 929 Free Port

Houston Tx 77028

Telephone No. / Nº de teléfono (        )

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

For TX Use Only   43-14-3074S   02-2011

Account Number / Número de cuenta
00 5865033 4850

**Checking / Savings Deposit**
**Depósito de cheques o cuenta de ahorros**

**CREDIT**

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.
Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

| | |
|---|---|
| Cash / Efectivo | |
| Currency / Billetes | |
| Coin / Moneda | |
| Checks / Cheques | 5000 |
| Sub Total | 5000 |
| Less Cash Received | |
| Menos efectivo recibido | |

**Total Deposit**
**Total de depósito**

$ 50.00

⑈540740134⑈ 5865034850⑆ 5⑈0000005000⑆

$

**9430977895**

**Dollars / Dólares**   **Cents / Centavos**

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 75 3
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 

**Enter This Total On The Front Of This Ticket**
**Anota este total al frente de este formulario**

$

08/22/2011 14:51 MTX T00026   RS40740134
Acct# ############4850 CC DO05482 Tlr 00009
Less Cash                                    $0.00
Total Deposit To  CHK                       $50.00
Credit Pending Posts on          08/22/2011

BANK OF AMERICA.NA DAL
111000025  E3289 02 644
08/22/11

13cr628-032161









MARIA R. GOMEZ 01-08
713-491-3171
9234 TALTON ST.
HOUSTON, TX 77078-3423

000192

35-2/1130 TX
3290

7-2-11
date

PAY to the order of La Princesa $ 50⁰⁰

Fifty dollars

Bank of America

ACH R/T 111000025

for Mari Gomez Mari Gomez

⑆111000023⑆ 586007713636⑈0192 ⑈0000005000⑈

---

La PRincesa
#00586503485

7573 04199

Bank of America

BANK OF AMERICA,NA DAL
111000025 E3289 01 001
08/22/11

Security features exceed industry standards and include:
• The patented Security Weave pattern on the back designed to deter check fraud
• Microprint lines printed on front and back
• The words ORIGINAL DOCUMENT clearly apparent across the back
• Fibers visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Security Weave on back looks pink or has disappeared
• Brown stains and colored spots appear on both front and back
• The word VOID appears clearly to the right of this message

13cr628-032163



## GE Money Bank

SAM'S CLUB

RE:   CG9A 1701 03604039

0025824498
CHECK NO.

64-1278
611

DATE OF CHECK
08/29/11

PAY:  TWENTY FOUR AND 83/100 DOLLARS

TO THE ORDER OF       RAQUEL GARCIA
1347 DELL DALE ST
CHANNELVIEW, TX 775302203

CHECK AMOUNT
$24.83

Bank of America, N.A.
Atlanta, Dekalb County, GA

Authorized Signature

⑆0025824498⑆ ⑈061112788⑈ 329 975 3808⑈        ⑇0000002483⑇











2624 Mill Creek Dr
Pasadena, TX 77503
Elizabeth Muniz

9991

32-61/1110 5319

DATE 9-6-11

PAY TO THE ORDER OF Raquel Garcia $ 300.—

Three hundred and no/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Rent Sept

Elizabeth Muniz

⑆111000614⑆ 994264539⑈ 9991 ⑈0000030000⑈

ENDORSE HERE

For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

005865034850

Credited To The Account Of The Within Named Payee Endorsement Guaranteed Bank of America, N.A.

1-800-[illegible]

▶ 111000[illegible]

SEP 13 11

BANK OF AMERICA,NA DAL
111000025 E6588 94 045
09/13/11

*The security features listed below, as well as those not listed, exceed industry guidelines.*

| Security Features | Results of document alteration. |
| --- | --- |
| MicroPrint Line | MP: Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | Stains or spots may appear with chemical alteration |
| Security Screen | Absence of "Original Document" verbiage on back of check |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG CC



DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

DOLLARS | CENTS

CURRENCY
COINS
CHECKS

35. 840 220 00

35-2/1130 TX
3760

TOTAL
ITEMS

TOTAL

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

Bank of America

ACH R.T 111000025

$          220.00

⑈540750108⑈ 00586503485 0⑈  5⑈00000 2 2000⑈

JOSHUA E HOLDER
BRENDA L GOMEZ
3335 NEW ROAD   281-328-2941
CROSBY, TX 77532

06-08  *DL: 23587408*

1134

35-844/1130
04

9-28-11

Pay to the order of

$ 220.00

two hundred twenty dollars                    Dollars

**WOODFOREST**
N A T I O N A L   B A N K
24 Hour Account Information
1-866-BANK724 (1-866-226-6724)
www.woodforest.com

For

⑈113008465⑈ 1134⑈ 100432158 2⑈     ⑈0000 22000⑈

BANK OF AMERICA, NA DAL
111000025   E3985 94 065
10/11/11

9330029552

OCT 11 11

1-800-513-9498
0008660034860
BofA PRINCESA
FOR DEPOSIT ONLY
HOUSTON, TX 77015
BANK OF AMERICA
PAY TO THE ORDER OF

▼111000025▲

13cr628-032168





Alma D Gonzalez
Juan Gonzalez
11502 Rashell Way
Pearland, TX 77584

*TDCF 13485178*

1284

38-2/1130 TX
3780

11/7/11
Date

Pay to the order of La Princesa Boutique                    $ 200.00

Two Hundred dollars                                          Dollars

**Bank of America**

ACH R/T 111000025

Memo  Clarissa Quince

⑉113000023⑉ 0057810756650⑉ 1284 ⑉00000200000⑉

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77015
FOR DEPOSIT ONLY
LA PRINCESA
0058650034850

13cr628-032170





**Bank of America**

**Cash In - Debit**

HUMBLE

TELLER NO. 738005

Tran 00020   12/15/2011   12:42
Entity NTX  CC 0004921  Tlr 00005
Account      005865034850
R/TN 540740134
Cash In                     $4,865.00

⑈510800004⑈  2461⑈738005B⑈        ⑈0000486500⑈

BANK OF AMERICA NA DAL
111000025  E7283 56 004
12/15/11
8930147725



DEPOSIT TICKET

**RAQUEL M GARCIA SOLE PROP
DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

36-2/1130 TX
3780

CASH

CHECKS  88-8519   300.00

DATE 12/21/11

CHECKS OR TOTAL
FROM OTHER SIDE

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R/T 111000025

SUB TOTAL

LESS CASH

NET DEPOSIT  $  300.00

DO NOT USE DEPOSIT TICKET ROUTING # FOR
AUTOMATIC PAYMENTS. USE VOIDED CHECK

⑈540750108⑈ 005865034850⑈ 5⑈000003000⑈



CHECKS

ADDITIONAL CHECK LISTING SPACE

13cr628-032173



**PRICILIANO ACOSTA**
**MARIA ACOSTA**
40 BYBEE CIR.
HUNTSVILLE, TX 77340

2083

88-8519/3131
00

12 | 9 | 11  Date

Pay to the
Order of  *La Princesa Boutique*   $ 300, 00

*Eree hundred  %00* ———————  Dollars

Community Service Credit Union
P.O. Box 479  (936) 296-3980
Huntsville, Texas 77342-0479

For _____   *Priciliano Acosta*

⑆313185191⑆ 700500011484 87⑈ 2083   ⑆0000030000⑈



**Bank of America**

Date / Fecha 1/4/12

Name
Nombre La Princesa
Address
Dirección 727 Freeport St.
Houston, Tx 77015

Telephone No.
Nº de teléfono ( N/A )

Sign here if cash received
Firma aquí si recibes efectivo
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

586 503 4850

Account Number / Número de cuenta

Checking / Savings Deposit
Depósito de cuenta de cheques / ahorros                                     REDIT

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.
Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
deposito correspondientes.

| | Cash / Efectivo | | |
|---|---|---|---|
| Currency / Billetes | | | |
| Coin / Monedas | | | |
| Checks / Cheques | | 500.00 | |
| | | | |
| Sub Total | | | |
| Less Cash Received | | | |
| Menos efectivo recibido | | | |
| **Total Deposit**<br>**Total de depósito** | | | |

$                    500.00

⑆540740134⑆  00586503485 0⑈  5⑈000000500 00⑈



13cr628-032175



JUAN A SUSTAITA
OR MARIA GUADALUPE SUSTAITA
PO BOX 2311
ANAHUAC, TX 77514

1148

88-912/1131
01

Date 01-03-12

Pay to the
Order of _La Princessa_   $ 500 00

_Five Hundred dlls & no/100_   Dollars

**Security State Bank**
Post Office Box 429, Anahuac, Texas 77514

For _Pago del Vestido_

⑆113109128⑆ 1148⑈513⑊085⑈   ⑇00000050000⑇



BANK OF AMERICA,NA DAL
111000025 E5990 94 865
01/04/12
9430368069

La Princesa
5865034850





**Bank of America** ➤➤➤

**Cash In - Debit**

HUMBLE

TELLER NO. 738017

```
Tran 00014   01/27/2012   08:04
Entity HTX   CC 0004921 Tlr 00017
Account        005865034850
R/T# 540740134
Cash In                      $3,000.00
```

⑆510800004⑆ 5821⑈7380173⑈          ⑇0000300000⑇

BANK OF AMERICA, NA DAL
111000025  E4718 5A 864
01/27/12

933073061 1

13cr628-032178







AMERICAN SOUTHWEST INSURANCE MANAGERS

NORTH DALLAS BANK & TRUST CO.

