UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Houston
1 Justice Park Drive
Houston, Texas 77092-1908

| | |
|---|---|
| File Number: | 050-HO-71591 |
| Requesting Official(s) and Office(s): | SA Suzanne Bradley (HO) |
| Task Number(s) and Date Completed: | HO 23996, 6/17/2013 |
| Name and Office of Linguist(s): | LA Patricia Plaza (HO) |
| Name and Office of Reviewer(s): | LA Zenia C. Morffi (HO) |
| Source Language(s): | Spanish/English |
| Target Language: | English |
| Source File Information —Date, Time, Duration: | 04/04/2012 (Date); 08:32 p.m. (Time); 00:06:49 minutes (Duration) |

## VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Confidential Human Source | CHS |
| Hortencia Medeles-Arguello aka Raquel Medeles Garcia aka Tencha | HM |
| UM | UM |
| UF 1 | UF 1 |
| UF 2 | UF 2 |
| UF 3 | UF 3 |

UNCLASSIFIED

13cr628-028160

GOVERNMENT EXHIBIT A1a

13cr628-028161

UNCLASSIFIED

**Abbreviations:**

| | |
|---|---|
| UI | Unintelligible |
| [ ] | Noise notations or Translator's notes |
| OV | Overlapping Voices |
| PH | Phonetic |

UNCLASSIFIED

File: 50-HO-71591
Call #: 23997
Date: 04/04/2012
Time: 08:32 p.m.

[recording begins]

[noises and occasional unintelligible voices heard in the background throughout the entire conversation]

UF 1: [mumbles] *Why?*

CHS: One-two... Wait...[UI]

UF 2: [unintelligible conversation in the background]

CHS: [noises] [pause] Look, she's writing down the time but... Look, 9--9:26 and she wrote down 9:24. She writes down less [time] to all of them.

HMA: Well, stay anyway--

CHS: [OV] Uh?

HMA: --until she gets here.

CHS: Alright. Uh, let's see... uh... [pause] I'm going to give you the deposit [money] first.

HMA: Uh-huh. Did Sergio [PH] brought just five, or not?

CHS: No, I'll tell him right now to bring them down... One... two... three... four... five... six... Seven--50. That's for the deposit [money]. If you want to check the bills... Look, I have a marker here [noises].

HMA: This is what you gave me separately, but did--did you check it, right?

CHS: Yes... No, and this was brought by the guy--the--the--the one with the beers.

HMA: Oh. No, that's fine.

CHS: Yes, he did bring me that one. He wanted it in ones.

HMA: [noises] I know.

CHS: Alright.

HMA: It's just that they look different. [noises]

1
UNCLASSIFIED

UNCLASSIFIED

File:     50-HO-71591
Call #:   23997
Date:     04/04/2012
Time:     08:32 p.m.

CHS:    This is 700 for the tricks. Hold on. Let me pay you for the--the--cleaning. [noises and music in the background] [pause]

UF 3:   [in the background] Do you want to go to the bathroom?

UM 1:   [in the background] [UI]

CHS:    Alright... *Okay*, from the cleaning... Many were absent today, or they came in late. Fernanda was absent again. Sonia came in late and I think Cinthia did as well.

HMA:    Well, yeah.

CHS:    Yes... But I haven't Cynthia for some time.

HMA:    Oh, *okay*.

CHS:    Neither--

HMA:    [OV] And--

CHS:    --Fernanda.

HMA:    --they are not written down?

CHS:    In the list? No.

HMA:    Oh, *Okay*.

CHS:    No, but I tell Doña Lupe to charge them for being late. Because she charges several of them? Do I tell her [Doña Lupe]

HMA:    Yes, tell her about those three [girls].

CHS:    To charge them.

HMA:    Uh-huh.

CHS:    She knows because, uh, the--

HMA:    [OV] She fined them?

2
UNCLASSIFIED

UNCLASSIFIED

File:     50-HO-71591
Call #:   23997
Date:     04/04/2012
Time:     08:32 p.m.

CHS:    --Yes she knows--

HMA:    *Okay.* I'll tell her shortly.

CHS:    You tell her?

HMA:    Uh-huh.

CHS:    Alright.

HMA:    It would Fernanda and who else?

CHS:    It's Cinthia, Fernanda and Sonia.

HMA:    *Okay.*

CHS:    But Sonia has already arrived.

HMA:    *Okay.*

CHS:    Sonia has already went upstairs. . . Fernanda and. . . I have not seen the other one.

HMA:    She paid you?. . . Sonia? For being late. . .

CHS:    No. That's why I'm telling you, are you telling her or do I charge her?

HMA:    You charge them since you see them [the girls] here.

CHS:    *Okay.*

HMA:    We're close.

CHS:    Well, yes, right now she just went upstairs once, uh. . .

HMA:    *Okay*--No, I'm going to ask her right now if she has seen them. . . I don't know. . . Fernanda is not here.

CHS:    Yes, because the--the--the one who went--apparently she was charging Fernanda 40 because she was absent one day of the week.

HMA:    Uh-huh.

