GOVERNMENT EXHIBIT A6a

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



HOUSTON DIVISION
1 JUSTICE PARK DRIVE, HOUSTON, TX 77092

| | |
|---|---|
| File Number: | 0050-HO-71591 |
| Requesting Official(s) and Office(s): | SA Suzanne Bradley (HO) |
| Task Number(s) and Date Completed: | HO-22237   3/30/2014 |
| Name and Office of Linguist(s): | CL Silvia Goldstein (HO) |
| Name and Office of Reviewer(s): | LA Armida Quiroga (HO) |
| Source Language(s): | Spanish |
| Target Language: | English |

Source File Information
   Name of Audio File or CD:   Tencha 08-17-12
   —Date, Time, Duration:   08/17/2012, Unknown, 00:13:11

### VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Confidential Human Source | CHS |
| Hortencia Medeles-Arguello aka Raquel Medeles Garcia aka Tencha | HMA |
| Unknown Female | UF |
| Unknown Male | UM |
| Unknown Male 2 | UM2 |
| Unknown Male 3 | UM3 |
| Unknown Male, a.k.a. Poncho | Poncho |
| Sandra LNU | Sandra |

UNCLASSIFIED

UNCLASSIFIED

<u>Abbreviations</u>:

| | |
|---|---|
| UI | Unintelligible |
| PH | Phonetic |
| [ ] | Noise notations or Translator's notes |
| SC | Simultaneous conversation |
| OV | Overlapping Voices |
| *Italics* | Spoken in English |

[TN: Pelon is a nickname for a bald man]

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

[recording begins]

HMA: It's very heavy.

UM: I know.

CHS: One of the ones that [UI] in the house [UI] the condom

UM: [UI]

UF: And [UI] what?

CHS: That one?

UF: [UI] a small piece of paper [UI]

CHS: [UI] [conversation and music heard in the background] The one is a . . .the one that you . . .

HMA: Poncho?

CHS: Excuse me?

HMA: Poncho?

CHS: Yes. You were saying, Poncho, which one, the one--the pimp?

HMA: Yes, the pimp.

CHS: Yes?

HMA: Huh-huh.

CHS: Um--The one that used to come with Gato?

HMA: Yes. The pimp

CHS: Oh--yes.

HMA: [UI] time, the one that was going around with that one, the bald one, the bald one, the one--

CHS: [OV] I remember Gato, the--the one from Daniela, the one that had Daniela--

1
UNCLASSIFIED

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

HMA: [OV] No, no, no. Do you remember the bald one, that bald one that used to come around, the bald one that--uh--that was going around [ui], what is her name? I don't remember, what was that woman's name, the one that was--

CHS: [OV] [UI]

HMA: [OV]--he was fighting, that one--the one that we used to call Pelon, the bald one. The one--

CHS: But is that one Poncho? [UI] the girls are coming...[female voice in the background]--Uh--[aside] Yes, that's fine! [end aside]

HMA: He was fighting for that woman. [UI] Do you remember that he had--[UI]

CHS: No, Poncho asked if we had $5.00 dollar bills. [noise]

Poncho: Or tens?

CHS: [UI] Yes, him, him.

HMA: [OV] [UI]

CHS: This Poncho, not the other Poncho. [chuckles] [aside] three...[end aside] I am going to give you $50, to leave--because I am [UI]

HMA: Yes, [UI]

CHS: I have tens, hold on...[counting] *one, three, four*, [ui] [noise]. Let's see, you give it to me, Poncho.

Poncho: How much is it?

CHS: The hundreds [pause][UI]

[pause]

UM2: *What? She ain't no good, man?*

CHS: Huh.

UM2: *Give that the money back!*

2
UNCLASSIFIED

13cr628-030204

UNCLASSIFIED

Case #:  0050-HO-71591
Date:    08/17/2012
Time:    Unknown

UM3:   [UI]

UM2:   *If she [UI], [UI] got some good ones. Does she [UI] remind me [UI]*

CHS:   [OV] What happened [UI]?

UF:    [OV] Nothing. [UI]

HMA:   [OV] [UI]

CHS:   [OV] Oh, *okay*.

UM2:   [OV] [UI]

UF:    [OV] [UI] change. [UI]

UM2:   [UI]

[pause] [faint unintelligible conversation]

HMA:   Who is this one?

CHS:   This one? Lorena.

HMA:   [UI]

CHS:   The little girl--the one that we asked for her *ID*.

