UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Houston
1 Justice Park Drive
Houston, Texas
77092-1908

| | |
|---|---|
| File Number: | 050-HO-71591 |
| Requesting Official(s) and Office(s): | SA Suzanne Bradley (HO) |
| Task Number(s) and Date Completed: | HO4000336, 3/29/2015 |
| Name and Office of Linguist(s): | LA Cristina Robles (HO) |
| Name and Office of Reviewer(s): | LA Armida Quiroga (HO) |
| Source Language(s): | Spanish |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:         Reference File: 20514
                                    Audio: WS700092.WMA
  −Date, Time, Duration:            11/12/2012, 12:43 P.M. (time),
                                    8 minutes 25 seconds (duration)

## VERBATIM TRANSLATION

Participants:
| | |
|---|---|
| Confidential Human Source | CHS |
| Hortencia Medeles-Arguello aka Raquel Medeles Garcia aka Tencha | HM |
| Jorge Last Name Unknown | Jorge |

UNCLASSIFIED

13cr628-028531

UNCLASSIFIED

<u>Abbreviations:</u>

|  |  |
|---|---|
| [] | Noise notations and Translator notes |
| UI | Unintelligible |
| OV | Overlapping conversation |

UNCLASSIFIED

File #: 50-HO-71591  
Date: 11/12/2012  
Time: 12:43 P.M.  
Wave #: WS700092.WMA

        [Recording begins.]

        [phone rings]

        [noises]

CHS: [UI]

HM: Oh, oh I've been calling you for a while.

CHS: Well, I was asleep. [sighs]

HM: Yes, I know but it's that . . . what happened? Did you buy the beer yesterday?

CHS: Yes. I did buy it.

        [brief pause]

        [noise]

HM: Well, then it was stolen.

CHS: Who stole it?

HM: Well, who stole it? There isn't--there isn't--there isn't any Corona there.

CHS: It's because it sold out. There was only one box left.

HM: No, how . . . uh-uh . . . many were sold? He only wrote down six Coronas that were sold.

CHS: No, I--

HM: [OV] There was 11 plus five, that's 16. He said that six Coronas were sold. [brief pause] Or when you . . . did you see only one at the end?

CHS: He told me. [brief pause] He told me that there was only one box of Corona left.

        [pause]

        [noise]

1  
UNCLASSIFIED

File #: 50-HO-71591
Date: 11/12/2012
Time: 12:43 P.M.
Wave #: WS700092.WMA

| | |
|---|---|
| HM: | One box of Corona? |
| CHS: | Yes-- |
| HM: | [OV] Oh, they . . . then they--they-- |
| CHS: | --in the refrigerator. |
| HM: | --they were probably stolen then. |
| CHS: | And who stole them? |
| | [background noises] |
| HM: | Well, the *winos* who else? They probably came in somewhere because . . . look, there were 11-- |
| CHS: | Uhm-hum. |
| HM: | --11 and you brought five-- |
| CHS: | [OV] Yes. |
| HM: | They were 16. |
| CHS: | Uhm-hum. |
| HM: | And he says that he sold six. |
| | [pause] |
| | [noises] |
| CHS: | Oh, no. Well, no. [brief pause] I don't know. I-- |
| HM: | [OV] And I thought, "No, well I am going to ask CHS if he didn't buy them or what? |
| CHS: | Hmm. |
| HM: | But it does not come out. |

2

UNCLASSIFIED

File #: 50-HO-71591
Date: 11/12/2012
Time: 12:43 P.M.
Wave #: WS700092.WMA

CHS: Yes. No, I didn't . . . I didn't . . . what's it called? I didn't see--

HM: [OV] then, [UI] need to do the math again right now. And--and it's that right now I am with the pimps . . . to--to look into it and I said, "Well, where are they?" And see, since there are a bunch of *winos* -- I told--[UI] to see if they can uh . . . uhm . . . run those men off, and say that they bought that place there or something.

CHS: Uhm-hum.

HM: You should tell them. Look, the whole bunch is there now. Have you seen?

CHS: No, I haven't . . . I haven't seen that there has been too many there.

HM: Yes, even the son, the one who says he is the son. He was moving around with clothes and everything, one that is all really ugly [background noises] It may not be the son.

CHS: No, I don't know. I--I have only seen Annie [PH] and that woman that is there [noise] the--the one who goes around the street. [coughs]

HM: [UI]

CHS: [OV] Uhm--

HM: No--

CHS: [OV] --so then, you already spoke--

HM: [OV] [UI]

CHS: --you went with the pimps to the bar?

