THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002790985459   Posting date 30-AUG-10



GOVERNMENT EXHIBIT
C4a

RAQUEL GARCIA
CHANNELVIEW, TX 77530-2203

32-61/1110  3802    840

DATE 8/23/10

PAY TO THE ORDER OF  Vanderbilt Mortgage Fin   $4,580.78

four thousand five hundred eighty 78/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Pay Full - #844340

Raquel Garcia

⑈111000614⑈   6350  0840

For Deposit Only
Vanderbilt Mortgage and Finance, Inc.
General Fund
AUG 27 2010

```
AcctNum: 00000000[   ]6350  Amount: 000000000458078
Xerno:   0000000840  PostDate: 20100830  Sequence: 002790985459
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011008300002790985459  BOFD: 000000000  CapSRC: PV
TranCode: 000840  RouteTran: 11100061  DocType: 8
EntryNum: 6140  ItemType: P
```

13cr628-013470