THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002570554373  Posting date 11-JUL-11


GOVERNMENT EXHIBIT
C7a

**RAQUEL GARCIA**
CHANNELVIEW, TX 77530-2203

32-61/1110  3802

866

DATE 2/1/11

PAY TO THE ORDER OF  Reymond HOLBERT   $1,333.33

One thousand three hundred thirty three 33/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO  Payment Resp.

Raquel Garcia

⑈111000614⑈    6350⑊0866

UNB 07092011   000117000458520

AcctNum: 00000000XXXX6350  Amount: 000000000133333
Xerno: 0000000866  PostDate: 20110711  Sequence: 002570554373
BankNum: 0201  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 02011071100257055473  BOFD: 000000000  CapSRC: PV
TranCode: 000866  RouteTran: 11100061  DocType: 8
EntryNum: 3745  ItemType: P

13cr628-013246