THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 003280802970  Posting date 04-APR-11



GOVERNMENT EXHIBIT C10a

**RAQUEL GARCIA**
CHANNELVIEW, TX 77530-2203

32-61/1110 3802

910

DATE 4/1/11

PAY TO THE ORDER OF  Reymond Holbert    $1,333.33

One thousand three hundred thirty three    33/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO _____   Raquel Garcia

⑈111000614⑈    ⬛⬛⬛6350⬛0910

WB 04/03/2011   BG8123888547769

ENDORSE HERE
Raymond Holbert

AcctNum: 00000000⬛6350  Amount: 000000000133333
Xerno: 0000000910 PostDate: 20110404 Sequence: 003280802970
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011104040032808002970 BOFD: 000000000 CapSRC: PV
TranCode: 000910 RouteTran: 11100061  DocType: 8
EntryNum: 3804 ItemType: P

13cr628-013236