Case 4:13-cr-00628   Document 892-5   Filed on 03/30/16 in TXSD   Page 1 of 1
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G30Mar12-584
Sequence number 002770227367   Posting date 09-JAN-12



GOVERNMENT EXHIBIT C16a



13cr628-013490