

GOVERNMENT EXHIBIT P49 — PENGAD-Bayonne, N.J.

FECHA: 08/11/12

| # | NOMBRES | TIEMPO ENTRO | TIEMPO SALIO | DOBLE | EXTRA |
|---|---|---|---|---|---|
| 1 | Angelica | 1200 | 418 | ( ) | ( ) |
| 2 | Brenda | 400 | 415 | ( ) | ( ) |
| 3 | Cristal | 402 | 418 | ( ) | ( ) |
| 4 | Maribella | 416 | 421 | ( ) | ( ) |
| 5 | Perla | 418 | 433 | ( ) | ( ) |
| 6 | Sonia | 419 | 432 | ( ) | ( ) |
| 7 | Diana | 420 | 436 | ( ) | ( ) |
| 8 | Claudia | 426 | 440 | ( ) | ( ) |
| 9 | Mercicina | 428 | 442 | ( ) | ( ) |
| 10 | Vanessa | 429 | 444 | ( ) | ( ) |
| 11 | Jolet | 430 | 444 | ( ) | ( ) |
| 12 | Lorena | 436 | 450 | ( ) | ( ) |
| 13 | Jakelin | 451 | 454 | ( ) | ( ) |
| 14 | Cynthia | 450 | 504 | ( ) | ( ) |
| 15 | Sandra | 455 | 512 | ( ) | ( ) |
| 16 | Marita | 506 | 519 | ( ) | ( ) |
| 17 | Liliana | 508 | 522 | ( ) | ( ) |
| 18 | Lorena | 511 | 536 | (■) | ( ) |
| 19 | Sandra | 515 | 530 | ( ) | ( ) |
| 20 | Perla | 516 | 531 | ( ) | ( ) |
| 21 | Angelica | 518 | 533 | ( ) | ( ) |
| 22 | Delce | 548 | 559 | ( ) | ( ) |
| 23 | Angelica | 545 | 558 | ( ) | ( ) |
| 24 | Carla | 545 | 602 | ( ) | ( ) |
| 25 | Perla | 552 | 608 | ( ) | ( ) |
| 26 | Villiana | 557 | 609 | ( ) | ( ) |
| 27 | Marita | 556 | 614 | ( ) | ( ) |
| 28 | Diana | 608 | 622 | ( ) | ( ) |
| 29 | Brenda | 608 | 624 | ( ) | ( ) |
| 30 | Carla | 610 | 626 | ( ) | ( ) |
| 31 | Mirella | 610 | 628 | ( ) | ( ) |
| 32 | Claudia | 612 | 628 | ( ) | ( ) |
| 33 | Perla | 621 | 624 | ( ) | ( ) |
| 34 | Mirella | 612 | 636 | ( ) | ( ) |
| 35 | Daniela | 612 | 638 | ( ) | ( ) |
| 36 | Angelica | 649 | 702 | ( ) | ( ) |
| 37 | Perla | 702 | 716 | ( ) | ( ) |
| 38 | Adriana | 702 | 718 | ( ) | ( ) |
| 39 | Cristal | 702 | 715 | (✓) | ( ) |
| 40 | Delca | 704 |  | ( ) | ( ) |



Photo 0075



GOVERNMENT EXHIBIT P49

FECHA: 08/11/12

| # | NOMBRES | TIEMPO ENTRO | TIEMPO SALIO | DOBLE | EXTRA |
|---|---|---|---|---|---|
| 41 | Angela | 708 | 724 | ( ) | ( ) |
| 42 | Marlen | 708 | 726 | ( ) | ( ) |
| 43 | Dulce | 708 | 732 | ( ) | ( ) |
| 44 | Sandra | 700 | 726 | ( ) | ( ) |
| 45 | Martha | 718 | 731 | ( ) | ( ) |
| 46 | Claudia | 718 | 732 | ( ) | ( ) |
| 47 | Cynthia | 719 | 733 | ( ) | ( ) |
| 48 | Dulce | 721 | 736 | ( ) | ( ) |
| 49 | Carla | 724 | 739 | ( ) | ( ) |
| 50 | Angela | 724 | 738 | ( ) | ( ) |
| 51 | Mirella | 726 | 741 | ( ) | ( ) |
| 52 | Angelica | 734 | 749 | ( ) | ( ) |
| 53 | Marlen | 734 | 749 | ( ) | ( ) |
| 54 | Angelica | 735 | 801 | (0) | ( ) |
| 55 | Cinthia | 736 | 752 | ( ) | ( ) |
| 56 | Cristal | 738 | 755 | ( ) | ( ) |
| 57 | Claudia | 746 | 800 | ( ) | ( ) |
| 58 | Perla | 750 | 804 | ( ) | ( ) |
| 59 | Brenda | 754 | 800 | ( ) | ( ) |
| 60 | Janice | 755 | 810 | ( ) | ( ) |
| 61 | Angele | 758 | 814 | ( ) | ( ) |
| 62 | Cesandr | 759 | 814 | ( ) | ( ) |
| 63 | Liliana | 800 | 816 | ( ) | ( ) |
| 64 | Lorena | 800 | 815 | ( ) | ( ) |
| 65 | Sandra | 801 | 816 | ( ) | ( ) |
| 66 | Dulce | 806 | 820 | ( ) | ( ) |
| 67 | Carla | 812 | 826 | ( ) | ( ) |
| 68 | Liliana | 820 | 840 | ( ) | ( ) |
| 69 | Berenice | 820 | 900 | (0) | ( ) |
| 70 | Mariana | 840 | 858 | ( ) | ( ) |
| 71 | Cinthya | 844 | 900 | ( ) | ( ) |
| 72 | Malte | 850 | 906 | ( ) | ( ) |
| 73 | Monica | 850 | 904 | ( ) | ( ) |
| 74 | Mirella | 850 | 906 | ( ) | ( ) |
| 75 | Lorena | 850 | 908 | ( ) | ( ) |
| 76 | Sandra | 850 | 906 | ( ) | ( ) |
| 77 | Cristal | 850 | 904 | ( ) | ( ) |
| 78 | Cinthia | 850 | 908 | ( ) | ( ) |
| 79 | Angelica | 850 | 904 | ( ) | ( ) |
| 80 | Perla | 850 | 906 | ( ) | ( ) |

Photo 0076