PHOTO 0098

THE NEW BACK DOOR CLUB

PENGAD 800-631-6989
GOVERNMENT EXHIBIT P71
13cr628-001152