
GOVERNMENT EXHIBIT 41

Bank of America
Legal Order Processing
CA9-705-05-19
PO BOX 3609
Los Angeles, CA  90051

September 04, 2012

U.S. ATTORNEY'S OFFICE
Ruben R. Perez
919 Milam, Suite 1500
Houston, TX  77208

RE: Reference #   L080312000169
Case:  Raquel Medeles Garcia
Name:

I, Chinh Dang, declare that I am employed by Bank of America N. A. in the subpoena processing department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

   a) Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.
   b) Kept in the course of regularly conducted activity.
   c) Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced is as follows.

- Signature Cards, Statements, Media disk containing Checks, Deposits, Offsets, Wire Transfer. In the name of Raquel M Garcia for account number ending 4850 for the time period of 01-01-08 to 07-31-12.
- Signature Cards, Statements, Media disk containing Checks, Deposits, Offsets, In the name of Raquel M Garcia for account number ending 0413 for the time period of 01-01-08 to 07-31-12.
- Signature Cards, Statements, Media disk containing Checks, Deposits, Offsets, In the name of David M Garcia for account number ending 4717 for the time period of 02-07-08 to 01-20-10.
- Signature Cards, Statements, Media disk containing Deposits, Offsets, In the name of David M Garcia for account number ending 2303 for the time period of 06-30-09 to 08-31-10.
- Signature Cards, Statements, Media disk containing Deposits, Offsets, In the name of David M Garcia for account number ending 1329 for the time period of 02-07-08 to 06-19-08.
- Signature Cards, Statements, Media disk containing Checks, Deposits, Offsets, Wire Transfer, In the name of David M Garcia for account number ending 9983 for the time period of 01-01-08 to 07-31-12.
- Signature Cards, Statements, Media disk containing Checks, Deposits, Offsets, Wire Transfer, In the name of Diaz Delia Garcia for account number ending 7704 for the time period of 11-22-11 to 08-02-12.

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

CHECKS: the checks drawn on the customer's account were presented to the Bank. While processing the item, an image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the

13cr628-008071

image in a secure environment. In response to this subpoena/legal order, the Bank retrieved and produced an image of the check.

SIGNATURE CARDS: The customer whose name appears on the signature card submitted the form to the Bank to open deposit account(s). The customer provided information that was relied upon by the Bank. The customer signed the form. The signature card was stored at and retrieved from the Banking Center or the Bank's record center.

STATEMENTS: Each statement was prepared after the closing date of the account cycle as indicated on the statement. The statement reflects debits (from checks, point of sale, ATM and teller withdrawals, fees, etc.) and credits (deposits, etc) to the account during the period covered by the statement.

DEPOSITS: Deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena/legal order, the Bank retrieved the microfilm reel and produced an image of the item.

OTHER: Original records were prepared or received at or near the time of their creation and were stored by the Bank in the ordinary course of business. Upon receipt of this subpoena, the Bank searched and retrieved the original records and prepared a true and correct copy, using generally accepted photocopying techniques.

MISSING ITEMS: Copies of requested transactions may be missing for the following reasons: Item is not on film; item is fogged, blank, black, damaged, destroyed or not available; item is covered by another item; transaction relates to an electronic transaction; or there are other reasons that prevent the Bank from completing a thorough search of records or producing the record(s).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4 day of September, 2012, in the city of Los Angeles, in the State of CA.

Should you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this Subpoena, please use the Reference # L080312000169.

Chinh Dang
Sr. Operations Representative
CA - Legal Order Processing
213-580-0701

State Of California     )
                        )
                        )
County Of Los Angeles   )

On September 4, 2012 before me, **Hardik Shah, Notary Public**, personally appeared Chinh Dang who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: HARDIK SHAH, COMM. # 1952095, NOTARY PUBLIC • CALIFORNIA, LOS ANGELES COUNTY, My Commission Expires September 15, 2015]

Place Notary Seal Above                    Signature of Notary Public