United States District Court
Southern District of Texas
**ENTERED**
April 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.   § | CRIMINAL NO.: H-13-628 |
| § | |
| HORTENCIA MEDELES-GARCIA § | |
| aka RAQUEL MEDELES GARCIA § | |
| aka TENCHA § | |

### ORDER

IT IS ORDERED that the judgment of conviction is modified to include the original victims at the January 20, 2016 sentencing hearing plus the additional victims, pursuant to 18 U.S.C. §§ 1591 and 1594(c), in the amounts reflected as following:

Victims included at the January 20, 2016 sentencing:

R.T. in the amount of $97,600.00,

E.E. in the amount of $75,680.00,

A.V. in the amount of $87,100.00,

A.L. in the amount $490,229.10 which included $73,541.00 in attorney fees;

D.L. in the amount $89,680.00,

for a total amount of restitution in the amount of $840,289.10.

ADDITIONAL VICTIMS:

R.A. in the amount of $7,200.00,

I.F.H. in the amount of $97,440.00,

G.P. in the amount of $49,840.00,

G.J. in the amount of $25,440.00,

E.V. in the amount of $53,280.00,

A.L.X. in the amount of $57,840.00,

A.D.N. in the amount of $57,840.00,

R.M.G. in the amount of $50,880.00,

A.A. in the amount of $85,680.00,

M.G. in the amount of $169,200.00,

for a total amount of restitution for the additional victims owed by the defendant in the amount of $654,640.00.

The Grand Total Amount of Restitution owed to victims by this defendant is $1,494,929.10

Signed this __21__ day of April, 2016 in Houston, Texas.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE