V61 3 - 1

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                          HOUSTON DIVISION

3
     UNITED STATES OF AMERICA          *    4:13-CR-00628-1
4                                      *
     VS.                               *    10:07 a.m.
5                                      *
     HORTENCIA MEDELES-GARCIA          *    APRIL 15, 2015
6
                           TRIAL ON MERITS
7              BEFORE THE HONORABLE DAVID HITTNER
                           AND A JURY
8                    Volume 3 of 10 Volumes

9    ***********************************************************
     This transcript has been furnished at public expense under
10   the Criminal Justice Act and may be used only as
     authorized by Court Order.  Unauthorized reproduction will
11   result in an assessment against counsel for the cost of an
     original and one copy at the official rate.  General Order
12   94-15, United States District Court, Southern District of
     Texas.
13   ***********************************************************

14   APPEARANCES:

15   FOR THE UNITED STATES OF AMERICA:
     Mr. Ruben R. Perez
16   Mr. Joseph C. Magliolo
     United States Attorney's Office
17   1000 Louisiana
     Suite 2300
18   Houston, Texas 77002
     (713) 567-9344
19
     FOR THE DEFENDANT, HORTENCIA MEDELES-GARCIA
20   Mr. Ali R. Fazel
     Mr. Robert A. Scardino
21   Scardino and Fazel
     1004 Congress
22   Third Floor
     Houston,Texas 77002
23   (713) 229-9292

24

25
```

1                    **APPEARANCES  (continued)**

2    **INTERPRETERS:**
     Mr. Ramon Del-Villar
3    Ms. Linda Hernandez
     Ms. Graciela Dachman
4    Mr. Gregorio Ayala

5    Court Reporter:
     Laura Wells, RPR, RMR, CRR
6    515 Rusk, Suite 8016
     Houston, Texas 77002
7

8    Proceedings recorded by mechanical stenography.

9    Transcript produced by computer-assisted transcription.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **VOLUME 3**
                           **(Trial on Merits)**
2
    April 15, 2015
3
    WITNESSES                                              Page
4
    XXXXXXXXXXXXXXXXXX
5       Direct Examination By Mr. Perez                      6
        Cross-Examination By Mr. Fazel                      24
6       Redirect Examination By Mr. Perez                   40
        Recross-Examination By Mr. Fazel                    43
7
    XXXXXXXXXXXXXXXXXXXXXXXXXX
8       Direct Examination By Mr. Perez                     47
        Cross-Examination By Mr. Fazel                      69
9       Redirect Examination By Mr. Perez                   79

10  XXXXXXXXXXXXXXXXXXXXXXXXX
        Direct Examination By Mr. Perez                     80
11      Cross-Examination By Mr. Fazel                      98
        Redirect Examination By Mr. Perez                  112
12
    XXXXXXXXXXXXXX
13      Direct Examination By Mr. Perez                    123
        Cross-Examination By Mr. Fazel                     142
14      Redirect Examination By Mr. Perez                  149
        Recross-Examination By Mr. Fazel                   155
15
    XXXXXXXXXXXXXXX
16      Direct Examination By Mr. Perez                    157
        Cross-Examination By Mr. Fazel                     176
17      Redirect Examination By Mr. Perez                  185
        Recross-Examination By Mr. Fazel                   189
18
    XXXXXXXXXXXXX
19      Direct Examination By Mr. Perez                    191

20                                                       Page

21  Court Reporter's Certificate.....................    206

22

23

24

25

                              **PROCEEDINGS**

1                    THE COURT:  Thank you.  Be seated.  A little bit

2     of business before we get underway.

3                    Ellen, may I see you for a second, please.

4     (Discussion off the record.)

5                    THE COURT:  This is, like I say, deja vu looking

6     at that defense table.  I'm wondering whether to recognize

7     Mr. Scardino.  That was the team that represented

8     Mr. Stanford in that case.

9                    Will you be joining us?  I guess you will with

10    permission of the Court, of course.

11                   MR. SCARDINO:  With the Court's permission I

12    would join for the morning session.

13                   THE COURT:  You've got to ask your partner.

14                   MR. FAZEL:  Absolutely.

15                   MR. MAGLIOLO:  No objection from the United

16    States.

17                   THE COURT:  Yeah.  All right.  I don't know

18    whether that's good or not, good or bad.  We have two

19    things from the jury, okay, two observations from the

20    jury.  Let me see the attorneys over here.  Let me see the

21    two interpreters, also, please.  This does not have to be

22    on the record.

23    (Discussion off the record.)

24                   THE COURT:  All right.  Let's call the jury in.

1    Ellen, the microphone, as best we can, the lapel

2    microphone.

3              CASE MANAGER:  Yes, sir.

4              THE MARSHAL:  All rise.

10:09:54    5    (Jury entered courtroom at 10:09 a.m.)

6              THE COURT:  Thank you.  Good morning.  We have

7    two sets of lapel microphones.  There is one there and,

8    also, the other one.  Be seated.  We had half sitting and

9    half standing.  I hope that doesn't -- you know the old

10:10:08    10    story about the jury getting hung, right?  You know, they

11    want pizzas, one with tomatoes and one with sausage,

12    50/50.  So I had half of you standing and half of you

13    sitting.

14              The only scheduling matter that we have and, of

10:10:23    15    course, with the weekend approaching, at least we want to

16    let you know we're going to adjourn between 3:45 and 4:00

17    on Friday.  Okay.  A full day.  We'll adjourn a little bit

18    early on Friday, between 3:45 and 4:00.  Okay.

19              Give us a moment.  What we are doing now is you also

10:10:42    20    mentioned you want a little more amplification with our

21    interpreter.  So we have a second lapel microphone.  I

22    don't know whether that's good or not, but it's the best

23    we can do right now.

24              Ladies and gentlemen, we have one additional defense

10:11:09    25    attorney, Mr. Fazel's partner, Mr. Scardino, Robert

 1  Scardino.

 2          MR. FAZEL:  Thank you, Judge.

 3          THE COURT:  Well, I guess we are as ready as we

 4  can be.  Call your next witness.

10:11:23  5          MR. PEREZ:  The United States calls XXXXXXXXXX

 6  XXXXXXXX.

 7          THE COURT:  While she is coming in, how do you

 8  spell her first name?

 9          MR. PEREZ:  XXXXXXXXXXXXXXXXX.

10:11:33  10          THE COURT:  XXXXXXX --

11          MR. PEREZ:  -- XXXXXXXXX.

12          THE COURT:  Last name?

13          MR. PEREZ:  XXXXXXXX, XXXXXXXXXXXXXX.

14          THE COURT:  Okay.

10:11:45  15          MR. PEREZ:  She has not been sworn, Your Honor.

16          THE COURT:  Raise your right hand to be sworn,

17  please.

18          THE WITNESS:  (Complying.)

19      (Witness sworn by the case manager through the

10:11:47  20  interpreter.)

21          THE COURT:  All right.  Go right ahead, please.

22                  **XXXXXXXXXXXXXXXXXX,**

23  having been first duly sworn, testified through the

24  interpreter as follows:

25                      **DIRECT EXAMINATION**

BY MR. PEREZ:

**Q.**   State your name for the Court and members of the jury, please, ma'am.

          THE INTERPRETER:  I am sorry, Your Honor.  I'm doing it.  I'm sorry.  We are trying something new today.

**A.**   XXXXXXXXXXXXXXXXX.

**Q.**   (By Mr. Perez)  Are you originally from Mexico, ma'am?

**A.**   Yes, I'm from Mexico.

          THE COURT:  Hold on up.  Wait a second.  How is this working?  I'm a little confused.

          THE INTERPRETER:  I'm sorry, sir.  It will take a little time.

          THE COURT:  Okay.  Good.  All right.  Let's go.

**Q.**   (By Mr. Perez)  Do you know a person by the name of Tencha?

**A.**   Yes.

**Q.**   Is Tencha in the courtroom here today?

          THE INTERPRETER:  Linda.

          MR. FAZEL:  She is doing it.

          THE INTERPRETER:  I am doing the Spanish.  We apologize.  We decided to try this to see if it goes better.

          THE COURT:  Okay.  So far it's not.  But that's fine.  No.  No.  Let's try it.

          THE INTERPRETER:  Please give us another chance.

1          THE COURT:  Absolutely.  Absolutely.

2     **A.**   (Speaking Spanish.)

3     **Q.**   (By Mr. Perez)  You can stand up and look around the

4     courtroom.

10:13:47     5          THE INTERPRETER:  She answered, "I don't see

6     her."

7     **A.**   Yes.

8     **Q.**   (By Mr. Perez)  Can you please point and describe what

9     she is wearing for the Court and the members of the jury?

10:14:06    10     **A.**   She is wearing a black coat.  Her hair has white hair

11     and brown ends.

12          MR. PEREZ:  Your Honor, may the record reflect

13     this witness has identified the defendant?

14          THE COURT:  The record will so reflect.

10:14:22    15     **Q.**   (By Mr. Perez)  How old are you right now, ma'am?

16     **A.**   Right now, 37 years.

17     **Q.**   I'm going to direct your attention to when you were

18     17.  Okay.  At that time, did you meet a man in Mexico?

19     **A.**   Yes.

10:14:40    20     **Q.**   And where did you meet that man?

21     **A.**   In Puebla, Mexico.

22     **Q.**   What was his name?

23     **A.**   Armando Flores.

24     **Q.**   At some point did you and Armando Flores become

10:14:54    25     romantically involved?

1   **A.**   Yes.

2   **Q.**   Was he much older than you?

3   **A.**   Yes.

4   **Q.**   And when you met him, who were you living with?

10:15:05   5   **A.**   With two brothers.

6   **Q.**   And where was your mom at that point?

7   **A.**   In Veracruz, Mexico.

8   **Q.**   Why were you living with your brothers instead of your

9   mom?

10:15:23   10   **A.**   We were 15 brothers and sisters.  And so, my brothers

11   took me with them to Puebla so that I could study there

12   because my parents couldn't pay for schooling in Puebla.

13          THE COURT:  She said there were 15 children in

14   the family?

10:15:49   15          THE WITNESS:  Yes.

16          THE COURT:  Okay.

17   **Q.**   (By Mr. Perez)  Needless to say, you were very poor?

18   **A.**   Yes.

19   **Q.**   When you met this fellow Armando when you were 17, did

10:16:01   20   he, for lack of a better word, romance you?

21   **A.**   Yes.

22   **Q.**   And at that point, did you eventually move in with

23   him?

24   **A.**   Yes.  I went to live with him.

10:16:16   25   **Q.**   And at some point did he ask you to do something you

1   didn't want to do?

2   **A.**   Yes.

3   **Q.**   What was it that he wanted you to do that you didn't

4   want to do?

10:16:34   5   **A.**   I had to work as a prostitute.

6   **Q.**   Where did he put you to work as a prostitute?  There

7   in Mexico?

8   **A.**   He took me to another place in Chiapas to a red zone

9   area.

10:17:00   10   **Q.**   And did you agree to be a prostitute at that time?

11   **A.**   No.

12   **Q.**   Why did you do it?

13   **A.**   Because he would threaten us that he was going to hurt

14   my family or my brothers or that he would take one of my

10:17:30   15   sisters and put her into prostitution.

16   **Q.**   And, eventually, you did engage in the prostitution

17   business, right?

18   **A.**   Yes.

19   **Q.**   At some point did he ask you or did he move you to the

10:17:50   20   United States?

21   **A.**   Yes, he brought me.

22   **Q.**   How did he get you to the United States?

23   **A.**   He sent me with his compadres and they were padrotes

24   here and they had cantinas, bars.

10:18:19   25   **Q.**   Here in Houston?

1   **A.**   Yes.

2   **Q.**   And was Armando himself a padrote or pimp?

3   **A.**   Yes.

4   **Q.**   When you met him, did you know he was a pimp?

10:18:33   5   **A.**   But after he had me working, well, yes.  Yes, he was a

6   pimp.

7   **Q.**   Well, when you first met him, did you know he was a

8   pimp?

9   **A.**   No.  No.

10:18:56   10   **Q.**   Tell the Court and the members of the jury how it was

11   you went from Chiapas to Houston, Texas.

12   **A.**   They brought me over with other girls and with other

13   pimps.

14   **Q.**   Did Armando come with you?

10:19:14   15   **A.**   No.  He stayed with the daughter that I had.

16   **Q.**   And was he the father of that daughter?

17   **A.**   Yes.

18   **Q.**   How long did you work in Mexico as a prostitute before

19   coming to the United States?

10:19:36   20   **A.**   About three years.

21   **Q.**   Tell the members of the jury your life during those

22   three years that you worked in Mexico as a prostitute.

23   **A.**   When I worked as a prostitute in Mexico, if I didn't

24   come up with the money that he would demand of me, he

10:20:06   25   would beat me.  He would threaten me by saying that he

 1    would harm my family.  He set a quota of a thousand pesos

 2    daily.  And if I didn't come up with the thousand pesos,

 3    he would beat me very ugly.

 4    **Q.**   I know it's hard, but describe to the members of the

10:20:45  5    jury your beatings.

 6    **A.**   He would beat me with chains.  He would make me drink

 7    urine.  He would push my head into the toilet.  He would

 8    have me naked holding my hands up.  He would take me

 9    outside naked.  He would take me to a window, and he would

10:21:45 10    put me there in Puebla.  And in Puebla it's very cold.  He

11    would take me and open the window and place me there where

12    it was very cold.  He wanted me to have relations with

13    other women.  And my punishment was that I wouldn't eat.

14    **Q.**   I want to direct your attention to when you came to

10:22:26 15    the United States.  Okay?

16    **A.**   Okay.

17    **Q.**   Did you eventually wind up in Houston?

18    **A.**   Yes.

19    **Q.**   When you arrived in Houston, did you work at a

10:22:45 20    brothel?

21    **A.**   Yes.

22    **Q.**   What was the first brothel you worked at?

23    **A.**   It was called Veracruz or Tampico Hermosa.

24    **Q.**   Who controlled you when you worked at Veracruz or

10:23:06 25    Tampico Hermosa?

1   **A.**   There were three brothers, Texis.

2       THE INTERPRETER:  I said, "What?"

3   **A.**   There were three brothers by the last name of Texis.

4   **Q.**   (By Mr. Perez)  Texis?

10:23:28  5   **A.**   Yes, Texis.

6   **Q.**   And they were associates of Armando?

7   **A.**   Yes.

8   **Q.**   Describe that network to the members of the jury as

9   far as the padrotes, please.

10:23:45  10   **A.**   The padrotes were -- first of all, you had to pay for

11   the passage of crossing over from Mexico and coming to the

12   United States.  Weekly, you would pay a rate in interest.

13   You had to have sex so that you could make the money with

14   the clients.  They would take all your money away so they

10:24:30  15   could send it to Armando.  They would take you and bring

16   you.

17       Several girls were living in an apartment.  And it was

18   every day from 4:00 until 2:00.  From 4:00 in the

19   afternoon until 2:00 in the early morning hours.

10:25:04  20   **Q.**   Now, was Armando, the pimp from Mexico, with you here

21   in Houston at that time?

22   **A.**   No.

23   **Q.**   Explain to the members of the jury how -- why you

24   didn't escape from that situation.

10:25:21  25   **A.**   They -- you couldn't escape because they would be the

1    ones to bring them to you.  They would bring you food.

2    They would bring you clothes, and they would make you

3    fearful because they would tell you that immigration was

4    everywhere.

10:25:55    5    And Armando had my daughter as a hostage, as well.

6    That if I didn't send the money that he asked for, I

7    couldn't see my daughter.  I couldn't talk to my daughter.

8    I couldn't know anything about my daughter.

9    **Q.**  At some point did you work at Las Palmas?

10:26:22    10    **A.**  Yes.

11    **Q.**  I want to direct your attention from January of 2003

12    to about October or November, 2003.  Was that the time

13    period when you worked at Las Palmas?

14    **A.**  Yes.

10:26:36    15    **Q.**  Explain to the members of the jury how you got your

16    job as a prostitute there at Las Palmas.

17    **A.**  A sister to one of the Texis took me over there and I

18    would go to work after hours and she had already had a --

19    she had a contact already stating that I was going to be

10:27:23    20    working there.

21    **Q.**  Did you work there during the week or on weekends,

22    ma'am?

23    **A.**  I worked weekends.

24    **Q.**  From what time to what time?

10:27:35    25    **A.**  From 2:00 in the morning until 5:00 in the morning.

1   **Q.**  And you said you worked, I think you said, from 4:00

2   to 2:00.  Where did you work during that time period?

3   **A.**  At the Veracruz or at Tampico Hermosa.

4   **Q.**  After you finished your tour, your working hours there

10:28:07   5   at Veracruz then you would go to Las Palmas?

6   **A.**  Yes.

7   **Q.**  Explain to the members of the jury how it was --

8   strike that.

9       Did you meet Tencha at Las Palmas?

10:28:38  10   **A.**  (Speaking Spanish.)

11          MR. FAZEL:  Your Honor, I'm sorry.

12          THE COURT:  Yes, sir.

13          MR. FAZEL:  I'm sorry.  Mr. Perez, I know.  I

14   would object to nonresponsive of the witness.

10:28:46  15          THE COURT:  All right.  Go question and answer.

16          MR. PEREZ:  Okay.

17   **Q.**  (By Mr. Perez)  You met Tencha at Las Palmas; is that

18   right?

19   **A.**  Yes.

10:28:58  20   **Q.**  Did -- what -- was she the owner of Las Palmas?

21   **A.**  Yes.

22   **Q.**  Was she the one that gave orders at Las Palmas?

23   **A.**  Sometimes she would give orders.

24   **Q.**  Tell the members of the jury when you say sometimes

10:29:13  25   she would give orders, describe those orders, please.

1  **A.**  She would give orders that if we saw or heard of a

2  police officer undercover inside the bar, cantina, we

3  couldn't work.

4  **Q.**  Did she also tell you or did you also know about a

10:29:41  5  purple light there at Las Palmas?

6  **A.**  Yes.  She also told us that if the light was on that

7  was a signal that we couldn't work.

8  **Q.**  Were the people inside the bar, did they work for --

9  the employees at Las Palmas, did they work for Tencha?

10:30:09  10  **A.**  Yes.

11  **Q.**  And I think before you were interrupted you said

12  something about she would be in the parking lot?  I think

13  I overheard you say that.

14  **A.**  (Speaking Spanish.)

10:30:23  15  **Q.**  What would she --

16  **A.**  Yes.  She would be in the parking lot.

17  **Q.**  What would she do in the parking lot?

18  **A.**  She would be watching, according to her, so that the

19  police wouldn't see us.

10:30:41  20  **Q.**  And the money that you made at Las Palmas, were you

21  charged for working there at Las Palmas?

22  **A.**  Yes.  They charged us.  If we got there late, we had

23  to pay.

24  **Q.**  What would you have to pay, ma'am?

10:31:04  25  **A.**  We would pay $25 because we had been late.

1  **Q.**  Did you ever hear Tencha talking with other females

2  with signs of being beaten?

3  **A.**  I heard her talk.  I heard her talk.

4  **Q.**  Okay.  Tell the members of the jury what she said

10:31:31  5  about their pimps beating them?

6  **A.**  She would say that if we had been beaten it would be

7  because we weren't paying attention to the padrotes or we

8  wouldn't be listening to him.  She would mock us.

9  **Q.**  Would she also laugh at you?

10:32:11  10  **A.**  She didn't beat me, but my -- because my pimp wasn't

11  there.  But the other girls' pimps, yes.

12  **Q.**  Would she laugh at the other girls because their pimps

13  had beaten them?

14  **A.**  Yes.  She would say that we were dumb because we

10:32:44  15  weren't paying attention to the padrotes, and it caused

16  her laughter.

17  **Q.**  Did you ever hear Tencha and a lady named Mau talking

18  about the cost of smuggling her two male relatives?

19      MR. FAZEL:  I'm sorry, Judge.  I'm going to

10:33:05  20  object to the question.  It's not very clear.  It's

21  duplicitous.  Will you rephrase it?

22      THE COURT:  It's not clear.  If you would, just

23  restate it.

24      MR. PEREZ:  Yes, Your Honor.

10:33:14  25  **Q.**  (By Mr. Perez)  Did you ever hear Tencha and a lady

 1   named Mau talking?

 2   **A.**   Yes, I heard them talk.

 3   **Q.**   Tell the members of the jury what you heard them

 4   talking about.

10:33:29    5   **A.**   They were talking about a tanda that they had had with

 6   some nephews that had been brought over.  She would hold

 7   tandas and she had some money that had been made and she

 8   didn't want to give it to them.

 9   **Q.**   Who is "she" now?

10:34:04   10   **A.**   Mau.

11   **Q.**   Okay.  I'm not very clear on that.  Okay.  Mau told

12   Tencha what about her relatives?

13   **A.**   Tencha would talk with her about the money that she

14   owed him from the tandas and that she -- and she didn't

10:34:33   15   want to give it to them.

16   **Q.**   Let's talk about the nephews and what she paid to get

17   them over to the U.S.  Okay.  First --

18           MR. FAZEL:  I'm sorry, Your Honor.  There are so

19   many prepositions.  She?  Who?  What?  I would object to

10:34:46   20   the form of the question.

21           THE COURT:  Sustained.  Let's move it along,

22   please.

23           MR. PEREZ:  I will, Your Honor.

24   **Q.**   (By Mr. Perez)  Tencha told Mau about her two

10:34:55   25   relatives that she had -- that she, Tencha, had brought

1  into the United States; is that right?

2  **A.**   Yes.

3  **Q.**   Tell the members of the jury what the conversation was

4  about.

10:35:09  5  **A.**   It had to do with Tencha telling Mau that she wasn't

6  going to give them their money because they work for her,

7  for Tencha.

8  **Q.**   And who had these relatives brought from Mexico to the

9  United States?

10:35:43  10  **A.**   I don't know if it was her, but they were arguing

11  about that money.

12  **Q.**   What money?

13  **A.**   The tanda that she made.

14  **Q.**   Tell the members of the jury what a tanda is.

10:35:58  15  **A.**   The tanda is when ten people get together and every

16  week they get together and pass out the numbers.  And

17  depending on the number, each number that you are given,

18  that's how they hand out your tanda to you.

19        MR. PEREZ:  May I approach the witness, Your

10:36:33  20  Honor?

21        THE COURT:  Yes.

22  **Q.**   (By Mr. Perez)  P-1 on the board, please.  Can you

23  tell the members of the jury what is depicted on P-1,

24  please, ma'am, that's depicted on the board?

10:36:57  25  **A.**   That's the parking lot of the place, the Las Palmas

1  cantina.

2  **Q.**  How about P-15?  Who is depicted on P-15, please,

3  ma'am?

4  **A.**  That's the woman who charged us for the rooms in the

10:37:31  5  upstairs part.

6  **Q.**  How about P-18?  Who is depicted on P-18, ma'am,

7  please?

8  **A.**  She was a girl who worked at the bar, as well.

9  **Q.**  Did you know her name?

10:37:50  10  **A.**  XXXXXXXX was her name, XXXXXXXX.

11  **Q.**  She worked there as a prostitute, as well?

12  **A.**  Yes.

13  **Q.**  P-19, can you identify whoever is on P-19, please?

14  **A.**  She used to work at the bar, also.  Her name was

10:38:14  15  XXXXXXX.

16          MR. FAZEL:  Mr. Perez, I'm sorry.

17          THE COURT:  Hold on.

18          MR. FAZEL:  These are not into evidence.  I would

19  ask -- they are not.  They came up.  I didn't object.  In

10:38:24  20  the future, if you would tell me ahead of time I would

21  appreciate it so I could object or not object.

22          MR. PEREZ:  I thought they were, Your Honor.  We

23  went through this already.

24          MR. FAZEL:  We did not.  Thank you.

10:38:36  25          THE COURT:  Keep going.

1    **Q.**   (By Mr. Perez)   P-19, you knew her as a stage name of

2    what?

3    **A.**   XXXXXX, by XXXXXX.

4    **Q.**   P-20?

10:38:49    5        MR. FAZEL:   Don't put it up yet.   Sorry.

6        MR. PEREZ:   May I have a conversation with him,

7    Your Honor?

8        THE COURT:   Yes, please.

9    (Sotto voce discussion between counsel.)

10:39:54   10        MR. FAZEL:   I have no objections to this photo,

11   Your Honor.   Thank you.

12       THE COURT:   All right.

13   **Q.**   (By Mr. Perez)   Who is depicted on P-20?

14   **A.**   That's Tencha.

10:40:07   15   **Q.**   Can you identify the person depicted -- and that's not

16   being placed up there yet -- on P-66?

17   **A.**   Yes.

18   **Q.**   Who is on P-66?

19   **A.**   She used to work at the bar, also; and she is

10:40:29   20   XXXXXXXXX.

21       MR. FAZEL:   No objection.

22   **Q.**   (By Mr. Perez)   Can you please put up P-66?

23   **A.**   XXXXXXXXX.

24   **Q.**   Can you identify who is on P-67?

10:40:40   25       MR. FAZEL:   No objections to that, Your Honor.

1          THE COURT:  You don't have to say it.  Just let

2    it move.

3          MR. FAZEL:  Yes, sir.

4          THE COURT:  All right.  Go on.

10:40:47    5    **A.**   She also worked at the bar, and she was the person

6    that I had been sent from Mexico with to over here.

7    **Q.**   (By Mr. Perez)  What was her name?

8    **A.**   XXXX.

9    **Q.**   Did she have a pimp?

10:41:11   10    **A.**   Yes.

11    **Q.**   Do you know his name?

12    **A.**   They called him El PePes.

13    **Q.**   Was he also associated with your pimp?

14    **A.**   Yes.

10:41:27   15    **Q.**   Who is depicted on P-68?

16    **A.**   Her name was XXXXXXX, and she also used to work at the

17    cantina.

18    **Q.**   That was at Las Palmas?

19    **A.**   At Las Palmas and at the Veracruz, as well.

10:41:50   20    **Q.**   Now, I forgot to ask you whether the person in P-67

21    also worked at Las Palmas?

22    **A.**   Also.

23          MR. MAGLIOLO:  May we have a moment, Your Honor?

24          THE COURT:  Absolutely.

10:43:09   25          (Sotto voce discussion between counsel.)

```
 1  Q.  (By Mr. Perez)  You mentioned that -- and I just want
 2  to be clear that you saw her talking to pimps in the
 3  parking lot.  When you say "she," did you mean Tencha?
 4  A.  Yes.
 5  Q.  And how old were you when you worked at Las Palmas?
 6  A.  23.
 7  Q.  And when you say there was a conference you had when
 8  you went to go work there, who was that conference with?
 9  A.  A woman by the name of XXXXXX took me there, and her
10  pimp was Alfonso Texis.
11  Q.  And were all the girls in the pictures you identified
12  previously, were they all here in the country illegally?
13  A.  Yes, all.
14  Q.  Now, you mentioned that some girl -- the girl went to
15  Las Palmas to get you permission to work there.  Do you
16  know who she -- who that person talked to?
17  A.  With Tencha.
18  Q.  And after she had her conversation with Tencha, then
19  you could work there; is that right?
20  A.  Yes.
21      MR. MAGLIOLO:  When you say "work," what do you
22  mean?
23  Q.  (By Mr. Perez)  When you say "work," you worked there
24  as a prostitute; is that correct?
25  A.  Yes, as a prostitute.
```

10:43:22
10:43:57
10:44:31
10:44:48
10:44:57

1          MR. PEREZ:  Pass the witness, Your Honor.

2          MR. FAZEL:  May I proceed, Your Honor?

3          THE COURT:  Yes.  Go right ahead.

4                    **CROSS-EXAMINATION**

10:45:02  5   BY MR. FAZEL:

6   **Q.**   Good morning, ma'am.  My name is Ali Fazel.  Excuse

7   me.  You and I have never spoken before or met before,

8   have we?

9   **A.**   No.

10:45:15  10  **Q.**   Okay.  And I'm going to ask you some questions.  If

11  you don't understand or if I'm going too fast, would you

12  do me the favor of letting me know; and I'll slow down and

13  repeat myself.  Is that okay?

14  **A.**   That's fine.

10:45:33  15  **Q.**   Now, before you testified today, did you meet with the

16  gentleman sitting at that table in front of me?

17  **A.**   Yes.

18  **Q.**   And during your meetings you discussed what you were

19  going to tell the ladies and gentlemen of the jury today,

10:45:52  20  correct?

21  **A.**   We only spoke about what the truth is only.

22  **Q.**   Yes, ma'am.  And again, if my questions are confusing,

23  I apologize.  Let me know, and I'll rephrase it.  But if

24  you would just answer my questions, it would go by a lot

10:46:13  25  quicker.  Fair?

1    **A.**   Yes.

2    **Q.**   You did have a meeting with the prosecutors before the

3    testimony today, correct?

4    **A.**   Yes.

10:46:22    5    **Q.**   Where you did discuss your testimony before this jury

6    today, correct?

7    **A.**   About the case, yes.

8    **Q.**   And during that discussion and that interaction they

9    showed you the same photographs that we are showing you

10:46:38    10    today in front of this jury, correct?

11    **A.**   Yes.

12    **Q.**   And one of the photographs they showed you was of

13    Ms. Medeles that you called Tencha, correct?

14    **A.**   Yes.

10:46:48    15    **Q.**   And so when you are identifying Ms. Medeles today in

16    court, you also had the opportunity to look at her picture

17    before you testified today, correct?

18    **A.**   Yes.

19    **Q.**   Okay.  Now, let me -- let me back you up a little bit

10:47:04    20    and talk about the unfortunate events that happened in

21    Mexico with you.  Okay?

22    **A.**   Yes.

23    **Q.**   Okay.  You indicated that when you crossed into the

24    United States you were 23, correct?

10:47:21    25    **A.**   Yes.

1  **Q.**  23 or maybe 24, would that be correct?

2  **A.**  (Speaking Spanish.)

3  **Q.**  Okay.  So you were about 24 years old?

4  **A.**  I was going to be 23 because when I came over I was

10:47:40  5  going to have a birthday in January.

6  **Q.**  Okay.  I'm sorry.  I speak a little Spanish.  So I

7  jumped the gun.  I apologize.  I'm very sorry.  I'll try

8  not to do that.

9      So you were going to be 23 years old?

10:47:53  10  **A.**  Yes.

11  **Q.**  Okay.  Now, I want to talk to you about Armando.

12  Okay.  You met him in Mexico, correct?

13  **A.**  Yes.

14  **Q.**  He has no connection or does not have any relatives or

10:48:12  15  in any way related to Ms. Medeles here today, correct?

16  **A.**  No.

17  **Q.**  No as in I'm correct?  Correct?  They are not related,

18  correct?

19  **A.**  No, not he.

10:48:31  20  **Q.**  Okay.  And Armando was the one that you met with and

21  that romanced you in Mexico, correct?

22  **A.**  Yes.

23  **Q.**  And Armando is the one that then forced you through

24  whatever means he used into doing something you didn't

10:48:46  25  want to do, correct?

1    **A.**   Yes.

2    **Q.**   And Armando did all of that in Mexico, correct?

3    **A.**   Yes.

4    **Q.**   At no time in Mexico when Armando was doing all the

10:48:58   5    things you described to the jury -- and I won't repeat it

6    and go through it -- was Ms. Medeles with you, correct?

7    **A.**   No.

8    **Q.**   At no time, when you earned all the moneys that you

9    earned doing the things that Armando made you do, did that

10:49:12   10   money ever go to Ms. Medeles, correct?

11   **A.**   No.

12   **Q.**   All right.  Now --

13          MR. FAZEL:  Is that mine?

14          MS. STOELKER:  Yes.

10:49:29   15          MR. FAZEL:  Perfect.  Thank you.

16   **Q.**   (By Mr. Fazel)  When it was determined that you were

17   going to come to the United States, are you with me, the

18   time that they moved you to the United States, you were

19   transported to the United States with the use of what's

10:49:45   20   commonly called coyotes, correct?

21   **A.**   Yes.

22   **Q.**   Now, these are folks that transport people from Mexico

23   into the United States, correct?

24   **A.**   Yes.

10:49:54   25   **Q.**   Okay.  And that money was paid by Armando, correct?