DALLAS, TX 75367

(972) 387-1100

00811608

FIVE THOUSAND THREE HUNDRED   AND 00/100 DOLLARS ************

DATE: 03/21/2012   AMOUNT: *****$5,300.00**

PAY TO THE ORDER OF   RAQUEL M. GARCIA

NOT VALID IN EXCESS OF $30,000.00 OR AFTER 90 DAYS

COLLISION LOSS LESS DEDUCTIBLE
OWNER RETAINED TOTAL LOSS

Debra Williams









**MARIA SOLIS**
5675 PURPLE SAGE RD APT 623
HOUSTON, TX 77049

(832) 343-9791

409
32-75/1110
784

DATE 3/13/2012

Pay to the Order of _La Princesa Boutique_  $ 68.46

_Sixty Eight Dollars — 46/00_ DOLLARS

Comerica Bank
www.comerica.com

ID. 20047866

For _Dress Dell_

⑈811000753⑈ 7001293468⑈ 00409 7080000068464









THIS SIDE FOR BANK USE ONLY

SPLIT CHECK

| | |
|---|---|
| CHECK | |
| LESS DEPOSIT | |
| CASH RETURNED | |

| BILLS | |
|---|---|
| x 1 | |
| x 2 | |
| x 5 | |
| x 10 | |
| x 20 | |
| x 50 | |
| x 100 | |
| x Large | |
| COIN | |
| COUPONS | |
| TOTAL | |

COIN / COUPONS: P N D Q H ODD TOT.

BANK OF AMERICA,NA DAL
111000025 E3101 02 004
04/05/12

04/05/2012 13:14 NTX T001330 R540710134
Acct# ******4850 CC 0005482 Tlr 00007
Less Cash $0.00
Total Deposit To CHK $700.00
Credit Pending Posts on 04/05/2012

DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

La Princess Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-8200

Bank of America
ACH R/T 111000025

DATE 4/5/12

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS (LIST EACH SEPARATELY) 1 | | |
| 2 995961 | 500 | 00 |
| 3 | | |
| 4 1180 | 200 | 00 |
| TOTAL | 700 | 00 |

$ 700.00

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

⑆ 540750108 ⑆ 005865031 485 ⑈ 5 ⑈ 00000 70000 ⑈

**MARIA ISABEL NOLASCO**   12-01
3230 FIG ORCHARD   832-838-8046
HIGHLANDS, TX 77562

1180

16741710

3-4-12

Pay to the order of _La Princesa Boutique_ $ 200.00

two hundred _____ Dollars

**WOODFOREST**
NATIONAL BANK

Isabel nolasco

⑈113008465⑈ 1180⑈0003167251⑈ ⑈00000 20000⑈





**PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER**

Account:   ALYSSA CRUZ                                                          $500.00

ROBERT CRUZ                          Please Direct Any Questions          1125/1130
1810 MAJESTIC LANE                   To (800) 278-8302                    0000995901
BAYTOWN, TX 77521                    CHECKFREE CORPORATION

                                     AMFGY BANK, NA                       March 29, 2012

Pay FIVE HUNDRED AND 00/100 ------------------------------------        DOLLARS

                                                                         $  *******500.00

To          LA PRINCESSA BOUTIQUE #2
The         1321 MCCARTY ST                         Void After  180 DAYS.
Order       HOUSTON, TX 77029 4143                  Signature On File
Of                                                  This check has been authorized
                                                    by your depositor

⑆995901⑆ ⑈1130112581⑈ 517852221⑆                    ⑇00000 50000⑇



52976312





13cr628-032186



Enrique A Silguero
Elizabeth M Silguero
2392 Dauber St
Houston Tx 77093-4521

5227

36-2/1130 TX
3780

4-3-2012

Date

Pay to the Order of La Princesa

$ 100.00

One hundred dollars 00/100

Dollars

**Bank of America**

ACH R/T 111000025

For

⑈⑈⑈30000 23⑈  586002446568⑈⑈5227  ⑈⑈00000 10000⑈

BANK OF AMERICA, N.A. DAL
111000025  E5302 01 001
04/10/12
9930116160

6567  13235

PAY TO THE ORDER OF
BANK OF AMERICA
HOUSTON, TX 77011-
FOR DEPOSIT ONLY
La Princesa Supermarket
000000



13cr628-032188





13cr628-032189

**Bank of America**

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733001

7010765 - SRC - 09-08

```
Tran 00019   05/22/2012    17:05
Entity MTX  CC 0005462 Tlr 00001
Account      005865034850
R/TW 540740134
Cash In                      $720.00
```

⑆510800004⑆ 4445⑈733001 2⑈       ⑆00000 7 2000⑆

BANK OF AMERICA, NA DAL
111000025 E4179 5A 004
05/22/12

0930542190





**Bank of America**

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO 733008

7010™4 - SRC - 09 08

Tran 00009   06/01/2012   16:17
Entity HTX  CC 0005482 Tlr 00009
Account      005865034850
R/T# 540740134
Cash In                          $500.00

⑈510800004⑈ 2328⑈7330087⑈        ⑆00000 5 2000⑆



BANK OF AMERICA NA DAL
111000025  E      5A 004
-06/01/12

9130385195

13cr628-032192

**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY

DATE 6/4/12

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 500 | 00 |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |
| TOTAL | 500 | 00 |

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED

35-2/1130 TX
17817

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

**La Princesa Baptism Boutique**
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

**Bank of America**
ACH R/T 111000025

$ 500.00

⑆540750108⑆ 005865034850⑈ 5⑈0000050000⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

THIS SIDE FOR BANK USE ONLY

Total Deposit To CHK $500.00
Less Cash $0.00
Acct ********4850 CC 0005482 TIF 00012
06/05/2012 17:24 NTX 1000150 R54074013

BANK OF AMERICA,NA DAL
111000025 E4882 02 004
06/05/12
9130865752

**Bank of America**

**Cash In - Debit**

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733012

Tran 00015    06/05/2012    17:24
Entity NTX   CC 0005482 Tlr 00012
Account        005865034950
R/TN 540740134
Cash In                                    $500.00

⑈510800004⑈ 3408⑈7330129⑈        ⑈00000500000⑈

BANK OF AMERICA,NA DAL
111000025  E4882 5A 064
06/05/12
9130865753



DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

$                    100.

⑈540750108⑈ 0058650348 50⑈  5⑈000001000⑈

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. • CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT



**Bank of America** 

## Cash In ~ Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733008

7010TV4 - SRC - 0V 08

Tran 00031    06/19/2012    16:50
Entity NTX   CC 0005482 Tlr 00009
Account       005865034850
R/T# 540740134
Cash In                              $80.00

⑆510800004⑆ 0139⑆733008 7⑈        ⑆0000008000⑆

BANK OF AMERICA NA DAL
111000025  E6073 SA 004
06/20/12

9330611436





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.:   H-13-628 |
| | § | |
| HORTENCIA MEDELES-GARCIA | § | JUDGE EWING WERLEIN |
| aka RAQUEL MEDELES GARCIA | § | |
| aka TENCHA | § | |

## UNITED STATES'   REQUESTED VOIR DIRE

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

___/s/_____
RUBEN R. PEREZ /s/
Assistant United States Attorney

___/s/_____
JOE MAGLIOLO /s/
Assistant United States Attorney

## UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

NOW COMES the United States of America, by and through the undersigned attorneys, and respectfully requests, in addition to the general voir dire questions, that the following special voir dire questions be asked of the prospective jurors:

1. You may hear testimony that one or more of the witnesses are illegal aliens. Do you believe illegal aliens should be held to a different standard as opposed to a person who is legally in the country?

In our cases you will hear from victims who are illegal aliens. Does anyone believe that that they should not be treated as victims or not obtain the benefits that the United States law confers on victims because they arrived here illegally or are here illegally?

2. Could you convict the defendant solely on the testimony of a cooperating co-defendant, understanding that the law provides that you must find the defendant guilty if the cooperating co-defendant's testimony convinces you of the defendant's guilt beyond a reasonable doubt.

3. Could you convict the defendant solely on the testimony of an unindicted co-conspirator, understanding that the law provides that you must find the defendant guilty if the unindicted co-conspirator's testimony convinces you of the defendant's guilt beyond a reasonable doubt.

3. You have heard me mention "proof beyond a reasonable doubt". The Government has the burden of proving the Defendant's guilt only beyond a reasonable doubt. While the Government's burden is a strict or heavy burden, the law provides you can have some doubt as to the defendant's guilt, but must find the defendant guilty if you are convinced beyond a reasonable doubt that she committed the crimes she is accused of committing.

4. In reaching a verdict, you may also consider either direct or circumstantial evidence. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eye witness.

"Circumstantial evidence" is proof of a chain of facts and circumstances indicating either the guilt or innocence of the Defendant.   The law makes no distinction between the weight to be given to either direct or circumstantial evidence.   It requires only that you weigh all of the evidence and be convinced of the Defendant's guilt beyond a reasonable doubt before she can be convicted.