3
UNCLASSIFIED

UNCLASSIFIED

File:     50-HO-71591
Call #:   23997
Date:     04/04/2012
Time:     08:32 p.m.

CHS:   She did not come yesterday.

HMA:   Oh, she did not come?... Oh, another one that might not come.

CHS:   And now she has not arrived either.

HMA:   Oh, god, [UI], or what?

CHS:   I don't know... Who knows, uh, you know how sometimes the pimps beat them up--

HMA:   [OV] Yeah...

CHS:   -- that is why they do not come.

HMA:   Well, yeah...

CHS:   That one... the--Yvonne.. She has not come?"...

HMA:   [OV] [Yvonne] didn't either--

CHS:   But that one, she says that she requested a two-weeks vacations.

HMA:   --Oh, yes, she told me that--

CHS:   [OV] May be she was also--beaten up her pimp--

HMA:   [mumbles] [OV] Right...

CHS:   --Uh?

HMA:   [chuckles]

UM:    [in the background] Yes. [laugh]

CHS:   Uh, it's 19... They have only given to me the 19 for the cleaning--

HMA:   [OV] It's alright, anyway--

CHS:   --so I--I give you the 20 even so that it makes 400 and I will get them back right away.

4
UNCLASSIFIED

UNCLASSIFIED

File: 50-HO-71591
Call #: 23997
Date: 04/04/2012
Time: 08:32 p.m.

HMA: Uh-huh.

CHS: Oh, about... I was going to tell you about the--the--those things... I am giving you for the 400, I'm giving you 20. Hold on, I was going to tell you about the--to check how do I sell the... and this one... [noises]

[SC] [UI]

UF 3: Yes. [noises] Hello Tencha.

HMA: Hello. [noises]

UF 3: [in the background] Why are you making noises?

CHS: Uh-huh... [UI] To--write it down... how do I--I wrote down the--the condoms for this guy.

HMA: Oh...

CHS: Hold on, I'll tell you right now how I wrote it down... so you know.

HMA: *Okay.* [noises]

CHS: In this one it's 15. No--

UF 2: [in the background] [OV] Oh, really [UI]

CHS: --This fives are from him--[noises] Mmm... Let me explain it, let's see... Here it is, here it is. Mmm... Look, up until the moment I sold them--

HMA: [OV] Uh-huh--

CHS: --it was like--I already wrote down what I--I mean, what--what was left--

HMA: --What was left--

CHS: [OV] *Okay*, yes. This is what I got left. I sold up to that point. It's like you're just going to subtract--

HMA: From...

CHS: --You're going to subtract--

5
UNCLASSIFIED

13cr628-028166

UNCLASSIFIED

File: 50-HO-71591
Call #: 23997
Date: 04/04/2012
Time: 08:32 p.m.

HMA: [OV] --From here--

CHS: Yes.

HMA: --From here--

CHS: [OV] Yes.

HMA: --I'm going to put this from here to--

CHS: Yes.

HMA: [OV] --to the front.

CHS: --And I already prepared a sheet for him, but since he didn't send this one, I prepared a sheet for him where I wrote down this--

HMA: *Okay--*

CHS: --to record that I wrote down two loose ones, 23 boxes plus two boxes of 48--

HMA: [OV] Okay--

CHS: So the 48 don't count them because I only opened the ones of 42--

HMA: [OV] Uh-huh--

CHS: --you're just going to give him this. From the 42 you're going to subtract 23 little boxes and the two by themselves are right here, do you understand me?

HMA: Oh, *okay.*

CHS: Minus the money for that thing--the--the--the--

HMA: [OV] *Okay--*

CHS: The big boxes--

HMA: *Okay.*

CHS: --Here is where it's going to be-- my money is going to be here.

6
UNCLASSIFIED

UNCLASSIFIED

File: 50-HO-71591
Call #: 23997
Date: 04/04/2012
Time: 08:32 p.m.

HMA: *Okay.*

CHS: Or do you want me to separate the fives so you can put them to him separately, so you don't get all mixed up?

HMA: Yes. [noises]

CHS: Do I separate it?

HMA: What's his, well, yes, separate them. . .

CHS: Yes, what's from--what I sold from?

HMA: Yes.

CHS: I'm going to--

HMA: [OV] [UI]--

CHS: --write it down here for you--

HMA: Yes.

CHS: --the amount of money for this--

HMA: *Okay.* [noises]

CHS: [in the background] [UI]

UF 1: [in the background] *I need to cry.*

HMA: Hey, what's up?

CHS: [UI]

UF 3: I'm going to give you the change in my car. [noises]

CHS: How are you?

UF 3: Good, got a salary for him, look.

7
UNCLASSIFIED

UNCLASSIFIED

File:      50-HO-71591
Call #:    23997
Date:      04/04/2012
Time:      08:32 p.m.

CHS:    But, I've given you 100.

UF 3:   No, but give it to me but--I told you to come outside, *okay*?

CHS:    [aside] Hello, how are you? [noises] [UI] [mumbling]

UF 3:   No [UI] [beep]

CHS:    Yes.

UF 3:   [UI] [noises] when [UI] it works and [UI].

[end of the recording]