HMA:   Oh. [noises] [UI]

CHS:   No. Uh--Well yes, I'll tell them today but--that one--Poncho is the one you said but. . . but wasn't that the one--that they came[UI] that the police caught a woman and they were looking for him because he hit her, or something like that? Poncho, don't you remember that the police was looking for him the other day?

HMA:   Oh well, who knows. I don't remember--I don't remember very well what did he do [for a living] but I know that he was going around with that girl, I don't remember [loud noise] that he was fighting with her. But I already told him. I said: "I don't want the pimps over there" I said, "you know". I said: "I don't want you to show up over there. . ."

CHS:   I--Who did you tell? Poncho?

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

HMA: To Poncho.

CHS: The girl's pimp?

HMA: Uh-huh. Because he is the one that talked to me.

CHS: [OV] He called you?

HMA: [OV] [UI]

CHS: [OV] No, I also told her--I told her--I told her: "Well, look", I said "But you man, cannot come here". She said: "Yes, yes, yes, he already knows", [conversation heard in the background] she said "he knows".

HMA: He knows.

CHS: [UI] came to drop her off here, but that he--he was coming in his car and she was coming in hers.

HMA: Oh, to show her--

CHS: [OV] Yes, to show her where it is.

HMA: [OV] [UI]

CHS: Uh, well. No, well, yeah, I also remember Gato. Do you remember Gato?

HMA: Yes.

CHS: [UI] Daniela, she was here, the other day I saw her. [noises]

HMA: [OV] [UI] ] [UI] [voices in the background] and I said, "Yes, we have new rules."

CHS: Yes, you see before they did come and stayed there.

HMA: Uh-huh.

CHS: No, I also told him, I told him. . . Oh do you want me to call the other girl so you can see her, the other one? Or will you wait or what?

HMA: No, leave it like that.

CHS; [aside] four, five, six, seven--

4
UNCLASSIFIED

UNCLASSIFIED

Case #: 0050-HO-71591
Date:   08/17/2012
Time:   Unknown

HMA:   Is she making a deal?

CHS:   [ends aside] Excuse me?

HMA:   [OV] [UI] did she go up already?

CHS:   Yes, she went upstairs like two, three times, but the one that is going upstairs often is this one. This one, Mayra is her name. Yeah, she--

HMA:   [OV] Yeah, that one is like, she already k--knows quite a bit.

CHS:   That one has been upstairs like--like five or six times. Yes, since early--

HMA:   [OV] [UI] those pimps, they tell them how to do it. [UI] really good.

CHS:   Yes--

HMA:   [OV] [UI]

CHS:   No, that girl, you can tell--

HMA:   [OV] I think that--

CHS:   [OV] She--she doesn't look like--

HMA:   [OV] No, no--

CHS:   [OV]--that woman looks really sharp

HMA :   [OV]--that woman looks really sharp [UI]

CHS:   [counting] It's $750, 750--

HMA:   [OV] Give me 5 [UI]--

CHS:   [OV] How much was it? A $750 deposit. . .?

HMA:   Yes.

CHS:   And there were--no, well, what you send me, but, no, that is besides this--

HMA:   750 [UI] the deposit.

5
UNCLASSIFIED

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

CHS: *Okay.* Let me see how much can I give you from here. This one, Jenny has not come today again, right? Nor Sonia, she hasn't come either? You know who else has not come? Sara, do you remember that last week you asked me to write her down that she owed, she hasn't come this week either.

HMA: [OV] You can tell her that she shouldn't come anymore.

CHS: Whenever she comes, should I tell her not to come back anymore?

HMA: No, for her not to come. Well, Jenny, not either and [UI] Sonia also--

CHS: Sonia hasn't come either, nor Jenny.

HMA: [OV] Jenny--

CHS: [OV] Oh! The lists! I was going to show you the lists right now, because--look at the cockroach! [NOISE]

HMA: What [UI]

CHS: You are charging some of them that did come.

HMA: Yeah?

CHS: First, let me give you the money from here. [noises]

HMA: It's that I [UI]--

CHS: [OV] [counting] three--

HMA: [OV] [UI] in a hurry.

CHS: [OV]--one, two, three, four, five, six, seven, eight, nine--oh wait, I have 100 over here. That would be $400 for me, [noises, background conversations] [PAUSE] Well, $400, here are $300, that should be $700.

HMA: Uh-huh.

CHS: You want me to give you fives, right?

HMA: Yes.

6
UNCLASSIFIED

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

CHS: Look, it would be $700 plus $300, it's $1000.

HMA: *Okay.*

CHS: What was I going to tell you? Let me show you about the women. With this one, it's the only one that I haven't had any problems with . . .