HM: Yes. Well, I went to add up the account. [aside] Jorge!

CHS: Oh.

HM: [aside] Open the door for me.

Jorge: [aside] [UI]

[background noises]

3
UNCLASSIFIED

UNCLASSIFIED

File #:  50-HO-71591
Date:   11/12/2012
Time:   12:43 P.M.
Wave #: WS700092.WMA

| | |
|---|---|
| CHS: | Uhm . . . no, well this-- |
| Jorge: | [aside] [UI] |
| CHS: | [OV] This one, Javier-- |
| HM: | [aside] Open the door to the office for me. [resumes] Huh? |
| CHS: | Ja-Javier told me that there was only one box of Corona left there in the refrigerator. |
| HM: | [OV] Yes, there was one box of Corona leftover. [background noises] But how was he going to sell if you brought the five? |
| CHS: | Uhm-hum. |
| HM: | You cannot sell, uhm . . . [background voices] 15 boxes. All of that doesn't even sell on a Saturday. |
| CHS: | No. I don't know. Well, check it be-because uhm . . . the--the only thing that--that can be done is to ask Javier how many boxes there were. |
| HM: | No, no. There are some. We already went. |
| Jorge: | [aside] We already--already [UI]. We already went [UI] |
| HM: | Jorge sa-says that . . . that upstairs, they are already taking, uh, or--or you . . . or you . . . who . . . they took the air conditioner apart. |
| CHS: | Which air conditioner? |
| HM: | That big huge one . . . that old one that is there. That-- |
| Jorge: | [aside] Maybe they already took [UI] |
| CHS: | [coughs] |
| HM: | He says that they are already taking it. |
| CHS: | Oh, no. I haven't gone to the back. It's been a long time since I've been back there. |

4
UNCLASSIFIED

13cr628-028536

UNCLASSIFIED

File #:  50-HO-71591
Date:   11/12/2012
Time:   12:43 P.M.
Wave #: WS700092.WMA

| | |
|---|---|
| HM: | Imagine that, they are already going in all the way over there. |
| CHS: | Hmm . . . I don't know. Well, I-I-- |
| Jorge: | [aside] [UI] |
| CHS: | --I have not gone in. |
| HM: | [aside] [UI] |
| CHS: | It's been a long time since I have gone back there. |
| HM: | [resumes] Because they already opened the little door or something. I don't know. |
| CHS: | Oh. |
| HM: | *So . . . .* |
| CHS: | No-- |
| HM: | That's probably where they took out the beer. |
| CHS: | I don't know. But . . . uhm . . . look, [coughs] if--if the beer didn't sell-- |
| | [background voices] |
| HM: | Uhm-hum. |
| CHS: | --uhm . . . there wouldn't have been a lot of time for it to cool . . . [voice in the background] the beer. |
| | [muffled voice in the background] |
| HM: | No. But remember that--that there was some outside. You did not put them all in. |
| CHS: | Yes. No, no, no. I--I arrived . . . look, I arrived . . . when I arrived and put the beer in, it seemed--it seemed there wasn't any beer boxes outside, not a single one. [pause] Only-- |
| HM: | [OV] [UI] not one? |

5
UNCLASSIFIED

UNCLASSIFIED

File #:   50-HO-71591
Date:    11/12/2012
Time:    12:43 P.M.
Wave #:  WS700092.WMA

| | |
|---|---|
| CHS: | No. There was only . . . I think all that was left was the 12 and the five Corona. There was none outside. [pause] Yes, I remember now. No, no, there wasn't anything. That's all that was there. |
| HM: | Eh . . . eh . . . they had already stolen those. |
| CHS: | I didn't check . . . I didn't check in the refrigerator. It's just that I just arrived, I--I put it there and I came back quickly because it was already late. |
| HM: | You see. So then, they did steal them yesterday. |
| CHS: | Hmm. [brief pause] But where-- |
| HM: | [OV] Yesterday-- |
| CHS: | --where do they come in through? |
| HM: | Well, that is what I wanted you to go uh . . . check when you go over there, to see where they came in. |
| CHS: | Hmm. |
| HM: | Where they stole from, because uhm . . . yes . . . oh! There wasn't a single one. |
| CHS: | No? |
| HM: | Not a single Corona. |
| CHS: | Outside there wasn't-- |
| HM: | [OV] And there was . . . there was Corona. [aside] How many Coronas were outside yesterday that we counted? [pause] Those which were right there like that. Do you remember? |
| Jorge: | [aside] [UI] |
| HM: | [aside] Uh-huh. [brief pause] When we counted . . . that--that all the beers were there that you and I made. [brief pause] Huh? |
| Jorge: | [aside] Yeah. [UI] |

6
UNCLASSIFIED

UNCLASSIFIED

File #: 50-HO-71591
Date: 11/12/2012
Time: 12:43 P.M.
Wave #: WS700092.WMA

HM: [aside] Of Corona? Well, there were 11 inside. [brief pause] No, inside there wasn't--

Jorge: [aside] [OV] [UI] were five.