```
          1   A.   It was paid by me.
          2   Q.   Fair enough.  But it was fronted by Armando, correct?
          3   A.   Yes.
          4   Q.   And then you had to pay him back?
10:50:14  5   A.   With my body.
          6   Q.   I understand.  You are absolutely right.  And when you
          7   were transported to the United States you were transported
          8   by the coyotes and other people that Armando had set up,
          9   correct?
10:50:32  10  A.   Yes.
          11  Q.   Ms. Medeles had nothing to do with that, correct?
          12  A.   No.
          13  Q.   Now, do you remember about what time you arrived here,
          14  what year was it you arrived in the United States?
10:51:06  15  A.   In 2003, in January, January of 2003.
          16  Q.   And at that time you were taken to an apartment in
          17  Houston, correct?
          18  A.   Yes.
          19  Q.   And then you were forced or put into work by Armando
10:51:24  20  into different -- at a club or a cantina?
          21  A.   Yes.
          22  Q.   And the first one was El Capricho.  Am I saying that
          23  right?
          24  A.   No, El Veracruz.
10:51:42  25  Q.   Did you also work at El Capricho?
```

1    **A.**   Yes.

2    **Q.**   And at El Veracruz and El Capricho, Ms. Medeles had

3    nothing to do with that, correct?

4    **A.**   I didn't know.

10:51:57    5    **Q.**   Did you ever see Ms. Medeles there at either one?

6    **A.**   I didn't see her on that occasion.

7    **Q.**   Did you ever see Ms. Medeles at either one of those

8    two locations?

9    **A.**   I don't remember.

10:52:15   10    **Q.**   Okay.  And who arranged for you to work at those

11    locations?

12    **A.**   The Texis Brothers.

13    **Q.**   One of them being Armando?

14    **A.**   No.

10:52:30   15    **Q.**   One of Armando's associates?

16    **A.**   Yes.

17    **Q.**   Now, in around November of 2003 you actually escaped

18    the clutches of Armando, correct?

19    **A.**   Yes.  I went to Mexico.

10:53:02   20    **Q.**   And you went to Mexico; but right before you went to

21    Mexico from Houston, you called Armando, right?

22    **A.**   I don't understand.  What?

23    **Q.**   Is it not true that before you went to Mexico you made

24    a phone call to Armando saying I'm coming to Mexico?

10:53:28   25    **A.**   I had to speak with him because in between was my

1    daughter.

2    **Q.**   I completely understand that.  My question was:

3    Before you went back to Mexico, after you escaped Armando,

4    you called him and said, "Hey, I'm coming back to Mexico

10:53:46    5    for my daughter," for whatever reason, correct?

6    **A.**   I had to call him.

7    **Q.**   And then you went back to Mexico and stayed in Mexico

8    for about how long?

9    **A.**   About five months.

10:54:09    10    **Q.**   And then you came back to the United States again,

11    correct?

12    **A.**   Armando sent me back again.

13    **Q.**   I understand.  But my question was:  You did return

14    back into the United States, correct?

10:54:22    15    **A.**   Yes, I returned.

16    **Q.**   And Armando helped you return back into the United

17    States?

18    **A.**   Yes.

19    **Q.**   And you used a coyote again to come back into the

10:54:37    20    United States?

21    **A.**   Yes.

22    **Q.**   And when you came back into the United States, did you

23    work at a place called El Tivolin?  Am I saying that

24    right?  I'm sorry.

10:54:57    25    **A.**   Tivolin.

1   **Q.**   And you worked there, correct?

2   **A.**   Yes.

3   **Q.**   Now, the second time you came back to the United

4   States, did Armando come with you?

10:55:16   5   **A.**   No.

6   **Q.**   And when you came back into the United States the

7   second time, did you stay in an apartment again?

8   **A.**   Yes.

9   **Q.**   Let's be clear.  The first time you were in the United

10:55:29   10   States, you did not work at Las Palmas, right?

11   **A.**   Yes, I worked at Las Palmas.

12   **Q.**   You did.  Okay.  The second time you came into the

13   United States, did you work at Las Palmas?

14   **A.**   Yes, I worked at Las Palmas.

10:55:51   15   **Q.**   Okay.  Did you -- at some point in time did you run

16   away and start living by yourself in Houston?

17   **A.**   I was pregnant.  I couldn't work very much.

18   **Q.**   I understand that.  But my question was:  At some

19   point in time you actually ran away again and were able to

10:56:33   20   live by yourself, correct?

21   **A.**   Yes.

22   **Q.**   And you decided to work as a waitress at one of these

23   cantinas, correct?

24   **A.**   I don't understand "camarera" in a cantina.

10:56:51   25   **Q.**   Did you decide to find a job as a waitress at La

Cross-Examination of XXXXXXXXXXXXXXXXX          Vol 3 - 32

1    Pantera?

2    **A.**   Oh, yes.

3    **Q.**   At that point in time, when you did that, you didn't

4    have Armando over your shoulder?  He wasn't there.  I

10:57:08   5    understand he had your baby.  But he wasn't over you in

6    Houston, correct?

7    **A.**   No.

8    **Q.**   And you had a cell phone, correct?

9    **A.**   Yes.

10:57:41  10    **Q.**   Now, let me ask you some other questions.  Do you need

11    some water?  Are you okay up there?

12    **A.**   Si'.

13    **Q.**   Okay.  It's a little hot in here.  I want to -- I want

14    to understand clearly what it is -- how this system works.

10:58:08  15    Forgive me.  I'm not very familiar with it.

16         All the money you earned didn't go to Ms. Medeles,

17    correct?

18    **A.**   Not all of it.

19    **Q.**   Right.  99 percent of it went to Armando and his

10:58:26  20    people?

21    **A.**   Yes.

22    **Q.**   The rules that the prosecutor talked to you about that

23    you said that were engaged in at Las Palmas, those rules

24    related to the moneys that Las Palmas was to earn,

10:58:44  25    correct?

A.   I don't know.  It was what they charged me.  I don't

know if that was what I was supposed to earn.

Q.   Okay.  Let me ask -- bad question.  Let me rephrase

it.

10:59:03      The rules -- do you remember the prosecutor talking to

you about the rules that Ms. Medeles told you about?

Okay.  Do you remember that?

            THE COURT:  Let's move.

            MR. FAZEL:  Yes, Your Honor.  I'm trying to.

10:59:16  Q.   (By Mr. Fazel)  Do you remember that?

A.   Yes.

Q.   Those rules relate to the moneys that you had to pay

Las Palmas; and that's it, correct?

A.   The rules were that we couldn't work when the police

10:59:31  arrived.

Q.   I'll get to that in a minute; but if you would just

answer my question, we can get this quickly.  I promise.

The rules that the prosecutor was talking about as far as

the money is concerned -- let me rephrase the question --

10:59:42  the money was concerned was -- the rules regarding money

was simply the $25 that you had to pay the house, correct?

A.   Yes.

Q.   The rules relating to what you just mentioned to the

jury, the light and when the police were there, it was so

10:59:57  that you wouldn't get arrested and nobody else would get

1  arrested, correct?

2  **A.**   Yes.

3  **Q.**   Because you were engaging in prostitution, correct?

4  **A.**   Yes.

11:00:07  5  **Q.**   And you didn't want the police to come get you because

6  that's illegal, correct?

7  **A.**   Yes.

8  **Q.**   So the rules regarding the rules that you were talking

9  about are simply, hey, when the police show up, don't do

11:00:23  10  prostitution?

11  **A.**   That's one of the rules.

12  **Q.**   But to be clear, it's the pimp Armando that told you

13  where to go, whether Las Palmas or the other locations,

14  correct?

11:00:38  15  **A.**   The Hermanos Texis.

16  **Q.**   Whoever had control over you are the ones that told

17  you where to go, correct?

18  **A.**   Yes.

19  **Q.**   When you started working at Las Palmas, you said that

11:01:04  20  somebody came in and asked for you to have a job there,

21  correct?

22  **A.**   Yes.

23  **Q.**   Were you inside Las Palmas watching it, or were you

24  outside?

11:01:21  25  **A.**   I was standing there at the door waiting for them to

1  say she passes or she does not pass.

2  **Q.**  And was this the first time you were at Las Palmas or

3  the second time you came into the country and started

4  working at Las Palmas?

11:01:40   5  **A.**  The first time.

6  **Q.**  And the person who did that was another female that

7  was also engaging in that same activity?

8  **A.**  Yes.

9  **Q.**  One last question or last set of questions.  You

11:02:18  10  indicated towards the end of your testimony to the jury

11  that there was a conversation between Ms. Medeles and some

12  folks about how she took the position that you should

13  follow the pimps' instructions.  Do you remember that?

14  **A.**  Can you repeat the question again?

11:02:38  15  **Q.**  Sure.  It was kind of long.  Do you remember talking

16  about how you recalled Ms. Medeles talking about, oh, you

17  should follow the instructions of the pimps?  Do you

18  remember that?

19  **A.**  Yes.

11:02:59  20          MR. FAZEL:  I think they are having a little

21  microphone problem, Judge.

22          THE COURT:  Pardon me?

23          MR. FAZEL:  They are having a microphone problem.

24          THE INTERPRETER:  Thank you.

11:03:20  25          MR. FAZEL:  Are we okay?  Are we ready?

1                THE INTERPRETER:  Yes.

2    **Q.**  (By Mr. Fazel)  Do you remember how we talked about

3    how you met with the prosecution before you testified

4    today?  Do you remember that?

11:03:32   5    **A.**  Yes.

6    **Q.**  And that wasn't the first time.  You had met with the

7    prosecution before, correct?

8    **A.**  Yes.

9    **Q.**  You met with them before at least on, what, two or

11:03:47  10    three occasions?

11    **A.**  Only two times.

12    **Q.**  And in the two times that you met with them, do you

13    remember somebody taking notes about what you were saying?

14    **A.**  Perhaps, yes, somebody was writing.  Then, yes.

11:04:31  15    **Q.**  And the person that was taking notes, would he be the

16    gentleman right there with the glasses, a blue shirt, with

17    short hair?

18    **A.**  Yes.

19    **Q.**  Okay.  And did you mention the conversation about

11:04:51  20    Ms. Medeles talking about how you should follow the pimps'

21    instructions to them?

22    **A.**  Yes.

23    **Q.**  Do you think that's important?

24    **A.**  Of course it's important.

11:05:16  25    **Q.**  Did you see him take those notes?

           1   **A.**   Yes.

           2            MR. FAZEL:  Is this hers?

           3            MS. STOELKER:  Yes.

           4   **Q.**  (By Mr. Fazel)  Would it surprise you that he didn't

11:05:30   5   mention it in his report?

           6            MR. PEREZ:  Objection, Your Honor.  It's clearly

           7   improper, Your Honor.

           8            THE COURT:  Why?

           9            MR. PEREZ:  It's improper, Your Honor, because

11:05:38  10   it's -- I'm sorry, Your Honor.  It's improper because --

          11            MR. MAGLIOLO:  I can answer that, Your Honor.

          12   It's because he is trying to cross-examine her on a

          13   statement that's not hers under the law.  It's only a

          14   statement if she makes it or if she attests to it.

11:05:53  15   Somebody's notes are not her statement.  You cannot

          16   cross-examine on that.

          17            THE COURT:  We discussed this yesterday, didn't

          18   we?

          19            MR. MAGLIOLO:  We did, Your Honor.  That's the

11:06:00  20   law.  I can't help it.

          21            THE COURT:  Overruled.

          22            MR. FAZEL:  May I proceed?

          23            THE COURT:  Don't show it.  Don't show it.  Ask

          24   her if it would be a surprise to her if it wasn't in there

11:06:10  25   and why.  Just the same line of questioning you did

1    yesterday.

2              MR. FAZEL:  Yes, sir.

3    Q.  (By Mr. Fazel)  Now, also, other than that that we

4    just discussed, there is -- you have -- you are here in

11:06:23    5    the country, correct?

6    A.  I'm sorry, sir?

7    Q.  You live in the United States, correct?

8              THE COURT:  Now?

9              MR. FAZEL:  Now, yes.

11:06:30    10    A.  Yes.

11    Q.  (By Mr. Fazel)  And you live under the auspices or the

12    assistance of the government because they got you a

13    T-visa, correct?

14    A.  Yes.

11:06:40    15    Q.  And you are currently employed, correct?

16    A.  Yes.

17    Q.  As part of that T-visa that they obtained for you, you

18    told your story to the folks in immigration, correct?

19    A.  Yes.

11:06:55    20    Q.  And when you told your story, you did it through an

21    affidavit, correct?

22    A.  Yes.

23    Q.  And that affidavit was read to you in Spanish before

24    you signed it, correct?

11:07:08    25    A.  Yes.

1   Q.   Is there a reason you didn't mention this about

2   Ms. Medeles talking to you about pimps in your affidavit?

3   A.   I don't understand the question.

4   Q.   Sure.

11:07:29   5        THE COURT:  Why -- just ask why it's not in

6   there.

7            MR. FAZEL:  Yes, sir.

8   Q.   (By Mr. Fazel)  Why wouldn't you --

9            THE COURT:  Why isn't it in there?

11:07:36   10  Q.   (By Mr. Fazel)  This affidavit that they have that you

11  outlined clearly, eight pages long, doesn't say anything

12  about Ms. Medeles talking to the pimps, does it?

13  A.   I don't know.

14           MR. FAZEL:  Approach briefly?

11:07:51   15       THE COURT:  Go on.

16       (Sotto voce discussion between counsel.)

17           MR. FAZEL:  Okay.  You tell the Judge that.

18  Q.   (By Mr. Fazel)  Ma'am, I'm going to point to the

19  eighth page of this document to you.  Do you see your

11:08:30   20  signature on there?

21  A.   Yes.

22  Q.   This document is in Spanish, correct?

23  A.   Yes.

24  Q.   And you read Spanish, correct?

11:08:39   25  A.   Yes.

1  Q.  Nowhere in that -- excuse me.  Pardon me.  Nowhere in

2  that document -- and you can look at it -- does it say

3  anything about Ms. Medeles speaking to pimps or laughing

4  at folks that worked at Las Palmas or saying that you

11:09:01  5  should follow your pimps' instructions, does it?

6  A.  Well, it doesn't say so here; but that's what

7  happened.

8       MR. FAZEL:  I pass the witness, Your Honor.

9  Thank you.

11:09:21  10      MR. PEREZ:  May I approach the witness, Your

11  Honor?

12      THE COURT:  You don't have to ask permission in

13  my court to approach the witness.  You have got free range

14  in the courtroom.

11:09:29  15      MR. PEREZ:  Thank you, Your Honor.

16                **REDIRECT EXAMINATION**

17  BY MR. PEREZ:

18  Q.  This statement that he just handed you is in Spanish,

19  right?

11:09:36  20  A.  Yes.

21  Q.  Now, when you signed this, did -- was this in

22  reference to some application for some visas; is that

23  correct?

24  A.  Yes.

11:09:52  25  Q.  Was Deputy Chapuseaux with you at the time?

1    **A.**   Yes.

2    **Q.**   He was with you when this was given?

3    **A.**   No.  The attorney.

4          THE COURT:  Hold it.  Let me hear the answer.

11:10:08   5    **A.**   No.  No.  The attorney.  The attorney.

6    **Q.**   (By Mr. Perez)  Okay.  And what is the attorney's

7    name?

8    **A.**   Andrea Rodriguez.

9    **Q.**   Okay.  Now, at the time that that affidavit was

11:10:24   10   executed, I had nothing to do with that affidavit, right?

11   **A.**   Again?

12   **Q.**   At the time that that affidavit, that statement, was

13   given by you, I had nothing to do with it, right?

14   **A.**   No.  No.

11:10:33   15   **Q.**   Mr. Magliolo had nothing to do with it?

16   **A.**   No.

17   **Q.**   Nobody at this table had anything to do with it,

18   right?

19   **A.**   No.

11:10:40   20         THE COURT:  Is that correct?  You are saying, no,

21   no, no, three times.  Okay.  People tend to say "no" when

22   they really mean "correct."  Ask her if she means correct

23   for those three questions.  Otherwise, the record is going

24   to be just the opposite.

11:10:56   25         MR. PEREZ:  Thank you, Your Honor.

1    **Q.**   (By Mr. Perez)   The bottom line is this:  We had

2    nothing to do with the execution of that affidavit, right?

3              THE COURT:  Is that correct?

4    **Q.**   (By Mr. Perez)   Is that correct?

11:11:05    5              THE COURT:  Yes or no?

6    **A.**   No.  Only the attorney.

7    **Q.**   (By Mr. Perez)   Okay.  So the attorney is the one and

8    that had nothing to do with us and is the one that did

9    this for you?

11:11:15   10              THE COURT:  Wait.  Mr. Perez, state it again and

11    say "is that correct."

12              MR. PEREZ:  Okay, Your Honor.

13              THE COURT:  All right.  Because it's still -- I

14    have got to know.  If you want it in the record that way,

11:11:24   15    that's your record.

16              MR. PEREZ:  I understand, Your Honor.

17              THE COURT:  We all understand where it is but

18    people have a tendency to do that and I guess it's more

19    difficult even in translation.

11:11:34   20              MR. PEREZ:  I understand, Your Honor.  Thank you,

21    Your Honor.

22    **Q.**   (By Mr. Perez)   The bottom line is this, ma'am:  We

23    had nothing to do with that affidavit; is that correct?

24    **A.**   No.  I wrote it.

11:11:51   25    **Q.**   Okay.  Or, actually, the attorney wrote it for you,

1  right?

2  **A.**  Yes.  I wrote it, and the attorney translated it.

3  **Q.**  In that affidavit the focus of that affidavit is what

4  had happened to you; is that correct?

11:12:26   5  **A.**  Yes.

6  **Q.**  Not what Tencha had done; is that correct?

7  **A.**  No.

8          MR. PEREZ:  I'll pass the witness, Your Honor.

9          THE COURT:  Anything further?

11:12:36   10          MR. FAZEL:  Very, very briefly, Your Honor.

11                    **RECROSS-EXAMINATION**

12  BY MR. FAZEL:

13  **Q.**  Ma'am, you got to the attorney that wrote that

14  affidavit -- well, you wrote the affidavit.  But you got

11:12:44   15  the attorney through the application for the T-visa,

16  correct?

17  **A.**  Yes.

18  **Q.**  And the way you got the application through the T-visa

19  is that you started cooperating with the FBI, correct?

11:13:00   20  **A.**  Yes.

21  **Q.**  And they are the ones that introduced you to the

22  agency who helped with you the T-visa, correct?

23  **A.**  The attorney.

24  **Q.**  They introduced you to the attorney?

11:13:18   25  **A.**  I don't know if they were so directly, but I met the

1    attorney.

2    **Q.**   Through the agencies that the FBI set you up with?

3    **A.**   Yes.

4           MR. FAZEL:  Pass the witness.

11:13:31   5           MR. PEREZ:  I have no further questions, Your

6    Honor.

7           THE COURT:  Thank you.  You can please step down.

8    You are excused and free to leave.  Let me ask you this:

9    The interpreter -- have you got another one who needs

11:13:40  10   interpretation?

11          MR. PEREZ:  Yes, Your Honor.

12          THE COURT:  All right.  Ladies and gentlemen,

13   ordinarily we take a break every hour and 30 minutes.  I

14   think maybe between this it will give the interpreters a

11:13:49  15   break, also the court reporter.  I'm saying it may be

16   intense because we're dealing with translations and so

17   forth.  Ordinarily we take a break every hour and a half.

18   It's been an hour and a quarter.  Let's do that now.  It's

19   11:15.  We'll get back at 11:30.  We will take a 15-minute

11:14:10  20   break.

21       (Jury exited courtroom at 11:14 a.m.)

22          MR. PEREZ:  May we --

23          THE COURT:  Yes.  Okay.  We're going to stay on

24   the record.  Okay.

11:14:45  25          MR. PEREZ:  May I be heard, Your Honor?

1          THE COURT:  Yes, sir.

2          MR. PEREZ:  Your Honor, we provided Mr. Ali with

3    30,000-plus pages of discovery, Your Honor.

4          THE COURT:  30,000?

11:14:52  5          MR. PEREZ:  Yes, Your Honor.  All we are asking

6    for is for him before he approaches the witness with his

7    translated version of some affidavit for him to let us see

8    it before he does that, Your Honor.

9          THE COURT:  No problem with that?

11:15:03  10          MR. FAZEL:  No, Your Honor.  I just got that this

11   morning.  As you know, the Court signed the order the

12   other day.  I told him that if they produced the documents

13   they produced to me --

14          THE COURT:  Just show it to him as you walk up.

11:15:15  15   That's all.

16          MR. FAZEL:  All right.

17       (Recess from 11:15 a.m. to 11:34 a.m.)

18          THE COURT:  Let's call the jury in, please.

19       (Jury entered courtroom at 11:34 a.m.)

11:34:49  20          THE COURT:  Thank you.  Be seated.  Call your

21   next witness.

22          MR. PEREZ:  XXXXXXXXXXXXXX, Your Honor.

23          THE COURT:  Okay.  Spell the name, please.  Let

24   me get it down.

11:35:00  25          MR. PEREZ:  XXXXXXX --

1          THE COURT:  XXXXX --

2          MR. PEREZ:  -- XXXXX.

3          THE COURT:  -- XXXXX?

4          MR. PEREZ:  Yes, Your Honor.

11:35:08    5          THE COURT:  Last name.

6          MR. PEREZ:  XXXXXXX, XXXXXXXXXXXXX.

7          THE COURT:  Ma'am, raise your right hand.

8          THE WITNESS:  (Complying.)

9       (Witness sworn by the case manager through the

11:36:07   10   interpreter.)

11          CASE MANAGER:  That would be helpful right here.

12          THE COURT:  Don't forget we have a stool for you,

13   if you would like it.  If you need it, we have got it.

14          THE INTERPRETER:  Thank you.  I just don't want

11:36:17   15   to fall off of it.

16          THE COURT:  The marshal will help you up.  He can

17   help you.

18          THE MARSHAL:  I have offered her a chair.  She

19   said no, Your Honor.

11:36:29   20          THE COURT:  I want you to know it's available.

21          THE INTERPRETER:  I brought it this morning, Your

22   Honor.

23          THE COURT:  Oh, you brought it this morning.

24          THE INTERPRETER:  I just want to check.

11:37:09   25          THE COURT:  Go right ahead.

Direct Examination of XXXXXXXXXXXXX                    Vol 3 - 47

1    MR. PEREZ:  Thank you, Your Honor.

2                **XXXXXXXXXXXXXXXXXXXXXXXX,**

3    having been first duly sworn, testified through the

4    interpreter, as follows:

5                       **DIRECT EXAMINATION**

6    BY MR. PEREZ:

7    **Q.**  State your name for the Court and the members of the

8    jury, please, ma'am.

9    **A.**  XXXXXXXXXXXXXXXXXXXXXXXX.

11:37:26  10    **Q.**  Do you see a person by the name of Tencha in the

11    courtroom here today?

12    **A.**  Yes.

13    **Q.**  Would you please point to her and describe what she is

14    wearing for the Court and members of the jury, please.

11:37:47  15    **A.**  Yes.

16    **Q.**  Please do so.

17    **A.**  (Witness indicating.)

18    **Q.**  What is she wearing?

19    **A.**  (Speaking Spanish.)

11:38:07  20    **Q.**  What is she wearing?

21    **A.**  A black sweater.

22                MR. PEREZ:  Your Honor, may the record reflect

23    this witness has identified the defendant, Your Honor?

24                MR. FAZEL:  No objections, Your Honor.

11:38:16  25                THE COURT:  The record will so reflect.

1    **Q.**   (By Mr. Perez)   Are you originally or are you from

2    Mexico, ma'am?

3    **A.**   Yes.

4    **Q.**   And when did you come to our country, the United

11:38:32   5    States?

6    **A.**   2003.

7    **Q.**   And how did you get here?

8    **A.**   My pimp brought me.

9    **Q.**   Who was your pimp, ma'am?

11:38:47  10    **A.**   Ivan Texis Salazar.

11    **Q.**   Is the Texis family like a family of pimps?

12    **A.**   Yes.

13    **Q.**   And how did you meet Ivan Texis?

14    **A.**   In Puebla I met him.

11:39:13  15    **Q.**   In what condition did you meet him?  Did you become

16    involved with him; or tell us the circumstances, please.

17    **A.**   I met him in a park.  And that same day he lied to me,

18    and he took me to Tlaxcala.

19    **Q.**   How old were you at the time?

11:39:38  20    **A.**   I was 17 years old.

21    **Q.**   And were you living with your parents at the time?

22    **A.**   Yes.

23    **Q.**   And you met him at a park; is that correct?

24    **A.**   Yes.

11:39:52  25    **Q.**   And then from there you went with him where?

Direct Examination of XXXXXXXXXXXXX                    Vol 3 - 49

1    **A.**   To Tlaxcala.

2    **Q.**   Before you met him, were you a prostitute?

3    **A.**   No.

4    **Q.**   And did you eventually find out that he, in fact, was

11:40:13   5    a pimp?

6    **A.**   I did not understand.

7    **Q.**   At the time that you first met him, did you know that

8    he was a pimp?

9    **A.**   No.

11:40:27   10   **Q.**   When did you learn that he, in fact, was a pimp?

11   **A.**   When he started to talk and tell me that he was going

12   to put me to work in that.

13   **Q.**   When you say "in that," explain to the members of the

14   jury what you mean.

11:40:54   15   **A.**   About prostitution.

16   **Q.**   How long after you meet him did he bring up that

17   subject about you being a prostitute for him?

18   **A.**   Three weeks.

19   **Q.**   Did you agree with him that you would engage in

11:41:18   20   prostitution for him at that time?

21   **A.**   No.  No.

22   **Q.**   Tell the members of the jury what eventually lead you

23   to follow his or suggest that you be a prostitute?

24   **A.**   I didn't understand you.

11:41:42   25   **Q.**   Okay.  What did he tell you to convince you to become

 1   a prostitute?

 2   **A.**   That if I wanted to have my things, that no one was

 3   going to tell me anything.  And if I wanted to have my

 4   things, he wasn't working and that I was going to be

 5   making easy money.

 6   **Q.**   What did you tell him at that time?

 7   **A.**   That I didn't want to do that.

 8   **Q.**   Well, at some point he convinced you to do it.  What

 9   lead -- what did he do to convince you to become a

10   prostitute?

11   **A.**   He would threaten me.  I had a little boy.

12   **Q.**   And that little boy, was that his son?

13   **A.**   No.

14   **Q.**   Where was your son at that time?

15   **A.**   With my parents.

16   **Q.**   And when you say he threatened you with your son,

17   explain that to the members of the jury, please.

18   **A.**   That if I didn't work, something could happen to my

19   child.

20   **Q.**   And did he -- like what would happen to your child?

21   **A.**   Well, any kind of an accident.  He would say that

22   since he was alone with my parents something could happen

23   to him.

24   **Q.**   And even though he used the word "accident," did you

25   take that as a threat?

1   **A.**   Yes.

2   **Q.**   Where did you first start working for him as a

3   prostitute?

4   **A.**   In Puebla.

11:44:01   5   **Q.**   Where in Puebla?

6   **A.**   At Four Points.  At Four Points.  At a hotel Four

7   Points.

8   **Q.**   Explain to the members of the jury the circumstances

9   under which you went to work at Four Points.

11:44:21   10          THE COURT:  Where was it?  What city?

11   **Q.**   (By Mr. Perez)  What city was it?

12   **A.**   Mexico.

13          THE COURT:  In Mexico.  Okay.  In Mexico.

14   **Q.**   (By Mr. Perez)  Tell the members of the jury what you

11:44:31   15   had to do there at Four Points, please.

16   **A.**   I had to prostitute myself.

17   **Q.**   And how long did you work there at Four Points as a

18   prostitute?

19   **A.**   About a year.

11:44:52   20   **Q.**   What time to what time there at Four Points?

21   **A.**   I don't remember.

22   **Q.**   Nonetheless, it was at that hotel?

23   **A.**   Yes.

24   **Q.**   How much did you charge?

11:45:12   25   **A.**   $50.

1  Q.   How many men do you think you serviced per day at that

2  hotel?

3  A.   Between 15 and 20.

4  Q.   And all the money that you made there at that hotel at

11:45:35  5  Four Points, where did that money go?

6  A.   My pimp would take it away from me.

7  Q.   After that one year that you worked at that hotel,

8  what happened next?

9  A.   After that, he went to look for me; and he told me

11:46:09  10  that the police were looking for him.  And so, he took me

11  home.

12  Q.   Now, you say he went to look for you at the hotel?

13  A.   Yes.

14  Q.   So from the hotel you all went where?

11:46:27  15  A.   To my town.

16  Q.   What town was that, again, please?

17  A.   San Pedro Libres, Puebla.  Excuse me, Puebla.

18  Q.   Did he tell you why the police were looking for him?

19  A.   No.  He didn't give me any explanations.

11:47:00  20  Q.   How far is Four Points from where you went to your

21  parents?

22  A.   Two hours.

23  Q.   Once you arrived at your town, what happened there?

24  A.   Well, my mother went to pick us up at Libres; and she

11:47:30  25  got very angry because she didn't know that already I was

 1    living with someone.

 2  **Q.**   You had had no contact with your mom?

 3  **A.**   No.

 4  **Q.**   Why not?

11:47:44  5  **A.**   Because he wouldn't let me.

 6  **Q.**   How long did you all stay with your mom when you

 7    arrived at your town?

 8  **A.**   About half a year.

 9  **Q.**   What did you do when you were there with your mom?

11:48:05 10  **A.**   Home.

11  **Q.**   Was your pimp living with you at the time?

12  **A.**   Yes.

13  **Q.**   Did you work as a prostitute at that time while living

14    with your mom?

11:48:21 15  **A.**   No.  No.

16  **Q.**   After that six months, what happened next?

17  **A.**   We again returned to Tlaxcala.

18  **Q.**   When you were there with your mom, why didn't you tell

19    your mom what was going on and escape from him at that

11:48:41 20    time?

21  **A.**   Because I was afraid.

22  **Q.**   Afraid of whom?

23  **A.**   Him.

24  **Q.**   Why were you afraid of him?

11:48:53 25  **A.**   My pimp.

Direct Examination of XXXXXXXXXXXXX                Vol 3 - 54

1  **Q.**  Why were you afraid of your pimp?

2  **A.**  Yes.

3  **Q.**  Why?

4  **A.**  Because he would always threaten me about my family.

11:49:10  5  **Q.**  Tell the members of the jury specifically why would he

6  threaten your family?

7  **A.**  He would always tell me that my parents were old and

8  something could happen to my parents or something could

9  happen to my child and I didn't have anybody else's

11:49:49  10  support and because my parents were old.  And he told me

11  that if I didn't do what he told me to do, then he was

12  going to harm my parents and my child because I didn't

13  have the support from my brothers.

14  **Q.**  After those six months, what happened next?

11:50:27  15  **A.**  We went to Tlaxcala.

16  **Q.**  Once you arrived at Tlaxcala, what happened there?

17  **A.**  I returned to work.

18  **Q.**  As a prostitute?

19  **A.**  Yes.  Yes.

11:50:42  20  **Q.**  How long did you work as a prostitute at Tlaxcala at

21  that time?

22  **A.**  For about two years.

23  **Q.**  And after two years, what happened next?

24  **A.**  After two years, I went to Tijuana.

11:51:06  25  **Q.**  Who sent you to Tijuana?

1  **A.**   My pimp.

2  **Q.**   Did he go with you?

3  **A.**   No.

4  **Q.**   Explain to the members of the jury how he was able to

11:51:18  5   control you once you went to Tijuana.

6  **A.**   Because he sent me with another girl, another

7  prostitute.

8       THE COURT:  All right.  I want to see the

9  attorneys up here, please.  Wait for her to get her

11:51:36  10  earphones on.

11       (Proceedings held at sidebar.)

12       THE COURT:  Okay.  What is the necessity of going

13  through the heavy backgrounds of everybody outside of the

14  country?  Why can't you just summarize it and then get

11:51:58  15  what happened when they came here?  Now, wait a second.

16  I'm talking to Perez.

17       MR. PEREZ:  The problem is this, Your Honor, is

18  that yesterday we did exactly what the Court said.

19       THE COURT:  And?

11:52:08  20       MR. PEREZ:  And then Mr. Ali then attacked us or

21  impeached the witness as to what had happened during those

22  four years.  Yesterday the witness came in from '97.  She

23  arrived in 2001.  We went, basically, to 2001.  So then he

24  had a field day from '97 to 2001.

11:52:27  25       THE COURT:  All right.  Do you want to respond?

1    I'm not jumping in your case.  This is a question I had.

2    I understand now.

3           MR. PEREZ:  Yes.

4           MR. FAZEL:  I have no response, Your Honor.  I

11:52:36  5  don't know if I can explain it.

6           THE COURT:  Why don't you speed it up.

7           MR. PEREZ:  I'm trying, Your Honor.

8           THE COURT:  Go through the early years.  Go.

9    Just speed it up.

11:52:44  10          MR. PEREZ:  Okay.  I'm trying to.  It's a long

11   history.

12          THE COURT:  I understand that.  I just wanted to

13   know.

14          MR. PEREZ:  I will try, Judge.  Thank you, Your

11:52:50  15  Honor.

16       (Proceedings concluded at sidebar.)

17   **Q.**  (By Mr. Perez)  After you got to Tlaxcala, you worked

18   there as a prostitute for how long?

19   **A.**  About two years.

11:53:08  20  **Q.**  And again, during that time your pimp was Ivan when

21   you went to Tijuana; is that right?

22   **A.**  Yes.

23   **Q.**  You told us that Ivan did not go with you to Tijuana,

24   but he sent you with another prostitute?

11:53:26  25  **A.**  Yes.