The law makes no distinction between the importance to be given direct as opposed to circumstantial evidence.   Do any of you feel differently or believe you could not consider circumstantial evidence?

Could you be convinced beyond a reasonable doubt that the defendant was guilty of knowing or being in reckless disregard of an element of the crime if the evidence as to her knowledge of the crime was only circumstantial?

Could you find the defendant guilty if you did not believe that she knew that the defendant knew the victims were either minors or were committing prostitution against their wills but only convinced beyond a reasonable doubt that she was in reckless disregard of ither of those two facts?

5.   Do any among you have any conscientious objection, religious belief, or mental reservation such that you could not, in good faith, sit as a juror in this criminal case and return a verdict of guilty, if you believe from all the evidence, that the Government has proved its case beyond a reasonable doubt?

6. The law does not require the Government to call as witnesses all persons who may have knowledge of the matters in issue at this trial nor to produce as exhibits all papers or other items mentioned in evidence.

Is there anyone among you who believe that if the Government does not call all persons who may have knowledge of the matters in issue and produce as exhibits all papers or other items mentioned in evidence, this would keep you from weighing the evidence presented fairly and voting to find the defendant in this case guilty if you believe the Government has proven its case beyond a reasonable doubt as to the defendant?

7.   Is there anyone among you who believe that prostitution should be legalized?

8.   Is there anyone among you who believe that prostitution is a victimless crime?

The crime of human trafficking requires that proof of force, fraud or coercion was used to compel a person to prostitute.   Is there anyone among you who would require proof of force as opposed to proof of coercion such as threats, or fraud, in order to find the defendant guilty of human trafficking?

9.   The law provides that you can believe all, some, or none of a witness's testimony. Is there any among you who could not disregard the portion of a witness testimony that you do not believe and base your decision as to guilt or innocence on the portion of the testimony that you do find credible?

10.   The law provides that you can convict a defendant based on the testimony of one witness if you are convinced beyond a reasonable doubt by that one witness that a defendant is guilty of the conduct charged.   Is there any among you who would have difficulty following that instruction?

11.   This case is being prosecuted by the United States of America.   Have any of you ever had any difficult or unpleasant experiences with the federal government, the FBI, the United States Attorney's Office, the IRS or the United States Department of Justice or, do any of you have personal feelings against the federal government for whatever reason?

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Requested Voir Dire was served on the defendants' counsel of record by electronic mail on this the 1st day of April, 2015.

/s/_____

RUBEN R. PEREZ /s/
Assistant United States Attorney

13cr628-032202





13cr628-032203

13cr628-032204





13cr628-032205

## Bank of America

### Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733015

Tran 00129   06/27/2012   12:41
Entity NTX  CC 0005482 Tlr 00015
Account      005865034850
R/T# 540740134
Cash In                          $875.00

⑈510800004⑈ 2414⑈733015 2⑈      ⑈0000087500⑈







**Bank of America** 

# Cash In - Debit

BELTWAY 8 AND WALLISVILLE
TELLER NO. 733008

7010704 - SRC - 0908

Tran 00159   07-03-2012   15:10
Entity #IX  LC 0J05432 llr 08905
Account        0098450318?9
R/T# 540730131
Cash In                          $1,250.00

⑆510800004⑆ 224⑈⑆733008 7⑈⑉   ⑈0000129000⑈

BANK OF AMERICA NA DAL
111600025  E6502 SA 964
187/03/12

9430406383

7574    93293





13cr628-032209

**Bank of America**

**Cash In - Debit**

BELTWAY 8 AND WALLISVILLE

TELLER NO. 733015

Tran 0015?   ...
Entity Pix  ...
Account  ...
R 18 540 ...
Cash In  ...

⑈5108000041⑈  2204⑈733 0152⑈   ⑈000001b000⑈

BANK OF AMERICA,NA DAL
111000025  E6933 5A 004
07/10/12

9130234168



**DEPOSIT TICKET**
FOR CLEAR COPY, PRESS FIRMLY

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

$

35-2/1130 TX
17917

CHECKS AND OTHER ITEMS
ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICA-
BLE COLLECTION AGREEMENT
DEPOSITS MAY NOT BE AVAIL-
ABLE FOR IMMEDIATE WITH-
DRAWAL.

TOTAL
ITEMS

⑈⑆540750108⑆ 005865034850⑆  5⑈00000⑈0000⑈

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS.  ± CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.



**Bank of America**

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE
TELLER NO 733016

7010850 - SRL - 09/08

Tran 00016   07/17/2012   16:30
Entity HTX  CC 0005482 Tlr 00016
Account        085965034853
R/TN 540740139
Cash In                              $100.00

⑈510800004⑈ 0301⑆733016⑆      ⑆00000 10000⑆

BANK OF AMERICA,NA DAL
111000025  E7133 54 004
07/17/12

8930255744



La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

$    1,860.00

⑆540750108⑆ 0058650348 50⑈ 5⑈0000186000⑈"



**Bank of America**

## Cash In - Debit

BELTWAY 8 AND WALLISVILLE

TELLER NO  733006

7010`b7 - SRC - 04-08

Tran 00040   07/24/2012   12:51
Entity NTX  CC 0005182 Tlr 0C005
Account       005865034850
R/TH 540740134
Cash In                         $1,860.00

⑈510800004⑈ 3699⑈733006⑈⑈          ⑈0000186000⑈

BANK OF AMERICA,HA DAL
▶1119000254 E7677 SA 004
AR 724/12

9030758311



DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

DATE 7/31/12

CURRENCY 760.00
COINS
CHECKS

TOTAL 760.00

35-2/1130 TX
17817

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

$    760.00

⑆540750108⑆ 0058650348 50⑈ 5⑈00000760000⑈

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS  ◊  CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT



**Bank of America**

## Cash In - Debit

43-14-29010-12008

BELTWAY 8 AND WALLISVILLE
TELLER NO. 733008

7010744 - SRC - 09-06

Tran 00053   07/31/2012   14:39
Entity/TX  CO 0035497  Tlr 00036
Account      004965034050
R/M# 00240134
Cash In                          $760.00

⑈510800004⑈ 2153⑊733008 7⑊      ⑊0000076000⑊



BANK OF AMERICA, NA. DAL.
1116000254 E7974 5A 964
07/31/12

9030211658



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4065

35-2/1130 TX
3780

Date 1-1-07

Pay to the
Order of Thasly Corp.                    $ 942 50

nine hundred forty two , 50                    Dollars

**Bank of America**

ACH R/T 111000025

For

⑈ 1130000 23⑈ 005865034850⑈ 4065

©Charter American

FOR DEPOSIT ONLY
WELLS FARGO BANK TEXAS, N.A.
VICTORIA FOOD MART
ACCT # 0367004498

# 9568782657

Thasly Corp

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4077

35-2/1130 TX
3780

Date 1-7-2008

Pay to the
Order of _Paul Bettencourt_     | $ 143.80

_One hundred forty-three & 80/___ Dollars

**Bank of America**

ACH RT 111000025

#2-09167055

⑆1130000 23⑆ 00586503 4850⑈4077   ⑆00000 14380⑆

294086 R4601CREDIT ACCT W/IN NAMED PAYEE
184 01102008 AMEGY BANK N.A. > 113011258 <
011008 LBR4601S

BANK OF AMERICA.NA HOU
111000025  E6049 01 P01
01/18/08

6030961752



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4078

Date 1-7-2007

35-2/1130 TX
3780

Pay to the
Order of _Galena Park ISD_                $ 239⁰⁰

_Two hundred thirty-nine & ²⁵_  Dollars

**Bank of America**

ACH R/T 111000025
For 096-705.5

⑈113000023⑈ 005865034850⑈4078

ASSESSOR-COLLECTOR
GALENA PARK I.S.D.
ESCROW TAX ACCOUNT
0039354

... WNB 01/25/2008 0000100010010...

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4080

35-2/1130 TX
3780

Date 2-1-08

Pay to the
Order of Thank Corp.                    $ 942 50

nine hundred forty two 5 50                    Dollars

**Bank of America**

ACH R/T 111000025

For Feb, 2008 Rent

⑈1130000231⑈ 0058650348 50⑈4080



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4083

35-2/1130 TX
3780

Date 4.1.2008

Pay to the
Order of ___ Thurn Corp. ___ $ 942.50

Nine hundred forty two 50/100 Dollars

**Bank of America**

ACH R/T 111000025

For April, 2008

⑈113000023⑈ 005865034850⑈ 4083

13cr628-032222

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4084

Date 5.29.2008

35-2/1130 TX
3780

Pay to the
Order of _____ Raquel Garcia _____ $ 5,000.00

_____ Five Thousand _____ Dollars

Bank of America

ACH R/T 111000025

For _____

⑆ 6 6 130000 23⑆ 005865034850⑈ 4084    ⑈0000500000⑈

042008 4 0990004924297958
081175041269 010    A
586005200413
BANK OF AMERICA, NA HOU
▶111000025◀ E4079 01 P61
04/29/88

6030570934

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4082

35-2/1130 TX
3780

Date 5 · 1 · 2008

Pay to the
Order of _____ Thenly Corp _____ $ 942.50

nine hundred forty-two s 50 _____ Dollars

**Bank of America**

ACH R.T 111000025

For LA PRINCESCA —

Roger Garcia

⑈1130000231⑈ 0058650348 50⑈ 4082



13cr628-032225

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4086

35-2/1130  TX
3780

Date 7·1· 2008

Pay to the
Order of _____ Thanh Corporation _____ $ 942 50

Nine hundred forty-two 50/ Dollars

Bank of America

ACH R/T 111000025

For ____ July, 2008 _____ Raoul Gain

⑈⑈⑈30000 23⑈: 00586 50 34850⑈ 4086

13cr628-032226

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4087

35-2/1130 TX
3780

Date _8/2/08_

Pay to the
Order of _Thank Corp._ $ _942.50_

_Nine hundred forty two 50/100_ Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑆113000023⑆ 00586503485011⑈4087



LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4088

35-2/1130 TX
3780

Date 8.25.208

Pay to the
Order of ___ A+t _____ $ 755 00

Seven hundred fifty five s _____ Dollars

Bank of America

ACH R/T 111000025

For _____

⑈:113000023⑈:  0058650348 50⑈ 4088      ⑈000007 5500⑈

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4089

Date 9/26/08

35-2/1130 TX
3780

Pay to the
Order of _Thanh Corp._____ | $ 942 50

_nine hundred forty two & 54_____ Dollars

**Bank of America**

ACH R.T 111000025

For_____

⑈⑈30000 23⑈: 0058650 34850⑈' 4089 ⑈'0000094 250⑈'

13cr628-032229

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4091

Date _10-1-08_

35-2/1130 TX
3780

Pay to the
Order of _ATT_

$ _900.—_

_nine hundred_ _&_ _____ Dollars

**Bank of America**

ACH R/T 111000025    358500273271 9 355 05

For _# 7166739200-602-6_    _Rafael Shenna_

⑈113000023⑈ 005865034850⑈4091  ⑈0000090000⑈

0710-0015-2
0710-0015-2
350830282  10-07-08

FOR DEP ONLY 100708
AT&T SERVICES, INC.
CHICAGO, IL 2732718
>071000152<

8530172800



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4090

Date 10-1-2008

35-2/1130 TX
3780

Pay to the
Order of _Thanh Cong_____ $ 942.⁰⁰

_Nine hundred forty two_ & ⁰⁰/₁₀₀ _____ Dollars

**Bank of America**

ACH R/T 11000025

For _October, 2008_____

_Raquel Garcia_

⑈⑈1130000231⑈ 005865034850⑈ 4090

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4092

35-2/1130 TX
3780

Date 11/4/08

Pay to the
Order of _Thanh Corp_                                    $ 942.50

_Nine hundred forty two 50/100_ _____ Dollars

**Bank of America**

ACH R/T 111000025

For _Rent Nov._                              _Raquel Garcia_

⑈ 1130000231⑈  00586503485011⑈4092

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4093

35-2/1130 TX
3780

Date 11·17·2008

Pay to the
Order of  Galena Park , ISD                    $ 225 72

One hundred Twenty five  s72h              Dollars

**Bank of America**

ACH R/T 111000025

For  0967055

⑈1130000231⑈ 0058650348501⑈4093

©Classic American

WN3 11/21/2008 0000100251799

ASSESSOR-COLLECTOR
GALENA PARK I.S.D.
ESCROW TAX ACCOUNT
0039354

13cr628-032233

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4094

35-2/1130 TX
3780

Date _12/3/08_

Pay to the
Order of _Thanh Corp_                                    | $ _942.50_

_Nine hundred forty two 50/100_                          _Dollars_

**Bank of America**

ACH R/T 111000025

For _Rent_                                   Raquel Davis

⑆113000023⑆  0058650348 50⑈4094

©Clarke American

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4096

35-2/1130 TX
3780

Date 12-9-2008

Pay to the
Order of _Paul Bettencourt_ $ 135 95

_One hundred thirty five, 95_ Dollars

**Bank of America**

ACH R/T 11100025

#2-0967055

⑆113000023⑆ 005865034850⑈4096 ⑆000013595⑆

8223848385   P7   R827

249386 R46129 CREDIT ACCT W/IN NAMED PAYEE
052 12122008 AMEGY BANK N.A. > 113011259 <
121208 LBR46123

BANK OF AMERICA,NA HOU
111000025  E7962 01 P01
12/12/08

6030767500

:D

13cr628-032235



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4095

Date 12-9-2008          35-2/1130 TX
                        3780

Pay to the
Order of ___Harris County WCID #36___ | $ 43⁴¹

___Forty three & 41___ Dollars

**Bank of America**

ACH RT 111000025

For # 15-9900-096-7055

⑆113000023⑆ 0058650348050⑈4095 ⑇000000434⑈



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4103

35-2/1130 TX
3780

Date 1/1/09

Pay to the
Order of ___Charo Corp___ $ 942.50

Ninehundred forty two 50/100 Dollars

**Bank of America**

ACH R/T 111000025

For ___Rent___

Raul Gomez

⑈⑈3000023⑈ 0058650348504103

#95681663557

Charo Corp

13cr628-032237



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4104

Date 2/1/09

35-2/1130 TX
3780

Pay to the
Order of ~~Thanh Corp.~~                    $ 942.50

~~Nine hundred forty two & 50~~ Dollars

**Bank of America**

ACH R/T 111000025

For

⑈113000023⑈ 0058650348 50⑈ 4104

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX  77015

4105

35-2/1130 TX
3780

Date 3-1-2009

Pay to the
Order of _Tharly Corp._                    $ 942⁵⁰

_Nine Hundred forty two s 50/___ Dollars

**Bank of America**

ACH R/T 111080025

For _March  2009_

⑆ 1130080023⑆ 0058650348 50⑈ 4105

13cr628-032239

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4106

35-2/1130 TX
3780

Date 4-1-2009

Pay to the
Order of _____ Thank Corp _____ $ 942.50

Nine hundred forty two $ 50/ Dollars

Bank of America

ACH R/T 111000025

For Rent April '09

⑆113000023⑆ 0058650348 50⑈ 4106

13cr628-032240



0
9
1
0
6
1
6
0
3
3
7
9

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4097

Date 4·12·2009

35-2/1130 TX
3780

Pay to the
Order of _____ State Comptroller _____ $ 814 54

eight hundred fourteen 54 _____ Dollars

**Bank of America**

ACH R/T 111000025

For # 320118-14103

⑈:1130000 23⑈: 00586 50 34850⑈ 4097

6028706530
TX State Comptroller
04/15/2009

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4068

35-2/1130 TX
3780

Date 5/20/09

Pay to the
Order of _____ Thumb Corp. _____ | $ 1036.75

One thousand thirty six 75/18 _____ Dollars

**Bank of America**

ACH R/T 111000025

For Rent May '09 _____

⑈1130000 23⑈ 0058650 34850⑈ 4068

13cr628-032242

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4098

35-2/1130 TX
3780

Date 6/1/09

Pay to the
Order of Thanh Corp.                      $ 942 50

Nine hundred forty two 50/10 —— Dollars

**Bank of America**

ACH R/T 111000025

For Rent 6/1 - 6/30/09

⑈113000023⑈ 0058650348 50⑈ 4098

Thanh Corp.

#9589166357

96794408

13cr628-032243

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4107

35-2/1130 TX
3780

Date _7-1-2019_

Pay to the
Order of _Thanh Corp_                    $ _942 50_

_Nine hundred forty-two 5⁰/₁₀₀_ _____ Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑈ 113000023⑈ 005865034850 4107

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4108

35-2/1130 TX
3780

Date 8-1-209

Pay to the
Order of _____ Franks Corp _____ $ 942.50

nine hundred forty-two 50/ Dollars

Bank of America

ACH R/T 111000025

For Aug. 2009

Raquel Garcia

⑇113000023⑇ 0058650348 50⑇ 4108



0
9
2
2
5
1
8
0
1
7
0
7

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4131

Date 8·10·200q

35-2/1130 TX
3780

Pay to the
Order of _____ State Comp., _____ $ 47⁰²

_____ Forty-Seven $ ⁰²/ _____ Dollars

**Bank of America**

ACH R/T 111000025

For #3201181403

⑈⑈300023⑈ 00586503485011⑈4131

720079678
TX State Comptroller
08/14/2009

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4126

35-2/1130 TX
3780

Date 8-10-2009

Pay to the
Order of _Waste Mgmt_                          $ 20 00

_Owendy s a ___ Dollars

**Bank of America**

ACH RT 111000025

081389  002003  140  0012050

For $ 00120501751

⑆1130000231⑆ 005865034850⑈4126  ⑈000000 2000⑈

0000002000      BANK ... NEW     NEW CASTLE, DE
                111000025  ...       >03060II4<
                   08/13/09