HMA: No?

CHS: I mean, from all of those you've had for a long time, with her, I have never had--with Angelica, never any problems.

HMA: With Angelica you have [UI]?

CHS: You don't remember, she has been here for a long time [UI] It's just that before she didn't have [UI] she was still skinny [UI]

HMA: I don't know.

CHS: You don't remember her? She is from the same time as Carolina.

HMA: Oh, really? [UI] Since [UI] then [UI] didn't [UI]

[conversation in the background]

HMA: Again with the gossip--

[conversation in the background]

UF: [OV] Why--?

CHS: [OV] Because this one turned out to be--

UF: [OV] --with problems?

CHS: [OV] Yes, with Lorena.

UF: [OV] Yeah?

HMA: [OV] Yeah.

CHS: Yes, but just give her the time that it is, and don't give her less or more.

7
UNCLASSIFIED

UNCLASSIFIED

Case #:  0050-HO-71591
Date:    08/17/2012
Time:    Unknown

UF:   [UI]

[loud rustling and noises]

CHS:  Come in--

[background conversation] [loud rustling and noises]

UF:   [UI] the door [UI]

HM:   [UI] the [UI] are like that.

CHS:  Well--uh--let me show you this quickly. Those are the 1000 that are mine.

HMA:  Uh-huh.

CHS:  [UI] I thought you remembered Angelica, she was from Carolina's time.

HMA:  Yes?

CHS:  When I got here, Angelica and Carolina were already here.

HMA:  *Okay.*

CHS:  Uh--Look, here is Angela's tab, she owes; Jolette, Claudia, Jacqueline, Adriana, and Liliana don't owe anything. The ones that owe are: Viviana, Jenny, Sonia, and Angela. Now I will show you that as respect everyone. [UI] [noises]

HMA:  [OV]Liliana? [ph][UI]

CHS:  Liliana[PH] and Jolette [PH] are here also. I checked it already.  They are on the list

HMA:  Okay, check it it tomorrow. [PAUSE] [UI]

CHS:  [UI]

HMA:  [UI] checking--Tomorrow I will check it myself.

CHS:  Um, yeah, well, what was I going to tell you, really quick, so you can see for yourself.

[background conversation] [music and noise in the background]

CHS:  Look--

8
UNCLASSIFIED

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

[background conversation]

CHS: [aside] it's--it is--it should be on. [resumes] Uh, Look, let's go look, really fast, at Jolette. Jolette, here is Jolette and here is Liliana. They always come together. And--

HMA: [OV] It was both days?

CHS: Uh-huh. Let's see, wait-- I already checked it. Hmm, this one didn't--oh, no, this is Sunday's. Hmm--this one also--Look, [loud noises and background voices] this one, Jolette and Liliana. Did you see it already?

HMA: Yes, that was Thursday.

CHS: Well, and here it is again, Jolette and Liliana. This is from Monday.

HMA: *Okay.*

CHS: [pause] Well, those are two are ready. [background voices and noises]

HMA: *Okay.*

CHS: Now, about Claudia and Jacqueline.

Sandra: CHS! I am coming down!

CHS: [aside] That's fine, Sandra! [resumes] Claudia and Jacqueline: Claudia, Claudia, here she is, look. Claudia one time…

HMA: Uh-huh.

CHS: This one is from…Thursday. The 16th. And she came on Monday also.

HMA: [OV] [UI]

CHS: This one is from Monday.

HMA: *Okay.*

CHS: Claudia. Now, let's move on to Jacqueline: Hmm, Jacqueline came--Wednesday--[UI] Jacqueline came on Wednesday and Thursday.

HMA: Yeah, she came--

9
UNCLASSIFIED

UNCLASSIFIED

Case #: 0050-HO-71591
Date: 08/17/2012
Time: Unknown

CHS: [OV] Jacqueline--

HMA: [OV] Yes, I remember...

CHS: [OV] Jacqueline--

HMA: [OV] Uh-huh...

CHS: [OV] now let's look at Thursday [UI] hmm--Jacqueline--[UI] and the other is--[voices and noise in the background] Claudia, I already showed you, and Jolette--

HMA: [OV] [UI]

CHS: Jacqueline--yep, that's it.

HMA: Yes. [UI]

CHS: All right, anyways, I will leave the list so you can see.

[loud noises and background voices]

CHS: It's just [UI] the only ones that owe are Angela, Liliana [PH] and [UI]

[background voices and giggles]

[loud noise, rustling]

[End of Recording]