HM: [aside] Five inside?

Jorge: [aside] [UI]

HM: Oh. [resumes] Uh-uh . . . see, there was six outside . . . six Coronas.

CHS: No, no, no--

HM: And those were not there?

CHS: No, there was nothing. [coughs]

HM: They probably stole them yesterday.

Jorge: [aside] There was Bud Light too.

HM: [aside] They didn't take the Bud Light, right? There was Bud Light. [resumes] But it--it looks like the Bud Light turned out right. I am going to do the math again right now.

CHS: *Okay.* Yes, because--

HM: [OV] So then, they stole--they stole the Corona from there.

CHS: Yes, because I didn't see . . . yes, I--

HM: [OV] They came in.

CHS: --yes, I . . . no, I already--

HM: [OV] They came in.

CHS: Yes, I remember now. No, there wasn't any boxes.

[background voices]

HM: Oh, they stole it since yesterday.

7
UNCLASSIFIED

13cr628-028539

UNCLASSIFIED

File #:   50-HO-71591
Date:    11/12/2012
Time:    12:43 P.M.
Wave #:  WS700092.WMA

| | |
|---|---|
| CHS: | I don't know. But [coughs] we have to . . . but, where did they come in through, unless the door is open, but the door is always closed. |
| HM: | The one to the air conditioners is closed? |
| CHS: | Everything. |
| HM: | Well, they must have made a hole right there-- |
| CHS: | [OV] No. |
| HM: | --in the bathroom, there who knows where . . . or maybe through the *attic*. There is a hole above. |
| CHS: | Uhm-hum. [brief pause] No, well, right now when I arrive, I will check it out. |
| HM: | Yes. |
| CHS: | That is why yesterday when--when that happened with that box, that Juan Carlos told me was there in--in . . . right there where you used to stay before . . . uhm . . . that is why I called him and asked, "Well, what happened here? Or, why is that beer there?" |
| HM: | [OV] No way, [UI]. |
| CHS: | [coughs] |
| HM: | But no, that one has been there for a long time. It was a Bud Light, right? |
| CHS: | Yes, the box had six beers. |
| HM: | Yes. Uh . . . it was already old, right? |
| CHS: | Well, yes. It wasn't--wasn't . . . I don't--don't know if it was very-- |
| HM: | [OV] Yes, in a crate-- |
| CHS: | [OV] --old. |
| HM: | --in one of--of those crates. |

UNCLASSIFIED

File #: 50-HO-71591
Date: 11/12/2012
Time: 12:43 P.M.
Wave #: WS700092.WMA

CHS: Yes.

HM: Those were there, right? No, they . . . they took . . . because they didn't take Bud Light.

CHS: Uhm.

HM: They took the other one.

CHS: Yeah.

HM: I'm going to uh . . . do the math again right now.

CHS: You are? All right.

HM: Uhm . . . but . . . no, but it's missing . . . the Corona is missing.

CHS: Yes. No, well--

HM: There are ten boxes missing.

CHS: Ten boxes?

HM: Uhm-hum . . . about ten boxes are missing. Let me confirm. Yes, well, I think the- five are missing, the--the six . . . no, well, no . . . the--

CHS: [coughs]

HM: --yes, ten are missing because there were . . . there were . . . and one was left over. So, like nine are missing because [noise] there were six and you brought five. They took those five too.

CHS: Which five?

HM: The five that you brought.

CHS: [clears throat]

HM: Or did you put them in the refrigerator?

CHS: No, thi . . . this guy, Javier, should have put them in the refrigerator.

9
UNCLASSIFIED

13cr628-028541

UNCLASSIFIED

File #:  50-HO-71591
Date:    11/12/2012
Time:    12:43 P.M.
Wave #:  WS700092.WMA

        [pause]

HM:      No. I don't think he put them there. He put them there and they took them too. Let me . . . I'll call you right back. Let me check exactly--

CHS:    *Okay.*

HM:      --what they took.

CHS:    Yes, that's fine.

HM:      *Okay.*

CHS:    *Okay.*

        [Recording ends.]