```
 1   Q.   Now, explain to the members of the jury how that
 2   prostitute was able to control you even though your pimp
 3   wasn't with you.
 4   A.   Because we stayed in the same room.  She took me to
 5   work.
 6   Q.   Well, why wouldn't you escape from this prostitute?
 7   A.   Because I was afraid.
 8   Q.   Afraid of what?
 9   A.   As I have stated before, that he would harm my family.
10   Q.   "He" being your pimp?
11   A.   Yes.
12   Q.   How long were you in Tijuana?
13   A.   Half a year.
14   Q.   After that half year, what happened next?
15   A.   I had my little girl.
16   Q.   Was the little girl the offspring of your pimp?
17   A.   Yes.
18   Q.   Explain that to the members of the jury that you are
19   in Tijuana and you get pregnant.  How did that happen by
20   your pimp?
21   A.   No.  When I went to Tijuana, I was already pregnant.
22   Q.   By your pimp?
23   A.   Yes.
24   Q.   You get to Tijuana.  You work there.  And then, you
25   go -- what happened next during your, you know, once you
```

11:53:46  (line 5)
11:54:10  (line 10)
11:54:28  (line 15)
11:54:49  (line 20)
11:55:09  (line 25)

1  got your baby?

2  **A.**  Afterwards, after a month, I went to work again as a

3  prostitute.

4  **Q.**  Well, where did you have your baby?

11:55:33  5  **A.**  Tlaxcala.

6  **Q.**  You went back to Tlaxcala, delivered; and then a month

7  later, you went back to Tijuana to work as a prostitute?

8  **A.**  No.  I returned to Puebla to work.

9        THE COURT:  Okay.  I'm going to ask that you

11:55:48  10  speed this up.  Okay.

11        MR. PEREZ:  Okay.

12        THE COURT:  Move it along.

13        MR. PEREZ:  Yes, Your Honor.

14  **Q.**  (By Mr. Perez)  And then you went to work at Puebla.

11:55:55  15  What happened -- how long did you work at Puebla?

16  **A.**  About half a year.

17  **Q.**  After the half year, where did you go next?

18  **A.**  To Matamoros.

19  **Q.**  After Matamoros, where did you go?

11:56:12  20  **A.**  Houston.

21  **Q.**  How long did you work at Matamoros?

22  **A.**  Matamoros, eight months.

23  **Q.**  And then from Matamoros you came to Houston?

24  **A.**  Yes.

11:56:25  25  **Q.**  Did you work at Las Palmas when you arrived in

1    Houston?

2    **A.**    No.

3    **Q.**    Where did you work when you arrived in Houston?

4    **A.**    At Las Chiquillas.

5    **Q.**    Who got you the job?  How long did you work at Las

6    Chiquillas?

7    **A.**    Two months.

8    **Q.**    Then after working at Las Chiquillas for two months,

9    where did you work next?

10   **A.**    In El Capricho.

11   **Q.**    And did you arrive in the United States illegally from

12   Mexico when you went to work at these locations?

13   **A.**    Yes.

14   **Q.**    After working at Las Chiquillas, where did you work

15   next?

16   **A.**    At El Capricho.

17   **Q.**    And after El Capricho, where did you work next?

18   **A.**    At Las Carinosas.

19   **Q.**    After the Las Carinosas where did you work next?

20   **A.**    At Flamingo.

21   **Q.**    After the Flamingo where did you work?

22   **A.**    At Las Palmas.

23   **Q.**    Did you work there during the week or on weekends?

24   **A.**    Weekends.

25   **Q.**    Was that Friday night, Saturday night and Sunday

11:56:40 (line 5)
11:56:55 (line 10)
11:57:11 (line 15)
11:57:28 (line 20)
11:57:43 (line 25)

```
 1  night?

 2  A.   Yes.

 3  Q.   And did you work there from May 2003 to May of 2007?

 4  A.   Yes.

 5  Q.   And was that all the time on the weekends?

 6  A.   Yes.

 7  Q.   Who hired you there at Las Palmas?

 8  A.   A girl took me.

 9  Q.   Okay.  What happened when you arrived at Las Palmas

10  when that girl took you?

11  A.   She explained to me how everything was going to be

12  there.

13  Q.   Who explained that to you?

14  A.   The girl.

15  Q.   So she took you to Las Palmas, and you got hired at

16  Las Palmas?

17  A.   Yes.  They had already spoken with Tencha.

18  Q.   Who had spoken to Tencha?

19  A.   (Speaking Spanish.)

20  Q.   So, in essence, Tencha hired you?

21  A.   The girl who took me, yes.

22  Q.   Did you ever have contact there with Tencha at Las

23  Palmas?

24  A.   Yes.

25  Q.   Explain to the members of the jury how many times you
```

Timestamps:
11:57:55 (line 5)
11:58:17 (line 10)
11:58:31 (line 15)
11:58:56 (line 20)
11:59:15 (line 25)

1  had contact with Tencha there at Las Palmas.

2  **A.**   Twice.

3  **Q.**   Were those meetings?

4  **A.**   Yes.

11:59:31  5  **Q.**   Let's talk about the first meeting.  What happened at

6  the first meeting?

7  **A.**   When we arrived there the first while that we were

8  there, it was dedicated to her.

9  **Q.**   Explain that to the members of the jury, please.

11:59:59  10  **A.**   If we wanted to work there, the time that we spent

11  with the first man was for her.

12  **Q.**   What do you mean?  The money?

13  **A.**   Yes.

14  **Q.**   How much was that?

12:00:19  15  **A.**   $65.

16  **Q.**   And what else did she tell you at that first meeting?

17  **A.**   That's all she would tell us, and that she didn't want

18  to see us because she didn't want to have any trouble with

19  the police.

12:00:43  20  **Q.**   She didn't want to see you beaten; is that right?

21  **A.**   Yes.

22  **Q.**   Beaten by whom?

23         MR. FAZEL:  Objection to speculation, Your Honor.

24  **A.**   By the pimp.

12:00:59  25         MR. FAZEL:  Move to strike from the record, Your

1    Honor.

2            THE COURT:  Well, sustained.  So instructed.

3    Next question, please.

4    **Q.**  (By Mr. Perez)  And then you said you had a second

12:01:13    5    meeting with Tencha there at Las Palmas?

6    **A.**  Yes.

7    **Q.**  What was the meeting about at that time?

8    **A.**  When it was a holiday, if we missed, she would charge

9    us $50.

12:01:33   10    **Q.**  Okay.  What else did she say?

11    **A.**  That's all I remember.

12    **Q.**  Did you ever overhear Tencha ask a female why she was

13    coming with bruises to work?

14    **A.**  Yes.

12:02:03   15    **Q.**  Did Tencha then tell the female that she didn't want

16    her pimp beating her and her coming to work like that

17    because she would not allow her to work there anymore?

18            MR. FAZEL:  Objection, Your Honor.  It's leading

19    the witness severely.  I know the circumstances but --

12:02:21   20            THE COURT:  Sustained as to the form of the

21    question.

22            MR. PEREZ:  Okay, Your Honor.

23    **Q.**  (By Mr. Perez)  Did you overhear Tencha tell this girl

24    not to -- about she didn't want the pimp beating her?

12:02:35   25    **A.**  Yes.

1   **Q.**   Explain to the members of the jury what she told her.

2   **A.**   That she didn't want to see them beaten because she

3   didn't want to have any problems with the police.

4   **Q.**   Did she ever talk about the girls there being minors?

12:03:03   5   **A.**   Yes.

6   **Q.**   Did she ever talk about the girls having fake ID's?

7   **A.**   Yes.

8   **Q.**   Explain to the members of the jury what she would tell

9   them about girls who were underage.

12:03:23   10   **A.**   As long as they brought an ID that said they were of

11   age, they could work.

12   **Q.**   Did she care whether the ID was fake or not?

13         MR. FAZEL:   Object to speculation.

14         THE COURT:   Sustained.

12:03:45   15   **Q.**   (By Mr. Perez)   Do you remember that about 2005, 2006

16   you saw Tencha stop one of the females coming to work

17   there because the female had bruises on her body?

18   **A.**   Yes.

19   **Q.**   Explain to the members of the jury what that was all

12:04:05   20   about, please.

21   **A.**   That if she kept coming to work with bruises she

22   wouldn't let her work anymore.

23         MR. PEREZ:   May I have a conversation with the

24   defense attorney, Your Honor?

12:04:28   25         THE COURT:   Sure.

1          (Sotto voce discussion between counsel.)

2     **Q.**  (By Mr. Perez)  I'm going to show you a picture P-1.

3  Do you recognize the picture on P-1?

4     **A.**  Yes.

12:05:09   5     **Q.**  What is P-1, please?

6     **A.**  The place where I worked.

7     **Q.**  Is that the cantina owned by Tencha?

8     **A.**  Yes.

9     **Q.**  P-19.  Do you recognize the person on P-19?

12:05:33  10     **A.**  Yes.

11     **Q.**  What name do you associate or what name do you know

12  this person by?

13     **A.**  XXXXXX.

14     **Q.**  What about P-20?  You have already identified Tencha

12:05:48  15  already.  How about P-21?

16     **A.**  Yes.

17     **Q.**  Who is on P-21?

18     **A.**  I know her, but I don't remember her name.

19     **Q.**  Where did you see the person depicted on P-21?

12:06:07  20     **A.**  At the Capricho.

21     **Q.**  How about XXXXXX, the one you recognized earlier,

22  where did she work?

23     **A.**  At Las Palmas.

24     **Q.**  Both of these they worked as prostitutes?

12:06:24  25     **A.**  Yes.

1    **Q.**   How about P-22, do you recognize that person?

2    **A.**   Yes.

3    **Q.**   Where did she work as a prostitute?

4    **A.**   Flamingo and Las Palmas.

12:06:43    5    **Q.**   P-23.  Do you recognize the person on P-23?

6    **A.**   Also.

7    **Q.**   Do you know her name?

8    **A.**   XXXXX.

9    **Q.**   XXXXX looks pretty young in that picture; is that

12:07:05    10   right?

11            MR. FAZEL:  Objection to speculation, Your Honor.

12            THE COURT:  Sustained.  You can rephrase it.

13   **Q.**   (By Mr. Perez)  Does she appear to be old or young in

14   this picture?

12:07:15    15   **A.**   Young.

16   **Q.**   Is that the way she looked when you saw her working at

17   the Las Palmas?

18   **A.**   Yes.

19   **Q.**   Do you know whether she had an ID?

12:07:33    20   **A.**   I don't know.

21   **Q.**   P-24.  Do you know the person on P-24?

22   **A.**   Yes.

23   **Q.**   Do you know her name?

24   **A.**   XXXXX.

12:07:50    25   **Q.**   Did she work there at Las Palmas, as well?

 1    **A.**   Yes.

 2    **Q.**   As a prostitute?

 3    **A.**   Yes.

 4    **Q.**   All these women depicted on these pictures they are

12:07:59  5    all prostitutes working at Las Palmas except for one of

 6    them; is that right?

 7    **A.**   Yes.

 8    **Q.**   P-25, do you know that person?

 9    **A.**   Yes.

12:08:15 10    **Q.**   Do you know her name?

11    **A.**   I don't remember.

12    **Q.**   She worked at Las Palmas, as well?

13    **A.**   Yes.

14    **Q.**   As a prostitute?

12:08:24 15    **A.**   Yes.

16    **Q.**   P-26, do you recognize that person?

17    **A.**   Also.

18    **Q.**   Did you ever see this person with bruises there at Las

19    Palmas?

12:08:44 20    **A.**   A lot.

21    **Q.**   Explain the bruises that you saw on this person

22    depicted on P-26.

23    **A.**   Her arms, her legs, her face.

24    **Q.**   There at Las Palmas?

12:09:05 25    **A.**   Yes.

1    **Q.**   P-31, who is that fellow?

2    **A.**   I don't remember.

3    **Q.**   Okay.  How about P-34?

4    **A.**   Neither.

12:09:30    5    **Q.**   P-35?

6    **A.**   No.

7    **Q.**   How about P-67?

8    **A.**   Yes.

9    **Q.**   And where do you -- what's her name, if you know?

12:09:52   10    **A.**   I don't remember.

11    **Q.**   She worked where?

12    **A.**   At Las Palmas.

13    **Q.**   Were all these people depicted here on these

14    photographs illegal, including yourself?

12:10:07   15    **A.**   No.

16    **Q.**   They were legal?

17    **A.**   Yes.

18    **Q.**   When you say "legal," what do you mean?  When they

19    were working there, did they have papers?

12:10:20   20    **A.**   (Speaking Spanish.)

21    **Q.**   My fault.  I need to be more specific.  These people

22    that you just depicted -- that you identified as being

23    depicted on these pictures, were they in the country

24    illegally?

12:10:37   25    **A.**   Yes.

1  **Q.**  In other words, like you, they came into the country

2  with no permission?

3  **A.**  (Speaking Spanish.)

4  **Q.**  Were they in the country illegally?

12:10:52  5  **A.**  Yes.

6       MR. PEREZ:  May I have a moment, Your Honor?

7       THE COURT:  Yes.

8  (Sotto voce discussion between counsel.)

9  **Q.**  (By Mr. Perez)  Do you recall a situation where a

12:11:36  10  person named XXXXXXXXX wanted to work there at Las Palmas?

11  **A.**  Yes.

12  **Q.**  Explain to the members of the jury what happened with

13  XXXXXXXXX when she wanted to work at Las Palmas.

14  **A.**  She arrived looking for work, but they wouldn't give

12:12:03  15  her any because they didn't know her.  Then she said she

16  knew me.  She said she knew me, XXXXXXXX then.  Tencha

17  talked to me and asked me if I knew her; and I said, no.

18  My pimp called me and said she belonged to another pimp,

19  that I should recommend her.  So I told Tencha, and Tencha

12:12:50  20  gave her work.

21  **Q.**  Did Tencha also not want to hire her because she

22  appeared to be a minor?

23       MR. FAZEL:  Objection to leading, Your Honor.

24       THE COURT:  Sustained.

12:12:58  25  **Q.**  (By Mr. Perez)  Did Tencha discuss her being a minor

1  with you?

2  **A.**   Yes.

3  **Q.**   Explain to the members of the jury what that was all

4  about.

12:13:14  5  **A.**   She said that if she didn't have an ID she could get

6  one that would show she was of age.

7  **Q.**   So she knew she was a minor?

8  **A.**   Yes.

9  **Q.**   One last question, ma'am.  What were the going rates

12:13:38  10  there for prostitution at Las Palmas?

11  **A.**   From $55 to $65.

12  **Q.**   And then, money that was made from the clients there,

13  what happened to your money?

14  **A.**   My pimp would take it.

12:14:03  15  **Q.**   And the rest of the money would go to Las Palmas?

16  **A.**   Yes.

17  **Q.**   And Tencha was the owner of Las Palmas?

18  **A.**   Yes.

19          MR. PEREZ:  Pass the witness, Your Honor.

12:14:15  20          MR. FAZEL:  May I proceed, Your Honor?

21          THE COURT:  Go right ahead.

22                     **CROSS-EXAMINATION**

23  BY MR. FAZEL:

24  **Q.**   Good morning, ma'am.  My name is Ali Fazel.  You and I

12:14:26  25  have never spoken before, have we?

1    **A.**   No.

2    **Q.**   I'm going to ask you some questions, and I'm going to

3    try to make this quick.  So if I ask something quickly or

4    you don't understand me, you let me know; and I'll repeat

12:14:37    5    myself.  Is that okay?

6    **A.**   Okay.

7    **Q.**   Just very briefly, the events that transpired in

8    Mexico, when you were in Mexico, those occurred between

9    you and your pimp, correct?

12:14:54   10    **A.**   Yes.

11    **Q.**   And Ms. Medeles that's sitting right next to me here

12    had nothing to do with that; is that correct?

13    **A.**   No.

14    **Q.**   Okay.  And how long were you with your -- how many

12:15:07   15    years were you with your pimp in Mexico where he forced

16    you into prostitution?

17    **A.**   Three to four years.

18    **Q.**   In Mexico, correct?

19    **A.**   Yes.

12:15:25   20    **Q.**   And then he is the one that paid for you to come back

21    into the United States, correct?

22    **A.**   Yes.

23    **Q.**   And let's be clear about this.  Even in the United

24    States he had control over where you went to work, when

12:15:40   25    you went to work, and how you went to work, correct?

 1  **A.**   (Speaking Spanish.)

 2  **Q.**   That's okay.  It's a bad question.

 3  **A.**   I didn't understand.

 4  **Q.**   Even in the United States he had control over when you

12:15:56  5  went to work, correct?

 6  **A.**   I don't understand.

 7  **Q.**   Your pimp is the one that told you exactly what time

 8  you had to go to work, correct?

 9  **A.**   Yes.

12:16:10  10  **Q.**   And your pimp is the one that told you exactly where

 11  you had to go to work, correct?

 12  **A.**   Yes.

 13  **Q.**   And he is the one that told you when you could have

 14  days off and where you had to live, correct?

12:16:24  15  **A.**   Yes.

 16  **Q.**   Did you get a cell phone, or did he give you a cell

 17  phone?

 18  **A.**   My pimp gave it to me.

 19  **Q.**   And when you were here in the United States, did you

12:16:38  20  live in an apartment?

 21  **A.**   Yes.

 22  **Q.**   Did you live by yourself?

 23  **A.**   No.

 24  **Q.**   How many people lived with you?

12:16:51  25  **A.**   Four.

1    **Q.**   And the pimps arranged for you to go to wherever they

2    wanted you to go to, correct?

3    **A.**   Yes.

4    **Q.**   Ms. Medeles had nothing to do with that; is that

5    correct?

6    **A.**   No.

7    **Q.**   What time frame did you start working -- I'm sorry.   I

8    lost track of this.   I want to be clear.   What year did

9    you start working at Las Palmas?

10   **A.**   2006.

11   **Q.**   Okay.   And you were at Las Palmas for how long?

12   **A.**   About two years.

13   **Q.**   Okay.   And when you were there, all the girls that

14   were there are they all downstairs working at the bar

15   area?

16   **A.**   Yes.

17   **Q.**   And then, if you found a client who wanted to have sex

18   with you, you would go upstairs, correct?

19   **A.**   Yes.

20   **Q.**   And there was nobody that lived upstairs, was there?

21   **A.**   No.

22   **Q.**   All right.   There were no girls that lived upstairs,

23   correct?

24   **A.**   No.

25   **Q.**   Okay.   Did you ever have an occasion where there

```
         1   was -- there was no meetings between you, the other girls

         2   and anybody at Las Palmas was there?

         3   A.  I didn't understand.

         4   Q.  There were never an occasion when there was a meeting
12:18:49 5   between all the girls at Las Palmas, including you and

         6   anybody that was working at Las Palmas, correct?

         7   A.  I don't understand.

         8   Q.  Was there ever a time where you and all the other

         9   girls at Las Palmas had a joint meeting involving anybody
12:19:15 10  that was working at Las Palmas, anybody other than the

        11   girls?

        12   A.  No.

        13   Q.  Ms. Medeles never hit you, did she?

        14   A.  No.
12:19:39 15  Q.  It was always your --

        16   A.  No.

        17   Q.  It was always your pimp that hit you, correct?

        18   A.  Yes.

        19   Q.  You were -- you were afraid of your pimp, correct?
12:19:49 20  A.  Yes.

        21   Q.  He was the one that was forcing you to do this,

        22   correct?

        23   A.  Yes.

        24            MR. FAZEL:  May I have a moment, Your Honor?
12:20:00 25           THE COURT:  Yes, sir.
```

<br>
<br>

1          (Sotto voce discussion between counsel.)

2     **Q.**  (By Mr. Fazel)  Did you have a driver's license in the

3     United States in 2010, ma'am?

4     **A.**  No.

12:20:27   5     **Q.**  Did you drive in 2010?

6     **A.**  No.

7     **Q.**  Were you deported in 2010?

8     **A.**  No.

9     **Q.**  Okay.  Do you understand what I mean by "deported"?

12:20:56   10    Like forced to exit the country by immigration

11    authorities?

12    **A.**  No.

13    **Q.**  Are you telling the ladies and gentlemen of the jury

14    that you were never deported from this country and then

12:21:19   15    returned back?

16    **A.**  Okay.  I had a voluntary exit but not in 2010.

17    **Q.**  The voluntary exit is when you were in immigration

18    custody and you didn't fight the deportation, they just

19    allowed you to leave, correct?

12:21:46   20    **A.**  Yes.

21    **Q.**  And then, when you went back to Mexico, you

22    reconnected with your pimp?

23    **A.**  Yes.

24    **Q.**  And then you came back into the country with the help

12:22:00   25    of your pimp?

```
     1  A.  Yes.

     2  Q.  Did your -- did your pimp ever tell -- ask you

     3  permission to get another girl to have as a prostitute?

     4  A.  Yes.

12:22:45  5  Q.  And did you say that was okay with you?

     6  A.  No.

     7  Q.  You said you didn't want him to do that?

     8  A.  Yes.

     9  Q.  Okay.  Let's be clear.  He asked you to allow him to

12:23:05 10  get another girl to be a prostitute just like yourself,

    11  correct?

    12          MR. MAGLIOLO:  Your Honor, may we get a time

    13  frame, if there is one, so the jury will understand?

    14          THE COURT:  Do we have a time frame?

12:23:17 15          MR. FAZEL:  I don't have one.

    16          THE COURT:  All right.  Go on.  Keep -- let's

    17  keep going.

    18  Q.  (By Mr. Fazel)  Did he ever ask you to allow him to

    19  get another person to be a prostitute?  Do you remember

12:23:29 20  that?

    21  A.  Yes.

    22  Q.  And it's your position to this jury that you didn't

    23  want him to do that?

    24  A.  No.

12:23:39 25  Q.  Have you said something different at different
```

1    occasions that you did want him to do that?

2    **A.**   No.

3    **Q.**   Did you work at Las Palmas the first time you were in

4    the United States or the second time?

12:24:24   5    **A.**   The second time.

6    **Q.**   So the first time you were in the United States, you

7    had no contact with Las Palmas?

8    **A.**   No.

9    **Q.**   Do you remember writing out an affidavit -- let me

12:24:46   10   back up.  You are here in the United States right now

11   living, correct?

12   **A.**   Yes.

13   **Q.**   And you have a job, correct?

14   **A.**   Yes.

12:24:55   15   **Q.**   And you obtained a T-visa through your assistance with

16   the government, correct?

17   **A.**   Yes.

18   **Q.**   So you provided information or assisted the

19   government.  The government provided you a T-visa,

12:25:10   20   correct?

21   **A.**   Yes.

22   **Q.**   And part of that assistance is they obtained an

23   immigration lawyer for you?

24   **A.**   Yes.

12:25:19   25   **Q.**   And you provided an affidavit to that immigration

1    lawyer outlining what happened to you?

2    **A.**   Yes.

3    **Q.**   And you read that affidavit and signed it?

4    **A.**   No.

12:25:36   5    **Q.**   You didn't read it?

6    **A.**   No.

7    **Q.**   You just signed it?

8    **A.**   Yes.

9    **Q.**   Did they read it for you?

12:25:50   10   **A.**   Yes.

11   **Q.**   In Spanish?

12   **A.**   Yes.

13   **Q.**   And you agreed with it and signed it?

14   **A.**   Yes.

12:26:48   15        (Sotto voce discussion between counsel.)

16   **Q.**   (By Mr. Fazel)  I direct your attention to this

17   document.  Can you read Spanish?

18   **A.**   Yes.

19   **Q.**   I'm directing you to this document right here, the

12:26:59   20   last page.  That is your signature?

21   **A.**   Yes.

22   **Q.**   Take a look at page four for me, okay, please.

23        (Sotto voce discussion between counsel.)

24   **A.**   (Witness complying.)

12:27:18   25   **Q.**   (By Mr. Fazel)  Do you see where it says when you

 1   explain that one day you were asked by your pimp if he

 2   could get another girl so you don't have to work; and you

 3   said, "Yes.  I don't care"?

 4   **A.**   I don't see it here.

12:28:27   5        MR. FAZEL:  Sorry, Your Honor.  The pages are a

 6   little off here.  I apologize.  Can I have one second,

 7   Your Honor?

 8            THE COURT:  All right.

 9            MR. FAZEL:  (addressing interpreter)  Let me get

12:28:44   10   your help real quick to make sure I don't get this wrong.

11   Thank you.

12            THE INTERPRETER:  Sure.

13        (Sotto voce discussion between counsel and the

14   interpreter.)

12:29:49   15        THE COURT:  All right.

16   **Q.**   (By Mr. Fazel)  Do you see it, ma'am?

17   **A.**   No.

18   **Q.**   You don't see that part of the Spanish translation

19   that says what we just discussed?

12:30:02   20        THE COURT:  Ask it again.

21            MR. FAZEL:  Yes.

22            THE COURT:  Start again.

23            MR. FAZEL:  Yes, sir.

24   **Q.**   (By Mr. Fazel)  Do you see where you said that your

12:30:09   25   pimp asked permission if you could get another woman and

```
           1  you said, "Yes.  I don't care"?

           2        THE COURT:  Do you see that?

           3      Point it out.  Somebody point it out, okay, so we can

           4  get moving.  Just point it out if that's what it says.  I

12:30:30   5  don't have --

           6        MR. FAZEL:  That's not it?

           7        THE INTERPRETER:  This is not it.

           8        MR. FAZEL:  Sorry, Judge.  I thought we found it.

           9        THE COURT:  What do you mean "we"?

12:30:49  10        THE INTERPRETER:  Sorry, Your Honor.  I did not

          11  do this translation.

          12        THE COURT:  That's what I'm talking about.

          13        MR. FAZEL:  Fair enough.  That's okay.  Let me

          14  just pass the witness.

12:31:12  15        THE COURT:  All right.  Pass the witness.