08/1...  ...1520   140  280  192  02

13cr628-032247

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4129

35-2/1130 TX
3780

Date 8.10.2009

Pay to the
Order of _West Asset Mgmt_   $ 177.75

_One hundred Seventy-Seven_ 75/100   Dollars

**Bank of America**

ACH R/T 111000025

For # 3006777490

⑈1130000 23⑈ 005865034850⑈4129  ⑈0000017775⑈

U.S. ... A MO-LOCKBOX
C... DED TO THE
WI... NAMED PAYEE
ABS... OF ENDORSEMENT
GUARANTEED
>091000022<

1827759801









**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4067

35-2/1130 TX
3780

Date 9/4/09

Pay to the
Order of _Thank Corp._                    $ 942.50

_nine hundred forty two_  50/100  Dollars

**Bank of America**

ACH R/T 111000025

For _____

Raul Gari

⑆113000023⑆ 005865034850⑈ 4067



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4100

35-2/1130 TX
3780

Date 9-07-2009

Pay to the
Order of  Aetna                                    $ 394—

Three hundred ninety four, 0 0/                    Dollars

**Bank of America**

ACH R/T 111000025

For #1211070909

⑈113000023⑈ 005865034850⑈4100  ⑈0000039400⑈

FOR    >031108209<
DEPOSIT CITIBANK, N.A.
38709998      ONLY NEW CASTLE DE

326000109 0166 09/17/09 Aetna 326  01

631209730
PROCESSING BANK   5683T   09172009  0431100209<
SVC-752  09182009  115PK   CITIBANK DELAWARE
1023992747           NEW CASTLE, DELAWARE
                     0205286035

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4133

35-2/1130 TX
3780

Date 9.19.2009

Pay to the
Order of Yellow Book West          $ 80 61/

eighty 61/                          Dollars

**Bank of America**

ACH R/T 111000025

FOR 704115

⑈1130000231⑈ 005865034850⑈4133

© Clarke American

FOR DEPOSIT ONLY
JPMorgan Chase Bank N.A.
704115

13cr628-032254

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4135

35-2/1130 TX
3780

Date 9.19.20 9

Pay to the
Order of  Glaun Mrstins                              $ 100 —

One hundred M                                         Dollars

**Bank of America**

ACH R/T 111000025

For # 657888

⑆ 1130002 31⑆ 005865034850⑈ 4135      ⑆00000 10000⑈

© Clarke American

JPMORGANCHASE BK NA          CR TO NMD

100209    >074909962<          PAYEE ALL

18248004        0203887          RTS.RSVD

00702336    232          0000000789698099

13cr628-032255

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4136

35-2/1130 TX
3780

Date 10/1/09

Pay to the
Order of _____ $ 942 ⁵⁰

nine hundred forty-two ⁵⁰/₁₀₀ _____ Dollars

Bank of America

ACH R/T 111000025

For _____

⑈11300002 3⑈ 005865034850⑈4136

©Clarke American



13cr628-032257

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4111

35-2/1130 TX
3780

Date 11/18/09

Pay to the
Order of _Thanh Corp_    $ 1036.75

_One hundred thirty six 75/100_    Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑈1130000231⑈ 0058650034850⑈4111

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4137

35-2/1130  TX
3780

Date 12/1/09

Pay to the
Order of _Thanks Corp._ | $ 942 50

_Nine hundred forty two & 50_ Dollars

**Bank of America**

ACH R/T 111000025

For 12/1/09

⑈1130000 23⑈  0058650 34850⑈ 4137

13cr628-032259

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4138

35-2/1130 TX
3780

Date 1/1/10

Pay to the
Order of _Thanh Corp_ $ 942.50

_Nine hundred forty two 50/100_ Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑈113000023⑈ 005865034850⑈ 4138

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4071

35-2/1130 TX
3780

Date 2·1·20/0

Pay to the
Order of _Thanh Corp_ $ 942.50

_nine hundred forty two 5⁰/100_ Dollars

**Bank of America**

ACH R/T 111000025

For Feb, 210

Kajini Jlani

⑆113000023⑆ 00586503485011 4071

©Clarke American

13cr628-032261



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4113

35-2/1130 TX
3780

Date 2/2/10

Pay to the
Order of CHS Yearbook                    $ 355 ⁰⁰

Three hundred fifty five ⁰⁰/100 ———— Dollars

**Bank of America**

ACH R/T 111000025

For Yearbook, NAME,
Sr. Full page, 1/2 page Ad

⑆113000023⑆ 00586503485011⑈ 4113

PAY TO THE ORDER OF
WOODFOREST NATIONAL BANK
CHANNELVIEW, TX  77530
11300465
FOR DEPOSIT ONLY
CHANNELVIEW ISD
CHANNELVIEW HIGH SCHOOL
110700059

⑆WNB→02/15/2010 00107000465020

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4109

35-2/1130 TX
3780

Date 3·1·2010

Pay to the
Order of _Thanh Gong_ _____ | $ 942 50

_nine hundred forty two 50_ _____ Dollars

**Bank of America**

ACH R/T 111000025

For _March 2010_              _Rafael Sain_

⑆113000023⑆ 0058650348 50⑆ 4109

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4110

35-2/1130 TX
3780

Date 4.1.2010

Pay to the
Order of _____ Thanh Corp. _____ $ 942 50

Nine hundred forty two 5 50 _____ Dollars

**Bank of America**

ACH R/T # 1000025

For April 2010

⑆113000023⑆ 005865034850⑈4110

FOR DEPOSIT ONLY
WELLS FARGO BANK TEXAS, N.A.
VICTORIA FOOD MART
ACCT # 6367304 4

# 9568196357

Thanh Corporation

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4112

35-2/1130 TX
1280

Date 5·1·2010

Pay to the
Order of _____ Thanh Corp. _____ $ 942 50

nine hundred forty two 55¢ _____ Dollars

**Bank of America**

ACH R/T 111000025

For Rent May, 2010

⑈113000023⑈ 005865034850⑈4112

13cr628-032265

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4114

35-2/1130 TX
3780

Date 6·1·2010

Pay to the
Order of _Thanh Corp_ $ 942.56

_nine hundred forty two 50/100_ Dollars

Bank of America

ACH R-T 110000025

For _June, 2010_

: 113000023 : 00586503485 0 4114

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4139

35-2/1130 TX
3780

Date 6·25·2010

Pay to the
Order of _Raquel Garcia_____ | $ *1000* —

_One Thousand 5 of_____ Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑈ ꞉ 1130000231꞉ 005865034850⑈ 4139    ⑈0000100000⑈

062510 11 09900049 123745
0711740 46899 009    A
50000200413

BANK OF AMERICA.NA DAL
▶ 1119000254 E5045 01 601
06/25/10

9330580781

_#58600520004/3_

13cr628-032267

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4116

Date 7.1.2010

35-2/1130 TX
3780

Pay to the
Order of _Thawh Corp._ $ 942.50

_nine hundred forty two_ $50 Dollars

**Bank of America**

ACH R/T 111000025

For _July, Rent_

⑾130000 23⑿ 00586 50 348 50⑾ 4116

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4074

Date 7·12·2010

25-2/1130 TX
3780

Pay to the
Order of _____ ComCast _____ $ 62 —

Sixty-Two _____ Dollars

**Bank of America**

ACH R/T 111000025

For # 0 114052

⑈113000023⑈ 005865034850⑈4074

For Deposit Only Comcast Financial
Agency Corp 442695B114"

13cr628-032269

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4143

35-2/1130 TX
3780

Date 7-12-2010

Pay to the Order of _Yellow Bank-West,_   $ 104.54

_One hundred four s 54/_ Dollars

**Bank of America**

ACH R/T 111000025

For _#1 704115_

⑈113000023⑈ 005865034850⑈4143

© Clarke American

FOR DEPOSIT ONLY
JPMorgan Chase BankN.A.
704115

13cr628-032270

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4142

Date 7.12.2010

35-2/1130 TX
3700

Pay to the
Order of Alarm Masters,                    $ 64.95

Sixty-fours, 95                           Dollars

**Bank of America**

ACH R/T 111000025

For 4/13363

⑆1130000 23⑆ 00586 5034850 ⑈4142

FO16 Seq0014078342
Compass Bank  B'ham AL
07/16/2010 >062001186<

PAY TO THE ORDER OF
COMPASS BANK
HOUSTON, TX 77096
11301 0547
FOR DEPOSIT ONLY
ALARM MASTERS CORPORATION
2193690 1

13cr628-032271

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4073

Date 7·12·2010   35-2/1130 TX
3760

Pay to the
Order of __Alarm Masters__   $ 64⁹⁵

__Six four 5 95/__ Dollars

**Bank of America**

ACH R/T 111000025

For __413413__

I:113000023I: 00586503485011 4073

R016 Seq0014078348
Compass Bank   B'ham AL
07/16/2010 >062001186<

Pay To the ORDER OF
COMPASS BANK
HOUSTON, TX 77096
11301054Z
FOR DEPOSIT ONLY
ALARM MASTERS CORPORATION
21936901

13cr628-032272

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4141

35-2/1130 TX
3780

Date 7.12.2010

Pay to the
Order of _A.H_

$ 12 ³³⁄—

_Twelve_ s 33/ Dollars

**Bank of America**

330377 3919002732 3915 02

ACH R# 111000025

For # /05911065

⑈113000023⑈ 00586503485O⑊⑊ ⑈000000 1233⑈

65333588

0710-0015-2
0710-0015-2
330377510 07-20-10
399584-071710
27 09834 204
FOR DEP ONLY 071910
AT&T SERVICES, INC.
09834 102 39844914001 061 CHICAGO.IL 2732718
24 105911065 AFFILIATES >071000152<

13cr628-032273

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4075

35-2/1130  TX
3780

Date 7/12/2010

Pay to the
Order of Harris Co FWSD #14                    $ 99⁰⁴

Ninety-nine $ ⁰⁴/₁₀₀                    Dollars

**Bank of America**

ACH R/T 171000025

For #8103 Jones Rd.