          16  Anything further?

          17        MR. PEREZ:  Just one last question, Your Honor.

          18                 REDIRECT EXAMINATION

          19  BY MR. PEREZ:

12:31:20  20  Q.  Based on what you saw at Las Palmas between 2006 and

          21  2007 or 2008 when you worked there, could anyone work at

          22  Las Palmas without Tencha's permission?

          23  A.  No.

          24        THE COURT:  All right.  Anything further?

12:31:34  25      Not hearing anything further, thank you, ma'am.  You
```

1    may step down.  You are excused.  You are free to leave.

2        Call your next witness.

3            MR. PEREZ:  XXXXXXXXXXXXXXXX, Your Honor.

4            THE COURT:  Raise your right hand, please.

12:32:43    5        (Witness sworn by the Court through the interpreter.)

6            THE COURT:  All right.  Let's go.

7                    **XXXXXXXXXXXXXXXXXXXXXXXX,**

8    having been first duly sworn, testified through the

9    interpreter as follows:

10                        **DIRECT EXAMINATION**

11   BY MR. PEREZ:

12   **Q.**   State your name for the Court and the members of the

13   jury, please, ma'am.

14   **A.**   XXXXXXXXXXXXXXXXXXXXXXXX.

12:32:55   15   **Q.**   And were you born in Mexico, ma'am?

16   **A.**   Yes.

17   **Q.**   And what is your date of birth?

18   **A.**   July 23, 1987.

19   **Q.**   And when you were in Mexico, did you meet a person and

12:33:16   20   become involved with that person?

21   **A.**   Yes.  Jose Luis.

22   **Q.**   How old were you at the time that you met Jose Luis?

23   **A.**   I was going to be 15.

24   **Q.**   And where did you meet Jose Luis?

12:33:33   25   **A.**   At a disco.

1   **Q.**   And did you eventually become romantically involved

2   with Jose Luis?

3   **A.**   Yes.

4   **Q.**   And at some point did you learn that Jose Luis was, in

12:33:52   5   fact, a pimp?

6   **A.**   No.

7   **Q.**   You never learned that he was a pimp?

8   **A.**   No.

9   **Q.**   Okay.

12:33:59   10   **A.**   No.  No.

11   **Q.**   Was he your pimp at some point?

12   **A.**   Yes, because I was going around with him.  He was my

13   boyfriend.

14   **Q.**   When you met him, then he became your boyfriend?

12:34:17   15   **A.**   Sorry?

16   **Q.**   When you met him, you mentioned he became your

17   boyfriend?

18   **A.**   Yes.

19   **Q.**   And at some point did he ask you to be engaged in

12:34:30   20   prostitution?

21   **A.**   At the beginning he didn't.

22   **Q.**   I understand.  But later did he do that?

23   **A.**   Yes.

24   **Q.**   How long after you met him did he tell you he wanted

12:34:45   25   you to engage in prostitution?

Direct Examination of XXXXXXXXXXXXXXXXXXXXXXX - Vol 3 - 82

**A.**   Two or three months after we became boyfriend and
girlfriend.

**Q.**   What did he want you to do after those two or three
months?

12:35:03   **A.**   That I should prostitute myself in Mexico.

**Q.**   And that you do so in Mexico at that time?

**A.**   Yes.

**Q.**   Why?

**A.**   That if I loved him I should become a prostitute.
12:35:26   That it wasn't anything bad.  That if I loved him I had to
support him in that enterprise by working like that.  That
it wasn't bad because I was charging for my services for
what I was doing.

**Q.**   Again, how old were you at that time?

12:35:53   **A.**   14.  I was about to be 15.

**Q.**   Where did you first engage in prostitution in Mexico?

**A.**   With him when I became his girlfriend.

**Q.**   Where?

**A.**   In the DF.

12:36:16   **Q.**   Where at the DF did you work as a prostitute?

**A.**   On the street.  We would line up on the street so that
afterwards we would go to a hotel.

**Q.**   And did you do that at the hotel?

**A.**   Yes.  When he put me on that line, yes.

12:36:45   **Q.**   How long did you work at that hotel at the -- in

1  Mexico City?

2  **A.**  A year almost.

3  **Q.**  If you didn't engage in prostitution, what would Jose

4  Luis do to you?

12:37:08  5  **A.**  Could you repeat?

6  **Q.**  Okay.  At that point did you -- let me start over.

7      At that point, did you realize that he, in fact, was a

8  pimp?

9  **A.**  No.  Because at the beginning I was not in Mexico

12:37:27  10  City.  I was kept at the house of an uncle.

11  **Q.**  Let me ask you this:  What is your boyfriend's name at

12  that time again?

13  **A.**  Jose Luis.

14  **Q.**  You know what a pimp is, right?

12:37:46  15  **A.**  It's a man that prostitutes women.  It's a man that

16  sells women to other men.

17  **Q.**  Do you consider Jose Luis a pimp?

18  **A.**  No.

19  **Q.**  Why not?

12:38:00  20  **A.**  Because he looked like a normal person.

21  **Q.**  I understand that.  But once he convinced you to

22  become a prostitute, at that point did you think of him as

23  a pimp?

24  **A.**  I was underage.  He was my first boyfriend.  I was

12:38:27  25  blinded.  I was in love.

1  **Q.**   Oh, okay.  At that point you said he is not a pimp?

2  He is my boyfriend?

3  **A.**   My boyfriend.

4  **Q.**   And then there working at that hotel in Mexico City,

12:38:42  5  how long did you work there again?

6  **A.**   About a year.

7  **Q.**   And if you didn't want to work there -- did you ever

8  tell Jose Luis you didn't want to work there anymore?

9  **A.**   Yes.

12:38:59  10  **Q.**   What did he tell you?

11  **A.**   He hit me.

12  **Q.**   Describe the beating to the members of the jury,

13  please.

14  **A.**   My arms, my back, my legs.  He would always try to hit

12:39:26  15  me on my body.

16  **Q.**   Why just on your body?

17  **A.**   So people wouldn't see it on my face.

18  **Q.**   The money you made from prostitution, where did that

19  money go?

12:39:44  20  **A.**   To him.

21  **Q.**   Did he have other associates in the pimping business?

22  **A.**   Yes.  His uncles, his cousins, his brother.

23  **Q.**   After you worked there at Mexico City at that hotel,

24  where did you go next?

12:40:09  25  **A.**   I was brought as an immigrant here to the United

1  States.

2  **Q.**  Did Jose Luis bring you?

3  **A.**  No.  I came with an aunt of his.

4  **Q.**  What was the aunt's name?

12:40:24   5  **A.**  Fabiola.

6  **Q.**  She accompanied you from Mexico City to the United

7  States?

8  **A.**  Four of us came.  Jose Luis, Gerardo Salazar and I.

9  **Q.**  Does Gerardo Salazar have a nickname?

12:40:54  10  **A.**  El Gallo.

11  **Q.**  Now, how is it that you were able to cross -- all four

12  of you were able to cross to the United States?  Did you

13  have the services of a coyote?

14  **A.**  Aided by a coyote.

12:41:09  15  **Q.**  Who paid the coyote?

16  **A.**  El Gallo.  They made the arrangements with the coyote.

17  **Q.**  How old were you at that time when you crossed into

18  the United States?

19  **A.**  Exactly 15.

12:41:25  20  **Q.**  When you say exactly 15, why do you say that?

21  **A.**  Because when I started with him, I was 14; and we

22  celebrated my birthday there in Mexico.

23  **Q.**  When you crossed into the United States, what city in

24  the United States did you go to?

12:41:50  25  **A.**  Here in Houston, Texas.

1  **Q.**  And where did you go live here in Houston, Texas?

2  **A.**  Some apartments, Willow Bend something, Willow Creek

3  or Willow Creek.

4  **Q.**  Who lived in those apartments?

12:42:16   5  **A.**  I lived with Fabiola, and El Gallo arrived every now

6  and then.

7  **Q.**  Where was Jose Luis?

8  **A.**  He was my pimp, I could say.

9  **Q.**  Okay.  Earlier you didn't consider him your pimp.  You

12:42:37  10  considered him a boyfriend.  And now you have told the

11  members of the jury he is your pimp.  What changed there,

12  please?

13  **A.**  That he turned me into a prostitute in Mexico, and he

14  came to do the same thing here in the United States.

12:42:57  15  **Q.**  So now you realize he is your pimp?

16  **A.**  Yes.

17  **Q.**  You didn't really want to believe that he was your

18  pimp?  You wanted to believe that he was going to be your

19  boyfriend?

12:43:11  20  **A.**  Yes.

21  **Q.**  You get to Houston.  You live in this apartment.  You

22  said you worked, lived with Fabiola; and once in a while

23  El Gallo would show up?

24  **A.**  Yes.

12:43:23  25  **Q.**  Where was Jose Luis during that time?

1  **A.**   A few months, at first, Fabiola and I were alone; but

2  after a few months El Gallo and Jose Luis came over.

3  **Q.**   Let me see if I can figure this out.  Okay.  You said

4  all four of you all came to Houston; is that right?

12:43:53  5  **A.**   (Speaking Spanish.)

6  **Q.**   You said that El Gallo, Fabiola, Jose Luis and you

7  crossed over to the United States and came to Houston?

8  **A.**   No.  Only Fabiola and I crossed over.

9  **Q.**   Okay.  So when you got to the border, they returned?

12:44:09  10  **A.**   Yes.

11  **Q.**   So then Fabiola and you come to Houston, and you are

12  living in an apartment with Fabiola?

13  **A.**   Yes.

14  **Q.**   Question:  Why didn't you escape once they returned to

12:44:22  15  Mexico and you and Fabiola came to Houston?

16  **A.**   Because I was under threat.

17  **Q.**   Threat of what?  Explain it, please.

18  **A.**   If I left, they knew where my family lived.  They knew

19  I had sisters, and I didn't want for them to go through

12:44:59  20  the same thing that I was going through.

21  **Q.**   How many sisters do you have?

22      MR. FAZEL:  Excuse me?

23  **Q.**   (By Mr. Perez)  How many sisters do you have?

24  **A.**   Two sisters.

12:45:10  25  **Q.**   Younger or older than you?

1  **A.**  Younger than me.

2  **Q.**  So you get to Houston.  You are living in an

3  apartment.  Did you go work as a prostitute at a location

4  here in Houston?

12:45:26  5  **A.**  Yes.

6  **Q.**  Where?

7  **A.**  At the cantinas and first at El Capricho.

8  **Q.**  How long did you work at the Capricho?

9  **A.**  Four or five months.

12:45:45  10  **Q.**  And after the Capricho where did you work?

11  **A.**  In La Costenita.

12  **Q.**  How long did you work at the La Costenita?

13  **A.**  Three or four months, more or less.

14  **Q.**  Then after the Costenita, where did you go next?

12:46:09  15  **A.**  Leaving Costenita, I went to Las Palmas.

16  **Q.**  So you would work at La Costenita during the day and

17  Las Palmas after you got out?

18  **A.**  Yes.

19  **Q.**  Was that on the week -- did you work at Las Palmas on

12:46:27  20  the weekends?

21  **A.**  From Friday to Sunday from 2:00 a.m. on.

22  **Q.**  At Las Palmas?

23  **A.**  Can you repeat?

24  **Q.**  You worked from 2:00 until 5:00 in the morning,

12:46:53  25  Friday, Saturday and Sunday at Las Palmas?

1  **A.**   Yes.

2  **Q.**   Who hired you to work there at Las Palmas?

3  **A.**   Ms. Tencha.

4  **Q.**   Is Tencha in the courtroom here today?  You can stand

12:47:11  5  up and look around.

6  **A.**   It is she, the one who is sitting over there.

7  **Q.**   Can you point to her or describe her hair?

8  **A.**   When I arrived at the cantina, her hair was dark.

9  **Q.**   How about now?

12:47:39  10  **A.**   It's gray or white.

11       MR. PEREZ:  Your Honor, may the record reflect

12  this witness has identified the defendant, Tencha?

13       THE COURT:  The record will so reflect.

14  **A.**   Could you repeat?

12:47:52  15       THE COURT:  No.  Let's keep going.

16       MR. PEREZ:  Yes, Your Honor.

17  **Q.**   (By Mr. Perez)  So she hired you.  How long did you

18  work at Las Palmas the first time?  I know you were --

19  **A.**   The first time I came almost a year.

12:48:10  20  **Q.**   And that was about 2004?

21  **A.**   Yes.

22  **Q.**   Okay.  And how old were you when you started working

23  at Las Palmas in 2004?

24  **A.**   The first time, I was 15.

12:48:28  25  **Q.**   And Tencha hired you; is that right?

1     **A.**    Yes.

2     **Q.**    Who introduced you to Tencha?

3     **A.**    Fabiola took me to Tencha.

4     **Q.**    In fact, Tencha asked Fabiola if you were a minor,

12:48:49   5   right?

6     **A.**    Yes.

7     **Q.**    And Fabiola said no, and Tencha hired you?

8     **A.**    Yes.

9     **Q.**    How much were the charges there at Las Palmas for

12:49:06   10   prostitution?

11    **A.**    $65.

12    **Q.**    How much would you keep?

13    **A.**    $50.

14    **Q.**    For those $50, where did those $50 go?

12:49:27   15   **A.**    We would give the money for the person who was there

16    in charge of the rooms for the preservative [sic] and the

17    room.

18    **Q.**    Now you would get $50, I think, right?

19    **A.**    I, $50.

12:49:45   20   **Q.**    What would you do with those $50 or the accumulation

21    of those $50?

22    **A.**    I would give it to Jose Luis.

23    **Q.**    Jose Luis is in Mexico?

24    **A.**    Yes.

12:49:59   25   **Q.**    How would you get the money to him in Mexico?

 1  **A.**  The aunt would deposit it.

 2  **Q.**  That was Fabiola?

 3  **A.**  Yes.

 4  **Q.**  So you gave the money to Fabiola?

12:50:16  5  **A.**  Yes.  I would give the money to Fabiola.

 6  **Q.**  Did you have a stage name or a name you used there at

 7  the Las Palmas?

 8  **A.**  XXXXXX.

 9  **Q.**  And then, you got $50.  And then, you mentioned there

12:50:37  10  was another fee involved.  Explain those fees to the

11  members of the jury, please.

12  **A.**  What I did with the $50?

13  **Q.**  I'm sorry.  We already know what you did with the $50.

14  You said something about condoms and the use of the rooms?

12:51:01  15  **A.**  $15 for the condom and $50 were for me.  For $50 I had

16  to get naked, take -- and if I didn't want to work --

17  **Q.**  Did you have a quota, ma'am?

18  **A.**  No.

19  **Q.**  Now, you worked there as a minor in 2004.  Did you

12:51:52  20  then quit working at Las Palmas in 2004?

21  **A.**  Yes.  I left from Mexico.

22          MR. PEREZ:  Is something wrong?

23          THE INTERPRETER:  I was coughing.  Sorry.  The

24  translator was coughing.  Sorry.

12:52:12  25          MR. PEREZ:  Are you okay?

Direct Examination of XXXXXXXXXXXXXXXXXXXXXX  Vol 3 - 92

```
          1        THE INTERPRETER:  Yes, sir.  Yes, sir.  Thank
          2   you.
          3   A.   He coughed, and I couldn't hear it.
          4   Q.   (By Mr. Perez)  Again, you worked in 2004 the first
12:52:28  5   time; is that right?
          6   A.   Yes.
          7   Q.   And you said you went to Mexico?
          8   A.   Yes.
          9   Q.   Explain to the members of the jury those
12:52:39 10   circumstances, please.
         11   A.   I came here in November of 2003 and I left in October
         12   of 2004 and I went to Mexico.
         13   Q.   Now, did you go home voluntarily; or what are the
         14   circumstances under which you left?
12:53:07 15   A.   No.  Jose Luis took me.
         16   Q.   So he had come to the United States?
         17   A.   Yes.  Jose Luis and El Gallo had already come here.
         18   Q.   So he took you to Mexico?
         19   A.   He bought the tickets.  One night when I arrived home
12:53:32 20   from working at Las Palmas when I arrived at the apartment
         21   there were two big suitcases and tickets for the plane.
         22   And he said the next day we were leaving for Mexico.
         23        MR. PEREZ:  (addressing interpreter)  Not "from"
         24   Mexico "to."
12:53:55 25   Q.   (By Mr. Perez)  Well, okay.  So what happened then?
```

```
 1    A.   Arriving in Mexico I stayed for a while at his
 2    mother's house.  In April 2005, I was working at the -- in
 3    Mexico City.
 4    Q.   You were working there as a prostitute?
 5    A.   Yes.  I was working, yes.
 6    Q.   Again, the moneys made from the prostitution would go
 7    to whom?
 8    A.   Jose Luis.
 9    Q.   If you didn't work there, what would happen to you?
10    A.   He would hit me.
11    Q.   Then what happened?
12    A.   He would threaten me.  He would say he would bring one
13    of my sisters.  He knew where my family lived.
14    Q.   How long did you work at the -- in Mexico the
15    second -- well, when you went back?
16    A.   About three months.  And in April I returned here
17    again.
18    Q.   Did he come back with you?
19    A.   No.  He came separately.
20    Q.   Did he send you by yourself?
21    A.   No.  He sent me with El Gallo, Teodora and another
22    lady.
23    Q.   You all came by air?
24    A.   No.  No.  We crossed the border as wetbacks.
25    Q.   Once you crossed the border, where did you wind up?
```

12:54:23  (line 5)
12:54:39  (line 10)
12:55:03  (line 15)
12:55:23  (line 20)
12:55:46  (line 25)

1    **A.**  Here in Houston, the same.

2    **Q.**  Once you arrived in Houston, where did you work?

3    **A.**  La Costenita.

4    **Q.**  Did you work at Las Palmas when you returned from

12:56:05  5    Mexico?

6    **A.**  Yes.  I returned to Las Palmas again.

7    **Q.**  On the weekends?

8    **A.**  Yes.  We would start at 2:00 a.m. in that cantina.

9    **Q.**  Was Tencha still the owner of that place, Las Palmas?

12:56:24  10   **A.**  Yes.

11   **Q.**  Who hired you the second time?

12   **A.**  She herself.  Fabiola took me again.

13   **Q.**  And again, at that point Fabiola introduced you to

14   Tencha; and you get hired again?

12:56:45  15   **A.**  No.

16   **Q.**  Let me ask it another way.  The second time you came

17   to work at Las Palmas, Tencha again hired you?

18   **A.**  Yes.  Jenny asked for work from the lady there at the

19   place.

12:57:04  20   **Q.**  You said "Jenny."  Then you meant Fabiola?

21   **A.**  Fabiola.  Her name there at the cantina was Jenny.

22   **Q.**  And you started working there in April of 2005 the

23   second time; is that correct?

24   **A.**  Yes.

12:57:22  25   **Q.**  You worked there the second time until what -- until

1    when?

2    **A.**   Until June.  From April to June -- July, I'm sorry.

3    July 16th was the last day I worked.

4    **Q.**   How do you know the date of July 16th?

12:57:53    5    **A.**   Because it was a Monday that the people from

6    immigration and the FBI arrived in the apartment.  We were

7    arrested.  I had a birthday while I was with immigration.

8    That's why I know it was in July.  Because my birthday is

9    in July.

12:58:34    10    **Q.**   At that point, did you have contact with the FBI?

11    **A.**   No.  It was immigration.  They arrived there looking

12    for El Gallo.  They came looking for him.  They asked if

13    we knew where he was.  They asked us if we had papers; and

14    we said, "No."  Then I don't know what to call it, but it

12:59:20    15    was a detention place from ICE.

16    **Q.**   Were you interviewed concerning your situation as

17    being, for lack of a better word, enslaved?

18    **A.**   Could you repeat, please.

19    **Q.**   Were you interviewed by law enforcement about your

12:59:43    20    situation?

21            THE COURT:  What situation are you referring to?

22    Spell it out, please.

23    **Q.**   (By Mr. Perez)  Were you interviewed by law

24    enforcement about you being used as a prostitute?

12:59:59    25    **A.**   Yes.

1    **Q.** At the beginning, did you tell the truth?

2    **A.** At the beginning, I didn't.

3    **Q.** Tell the members of the jury why not.

4    **A.** Because I was afraid he would hit me or that something

01:00:20    5    would happen to my family because he had promised --

6    because he had promised me it would only be for a short

7    time, that I wouldn't spend my life working in that place.

8    That's why I didn't speak at the beginning.  I was afraid.

9    **Q.** How old were you at the time, ma'am?

01:00:52    10    **A.** 17 -- 18, I'm sorry.

11    **Q.** When you were working at Las Palmas, what age did you

12    start working there?

13    **A.** 15.

14    **Q.** And during the time you worked there at Las Palmas,

01:01:19    15    who gave orders there?  Who was in charge?  Who was the

16    owner?

17    MR. FAZEL:  Objection to the form of the

18    question.  If he could break it down.  It's compound.

19    THE COURT:  It's compound.

01:01:29    20    **Q.** (By Mr. Perez)  Okay.  Who was the owner?

21    **A.** Do I have to say the name?

22    **Q.** Who was the owner of Las Palmas?  Was Tencha the

23    owner?

24    **A.** Ms. Tencha.

01:01:44    25    **Q.** Did she give the orders there?

01:02:24

1  **A.**   When I arrived the first time, she was there.  She

2  would tell people what to charge; and she was there

3  telling people what to do, collecting money for the

4  tickets to go into the cantina.  She was standing outside

5  where there was a chair and a small hut or she was inside.

6  **Q.**   Were there padrotes hanging around Las Palmas?

7  **A.**   In the parking lots is where they were.

8  **Q.**   Did you ever see --

9       THE COURT:  What does that term mean, for the

01:02:45  10  record?  You used a Spanish term.  What does that mean?

11  **Q.**   (By Mr. Perez)  What does "padrotes" mean?

12  **A.**   The men that were -- who had us working, prostituting

13  ourselves.

14  **Q.**   And you said those pimps were working in the parking

01:03:04  15  lot or would hang around the parking lot?

16  **A.**   No.  They were working -- waiting for us in the

17  parking lot until we came out so they could take us to the

18  apartments where we lived.

19  **Q.**   During the period of time that you worked there at Las

01:03:25  20  Palmas those two times, based upon what you observed, did

21  most people there who either worked or did business there,

22  were they illegal aliens?

23       MR. FAZEL:  Objection to speculation on the part

24  of the witness.

01:03:38  25       THE COURT:  Sustained.  How much more do you have

1   of this witness?

2           MR. PEREZ:  May I have a moment, Your Honor?

3           THE COURT:  Yeah.

4       (Sotto voce discussion between counsel.)

01:04:04   5           MR. PEREZ:  I'll pass the witness, Your Honor.

6           THE COURT:  Ladies and gentlemen, it's right at

7   1:05.  We'll take a break.  Please be back ready to resume

8   at 2:15.  We'll see you at that time.

9       (Jury exited the courtroom at 1:04 p.m.)

01:04:13   10      (Recess from 1:04 p.m. to 2:20 p.m.)

11          THE MARSHAL:  All rise.

12      (Jury entered courtroom at 2:20 p.m.)

13          THE COURT:  Thank you.  You can be seated.  All

14  right.  Put our witness back on, please.

02:20:45   15          THE WITNESS:  (Complying.)

16          THE COURT:  Okay.  Are we ready?  Let's go.

17          MR. FAZEL:  May I proceed, Your Honor?

18          THE COURT:  Yeah.

19          MR. FAZEL:  Thank you.

02:21:08   20                **CROSS-EXAMINATION**

21  BY MR. FAZEL:

22  **Q.**  Good afternoon, ma'am.  My name is Ali Fazel.  You and

23  I have never met before, correct?

24  **A.**  No.

02:21:20   25  **Q.**  We have never met prior to your testimony today?

1   **A.**   No.

2   **Q.**   I have said this to most witnesses, and I'll tell you.

3   If at any time that you don't understand me or if I'm

4   going too fast, let me know; and I'll repeat myself.

02:21:38   5   Fair?

6   **A.**   Okay.

7   **Q.**   I want to just very, very quickly go through the

8   occurrences in Mexico.  And then, I want to talk about the

9   United States.  Okay?

02:21:51   10   **A.**   Okay.

11   **Q.**   In Mexico -- first of all, I want to make sure we're

12   clear your date of birth is July 23rd, 1987, correct?

13   **A.**   July 23rd, 1987.

14   **Q.**   And this has been the date of birth as you have told

02:22:09   15   everybody from the government, to ICE, to everybody?

16   **A.**   Could you repeat, please?  I didn't hear what you

17   said.

18   **Q.**   I'd be happy to.  Let me rephrase it.  The date of

19   birth you just told us is the date of birth you have used

02:22:27   20   with law enforcement throughout this whole incident,

21   correct?

22   **A.**   Yes.

23   **Q.**   Now, in Mexico, you were approached by Mr. Jose Luis

24   Moreno Salazar; is that correct?

02:22:41   25   **A.**   Yes.

1    **Q.**   And Jose Luis Moreno Salazar is the one that through

2    verbiage or through whatever means forced you into

3    prostitution, correct?

4    **A.**   Yes.

02:22:55  5    **Q.**   Ms. Medeles sitting right here did not do that; is

6    that correct?

7    **A.**   No.

8    **Q.**   Ms. Medeles did not force you into prostitution,

9    correct?

02:23:04  10    **A.**   No.

11    **Q.**   Okay.  It's correct to say that she did not force you

12    into prostitution, correct?

13    **A.**   Yes.

14    **Q.**   Now, in Mexico when you were with Mr. Salazar, I

02:23:24  15    understand you felt like he was your boyfriend.  At some

16    point in time you thought he was your pimp.  Either way,

17    all the moneys you earned was given to Mr. Salazar,

18    correct?

19    **A.**   Yes.

02:23:36  20    **Q.**   Ms. Medeles here had nothing to do with the money you

21    earned, never got any of the money that you earned in

22    Mexico, correct?

23    **A.**   No.

24    **Q.**   She had nothing to do with where you were taken, where

02:23:50  25    you lived or what happened in Mexico, correct?

1   **A.**   Where, please?

2   **Q.**   Yes, ma'am.  She had no -- she had nothing to do with

3   where Mr. Salazar took you in Mexico, correct?

4   **A.**   No.

02:24:09   5   **Q.**   She had nothing to do with what Mr. Salazar asked you

6   to do in Mexico, correct?

7   **A.**   No.

8   **Q.**   Nor did she have anything to do with Mr. Salazar's

9   decision to bring you into the United States, correct?

02:24:25   10   **A.**   No.

11   **Q.**   Okay.  When you say no, you are saying I'm correct?

12   She had nothing to do with Mr. Salazar's decision to bring

13   you into the United States?

14   **A.**   No.

02:24:38   15   **Q.**   It is a correct statement that she had --

16   THE COURT:  You are going to have to get -- there

17   you are saying it one more time.  She is saying "no" and

18   the answer ought to be "yes" or "correct."  Do you see

19   what I'm saying?

02:24:51   20   MR. FAZEL:  I do.  It's the translation in

21   Spanish, Your Honor.

22   THE COURT:  No.  No.  We get that all the time.

23   All the time.

24   MR. FAZEL:  That's why I'm asking.  Let me try it

02:24:57   25   this way, Your Honor.

1      THE COURT:  "You didn't do that; is that

2  correct?"

3      "No."

4      Okay.  It should be "yes" or "correct," if that's the

02:25:06   5  answer.  I'm not going to say it again.  In other words,

6  maybe someone else reading the record will make that

7  allowance.

8      MR. FAZEL:  I understand.

9      THE COURT:  Go on.

02:25:16  10  **Q.**  (By Mr. Fazel)  Let me ask it this way:  It is true,

11  is it not, that Ms. Medeles has nothing to do with or had

12  nothing to do with Mr. Salazar's decision to bring you

13  into the United States?

14  **A.**  No.

02:25:36  15  **Q.**  Did Ms. Medeles have anything to do with Mr. Salazar's

16  decision to bring you into the United States?

17  **A.**  No.

18  **Q.**  Okay.  All right.  Finally.  Thank you.  Okay.  That

19  was a workout.

02:25:56  20      Now, once you arrived into the United States, let's

21  talk about that.  Okay?

22  **A.**  Okay.

23  **Q.**  You were taken into or -- excuse me.  You were taken

24  to an apartment by Mr. Salazar, correct?

02:26:11  25  **A.**  Can you repeat the question?

1  **Q.**  I'd be happy to.  When you arrived in the United

2  States, you were taken to an apartment by Mr. Salazar,

3  correct?

4  **A.**  Yes.

02:26:22  5  **Q.**  Okay.  Ms. Medeles did not have any -- let me say it

6  this way.  Ms. Medeles did not take you to an apartment,

7  correct?

8  **A.**  No.

9  **Q.**  Ms. Medeles did not set you up in an apartment, true?

02:26:51  10  **A.**  No.

11  **Q.**  Ms. Medeles did set you up in an apartment?

12  **A.**  No.

13  **Q.**  Okay.  Now, when you arrived in the United States, you

14  testified it was in November of 2013, correct?

02:27:25  15  **A.**  When I what?  2003.

16  **Q.**  So the first time you arrived in the United States, to

17  be clear, was 2003, correct?

18  **A.**  I arrived in 2003.

19  **Q.**  Okay.  Do you recall telling law enforcement -- okay.

02:27:58  20  Let me back up.

21      You have spoken to law enforcement on numerous

22  occasions, correct?

23  **A.**  The first time I came, no.

24  **Q.**  But listen to my question.  Maybe it was a bad

02:28:13  25  question.  Before testifying today there has been a number

1  of times that you have spoken to law enforcement; is that

2  correct?

3  **A.**  Yes.  When I was in front of immigration, yes, I

4  talked to them to tell them what had happened --

02:28:33  5  **Q.**  Okay.

6  **A.**  -- to me.

7  **Q.**  And before testifying today, you also spoke to law

8  enforcement, correct?

9  **A.**  I haven't spoken to them now.

02:28:43  10  **Q.**  Have you spoken to the prosecutors in this courtroom,

11  the two gentlemen in the front, prior to your testimony

12  today?

13  **A.**  No.

14  **Q.**  Do you recall speaking to law enforcement when you

02:28:57  15  were taken into custody?

16  **A.**  When I was with immigration.

17  **Q.**  Do you recall telling law enforcement that you arrived

18  in the United States in 2005?

19  **A.**  Yes, the second time I came.

02:29:19  20  **Q.**  So you came to the United States once in 2003 and once

21  in 2005?

22  **A.**  I came in November of 2003, and I left in October of

23  2004.  And I went back to Mexico in October, and in April

24  I came back to the United States.

02:29:52  25  **Q.**  You failed to mention that the first time you talked

1  to law enforcement; is that correct?  You told them

2  both --

3  **A.**  The first time I never spoke with the police.

4  **Q.**  When you did speak to them finally, do you remember

02:30:10   5  not telling them about that?

6  **A.**  When I was here the second time, when the authorities

7  came, the immigration authorities came to the apartment

8  looking for El Gallo?

9  **Q.**  Yes, ma'am.  What I'm asking you is when you finally

02:30:38  10  broke down and spoke to the government, the law

11  enforcement, in speaking with them you only mentioned that

12  you came to the United States one time; and that was in

13  2005?

14  **A.**  Because when I was with the authorities for that time

02:31:08  15  in the immigration center, I didn't want to talk to them.

16  They had said I had come before; and I said, "No.  No."

17  They said they had pictures of me, and I kept saying no.

18  **Q.**  I understand.  What I'm asking you:  At some point in

19  time then you decided to engage in conversations with

02:31:33  20  them, correct?

21  **A.**  Yes.

22  **Q.**  And when you did engage in conversations with them --

23  **A.**  When they caught me the second time that I was here.

24  **Q.**  And then, when you agreed to speak with them, you

02:31:49  25  didn't tell them that you came into the country twice, did

1    you?

2    **A.**   No.  I didn't tell them because I was afraid of the

3    way in which Jose Luis would react.  I didn't want to say

4    anything.

02:32:08    5    **Q.**   You told them about Jose Luis.  You told them about

6    other things.  You just failed to mention you came into

7    the country twice?

8    **A.**   When I started talking to them, yes, I did tell them,

9    finally, that I had been here before and that I was here

02:32:32    10    now prostituting myself.

11    **Q.**   Let me move on.  As part -- you are now living in the

12    United States, correct?

13    **A.**   With me what?

14    **Q.**   You are now --

02:32:50    15    **A.**   Can you repeat?

16    **Q.**   You are now living in the United States, correct,

17    currently?

18    **A.**   Yes.

19    **Q.**   And you are working in the United States currently?

02:32:57    20    **A.**   Yes.

21    **Q.**   And through your cooperation with the government you

22    are able to obtain a T-visa, correct?

23    **A.**   Yes.

24    **Q.**   And the government helped you through that process,

02:33:12    25    correct?

1    **A.**   Yes.

2    **Q.**   And they obtained services for you, correct?

3    **A.**   As a victim.

4    **Q.**   And they also set you up with a lawyer or got you set

02:33:30    5    up with a lawyer, correct, an immigration lawyer?

6    **A.**   Yes.  Based on the fact that I'm a victim.

7    **Q.**   Okay.  And when you did that, in obtaining the T-visa,

8    you provided the immigration lawyer with an affidavit, a

9    sworn statement, correct?

02:33:57   10    **A.**   When I had that what kind of visa?

11    **Q.**   When you were going through the process of obtaining

12    your T-visa.  Are you with me?  When you were going

13    through the process.  Do you understand what I'm asking?

14    **A.**   I don't understand.

02:34:22   15    **Q.**   You have obtained a T-visa, correct?

16    **A.**   Yes.

17    **Q.**   And actually right now you are a permanent resident,

18    correct?

19    **A.**   Yes.

02:34:31   20    **Q.**   All right.  Before you became a permanent resident, as

21    a green cardholder, you had to get a T-visa first, right?

22    **A.**   Yes.

23    **Q.**   Part of that process to get the T-visa was that you

24    gave an affidavit to the folks at immigration, correct?

02:34:51   25    **A.**   Yes.

1          THE COURT:  Go on.

2    **Q.**  (By Mr. Fazel)  And part of that -- and you sat with a

3    lawyer, and you gave him your story as to what happened,

4    correct?

02:35:04    5    **A.**  Yes.

6    **Q.**  And he took it down, and you swore to it under oath,

7    correct?

8    **A.**  Of course.

9    **Q.**  Do you remember testifying about you returning to your

02:35:31   10    apartment and there was suitcases ready to go and you guys

11    left to go back to Mexico the first time?  Do you remember

12    talking about that?

13    **A.**  Yes.  When the first time that I came in November of

14    2003, and then I left in October of 2004.

02:36:00   15    **Q.**  The reason you left is because Mr. Salazar wanted to

16    go, correct?

17    **A.**  Yes.

18    **Q.**  Do you remember telling law enforcement it's because

19    he was bored sitting at home?

02:36:20   20    **A.**  Yes.  He wanted to go back to Mexico to have fun.

21    **Q.**  Now, when you were here, was it true that you were

22    able to keep some of the money that you made and send it

23    back home to your mother?

24    **A.**  Yes.  $3,000.  When the police came to get us, there

02:36:57   25    was $3,000 in that apartment.

1   **Q.** Do you remember that you stated that at some point in

2   time you were able to keep some of the money you were

3   making and that you were sending it back to Mexico to your

4   mother?

02:37:18  5   **A.** I was going to send it to Mexico. Fabiola realized

6   what happened because she saw me going in and out working

7   with men; and so, I had to put the money back in.

8   **Q.** I'm going to talk about Las Palmas real quick with

9   you. Okay. It was Mr. Salazar that took you there,

02:37:55  10  correct?

11  **A.** Fabiola was the one that asked for work for me.

12  **Q.** But it was Mr. Salazar's idea to take you there,

13  correct?

14  **A.** Yes. They drove us to that place.

02:38:15  15  **Q.** My point being that Mr. Salazar is the one that made

16  sure that's where he wanted you to go, correct?

17  **A.** I don't know.

18  **Q.** Fine. And he or somebody arranged that you were

19  picked up, taken there and brought back home, correct?

02:38:37  20  **A.** Yes.

21  **Q.** It's also correct that when you testified you said

22  that the pimps would sit outside of Las Palmas. Do you

23  remember talking about that?

24  **A.** Yes. Because I told you when we finished they were

02:39:00  25  waiting for us in the parking lot.

1  **Q.**  That's exactly my point.  They would just be waiting

2  for you to leave, correct?

3  **A.**  So that we would be taken to the apartment.

4  **Q.**  All right.  Now, when you were working at Las Palmas

02:39:19  5  there were no girls there that lived at Las Palmas, was

6  there?

7  **A.**  Can you repeat, please?

8  **Q.**  Sure.  There were no girls that lived upstairs at Las

9  Palmas, was there?

02:39:39  10  **A.**  I don't understand.

11      THE COURT:  Say it again.  I mean, did any girls

12  live upstairs at Las Palmas full-time?  Yes or no?

13      THE WITNESS:  No.

14      MR. FAZEL:  Thank you, Judge.

02:39:59  15  **Q.**  (By Mr. Fazel)  I have -- well, as far as the money is

16  concerned, let's just go over that very, very briefly if

17  you don't mind.  You had the option of charging your

18  clients or the people that you engaged in prostitution

19  with any amount of money that you wanted, correct?

02:40:35  20  **A.**  What Jose Luis told me.

21  **Q.**  Correct.  It wasn't Ms. Medeles that told you what to

22  charge?  It was your pimp that told you what to charge?

23  **A.**  It is just that -- the costs of the room where you

24  were engaged in prostitution --

02:40:55  25      THE COURT:  No.  Ask the question again.  A clear

1  question.  Ask it again.

2          MR. FAZEL:  Yes, sir.  Yes, sir.

3  **Q.**  (By Mr. Fazel)  What I'm asking you is:  The fee that

4  you charged the clients in order to engage in sex with

02:41:06  5  them was set by your pimp, correct?

6  **A.**  Yes.

7  **Q.**  The -- Las Palmas charged you a set standard fee for

8  using the room, condoms?

9  **A.**  Yes, $15.

02:41:34  10  **Q.**  Do you remember earlier when we discussed this

11  affidavit that you put together with your lawyer?

12  **A.**  Would you repeat or explain better?

13  **Q.**  Yes, of course.  Do you remember that we talked about

14  the fact that you put an affidavit together for the lawyer

02:41:56  15  in immigration?

16  **A.**  Yes.  I told him what had happened to me.

17  **Q.**  And you had an opportunity to look at that affidavit,

18  correct?

19  **A.**  Yes.

02:42:15  20  **Q.**  There is no mention of Las Palmas at all in that

21  affidavit, is there?

22  **A.**  Yes.

23  **Q.**  Do you -- can you read -- I'm sorry.  Can you read

24  Spanish?

02:42:53  25  **A.**  Yes.

1  Q.  Here is your affidavit in Spanish.  Can you review it

2  very quickly and tell me where it talks about Las Palmas?

3            THE COURT:  Does it anywhere, as far as you are

4  concerned?

02:43:04   5            MR. FAZEL:  No, sir.

6            THE COURT:  Nothing?

7            MR. FAZEL:  No, sir.

8            THE COURT:  All right.

9       (Sotto voce discussion between counsel.)

02:44:02  10  Q.  (By Mr. Fazel)  It doesn't mention Las Palmas at all,

11  does it?

12  A.  No, I don't see any.

13            MR. FAZEL:  Thank you, Your Honor.  I pass the

14  witness.

02:44:42  15                   **REDIRECT EXAMINATION**

16  BY MR. PEREZ:

17  Q.  Ma'am, you mentioned that on cross-examination --

18            THE COURT:  Have you got a microphone?

19            MR. PEREZ:  I do not, Your Honor.

02:44:55  20            MR. FAZEL:  I think he was talking about this

21  one.

22  Q.  (By Mr. Perez)  When Mr. Fazel over there was asking

23  questions --

24            THE COURT:  Is that on?  You need to press it and

02:45:25  25  hold it.

|  |  |
|--|--|
| 1 | MR. PEREZ: There it is. |
| 2 | THE COURT: Have you got it now? |
| 3 | MR. PEREZ: I think so, Your Honor. |
| 4 | THE COURT: I think so, too. Go on. |
| 02:45:33  5 | MR. PEREZ: All right. |
| 6 | Q. (By Mr. Perez) When the defense attorney was asking |
| 7 | you questions, he asked you if you had spoken to the |
| 8 | prosecutors. Okay. And I think you said no. Let me |
| 9 | explain to you. I'm a prosecutor. You've spoken to me |
| 02:45:46 10 | about the case before, have you not? |
| 11 | A. Yes. |
| 12 | Q. So when you told him that you hadn't spoken to the |
| 13 | prosecutor, you didn't know he was talking about me, |
| 14 | right? |
| 02:45:57 15 | A. No. Sorry. |
| 16 | Q. In fact, when I have interviewed you before you |
| 17 | testified here today, Mr. Edwin behind me was with me, |
| 18 | right? |
| 19 | A. Yes. |
| 02:46:08 20 | Q. And I have spoken to you on -- tell the members of the |
| 21 | jury how many times I have spoken to you before you |
| 22 | testified here today. |
| 23 | A. From the first time until now, some three times. |
| 24 | Q. Okay. So you and I have spoken about this case? |
| 02:46:30 25 | A. Yes. |

1    Q.   All right.  Now, he also asked you whether the pimps

2    hung around the parking lot; and I think something must

3    have been lost in translation.  I'm going to ask it again.

4    Okay?

02:46:45   5    A.   Okay.

6    Q.   Now, you mentioned that you worked at Las Palmas

7    between 2:00 and 5:00?

8    A.   Yes.

9    Q.   And I think you also said there was a short period of

02:46:56  10    time between 2:00 and 5:00 when you worked at Las Palmas.

11    From 2:00 to 5:00 is three hours.

12         Let me ask you this question:  With Jose Luis and the

13    other pimps, would they leave when they dropped you off at

14    2:00; or would they stay and hang around the parking lot

02:47:19  15    at Las Palmas between 2:00 and 5:00?

16    A.   He used to tell me that he would wait for me outside.

17    I don't know if he left or not.

18    Q.   Okay.  Now, Mr. Defense Attorney also asked you if it

19    was up to you or Jose Luis how much you charged a client

02:47:40  20    there at Las Palmas.  You generally said -- I think you

21    said you charged $50, right?

22    A.   It was $65.  $50 for me and $15 for the condom.

23    Q.   That money would go to the Las Palmas establishment,

24    right?

02:48:03  25         MR. FAZEL:  Objection to "that money."  Could you

1  be more specific?

2  **Q.**  (By Mr. Perez)  The $15.

3  **A.**  The $15.

4  **Q.**  Now, he also asked you about your age.  Okay.

02:48:16  5  **A.**  Yes.

6        MR. PEREZ:  May I approach the witness -- I mean,

7  may I approach Mr. Defense Attorney, Your Honor?

8        THE COURT:  Yes.  That's all right with me.

9     By the way, in most federal courts you are required to

02:48:33  10  ask may I approach a witness or may I move around the

11  courtroom.  I have never had any such rule, but it's

12  something ingrained in lawyers to ask.

13        MR. PEREZ:  Especially in this court, Your Honor.

14     (Sotto voce discussion between counsel.)

02:49:05  15  **Q.**  (By Mr. Perez)  I show you what's been identified as

16  Government Exhibit Number 30 and just tell me whether you

17  are familiar with Government's Exhibit Number 30, please.

18        THE COURT:  No.  The question was:  Are you

19  familiar with it?  Yes or no, are you familiar with it?

02:49:32  20  Have you seen it before?  Do you know what it is?  Yes or

21  no?

22        THE WITNESS:  Yes.  It's my birth certificate.

23        THE COURT:  Well, just -- okay.  See, if -- if

24  it's a yes or no, it gives the other side an opportunity

02:49:46  25  to object on other grounds.  If she recognizes it, then

1  the next question always is, "Well, what is it?"

2     And then, before they answer it, there can be an

3  objection.  Anyhow, she has already answered.

4  **Q.**  (By Mr. Perez)  I know some of it is redacted, but

02:50:04   5  what is it?

6  **A.**  It's a birth certificate.

7  **Q.**  And whose birth certificate?  I know some of it is

8  redacted.

9          MR. FAZEL:  Objection.  She is testifying from

02:50:14  10  matters not in evidence.

11          THE COURT:  Overruled.

12          MR. FAZEL:  Objection.  Testifying over a

13  document not in evidence.

14          MR. PEREZ:  I offer into evidence Government

02:50:23  15  Exhibit 30, Your Honor, which she has identified as her

16  birth certificate which has been redacted for safety

17  reasons, Your Honor.

18          THE COURT:  Any objection?

19          MR. FAZEL:  Yes.

02:50:31  20          THE COURT:  Why?

21          MR. FAZEL:  That's not the proper witness to put

22  that document --

23          THE COURT:  Hold it.  Make sure they can hear

24  you.  You can speak louder.

02:50:40  25          MR. FAZEL:  Yes, sir.  It's a foreign document.