⑆113000023⑆ 00586503485 0⑈4075

UNB 07202010 00103001417370

4145

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

Date 8.9.2010

35-2/1130 TX
3780

Pay to the
Order of ___ Southwest Credit ___ $ 375.00

Three Hundred Seventy-five s/100 ___ Dollars

**Bank of America**

ACH R/T 111000025

For 11013408713

⑈⑈⑈30000 23⑈: 0058650 3485 0⑈⑈4145

FOR DEPOSIT ONLY
Southwest Credit Systems
Southwest Credit Systems
ATT Mobility
8035797813

13cr628-032275



13cr628-032276



13cr628-032277

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4118

35-2/1130 TX
3780

Date 9·1·2010

Pay to the
Order of _____ Charle Corp _____ $ 942.50

Nine hundred forty Star 5.50 Dollars

**Bank of America**

ACH R/T 111000025

For. _____

⑆ 1130000 23⑆ 00586 50 3485 0⑇ 4118

13cr628-032278

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

4150

35-2/1130 TX
3780

Date 9.15.2016

Pay to the Order of _City of Houston - Aslam Delno$ 50-_

_fifty - 4_ Dollars

Bank of America

ACH R/T 111000025

For # 99998270

⑈ 1130000 23⑈ 0058650348 50⑈ 4150 ⑈ 0000005000⑈

JPMORGANCHASE BK NA          CR TO NMD

092310      >074909962<       PAYEE ALL

18248284      0203887         RTS RSVD

00701336    168     0000000789698099

13cr628-032279



LA PRINCESA                                              4149
727 FREEPORT ST.
HOUSTON, TX  77015
                              Date 9.15.2010        35-2/1130 TX
                                                        3780

Pay to the
Order of        Comcast                        $ 61 17

        Sixty-one s no/                         Dollars

**Bank of America**

ACH R/T 111000025

For        205-0114052

⑆ 113000023⑆ 00586503485 0⑈ 4149

"For Deposit Only Comcast Financial
Agency Corp 442695811/4"



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4148

35-2/1130 TX
3780

Date 9.15.2010

Pay to the
Order of _Houston Police Dept._   $ 75 00

_Swenty five, c_   Dollars

**Bank of America**

ACH R/T 111000025

For #0/0/001409156

⑆113000023⑆ 00586503485O⑈4148   ⑈0000007500⑈

091000022 09272010 5463
S/T 1?? ID 9C PKT 3
ACCT 00153454746899

4025100044

6346 892716 747716 28 2503          15349505513
171 00013  01 173          US BANK NA  HOUSTONT
170 747716068OI 28          ST PAUL MN
0101001409156          )091000022<          #2503

13cr628-032282



13cr628-032283





LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3004

DATE _10·15·2010_

35-2/1130 TX
3760

PAY TO THE ORDER OF _Tx Comptroller of Public Apcts_   $ _968.⁷⁰_

_Nine Hundred Sixty-eight 5 ⁷⁰_   DOLLARS

**Bank of America**

ACH R/T 111000025

FOR _# 32011814103 Garcia, Raquel_

⑆003004⑆ ⑈113000 23⑈ 0058650 3 48 50⑈

7020732268
TX State Comptroller
10/25/2010

13cr628-032285

**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4122

35-2/1130 TX
3780

Date 11/3/10

Pay to the
Order of _Thanh Corp._  $ 1,305.—

_One thousand three hundred five_ Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑈ 1130000 23⑈ 00586503485 0⑈ 4122

#9568146357
Thanh Corp.

13cr628-032286



13cr628-032287

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX  77015

3013

DATE 11-15-2010

PAY TO THE ORDER OF Comcast                                 $ 221 35

Two hundred twenty-one 5 35/                        DOLLARS

Bank of America

ACH R/T 111000025

FOR# 0826622

⑈0030 13⑈ ⑈11300002 3⑈ 005865034850⑈

"For Deposit Only Comcast Financial Agency Corp 4426556114"

13cr628-032288





**LA PRINCESA**
727 FREEPORT ST
HOUSTON, TX 77015

3007

36-2/1130 TX
3780

DATE 11·15·2010

PAY TO THE ORDER OF  GCC ISD Tax Serv.                    $ 292.89

Two hundred ninety two, 89                          DOLLARS

**Bank of America**
ACH R/T 111000025

FOR # 064130014014

⑆003007⑈ ⑆113000023⑆ 00586503485 0⑈

13cr628-032291



FOR DEPOSIT ONLY
HARRIS COUNTY FRESH WATER
SUPPLY DISTRICT #6 TAX ACCOUNT
117 TOWER, CHANNELVIEW, TX 77530
ACCT. #953-027-9265





13cr628-032294

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3010

36-27/1130 TX
3750

DATE 11·15·2010

PAY TO THE ORDER OF Harris Cnty Mud #53                    $ 606 14/

Six hundred six 5 14/                                        DOLLARS

Bank of America

ACH R/T 111000035

FOR # 269 0872002 0280

⑈003010⑈ ⑈113000023⑈ 0058650348 50⑈

407131030513 GMA*TX 12/02/2010 >111000753<

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3006

DATE 11·15·2010

PAY TO THE ORDER OF Harris Cnty. MUD #53                    $ 599 16/100

Five hundred Ninety-nine                                      DOLLARS

Bank of America

ACH R/T 111000025

FOR # Oxles·001-0070

⑈003006⑈ ⑆113000023⑈ 00586503480⑈

407131000514 GMA*TX 12/02/2010 >111000753<

13cr628-032296

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3009

35-2/1130 TX
3780

DATE 11·15·2010

PAY TO THE ORDER OF Harris Cnty. M.D. #53                                $ 574.62

Five hundred seventy-four & 62/100                                        DOLLARS

Bank of America

ACH R/T 111000025

FOR #  269.0865.001.0060

⑈003009⑈ ⑈130000023⑈ 005865034850⑈

407131000515 GMA*TX 12/02/2010 >111000753<

13cr628-032297



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

3014

DATE 11·15·2010

35-2/1130 TX
3780

PAY TO THE ORDER OF _JS Palmeh_                    $ 162 —

_One hundred Sixty two, .d_ _____ DOLLARS

Bank of America

ACH R/T 111000635

FOR _____    1073771

⑈003014⑈ ⑆113000023⑆ 0058650348 50⑈        ⑈0000016200⑈

LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3012

DATE 11-15-2010

35-2/1130 TX
3780

PAY TO THE ORDER OF ___Galena Park ISD___  $ 234.64

___Two hundred thirty four , CA___  DOLLARS

Bank of America

ACH R/T 11300025

FOR # 096 705-5

⑆003012⑆ ⑈113000023⑈ 00586503485

06116000138658 12/62/2018

ASSESSOR-COLLECTOR
GALENA PARK I.S.D.
ESCROW TAX ACCOUNT
0839354



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

4120

35-2/1130 TX
3780

Date _121/20/0_

Pay to the
Order of _Thanh Corp_ $ _1395.00_

_One Thousand Three Hundred Five_ Dollars

**Bank of America**

ACH R/T 111000025

For_____

⑉113000023⑉ 00586503485 0⑉ 4120



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

3019

DATE 12·15·2010

96-2/1130 TX
3780

PAY TO THE ORDER OF ___ComCast___ $ 61 16

___Sixty-one___ ttc ___ s ___ DOLLARS

**Bank of America**

FOR # 0174052

⑈003019⑈ ⑆113000023⑆ 00586503485⑈



"For Deposit Only Comcast Financial Agency Corp 4426958114"



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

3024

35-2/1130 TX
3780

DATE 12.15 20/0

PAY TO THE ORDER OF _Harris Co WCID #36_   $ 53 39

_Fifty-three & 39_ DOLLARS

**Bank of America**

ACH R/T 111000025

FOR # 06159006

⑈003024⑈ ⑈113000023⑈ 005865034850⑈



ELECTRONICALLY PRESENTED - 22





**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

4124

35-2/1130 TX
3780

Date _1/6/11_

Pay to the
Order of _Thanh Corp._  $ _1,305.²⁰_

_One Thousand three hundred five_ ~~and~~ _⁰⁰/₁₀₀_ Dollars

**Bank of America**

ACH R/T 111000025

For _____

⑈⑆⑈⑇⑊⑆⑆⑆⑆⑇⑊⑆  ⑆⑆⑊⑉⑈⑌⑊⑆⑊⑈⑇⑉⑊⑆⑈  ⑇⑈⑇⑇

13cr628-032306





LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3027

DATE 1·13·2011

36-2/1130 TX
3780

PAY
TO THE
ORDER OF UM

$ 241 53

Two hundred forty-one s 53/

DOLLARS

Bank of America

012111 000011 195 0012050

ACH R/T 111000025

FOR # 0012050 1 7914

⑈0030027⑈ ⑈113000023⑈ 00586503 48 50⑈ ⑈000002 41 53⑈



**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX 77015

3026

DATE 1·12·2011

16-2/1130 TX
3708V

PAY
TO THE
ORDER OF  Au

$ 246 44

Three hundred Forty-six, 44                          DOLLARS

**Bank of America**

ACH R/T 111000025

FOR  0003313

⑈003026⑈ ⑆113000023⑆ 0058650348 50⑈

ICL Deposit to JPMorgan Chase

Regulus PHX                              222222222222
00000237        05        phxsorter4        111111111
026966          085055                        01/24/11



LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3031

DATE 1·20·2011

35-2/1120 TX
3767

PAY TO THE ORDER OF Don Summers                    $ 464 08

Four hundred sixty-four             08                    DOLLARS

Bank of America

ACH R/T 111000025

FOR 22058154 ~ 20967055

⑆⑈003031⑈ ⑆111300002 3⑆ 005865034850⑈    ⑆0000046408⑈

8116500115  P7  R014

OREGO 5165TH/IN NAMED PAYEE
SRE0015568(U.A. > 113611255 <
012011 LBX46011

13cr628-032311





13cr628-032312





**LA PRINCESA**
727 FREEPORT ST.
HOUSTON, TX  77015

3029

DATE 2·1·2011

PAY TO THE ORDER OF Tx Comp. of Public Auts.    $ 838.78

eight hundred thirty-eight 5⁷⁸    DOLLARS

**Bank of America**

ACH R/T 111000025

FOR #320118141003

⑈003029⑈ ⑉113000023⑈ 00586503485011⑈



7013874128
TX State Comptroller
02/15/2011

13cr628-032314



13cr628-032315



LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3033

55-2/1130 TX
3783

DATE 2·1·2011

PAY TO THE ORDER OF  Verizen SW                    $ 197 43

One hundred ninety-seven , 43                      DOLLARS

Bank of America

ACH R/T 111000025

FOR  # VV 701 389 906

⑈003033⑈ ⑆113000023⑆ 0058650348650⑈

CONSOLID RTN BONY >021902446<#6301375075
JP MORGAN CHASE  02/16/11   VERIZON LV
3862  000000289  AC#28770B3899
CONSOLID RTN BONY >021902446<#6301375075



LA PRINCESA
727 FREEPORT ST.
HOUSTON, TX 77015

3035

DATE 2·1·2011

PAY TO THE ORDER OF _Att_                    $ 161 10

_One hundred sixty-one_ 10                    DOLLARS

Bank of America

FOR # 713451002

⑈003035⑈ ⑆113000023⑆ 005865034180⑈              ⑈00000016110⑈

65170284
0710-0015-2
0710-0015-2
331205078 02-17-11

FOR DEP ONLY 021611
AT&T SERVICES, INC.
22794 173 900328005001 674  CHICAGO, IL 273271G
23 713451002305  SR TELCO      >071000152<



**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3175

35-2/1130 TX
3780

3/14/11

Pay To The
order of  Thanh Corporation          $ 1,435.50

one thousand four hundred thirty five ___ 50/100   DOLLARS

**Bank of America**

ACH R/T 111000025

x Red Princesa #1                    Raquel Gar___

⑈113000023⑈ 0058650348 50⑈ 3175

Rel: Thanh Corp
#9SG8166357

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3150

35-2/1130 TX
3780

5.14.2011

Pay To The Order of *State Comptroller*

$ 922 67

*Nine hundred Twenty two 5 67/100*

**Bank of America**

ACH R/T 111000025

# 320-118/4/03

⑆113000023⑆ 005865034850⑈3150

6210461948
TX State Comptroller

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3176

25-2/1130 TX
3780

4·1·2011

Pay To The
Order of    Tharb Corp                    $ 1305.⁰⁰

One thousand three hundred five 5⁰⁰    Dollars

**Bank of America**

ACH R/T 111000025

⑈113000023⑈ 005865034850⑈3176

13cr628-032320

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3181

35-2/1130 TX
3780

5/19/11

Pay To The order of OFFICE DePoT                      $ 582.78

fine hund eighty two                          78/100 Dollars

**Bank of America**

ACH R/T 111000025

CBIA911421417910252

⑈113000023⑈ 005865034850⑈ 3181

Harland Clarke

For Deposit Only
06 01 00 141791 052211   PEG CITIBANK USA NA
11564205834129  126   225   DES MOINESIA
052111   026155    QUEF. >271970312<

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3178

35-2/1130 TX
3780

5/19/11

Pay To The Order Of    O 2 A R K a                                     $ 105. 55

one hund five                                          .55/100 Dollars

**Bank of America**

ACH R/T 111000025

Raquel Gar

⑈113000023⑈ 005865034850⑈ 3178

CREDIT ACCT NAMED PAYEE
ZEPHYR HILLS
BOA
540900055

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3180

35-2/1130 TX
3780

5/19/11

Pay To The
Order Of  Yellow Book                          $ 48.00

forty eigt                                  Dollars

**Bank of America** 

ACH R/T 111000025

Raquel Gai

⑈113000023⑈ 0058650348 50⑈ 3180

FOR DEPOSIT ONLY
JPMorgan Chase BankN.A.
704115

**RAQUEL M GARCIA SOLE PROP**
**DBA LA PRINCESA**
PO BOX 358
CHANNELVIEW, TX 77530

3151

35-2/1130 TX
3780

_12·12·2011_

Pay To The
Order of  _Don Summers_                              | $ _4862 73_

_four thousand eight hundred sixty-two 73/_____

**Bank of America**

ACH R/T 111000025

#_0591450000070_

⑆113000023⑆ 0058650348500⑈ 3151   ⑈0000486273⑈

8118605285    P7   R004

428969 R46125CREDIT ACCT W/IN NAMED PAYEE
066 12192011 AMEGY BANK N.A. > 113011258 <
121911 LBR46125

13cr628-032324

*La Princesa Baptism Boutique*
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

1004

35-2/1130 TX
17312

Bank of America
ACH R/T 111000025

5/23/2012

PAY TO THE
ORDER OF    harris county alarm detail

$   **10.00

Ten and 00/100******************************************************************************************    DOLLARS

harris county alarm detail
P.O. Box 4049
Houston, Tx 77210-4049

MEMO

Invoice #2392736

AUTHORIZED SIGNATURE

⑆001004⑆ ⑈113000023⑈ 005865034850⑈ ⑆000000100 0⑈

8222791439   P7   P555

457828 R4049 CREDIT ACCT W/IN NAMED PAYEE
176 052520₁2 ALLEGI BANK N.A. > 113011258 <
052512 LBR4049

13cr628-032325

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

1002

Bank of America
ACH R/T 111000025

35 2/1130 TN
17917

5/23/2012

PAY TO THE
ORDER OF     Chase

$   **55.10

Fifty-Five and 10/100********************************************************************************************   DOLLARS

Chase
CARDMEMBER SERVICE
P.O. Box 94014
Palatine, Il 60094-4014

MEMO
4246315136772504     AUTHORIZED SIGNATURE

⑈001002⑈ ⑈113000023⑈ 0058650348 50⑈

13cr628-032326

*La Princesa Baptism Boutique*
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

1001

35-2/1130 TX
17917

Bank of America
ACH R/T 111000025

5/23/2012

PAY TO THE
ORDER OF     office depot

$  **350.00

Three Hundred Fifty and 00/100*********************************************************************************************  DOLLARS

CBIA921472671480048

office depot credit plan
P.O. Box 68920
Des Moines, IA 50368-9020

MEMO
6011564205834129

AUTHORIZED SIGNATURE

⑈OO⑈OO⑈⑈⑈ ⑆⑈⑈⑈30000⑈3⑈⑆ OO58650⑈⑈4850⑈⑈

For Deposit Only
06 01 00 267148 052612     PEG CITIBANK N.A.
11564205834129  240   225   DES MOINESIA
052512     034786   QUEF >271970312<

13cr628-032327

*La Princesa Baptism Boutique*
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

1003

35-2/1130 TX
17917

5/23/2012

PAY TO THE
ORDER OF     at&t

$ **205.33

Two Hundred Five and 33/100************************************************************************************** 

DOLLARS

at&t
P.O. Box 105414
Atlanta, GA 30348-5414

MEMO
7136739200 602 6

AUTHORIZED SIGNATURE

⑈00⑈003⑈ ⑆⑈⑈30000 23⑆ 00586503⑈850⑈

SW     Am2188  603555   0470 05/26/12 53454
7136739200502 60355508001 19   dg01
**IE ITEM**

PAY TO THE ORDER OF WACHOVIA BANK N.A.
All Prior Endorsements Guaranteed
AT&T
Account 205270027274

13cr628-032328

*La Princesa Baptism Boutique*
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

1030

35-2/1130 TX
17917

6/1/2012

PAY TO THE
ORDER OF      reliant

$      **99.37

Ninety-Nine and 37/100********************************************************************************      DOLLARS

reliant
P.O. Box 650475
Dallas, Tx 75265-0475

MEMO      6627521-5

AUTHORIZED SIGNATURE

⑃⑆0010300⑆ ⑆⑆113000023⑆⑆ 005865034850⑆

000030 106 060412 0880      BNYMELLON
000006627521   DAL      CRED TO PAYEE
   119-2323/650475      ABS END GUAR
060412 127776 110 220

13cr628-032329

*La Princesa Baptism Boutique*
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

1007

35-2/1130 TX
17917

6/1/2012

PAY TO THE
ORDER OF     StarTex

$     **237.22

Two Hundred Thirty-Seven and 22/100************************************************************************************ DOLLARS