```
 1  That witness is not a proper witness to put that document
 2  through.  It's not sealed.  There is an exception.
 3           THE COURT:  What rule?  I'm looking for an
 4  exception.  What rule?
 5           MR. FAZEL:  803.
 6           THE COURT:  It's 80-something.
 7           MR. FAZEL:  It has to have a seal.
 8           THE COURT:  There it is.  Public record?
 9           MR. FAZEL:  Yes.
10           THE COURT:  Oh, vital statistics.  803(9) here it
11  is.  I guess it's 803(8) and (9).
12           MR. FAZEL:  I think there is a foreign one, too,
13  Your Honor.
14           THE COURT:  803(9) is right on, birth records,
15  exceptions to the hearsay rule.
16           MR. FAZEL:  Well, it doesn't even apply.  I don't
17  think it fits that description; but I think there is a
18  government -- a foreign government exception, as well.
19           THE COURT:  A foreign government?
20           MR. FAZEL:  Documents from a foreign country,
21  yes, sir.
22           THE COURT:  All right.  Where is it?
23           MR. FAZEL:  I'm looking, but I would say it
24  doesn't even fit that one because it's not certified.
25           THE COURT:  Well, but then again, if you look at
```

02:51:00
02:51:17
02:51:41
02:52:02
02:52:11

1    the rule just before it, as far as being a public record,

2    the opponent does not show that the source of information

3    or other circumstances indicate a lack of trustworthiness.

4           MR. FAZEL:  It's redacted.

02:52:29   5           THE COURT:  I'm not going to unredact it.  It

6    probably has some personal information.  Let me ask you

7    this -- let me ask the witness.

8        Do you know that document, ma'am?  Do you know that

9    document?  Your document, is that your -- do you know that

02:52:43  10   document?  Have you seen it before?

11           THE WITNESS:  (Speaking Spanish.)

12           THE COURT:  Wait.  Yes or no?

13           THE WITNESS:  Yes.

14           THE COURT:  What is it?  Is it your birth

02:52:54  15   certificate?

16           THE WITNESS:  Yes.

17           THE COURT:  All right.  To the best of your

18   knowledge, has that been registered at some agency in

19   Mexico?  Let me take a look at it.  I'll make a decision.

02:53:09  20   Let me take a look at it.

21           THE WITNESS:  Yes.

22           THE COURT:  All right.  You have an objection on

23   the floor.  Overruled for the purposes of this hearing.

24   So this Government 30 is in evidence.

02:53:27  25           MR. PEREZ:  Thank you, Your Honor.

1          THE COURT:  It's got a seal at the lower,

2     right-hand corner.  All right.  Now that we have it in,

3     what are we going to do with it?

4          MR. PEREZ:  Can we publish it to the jury, Your

02:53:43  5     Honor?

6          THE COURT:  Well, put it on the machine.  Do we

7     have it on your computer?

8          MR. PEREZ:  Yes, sir.  P-30.  There it is, Your

9     Honor.

02:53:50  10          THE COURT:  All right.

11  **Q.**  (By Mr. Perez)  Just to make it clear, that's your

12     birth certificate.  I know some of it has been redacted.

13          THE COURT:  We are there already.  Keep moving,

14     please.

02:54:01  15  **Q.**  (By Mr. Perez)  This is your date of birth, July 23rd,

16     1987; is that correct?

17  **A.**  '87.

18  **Q.**  All right.  Now, let me ask you another question.

19     I'll go through these very quickly.  Okay.  P-1, do you

02:54:19  20     recognize P-1?  What is P-1, please?

21  **A.**  Las Palmas.

22  **Q.**  And is Las Palmas the place where Tencha hired you to

23     work as a prostitute?

24  **A.**  Yes.

02:54:33  25  **Q.**  P-15, do you recognize the person on P-15?

```
          1  A.   Yes.

          2  Q.   Did you know her name?

          3  A.   No.

          4  Q.   But you recognize her?

02:54:45  5  A.   (Speaking English)  The face.

          6  Q.   The face.  You recognize that face as somebody working

          7  at Las Palmas?

          8  A.   Yes.

          9  Q.   What does she do at Las Palmas?

02:54:59 10  A.   She was upstairs in the rooms giving the piece of

         11  paper and the condoms.

         12  Q.   P-16, do you recognize that person?

         13  A.   Yes.

         14  Q.   Who is he?

02:55:12 15  A.   Jose Luis.

         16  Q.   Where was his --

         17  A.   He was in the rooms upstairs, too.

         18  Q.   P-18, do you recognize that person?

         19  A.   Yes.

02:55:27 20  Q.   Who is that person?

         21  A.   She worked at Las Palmas.

         22  Q.   And then P-20, I think you have identified her as

         23  Tencha?

         24  A.   Yes, it's she.

02:55:39 25  Q.   What about P-22, do you recognize that person?
```

```
           1   A.   Yes.

           2   Q.   How do you recognize her?

           3   A.   She worked there at Las Palmas.

           4   Q.   Again, as a prostitute?

02:55:53   5   A.   Yes.

           6   Q.   P-26?

           7   A.   The same.  Worked at Las Palmas.

           8   Q.   Let me ask you this:  Do you recognize anybody on

           9   Government Exhibit No. B, other than this person here,

02:56:17  10   Lilia Cerda?

          11   A.   Her, Tencha and Jose Luis.

          12   Q.   Anybody else?

          13   A.   That's all.

          14        MR. PEREZ:  One moment, Your Honor, please.

02:56:50  15        (Sotto voce discussion between counsel.)

          16   Q.   (By Mr. Perez)  Now, you identified a person as Jose

          17   Luis on P-16.  That's not the Jose Luis that was your

          18   pimp, right?

          19   A.   No.

02:57:08  20   Q.   It's a different Jose Luis?

          21   A.   No.  That's the one who worked at Las Palmas.

          22   Q.   And when you worked at Las Palmas, you were an illegal

          23   alien; is that correct?

          24   A.   Yes.

02:57:20  25   Q.   And all these women who worked at Las Palmas as
```

1  prostitutes, they were also illegal; is that right?

2       MR. FAZEL:  Objection, speculation.

3  **Q.**  (By Mr. Perez)  If you know.

4  **A.**  Yes.  Yes.  Yes.

02:57:37  5  **Q.**  When you say "Si'" three times, that means that the

6  people, as far as you could tell, who worked as

7  prostitutes at Las Palmas were illegal, right?

8  **A.**  Yes.

9       MR. PEREZ:  Pass the witness, Your Honor.

02:57:52  10       MR. FAZEL:  No questions.

11       THE COURT:  Thank you.  You may step down.  You

12  are excused.  You are free to leave.

13     Call your next witness.

14       MR. PEREZ:  XXXXXXX, first name, XXXXXXXXXXXXX,

02:58:08  15  XXXXX, XXX, as in Victor, XXXXX.

16       THE COURT:  Last name X.

17       MR. PEREZ:  X as in Victor.

18       THE COURT:  XXX --

19       MR. PEREZ:  -- XXXXX.  She has not been sworn,

02:58:34  20  Your Honor.

21       THE COURT:  She has not been sworn.  XXXXXXXX

22  XXXXX.  She needs to take -- can you hear?

23       THE INTERPRETER:  She said yes.

24       THE COURT:  Okay.

02:58:58  25       CASE MANAGER:  Ma'am, raise your right hand.

Direct Examination of XXXXXXXXXXXX            Vol 3

```
 1        THE WITNESS:  (Complying.)

 2      (Witness sworn by the case manager through the

 3   interpreter.)

 4                    XXXXXXXXXXXXX,

 5   having been first duly sworn, testified through the

 6   interpreter as follows:

 7                   DIRECT EXAMINATION

 8   BY MR. PEREZ:

 9   Q.   Please introduce yourself to the Court and the members

10   of the jury, please, ma'am.

11   A.   My name is XXXXXXXXXXXXX.

12   Q.   Were you born in Mexico, ma'am?

13   A.   Yes.

14   Q.   And what is your date of birth?

15   A.   The month is the 11th, the 8th of '88.

16   Q.   What did you say, again, please, just to make sure?

17   A.   The month 11, the 8th day of '88.

18   Q.   And so now you are, what, 26 years old?

19   A.   Yes.

20   Q.   I'm going to try to go as briefly as I can into what

21   happened to you in Mexico before you entered the United

22   States.  Okay?

23   A.   Yes.

24   Q.   Did you meet a person in Mexico when you were 14 or

25   15 years old?
```

02:59:15  (line 10)
02:59:41  (line 15)
03:00:06  (line 20)
03:00:23  (line 25)

Direct Examination of XXXXXXXXXXXX          Vol 3

```
 1   A.   That is correct.

 2   Q.   Who did you meet?

 3   A.   Solomon Guzman Lila.

 4   Q.   Okay.  And do you know how old he was at the time he
 5   met you?

 6   A.   Yes.

 7   Q.   How old was he?

 8   A.   19.

 9   Q.   At the time when you met him did you then become
10   boyfriend and girlfriend?

11   A.   Yes.

12   Q.   And at some point he convinced you or forced you into
13   prostitution; is that correct?

14   A.   Yes.

15   Q.   How long after you met him did he approach you about
16   becoming a prostitute for him?

17   A.   In, like, about approximately six months.

18   Q.   Do you come from a poor background?

19   A.   Yes.

20   Q.   How many brothers and sisters do you have?

21   A.   We are seven.

22   Q.   And where are you originally from?

23   A.   Cardenas Tabasco, Mexico.

24   Q.   Is that where you met this fellow?

25   A.   Yes.
```

03:00:39 (line 5)
03:00:48 (line 10)
03:01:03 (line 15)
03:01:32 (line 20)
03:01:53 (line 25)

1   **Q.**   Where did you meet him there in Tabasco?

2   **A.**   In Cardenas.

3   **Q.**   Where is that?

4   **A.**   It's like a municipality in Mexico.

03:02:15   5   **Q.**   Did you move in with him?  Did you move into his house

6   with him or --

7   **A.**   Around the second or the third day I went with him.

8   **Q.**   And where did you go with him?

9   **A.**   He took me to Puebla.

03:02:41   10   **Q.**   How far is Puebla from where you met him?

11   **A.**   About five hours.

12   **Q.**   Did you ask for permission from your mom to do this?

13   **A.**   No.

14   **Q.**   Why did you take off with him after about two or three

03:03:05   15   days of meeting him?

16   **A.**   I had a lot of problems at my home.

17   **Q.**   Was he nice to you initially?

18   **A.**   Okay.

19   **Q.**   Was he nice to you initially?

03:03:53   20   **A.**   Yes.

21   **Q.**   And at some point did he turn on you and become mean

22   to you?  You have got to answer up, please, ma'am.

23   **A.**   Yes.

24   **Q.**   How long after you met him did he start being mean to

03:04:11   25   you?

1  **A.**  When he started to prostitute me.

2  **Q.**  How did he convince you to prostitute yourself?

3  **A.**  First of all, with beautiful things, that he couldn't

4  work here, that it was very hard for him.

03:04:43  5  **Q.**  "Work here" being in Mexico; is that right?

6  **A.**  No.  Because he never prostituted me in Mexico.  After

7  he -- after we passed over.

8  **Q.**  Okay.  Did he approach you about prostituting yourself

9  while you were in Mexico?

03:05:10  10  **A.**  Never.

11  **Q.**  So he was very nice to you while you were in Mexico?

12  **A.**  (Nodding head up and down.)

13  **Q.**  At what time or when did you all cross into the United

14  States?

03:05:17  15  **A.**  (Speaking in Spanish.)

16  **Q.**  Do you know what year you came to the United States?

17  **A.**  Yes, in 2003.

18  **Q.**  Do you know how old you were at the time you crossed

19  into the United States?

03:05:46  20  **A.**  I was going to be 16 years old.

21  **Q.**  When you arrived in the United States, did you go to

22  Houston?

23  **A.**  No.  We went to Florida.

24  **Q.**  So you went from Mexico to Florida?

03:06:09  25  **A.**  Yes.  We were here only, like, two days and then went

1    on to Florida.

2    **Q.**   So you did come to Houston at the very beginning and

3    then stayed two days and then you went to Florida?

4    **A.**   Yes.

03:06:27   5    **Q.**   Did Solomon go with you to Florida?

6    **A.**   Yes.

7    **Q.**   And up until that point had he prostituted you?

8    **A.**   No.

9    **Q.**   You went to -- you arrived in Florida.  How long after

03:06:44   10   you arrived in Florida did you engage in prostitution for

11   him?

12   **A.**   We were there, like, about three months.

13   **Q.**   And again, up until that point you had not prostituted

14   yourself; is that correct?

03:07:09   15   **A.**   Yes.  It was in Florida that he began to prostitute

16   me.

17   **Q.**   What method did he use to convince you to become a

18   prostitute in Florida?

19   **A.**   He told me that I had to start doing that for him

03:07:43   20   because he didn't have a job, how were we going to eat and

21   where were we going to live?

22   **Q.**   Were you and he by yourselves at that time?

23   **A.**   (Speaking in Spanish.)

24   **Q.**   Was it just you and him when you went to Florida?

03:08:07   25   **A.**   Yes.

1  **Q.**  When you arrived in Florida, did you meet up with

2  other people?

3  **A.**  Yes.

4  **Q.**  Who did you meet up with in Florida?

03:08:20  5  **A.**  With Solomon's family.

6  **Q.**  Solomon's family was in Florida?

7  **A.**  Yes.

8  **Q.**  You arrive in Florida.  He is trying to convince you

9  to become a prostitute.  Do you become a prostitute?

03:08:38  10  **A.**  Yes.

11  **Q.**  How long were you a prostitute in Florida?

12  **A.**  About three, three or four months.

13  **Q.**  Did he physically hurt you while you were in Florida?

14  **A.**  Yes.

03:09:01  15  **Q.**  Tell the members of the jury what he would do to you

16  in Florida.

17  **A.**  It was when I wouldn't give him all of the full amount

18  of the money; and then, he would do it physically and

19  verbally.

03:09:36  20  **Q.**  And physically what would he do to you?

21  **A.**  He would hit me with his hand or he would take

22  something that was sharp and punch me with it, like a

23  pencil and something sharp like that.

24  **Q.**  How -- I think you already told me this, but how long

03:10:08  25  were you a prostitute for him in Florida?

Direct Examination of XXXXXXXXXXXX          Vol 3

1    **A.**   About three months.

2    **Q.**   And after those three months what happened?  Where did

3    you go next?

4    **A.**   We came to Houston.

03:10:24   5    **Q.**   And how long were you in Houston when you arrived in

6    Houston -- after you arrived in Houston?

7    **A.**   Well, he would bring me with him during that time when

8    that season is over, like when oranges are picked.  He

9    picked oranges in Florida.

03:11:06   10   **Q.**   And then he would come to Houston?

11   **A.**   Pardon?

12   **Q.**   Then you would come to Houston?

13   **A.**   Yes.

14   **Q.**   And how long would you stay in Houston?

03:11:35   15   **A.**   When it would turn cold here, we would -- we would --

16   well, for most of the rest of the time we remained here in

17   Houston working.

18   **Q.**   So did you at some point go from Florida to Houston

19   and back to Florida and then back to Houston?  Is that

03:11:59   20   what you are saying?

21   **A.**   Yes.  But I don't remember too well whether we

22   returned or not.

23   **Q.**   Returned where?

24   **A.**   Florida.

03:12:12   25   **Q.**   But you did come to Houston and then stayed here?

```
             1   A.   Yes.

             2   Q.   When you came to Houston, did you work as a

             3   prostitute, as well?

             4   A.   Yes.

03:12:24     5   Q.   Where did you work as a prostitute when you came to

             6   Houston?

             7   A.   He put me first into Las Gueras.

             8   Q.   Was that a brothel?

             9   A.   Yes.  It was a cantina.

03:12:48    10   Q.   Where there was prostitution?

            11   A.   Yes.  And would prostitute me.

            12   Q.   How long did you work at Las Gueras?

            13   A.   I worked about a year.

            14   Q.   And then after Las Gueras, where did you work?

03:13:23    15   A.   At Maria Bonitas.  But then after I was working in one

            16   place and I would get out, he would take me over to

            17   another place, Las Palmas.

            18   Q.   Okay.  And would you work at Las Palmas on the

            19   weekends?

03:13:39    20   A.   The weekends.