StarTex
P.O. Box 650827
Dallas, Tx 75265-0827

MEMO
253130

AUTHORIZED SIGNATURE

⑈⑆00100 7⑈⑆ ⑆⑆1130000 231⑈⑆ 00 58650 34850⑈⑆

For   >031100209<  06/04/12  DAL-StarTexPow
Deposit Citbank N A     0000253130
Only   New Castle DE     30875086
5117 576645 138 000 576645-20-10-069/0017-069

13cr628-032330



*La Princesa Baptism Boutique*
919 Freeport St. Houston TX 77015
(713) 651-4002
1321 McCarty St. Houston TX 77029
(713) 673-9200

1008

Bank of America
ACH R/T 111000025

88-2/1110 TX
17917

6/1/2012

PAY TO THE
ORDER OF     harris county wcid #36                    $   **54.56

Fifty-Four and 56/100**************************************************************************   DOLLARS

harris county wcid #36
903 Hollywood
Houston, Tx 77015-4649

MEMO
     06-1590-06                              AUTHORIZED SIGNATURE

⑈0010088⑈  ⑆111300002301  0058650348501⑈

ELECTRONICALLY PRESENTED - 1

HARRIS COUNTY WCID #36
FOR DEPOSIT ONLY
ACCOUNT 9580028041
06/01/2012 09:01-AM
015 W
0042655



La Princesa Baptism Boutique
919 Freeport St., Houston, JX 77015
(713) 451-4002
1321 McCarty St., Houston, JX 77029
(713) 673-9200

**Bank of America**
ACH R/T 111000025

1029

35-2/1170 TX
17917

6/1/2012

PAY TO THE
ORDER OF          state comptroller

$   **90.67

Ninety and 67/100***************************************************************************   DOLLARS

state comptroller
of Public Accounts
P.O. Box 149359
Austin, TX 78714-9359

MEMO          3-20118-1410-3

_Raquel Garcia_
AUTHORIZED SIGNATURE

⑈⑈00⑈029⑈  ⑈⑈⑈⑈30000⑈23⑈:  0058650⑈34850⑈⑈

72995750⑈⑈
TX State Comptroller
06/05/2012

13cr628-032333

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-6002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

1011

Bank of America
ACH R/T 111000025

6/26/12

35-2/1130 TX
17917

PAY TO THE
ORDER OF   Three hundred sixty eight 44/100

$ 368.44

Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020

CBIA921823328220074

DOLLARS

MEMO   601156420583341 29

AUTHORIZED SIGNATURE

⑈001011⑈ ⑆113000023⑆ 005865034850⑈

For Deposit Only
06 01 00 332822 063012    PEG CITIBANK N.A.
11564205834129  370    225  DES MOINESIA
063012     033099    QUEF  >271970312<

13cr628-032334

La Princesa Baptism Boutique
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

1005

35-2/1130 TX
17917

Bank of America
ACH R/T 111000025

6/26/12

PAY TO THE
ORDER OF   Two hundred 35/100

$ 200.35

DOLLARS

AT&T
P.O. Box 105414
ATLANTA, GA 30348-5414

MEMO   7136739200

AUTHORIZED SIGNATURE

⑈0010051⑆ ⑈113000023⑈ 005865034850⑈

PAY TO THE ORDER OF WACHOVIA BANK N.A.
All Prior Endorsements Guaranteed
AT&T
Account 2052700027274

13cr628-032335

13cr628-032336

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

7/6/12

1014

35-2/1130 TX
17917

PAY TO THE
ORDER OF   *State Comptroller*

$ 995.60

*Nine hundred ninety five 60/100*

DOLLARS

MEMO   3-20118- 1410-3

AUTHORIZED SIGNATURE

⑈0010104⑈ ⑊113000023⑊ 00586503485 0⑈

13cr628-032337

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-4002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

1013

Bank of America
ACH R/T 111000025

7/6/12

PAY TO THE
ORDER OF    H. C. WCID #36                              $ 54.56

Fifty four 56/100                                      DOLLARS

MEMO  919 Freeport

AUTHORIZED SIGNATURE

⑆0010 13⑆ ⑇113000023⑇ 0058650 34850⑆

ELECTRONICALLY PRESENTED - 5

HARRIS COUNTY WCID 036
FOR DEPOSIT ONLY
ACCOUNT 495012983dc
07/05/2012 09:39:44 AM
015 AM
5407395700
00

13cr628-032338

La Princesa Baptism Boutique
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

1017

Bank of America
ACH R/T 111000025

7/10/12

35-2/1130 TX
17917

PAY TO THE
ORDER OF      AT & T                                    $ 160.14

One hundred sixty 14/100                              DOLLARS

MEMO  7134514002220 6

Raquel Blanco
AUTHORIZED SIGNATURE

⑈001017⑈ ⑆113000023⑆ 005865034850⑈

PAY TO THE ORDER OF WACHOVIA BANK N.A.
All Prior Endorsements Guaranteed
AT&T
Account 205270002727274

SW    gt0536  615230   0322 07/13/12 80140
      7134514002220 61523008001 15   dg01
      **IE ITEM**

La Princesa Baptism Boutique
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

1013

26-2/1130 TX
17617

Bank of America
ACH R/T 111000025

7/6/12

PAY TO THE
ORDER OF  H. C. WCID #36

$ 54.56

Fifty four 56/100

DOLLARS

MEMO  919 Freeport

AUTHORIZED SIGNATURE

⑈0010l3⑈ ⑈1l30000023⑈ 005865034850⑈

ELECTRONICALLY PRESENTED - 5

13cr628-032340

La Princesa Baptism Boutique
919 Freeport St., Houston TX 77015
(713) 451-6002
1321 McCarty St., Houston TX 77029
(713) 673-9200

1018

Bank of America
ACH R/T 111000025

7/2/12

35-2/1130 TX
17817

PAY TO THE
ORDER OF   City of Houston- AKA Alaem        $ 232.26

Two hundred thirty two 26/02 ————————        DOLLARS

MEMO   1321 McCarty

AUTHORIZED SIGNATURE

⑈001018⑈ ⑆113000023⑇ 0058650348⑈      /000000232226/

JPMORGANCHASE BK NA      CR TO NMD
070612   >074909962<      PAYEE ALL
18248404      0203887      RTS RSVD
00859335   110   0000000789698099

13cr628-032341



*La Princesa Baptism Boutique*
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

1016

7/17/12

PAY TO THE
ORDER OF   ALARM MASTERS                                    $ 71.28

Seventy one 28/100                                          DOLLARS

MEMO  4/30376                          Raquel Garcia
                                       AUTHORIZED SIGNATURE

⑈0010 16⑈ ⑆11 3000023⑆ 0058650 348 50⑈

20120720213710701120

20120720213710701120

ALARM MASTERS CORP.
21936901

C/ OMPASS BANK
HOUSTON, TX 77056
9695
1-301/0547
TO THE ORDER OF
FOR DEPOSIT ONLY

13cr628-032342

La Princesa Baptism Boutique
919 Freeport St., Houston, TX 77015
(713) 451-6002
1321 McCarty St., Houston, TX 77029
(713) 673-9200

1021

35-2/1130 TX
17017

Bank of America
ACH R/T 111000025          7/17/12

PAY TO THE
ORDER OF  COMCAST                                   $ 28.24

Twenty eight 24/100 ———————————————

DOLLARS

MEMO 8777701260380180

Raquel Garcia
AUTHORIZED SIGNATURE

⑈00⑈02⑈⑈ ⑈⑈⑈⑈30000 23⑈⑈ 005865034850⑈

For Deposit Only
Comcast Financial Agency Corp
4426958114

La Princesa Baptism Boutique
919 Freeport St., Houston TX 77015
(713) 451-4002
1321 McCarty St., Houston TX 77029
(713) 673-9200

1019

Bank of America
ACH R/T 111000025

7/24/12

36-2/1130 TX
17917

PAY TO THE
ORDER OF   Office Depot                               $ 1658.58

One thousand six hundred fifty eight 58/100                          DOLLARS

CBIA922101352990026

MEMO

Raquel Garcia
AUTHORIZED SIGNATURE

⑈0010119⑈ ⑆113000023⑆ 00586503 4850⑈

For Deposit Only
06 01 00 135299 072812    PEG CITIBANK N.A.
11564205834129  130    225   DES MOINESIA
072712    017594   CARF >271970312<

13cr628-032344

*La Princesa Baptism Boutique*
919 Freeport St., Houston TX 77015
(713) 451-6002
1321 McCarty St., Houston TX 77029
(713) 673-9200

Bank of America
ACH R/T 111000025

7/24/12

1020

35-2/1130 TX
17917

PAY TO THE
ORDER OF   AT & T

$ 197 88

One hundred ninetyseven 88/100

DOLLARS

MEMO   7136739200 602

AUTHORIZED SIGNATURE

⑈0010 20⑈ ⑆⑆113000023⑆ 0058650 3485 0⑈

SW    ar6630  618508   0204 07/28/12 87975
         7136739200602 61850808001 10   dg01
              **IE ITEM**

PAY TO THE ORDER OF WACHOVIA BANK N.A.
All Prior Endorsements Guaranteed
AT&T
Account 205270002727274