            21   Q.   From what time to what time?

            22   A.   I would leave, get off from Las Gueras at about 2:00.

            23   And then, the time it took to travel to Las Palmas, I

            24   would start in.

03:14:08    25   Q.   How long did you work at Las Palmas on the weekends?
```

```
 1  A.   Since I started at Las Gueras, about one year.
 2  Q.   So a total number -- the total time that you worked at
 3  Las Palmas was how long?
 4  A.   About -- about a year.
 5  Q.   And all on the weekends?
 6  A.   Yes.
 7  Q.   Who hired you at Las Palmas?
 8  A.   When we would do our work, my pimp told me that we
 9  would have to go and ask for work from a woman by the name
10  of Tencha.
11  Q.   Did you go to Las Palmas to ask for work from Tencha?
12  A.   Yes.  We would simply arrive.  And we would tell her
13  that we wanted to work there on weekends.  And she would
14  say, "All right.  Okay."
15  Q.   Is Tencha in the courtroom here today?
16  A.   Can I see all over?
17  Q.   Go ahead and stand up.
18  A.   I don't see her.
19  Q.   You can stand up if you want.  Well, let me ask you
20  this -- you don't have to look out.  You can look in here,
21  as well, if you want to.
22            MR. FAZEL:  Judge, I object to that.
23            THE WITNESS:  Si'.
24  Q.   (By Mr. Perez)  You tell me.  Okay.  Is she in the
25  courtroom?
```

03:14:38 (line 5)
03:15:12 (line 10)
03:15:38 (line 15)
03:16:01 (line 20)
03:16:27 (line 25)

Direct Examination of XXXXXXXXXXXXX         Vol 3

1    **A.**   Yes.  She is the one with the white hair.  I hadn't

2    recognized her because of the white hair.

3    **Q.**   What is different from her hair?

4    **A.**   When I first met her, she had something like reddish.

03:16:56    5    **Q.**   Okay.  Let me ask you this:  I'm going to show you a

6    picture of Tencha in Government Exhibit Number B.  Is that

7    closer to the way she looked at the time you knew her?

8    **A.**   Yes.

9    **Q.**   Is she different in that picture than the way she

03:17:09   10    stands here?

11   **A.**   Yes.

12   **Q.**   All right.

13          MR. PEREZ:  Your Honor, may the record reflect

14   the witness has identified the defendant, Tencha, in this

03:17:16   15   case, Your Honor?

16          THE COURT:  The record will so reflect.

17   **Q.**   (By Mr. Perez)  You mentioned that your pimp would

18   beat you physically; is that correct?  Do you have any

19   scars from the beatings that you took?

03:17:40   20   **A.**   Yes.

21   **Q.**   Where are you -- you don't have to show them to the

22   jury.  Where are those scars?

23   **A.**   I have one right here and on my arms.

24   **Q.**   You have got your shirt covering them.  I'm not going

03:17:54   25   to ask you to do that.  But you do have scars on your

Direct Examination of XXXXXXXXXXXX          Vol 3

1   arms?

2   **A.**   Yes.

3   **Q.**   Did Tencha have any rules there, as far as you know,

4   when you worked there as a prostitute at the Las Palmas?

03:18:15   5   **A.**   Yes.

6   **Q.**   Tell the members of the jury what those rules were,

7   please.

8   **A.**   When we first started working there, she would tell us

9   about padrotes.  I don't know why.  But she would say

03:18:48   10   about los padrotes.  That they didn't have to come over

11   and look for fights or anything like that.  That she

12   didn't want any problems.

13   **Q.**   So she knew the girls who worked there at Las Palmas

14   had pimps; is that right?

03:19:10   15   **A.**   I think so because she used to say "padrotes."

16          MR. MAGLIOLO:  I couldn't quite hear that, Your

17   Honor.

18          THE COURT:  She needs -- what was the -- do you

19   want the question read back?

03:19:26   20          MR. MAGLIOLO:  Just the answer.  I'm just having

21   a little trouble hearing it.

22          THE INTERPRETER:  I think, yes, because she used

23   to say "padrotes."

24          THE COURT:  Have you got the microphone?

03:19:38   25          THE INTERPRETER:  Yes, sir.

Direct Examination of XXXXXXXXXXXXX                    Vol 3

```
              1         THE COURT:  Move it up a little bit.  Move it up

              2    a little bit.

              3         MR. MAGLIOLO:  Thank you, Your Honor.

              4         THE COURT:  That will do it.

    03:19:48  5         THE INTERPRETER:  If I can get it hooked on here.

              6    Okay.

              7         THE COURT:  Okay.  Flip it around.  It's flopped

              8    around.  There you go.  Flatten it out.

              9         THE INTERPRETER:  Okay.

    03:20:00  10        THE COURT:  There you go.  Let's see if that

              11   helps.

              12        MR. MAGLIOLO:  Thank you, Your Honor.

              13   Q.  (By Mr. Perez)  Was Tencha the owner of Las Palmas?

              14   A.  Yes.  That's what Solomon had told me.

    03:20:11  15   Q.  When you started working there did you see Tencha

              16   there at Las Palmas?

              17   A.  Yes.

              18   Q.  And what you observed from her at Las Palmas, did that

              19   show you that she, in fact, was the owner of Las Palmas?

    03:20:23  20   A.  Yes.

              21   Q.  Did Tencha ever spend any time in the prostitution

              22   rooms?

              23   A.  Yes.

              24   Q.  Explain to the members of the jury what she would do

    03:20:38  25   in the prostitution room area.
```

1    **A.**   She would, like, go in to check when I would go

2    upstairs to the rooms with the clients.  And sometimes she

3    would go to the door that had a lock on it and she would

4    open the lock and it opened to go up.  And I always saw

03:21:24    5    her at the bar.  You see, there are two places.  There are

6    two cantinas together.

7    **Q.**   And she would be at the bar in which cantina?

8    **A.**   Sometimes, because the other cantina was different to

9    the other.

03:21:50    10    **Q.**   Was she the owner of both cantinas?  Is that what you

11    are telling the members of the jury?

12    **A.**   Yes.  Because I was told that by my -- by Solomon, and

13    all the other girls told me that she was the owner.

14    **Q.**   How much did you have to pay Las Palmas for the use of

03:22:18    15    the rooms and the condoms?

16    **A.**   We would charge $65, but upstairs we would be charged

17    $5 for the condom and $10 for the room.  The rest we kept

18    to ourselves.

19    **Q.**   What would you do with the money that you kept to

03:22:46    20    yourself?

21    **A.**   I gave it to my padrote.

22    **Q.**   Then did you ever see Tencha actually charging herself

23    for the room and the condoms?  Did you actually see Tencha

24    herself charge for the room and the condoms?

03:23:10    25    **A.**   Yes.

1  **Q.**  You hesitated.  Can you explain to the members of the

2  jury why you hesitated a little bit.

3  **A.**  It is that she also charged for the other place

4  because she would charge -- when we would finish in one

03:23:37   5  place and go to the other, to the other one, she would

6  charge us for going in there.

7  **Q.**  I mean, that's what I'm asking you.  She would

8  personally take the money; is that correct?

9  **A.**  Yes.

03:23:49  10  **Q.**  I'm going to show you P-1.  Do you recognize what is

11  depicted on P-1?

12  **A.**  That's the cantina where I used to work at.

13  **Q.**  Okay.  How about -- I'll just do this again.  P-30, is

14  that Tencha, the one you identified earlier?

03:24:43  15  **A.**  Yes.

16  **Q.**  How about P-31?  Do you recognize that person on P-31?

17  **A.**  That man, when Solomon would go to take me, he would

18  be standing there in the parking lot.  He would park the

19  cars.

03:25:11  20  **Q.**  Do you recognize this person on Government Exhibit B,

21  the person identified as Pantera?  This fellow here, who

22  is he?

23  **A.**  He was Solomon's friend.

24  **Q.**  And how do you know he was Solomon's friend?

03:25:44  25  **A.**  Because he used to live near where Solomon had me.  It

```
 1    was a house in the front and then a small house in the
 2    back, and he lived in some apartments that were to the
 3    back.
 4    Q.   Was he a pimp?
 5    A.   Yes.
 6              MR. PEREZ:  May I conference with the attorney?
 7    You already told me I could.  I'm sorry.
 8              MR. FAZEL:  Your Honor, I have no objections to
 9    this certified copy of the birth certificate.
10              THE COURT:  Okay.  What exhibit number?
11              MR. PEREZ:  P-31.  I'm sorry.  31.
12              THE COURT:  Under the prior ruling, we assume now
13    it's in.  No objection.  Just keep going.
14              MR. FAZEL:  Yes, sir.
15    Q.   (By Mr. Perez)  I know this has been redacted for
16    security reasons.  Okay.  Do you recognize Government
17    Exhibit Number 31?
18    A.   No.
19    Q.   No.  Okay.  I will get the one that is unredacted and
20    show it to you at a later time.  Okay.  When I say
21    redacted, it's whited out.
22    A.   Okay.
23    Q.   Okay.
24              MR. PEREZ:  May I have a moment, Your Honor?
25              THE COURT:  Yes.
```

1    (Sotto voce discussion between counsel.)

2    **Q.**  (By Mr. Perez)  Just to be clear, ma'am, how old were

3    you when you worked at Las Palmas?

4    **A.**  16 years old.

03:28:10    5    **Q.**  And were there other minors working there at Las

6    Palmas when you worked there?

7         MR. FAZEL:  Objection, speculation.

8         THE COURT:  If you know.

9    **Q.**  (By Mr. Perez)  If you know.

03:28:21    10    **A.**  I saw all of them as being young; but I didn't speak

11    with any of them, with none of them.

12    **Q.**  Why didn't you speak to any of them, ma'am?

13    **A.**  Because Solomon said not to because there was a loss

14    of money if I started talking to them.

03:28:52    15    **Q.**  Did Solomon have somebody watching you while you were

16    there at Las Palmas?

17    **A.**  That's what I didn't know.

18    **Q.**  He could have?

19    **A.**  I never found out.

03:29:09    20    **Q.**  Let me ask you this:  If you did something Solomon

21    told you not to do, would you pay the consequences?

22    **A.**  No.  No.  No.  Because I always behaved well.

23    **Q.**  And when you say you behaved well, what do you mean

24    that you behaved well?

03:29:53    25    **A.**  Because he had prohibited my doing any drinking.

1   Also, in the rooms, strictly just to the room and there;

2   and if I was going to be longer in a room with a client, I

3   had to take more money from the client.

4   **Q.**   Let me ask you this:  So you were pretty punctual in

03:30:20  5   working for him as far as following his orders; is that

6   right?

7   **A.**   Yes.

8   **Q.**   How much money would you make, say, Saturday night at

9   Las Palmas from 2:00 in the morning until 5:00 in the

03:30:36  10   morning on a typical Saturday night?

11   **A.**   It was $1,500.

12   **Q.**   On one Saturday night?

13   **A.**   Yes.

14   **Q.**   How many men would you service from 2:00 in the

03:30:55  15   morning until 5:00 in the morning on Saturday night at Las

16   Palmas?

17   **A.**   If it was fifty, it would have to be 100, 150 men so I

18   could make it.

19   **Q.**   Just on one night, Saturday night, from 2:00 in the

03:31:24  20   morning until 5:00 in the morning?

21   **A.**   Yes.

22   **Q.**   How long would you spend with these men for each sex

23   act?

24   **A.**   15 minutes.

03:31:39  25   **Q.**   And then you had already come from another location.

1   How many men would you service at the other location?

2   **A.**   At the other place also the same.

3   **Q.**   Did this happen on Friday night as well at Las Palmas?

4   **A.**   Yes.

03:32:08   5   **Q.**   Sunday night as well at Las Palmas?

6   **A.**   (Nodding head up and down.)

7            THE COURT:  Let the record reflect the witness is

8   shaking her head affirmatively.  It has to get in the

9   record.

03:32:21   10           THE WITNESS:  Yes.

11           THE COURT:  All right.

12   **Q.**   (By Mr. Perez)  Were -- as far as you could tell, if

13   you know, the women who worked there at Las Palmas -- I

14   might have asked you this already.  Okay -- were they

03:32:38   15   legally or illegally in the country?

16   **A.**   No.  Because a majority of us were Mexicans.

17   **Q.**   The majority were Mexicans without papers?

18           MR. FAZEL:  Objection to that question being

19   speculation.

03:32:59   20           MR. PEREZ:  If you know.

21           THE COURT:  If she knows.

22   **A.**   No, I don't know.

23   **Q.**   (By Mr. Perez)  But you certainly were there without

24   papers.  You were there illegally, right?

03:33:11   25   **A.**   Yes.

1     MR. MAGLIOLO:  If we could, might we just have a

2   moment, Your Honor.

3     (Sotto voce with counsel.)

4     MR. PEREZ:  I pass the witness, Your Honor,

03:33:31   5   conditioned upon getting the original of the birth

6   certificate we talked about earlier, Your Honor.

7     THE COURT:  I have it in evidence as a copy, all

8   right, with a seal on it; but if you want to, you may

9   substitute it out.

03:33:44   10     MR. PEREZ:  Okay.  Thank you, Your Honor.

11     THE COURT:  At which time we'll see if there is

12   any objection to withdrawing the other and putting the

13   original in.

14     MR. PEREZ:  Okay.

03:33:53   15     THE COURT:  Ladies and gentlemen, I think it

16   would be a good time to take a break.  It's 3:35.  We'll

17   take a 15-minute break.  See you back in 15 minutes.

18     THE MARSHAL:  All rise for the jury.

19     (Jury exited courtroom at 3:35 p.m.)

03:38:00   20     (Recess from 3:35 p.m. to 3:57 p.m.)

21     THE COURT:  Let's call the jury in, please.

22     THE MARSHAL:  Yes, sir.

23     MR. MAGLIOLO:  Your Honor, might I display the

24   first board?  We're five people into it.  That's the

03:57:50   25   purpose is for the jury.  Just the one board.

Cross-Examination of XXXXXXXXXXXX          Vol 3    142

```
  1            THE COURT:  I'm saying just don't block everybody
  2    in the back indefinitely.  Okay.
  3            MR. MAGLIOLO:  Yes, Your Honor.
  4        (Jury entered courtroom at 3:58 p.m.)
```
03:58:18
```
  5            THE COURT:  Thank you.  You can be seated.  All
  6    right.  May we have our witness back, please?
  7            THE WITNESS:  (Witness taking stand.)
  8            MR. FAZEL:  May I proceed, Your Honor?
  9            THE COURT:  Yes.  Go right ahead.  Sure.
```
03:59:53
```
 10                    CROSS-EXAMINATION
 11    BY MR. FAZEL:
 12    Q.   Ms. XXXXX, can you hear me?
 13    A.   Yes.
 14    Q.   I have a few questions for you.  I wanted to start to
```
04:00:05
```
 15    make sure that we are clear on the timeline a little bit.
 16    I was a little confused.  It's my understanding that you
 17    came to the United States in 2003, December of that year,
 18    correct?
 19    A.   Yes.
```
04:00:24
```
 20    Q.   And then from there you went to Florida, correct?
 21    A.   Yes.
 22    Q.   And you spent about three years in Florida?
 23    A.   Three years, no.
 24    Q.   How long did you live in the state of Florida?
```
04:00:40
```
 25    A.   Three months.
```

1  **Q.**  Okay.  Then you came back here to Houston?

2  **A.**  Yes.

3  **Q.**  And I know sometimes interpreters go back and forth.

4  So if you don't understand something, let me know; and

04:00:59  5  I'll repeat myself.  Okay?

6  **A.**  Okay.

7  **Q.**  Now, you have met with the folks here on this table;

8  and it doesn't matter which one.  You met with them prior

9  to testifying today, correct?

04:01:14  10  **A.**  Yes.

11  **Q.**  And do you remember them taking notes when you were

12  talking to them?

13  **A.**  Yes.

14  **Q.**  Do you remember telling them that you came back to

04:01:27  15  Houston approximately 2006 or 2007?

16  **A.**  Yes.

17  **Q.**  So you can see my confusion if you came to the United

18  States in 2003, went to Florida and didn't come back to

19  Houston until 2006, you were actually in Florida for three

04:01:52  20  years, right?

21  **A.**  Yes.

22  **Q.**  So when you came back to Houston, you were 18 years

23  old, correct?

24  **A.**  Yes.

04:02:06  25  **Q.**  All right.  Just very briefly -- I don't want to do

1   what the prosecutor did and talk about all that stuff.  I

2   just want to touch on it just briefly.  When you were with

3   your pimp, Mr. Solomon, all the moneys that you obtained

4   from what you were doing, you did not keep?  They were

04:02:33   5   going directly to him, correct?

6   **A.**   Yes.

7   **Q.**   So when you came to the United States and you went to

8   Florida, you were under his control, correct?

9   **A.**   Yes.

04:02:47   10   **Q.**   You were not under the control of Ms. Medeles over

11   here?

12   **A.**   No.

13   **Q.**   Mr. Solomon told you what to do?

14   **A.**   Yes.

04:03:00   15   **Q.**   Where to go?

16   **A.**   Yes.

17   **Q.**   And the other awful things that you have already

18   talked to the prosecutor about?

19   **A.**   Yes.

04:03:10   20   **Q.**   Ms. Medeles never hit you or struck you or anything

21   like that -- struck you?  Excuse me.

22   **A.**   No.  May I say something else?

23   **Q.**   If you can let me do it in question and answer, it

24   will just go faster, please.  Also, I want to talk to you

04:03:32   25   real briefly about --

1           THE COURT:  Slow down.  You are speeding up.  We
2    have an interpreter.  Go on.
3    Q.   (By Mr. Fazel)  Sorry.  I wanted to talk to you
4    briefly on a side note.  Las Palmas, did they have armed
04:03:45  5    guards?
6    A.   Can you repeat, please?
7    Q.   Did it have armed guards?
8    A.   No.  Security.
9    Q.   Security just to make sure that there is no fights and
04:04:03  10   everybody behaved well?
11   A.   Yes.
12   Q.   There were nobody -- in your time at Las Palmas you
13   never saw any of the women there living on the second
14   floor, did you?
04:04:24  15   A.   No.
16   Q.   Nobody was locked up on the second floor, correct?
17   A.   No.
18   Q.   Now, when you first came into the courtroom you had a
19   bit of a hard time identifying Ms. Medeles right over
04:04:52  20   here.  Do you remember in your conversation with the
21   government you actually didn't remember her name?
22   A.   Sorry.  Could you repeat the question?
23   Q.   Sure.  When you had met previously with the government
24   and you were speaking about some of the matters that you
04:05:17  25   spoke about today, isn't it true that you could not

 1  remember the name of Ms. Medeles, Tencha?  You didn't

 2  remember her name?

 3  **A.**   No, because they always called her Tencha.

 4  **Q.**   Yes, ma'am.  However, it appears that you just said

 5  unknown female to the government?

 6  **A.**   The workers called her Tencha.  They said her name was

 7  Tencha.

 8  **Q.**   So if the report indicates otherwise, I guess the

 9  report is wrong or you are wrong, huh?

10  **A.**   (No response.)

11  **Q.**   I'll move on.

12       The time frame that you were in Houston working at, I

13  think it was Las Gueras was the name of it, do you

14  remember that?

15  **A.**   Yes.

16  **Q.**   That had nothing to do with Ms. Medeles, correct?

17  **A.**   No.

18  **Q.**   None of that money was taken to Ms. Medeles, correct?

19  **A.**   No.

20  **Q.**   "No" as in Ms. Medeles never received any of that

21  money?

22  **A.**   From Las Gueras, no.

23  **Q.**   And Maria Bonita, the same thing, correct?

24  **A.**   Yes.

25  **Q.**   At some point in time you had a fight with Solomon,

04:05:40
04:05:58
04:06:29
04:06:42
04:07:20

1   correct; and he left, correct?

2   **A.**   Yes.

3   **Q.**   And at that point in time, you were here by yourself,

4   correct?

04:07:34   5   **A.**   Yes.

6   **Q.**   When you were here by yourself, you continued to work,

7   correct?

8   **A.**   Yes.

9   **Q.**   But that money you kept for yourself, correct?

04:07:49   10   **A.**   Yes.

11   **Q.**   And you worked at a place called Cocodrilos?

12   **A.**   Cocodrilos.

13   **Q.**   I'm sorry.  Cocodrilos.  Okay.  You worked there and

14   kept all that money for yourself?

04:08:08   15   **A.**   Yes, because I had no other job.

16   **Q.**   I understand.  And correct me if I'm wrong; but when

17   you first came to work at Las Palmas, there was a

18   gentleman that said you could work there, correct?

19   **A.**   Yes.

04:08:35   20   **Q.**   So when you testified it was Tencha, you meant to say

21   that the first time you got there you were allowed to work

22   there by a skinny male, would that be correct?

23   **A.**   Yes.  But he said he had to consult with Tencha.

24   **Q.**   I understand that, but I just want to be clear about

04:08:56   25   that.

1  **A.**   Okay.

2  **Q.**   And you also had a fake ID with you, correct?

3  **A.**   Yes.

4  **Q.**   And that fake ID was given to you by your pimp,

04:09:07  5  correct?

6  **A.**   Yes.

7  **Q.**   Finally, the -- when you went over to -- when I say

8  "you", when you and the other girls went over to Las

9  Palmas at 2:00, you could go there whenever you wanted to,

04:09:27  10  correct?

11  **A.**   No, because she used to tell us that we had to be

12  there at 2:00.  Otherwise, they wouldn't let us in.

13  **Q.**   Right.  An unartful question.  I'm sorry.  My point

14  is:  You could be there any day you wanted to as long as

04:09:53  15  you were there right at 2:00?

16  **A.**   Yes.

17  **Q.**   And every day different girls would be there,

18  depending on the day, correct?

19  **A.**   They were the same.

04:10:07  20  **Q.**   Every day was the same girls?

21  **A.**   Sometimes new ones would come in.

22  **Q.**   And Ms. Medeles had nothing to do with which girl came

23  when, correct, as in what day?

24  **A.**   When I went in there the first time they told me

04:10:38  25  everything had to be referred back to her.

1  Q.  My point is:  The pimps -- or when somebody like

2  yourself didn't have a pimp in the end -- would decide

3  what days to show up?  The permission to enter, of course,

4  was with the establishment, I understand that, correct?

04:10:59  5  A.  Uh-huh.

6  Q.  Is that a yes?  I'm sorry.

7  A.  Yes.

8          MR. FAZEL:  I pass the witness, Your Honor.

9          THE COURT:  Do you have anything further?

04:11:07  10          MR. PEREZ:  Yes, Your Honor.

11                  **REDIRECT EXAMINATION**

12  BY MR. PEREZ:

13  Q.  Now, ma'am, you mentioned when I asked you questions

14  that you serviced, I think you said, 150 men from 2:00 in

04:11:17  15  the morning to 5:00 in the morning on Saturday night; is

16  that correct?  That's what you said?

17  A.  I made a mistake.

18  Q.  Explain to the members of the jury when you say you

19  made a mistake.

04:11:35  20  A.  I was very nervous.  It was $50 per person besides

21  what I got from the men inside.

22  Q.  So when you say it's what you got from the men inside,

23  explain that to the members of the jury, please.

24  A.  It was about positions, to do it in different

04:12:21  25  positions I charged.

1   **Q.**   So let me ask you this:  So how many men did you

2   service a typical Saturday night from 2:00 in the morning

3   to 5:00 in the morning on Saturday night?

4   **A.**   About 20 men.

04:12:40   5   **Q.**   Now, Mr. Ali asked you whether you showed up with a

6   fake ID at Las Palmas; and you said, "Yes."

7        Now, if you were 18 when you arrived at Las Palmas,

8   you wouldn't need a fake ID, right?

9             MR. FAZEL:  Objection to speculation, Your Honor.

04:12:59   10            THE COURT:  As to what?

11            MR. FAZEL:  Speculation.

12            THE COURT:  Sustained.  You may rephrase it.

13   Excuse me one second.  Off the record.  Just give me one

14   second.  I need to sign some papers.  That way I don't get

04:14:00   15   trapped back there.

16        (Off the record.)

17            THE COURT:  Okay.  Sorry.  That saved me from a

18   trip back to sign some papers.

19   **Q.**   (By Mr. Perez)  Ms. XXXXX, previously we talked about

04:15:33   20   Government Exhibit Number 31.  The Judge accepted it into

21   evidence.  I'm going to show you what is Government

22   Exhibit 31a, which is unredacted.  Okay.  Is 31a a copy of

23   31 without this excised part?

24   **A.**   (Nodding head up and down.)

04:15:56   25   **Q.**   You have got to raise your voice.

1   **A.**   (Speaking in Spanish.)

2   **Q.**   No.  No.  My question is this:  The Judge has accepted

3   31 into evidence.  It's in evidence.  Okay.  31a, this

4   right here, is a copy of this one without your name being

04:16:14   5   whited out.  Okay.  Is this your name?

6   **A.**   Yes.

7   **Q.**   Okay.  And then, is this the correct date of birth?

8   **A.**   Yes.

9         MR. PEREZ:  Your Honor, at this time the United

04:16:26   10   States would offer into evidence 31a, which is an

11   unredacted copy of 31, Your Honor.

12         THE COURT:  Any problem?

13         MR. FAZEL:  I think it's -- no, except it's got

14   personal information.  So I'm going to leave it up to the

04:16:39   15   Court to decide.

16         MR. PEREZ:  It's all right, Your Honor.  I have

17   cleared it through the agents.  It's okay.

18         THE COURT:  All right.  There isn't any

19   objection?

04:16:47   20         MR. FAZEL:  No.

21         THE COURT:  Then it's admitted.  Okay.

22   **Q.**   (By Mr. Perez)  Now, I think previously you testified

23   or at least you told Mr. Ali that you arrived in Houston

24   in 2006 and 2007.  My understanding is he asked you that's

04:17:07   25   what you had told the agent.

1    Did you later, in a later time that you interviewed

2  with the agents, tell them that, in fact, you had arrived

3  in Houston in 2003, 2004?

4  **A.**   I am sorry?

04:17:31    5  **Q.**   I understand.  I'm trying to make it as simple as I

6  can.  Okay.  Mr. Ali just a few minutes ago asked you that

7  if you had told the agents that you arrived in 2006, 2007

8  and you agreed with him?

9  **A.**   I arrived in 2003.

04:17:55   10  **Q.**   I understand that.  What I'm asking is, as he said, at

11  some point you told the agents you had arrived in 2006 and

12  2007 but then later told them that you had arrived in

13  2003.  The bottom line is:  When did you arrive in

14  Houston?  2003 or 2006 and '07?

04:18:17   15  **A.**   The first time, 2003.

16  **Q.**   And then when you came back, when did you arrive, if

17  you know, if you remember?

18  **A.**   2008.

19  **Q.**   And then you worked at Las Palmas in 2003?

04:18:36   20  **A.**   Yes.

21  **Q.**   All right.

22    MR. PEREZ:  One moment, Your Honor, please.

23  **Q.**   (By Mr. Perez)  You know, Mr. Ali asked you if Tencha

24  had hit you; and you said no.  But then you tried to

04:19:04   25  explain that, and he cut you off.

1        THE COURT: Okay.

2        MR. PEREZ: Okay.

3        THE COURT: I'm going to need to interrupt. I

4   need to take about a 5-minute break. I have another judge

04:19:13   5   on the line that I need to talk to. It will be about five

6   minutes. So sorry for the interruption, but I'll be back

7   out in five minutes. Okay.

8        (Off the record from 4:19 p.m. to 4:32 p.m.)

9        THE COURT: I didn't mean for you to remain here.

04:32:49   10   Do you want a break?

11        JURORS: No.

12        THE COURT: We'll keep going. I apologize for

13   that. But it was another judge in another state that I

14   had to talk to. So it's a rarity. Be seated, please.

04:33:05   15   Next time remind me can we take a break. Hopefully, it

16   won't happen again. Sorry. Go right ahead.

17   Q.   (By Mr. Perez) I think that Mr. Ali asked you a

18   question, and he asked you whether Tencha had ever hit

19   you. And then you tried to explain that answer, and he

04:33:35   20   cut you off. Could you please tell the members of the

21   jury what you were going to say before being cut off, if

22   you remember?

23   A.   (Speaking Spanish.)

24        MR. FAZEL: Judge, I'm going to object to --

04:33:59   25        THE COURT: Again? Say it again. Narrative?

1              MR. FAZEL:  Narrative.

2              THE COURT:  Sustained.

3    **Q.**  (By Mr. Perez)  Okay.  She did something to you

4    when -- let me start over.  He asked you if Tencha had

04:34:16   5    ever hit you, and you tried to explain your answer.  And

6    let's start off with what happened after he asked you

7    whether she had hit you or not.  Explain your answer.

8    **A.**    When Solomon wanted to have a quarrel or a fight with

9    a client over there, Tencha told me to leave.

04:34:52  10    **Q.**    So Solomon was your pimp, right?

11    **A.**    Yes.

12    **Q.**    Were there pimps hanging around La Feria and Las

13    Palmas, the place owned by Tencha?

14    **A.**    There were two cantinas.  At that time I was just

04:35:17  15    exiting from one cantina that's next to the other.

16    **Q.**    What happened then?

17    **A.**    I went outside --

18    **Q.**    Who was discussing?

19    **A.**    I went outside and saw that they were arguing.  And

04:35:38  20    Tencha, when she came out -- Solomon and a client from

21    that place.

22    **Q.**    What happened then?

23    **A.**    Tencha arrived.  Solomon was about to take me to the

24    house.

04:36:06  25         "Tell your pimp not to bring you here anymore.  I

1    don't want you here anymore.  I don't want any problems

2    with the police."

3    **Q.**   Okay.

4    **A.**   So my pimp looked for another venue, and I only went

04:36:24  5    to the other place.

6    **Q.**   But she owned both places though, right?

7              MR. FAZEL:  Objection to the form of the

8    question, Your Honor.

9              THE COURT:  Say it again.

04:36:34  10              MR. FAZEL:  Objection to the form of the

11    question, Your Honor.

12              THE COURT:  Sustained.

13    **Q.**   (By Mr. Perez)  Did she own both places?

14    **A.**   Yes.  I saw her in both places.

04:36:43  15              MR. PEREZ:  I have no further questions, Your

16    Honor.

17              THE COURT:  Anything further?

18                        **RECROSS-EXAMINATION**

19    BY MR. FAZEL:

04:36:51  20    **Q.**   So just dealing with what the prosecutor asked you

21    regarding the time, if you arrived in Houston in 2003 and

22    went straight to Florida, you couldn't have worked in Las

23    Palmas in 2003, correct?

24    **A.**   Yes.  Because I returned here for about three months,

04:37:22  25    and I did work.

Direct Examination of XXXXXXXXXXXXXX         Vol 3

 1   **Q.**   You returned to Houston for three months and went back
 2   to Florida?
 3   **A.**   No.  From Florida I came to Houston.
 4   **Q.**   Yeah.  You are saying that now; but initially you said
 5   you didn't get back to Houston until 2006, correct?
 6   **A.**   No.  It's just that I thought you were talking about
 7   Mexico.
 8                MR. FAZEL:  I pass the witness.
 9                THE COURT:  Anything further?
10                MR. PEREZ:  No, Your Honor.
11                THE COURT:  Thank you.  You may step down.  You
12   are excused, and you are free to leave.
13        Call your next witness.
14                MR. PEREZ:  XXXXXXXXXXXXXXX.  I'm going to spell
15   it for the Court.
16                THE COURT:  Hang on a second.  Let me get --
17                MR. PEREZ:  First name XXXXXXXXXXXXX.  Last name
18   XXXXXXXXXX, T, as in Tom, XXXXXXXXXXXXXXXXX.
19                THE COURT:  Thanks.  Ellen.
20        (Witness sworn by the case manager through the
21   interpreter.)
22                THE COURT:  Okay.  You may sit down.  Go right
23   ahead.
24                MR. PEREZ:  Thank you, Your Honor.
25                       **XXXXXXXXXXXXXXXXXXXXXXXX,**

04:37:38 (line 5)
04:37:52 (line 10)
04:38:02 (line 15)
04:38:34 (line 20)

Direct Examination of XXXXXXXXXXXXXX            Vol 3

```
      1   having been first duly sworn, testified through the
      2   interpreter as follows:
      3                      DIRECT EXAMINATION
      4   BY MR. PEREZ:
04:39:07  5   Q.   State your name for the Court and the members of the
      6   jury, please, ma'am.
      7   A.   XXXXXXXXXXXXXXXXXXXXXXXX.
      8   Q.   And are you originally from Mexico, ma'am, born in
      9   Mexico?
04:39:18 10   A.   Yes.
     11   Q.   And did you meet somebody in Mexico who at some time
     12   became your boyfriend?
     13   A.   Yes.
     14   Q.   How old were you when you met that person?
04:39:33 15   A.   Where, sir?
     16   Q.   How old were you when you met that person?
     17   A.   14.
     18   Q.   What was his name?
     19   A.   Ruben Juarez Morales.
04:39:50 20   Q.   Where did you meet Ruben Juarez Morales?
     21   A.   In Tlaxcala.
     22   Q.   Did he eventually become your boyfriend?
     23   A.   Yes.
     24   Q.   And eventually did he become your pimp?
04:40:06 25   A.   Yes.
```

Direct Examination of XXXXXXXXXXXXXXX   Vol 3

```
      1   Q.   How long after you met him did he become your pimp?
      2   A.   About a year.
      3   Q.   During that one year was he just your boyfriend?
      4   A.   No.  We got together, and I had a normal job.  And
04:40:30 5   then, he sent me to work.
      6   Q.   You had a normal job.  What did you do in that normal
      7   job?
      8   A.   I worked at a textile company.
      9   Q.   And were you living with Ruben at that time?
04:40:47 10  A.   Yes.
     11   Q.   Eventually he talked you into becoming a prostitute;
     12   is that correct?
     13   A.   No.  He deceived me.  He took me.  I was deceived.
     14   Q.   Okay.  Let's talk about that.  How did he deceive you?
04:41:05 15  A.   He said we were going to go to Tijuana to work, but he
     16   said it was at a restaurant.
     17           MR. PEREZ:  Tijuana?
     18           THE INTERPRETER:  Tijuana.
     19   Q.   (By Mr. Perez)  And did you, in fact, go to Tijuana to
04:41:22 20  work?
     21   A.   Yes.  But he took me to work at a cantina.
     22   Q.   How long after you met him did you wind up in Tijuana?
     23   A.   Sorry?
     24   Q.   You met him; and then, you wound up in Tijuana, right?
04:41:43 25  A.   Yes.
```

```
            1   Q.   How long after you met him did you wind up in Tijuana?

            2   A.   I don't remember the date.

            3   Q.   When you arrived in Tijuana, did he go with you?

            4   A.   Yes.

04:42:02    5   Q.   And when you arrived in Tijuana, is that when you

            6   engaged in prostitution for him?

            7   A.   Yes.

            8   Q.   How did he convince you to do that, to become a

            9   prostitute?

04:42:24   10   A.   I was in love.  He convinced me with beautiful words.

           11   He promised me he would build us a house.

           12   Q.   Okay.  How old were you when that happened?

           13   A.   I was 18.

           14   Q.   How long did you work in Tijuana as a prostitute for

04:42:54   15   him?

           16   A.   About a year and a half.

           17   Q.   And where in Tijuana did you work as a prostitute?

           18   A.   At a place called El Fracaso.

           19   Q.   Was that a hotel or beer joint or what was it?

04:43:17   20   A.   There was a cantina and across there was a hotel.

           21   Q.   From Tijuana, where did you go next?

           22   A.   I was brought to Houston.

           23   Q.   Who brought you to Houston?

           24   A.   His mother did.

04:43:41   25   Q.   Explain the circumstances under which his mother
```

```
         1   brought you to Houston.
         2   A.   His cousin or his uncle was the owner of Las Chicas,
         3   the place where they brought me.
         4   Q.   And Las Chicas is here in Houston?
04:44:06 5   A.   Yes.
         6   Q.   And describe that Las Chicas to the members of the
         7   jury, please, ma'am.
         8   A.   Okay.  Las Chicas is a cantina in --
         9        (Interpreter and witness speaking in Spanish.)
04:44:29 10           THE INTERPRETER:  McAllen?
        11           MR. PEREZ:  McCarty.
        12   A.   On McCarty Street.  The cantina was inside and the
        13   rooms outside.
        14   Q.   (By Mr. Perez)  And do you know what year that was
04:44:43 15  that you started working there at Las Chicas?
        16   A.   No, I don't remember.
        17   Q.   After you -- how long did you work there at Las Chicas
        18   on McCarty?
        19   A.   Approximately one year.
04:45:03 20  Q.   And did you ever work at Las Palmas?
        21   A.   Sometime later.
        22   Q.   While you were working at Las Chicas you worked at Las
        23   Palmas or after Las Chicas you worked at Las Palmas?
        24   A.   First was Las Chicas and then at Veracruz.  That was
04:45:32 25  the name.
```

1  **Q.**  And then from Veracruz you worked at Las Palmas?

2  **A.**  No.  At Capricho.

3  **Q.**  And then where did you work after the Capricho?

4  **A.**  At Maria Bonita.

04:45:51  5  **Q.**  And then after Maria Bonita where did you work?

6  **A.**  At Las Palmas.

7  **Q.**  Did you work there during the week or during the

8  weekend?

9  **A.**  Every day.

04:46:05  10  **Q.**  From what time to what time?

11  **A.**  From 5:00 p.m. to 2:00 a.m.

12  **Q.**  Who hired you there at Las Palmas?

13  **A.**  Juan.

14  **Q.**  And then did Juan have to get permission from somebody

04:46:34  15  else to hire you there at Las Palmas, if you know?

16  **A.**  Sorry?

17  **Q.**  You said Juan hired you, right?

18  **A.**  Yes.

19  **Q.**  Did he have to get approval from somebody else before

04:46:50  20  he hired you, if you know?

21  **A.**  Yes.

22  **Q.**  From whom?

23  **A.**  The owner of the place.

24  **Q.**  Who was the owner of the place?

04:47:01  25  **A.**  Tencha.

Direct Examination of XXXXXXXXXXXXXXX   Vol 3

```
        1   Q.   Is Tencha in the courtroom here today?  You can stand

        2   up and look around.

        3   A.   Yes.

        4   Q.   Can you describe her for the members of the jury,

04:47:23 5  please?

        6   A.   Gray hair and she is on that side.

        7        MR. PEREZ:  Let the record reflect this witness

        8   has identified the defendant, Tencha.

        9        THE COURT:  The record will so reflect.

04:47:38 10 Q.   (By Mr. Perez)  Did -- how long did you work at Las

       11   Palmas for Tencha?

       12   A.   I don't remember exactly.

       13   Q.   How about can you give us an estimation?  A year?  Two

       14   years?  Three years?  Four years?  A month?  Just some

04:48:00 15 kind of approximate time.

       16   A.   About two years, more or less.

       17   Q.   What rules were set out by Tencha at Las Palmas when

       18   you worked there?

       19   A.   At the beginning they could leave us there.

04:48:25 20 Q.   Who could leave you there?

       21   A.   My pimp.

       22   Q.   Were there other pimps there who dropped off girls at

       23   Las Palmas?

       24   A.   Yes.

04:48:37 25 Q.   Were there other girls who worked at Las Palmas
```

```
         1   besides you who worked there as prostitutes?

         2   A.   Yes.

         3   Q.   Did most of the girls who worked there have pimps?

         4   A.   Yes.

04:48:52 5   Q.   You mentioned that Tencha said or you said that

         6   initially you could be dropped off or something like that?

         7   A.   Yes.  At first she said we could be dropped there.

         8   But then since she said that the police might arrive

         9   there -- there was a time when the police did come.

04:49:25 10  Q.   What happened?

        11   A.   That they couldn't come -- they couldn't take us

        12   there, that we had to come by our own car.

        13   Q.   And what would you do with your car when you arrived

        14   at Las Palmas?

04:49:44 15  A.   I would park it in the back, and the ones who didn't

        16   have one would arrive by taxi.

        17   Q.   If you did not want to work at Las Palmas as a

        18   prostitute, what would your pimp -- what would your pimp

        19   do to you if you didn't?

04:50:09 20  A.   He would hit me.

        21   Q.   Tell the members of the jury when you say hit you,

        22   what would he -- describe what he would do to you, please.

        23   A.   It's a little hard.

        24   Q.   I understand that; but I think the Court, the Judge

04:50:25 25  and this jury need to know.  Okay.
```

1  **A.**  He would hit me until he got tired of it.  And I had

2  to bring a certain amount so that he would be happy.  He

3  would leave marks on my body, but we were not allowed to

4  have marks on our bodies.

04:51:07  5  **Q.**  Why weren't you allowed to have marks on your body?

6  **A.**  Because the police could find out that we had marks.

7  **Q.**  I know that this time period is very traumatic for

8  you.  Okay.  And I do know --

9  **A.**  (Speaking Spanish.)

04:51:37  10         MR. FAZEL:  Your Honor, I'm sorry.  She is

11  about --

12         THE COURT:  Excuse me.  Hold it.  Yes, sir.

13         MR. FAZEL:  She is about to answer a question

14  that hasn't been posed.

04:51:45  15         THE COURT:  Sustained.

16  **Q.**  (By Mr. Perez)  You were going to talk about another

17  rule.  Tell the members of the jury what the rule is,

18  please.

19  **A.**  The other rule was not arriving late because we were

04:51:59  20  charged.

21  **Q.**  Who would charge you?

22  **A.**  The guy at the entrance.

23  **Q.**  How much was the fine for being late?

24  **A.**  $40.

04:52:14  25  **Q.**  How much was -- how much did you charge there for --

1   to service clients there at Las Palmas?

2   **A.**   From $55 to $65.

3   **Q.**   And how much went to Las Palmas?

4   **A.**   $5 to go up, $15 inside and the rest was for us.

04:52:43   5   **Q.**   When you say for you, did it really go to you, ma'am?

6   **A.**   No.  I would give it to my pimp.

7   **Q.**   I know that this has been very traumatic for you; but

8   if I were to tell you that you worked there from December

9   of 2008 until April 2012, would that sound about right?

04:53:10   10   **A.**   I'm sorry.  I didn't hear you.

11   **Q.**   I would ask you whether you worked there from December

12   of --

13          MR. FAZEL:  Your Honor, I'm sorry.  That's

14   leading the witness.  She has already answered the timing.

04:53:20   15   He is just giving her information.  He is testifying,

16   basically.

17          THE COURT:  All right.  Rephrase it.  Let's start

18   again.  Rephrase it, please.

19          MR. PEREZ:  Yes, Your Honor.

04:53:28   20   **Q.**   (By Mr. Perez)  I know it's been very traumatic for

21   you.  Okay.  My question to you is --

22   **A.**   Yes.

23   **Q.**   -- you worked at Las Palmas?

24   **A.**   Yes.

04:53:37   25   **Q.**   When did you arrive?  When did you cross into the

1   United States?

2   **A.**   I don't remember the date.

3   **Q.**   How old were you when you met -- how old were you when

4   you crossed into the United States?

04:54:00   5   **A.**   I was about 20.

6   **Q.**   And you met your pimp when you were how old?

7   **A.**   I'm sorry.  I don't remember the date well.

8   **Q.**   Not the date but how old were you?

9   **A.**   Oh, that's my age?

04:54:25   10   **Q.**   Yes.

11   **A.**   I was 17.  I was married.  I was forced to marry at

12   18.

13   **Q.**   What year did you meet your pimp?

14   **A.**   I'm sorry.  I'm nervous.  I don't remember.

04:54:51   15   **Q.**   I know you are nervous.  The jurors and the judge need

16   to know.  Okay.  Take your time.  Okay?

17   **A.**   Yes.

18   **Q.**   About what year did you meet your pimp?

19   **A.**   All I remember is that I was 17.

04:55:27   20   **Q.**   And you came to this country when you were 20?

21   **A.**   (Nodding head up and down.)

22   **Q.**   Yes?

23   **A.**   Yes.

24   **Q.**   How old are you now?

04:55:36   25   **A.**   33.

Direct Examination of XXXXXXXXXXXXXX      Vol 3

```
       1   Q.   So you arrived in this country about 13 years ago?

       2   A.   Yes.

       3   Q.   13 minus 2015, that would have been about 2002?

       4   A.   More or less.

04:55:52  5   Q.   Nonetheless, you worked there at Las Palmas?

       6   A.   About two years.

       7              MR. MAGLIOLO:  May we have a moment, Your Honor?

       8              THE COURT:  Yeah.  Do we have some water for the

       9   witness?

04:56:50 10       (Witness given water.)

      11              THE COURT:  Are we ready?

      12              MR. PEREZ:  Yes, Your Honor.  May I have the

      13   screen, Your Honor?

      14   Q.   (By Mr. Perez)  P-27, do you recognize the person on

04:57:47 15   P-27?

      16   A.   Yes.

      17   Q.   Who is that?

      18   A.   The guy in the parking lot.

      19   Q.   What was his job in the parking lot?

04:58:01 20   A.   He charged to park the cars.

      21   Q.   Do you know his name?

      22   A.   No, but his nickname.  I don't remember it well.

      23   Q.   P-28, do you recognize that person in P-28?

      24   A.   Yes.  She is the one who served drinks.

04:58:28 25   Q.   Do you know her name?
```

1   **A.**   Morena.  I don't know.  Morena is what she was called.

2   **Q.**   Do you know whether she was related to Tencha?

3   **A.**   She said she was her aunt.

4   **Q.**   That Tencha was her aunt?

04:58:47   5   **A.**   Yes.

6   **Q.**   P-29, do you recognize that person?

7   **A.**   I saw him only once.

8   **Q.**   Where did you see him?

9   **A.**   Inside.

04:59:05   10   **Q.**   Do you know what he was doing or what his relationship

11   was to the location?

12   **A.**   No.

13   **Q.**   P-30, you have already identified her.  Is that

14   Tencha?

04:59:19   15   **A.**   Yes.

16   **Q.**   P-31?

17   **A.**   That's Tencha's brother.

18   **Q.**   Do you know him by name?

19   **A.**   No.

04:59:33   20   **Q.**   What was his job there at Las Palmas?

21   **A.**   He would watch us when we left.

22   **Q.**   What do you mean by that?

23   **A.**   Because when we went out to work he realized that, and

24   he would charge us for going.

04:59:59   25   **Q.**   When you say you would go out to work, explain that to

1    the members of the jury, please.

2    **A.**   Whenever we went to work at a hotel, they would charge

3    us $40 to leave.

4    **Q.**   Explain that.  You would go away from the Las Palmas

05:00:21    5    to work as a prostitute at a hotel?

6    **A.**   Yes.  Yes.  We would go to work at a hotel, and they

7    would charge us $40 for leaving.  Or if we wanted to go

8    home, they would also charge us $40.

9    **Q.**   Would you come back from the hotel or the house?

05:00:52    10    **A.**   Sorry?

11    **Q.**   You said you would go to either a house or a hotel to

12    perform a sex act; and then, after that, would you come

13    back?

14    **A.**   Yes.  When I went to work outside, yes, I did come

05:01:11    15    back.

16    **Q.**   Is that when you were charged the fine?

17    **A.**   They charged me first when I was leaving if I was

18    going to a hotel.  And then when I wanted to go home, they

19    would charge me, also; but then, I wouldn't come back.

05:01:35    20    **Q.**   Okay.  So if you would go home before your shift ended

21    you would get fined; is that correct?

22    **A.**   Yes.

23    **Q.**   P-33, do you recognize that person?

24    **A.**   Yes.  But I only saw him once.

05:01:55    25    **Q.**   Where did you see him then?

1    **A.**   I saw him inside the cantina.

2    **Q.**   Do you know what he was doing inside the cantina?

3    **A.**   No.

4            MR. MAGLIOLO:  Which cantina?

05:02:12   5    **Q.**   (By Mr. Perez)  That would be at the Las Palmas, is

6    that right, where you saw him?

7    **A.**   Yes.

8    **Q.**   Do you recall seeing girls who at least looked like

9    minors working at Las Palmas?

05:02:26   10           MR. FAZEL:  Objection to speculation, Your Honor.

11           THE COURT:  All right.  Rephrase it.

12   **Q.**   (By Mr. Perez)  If you know.

13           THE COURT:  If she knows.

14   **A.**   Yes.

05:02:35   15   **Q.**   (By Mr. Perez)  How many minors, if you know, that

16   appeared to be minors to you did you see there at Las

17   Palmas working as prostitutes?

18   **A.**   Three or four.

19   **Q.**   Do you remember one who had a fake ID?

05:02:57   20   **A.**   Yes.

21   **Q.**   And do you recall whether Tencha saw her?

22   **A.**   Sorry?

23   **Q.**   Did Tencha see that person with the fake ID?

24   **A.**   I imagine so.

05:03:23   25   **Q.**   Do you recall hearing Tencha talking to pimps

1  regarding a girl who had recently been smuggled into the

2  United States?

3  **A.**   Sorry?

4  **Q.**   Do you remember Tencha talking to pimps about a girl

05:03:42  5  who had been recently smuggled into the United States and

6  was brought into the United States from Mexico?

7  **A.**   I don't understand.

8        MR. PEREZ:  I'll pass the witness at this time,

9  Your Honor.

05:04:02  10       MR. MAGLIOLO:  Hold on.

11       MR. PEREZ:  I'm sorry, Your Honor.

12       MR. MAGLIOLO:  Can we have a moment, Your Honor?

13       THE COURT:  Okay.

14    (Sotto voce discussion between counsel.)

05:04:59  15 **Q.**   (By Mr. Perez)  When -- how old were you when you left

16  Las Palmas?

17  **A.**   Not long ago.

18  **Q.**   How old -- listen to my question.  How old were you

19  when you left Las Palmas?

05:05:22  20 **A.**   I left Las Palmas two years ago.

21  **Q.**   Okay.  And do you recall what month you left Las

22  Palmas two years ago?

23  **A.**   No.

24  **Q.**   So we are the year 2015.  You left about two years

05:05:42  25 ago.  Are you sure about that?

1  **A.**  Yes, because it's the age of my daughter.

2  **Q.**  How old is your daughter?

3  **A.**  March 21st she turned two.

4  **Q.**  So you left two years ago.  That would be 2013, and

05:06:06  5  you worked there for two years.  That would have then been

6  2011; is that correct?

7          MR. FAZEL:  Judge, he is testifying.

8          THE COURT:  Overruled.

9  **A.**  Yes.

05:06:18  10  **Q.**  (By Mr. Perez)  Now, I wasn't clear, okay, as far as I

11  asked you about who set the rules about the police and how

12  to avoid the police and things like that.  Who would set

13  the rules, just to be specific about that?

14  **A.**  Tencha.

05:06:38  15  **Q.**  And she also set the rules about bruises?

16  **A.**  Yes.

17  **Q.**  You also said that a guy charged there at the

18  location; is that right?

19  **A.**  Yes.

05:06:53  20  **Q.**  Now who did that guy work for, the one who collected

21  the fees?

22  **A.**  Tencha.

23  **Q.**  Tencha.  You also mentioned that you had to take your

24  own car to Las Palmas?

05:07:14  25  **A.**  Sorry?

1    Q.   You also mentioned that they didn't want them to --

2    for you all to be taken to Las Palmas.  You had to take a

3    taxi or drive your own car to Las Palmas.  Do you remember

4    that testimony?

05:07:28    5    A.   Yes.

6    Q.   Who set those rules?

7    A.   Tencha.

8    Q.   The people who worked at Las Palmas and La Feria, who

9    did those people work for?

05:07:42   10    A.   For Tencha.

11    Q.   Tencha was the owner, the manager?  She was the woman?

12    A.   The owner.

13    Q.   Did La Morena also check for bruises?

14    A.   Yes.

05:08:05   15    Q.   How many times did La Morena check for bruises during

16    the time that you worked there?

17    A.   Twice.

18    Q.   Was anybody ever sent home for having bruises?

19    A.   Yes.

05:08:24   20    Q.   Explain that to the members of the jury, please.

21    A.   They would check our bodies so that we would -- to

22    make sure we didn't have any bruises because the police

23    could realize that we had bruises.

24    Q.   Did you ever show up with bruises?

05:08:51   25    A.   Yes.

```
        1   Q.   Where were the bruises on your body?

        2   A.   The top part so that they wouldn't be seen.

        3        (Sotto voce discussion between counsel.)

        4   Q.   (By Mr. Perez)  In addition to the charge for the room

05:09:43 5   that Tencha collected, were you also charged for the

        6   condoms?

        7   A.   Yes.

        8   Q.   How much were you charged for the condoms?

        9   A.   $5.

05:09:56 10  Q.   Let's get into that just briefly.  Okay.  What was the

       11   total price of going into the room for sex?

       12   A.   $20.

       13   Q.   And $20 for whom?  For what was the $20?

       14   A.   For Tencha.

05:10:17 15  Q.   And what did that $20 fee -- what was it used for?

       16   A.   It was her money.

       17   Q.   Well, it was $20 that when you paid -- when the

       18   customer paid the $20, what did you get in return for the

       19   $20?

05:10:40 20  A.   Sex.

       21   Q.   I understand that.  I know.  But would that cover the

       22   use of the condoms?

       23   A.   Yes.

       24   Q.   Would that cover the use of the prostitution room?

05:10:52 25  A.   Yes.
```

1  **Q.**  Did you ever see a box of condoms there at that

2  location?

3  **A.**  No.  Just packages.

4  **Q.**  When you say "packages," let me ask you this:  Did you

05:11:12   5  ever see a package similar to Government 27 at that

6  location?

7  **A.**  Yes.

8  **Q.**  Is this very similar to the box that you saw there at

9  Las Palmas?

05:11:27  10  **A.**  Yes.

11  **Q.**  And what came in this box?

12          MR. MAGLIOLO:  Show her inside.

13  **A.**  The condoms.  They would call them chocolates.

14  **Q.**  (By Mr. Perez)  Who would call them chocolates?

05:11:42  15  **A.**  The people who gave us the condoms.

16  **Q.**  And I think you also said "ella."  Is that what you

17  said?  Did you mean Tencha, as well?

18  **A.**  Yes.  And if we went overtime, they would charge us

19  again.

05:12:01  20  **Q.**  Would Tencha call the condoms chocolates?  Is that

21  what you said?

22  **A.**  Yes.

23          MR. MAGLIOLO:  Did you get the exhibit number on

24  the box?

05:12:12  25          MR. PEREZ:  Yes.

**Q.**   (By Mr. Perez)  Were you illegally in the country when
you worked there for Tencha?

**A.**   Yes.

**Q.**   Were there other people -- the other girls who worked
there as prostitutes were they also illegally in the
country, if you know?

         MR. FAZEL:  Objection, asks for speculation.

         THE COURT:  Excuse me.  It's what?

         MR. FAZEL:  Asks for speculation.

         THE COURT:  He said if she knows.

**Q.**   (By Mr. Perez)  If you know.

**A.**   We were all illegal.

**Q.**   How about the employees, the people who worked for
Tencha?

**A.**   Also.

         MR. PEREZ:  I'll pass the witness, Your Honor.

         MR. FAZEL:  May I proceed, Your Honor?

         THE COURT:  Go on.

                    **CROSS-EXAMINATION**

BY MR. FAZEL:

**Q.**   Good afternoon, ma'am.  You and I have never met
before, correct?

**A.**   Sorry?

**Q.**   You and I have never met before, spoken before today,
correct?

```
           1   A.   Correct.

           2   Q.   I have a few questions for you.

           3   A.   Yes.

           4   Q.   I want to make sure that I understand what you just

05:13:14   5   testified about and make sure I'm clear about it.  Okay?

           6   A.   Okay.

           7   Q.   Correct me if I'm wrong; but when you met your pimp,

           8   Mr. Morales, you were 18 years old, correct?

           9   A.   Correct.

05:13:28  10   Q.   And then he forced you through -- I'm not going to go

          11   through that.  But he forced you to engage in prostitution

          12   in Mexico, correct?

          13   A.   Yes.

          14   Q.   Now, Ms. Medeles, as you know as Tencha, never did

05:13:43  15   that, correct?

          16   A.   Correct.

          17   Q.   You never met Tencha in Mexico, did you?

          18   A.   Correct.

          19   Q.   You didn't know any of her family members in Mexico,

05:14:02  20   correct?

          21   A.   Correct.

          22   Q.   And how -- and then after -- you mentioned something

          23   that I wanted to make sure I was correct.  Did you marry

          24   Mr. Morales?  Did I hear that correctly?  I might have

05:14:16  25   been mistaken.
```

1    **A.**   I was forced to.

2    **Q.**   He forced you to marry him?

3    **A.**   My mother did.

4    **Q.**   Your mom knew about Mr. Morales?

05:14:30   5    **A.**   Yes.

6    **Q.**   Did she know what he was doing to you?

7    **A.**   Sorry?

8    **Q.**   Did she know what Mr. Morales was doing to you?

9    **A.**   No.

05:14:45   10   **Q.**   But she knew about your relationship with Mr. Morales?

11   **A.**   Yes.

12   **Q.**   And then how old were you when you married him?

13   **A.**   I was 17.

14   **Q.**   You just said you met him when you were 18?

05:15:04   15   **A.**   Yes.  I'm sorry.

16   **Q.**   That's okay.  You don't have to apologize.  So you

17   were 18 when you met him, correct?

18   **A.**   Yes.

19   **Q.**   When did you marry him?

05:15:18   20   **A.**   Sorry?

21   **Q.**   When did you marry him?

22   **A.**   When I was 17.  I'm sorry.  I'm nervous.

23   **Q.**   That's okay.  I get nervous, too.  It's okay.  It

24   makes you nervous when you talk to people in front of

05:15:41   25   people.  That's quite all right.  Let's start it one more

1    time.  Okay.  Don't be nervous.

2    **A.**   Okay.

3    **Q.**   You met him when you were 18 years old, correct?

4    **A.**   Yes.

05:15:51    5    **Q.**   So you had to have married him after you were 18,

6    correct?

7    **A.**   Yes.

8    **Q.**   If you don't know, "I don't know" is a perfectly good

9    answer.  Do you know how old you were when you married

05:16:06    10    him?

11    **A.**   17.

12    **Q.**   Okay.  Would it be fair to say that you are not quite

13    clear on dates?  Would that be a fair statement?

14    **A.**   Yes.

05:16:30    15    **Q.**   Okay.  Now, there is a difference between assuming

16    something and knowing something.  Do you know the

17    difference?

18    **A.**   Yes.

19    **Q.**   I want -- I don't want you to assume anything.  Just

05:16:46    20    tell me what you know.  Fair?

21    **A.**   That's all right.

22    **Q.**   You know that when you came to the United States it

23    was Mr. Morales who brought you, correct?

24    **A.**   Yes.

05:17:03    25    **Q.**   We know it wasn't Tencha, correct?

1   **A.**   Correct.

2   **Q.**   We know it wasn't Tencha or Ms. Medeles that put you

3   to work at Las Chicas, correct?

4   **A.**   Sorry?

05:17:19   5   **Q.**   We know that it wasn't -- I'm just going to call her

6   Tencha, what you call her, just for ease.  We know it

7   wasn't Tencha who put you to work at Las Chicas, correct?

8           MR. CHAPUSEAUX:  Las Chicas.

9           MR. FAZEL:  Las Chicas.  I'm sorry.  You are

05:17:36   10   correct.  Las Chicas.

11   **A.**   Correct.

12   **Q.**   (By Mr. Fazel)  We know it wasn't Tencha that put you

13   to work at Veracruz, correct?

14   **A.**   Correct.

05:17:43   15   **Q.**   We know it wasn't Tencha that put you to work at

16   Capricho?  Am I saying that right?

17   **A.**   Capricho.

18   **Q.**   Capricho.  Sorry.  It wasn't Tencha, was it?

19   **A.**   No.

05:18:01   20   **Q.**   And we know the first time you walked into Las Palmas

21   it was Juan who hired you, correct?

22   **A.**   Yes.

23   **Q.**   Tencha wasn't there, correct?

24   **A.**   Correct.

05:18:17   25   **Q.**   So you assume he asked Tencha?  You don't know,

1  correct?

2  **A.**   No.

3  **Q.**   That's not correct?

4  **A.**   No.

05:18:27  5  **Q.**   You know Juan called Tencha?

6  **A.**   Yes.

7  **Q.**   He did it in front of you?

8  **A.**   No.  But she always came, and he always consulted with

9  her on everything.

05:18:43  10  **Q.**   Okay.  See, that's the difference between assuming and

11  knowing.  Were you standing there when he consulted with

12  her with you?

13  **A.**   Twice.

14  **Q.**   I'm talking about with you, when you were hired.  Were

05:18:59  15  you standing there when he consulted with her?

16  **A.**   Sorry?

17  **Q.**   Were you standing right by Juan when Juan consulted

18  with Tencha about hiring you?

19  **A.**   No.

05:19:17  20  **Q.**   Right.  Later, perhaps, you heard that with other

21  girls and assumed he did that with you, correct?

22  **A.**   Correct.

23  **Q.**   Okay.  Do me a favor.  Don't assume, please.

24  **A.**   No, I don't.  (Speaking Spanish.)

05:19:42  25  **Q.**   Okay.  I understand.

```
 1   A.   It's the difference between imagination and what --
 2   Q.   It is.  Okay.  Now, let me ask you something else that
 3   kind of perked my curiosity.  You said that you drove to
 4   Las Palmas, correct?
 5   A.   Yes.
 6   Q.   You had a car?
 7   A.   Yes.
 8   Q.   You had a cell phone?
 9   A.   Yes.
10   Q.   And you lived with yourself and your husband?
11   A.   Yes.
12   Q.   Now, the prosecutor, Mr. Perez, asked you a question.
13   I want to clear it up to make sure I understand you
14   correctly.  Mr. Morales, your husband, would punish you or
15   beat you or whatever awful thing he did to you if you
16   didn't work not just at Las Palmas but any of the
17   locations he wanted you to work, right?
18   A.   Correct.
19   Q.   When we talked about the marks and the bruises, is it
20   correct and fair to say that the location Las Palmas
21   didn't want to get folks arrested, correct?
22   A.   Sorry.
23   Q.   The fear was for the HPD coming to arrest people.  The
24   HPD being the Houston Police Department, correct?
25   A.   Yes.
```

Timestamps (left margin):
05:20:10 — line 5
05:20:19 — line 10
05:20:50 — line 15
05:21:18 — line 20
05:21:41 — line 25

1    **Q.**   They didn't want vice coming in and saying there is

2    prostitution here and arresting everybody, correct?

3            MR. PEREZ:  Objection, calls for speculation on

4    the part of this witness, Your Honor.

05:21:53    5            THE COURT:  Sustained.

6    **Q.**   (By Mr. Fazel)  It's your understanding about the

7    policy that you just described to the jury that they did

8    not want any bruises, correct?

9    **A.**   Correct.  They didn't want any marks.

05:22:08   10    **Q.**   Right.  The reason they didn't want any marks, if you

11    know, but the reason they didn't want any marks is because

12    they didn't want the Houston Police Department coming in

13    and arresting people for prostitution, correct?

14    **A.**   Correct.

05:22:23   15    **Q.**   The money that the prosecutor talked to you about,

16    when you entered the room with the gentleman that was

17    going to have sex with you, you had the option of charging

18    whatever you wanted, correct?

19    **A.**   No.

05:22:45   20    **Q.**   No?

21    **A.**   No.

22    **Q.**   You couldn't charge more for different positions?

23    **A.**   Yes.

24    **Q.**   So it would be fair to say that each girl had the

05:22:56   25    option of charging what they wished once they are in the

1    room negotiating with the gentleman?

2    **A.**   Yes.

3    **Q.**   And Las Palmas would receive approximately $20?

4    **A.**   Sorry.  I didn't understand the question.

05:23:22  5    **Q.**   Of the moneys obtained from the gentleman, Las Palmas

6    would receive approximately $20, correct?

7    **A.**   Yes.

8    **Q.**   Do you remember talking about leaving the location and

9    having to pay a fee?

05:23:49  10   **A.**   Yes.

11   **Q.**   That occurred when you and another girl would

12   negotiate with the gentleman at the location; and then,

13   you two would agree to leave to go to a hotel, correct?

14   **A.**   Yes.

05:24:08  15   **Q.**   Under that circumstance you and the gentleman have

16   negotiated something, correct?

17   **A.**   Yes.

18   **Q.**   And you are just paying an exit fee?

19   **A.**   Yes.

05:24:21  20   **Q.**   Nobody is forcing you to make that negotiation with

21   the gentleman other than your pimp, correct?

22   **A.**   I did not understand the question.

23   **Q.**   Nobody is forcing you to negotiate to go to a hotel

24   room other than the pimp wanting you to make more money,

05:24:41  25   correct?

1  **A.**   Yes.

2        MR. FAZEL:  I pass the witness.  Thank you,

3  ma'am.

4                  **REDIRECT EXAMINATION**

05:24:59   5  BY MR. PEREZ:

6  **Q.**   You mentioned that La Morena inspected the bodies of

7  the girls to see if they had bruises.  Do you remember

8  that?

9  **A.**   Yes.

05:25:11   10  **Q.**   At one point did La Morena inspect the bodies of

11  approximately 35 girls there at that location?

12  **A.**   Yes.

13  **Q.**   Do you recall that at one point La Morena sent a girl

14  home for having bruises after one of the inspections?

05:25:36   15  Then the pimp beat her up because she was sent home

16  because of the bruises that he had inflicted on her?

17        MR. FAZEL:  Compound.  Leading.

18        THE COURT:  Sustained.

19  **Q.**   (By Mr. Perez)  Do you recall?

05:25:48   20  **A.**   Yes.

21  **Q.**   Do you recall that La Morena sent one of the girls

22  home for bruises?

23  **A.**   Yes.

24  **Q.**   The bruises that the pimp had inflicted on her?

05:26:02   25        MR. FAZEL:  Objection to speculation and hearsay.

1    Q.    (By Mr. Perez)   If you know.

2            THE COURT:   Yes.   Please add that from now on.

3    Okay?

4            MR. PEREZ:   Yes, Your Honor.

05:26:10    5    Q.    (By Mr. Perez)   If you know.

6    A.    Yes.

7    Q.    Then she goes home; and the pimp beats her up because

8    she had been sent home because of the bruises that he had

9    inflicted on her, if you know?

05:26:20    10            MR. FAZEL:   It's leading.   It's leading, Judge.

11    Objection.

12            THE COURT:   Overruled.

13    A.    Yes.

14            MR. MAGLIOLO:   Just a moment if we could, Your

05:27:04    15    Honor.

16            THE COURT:   All right.   Let's go.   Let's keep it

17    moving or pass the witness.   It's whatever you want to do.

18            MR. PEREZ:   Yes, Your Honor.

19    Q.    (By Mr. Perez)   Now, you mentioned on more than one

05:27:16    20    occasion Juan got approval for hiring a prostitute; is

21    that correct?

22    A.    Sorry?

23    Q.    Okay.   I think the defense attorney asked you whether

24    you assumed that Juan would get approval from Tencha

05:27:33    25    before a prostitute got hired?

1  **A.**  Yes, he said that.

2  **Q.**  Well, I mean, did this happen on one occasion?  Did

3  Juan hire -- get permission from Tencha on several

4  occasions before hiring a prostitute to work there at that

05:27:52   5  location, if you know?

6  **A.**  I didn't understand the question.

7  **Q.**  Would Juan get approval from Tencha before hiring a

8  prostitute at Las Palmas?

9          MR. FAZEL:  Objection to leading.

05:28:04   10          THE COURT:  We have been over it already.  What

11  else do you have?

12  **Q.**  (By Mr. Perez)  Now, you mentioned that when -- or the

13  defense attorney asked you about HPD showing up and

14  checking for bruises, right?

05:28:20   15  **A.**  Yes.

16  **Q.**  And he said for checking for prostitution, that HPD

17  would show up to check for bruises and check for

18  prostitution?

19          MR. FAZEL:  That's a misstatement of what I said.

05:28:33   20  I object to that.

21          THE COURT:  Sustained

22          MR. MAGLIOLO:  May I have a second, Your Honor?

23          THE COURT:  No, sir.  No.  You're not taking

24  anymore time.  You need --

05:28:40   25          MR. MAGLIOLO:  Your Honor, this is very

1    important.

2              THE COURT:  No.  Have a seat.  Yes, sir.

3              MR. PEREZ:  Okay.  Let me ask one last question.

4    This is my last question.

05:28:45    5              THE COURT:  Yes, please.

6    **Q.**  (By Mr. Perez)  When HPD showed up at Las Palmas,

7    okay, do you know whether they were showing up for -- to

8    investigate for forced prostitution or voluntary

9    prostitution, if you know?

05:29:00    10             MR. FAZEL:  Asks for speculation and a legal

11   conclusion.

12             THE COURT:  Sustained.  Keep going.  I'll let you

13   go in that area, but I'm going question by question.  Now

14   go on.

05:29:09    15             MR. PEREZ:  Thank you.

16   **Q.**  (By Mr. Perez)  Again, when you said that HPD showed

17   up -- that Tencha did not want HPD to show up to look into

18   prostitution?

19             THE COURT:  Is that correct?

05:29:20    20             THE WITNESS:  Yes.

21             THE COURT:  Okay.  Next.

22   **Q.**  (By Mr. Perez)  Do you know if HPD showed up to

23   investigate for forced prostitution or voluntary

24   prostitution?

05:29:31    25   **A.**   For prostitution.

1    MR. PEREZ:  I have no further questions.

2    THE COURT:  Anything further?

3    MR. FAZEL:  One last question.

4                    **RECROSS-EXAMINATION**

5    BY MR. FAZEL:

6    **Q.**  At some point in time, if I'm not mistaken, correct me

7    if I'm wrong, you left your husband, correct?

8    **A.**  Yes.

9    **Q.**  And after that you continued to work at Las Palmas,

10   correct?

11   **A.**  Yes.

12   **Q.**  And after that you did so voluntarily, correct?

13   **A.**  No.  I left.

14   **Q.**  You didn't work there for a period of time after your

15   husband left?

16   **A.**  He would leave me alone there to work.  They watched

17   me so that I would work. (Speaking Spanish.)

18       THE COURT:  Question, please.

19       MR. FAZEL:  I don't have any.  Thank you, ma'am.

20       THE COURT:  Okay.  Thank you.  You may step down.

21   Do you want one more?

22       MR. PEREZ:  No.  I don't have a question, Your

23   Honor; but she did say at the end he would leave.

24       THE INTERPRETER:  Yes.  He left me, but they

25   watched me.

         1        MR. PEREZ:  She did answer that, Your Honor.  I

         2   have no further questions.

         3        THE COURT:  Thank you.  You may step down.  You

         4   are excused.  You are free to leave.

05:30:43 5        I am going to leave it to the jury.  I was out for

         6   that eight minutes or ten minutes.  It's now 5:31.  Do you

         7   want to take a short, 9-minute break; or do you want to

         8   keep going right to 6:05?  You call it.  I apologize.  Do

         9   you want to take a little break or keep it going?

05:30:59 10       JURORS:  Let's go.  Keep it going.

        11        THE COURT:  Keep it going.  All right.

        12       Call your next witness.

        13        MR. PEREZ:  XXXXXXXXXXXXX, Your Honor.

        14        THE COURT:  All right.  How do you spell the

05:31:18 15   name, please?

        16        MR. PEREZ:  I am going to get it right now, Your

        17   Honor.

        18        THE COURT:  Okay.

        19        MR. PEREZ:  XXXXXX is XXXXX --

05:31:20 20        THE COURT:  XXXXX --

        21        MR. PEREZ:  -- XXXXX.

        22        THE COURT:  Okay.

        23        MR. PEREZ:  XXXXXXXXXXXXXXXXXXX.

        24        THE COURT:  Okay.  I'm going to give her the

05:31:39 25   oath, if you would do it simultaneously.  Raise your right

1  hand, please.

2      (Witness sworn by the Court through the interpreter.)

3          THE COURT:  Have a seat, please.  Okay.  We're

4  ready?

05:32:39  5          THE INTERPRETER:  Ready, sir.

6          THE COURT:  All right.  Let's go, Counsel.

7                    **XXXXXXXXXXXXX,**

8  having been first duly sworn, testified through the

9  interpreter as follows:

10                   **DIRECT EXAMINATION**

11  BY MR. PEREZ:

12  **Q.**  State your name for the Court and the members of the

13  jury, please, ma'am.

14  **A.**  XXXXXXXXXXXXX.

05:32:56  15  **Q.**  And where are you from, ma'am?

16  **A.**  Honduras.

17  **Q.**  When did you come to the United States?

18  **A.**  In 2010.

19  **Q.**  Did you come straight to the United States from

05:33:15  20  Honduras, or did you stop somewhere else before coming to

21  the United States?

22  **A.**  I stopped at some places.

23  **Q.**  And you are from Honduras, but did you go to Mexico

24  after you were in Honduras?

05:33:36  25  **A.**  Yes.

```
 1   Q.   Where did you go?

 2   A.   To Hidalgo.

 3   Q.   And how old were you when you went to Hidalgo?

 4   A.   18 years.

 5   Q.   And how -- why did you go to Hidalgo from Honduras

 6   when you were 18?

 7   A.   Because the ex-wife of my brother brought me.

 8   Q.   And why did he bring you to Hidalgo?

 9   A.   We were at first in Guatemala.  And then, they brought

10   me because they had a problem in Guatemala.

11   Q.   So you went from Honduras to Guatemala to Puebla?

12   A.   Yes.

13   Q.   What kind of problem did you have in Guatemala?

14   A.   When I was in Honduras my sister-in-law made a call to

15   me so that I could go supposedly to work in Mexico.  When

16   I got to Guatemala, a man picked me up.

17   Q.   Did you know this man?

18   A.   No.

19   Q.   And how is it that he picked you up?

20   A.   Because Carolina told me he was going to pick me up.

21   Q.   And who is Carolina?

22   A.   My brother's ex-wife.

23   Q.   What happened in Guatemala?

24   A.   When the man picked me up, he took me to a house.

25   When I got to that house, Carolina was there.
```

05:33:56 (line 5)
05:34:38 (line 10)
05:35:12 (line 15)
05:35:36 (line 20)
05:35:59 (line 25)

```
       1   Q.   In Guatemala?
       2   A.   Yes.  I said to Carolina, "Why did you tell me that --
       3   why didn't you tell me you were in Guatemala?  You had
       4   told me you were in Mexico."
05:36:28
       5        And she told me, "Oh, don't worry about it.  We're
       6   going to go later on to Guatemala; but first, we are going
       7   to work here."
       8   Q.   I thought you were already in Guatemala?
       9   A.   Pardon?
05:36:42
      10   Q.   Weren't you in Guatemala when that occurred?
      11        THE COURT:  I think you said you would later go
      12   to Guatemala.  Did you mean you were later to go to Mexico
      13   after Guatemala?
      14        THE WITNESS:  Si'.
05:36:56
      15        THE COURT:  Okay.
      16   Q.   (By Mr. Perez)  So you are in Guatemala when you
      17   encountered Carolina?
      18   A.   Yes.
      19   Q.   What happens in Guatemala when you encounter Carolina?
05:37:10
      20   A.   So we went to work; and the man where we were at, he
      21   had a bar.  And so, they put me to work there.  But I was
      22   a waitress there.
      23   Q.   How long did you work there?
      24   A.   I don't remember.  About six months or less, sir.
05:37:42
      25   Q.   Okay.  And you worked there as a waitress?
```

1  **A.**   Yes.  The man would haul people to the United States.

2  So I asked him if he could bring me.  He said, yes, pay

3  him $2,000.  So I called my country to my aunt.

4  **Q.**   That was in Honduras, right?

05:38:18   5  **A.**   Yes.  So my aunt sent him -- the man the money.  But

6  that was -- while that was going on, Carolina's sister

7  went to Mexico.

8  **Q.**   What happened then?

9  **A.**   About 15 days later, I told the man, hey, you are not

05:38:53  10  taking me to the United States.  Where is my money?

11  **Q.**   What happened then?

12  **A.**   The man got angry and struck me in my chest.  I took

13  off running and left the house.

14  **Q.**   Where did you go?

05:39:16  15  **A.**   I went to a hotel or motel.  So I called Carolina; and

16  she said, "Okay.  You know what, we're going to go to

17  Mexico."  Carolina's sister was over there.

18  **Q.**   So what happened next?

19  **A.**   We left.  It was raining very hard at that time.  We

05:39:51  20  crossed the river into the border of Hidalgo.  I don't

21  remember too well because I was quite sick on that day.

22  **Q.**   What were you sick of?

23  **A.**   I had a fever.  We took a taxi, and we went by a

24  checkpoint.

05:40:18  25  **Q.**   You are in Mexico at this time?

Direct Examination of XXXXXXXXXXXX              Vol 3

```
 1  A.   Yes.
 2  Q.   What happened next?
 3  A.   We got to the house.  I don't remember anything about
 4  that night because I was too sick.  So the next day they
 5  took me to the doctor.  The doctor said I was sick of my
 6  kidneys; and so, he gave me a medication.
 7  Q.   What happened next?
 8  A.   And so then when we got to the house, we came in on
 9  the side; and it looked, like, very tranquil.
10  Q.   Who were you with at this time?
11  A.   With Carolina and her sister and the owner of the
12  house or place.  When I felt well, they took me some
13  clothes.
14  Q.   Who brought you clothes?
15  A.   I don't remember if it was Carolina or the sister.  It
16  was one of them.  And so, then I put it on.  I didn't go
17  out where I had the first time.  I came out through
18  another door.  So when I got out -- came out through the
19  other door, I saw a lot of girls who were almost naked.
20  Q.   What went through your mind at that time?
21  A.   I felt badly.
22  Q.   What happened next?
23  A.   So then they told me I had to work, that I had to pay
24  with my body for where I was staying at.  I don't remember
25  how long I stayed.
```

05:40:41
05:41:16
05:41:42
05:42:21
05:43:00

Direct Examination of XXXXXXXXXXXX              Vol 3

```
 1   Q.   How long you stayed where, ma'am?
 2   A.   Pardon?
 3   Q.   You say you don't remember how long you stayed.  How
 4   long did you stay where?
 5   A.   Where the woman was at working because one night Joel
 6   Sanchez arrived.  I was outside, and they came in.
 7   Q.   Who is "they"?
 8   A.   Joel Sanchez, the brothers and his cousins.
 9   Q.   Who is Joel Sanchez?
10   A.   My pimp.
11   Q.   When had you met Joel Sanchez?
12            THE COURT:  Excuse me just a second.  Where is
13   this taking place?
14            MR. PEREZ:  In Mexico.
15            THE COURT:  It's in Mexico.  Okay.  Go on.
16   Q.   (By Mr. Perez)  Who is your padrote?
17   A.   Yes.
18   Q.   Where had you met Joel Sanchez?
19   A.   In Tapachula Hidalgo at the bar.
20   Q.   Okay.  How long had he been your pimp?
21   A.   (Speaking Spanish.)
22   Q.   You said that Joel arrived along with some other
23   people, and he was your pimp?
24   A.   No, at that time he wasn't.
25   Q.   How long had you known Joel up to that point?
```

05:43:15 (line 5)
05:43:43 (line 10)
05:43:53 (line 15)
05:44:14 (line 20)
05:44:34 (line 25)

Direct Examination of XXXXXXXXXXXX          Vol 3

 1  **A.**   That was the first night that I had met him.

 2  **Q.**   He shows up with some other people, you said?

 3  **A.**   Yes.

 4  **Q.**   Okay.  What happens when he shows up with these other

05:44:46  5  people?

 6  **A.**   He went in.  I stayed outside.  And then, he went back

 7  out.

 8  **Q.**   He went in where?

 9  **A.**   To the bar.

05:45:01  10  **Q.**   Were you at the bar at that time?

11  **A.**   Yes.  So he came out; and he said, "Come here.  I'm

12  going to invite you to a beer."

13        So then I went in, and Carolina was there and Joel and

14  the brothers and the cousins.  We were there a long time

05:45:37  15  drinking.  I don't remember.  Joel asked us to go in the

16  room, but I don't remember that anything happened.

17        And he told me that the next day he was inviting me

18  out to coffee.  He gave me his telephone number.  The next

19  day I called him and -- but before I asked the lady for

05:46:20  20  permission before I went to meet him; but the lady said,

21  no, she didn't want to give me permission.  She said it

22  was because he was a padrote.  But I didn't know what the

23  word "padrote" meant.

24  **Q.**   What happened next?

05:46:44  25  **A.**   I said to Carolina, let's go and ask the lady.  Let's

Direct Examination of XXXXXXXXXXXX          Vol 3

```
 1  invent something to tell her so that she will let us
 2  leave, go out.
 3       So then we went and we called him and we made an
 4  appointment and met him in the park.
 5  Q.   Who met him in the park?
 6  A.   Joel with me and Carolina with Joel's brother, Claudio
 7  Sanchez.
 8  Q.   You met him at the park.  What happened there?
 9  A.   Afterwards, they asked us out to eat.  They invited us
10  to go out to the beach.  They went and bought us
11  beachwear.  And then, they asked us to a disco.  And we
12  said we had to return; but they said, no, that was no way
13  to live.  Let's just enjoy it.
14  Q.   What happened next?
15  A.   When I finally realized it, I was no longer in
16  Tapachula.  I was already in Hidalgo.
17       And so I asked him, "What are we doing, and how come
18  we are in Tapachula?"
19       And they said, "Oh, it's that you all got drunk; and
20  we brought you all over here."
21  Q.   When you say -- were you asleep or got knocked out or
22  what?
23  A.   I don't know.
24  Q.   All right.  You woke up in Tapachula?
25  A.   In Hidalgo.
```

05:47:16  (line 5)
05:47:49  (line 10)
05:48:19  (line 15)
05:48:47  (line 20)
05:49:03  (line 25)

Direct Examination of XXXXXXXXXXXX     Vol 3

1  **Q.**  You woke up in Hidalgo?

2  **A.**  Yes.

3  **Q.**  What happened there when you woke up?

4  **A.**  "What are you going back for?  You can't go back

05:49:22  5  because you would have to go through the checkpoint."

6  **Q.**  You are from Honduras.  So you shouldn't be in Mexico;

7  is that correct?

8  **A.**  Yes.

9  **Q.**  What happened then?

05:49:35  10  **A.**  Well, we were there for about 15 days.  And so, they

11  said, "Let's stay together."

12      And I said, "Okay.  Let's go over to the woman's house

13  so I can pick up my things."

14      They passed us on over to Hidalgo, and in Hidalgo we

05:50:08  15  were there with Joel's aunt.  We went to pick up our

16  things.  And when we went to pick them up, the lady didn't

17  want us to leave, the owner of the bar.

18  **Q.**  What happened then?

19  **A.**  We had to jump over the fence in order to leave.

05:50:40  20  Because as far as I was concerned, I was no longer going

21  to continue suffering like this.

22  **Q.**  Suffering like what now?

23  **A.**  When I was prostituting myself.

24  **Q.**  When had you started prostituting yourself?

05:51:01  25  **A.**  Since I got to Hidalgo.  I don't remember.  But since

```
 1    I got to Hidalgo.
 2    Q.   Okay.  Who was your pimp when you started prostituting
 3    yourself?
 4    A.   It was a woman.
 5    Q.   What happens then?
 6    A.   We were at Joel's aunt's.  I don't remember if it was
 7    two weeks or three weeks.  I don't remember.  And so they
 8    said, "You know what, we'll pay so that you'll be taken to
 9    Puebla."
10         When the bus got there, they put us on a bus.  We were
11    traveling in with the bananas covered with tarps.
12    Q.   Who was traveling with you at that time?
13    A.   Carolina and there were more persons but I didn't know
14    them.
15    Q.   What happened next?
16    A.   We got to Puebla, and Joel's cousin received us
17    because Joel was traveling in his car behind us.
18    Q.   Was Joel your pimp at that time?
19    A.   Well, he was my husband.
20    Q.   But he wasn't pimping you at that time, is that
21    correct, or was he?
22    A.   No.  At that time, no.
23    Q.   What happened after that?
24    A.   When we were in Puebla, about three months went by.  I
25    don't remember if it was three months, but it was then
```

05:51:17
05:51:50
05:52:23
05:52:52
05:53:25

1    that he told me that I had to go to work.

2    **Q.**  When you were in Puebla for those three months were

3    you working as a prostitute up until that point?

4    **A.**  No.  For those three months I wasn't working.

05:53:45    5    **Q.**  Who were you living with during those three months?

6    **A.**  With Joel and with a cousin and with the cousin's --

7    with the wife.

8    **Q.**  I interrupted you.  What did Joel tell you after three

9    months?

05:54:12    10    **A.**  He told me work so that you can help your father.  And

11    I had left a son in Honduras.  And he said so that you can

12    help your son.

13        And I said, "No.  I'm not going to work."

14    **Q.**  Work as what?

05:54:33    15    **A.**  In prostitution.

16    **Q.**  So what happened then after you told him you did not

17    want to work as a prostitute?

18    **A.**  He told me that I had to work, that I would be helping

19    my son, that he was going to set up the house for my

05:55:09    20    father.  And the passage had to be paid, that he had paid

21    10,000 pesos for me to come from Tapachula to Puebla.

22    **Q.**  What happened then?

23    **A.**  Well, he convinced me; and he put me to work.

24    **Q.**  Put you to work where?

05:55:47    25    **A.**  I worked in several places.

Direct Examination of XXXXXXXXXXXX          Vol 3

```
 1   Q.   Describe those places, please.

 2   A.   I worked in Acapulco, Iguala, at DF.

 3        THE COURT:  Now, what are the years?  According

 4   to my notes, she got to the U.S. in 2010.  Are we up to

 5   2010 yet?

 6        MR. PEREZ:  No, Your Honor.

 7        THE COURT:  Well, let's get there, please.

 8        MR. PEREZ:  Okay, Your Honor.

 9   Q.   (By Mr. Perez)  What year was this at the time that

10   you were working there as a prostitute?

11   A.   Around 2006, more or less.

12   Q.   Okay.  When did you arrive in the U.S.?

13   A.   In 2010.

14   Q.   What did you do between that time of 2006 to 2010?

15   A.   Working for Joel.

16   Q.   Just to make it brief, you worked as a prostitute in

17   what locations from 2006 to 2010?

18   A.   I worked more in Acapulco.

19   Q.   At some point you come to the U.S.?

20   A.   Yes.

21   Q.   2010.  Whose idea was it for you to come to the U.S.

22   in 2010?

23   A.   Before 2010?  In 2008 Joel told us let us go to the

24   United States.  When we came over, we were caught by

25   McAllen in the trailer.  Joel was deported, and they held
```

05:56:20
05:56:27
05:56:56
05:57:22
05:57:58

```
 1  me for a month.
 2  Q.  Where?  In the United States?
 3  A.  Si'.
 4          THE COURT:  Held you at the border; is that
 5  correct?
 6          THE WITNESS:  Yes.
 7          THE COURT:  When did you come back in again?
 8          THE WITNESS:  In 2010.
 9          THE COURT:  Okay.  All right.  How did you get
10  back in that time?
11          THE WITNESS:  Illegally.
12          THE COURT:  All right.  Go ahead.  Let's get
13  moving on it, please.
14          MR. PEREZ:  Yes, Your Honor.
15  Q.  (By Mr. Perez)  All right.  You get here in 2010.
16  Joel gets deported.
17          THE COURT:  All right.  We already said that.
18  Deported and she came back in.
19  Q.  (By Mr. Perez)  How did you get back in in 2010?  How
20  long were you in Mexico before you came back?
21  A.  It was about two years.
22  Q.  In Mexico before you came back the second time?
23  A.  Yes.
24  Q.  So you came back the second time in what year?
25          THE COURT:  2010, correct?
```

05:58:12
05:58:22
05:58:33
05:58:44
05:59:00

1             THE WITNESS:  2010.

2  **Q.**  (By Mr. Perez)  After you got here in 2010, what

3  happened next?

4  **A.**  Joel told me that I had to come with his brothers.

05:59:21  5  During that time I was pregnant.  He took me so that I

6  could get some shots to get rid of my baby.  It was about

7  two days; and he said, "Okay.  You know what, you have to

8  go."

9       I came with Claudio Sanchez and Mia Sanchez and other

05:59:55  10  girls.  His brother, Raymundo, picked us up here.

11  **Q.**  Here in Houston?

12  **A.**  Here in Houston.

13  **Q.**  What year was that, ma'am?

14  **A.**  In 2010.  We had been here, like, about two days; and

06:00:18  15  they sent us to work.

16  **Q.**  Now, at some point you mentioned you were pregnant.

17  What happened at that time?

18  **A.**  Well, during those days I was pregnant.  I was still

19  pregnant.

06:00:36  20  **Q.**  You arrive in the United States pregnant?

21  **A.**  Yes.  The baby didn't come out.

22  **Q.**  What happened then?

23  **A.**  Claudio told me I had to go to a place called El

24  Diamante.

06:00:55  25  **Q.**  To be clear, you are pregnant at that time; is that

 1  right?

 2  **A.**   Yes, I was still pregnant.

 3  **Q.**   How far along were you at that time?

 4  **A.**   About two months.  I don't remember.

06:01:10  5  **Q.**   Continue, please.

 6  **A.**   We were there at the Diamante two weeks or more.

 7  Claudio said since there was no money there he was going

 8  to move us.

 9  **Q.**   Claudia or Claudio?

06:01:33  10  **A.**   Claudio.  Claudio.

11  **Q.**   So what happened then?

12  **A.**   He told me to go to Las Palmas, to ask for Juan, and

13  that XXXXXXXXX or XXXXXX, I don't remember that girl's

14  name, that we were coming there by her reference.  We got

06:02:11  15  there and we told Juan that we were there on XXXXXXXXXXX

16  recommendation and that we wanted to work.

17          THE COURT:  All right.  At that point, it's now

18  almost 6:05.  I would like to visit with the attorneys for

19  a moment once we adjourn for the day.  We will see you

06:02:30  20  back tomorrow ready to resume at 10:00 a.m.   Thank you

21  and good afternoon.

22          THE MARSHAL:  All rise for the jury.

23      (Jury exited courtroom at 6:02 p.m.)

24          THE COURT:  You can step down.  I'll see you

06:02:52  25  tomorrow.

Proceedings                                                    Vol 3

06:03:17

06:03:34

1    All right.  On the record, please.  According to my

2  clock, it took almost 30 minutes to get across the border

3  the second time.  You have got to speed it up.  If not,

4  you are going to have a clock put on you.  Okay.  You have

5  got to speed it up.  You can get it done.  I understand

6  that opposing counsel may have some questions.  I would

7  much prefer a few questions from him rather than taking 30

8  minutes because he is not going to get 30 minutes.  Okay.

9  I just want that said.  All right.  You have got to speed

10  it up.  All right.  See you tomorrow.

11    (Proceedings concluded at 6:03 p.m. and continued in

12  Volume 4.)

13  *Date: September 3, 2015*

14                **COURT REPORTER'S CERTIFICATE**

15    *I certify that the foregoing is a true and correct*

16  *copy of the transcript originally filed with the clerk of*

17  *court on September 3, 2016, incorporating redactions of*

18  *personal identifiers requested by Court Order, in*

19  *accordance with Judicial Conference Policy.  Redacted*

20  *characters appear as a black rectangle in the transcript.*

21

22                      */s/ Laura Wells*
                   _____

23              *Laura Wells, CRR, RMR*

24

25

Laura Wells, RMR, CRR - LauraWellsCSR@comcast.com